# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| NEW JERSEY DEPARTMENT OF ENVIRONMENTAL PROTECTION, et. al.,<br><br>Plaintiffs,<br><br>v.<br><br>E. I. DU PONT DE NEMOURS AND COMPANY, et. al.,<br><br>Defendants. | No. 2:19-cv-14758-JMV-JBC<br><br>**LOCAL RULE 7.1.1 DISCLOSURE STATEMENT** |
| NEW JERSEY DEPARTMENT OF ENVIRONMENTAL PROTECTION, et. al.,<br><br>Plaintiffs,<br><br>v.<br><br>E. I. DU PONT DE NEMOURS AND COMPANY, et. al.,<br><br>Defendants. | No. 1:19-cv-14765-NHL-JBC<br><br>**LOCAL RULE 7.1.1 DISCLOSURE STATEMENT** |
| NEW JERSEY DEPARTMENT OF ENVIRONMENTAL PROTECTION, et. al.,<br><br>Plaintiffs,<br><br>v.<br><br>E. I. DU PONT DE NEMOURS AND COMPANY, et. al.,<br><br>Defendants. | No. 1:19-cv-14766-RMB-JBC<br><br>**LOCAL RULE 7.1.1 DISCLOSURE STATEMENT** |

| | |
|---|---|
| NEW JERSEY DEPARTMENT OF ENVIRONMENTAL PROTECTION, et. al., <br><br> Plaintiffs, <br><br> v. <br><br> E. I. DU PONT DE NEMOURS AND COMPANY, et. al., <br><br> Defendants. | No. 3:19-cv-14767-ZNQ-JBC <br><br> **LOCAL RULE 7.1.1 DISCLOSURE STATEMENT** |

Pursuant to Local Civil Rule 7.1.1, Defendant E. I. du Pont de Nemours & Company states that it is unaware of any person or entity that is not a party providing funding for some or all of the attorneys' fees and expenses for the litigation on a non-recourse basis in exchange for (1) a contingent financial interest based upon the results of the litigation or (2) a non-monetary result that is not in the nature of a personal or bank loan, or insurance.

Dated: July 21, 2021

Respectfully submitted,

McCARTER & ENGLISH, LLP

*/s/ Lanny S. Kurzweil*
Lanny S. Kurzweil, Esq.
John J. McAleese, III, Esq.
Four Gateway Center
100 Mulberry St.
Newark, NJ 07102
Telephone: (973) 639-2044
Facsimile: (973) 297-3810
lkurzweil@mccarter.com
jmcaleese@mccarter.com
*Attorneys for Defendants E. I. du Pont de Nemours and Company, The Chemours Company, and The Chemours Company FC, LLC (as to all claims except (i) the fraudulent transfer claims in all matters; and (ii) the Third Count, ISRA claims, in 1:19-cv-14766 and in 3:19-cv-14767)*

## **CERTIFICATE OF SERVICE**

I hereby certify that on the date below, I caused a copy of E. I. du Pont de Nemours and Company's Local Rule 7.1.1 Disclosure Statement and accompanying documents to be filed on the Court's CM/ECF system, which will cause service on all attorneys of records in this matter.

Dated: July 21, 2021                                        Respectfully submitted,

                                                                                          McCARTER & ENGLISH, LLP

                                                                                         */s/ Lanny S. Kurzweil*
                                                                                         Lanny S. Kurzweil, Esq.
                                                                                         *Member of the Firm*