Not for Publication

UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

|  |  |
|---|---|
| NEW JERSEY DEPARTMENT OF ENVIRONMENTAL PROTECTION, et al. <br><br> *Plaintiffs*, <br><br> v. <br><br> E.I. DU PONT DE NEMOURS AND COMPANY, et al. <br><br> *Defendants*. | Civil Action Nos. 19-14766, 19-14767 <br><br> **ORDER** |

**John Michael Vazquez, U.S.D.J.**

For the reasons discussed in the accompanying Opinion, and for good cause shown,

**IT IS** on this 30th day of December, 2021,

**ORDERED** that Defendant's motion to dismiss, D.E. 93, certain portions of Plaintiffs' Second Amended Complaints is **DENIED**.  And it is further

**ORDERED** that this Order and the accompanying Opinion shall be filed on the following dockets:  Civil Action Nos. 19-14766, and 19-14767.

_____
John Michael Vazquez, U.S.D.J.