**MEYNER AND LANDIS LLP**
Albert Telsey, Esq. (N.J. Attorney ID # 016961985)
One Gateway Center, Suite 2500
Newark, New Jersey 07102
Telephone: (973) 602-3432
Facsimile: (973) 624-0356
atelsey@meyner.com
*Attorneys for Proposed Intervenor, Carneys Point Township*

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEW JERSEY**

NEW JERSEY DEPARTMENT OF ENVIRONMENTAL PROTECTION; et al.,
*Plaintiffs,*

v.

E.I. DU PONT DE NEMOURS AND COMPANY; et al.
*Defendants,*

and

CARNEYS POINT TOWNSHIP,
*[Proposed] Intervenor-Defendant.*

Civil Action Nos.
1:19-cv-14766,
1:19-cv-14765,
2: 19-cv-14758,
3:19-cv-14767.

Hon. John Michael Vazquez, U.S.D.J.

***NOTICE OF WITHDRAWAL WITHOUT PREJUDICE***

CARNEYS POINT TOWNSHIP'S NOTICE OF MOTION FOR INTERVENTION PURSUANT TO FED R. CIV. P. 24(a) (b)

Proposed Intervenor, Carneys Point Township, herewith withdraws the referenced motion without prejudice.

/s/ Albert I. Telsey
Albert I. Telsey
Meyner and Landis LLP
*Counsel for Plaintiff, Township of Carneys Point*

November 14, 2022