**MEYNER AND LANDIS LLP**
Albert Telsey, Esq. (N.J. Attorney ID # 016961985)
One Gateway Center, Suite 2500
Newark, New Jersey 07102
Telephone: (973) 602-3432
Facsimile: (973) 624-0356
atelsey@meyner.com
*Attorneys for Proposed Intervenor,*
*Carneys Point Township*

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEW JERSEY**

NEW JERSEY DEPARTMENT OF ENVIRONMENTAL PROTECTION; et al.,
*Plaintiffs,*

v.

E.I. DU PONT DE NEMOURS AND COMPANY; et al.
*Defendants,*

and

CARNEYS POINT TOWNSHIP,
*Intervenor*.

Civil Action Nos. (Consolidated)

1:19-cv-14766 (Chambers Works)
1:19-cv-14765 (Repauno)
2:19-cv-14758 (Pompton Lakes)
3:19-cv-14767 (Parlin)

**CARNEYS POINT TOWNSHIP'S NOTICE OF MOTION FOR INTERVENTION PURSUANT TO FED R. CIV. P. 24(a) and (b)**

**PLEASE TAKE NOTICE** that proposed Plaintiff-Intervenor, Carneys Point Township, a political subdivision of the State of New Jersey with offices at 303 Harding Highway, Carneys Point, Salem County, New Jersey ("Movant"), will move before the Hon. Renee Marie Bumb, Chief, U.S.D.J., or her designee,

pursuant to Case Management Order ("CMO") No. 2 dated May 13, 2024 [Document 297], by and through its undersigned counsel, for entry of an Order authorizing Carneys Point Township to intervene in the within action pursuant to Fed. R. Civ. P. 24(a) & (b) to file the enclosed Counterclaims. Pursuant to the CMO, responses are due within 30 days, and a reply may be served within 7-days thereafter.

**PLEASE TAKE FURTHER NOTICE** that in support of this motion, the Movant will rely on the Certification of Albert I. Telsey, Esq. with exhibits, Brief in Support of the Motion to Intervene.

**PLEASE TAKE FURTHER NOTICE** that the Movant requests oral argument.

**PLEASE TAKE FURTHER NOTICE** that a proposed form of order and proposed form of Counterclaim are enclosed herewith.

**PLEASE TAKE FURTHER NOTICE** that a Certification attesting to the date and manner of service is also submitted herewith.

Dated: June 21, 2024

**MEYNER AND LANDIS LLP**

By: /s *Albert I. Telsey, Esq.*
Albert I. Telsey (ID # 016961985)
atelsey@meyner.com
One Gateway Center, Suite 2500
Newark, New Jersey 07102
P: 973.602.3439
F. 973.624-0356
*Attorneys for Proposed Intervenor,*
*Carneys Point Township*

## CERTIFICATION OF SERVICE

I, Albert I. Telsey, certify that on June 21, 2024, a copy of Movant's Motion to Intervene and accompanying papers were served on all counsel of record via CM/ECF.

By: *<u>/s/ Albert I. Telsey______</u>*
Albert I. Telsey