# Exhibit 1

**Phase 1 Trial: Environmental Claims: Jury trial against <u>only</u> Old DuPont and 3M Company**
**Bench Trial against all Defendants**

| Relief Requested | Cause of Action (Citation to Third Amended Complaint) | Defendants for Trial | Jury | Judge/ Advisory Jury |
|---|---|---|---|---|
| **Pay future costs** of investigation and remediation of PFAS and other contamination | Negligence/Gross Negligence, ¶426 WPCA, ¶342 Spill Act, ¶331 | Old DuPont & 3M | Jury | |
| **Reimburse** all past investigation and remediation costs by the State | WPCA, ¶342 Spill Act, ¶331 | Strict/Joint/Several as against all Defendants | | Court |
| **Declaratory judgment/injunctive relief**: Liability to investigate and remediate PFAS and other contamination on-site and off-site | Spill Act, ¶331(b) WPCA, ¶342 | Strict/Joint/Several as against all Defendants | | Court |
| **Establish remediation funding source (RFS)** to secure funds necessary to remediate Chambers Works and off-site impacted areas | ISRA, ¶362-63 | Old DuPont | | Court/ Advisory Jury as to amount |
| **Compensatory and natural resource damages** for discharges of PFAS and other pollutants/hazardous substances | Negligence/Gross Negligence, ¶426 Water Pollution Control Act, ¶342 Spill Act, ¶331 Failure to Warn (3M), ¶464 | Old DuPont & 3M | Jury | |
| **Disgorgement and restitution:** Old DuPont must pay any economic benefits that it accrued for unauthorized and unlawful discharges of PFAS from 1977-2015 | WPCA, ¶342(b), (c), (d) | Old DuPont | Jury | |
| **Punitive damages** for grossly negligent, willful, intentional discharges of PFAS and other chemicals of concern | Gross Negligence, ¶426(g) Failure to Warn (3M), ¶450(g) | Old DuPont & 3M | Jury | |
| **Penalties** against Old DuPont for unauthorized discharges of pollutants (PFAS), statutory violations, and the discharge of hazardous substance | WPCA, ¶342(g) ISRA, ¶363(b) Spill Act, ¶331(j) | Old DuPont | Jury | Court/ Advisory Jury as to amount |