## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| NEW JERSEY DEPARTMENT OF ENVIRONMENTAL PROTECTION, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>E. I. DU PONT DE NEMOURS AND COMPANY, et al.,<br><br>Defendants. | Civil Action No. 1:19-cv-14766-RMB-JBC<br>Hon. Renée Marie Bumb, Chief U.S.D.J<br><br>**[PROPOSED] ORDER DENYING DEFENDANTS' MOTIONS TO STRIKE PLAINTIFFS' JURY DEMAND** |

**THIS MATTER** having been brought before the Court pursuant to Defendants' requests for an Order striking Plaintiffs' jury demand; and the Court having considered the moving papers and the opposition thereto; and having heard the argument of counsel, if any; and for good cause shown;

**IT IS** on this _____ day of _____, 2025,

**ORDERED** that the Motion to Strike Plaintiffs' Jury Demand filed by Defendants EIDP, Inc., The Chemours Company, and The Chemours Company FC, LLC is **DENIED**; and it is further

**ORDERED** that the Motion to Strike Plaintiffs' Jury Demand for Remediation and Restoration filed by 3M Company is **DENIED**.

_____
Hon. Renée M. Bumb, U.S.D.J.