**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEW JERSEY**

| | |
|---|---|
| NEW JERSEY DEPARTMENT OF ENVIRONMENTAL PROTECTION, et al., <br><br> Plaintiffs, <br><br> v. <br><br> E. I. DU PONT DE NEMOURS AND COMPANY, et al., <br><br> Defendants. | Civil Action No. 1:19-cv-14766-RMB-JBC <br><br><br> Stipulation and [Proposed] Order |

### STIPULATION AND [PROPOSED] ORDER FOR THE DEADLINE TO AMEND INITIAL DISCLOSURES AND TO EXTEND THE DEADLINE TO SERVE REQUESTS FOR ADMISSION

**WHEREAS,** the New Jersey Department of Environmental Protection, Commissioner of the Department, and Administrator of the New Jersey Spill Compensation Fund ("Plaintiffs"), and EIDP, Inc. (f/k/a E. I. du Pont de Nemours and Company); The Chemours Company; The Chemours Company FC, LLC; DuPont Specialty Products USA, LLC; Corteva, Inc.; and DuPont de Nemours, Inc.; and 3M, Company ("Defendants," and together with Plaintiffs, the "Parties") have conferred on amending and supplementing their Rule 26(a)(1) Initial Disclosures and extending the deadline to serve Requests for Admission in the Chambers Works action;

**WHEREAS,** the Initial Disclosures were previously (and timely) served;

**WHEREAS,** the current deadline to serve Requests for Admission is February 7, 2025. See, 10/18/24 Email Order.

**IT IS HEREBY STIPULATED** by, between, and among the Parties, by and through their respective counsel, that:

6746860v1

1)      The Parties may amend and supplement their previously served Initial Disclosures by February 21, 2025; and

2)      The current deadline for the Parties to serve Requests for Admission is modified from February 7, 2025 to February 21, 2025.

Dated: February 6, 2025

For Plaintiffs:

**MATTHEW J. PLATKIN**
**ATTORNEY GENERAL OF NEW JERSEY**
*Attorney for Plaintiffs*

By: */s/ Gwen Farley*
      Gwen Farley
Deputy Attorney General
R.J. Hughes Justice Complex
25 Market Street
P.O. Box 093
Trenton, New Jersey 08625-0093
Ph. (609) 376-2740

**KELLEY DRYE & WARREN LLP**
*Special Counsel to the Attorney General*

By: */s/ Geoffrey W. Castello*
Geoffrey W. Castello, Esq.
One Jefferson Road
Parsippany, New Jersey 07054
Ph. (973) 503-5900
GCastello@KelleyDrye.com

*William J. Jackson, Esq.
*John D. S. Gilmour, Esq.
*Lana M. Rowenko, Esq.
*Jennifer C. Barks, Esq.
515 Post Oak Blvd. Suite 900
GCastello@KelleyDrye.com
Houston, Texas 77027
Ph. (713)-355-5000

-2-

6746860v1

*David Zalman, Esq.
David M. Reap, Esq.
3 World Trade Center
175 Greenwich Street
New York, NY 10007
Ph. (202) 808-7800
DReap@KelleyDrye.com

**LAW OFFICES OF JOHN K. DEMA, P.C.**
*Special Counsel to the Attorney General*

*John K. Dema, Esq.
Scott E. Kauff, Esq.
*Elizabeth Petersen, Esq.
*John T. Dema, Esq.
*Briana Dema, Esq.
Alex Latanision, Esq.
1236 Strand Street, Suite 103
Christiansted, St. Croix
U.S. Virgin Islands 00820-5034
Ph. (340) 773-6142

**TAFT STETTINIUS & HOLLISTER LLP**
*Special Counsel to the Attorney General*
*Robert A. Bilott, Esq.
425 Walnut Street, Suite 1800
Cincinnati, OH 45202-39587
Ph. (513) 381-2838
Facsimile: (513) 381-0205
bilott@taftlaw.com
*David J. Butler, Esq.

41 S. High Street, Suite 1800
Columbus, OH 43215-6106
Ph. (614) 221-2838
Facsimile: (614) 221-2007
dbutler@taftlaw.com

**COHN LIFLAND PEARLMAN
HERRMANN & KNOPF LLP**
*Special Counsel to the Attorney General*

Leonard Z. Kaufmann, Esq.
A Member of the Firm
Park 80 West – Plaza One
250 Pehle Avenue, Suite 401

-3-

Saddle Brook, New Jersey 07663
Ph. (201) 845-9600
*admitted pro hac vice*

For Defendants:

*/s/ Lanny S. Kurzweil*
**McCARTER & ENGLISH, LLP**
Lanny S. Kurzweil
Four Gateway Center
100 Mulberry Street
Newark, NJ 07102
(973) 639-2044
lkurzweil@mccarter.com

*Counsel for Defendants EIDP, Inc., f/k/a E. I. du Pont de Nemours and Company (as to all claims except (i) the fraudulent transfer claims; and (ii) the ISRA claims); The Chemours Company; and The Chemours Company FC, LC (as to all claims except the fraudulent transfer claims)*

*s/ David A. Haworth*
**BALLARD SPAHR LLP**
A Pennsylvania Limited Liability Partnership
David A. Haworth, Esq.
haworthd@ballardspahr.com
Erin M. Carter, Esq. (admitted pro hac vice)
cartere@ballardspahr.com
210 Lake Drive East, Suite 200
Cherry Hill, NJ 080002-1163
T: 856.761.3400
F: 856.761.1020

*For Defendants E. I. du Pont de Nemours and Company (as to the ISRA Claim in 1:19-cv-14766-RMB-JBC), DuPont Specialty Products USA, LLC, Corteva, Inc. (as to claims other than fraudulent transfer claims), and DuPont de Nemours, Inc. (as to claims other than fraudulent transfer)*

*/s Andrew J. Calica*
**KING & SPALDING LLP**
Andrew J. Calica, Esq. (admitted pro hac vice)
1185 Avenue of the Americas
New York, NY 10036
(212) 790-5390
acalica@kslaw.com

-and-

-4-

*/s/ Donald J. Camerson, II*
**BRESSLER, AMERY & ROSS, P.C.**
Donald J. Camerson, II, Esq.
James W. Crowder, IV, Esq.
325 Columbia Turnpike
Florham Park, NJ 07932
(973) 660-4433
(973) 937-6802
djcamerson@bressler.com
jcrowder@bressler.com

*For Defendant 3M Company*

**SO ORDERED**

_____ 2/7/25
Hon. Joel Schneider (Ret.), Special Master

## CERTIFICATE OF SERVICE

I hereby certify that on February 6, 2025 a true copy of this Stipulation and Order was served on all counsel of record via electronic mail.

/s/ Ryan Richman
Ryan Richman

-5-