UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY
MINUTES OF PROCEEDINGS

**CAMDEN OFFICE**

| | |
|---|---|
| **CHIEF JUDGE RENÉE MARIE BUMB** | DATE OF PROCEEDINGS |
| **COURT REPORTER: JOHN J. KURZ** | February 11, 2025 |
| | Docket No. 19-cv-14758(RMB/JBC) |
| | 19-cv-14766(RMB/JBC) |

**TITLE OF CASE:**

**NEW JERSEY DEPARTMENT OF ENVIROMENTAL PROTECTION, ET AL., VS. E.I. DU PONT DE NEMOURS AND COMPANY, ET AL.,**

**APPEARANCES:**

Gwen Farley, DAG, Esquire, Richard F. Engel, DAG, William J. Jackson, Esquire, Lana M. Rowenko, Esquire, David Zalman, Esquire, John T. Dema, Esquire for plaintiff
Lanny Steven Kurzweil, Esquire, Ryan A. Richman, Esquire, Ann Marie Duffy, Esquire, Matthew J. Malinowski, Esquire, David W. Haworth, Esquire, James A. Budinetz, Esquire, Margaret M. Raymond Flood, Esquire, Katherine Roin, Esquire, and Brittney Marie Wilson, Esquire for EIDP, Inc. defendants
Andrew Calica, Esquire, Donald J. Camerson, II, Esquire, Tim Daniels, Esquire, George Lombardi, Esquire, Reid Smith, Esquire for defendant The 3M Company


**NATURE OF PROCEEDINGS: STATUS/PRETRIAL CONFERENCE**

Status/Pretrial Conference Held.
Ordered Motions for Summary Judgment to be filed by 4/10/25 and any opposition due by 4/25/25 and no more than 15 pages.
Ordered further briefing due by the defendants due by 3/14/25 and a response by plaintiff by 3/28/25.
Ordered trial set for 5/19/25 through 8/1/25, Monday through Thursday 9:00a.m. to 4:00p.m., possibly some Fridays.
Ordered the Joint Voir Dire and Cliff Notes due by 5/2/25 and the Joint Jury Charges due by 5/9/25.


| | |
|---|---|
| Time commenced: 1:30p.m. | Time Adjourned: 4:30p.m. |
| | Total 3 Hours |
| | s/ *Arthur Roney* |
| | DEPUTY CLERK |