# IN THE UNITED STATE DISTRICT COURT
# FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| NEW JERSEY DEPARTMENT OF ENVIRONMENTAL PROTECTION, et al., <br><br> Plaintiffs, <br><br> v. <br><br> E.I. DU PONT DE NEMOURS AND COMPANY, et al., <br><br> Defendants | Civil Action Nos. <br><br> 19-14758 (RMB/JBC) <br> (Pompton Lakes) <br><br> 19-14766 (RMB/JBC) <br> (Chambers Works) <br><br> Hon. Renée Marie Bumb, Chief U.S.D.J. <br> James B. Clark, III, U.S.M.J. |

## SPECIAL MASTER ("SM") ORDER NO. 16
## (February 27, 2025 Zoom Status Conference

The parties and Special Master ("SM") having held a Zoom status conference on February 27, 2025; and this Order intending to confirm the SM's rulings reflected in the transcript of proceedings; and for all the reasons stated on the record,

IT IS HEREBY ORDERED this 28th day of February, 2025, as follows:

(1) The date for defendants and 3M to produce their Responsive Expert Reports for the sixteen (16) experts identified in Ms. Wilde's February 26, 2025 email is extended from March 11 to March 18, 2025. If requested by plaintiffs, defendants shall use their best efforts to reschedule an expert's deposition no later than April 10, 2025.

(2) Defendants' request to strike plaintiffs' witnesses: the Current Commissioner of the NJDEP (Shawn M. LaTourette), former Commissioner (Brad Campbell), and the Director of the Division of Waste and Compliance (Mike Hastry) is DENIED.

(3) By March 4, 2025, plaintiffs shall supplement their witness disclosures for the foregoing witnesses. The trial testimony of the foregoing witnesses is limited to the subject matters identified in plaintiffs' disclosures.

(4) By March 5, 2025, defendants are granted leave to serve limited, discrete and focused document requests directed to the three (3) witnesses identified above. The Special Master shall be contacted after the parties meet and confer regarding any disputes regarding the requested documents and deposition scheduling.

(5) Plaintiffs' request to strike as a trial witness Steve Korzeniowski is DENIED. The same relief is granted as to this witness as is granted in paragraphs 3 and 4 herein.

6765597v1

(6)  The next Zoom status conference is scheduled on March 6, 2025, at 4:30 p.m.

By: *s/ Joel Schneider*
Hon. Joel Schneider (Ret.)
Special Master

Dated:  February 28, 2025

6765597v1