UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY
MINUTES OF PROCEEDINGS

**CAMDEN OFFICE**

**CHIEF JUDGE RENÉE MARIE BUMB**           **DATE OF PROCEEDINGS**

**COURT REPORTER: JOHN J. KURZ**           April 17, 2025

Docket No. 19-cv-14758(RMB/JBC)
19-cv-14766(RMB/JBC)

**TITLE OF CASE:**

**NEW JERSEY DEPARTMENT OF ENVIROMENTAL PROTECTION, ET AL., VS. E.I. DU PONT DE NEMOURS AND COMPANY, ET AL.,**

**APPEARANCES:**

Gwen Farley, DAG, William J. Jackson, Esquire, David Zalman, Esquire Geoffrey W. Castello, Esquire, Scott E. Kauff, Esquire for plaintiffs
Lanny Steven Kurzweil, Esquire, James A. Budinetz, Esquire, Ann Marie Duffy, Esquire, Matthew J. Malinowski, Esquire, Ryan A. Richman, Esquire, Eric Lasker, Esquire, Marchello Gray, Esquire, David Schifrin, Esquire, Katherine Roin, Esquire, R. Stephen Stigall, Esquire, David W. Haworth, Esquire, Brittney Wilson, Esquire, Erin Carter, Esquire, Katherine Roin, Esquire and Margaret Raymond Flood, Esquire for EIDP, Inc. defendants
Donald J. Camerson, Esquire, Andrew Calica, Esquire, George Lombardi, Esquire, Tim Daniels, Esquire, Irwin Fritchie, Esquire, Matthew Lembke, Esquire, Bradley Arant, Esquire, Christopher Essig, Esquire, Reid Smith, Esquire and Madison Sharko, Esquire for defendant The 3M Company

**NATURE OF PROCEEDINGS: STATUS CONFERENCE**

Status Conference continued.

Time commenced: 10:30a.m.                    Time Adjourned: 6:00p.m.

Total 6 Hours and 30 Minutes

s/ *Arthur Roney*
DEPUTY CLERK