# IN THE UNITED STATE DISTRICT COURT
# FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| NEW JERSEY DEPARTMENT OF ENVIRONMENTAL PROTECTION, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>E.I. DU PONT DE NEMOURS AND COMPANY, et al.,<br><br>Defendants | Civil Action Nos.<br><br>19-14758 (RMB/JBC)<br>(Pompton Lakes)<br><br>19-14766 (RMB/JBC)<br>(Chambers Works)<br><br>Hon. Renée Marie Bumb, Chief U.S.D.J.<br>James B. Clark, III, U.S.M.J. |

## CASE MANAGEMENT ORDER NO. 8

The parties and Special Master having held a Zoom conference on April 23, 2025; and this Order intending to confirm the rulings made during the conference that are reflected in the transcript of proceedings; and accordingly,

IT IS HEREBY ORDERED this 24th day of April, 2025, as follows:

1. The current deadlines for the submission of jury charges, jury questionnaires and proposed voir dire questions are VACATED:

2. The current deadline to complete Pompton Lakes discovery is VACATED. A new deadline will be set in a future scheduling order.

3. The following deadlines apply to the Joint Final Pretrial Order ("JFPTO") for all Phase 1 trial issues except for fraudulent conveyance and ISRA.

    a. <u>4/29</u> – Plaintiffs respond to defendants' submission.

    b. <u>5/2</u> – Defendants respond to plaintiffs' 4/29 submission.

    c. <u>5/5</u> (noon) – The parties serve the Special Master ("SM") with their proposed JFPTO.

6845245v1

      d.      5/6 – In-person Joint Final Pretrial Conference with the SM. (Location to be determined.)

      e.      5/9 – Deadline to file executed JFPTO .

4. The following deadlines apply to the separate JFPTO for the Phase 1 fraudulent conveyance and ISRA issues.

      a.      5/21 – Plaintiffs serve their proposed JFPTO.

      b.      6/2 – Defendants serve their response to plaintiffs' 5/21 submission.

      c.      6/9 (noon) – The parties serve the SM with their proposed JFPTO.

      d.      6/10 – Zoom Joint Final Pretrial Conference with the SM.

      e.      6/12 – Deadline to file executed JFPTO.

5. The next scheduled Zoom conference with the SM is scheduled on May 2, 2025 at 10:00 a.m.

6. The parties are encouraged to meet and confer and to agree on stipulations and joint exhibits.

7. The May 12 conference before Judge Bumb is POSTPONED. The present deadline to file trial briefs is VACATED.

By: _s/Joel Schneider_
Judge Joel Schneider (Ret.)
Special Master

Dated: April 24, 2025

6845245v1