# IN THE UNITED STATE DISTRICT COURT
# FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| NEW JERSEY DEPARTMENT OF ENVIRONMENTAL PROTECTION, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>E.I. DU PONT DE NEMOURS AND COMPANY, et al.,<br><br>Defendants | Civil Action Nos.<br><br>19-14758 (RMB/JBC)<br>(Pompton Lakes)<br><br>19-14766 (RMB/JBC)<br>(Chambers Works)<br><br>Hon. Renée Marie Bumb, Chief U.S.D.J.<br>James B. Clark, III, U.S.M.J. |

## CASE MANAGEMENT ORDER NO. 9

The parties and Special Master ("SM") having held a Joint Final Pretrial Conference on May 6, 2025; and this Order intending to confirm the SM's rulings reflected in the transcript of proceedings; and accordingly,

IT IS HEREBY ORDERED this 7th day of May, 2025, as follows:

1. The parties shall serve the SM with the draft Joint Final Pretrial Order ("JFPTO") by May 9 (5:00 p.m.).

2. The parties shall serve the SM with the final executed JFPTO by May 12 (noon).

3. All deadlines in CMO No. 8 regarding the JFPTO for the ISRA/fraudulent conveyance portion of the trial are STAYED.

4. The schedule for the entry of the JFPTO for the second mini-trial (Chemours – Spill Act) is as follows:

   - 5/22 – Plaintiffs draft to defendants (except as to 3M)..
   - 5/29 – Defendants draft to plaintiffs.
   - 6/6 –  Draft to SM.
   - 6/9 –  Filing date.

5. The schedule for the entry of the JFPTO for the third mini-trial (WPCA – all defendants except 3M) is as follows:

   - 6/13 – Plaintiffs draft to defendants.
   - 6/20 – Defendants draft to plaintiffs.

6869547v1

- 6/27 – Draft to SM.
- 6/30 – Filing date.

6. The schedule for the entry of the JFPTO for the fourth mini-trial (CRACO defense) is as follows:

- 6/13 – Defendants (except as to 3M) draft to plaintiffs.
- 6/20 – Plaintiffs draft to defendants.
- 7/7 – Draft to SM.
- 7/8 – Filing date.

7. The schedule for the entry of the JFPTO for the fifth mini-trial (government contractor defense) is as follows:

- 7/2 – Defendants (except as to 3M) draft to plaintiffs.
- 7/9 – Plaintiffs draft to defendants.
- 7/16 – Draft to SM.
- 7/18 – Filing date.

By: *s/Joel Schneider*
Judge Joel Schneider (Ret.)
Special Master

Dated: May 7, 2025

6869547v1