# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW JERSEY

| | |
|---|---|
| NEW JERSEY DEPARTMENT OF ENVIRONMENTAL PROTECTION, et al., | Case No. 1:19-cv-14766-RMB |
| Plaintiffs, | Bench Trial No. 1 |
| v. | |
| E.I. DU PONT DE NEMOURS AND COMPANY, et al., | |
| Defendants. | |

# SUPPLEMENTAL JOINT FINAL PRETRIAL ORDER [FILED WITH LEAVE OF THE SPECIAL MASTER]

Pursuant to leave of court granted by Special Master Schneider, the following shall constitute the Supplemental Final Pretrial Order pursuant to Rule 16, Federal Rules of Civil Procedure. This Supplemental Final Pretrial Order, along with the Final Pretrial Order filed on May 12, 2025 (Dkt. 637), shall govern the conduct of the first "mini" trial of this case (Dkt. 613). Consistent with Case Management Order No. 8 and the Special Master's instructions during the May 6, 2025 final pretrial conference, this Supplemental Final Pretrial Order addresses only the trial of liability under Count 1 (Spill Act) and Count 4 (Brownfield and Contaminated Site Remediation Act) of the Third Amended Complaint against Defendant EIDP, Inc., f/k/a E. I. du Pont de Nemours and Company ("EIDP"). Separate Pretrial Orders will be entered regarding the remaining claims and issues.

**INDEX OF EXHIBITS AND APPENDICES.**

| Exhibit | Supplemental Final Pretrial Order Section | Description |
|---|---|---|
| 4A-1 [Corrected]<br>4A-6<br>4A-7 | Part VI | Plaintiffs' corrected deposition designations |
| 6A | Part VIII(A) | Plaintiffs' exhibits |
| 6B | Part VIII(B) | EIDP's exhibits |
| 6C | Part VIII(B) | Common exhibits |

**PART VI.   TESTIMONY BY DEPOSITION**

1. The parties incorporate the paragraphs from Part VI of the Final Joint Pretrial Order herein.

2. After identifying an error in pagination for two deposition transcripts, Special Master Schneider granted Plaintiffs leave to amend their designations and for EIDP to amend their counter-designations and objections to those transcripts. The corrected designations are contained in **Exhibit 4A-1 [Corrected]**, and EIDP's objections and counter designations to Plaintiffs' corrected designations are contained in **Exhibits 4A-6 and 4A-7**.

**PART VIII. EXHIBITS**

3. The parties incorporate the paragraphs from Part VIII of the Final Joint Pretrial Order herein.

4. Plaintiffs' Exhibit List is contained within **Exhibit 6A**, and EIDP's Exhibit List is contained within **Exhibit 6B**.

### A. Common Exhibits

5. The exhibits that the parties have agreed that any of them may offer at trial are listed in **Exhibit 6C** (except demonstrative exhibits and exhibits to be used solely for impeachment). Any party may move to have an exhibit(s) on the Common Exhibit List admitted into evidence. By agreeing to the inclusion of an exhibit on the Common Exhibit List, no party is (a) making any admission concerning the relevance or contents of the exhibit, or (b) assenting to the use of an exhibit for any and all purposes.

## CONCLUDING CERTIFICATION

We hereby certify by the affixing of our signatures to this Supplemental Final Pretrial Order that it reflects the efforts of all counsel and that we have carefully and completely reviewed all parts of this Order prior to its submission to the Court. Further, it is acknowledged that amendments to this Final Pretrial Order will not be permitted except where the Court determines that manifest injustice would result if amendment is not allowed.

It is hereby ORDERED this 14th day of May, 2025, that the foregoing Supplement JFPTO is APPROVED.

Reviewed and Approved this 14th day of May, 2025

*/s/ Joel Schneider*

Hon. Joel Schneider (Ret.), Special Master

**COUNSEL FOR PLAINTIFFS:**

    **MATTHEW J. PLATKIN**
    **ATTORNEY GENERAL OF NEW JERSEY**
    *Attorney for Plaintiffs*

    By: */s/ Gwen Farley*
    Gwen Farley
    Deputy Attorney General
    R.J. Hughes Justice Complex
    25 Market Street
    P.O. Box 093
    Trenton, New Jersey 08625-0093
    Ph. (609) 376-2740

    **KELLEY DRYE & WARREN LLP**
    Special Counsel to the Attorney General

    By: */s/ Geoffrey W. Castello*
    Geoffrey W. Castello, Esq.
    One Jefferson Road
    Parsippany, New Jersey 07054
    Tel.: (973) 503-5900
    GCastello@KelleyDrye.com

    *William J. Jackson, Esq.

*John D.S. Gilmour, Esq.
*Lana M. Rowenko, Esq.
*Jennifer C. Barks. Esq.
*Fanny Turcios, Esq.
515 Post Oak Blvd. Suite 900
Houston, Texas 77027
Ph. (713) 355-5000

*David Zalman, Esq.
David M. Reap, Esq.
3 World Trade Center
175 Greenwich Street
New York, New York 10007
Tel.: (212) 808-7800
DReap@KelleyDrye.com

**LAW OFFICES OF JOHN K. DEMA, P.C.**
Special Counsel to the Attorney General

By:   *John K. Dema, Esq.
      Scott E. Kauff, Esq.
      *John T. Dema, Esq.
      *Briana Dema, Esq.
      Alex Latanision, Esq.
    *Elizabeth B. Petersen, Esq.
1236 Strand Street, Suite 103
Christiansted, St. Croix
U.S. Virgin Islands 00820-5034
Ph. (340) 773-6142

**TAFT STETTINIUS & HOLLISTER LLP**
Special Counsel to the Attorney General

*Robert A. Bilott, Esq.
425 Walnut Street, Suite 1800
Cincinnati, OH 45202-3957
Telephone: (513) 381-2838
Facsimile: (513) 381-0205
bilott@taftlaw.com

5

*David J. Butler, Esq.
41 S. High Street
Suite 1800
Columbus, OH 43215-6106
Telephone: (614) 221-2838

**COUNSEL FOR EIDP:**

By: */s/ Lanny S. Kurzweil*
Lanny S. Kurzweil
Ryan A. Richman
**MCCARTER & ENGLISH**
Four Gateway Center
100 Mulberry Street
Newark, NJ 07102
(973) 639-2044
rrichman@mccarter.com
lkurzweil@mccarter.com

Ann Marie Duffy (*Admitted PHV*)
Eric G. Lasker (*Admitted PHV*)
Matthew J. Malinowski (*Admitted PHV*)
Marchello D. Gray (*Admitted PHV*)
David I. Schifrin (*Admitted PHV*)
**Hollingsworth**LLP
1350 I Street, NW
Washington, DC 20005
(202) 898-5800
aduffy@hollingsworthllp.com
elasker@hollingsworthllp.com
mmalinowski@hollingsworthllp.com

**COUNSEL FOR 3M:**

By: */s/Donald J. Camerson, II*
Donald J. Camerson, II, Esq.
James W. Crowder, IV, Esq.

BRESSLER, AMERY & ROSS, P.C.
325 Columbia Turnpike
Florham Park, NJ 07932
(973) 514-1200
djcamerson@bressler.com
jcrowder@bressler.com

Andrew J. Calica, Esq. (*admitted PHV*)
KING & SPALDING LLP
1185 Avenue of the Americas
New York, NY 10036
(212) 790-5390
acalica@kslaw.com

George C. Lombardi, Esq. (*admitted PHV*)
Christopher B. Essig, Esq. (*admitted PHV*)
Reid F. Smith, Esq. (*admitted PHV*)
WINSTON & STRAWN LLP
35 W. Wacker Dr.
Chicago, IL 60601
(312) 558-5600
glombard@winston.com
cessig@winston.com
rfsmith@winston.com

Timothy F. Daniels
Carlos A. Benach
Madison A. Sharko
IRWIN FRITCHIE URQUHART MOORE & DANIELS LLC
400 Poydras Street, Suite 2700
New Orleans, LA 70130
(504) 310-2224
Tdaniels@irwinllc.com
cbenach@irwinllc.com
msharko@irwinllc.com