IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| NEW JERSEY DEPARTMENT OF ENVIRONMENTAL PROTECTION; THE COMMISSIONER OF THE NEW JERSEY DEPARTMENT OF ENVIRONMENTAL PROTECTION; and THE ADMINISTRATOR OF THE NEW JERSEY SPILL COMPENSATION FUND,<br><br>*Plaintiffs*,<br><br>vs.<br><br>E.I. DU PONT DE NEMOURS AND COMPANY, et al.,<br><br>*Defendants*. | Civ. Act. No. 2:19-cv-14758 (RMB) (JBC)<br>Civ. Act. No. 1:19-cv-14766 (RMB) (JBC)<br><br>[PROPOSED] ORDER GRANTING PLAINTIFFS' REQUEST FOR USE OF EQUIPMENT IN THE COURTROOM |

IT IS HEREBY ORDERED that Plaintiffs' motion to allow the use of equipment in the courtroom and conference rooms as specified in Exhibit A to Plaintiffs' May 7, 2025 letter to the Court is hereby granted. Plaintiffs and their technical Consultants will be permitted to bring in the equipment listed in Exhibit A for the trial scheduled to begin on May 19, 2025.

Dated: May 13, 2025

Hon. Renée M. Bumb
Chief United States District Judge

Hon. Renée M. Bumb, Chief United States District Judge
May 7, 2025

# Exhibit A

| Equipment | Quantity |
|---|---|
| **For set up in court room:** | |
| 75" 4K LCD Display | 2 |
| 21.5" LCD Monitor (HDMI) | 10 |
| Wolfvision Visualizer VZ-8 Plus (HDMI) | 1 |
| 72" LCD Rolling Floor Stand W/Poles | 2 |
| DaLite Projectostand (25"x17") W/ Skirt | 1 |
| Tech Table (18"x60") w/skirt | 2 |
| Extron 1 In X 6 Out HDMI DA | 2 |
| Roland 4 In X 2 Out HDMI Matrix XS-42H | 2 |
| Backup HDMI switch Osee Streamdeck | 1 |
| CAP-1 Computer Audio Patch (Mono) | 2 |
| Fender 150W Speakers (1Pair) | 1 |
| Epson LS800 Projector | 1 |
| Portable Monitors | 3 |
| WiFi Hotspot and Access Point Router | 3 |
| Power strips and extensions cords | 5-10 |
| Video and audio cables | 5-10 |
| Tech laptops and docking units | 5-10 |
| Tech phone and charger | 1 |
| Tech Ipad and charger | 1 |
| Miscellaneous usb and video adapters | 5-10 |
| **For set up in Judge Bumb's Conference Room:** | |
| Mini refrigerator | 1 |
| Color Printer | 1 |
| Power strips and extensions cords | 2 |
| Bankers box of office supplies | 3 |