# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| NEW JERSEY DEPARTMENT OF ENVIRONMENTAL PROTECTION, et al.,<br><br>            Plaintiffs,<br><br>v.<br><br>E. I. DU PONT DE NEMOURS AND COMPANY, et al.,<br><br>            Defendants. | Civil Action No. 1:19-cv-14766<br><br>Hon. Renée M. Bumb, Chief U.S.D.J.<br>James B. Clark, III, U.S.M.J.<br><br>**ORDER GRANTING DEFENDANTS' REQUEST FOR USE OF EQUIPMENT IN THE COURTROOM AND BREAKOUT ROOM** |

IT IS HEREBY ORDERED that the following requests made by Defendants, with the exception of 3M, ("Defendants") for the upcoming Phase 1 trial to commence May 19, 2025 are hereby GRANTED.

1) To allow the use by counsel, paralegals, and technical consultants of Defendants of equipment and other supplies listed in Exhibit A, Exhibit B, and Exhibit C in the courtroom and assigned breakout room.

2) To allow counsel, paralegals, and technical consultants of Defendants to bring personal laptops and mobile phones into the courthouse.

Dated: May 16, 2025

*[signature]*

_____
Hon. Renée M. Bumb
Chief United States District Judge