UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY
MINUTES OF PROCEEDINGS

**CAMDEN OFFICE**

**CHIEF JUDGE RENÉE MARIE BUMB**          DATE OF PROCEEDINGS

**COURT REPORTER: JOHN J. KURZ**          May 27, 2025

Docket No. 19-cv-14766(RMB/JBC)

**TITLE OF CASE:**

**NEW JERSEY DEPARTMENT OF ENVIROMENTAL PROTECTION, ET AL., VS. E.I. DU PONT DE NEMOURS AND COMPANY, ET AL.,**

**APPEARANCES:**

Gwen Farley, DAG, William J. Jackson, Esquire, David M. Reap, Esquire, Lana M. Rowenko, Esquire, David Zalman, Esquire Geoffrey W. Castello, Esquire, Scott E. Kauff, Esquire, Daniel J. Harrison, Esquire, Scott Cernich, Esquire, Curt D. Marshall, Esquire, John T. Dema, Esquire, Melissa E. Byroade, Esquire, Jennifer C. Barks, Esquire, Nancy Yanochik, Esquire and Matthew Chakmakian, Esquire for plaintiffs
Lanny Steven Kurzweil, Esquire, Ann Marie Duffy, Esquire, James A. Budinetz, Esquire, Matthew J. Malinowski, Esquire, Ryan A. Richman, Esquire, Eric Lasker, Esquire, Marchello D. Gray, Esquire, David I. Schifrin, Esquire, Pete Chattrabhuti, Esquire, David A. Schlier, Esquire and Claire Grega, Esquire for EIDP, Inc. defendants

**NATURE OF PROCEEDINGS: BENCH TRIAL**

Trial without jury continued before the Honorable Renée Marie Bumb.
Matthew Hagemann sworn for plaintiffs.
Trial without jury adjourned until Wednesday, May 28, 2025 at 9:00a.m.

Time commenced: 11:45a.m.          Time Adjourned: 3:15p.m.

Total 3 Hours and 30 minutes

s/ *Arthur Roney*
DEPUTY CLERK