## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| NEW JERSEY DEPARTMENT OF ENVIRONMENTAL PROTECTION, et al., <br><br> Plaintiffs, <br><br> v. <br><br> E.I. DU PONT DE NEMOURS AND COMPANY, et al., <br><br> Defendants. | Case No. 1:19-cv-14766-RMB <br><br> Compensatory Restoration Administrative Consent Order ("CRACO") Trial |

## **ABBREVIATED SUPPLEMENTAL JOINT FINAL PRETRIAL ORDER**

Pursuant to the revised schedule for trial of this matter, and in consultation with Special Master Schneider, the parties submit the following Abbreviated Supplemental Joint Final Pretrial Order relating to the Compensatory Restoration Administrative Consent Order ("CRACO") trial pursuant to Rule 16, Federal Rules of Civil Procedure. This Abbreviated Supplemental Joint Final Pretrial Order, along with the Supplemental Joint Final Pretrial Order (Dkt. 639), and the Final Pretrial Order filed on May 12, 2025 (Dkt. 637), shall govern the conduct of the "mini" trial on the Compensatory Restoration Administrative Consent Order portion of this case (Dkt. 613). Consistent with Case Management Order No. 8, the Special Master's instructions during the May 6, 2025 final pretrial conference, and subsequent conversations with the Court and Special Master, this Abbreviated Supplemental Joint Final Pretrial Order addresses issues relating to the CRACO defense to liability under Count 1 (Spill Act), Count 2 (Water Pollution Control Act), and Count 4 (Brownfield and Contaminated Site Remediation Act) of the Third Amended Complaint against Defendant EIDP, Inc., f/k/a E. I. du Pont de Nemours and Company ("EIDP"), The Chemours Company, and The Chemours Company FC, LLC (collectively, "Defendants"). Separate Abbreviated Supplemental Joint Final Pretrial Orders will be entered regarding the remaining claims and issues.

1

**INDEX OF EXHIBITS AND APPENDICES.**

| Exhibit | Abbreviated Supplemental Joint Final Pretrial Order Section | Description |
|---------|------------------------------------------------------------|-------------|
| 3A-1 | Part V(A) | Plaintiffs' witnesses relating to CRACO and summary of their testimony, and Defendants' objections |
| 3B-1 | Part V(B) | Defendants' witnesses relating to CRACO and summary of their testimony, and Plaintiffs' objections |
| 4A-8 | Part VI | Plaintiffs' identification of transcripts for potential designation |
| 4A-9 | Part VI | Defendants' identification of transcripts for potential designation |
| 5A-1 | Part VII | Plaintiffs' experts and Defendants' objections to the qualifications of Plaintiffs' experts and admissibility of Plaintiffs' expert opinions |
| 5B-1 | Part VII | Defendants' experts and Plaintiffs' objections to the qualifications of Defendants' experts and admissibility of Defendants' experts opinions |
| 6A-2 | Part VIII(A) | Plaintiffs' supplemental exhibits relating to CRACO |
| 6B-1 | Part VIII(B) | Defendants' supplemental exhibits relating to CRACO |
| 7A-1 | Part IX(A) | Plaintiffs' statement of legal issues |
| 7B-1 | Part IX(B) | Defendants' statement of legal issues |

**PART V.     WITNESSES AND SUMMARY OF TESTIMONY**

1.     The parties incorporate paragraphs 29, 32, and 33 from Part V of the Final Joint Pretrial Order herein.

2.    Witness testimony admitted into evidence in the first mini-trial is admitted into evidence for purposes of this mini-trial with equal force as if the testimony had been admitted in this mini-trial, such that repetitive testimony from the same witness need not be elicited and should be avoided.

## A. <u>Plaintiffs' Witnesses and Summary of Their Testimony</u>

3.    Plaintiffs intend to call the witnesses listed in <u>**Exhibit 3A-1**</u> with regard to the claims and defenses to be tried in relation to the CRACO "mini" trial as set forth in this Court's order dated April 22, 2025, and anticipate that the witnesses will testify as set out in Exhibit 3A-1.  Plaintiffs reserve the right to call any witness listed on any other party's witness list attached as Exhibits hereto.  Defendants' objections to Plaintiffs' witnesses are listed in Exhibit 3A-1.

## B. <u>Defendants' Witnesses and Summary of Their Testimony</u>

4.    Defendants intend to call the witnesses listed in <u>**Exhibit 3B-1**</u> with regard to the claims and defenses to be tried in relation to the CRACO "mini" trial as set forth in this Court's order dated April 22, 2025, and anticipate that the witnesses will testify as set out in Exhibit 3B-1.  Defendants reserve the right to call any witness listed on any other party's witness list attached as Exhibits hereto. Plaintiffs' objections to Defendants' witnesses are listed in Exhibit 3B-1.

## PART VI.  **TESTIMONY BY DEPOSITION**

5.      In addition to those witnesses that the parties intend to call live, as set forth in Part V, the parties intend to call certain witnesses through deposition testimony. The witnesses and transcripts that Plaintiffs may designate from for this "mini" trial are listed in **Exhibit 4A-8.**  The witnesses and transcripts that Defendants may designate from for this "mini" trial are listed in **Exhibit 4A-9.** Any party may use a deposition identified by another party to the same effect as if it had initially identified the deposition as its own, subject to all applicable objections.  The listing of a deposition does not constitute an admission as to the admissibility of any testimony nor is it a waiver of any applicable objection.

6.      The parties agree that the schedule set forth in paragraph 41 of the Joint Final Pretrial Order shall govern the designation of testimony from the list of depositions identified in Exhibits 4A-8 and 4A-9, as well as all related deadlines for objections to designated testimony, counter-designations, objections to counter-designations, counter-counter designations, and meet and confers.  The parties likewise incorporate the provisions in paragraph 41 regarding timing rules.

7.      The parties further incorporate paragraphs 38, 39, 40, 42, 43, 44, and 45 from Part VI of the Joint Final Pretrial Order herein.

8.      Witness testimony admitted into evidence through deposition testimony in the first mini-trial is admitted into evidence for purposes of this mini-trial with

4

equal force as if the testimony had been admitted in this mini-trial, such that the same deposition testimony from the same witness need not be designated or offered into evidence again in this mini-trial.

**PART VII. <u>EXPERT WITNESSES</u>**

9.     The parties incorporate paragraphs 46 and 52 from Part VII of the Joint Final Pretrial Order herein.

10.    Expert witness testimony admitted into evidence in the first mini-trial is admitted into evidence for purposes of this mini-trial with equal force as if the testimony had been taken in this mini-trial, such that repetitive testimony from the same expert witness need not be elicited and should be avoided.

11.    Plaintiffs' experts are listed in **<u>Exhibit 5A-1</u>**. The curriculum vitae of Plaintiffs' experts are included in Appendix A.

12.    Defendants' experts are listed in **<u>Exhibit 5B-1</u>**. The curriculum vitae of Defendants' experts are included in Appendix B.

13.    Defendants' objections to the qualification of Plaintiffs' experts, as well as any challenges to the admissibility of Plaintiffs' experts' testimony, are listed in **<u>Exhibit 5A-1</u>**.

14.    Plaintiffs' objections to the qualifications of Defendants' experts, as well as any challenges to the admissibility of Defendants' experts' testimony are listed in **<u>Exhibit 5B-1</u>**.

## PART VIII. <u>EXHIBITS</u>

15.    The parties incorporate the paragraphs from Part VIII of the Joint Final Pretrial Order and the Supplemental Joint Final Pretrial Order herein.

16.    Exhibits admitted into evidence in the first mini-trial are admitted into evidence for purposes of this mini-trial with equal force as if the exhibit had been admitted in this mini-trial, such that the same exhibit need not be introduced again. Exhibits listed on a parties' exhibit list for the first mini-trial (ECF 639) but not admitted into evidence may be offered at this mini-trial and need not be listed on Exhibits 6A-2 or 6B-1.

17.    Plaintiffs' Supplemental Exhibit List for additional exhibits to be used during the CRACO "mini" trial is contained within **<u>Exhibit 6A-2</u>**, and Defendants' Supplemental Exhibit List for additional exhibits to be used during the CRACO "mini" trial is contained within **<u>Exhibit 6B-1</u>**.  The parties reserve all objections to the admissibility of these exhibits, except as provided below.

18.    No party objects to any exhibits listed in Exhibits 6A-2 or 6B-1 on authentication grounds. Further, all exhibits listed in Exhibits 6A-2 and 6B-1 which are Bates stamped documents produced from the files of any parties are deemed to be Records of a Regularly Conducted Activity under Federal Rule of Evidence 803(6) or Public Records under Federal Rule of Evidence 803(8) absent good faith objection. To be clear, all parties' stipulations to the admissibility or authentication

of these exhibits are for purposes of this case only and made to effectuate this particular trial in the manner the Court has directed. The parties do not waive these objections for any other purpose or in any other proceeding.

**PART IX. <u>LAW</u>**

### A. <u>Plaintiffs</u>

19.    Plaintiffs' statement of the legal issues for the CRACO "mini" trial are contained in Exhibit 7A-1.

### B. <u>Defendants</u>

20.    Defendants' statement of the legal issues for the CRACO "mini" trial are contained in Exhibit 7B-1.

### <u>CONCLUDING CERTIFICATION</u>

We hereby certify by the affixing of our signatures to this Abbreviated Supplemental Joint Final Pretrial Order that it reflects the efforts of all counsel and that we have carefully and completely reviewed all parts of this Order prior to its submission to the Court. Further, it is acknowledged that amendments to this Abbreviated Supplemental Joint Final Pretrial Order will not be permitted except where the Court determines that manifest injustice would result if amendment is not allowed.

It is hereby ORDERED this 27th day of May, 2025, that the foregoing Abbreviated

Supplemental JFPTO is APPROVED.


*/s/ Joel Schneider*

Hon. Joel Schneider (Ret.), Special Master


**COUNSEL FOR PLAINTIFFS:**

    **MATTHEW J. PLATKIN**
    **ATTORNEY GENERAL OF NEW JERSEY**
    *Attorney for Plaintiffs*

    By: */s/ Gwen Farley*
    Gwen Farley
    Deputy Attorney General
    R.J. Hughes Justice Complex
    25 Market Street
    P.O. Box 093
    Trenton, New Jersey 08625-0093
    Ph. (609) 376-2740

    **KELLEY DRYE & WARREN LLP**
    Special Counsel to the Attorney General

    By: */s/ Geoffrey W. Castello*
    Geoffrey W. Castello, Esq.
    One Jefferson Road
    Parsippany, New Jersey 07054
    Tel.: (973) 503-5900
    GCastello@KelleyDrye.com

    *William J. Jackson, Esq.
    *John D.S. Gilmour, Esq.
    *Lana M. Rowenko, Esq.

*Jennifer C. Barks. Esq.
*Fanny Turcios, Esq.
515 Post Oak Blvd. Suite 900
Houston, Texas 77027
Ph. (713) 355-5000

*David Zalman, Esq.
David M. Reap, Esq.
3 World Trade Center
175 Greenwich Street
New York, New York 10007
Tel.: (212) 808-7800
DReap@KelleyDrye.com

**LAW OFFICES OF JOHN K. DEMA, P.C.**
Special Counsel to the Attorney General

By:    *John K. Dema, Esq.
        Scott E. Kauff, Esq.
        *John T. Dema, Esq.
        *Briana Dema, Esq.
        Alex Latanision, Esq.
     *Elizabeth B. Petersen, Esq.
1236 Strand Street, Suite 103
Christiansted, St. Croix
U.S. Virgin Islands 00820-5034
Ph. (340) 773-6142

**TAFT STETTINIUS & HOLLISTER LLP**
Special Counsel to the Attorney General

*Robert A. Bilott, Esq.
425 Walnut Street, Suite 1800
Cincinnati, OH 45202-3957
Telephone: (513) 381-2838
Facsimile: (513) 381-0205
bilott@taftlaw.com

*David J. Butler, Esq.
41 S. High Street

9

Suite 1800
Columbus, OH 43215-6106
Telephone: (614) 221-2838

**COUNSEL FOR DEFENDANTS:**

By: */s/ Lanny S. Kurzweil*
Lanny S. Kurzweil
Ryan A. Richman
**MCCARTER & ENGLISH**
Four Gateway Center
100 Mulberry Street
Newark, NJ 07102
(973) 639-2044
rrichman@mccarter.com
lkurzweil@mccarter.com

Ann Marie Duffy (*Admitted PHV*)
Eric G. Lasker (*Admitted PHV*)
Matthew J. Malinowski (*Admitted PHV*)
Marchello D. Gray (*Admitted PHV*)
David I. Schifrin (*Admitted PHV*)
**Hollingsworth**LLP
1350 I Street, NW
Washington, DC 20005
(202) 898-5800
aduffy@hollingsworthllp.com
elasker@hollingsworthllp.com
mmalinowski@hollingsworthllp.com

# Appendix A



Technical Consultation, Data Analysis and
Litigation Support for the Environment

2656 29th Street, Suite 201
Santa Monica, CA 90405

(949) 887-9013
mhagemann@swape.com

## Matthew F. Hagemann, P.G., C.Hg.

- **Geologic and Hydrogeologic Characterization, Investigation and Remediation Strategies**
- **Industrial Stormwater Compliance**
- **CEQA Review**
- **Expert Testimony**

**Professional Certifications:**
California Professional Geologist, P.G.
California Certified Hydrogeologist, C.Hg.

**Education:**
M.S. Degree, Geology, California State University Los Angeles, Los Angeles, CA, 1984.
B.A. Degree, Geology, Humboldt State University, Arcata, CA, 1982.

**Professional Experience:**
30 years of experience in environmental policy, contaminant assessment and remediation, stormwater compliance, and CEQA review. Spent nine years with the U.S. EPA in the Resource Conservation Recovery Act (RCRA) and Superfund programs and served as EPA's Senior Science Policy Advisor in the Western Regional Office where I identified emerging threats to groundwater. While with EPA, I served as a Senior Hydrogeologist in the oversight of the assessment of seven major military facilities undergoing base closure. Led numerous enforcement actions under provisions of the Resource Conservation and Recovery Act (RCRA) and directed efforts to improve hydrogeologic characterization and water quality monitoring. For the past 15 years, as a founding partner with SWAPE, I developed extensive client relationships and has managed complex projects that include consultations as an expert witness and a regulatory specialist, and managing projects ranging from industrial stormwater compliance to CEQA review of impacts from hazardous waste, air quality and greenhouse gas emissions.

Positions held include:

Government:
Senior Science Policy Advisor and Hydrogeologist, U.S. Environmental Protection Agency (1989–1998);
Hydrogeologist, National Park Service, Water Resources Division (1998 – 2000);

1

Geologist, U.S. Forest Service (1986 – 1998).

Educational:
Geology Instructor, Golden West College, 2010 – 2104, 2017;
Adjunct Faculty Member, San Francisco State University, Department of Geosciences (1993 – 1998);
Instructor, College of Marin, Department of Science (1990 – 1995).

Private Sector:
Founding Partner, Soil/Water/Air Protection Enterprise (SWAPE) (2003 – present);
Senior Environmental Analyst, Komex H2O Science, Inc. (2000 -- 2003);
Executive Director, Orange Coast Watch (2001 – 2004);
Geologist, Dames & Moore (1984 – 1986).

**Senior Regulatory and Litigation Support Analyst:**
With SWAPE, responsibilities have included:
- Lead analyst and testifying expert, for both plaintiffs and defendants, in the review of over 300 environmental impact reports and negative declarations since 2003 under CEQA that identify significant issues with regard to hazardous waste, water resources, water quality, air quality, greenhouse gas emissions, and geologic hazards.
- Recommending additional mitigation measures to lead agencies at the local and county level to include additional characterization of health risks and implementation of protective measures to reduce exposure to hazards from toxins.
- Stormwater analysis, sampling and best management practice evaluation, for both government agencies and corporate clients, at more than 150 industrial facilities.
- Serving as expert witness for both plaintiffs and defendants in cases including contamination of groundwater, CERCLA compliance in assessment and remediation, and industrial stormwater contamination.
- Technical assistance and litigation support for vapor intrusion concerns, for both government agencies and corporate clients.
- Lead analyst and testifying expert in the review of environmental issues in license applications for large solar power plants before the California Energy Commission.
- Manager of a project to evaluate numerous formerly used military sites in the western U.S.
- Manager of a comprehensive evaluation of potential sources of perchlorate contamination in Southern California drinking water wells.
- Manager and designated expert for litigation support under provisions of Proposition 65 in the review of releases of gasoline to sources drinking water at major refineries and hundreds of gas stations throughout California.

With Komex H2O Science Inc., duties included the following:
- Senior author of a report on the extent of perchlorate contamination that was used in testimony by the former U.S. EPA Administrator and General Counsel.
- Senior researcher in the development of a comprehensive, electronically interactive chronology of MTBE use, research, and regulation.
- Senior researcher in the development of a comprehensive, electronically interactive chronology of perchlorate use, research, and regulation.
- Senior researcher in a study that estimates nationwide costs for MTBE remediation and drinking water treatment, results of which were published in newspapers nationwide and in testimony

2

against provisions of an energy bill that would limit liability for oil companies.

- Research to support litigation to restore drinking water supplies that have been contaminated by MTBE in California and New York.
- Lead author for a multi-volume remedial investigation report for an operating school in Los Angeles that met strict Sate of California regulatory requirements.
- Development of strategic approaches for cleanup of contaminated sites in consultation with clients and regulators.

**Hydrogeology:**

As a Senior Hydrogeologist with the U.S. Environmental Protection Agency, led investigations to characterize and cleanup closing military bases, including Mare Island Naval Shipyard, Hunters Point Naval Shipyard, Treasure Island Naval Station, Alameda Naval Station, Moffett Field, Mather Army Airfield, and Sacramento Army Depot. Specific activities included:

- Leading efforts to model groundwater flow and contaminant transport, ensured adequacy of monitoring networks, and assessed cleanup alternatives for contaminated sediment, soil, and groundwater.
- Initiating a regional program for evaluation of groundwater sampling practices and laboratory analysis at military bases.
- Identifying emerging issues, wrote technical guidance, and assisted in policy and regulation development through work on four national U.S. EPA workgroups, including the Superfund Groundwater Technical Forum and the Federal Facilities Forum.

At the request of the State of Hawaii, developed a methodology to determine the vulnerability of groundwater to contamination on the islands of Maui and Oahu. Used analytical models and a GIS to show zones of vulnerability, and the results were adopted and published by the State of Hawaii and County of Maui.

As a hydrogeologist with the EPA Groundwater Protection Section, worked with provisions of the Safe Drinking Water Act and NEPA to prevent drinking water contamination. Specific activities included the following:

- Received an EPA Bronze Medal for contribution to the development of national guidance for the protection of drinking water.
- Managed the Sole Source Aquifer Program and protected the drinking water of two communities through designation under the Safe Drinking Water Act. Prepared geologic reports, conducted hearings, and responded to public comments from residents who were very concerned about the impact of designation.
- Reviewed a number of Environmental Impact Statements for planned major developments, including large hazardous and solid waste disposal facilities, mine reclamation, and water transfer.

Served as a hydrogeologist with the RCRA Hazardous Waste program. Duties included:

- Supervised the hydrogeologic investigation of hazardous waste sites to determine compliance with Subtitle C requirements.
- Reviewed and wrote "part B" permits for the disposal of hazardous waste.
- Conducted RCRA Corrective Action investigations of waste sites and led inspections that formed the basis for significant enforcement actions that were developed in close coordination with U.S.EPA legal counsel.
- Wrote contract specifications and supervised contractor's investigations of waste sites.

3

With the National Park Service, directed service-wide investigations of contaminant sources to prevent degradation of water quality, including the following:

- Applied pertinent laws and regulations including CERCLA, RCRA, NEPA, NRDA, and the Clean Water Act to control military, mining, and landfill contaminants.
- Conducted watershed-scale investigations of contaminants at parks, including Yellowstone and Olympic National Park.
- Identified high-levels of perchlorate in soil adjacent to a national park in New Mexicoand advised park superintendent on appropriate response actions under CERCLA.
- Served as a Park Service representative on the Interagency Perchlorate Steering Committee, a national workgroup.
- Developed a program to conduct environmental compliance audits of all National Parks while serving on a national workgroup.
- Co-authored two papers on the potential for water contamination from the operation of personal watercraft and snowmobiles, these papers serving as the basis for the development of nation- wide policy on the use of these vehicles in National Parks.
- Contributed to the Federal Multi-Agency Source Water Agreement under the Clean Water Action Plan.

**Policy:**

Served as senior management as the Senior Science Policy Advisor with the U.S. Environmental Protection Agency, Region 9. Activities included the following:

- Advising the Regional Administrator and senior management on emerging issues such as the potential for the gasoline additive MTBE and ammonium perchlorate to contaminate drinkingwater supplies.
- Shaping EPA's national response to these threats by serving on workgroups and by contributingto guidance, including the Office of Research and Development publication, Oxygenates in Water: Critical Information and Research Needs.
- Improving the technical training of EPA's scientific and engineering staff.
- Earning an EPA Bronze Medal for representing the region's 300 scientists and engineers in negotiations with the Administrator and senior management to better integrate scientific principles into the policy-making process.
- Establishing national protocol for the peer review of scientific documents.

**Geology:**

With the U.S. Forest Service, led investigations to determine hillslope stability of areas proposed for timber harvest in the central Oregon Coast Range. Specific activities included:

- Mapping geology in the field, and used aerial photographic interpretation and mathematical models to determine slope stability.
- Coordinating research with community stakeholders who were concerned with natural resource protection.
- Characterizing the geology of an aquifer that serves as the sole source of drinking water for thecity of Medford, Oregon.

As a consultant with Dames and Moore, led geologic investigations of two contaminated sites (later listed on the Superfund NPL) in the Portland, Oregon, area and a large RCRA hazardous waste site in eastern Oregon.

Duties included the following:
- Supervising year-long effort for soil and groundwater sampling.
- Conducting aquifer tests.
- Investigating active faults beneath sites proposed for hazardous waste disposal.

**Teaching:**

From 1990 to 1998, taught at least one course per semester at the community college and university     levels:
- At San Francisco State University, held an adjunct faculty position and taught courses in environmental geology, oceanography (lab and lecture), hydrogeology, and groundwater contamination.
- Served as a committee member for graduate and undergraduate students.
- Taught courses in environmental geology and oceanography at the College of Marin.
- Part time geology instructor at Golden West College in Huntington Beach, California from 2010 to 2014 and in 2017.

**Summary of Recent Testimony Experience**

*In Re Asher et. al. vs Raytheon Technologies Corporation In Huntington Superior Court, State of Indiana, County of Huntington, Case No: 35D01-2006-CT-000338. Deposition in 2024, Representing Plaintiff in matters involving standard of care in responding to groundwater and indoor air contamination of trichlorethylene.*

*In Re Wright vs Consolidated Rail Corporation In the Circuit Court of Cook County, Illinois, Case No: 21L3966. Deposition in 2023, Representing Plaintiff in matters involving groundwater and drinking water contamination of perchloroethylene, trichlorethylene, 1,2-dichloroethane, and carbon tetrachloride.*

*In Re Behr Dayton Thermal Products LLC In the United States District Court for the Southern District of Ohio Western Division at Dayton, Case No: 08-cv-326. Deposition in 2022. Representing Plaintiff in matters regarding standard of care in responding to contamination of groundwater and indoor air with perchloroethylene and trichlorethylene.*

*Orange County Water District vs. Sabic Innovative Plastics US, LLC, et al. In the Court of Appeal, Fourth District, Division 1, California, Case No: D070553. Deposition in 2020. Representing Plaintiff in matters involving compliance with The Comprehensive Environmental Response, Compensation, and Liability Act (CERCLA).*

*Los Angeles Waterkeeper vs. AAA Plating and Inspection, Inc.* In the United States District Court for the Central District of California, Case No: No. CV 18-5916 PA (GJSx). Deposition in 2019. Expert witness representing Plaintiff in matters involving contaminated stormwater runoff at an industrial facility in Compton, California.

*Californians for Alternatives to Toxics vs. Schneider Dock and Intermodal Facility.* In the United States District Court for the Northern District of California, Case No: 3:17-cv-05287-JST. Deposition in 2019. Expert witness representing Plaintiff in matters involving contaminated stormwater runoff at an industrial facility in Eureka, California.

*Bells et al. vs. The 3M Company et al*. In the United States District Court for the District of Colorado,

Case No: 1:16- CV-02531-RBJ. Deposition in 2018. Expert witness representing Plaintiff on matters regarding the general hydrogeological conditions present in an area impacted by per- and poly-fluoroalkyl substances.

*Ungar vs. Foundation for Affordable Housing*. In the Superior Court, State of California, Los Angeles County, Case No. BC628890 Deposition in 2017. Expert witness representing defendant on matters involving alleged drinking water contamination.

## Invited Testimony, Reports, Papers and Presentations:

**Hagemann, M.F**., 2008. Disclosure of Hazardous Waste Issues under CEQA. Presentation to the Public Environmental Law Conference, Eugene, Oregon.

**Hagemann, M.F**., 2008. Disclosure of Hazardous Waste Issues under CEQA. Invited presentation to U.S.EPA Region 9, San Francisco, California.

**Hagemann, M.F.,** 2005.  Use of Electronic Databases in Environmental Regulation, Policy Making andPublic Participation.  Brownfields 2005, Denver, Coloradao.

**Hagemann, M.F.,** 2004. Perchlorate Contamination of the Colorado River and Impacts to Drinking Water in Nevada and the Southwestern U.S. Presentation to a meeting of the American Groundwater Trust, Las Vegas, NV (served on conference organizing committee).

**Hagemann, M.F.,** 2004. Invited testimony to a California Senate committee hearing on air toxins atschools in Southern California, Los Angeles.

Brown, A., Farrow, J., Gray, A. and **Hagemann, M.,** 2004.  An Estimate of Costs to Address MTBEReleases from Underground Storage Tanks and the Resulting Impact to Drinking Water Wells.
Presentation to the Ground Water and Environmental Law Conference, National GroundwaterAssociation.

**Hagemann, M.F.,** 2004. Perchlorate Contamination of the Colorado River and Impacts to Drinking Waterin Arizona and the Southwestern U.S. Presentation to a meeting of the American Groundwater Trust, Phoenix, AZ (served on conference organizing committee).

**Hagemann, M.F.,** 2003. Perchlorate Contamination of the Colorado River and Impacts to Drinking Waterin the Southwestern U.S.  Invited presentation to a special committee meeting of the National Academy of Sciences, Irvine, CA.

**Hagemann, M.F.,** 2003. Perchlorate Contamination of the Colorado River. Invited presentation to atribal EPA meeting, Pechanga, CA.

**Hagemann, M.F.,** 2003. Perchlorate Contamination of the Colorado River. Invited presentation to ameeting of tribal representatives, Parker, AZ.

**Hagemann, M.F**., 2003.  Impact of Perchlorate on the Colorado River and Associated Drinking WaterSupplies. Invited presentation to the Inter-Tribal Meeting, Torres Martinez Tribe.

**Hagemann, M.F**., 2003. The Emergence of Perchlorate as a Widespread Drinking Water Contaminant.Invited

presentation to the U.S. EPA Region 9.

**Hagemann, M.F.**, 2003. A Deductive Approach to the Assessment of Perchlorate Contamination. Invited presentation to the California Assembly Natural Resources Committee.

**Hagemann, M.F.**, 2003. Perchlorate: A Cold War Legacy in Drinking Water. Presentation to a meeting of the National Groundwater Association.

**Hagemann, M.F.**, 2002. From Tank to Tap: A Chronology of MTBE in Groundwater. Presentation to a meeting of the National Groundwater Association.

**Hagemann, M.F.**, 2002. A Chronology of MTBE in Groundwater and an Estimate of Costs to Address Impacts to Groundwater. Presentation to the annual meeting of the Society of Environmental Journalists.

**Hagemann, M.F.**, 2002. An Estimate of the Cost to Address MTBE Contamination in Groundwater (and Who Will Pay). Presentation to a meeting of the National Groundwater Association.

**Hagemann, M.F.**, 2002. An Estimate of Costs to Address MTBE Releases from Underground Storage Tanks and the Resulting Impact to Drinking Water Wells. Presentation to a meeting of the U.S. EPA and State Underground Storage Tank Program managers.

**Hagemann, M.F.**, 2001. From Tank to Tap: A Chronology of MTBE in Groundwater. Unpublished report.

**Hagemann, M.F.**, 2001. Estimated Cleanup Cost for MTBE in Groundwater Used as Drinking Water. Unpublished report.

**Hagemann, M.F.**, 2001. Estimated Costs to Address MTBE Releases from Leaking Underground Storage Tanks. Unpublished report.

**Hagemann, M.F.**, and VanMouwerik, M., 1999. Potential Water Concerns Related to Snowmobile Usage. Water Resources Division, National Park Service, Technical Report.

VanMouwerik, M. and **Hagemann, M.F.** 1999, Water Quality Concerns Related to Personal Watercraft Usage. Water Resources Division, National Park Service, Technical Report.

**Hagemann, M.F.**, 1999, Is Dilution the Solution to Pollution in National Parks? The George Wright Society Biannual Meeting, Asheville, North Carolina.

**Hagemann, M.F.**, 1997, The Potential for MTBE to Contaminate Groundwater. U.S. EPA Superfund Groundwater Technical Forum Annual Meeting, Las Vegas, Nevada.

**Hagemann, M.F.**, and Gill, M., 1996, Impediments to Intrinsic Remediation, Moffett Field Naval Air Station, Conference on Intrinsic Remediation of Chlorinated Hydrocarbons, Salt Lake City.

**Hagemann, M.F.**, Fukunaga, G.L., 1996, The Vulnerability of Groundwater to Anthropogenic Contaminants on the Island of Maui, Hawaii. Hawaii Water Works Association Annual Meeting, Maui, October 1996.

**Hagemann, M. F**., Fukanaga, G. L., 1996, Ranking Groundwater Vulnerability in Central Oahu, Hawaii. Proceedings, Geographic Information Systems in Environmental Resources Management, Airand Waste Management Association Publication VIP-61.

**Hagemann, M.F**., 1994. Groundwater Ch ar ac te r i z a t i o n and Cl ean up a t Closing Military Basesin California. Proceedings, California Groundwater Resources Association Meeting.

**Hagemann, M.**F. and Sabol, M.A., 1993. Role of the U.S. EPA in the High Plains States Groundwater Recharge Demonstration Program. Proceedings, Sixth Biennial Symposium on the Artificial Recharge of Groundwater.

**Hagemann, M.F**., 1993. U.S. EPA Policy on the Technical Impracticability of the Cleanup of DNAPL-contaminated Groundwater. California Groundwater Resources Association Meeting.

**Hagemann, M.F**., 1992. Dense Nonaqueous Phase Liquid Contamination of Groundwater: An Ounce of Prevention... Proceedings, Association of Engineering Geologists Annual Meeting, v. 35.

Other Experience:
Selected as subject matter expert for the California Professional Geologist licensing examinations, 2009-2011.

8

# Appendix B

# Forensic Environmental Services, Inc.

**Thomas F. Maguire, PG, LSP, LEP, LSRP**
**President**
**Principal Hydrogeologist**

**Mr. Maguire has more than 39 years of experience in: developing, implementing and managing hydrogeologic investigations; conducting contaminant fate and transport analysis; utilizing temporal, spatial and chemical data to identify and differentiate contaminant sources; and developing and instituting remedial action programs. He has conducted these activities within the framework of local, state, and federal regulations, as well as legal proceedings.**

**MS Geology/Geophysics, 1983, University of Rhode Island**

**BS Geology, 1981, University of New Hampshire**

<u>**Representative Project Experience**</u>

Environmental Consulting/Regulatory Compliance: Assessing the nature and extent of PFAS contamination in soil and groundwater at an active manufacturing facility in New Jersey. Evaluate the fate and transport of PFAS compounds in an unconsolidated aquifer and impact on surface water. Differentiate between surface (atmospheric deposition) and subsurface sources of PFAS. Assess the potential impact on water supply wells.

Environmental Consulting/Regulatory Compliance: Evaluating the nature, extent and background concentrations of PFAS contamination in soil and groundwater at an inactive manufacturing facility in New Jersey. Evaluate the fate and transport of PFAS compounds in a fractured bedrock aquifer. Incorporate PFAS treatment into ongoing groundwater remedial measures.

Environmental Consulting/Regulatory Compliance: Assessing the nature and extent of PFAS contamination in soil and groundwater at an inactive industrial site in Connecticut. Assess the potential impact on a tidally influence surface water body.

Evaluate regulatory compliance and treatment alternatives/costs for PFAS contamination in soils and groundwater at multiple brownfield sites in New Jersey.

Expert Witness – Willamette River Superfund Site, Portland, OR. Assessing RI/FS data, identifying and differentiating organic/inorganic contaminant contribution to discrete sediment management units from multiple upland PRPs, critically analyzing sediment transport model, evaluating contributions from CSOs, assessing fate, transport and mass flux into the river via groundwater and overland pathways, conducting upland investigation of industrial site.

Expert Witness – Bulk Petroleum Storage Facilities, Seneca River, Syracuse, NY. Assessing LNAPL and dissolved hydrocarbon fate and transport, differentiating contaminant contribution from multiple PRPs, establishing release history, evaluating mass flux into river via groundwater pathway, developing remedial end points and remedial strategies.

Expert Consultant – Newtown Creek Superfund Site, Queens and Brooklyn, NY. Differentiating LNAPL and dissolved hydrocarbon contributions from multiple PRPs, developing a groundwater/surface water budget, assessing fate and transport of LNAPL and dissolved hydrocarbons in the subsurface, evaluating groundwater flux into Newtown Creek. Evaluating source/distribution of organic and inorganic contaminants in sediments.

Thomas F. Maguire, PG, LSP, LEP, LSRP
Page 2

Expert Witness – Natural Resource Damage Claim, Wayne, New Jersey. Evaluating hydraulic interconnection between groundwater and adjacent wetland, developing hydrologic water budget, assessing fate and transport of chlorinated solvents in the soil column and groundwater, critically evaluating the NJDEP's NRD calculation formula.

Expert Witness – State-Wide MTBE Natural Resource Damage Claim, New Jersey. Evaluating state-wide data sets regarding Hazardous Waste Site contaminant concentrations, groundwater quality in public and private supply wells and ambient organic/inorganic groundwater quality across the state. Assessing the fate and transport of organic contaminants in groundwater, compliance with applicable environmental regulations and critically evaluating the NJDEP's NRD calculation formula.

Expert Witness – Refineries in Pennsylvania, Ohio and Oklahoma. Evaluate contaminant mass loading to multiple surface water bodies, contaminant release history and chemical fingerprints. Allocating Response Action costs.

Expert Witness – Superfund Site, Western Pennsylvania. Identifying and differentiating organic/inorganic contaminant contributions from multiple PRPs, assessing contaminant release history, evaluating the fate and transport of LNAPL and dissolved contaminants in unconsolidated and fractured bedrock aquifer system, allocating Response Action costs.

Expert Witness – Multiple sites in Orange County, CA. Critically evaluate fidelity of numerical groundwater flow and contaminant transport models, evaluate fate and transport of organic contaminants in a complex groundwater flow basin, identify/differentiate sources for organic contaminant impact on groundwater, and assess potential threat to public water supply wells.

Expert Witness – Former refinery in Ohio. Defining the nature and extent of LNAPL, aqueous and vapor phase petroleum hydrocarbon plumes. Assessing the contaminant release history and chemical fingerprints. Evaluating potential exposure point concentrations and the effectiveness of site remedial measures in the context of state and US EPA regulations.

Principal scientist and Licensed Site Remediation Professional (LSRP) conducting Remedial Investigation and site remedial measures regarding chlorinated solvent contamination in soils and groundwater beneath a manufacturing facility in northern New Jersey.

Licensed Site Professional (LSP) for a RAM and Phase II Investigation addressing organic and inorganic contaminant impacted on soils, ground water and surface water at a former manufacturing facility in Massachusetts.

Expert Witness – Active refinery in Illinois. Defining the nature and extent of LNAPL, aqueous and vapor phase petroleum hydrocarbon plumes. Assessing the contaminant release history and chemical fingerprints. Evaluating potential exposure point concentrations and the effectiveness of site remedial measures in the context of state and US EPA regulations.

Expert Witness – Multiple instances regarding insurance claims associated with leaking underground storage tanks at more than 600 sites in 23 states. Evaluated the nature and extent of contamination in the context of prevailing regulations, timing of releases and response actions required to achieve site closure.

Principal Hydrogeologist of an environmental investigation addressing the spatial distribution and remediation of volatile organics and phthalate impacted soil and ground water at a facility in Kentucky.

Principal scientist developing and implementing hydrogeologic investigations and fate and transport analysis to assess the potential impact of oil field production on deep fresh water aquifers in Texas.

Director of CERCLA RI/FS program, defining aquifer hydraulics, identifying PRPs, delineating chlorinated and aromatic hydrocarbon plumes including MTBE, conducting Remedial Design investigations, and developing Remedial Action alternatives for an NPL site in St. Thomas, U.S.V.I.

Director of a comprehensive UST compliance, investigation and remediation program in the U.S. Virgin Islands.

Thomas F. Maguire, PG, LSP, LEP, LSRP
Page 3

Principal scientist for the development and implementation of a comprehensive hydrogeologic investigation to assess the spatial distribution and risk-based remediation of phase-separated and soluble hydrocarbons at a historic ship fueling facility in St. Thomas, U.S.V.I.

Directed a CERCLA RI/FS program, characterized hydrogeologic control, delineated contaminant transport pathways, analyzed site risk and developed Remedial Action alternatives for chlorinated solvent and polynuclear aromatic contamination at a Pennsylvania NPL site.

Developed and implemented hydrogeologic investigations addressing, in part, source characterization, plume delineation, fate and transport analysis, receptor/exposure analysis, risk evaluation and remedial actions, regarding petroleum refineries, bulk fuel facilities and underground storage tank losses of petroleum fuels.

Developed an investigation program to delineate the magnitude and spatial distribution of chromium impacted soils, characterize site risk and evaluate appropriate Interim and Final Remedial Measures at a petroleum refinery in northern New Jersey.

Defined subsurface hydrogeologic controls and contaminant transport pathways associated with a waste oil disposal pit located in glacial till and outwash stratigraphy in Central Indiana.

Identified transport pathways and the spatial distribution of subsurface contaminants, as well as designed a remedial action program to mitigate a solvent release from a subsurface tank field for an industrial client in southern Michigan.

Designed and implemented a remedial action program to abate the presence of both non-aqueous phase and dissolved phase petroleum hydrocarbon contamination at a bulk petroleum terminal in southern New Jersey.

Managed the delineation of a dissolved chlorinated organic plume derived from an underground tank loss. Developed a Remedial Action program in accordance with Maryland regulatory guidelines to abate both soil and ground-water contamination.

 Characterized subsurface hydrogeology in response to a bulk terminal product loss, to assess the impact of dissolved and vapor phase hydrocarbon contamination on an adjacent residential community in Austin, Texas.  Assessed the effectiveness of existing site remedial efforts in addition to providing recommendations for a comprehensive program of site reclamation.

Designed and implemented a Remedial Action program to mitigate the presence of dissolved chlorinated organics and dense non-aqueous phase liquid (DNAPL), in glacial till and fractured bedrock in northern New Jersey.

**Employment**

1981 - 1983    Teaching Assistant, Geology Department, University of Rhode Island, Kingston, Rhode Island

1983 -1984    Field Geologist, Stanley Peters Engineering, Lakewood, New Jersey

1985 -1986   Project Hydrogeologist, Groundwater Technology, Inc., Chadds Ford, Pennsylvania

1986 - 1991   Technical Director, Environmental Resources Management, Inc., Exton Pennsylvania

1991 - 1994  Associate/Office Manager, Blasland, Bouck and Lee, Exton, Pennsylvania

1994 - Present  Principal Scientist/President, Forensic Environmental Services, Inc., Exton Pennsylvania

**Licenses & Certifications**

Certified Professional Geologist (#8093)
American Institute of Professional Geologists

Certified Professional Geologist (#789)
State of Indiana

Licensed Professional Geologist (PG-000711-G)
Commonwealth of Pennsylvania

Licensed Professional Geologist (#602)
State of New York

Licensed Site Professional (#2025)
Commonwealth of Massachusetts

Licensed Environmental Professional (#404)
State of Connecticut

Thomas F. Maguire, PG, LSP, LEP, LSRP
Page 4

## Licenses & Certifications (continued)

Licensed Site Remediation Professional
State of New Jersey (#575210)

## Publications/Presentations

"Importance of Stochastic Analyses When Considering the Fate and Transport of MTBE"; NGWA Conference on MTBE and Perchlorate: Assessment, Remediation and Public Policy, June 2004

"Forensic Application of Numerical Flow and Contaminant Transport Models"; NGWA Ground Water and Environmental Law Conference, May 2004

"Effective MTBE/BTEX Source Mass Recovery in Fractured Bedrock"; Petroleum Hydrocarbons and Organic Chemicals in Groundwater: Prevention, Assessment and Remediation Conference and Exposition, August 2003

"MTBE Response Actions: Mass Recovery vs. Hydraulic Capture"; NGWA Focus Conference on MTBE: Assessment, Remediation, and Public Polity, June 2003

"An Assessment of MTBE's Predicted Impact on California Public Supply Wells"; NGWA Focus Conference on MTBE: Assessment, Remediation, and Public Policy, June 2002

"The Tangible and Intangible Costs of MTBE"; Focus Conference, MTBE in Ground Water: Assessment, Remediation Technologies, and Public Policy, June 2001

"Petroleum Source Mass Recovery in Fractured Bedrock; Remedial Alternative Feasibility Determination"; Focus Conference on Eastern Regional Ground Water Issues, October 2000

Source Fingerprinting, Environment '99: Global Environmental Issues at the Millennium, June 1999

Maguire, Thomas F., Olin C. Braids, "VOC Source Delineation Through Fingerprint Analysis of Superimposed Chemical Ground Water Contamination"; Ground Water, Vol. 28 No. 5 (1990) 790.

"Transport of Non-Aqueous Phase Liquid Within a Combined Perched and Water Table Aquifer System"; National Water Well Association, Northern Focus Conference, September 1988.
"Combined Gravity and Magnetic Interpretation of an Extensive Anomaly Associated With the Scituate Granite in Western Rhode Island"; Masters Thesis, University of Rhode Island, May 1983.

# C. David Cooper

Professor at University of Central Florida

Orlando

## Contact

www.linkedin.com/in/c-david-cooper-409a47a (LinkedIn)
www.cece.ucf.edu/people/cooper/index.asp (Personal)

## Experience

University of Central Florida
Professor

Air & Waste Management Association
Member
1980 - Present (41 years)

A&WMA
Member
1980 - 2010 (30 years)

———

## Education

Clemson University
PhD, Environmental Engineering, Chemical Engineering · (1978 - 1980)



# Dominik D. Alexander, PhD, MSPH

## Professional Profile

*T: 630-390-8190*
*Email: dalexander@metamethodhealth.com*
*San Diego County, California*

## Principal Epidemiologist

Dr. Alexander, PhD, MSPH, has extensive experience in health research methodology and disease causation assessments, particularly in the conceptualization, design, analysis, and interpretation of epidemiologic studies. He is a leading expert in meta-analysis methodology. He has published on a diverse range of topics and types of studies, including original epidemiologic research, qualitative reviews, systematic weight-of-evidence assessments, and quantitative meta-analyses. Because of his expertise in research methodology, Dr. Alexander has served as principal investigator on numerous projects involving a wide variety of exposures and health outcomes. His research areas include, but are not limited to: occupational and environmental exposures, such as asbestos, benzene, solvents, pesticides, and perfluorinated compounds; community health studies and cluster investigations involving air, water, and soil exposures; clinical, pharmacoepidemiology, and medical device studies including clinical trial data evaluations. In addition, Dr. Alexander has extensive experience in nutritional epidemiology and has conducted systematic reviews and meta-analyses of dietary and nutritional factors and cancer, cardiovascular disease, type 2 diabetes, hypertension, and body composition. His work in this area has involved studies of dietary patterns, intake of whole foods, and dietary supplements, such as meat and fat intake, dairy and egg consumption, breakfast eating, multivitamin and mineral supplements, fish oil, caffeine, coffee, and infant formula.

Dr. Alexander has over 210 peer-reviewed manuscripts, professional presentations, published abstracts, and book chapters. He frequently presents on the understanding and interpretation of epidemiologic evidence in a variety of professional venues, such as national conventions, scientific conferences, and governmental regulatory forums. Dr. Alexander serves on the editorial boards of the American Journal of Clinical Nutrition, PLOS ONE, and Frontiers in Nutrition Methodology. In addition, he has served on scientific committees and scientific advisory groups. Dr. Alexander was awarded a National Cancer Institute Fellowship for Cancer Prevention and Control to complete his doctorate in epidemiology, and was the 2010 recipient of the UAB School of Public Health alumnus award for scientific excellence, based on recognition of his "significant scientific contributions through demonstrated commitment and exemplary leadership in empirical research, research methodology, or theory building or adaptation." Dr. Alexander is a former Visiting Professor of Epidemiology at the University of Copenhagen in Copenhagen, Denmark, and is currently an Affiliate Associate Professor at Colorado State University.

Dominik D. Alexander

April 2023

**MetaMethod**

# DOMINIK D. ALEXANDER, PhD, MSPH

## CURRICULUM VITAE

*T: 630-390-8190*
*Email: dalexander@metamethodhealth.com*
*San Diego County, California*

## Education

| | |
|---|---|
| 2004 | Ph.D., Epidemiology, University of Alabama-Birmingham School of Public Health |
| | Concentration in cancer epidemiology |
| 2001 | M.S.P.H., Epidemiology and Biostatistics, University of South Florida College of Public Health |
| | Concentration in analytical methodology |
| 1997 | B.A.S., Community Public Health, University of Minnesota |
| | Minors in chemistry, mathematics, and psychology |

## Employment

| | |
|---|---|
| 2019-Present | President and Principal Epidemiologist, MetaMethod, San Diego County, California |
| 2014–2018 | Principal Epidemiologist and Office Director, EpidStat Institute, Ann Arbor, Michigan |
| 2004–2014 | Principal Epidemiologist, Exponent Inc. Health Sciences, Chicago, Illinois and Boulder, Colorado |
| 2001–2004 | Research Assistant, University of Alabama-Birmingham, Department of Epidemiology and Department of Pathology, National Cancer Institute Cancer Prevention and Control Fellowship, Birmingham, Alabama |
| 2000–2001 | Research Assistant, Moffitt Cancer Center, Department of Radiology, Digital Medical Imaging Program, Tampa, Florida |
| 2000–2001 | Teaching Assistant, Advanced Epidemiology Methods, Department of Epidemiology and Biostatistics, University of South Florida |

## Academic Appointments and Responsibilities

| | |
|---|---|
| 2022 | American College of Epidemiology; 2022 ACE Annual Meeting, selected as abstract reviewer |
| 2020 | Shiraz University of Medical Sciences, Shiraz, Iran; Internal peer review, Intake of Various Food Groups and Risk of Breast Cancer: A Systematic Review and Dose-Response Meta-Analysis of Prospective Studies |

| 2020 | Internship Preceptor, University of Wisconsin, Criminal Justice/Legal Studies program |
| 2019-present | Affiliate Associate Professor, Department of Animal Sciences, Colorado State University |
| 2018 | Internship Preceptor, University of Michigan, Department of Epidemiology |
| 2018 | Epidemiology Department Internship Poster Session, Nov. 2, 2018; University of Michigan Department of Public Health |
| 2016–2019 | Visiting Professor, Department of Nutrition, Exercise and Sports, Faculty of Science, University of Copenhagen, Denmark |

## Honors and Awards

| 2020 | Mayo Clinic Proceedings *Highly Cited Author* award for 2020: *A Meta-Analysis of Randomized Controlled Trials and Prospective Cohort Studies of Eicosapentaenoic and Docosahexaenoic Long-Chain Omega-3 Fatty Acids and Coronary Heart Disease Risk* [Second Award] |
| 2019 | Mayo Clinic Proceedings *Highly Cited Author* award for 2019: *A Meta-Analysis of Randomized Controlled Trials and Prospective Cohort Studies of Eicosapentaenoic and Docosahexaenoic Long-Chain Omega-3 Fatty Acids and Coronary Heart Disease Risk* |
| 2019 | PLOS ONE: Top 10% most cited author 2015 |
| 2018 | Appointed to the editorial board of PLOS ONE |
| 2017 | Most read article 2016: *Meta-analysis of egg consumption and risk of coronary heart disease and stroke*; Journal of the American College of Nutrition |
| 2016 | Most read article 2015: *Red Meat and Colorectal Cancer: A Quantitative Update on the State of the Epidemiologic Science*; Journal of the American College of Nutrition |
| 2015 | Appointed to the editorial board of the American Journal of Clinical Nutrition |
| 2013 | Certificate of Achievement, Decker Communication Training |
| 2010 | UAB School of Public Health Alumnus Award for Scientific Excellence |
| 2010 | MDLinx Featured Article |
| 2001–2004 | National Cancer Institute Cancer Fellowship, Cancer Prevention and Control Training Program, University of Alabama-Birmingham |
| 2003 | William C. Bailey Award for Excellence in Cancer Prevention and Control Research, UAB Comprehensive Cancer Center Annual Research Retreat |
| 2002 | Lifetime Member of MENSA High Intelligence Society |
| 2000–2001 | Academic Fellowship, University of South Florida |

## Professional Organizations

2009–Present  American Society of Nutrition (ASN)

2005–Present  Society for Epidemiologic Research (SER)

2003–Present  American College of Epidemiology (ACE)

2011–2013      International Society of Pharmacoepidemiology (ISPE)

2005–2008      International Society for Environmental Epidemiology (ISEE)

2005–2008      American Public Health Association (APHA)

1999–2001      Infectious Disease Association (IDSA)

## Primary Areas of Expertise

Meta-analysis methodology

Systematic reviews and weight-of-evidence assessments

Disease causation assessments

Occupational and environmental epidemiology

Nutritional epidemiology

Community health studies and alleged cluster evaluations

Clinical trial support

Chronic diseases, including cancer, cardiovascular disease, and type 2 diabetes

Dietary and lifestyle factors, such as food and supplement intake, smoking behaviors, body weight, and physical activity

Public speaking with a focus on interpreting and articulating epidemiologic evidence

## Editorial Boards

2018-Present  Editorial Board, *PLOS ONE*

2017              Guest Editor, *Nutrients*

2015-Present  Editorial Board, *American Journal of Clinical Nutrition*

2014–Present  Associate Editor, *Frontiers in Nutrition Methodology*

Dominik D. Alexander

April 2023

Page 3

## Peer Reviewer (Abridged List)

*American Journal of Clinical Nutrition*

*American Journal of Epidemiology*

*Epidemiology*

*Journal of the National Cancer Institute*

*Annals of Oncology*

*Regulatory Toxicology and Pharmacology*

*Nutrition and Cancer*

*Public Health Nutrition*

*Journal of Food Composition and Analysis*

*Risk Assessment*

*Cancer*

*Cancer Epidemiology Biomarkers and Prevention*

*American Journal of Preventive Medicine*

*European Journal of Cancer Prevention*

*Obesity*

*Southern Medical Journal*

*International Journal of Cancer*

*Journal of Women's Health*

*British Journal of Cancer*


## Peer-Reviewed Publications

1. Cohen SS, Bylsma LC, Movva N, Alexander DD. Theoretical Attributable Risk Analysis and Disability Adjusted Life Years (DALYs) Based on Increased Dairy Consumption. BMC Public Health. 2022 (in-press).

2. Alexander DD, Pastula ST, Riordan AS. Epidemiology of lung cancer among acrylonitrile-exposed study populations: A meta-analysis. Regul Toxicol Pharmacology. 2021 Feb 19;122:104896. doi: 10.1016/j.yrtph.2021.104896. Online ahead of print.

3. Levin-Sparenberg E, Bylsma LC, Lowe K, Sangare L, Fryzek JP, Alexander DD. A Systematic Literature Review and Meta-Analysis Describing the Prevalence of KRAS, NRAS, and BRAF Gene Mutations in Metastatic Colorectal Cancer. Gastroenterology Res. 2020 Oct;13(5):184-198. doi: 10.14740/gr1167. Epub 2020 Oct 8.

Dominik D. Alexander

April 2023

4.   Händel MN, Rohde JF, Jacobsen R, Nielsen SM, Christensen R, Alexander DD, Frederiksen P, Heitmann BL. Processed meat intake and incidence of colorectal cancer: a systematic review and meta-analysis of prospective observational studies. Eur J Clin Nutr. 2020 Aug;74(8):1132-1148. doi: 10.1038/s41430-020-0576-9. Epub 2020 Feb 6.

5.   Bylsma LC, Dean R, Lowe K, Sangaré L, Alexander DD, Fryzek JP. The incidence of infusion reactions associated with monoclonal antibody drugs targeting the epidermal growth factor receptor in metastatic colorectal cancer patients: A systematic literature review and meta-analysis of patient and study characteristics. Cancer Med. 2019 Aug 3. doi: 10.1002/cam4.2413.

6.   Cohen SS, Alexander DD, Krebs NF, Young BE, Cabana MD, Erdmann P, Hays NP, Bezold C, Levin-Sparenberg E, Turini M, Saavedra J.  Factors Associated with breastfeeding initiation and continuation:  A Meta-Analysis. J Pediatr. 2018 Dec;203:190-196.e21

7.   Fryzek JP, Reichert H, Summers N, Townes L, Deuson R, Alexander DD, Vanderpuye-Orgle J. Indirect treatment comparison of cabazitaxel for patients with metastatic castrate-resistant prostate cancer who have been previously treated with a docetaxel-containing regimen. PLoS One. 2018 Apr 11;13(4):e0195790.

8.   Alexander DD. In Reply I - Prescribing More Stringent Design of Randomized Clinical Trials of Omega-3 Polyunsaturated Fatty Acids. Mayo Clinic Proceedings 2017 Jun;92(6):1006-1007.

9.   Alexander DD, Miller PE, van Elswyk M, Kuratko C, Bylsma L. A Meta-Analysis of Randomized Controlled Trials and Prospective Cohort Studies of Eicosapentaenoic and Docosahexaenoic Long Chain Omega-3 Fatty Acids and Coronary Heart Disease Risk. Mayo Clinic Proceedings 2017 Jan;92(1):15-29.

10.   Alexander DD, Miller PE, Vargas A, Weed DL, Cohen SS. Meta-analysis of egg consumption and risk of coronary heart disease and stroke. J Am Coll Nutr. 2016 Nov-Dec;35(8): 704-716.

11.   Alexander DD, Yan J, Bylsma LC, Northington RS, Grathwohl D, Steenhout P, Erdmann P, Spivey-Krobath E, Haschke F. Growth of infants consuming whey-predominant term infant formulas with a protein content of 1.8 g/100 kcal: a multicenter pooled analysis of individual participant data. Am J Clin Nutr. 2016 Oct;104(4):1083-1092.

12.   Maki KC, Guyton JR, Orringer CE, Hamilton-Craig I, Alexander DD, Davidson MH. Triglyceride-lowering therapies reduce cardiovascular disease event risk in subjects with hypertriglyceridemia. J Clin Lipidol. 2016 Jul-Aug;10(4):905-14.

13.   Garabrant DH, Alexander DD, Miller PE, Fryzek JP, Boffetta P, Teta MJ, Hessel PA, Craven VA, Kelsh MA, Goodman M. Response to Kay Teschke. Re: Mesothelioma among Motor Vehicle Mechanics: An Updated Review and Meta-analysis. Ann Occup Hyg. 2016 Oct;60(8):1036-7.

14.   Alexander DD, Bylsma LC, Elkayam L, Nguyen DL. Nutritional and health benefits of semi-elemental diets: A comprehensive summary of the literature. World J Gastrointest Pharmacol Ther. 2016 May 6;7(2):306-19.

15.   J Fryzek, D Alexander, N Summers, J Fraysse, H Reichert, L Townes, J Vanderpuye-Orgle. Indirect Treatment Comparison Of Cabazitaxel For Patients With Metastatic Castration-Resistant Prostate Cancer Who Have Been Previously Treated With A Docetaxel-Containing Regimen. Value in Health. 2016 May 19(3): A139-A140.

Dominik D. Alexander

April 2023

16. Alexander DD, Weed DL. On the need for improved methodologic quality of published reviews. Am J Clin Nutr. 2016 Mar;103(3):683-4.

17. Alexander DD, Bylsma LC, Vargas AJ, Cohen SS, Doucette A, Mohamed M, Irvin SR, Miller PE, Watson H, Fryzek JP. Dairy Consumption and Cardiovascular Disease: A Systematic Review and Meta-Analysis. Br J Nutr. 2016 Feb;115(4):737-50.

18. Garabrant DH, Alexander DD, Miller PE, Fryzek JP, Boffetta P, Teta MJ, Hessel PA, Craven VA, Kelsh MA, Goodman M. Mesothelioma among Motor Vehicle Mechanics: An Updated Review and Meta-analysis. Ann Occup Hyg. 2016 Jan;60(1):8-26.

19. Weaver CM, Alexander DD, Boushey CJ, Dawson-Hughes B, Lappe JM, LeBoff MS, Liu S, Looker AC, Wallace TC, Wang DD. Calcium plus vitamin D supplementation and risk of fractures: an updated meta-analysis from the National Osteoporosis Foundation. Osteoporos Int. 2016 Jan;27(1):367-76.

20. Bylsma LC, Alexander DD. A review and meta-analysis of prospective studies of red and processed meat, meat cooking methods, heme iron, heterocyclic amines and prostate cancer. Nutr J. 2015 Dec 21;14(1):125.

21. Alexander DD, Weed DL, Miller PE, Mohamed MA. 2015. Red Meat and Colorectal Cancer: A Quantitative Update on the State of the Epidemiologic Science, J Am Coll Nutr. 2015 Nov-Dec;34(6):521-43

22. Alexander DD, Bassett JK, Weed DL, Barrett EC, Watson H, Harris W. Meta-Analysis of Long-Chain Omega-3 Polyunsaturated Fatty Acids (LCω-3PUFA) and prostate cancer, Nutr Cancer. 2015;67(4):543-54

23. Yurko-Mauro K, Alexander DD, Van Elswyk ME. 2015. Docosahexaenoic Acid and Adult Memory: A Systematic Review and Meta-Analysis. PLoS One. 2015 Mar 18;10(3).

24. Alexander DD, Jiang X, Bylsma LC, Garabrant DH, Irvin SR, Fryzek JP. Historical cancer incidence and mortality assessment in an Illinois community proximal to a former manufactured gas plant. BMJ Open. 2014 Dec 22;4(12).

25. Veruva SY, Steinbeck MJ, Toth J, Alexander DD, Kurtz SM. 2014. Which Design and Biomaterial Factors Affect Clinical Wear Performance of Total Disc Replacements? A Systematic Review. Clin Orthop Relat Res. 2014 Dec;472(12):3759-69

26. Tsuji JS, Perez V, Garry MR, Alexander DD. 2014. Association of low-level arsenic exposure in drinking water with cardiovascular disease: A systematic review and risk assessment. Toxicology 323:78-94.

27. Tsuji JS, Alexander DD, Perez V, Mink PJ. 2014. Arsenic exposure and bladder cancer: quantitative assessment of studies in human populations to detect risks at low doses. Toxicology 317:17-30.

28. Miller PE, Alexander DD, Perez V. 2014. Effects of whey protein and resistance exercise on body composition: a meta-analysis of randomized controlled trials. J Am Coll Nutr 33:163-175.

29. Schmier JK, Miller PE, Levine JA, Perez V, Maki KC, Rains TM, Devareddy L, Sanders LM, Alexander DD. 2014. Cost savings of reduced constipation rates attributed to increased dietary

fiber intakes: a decision-analytic model. BMC Public Health 14:374. doi: 10.1186/1471-2458-14-374.:374-14.

30. Miller PE, Van EM, Alexander DD. 2014. Long-chain omega-3 fatty acids eicosapentaenoic acid and docosahexaenoic acid and blood pressure: a meta-analysis of randomized controlled trials. Am J Hypertens 27:885-896.

31. Miller PE, Alexander DD, Weed DL. 2014. Uncertainty of Results in Nutritional Epidemiology. Nutrition Today 49:147-152.

32. Alexander DD. 2013. No association between meat intake and mortality in Asian countries. Am J Clin Nutr 98:865-866.

33. Huhmann MB, Perez V, Alexander DD, Thomas DR. 2013. A self-completed nutrition screening tool for community-dwelling older adults with high reliability: a comparison study. J Nutr Health Aging 17:339-344.

34. Goswami E, Craven V, Dahlstrom DL, Alexander DD, Mowat F. 2013. Domestic asbestos exposure: a review of epidemiologic and exposure data. Int J Environ Res Public Health 10:5629-5670.

35. Alexander DD, Bailey WH, Perez V, Mitchell ME, Su S. 2013. Air ions and respiratory function outcomes: a comprehensive review. J Negat Results Biomed 12:14. doi: 10.1186/1477-5751-12-14.:14-12.

36. Perez V, Alexander DD, Bailey WH. 2013. Air ions and mood outcomes: a review and meta-analysis. BMC Psychiatry 13:29. doi: 10.1186/1471-244X-13-29.:29-13.

37. Alexander DD, Weed DL, Chang ET, Miller PE, Mohamed MA, Elkayam L. 2013. A systematic review of multivitamin-multimineral use and cardiovascular disease and cancer incidence and total mortality. J Am Coll Nutr 32:339-354.

38. Maki KC, Van Elswyk ME, Alexander DD, Rains TM, Sohn EL, McNeill S. 2012. A meta-analysis of randomized controlled trials that compare the lipid effects of beef versus poultry and/or fish consumption. J Clin Lipidol 6:352-361.

39. Kanas GP, Taylor A, Primrose JN, Langeberg WJ, Kelsh MA, Mowat FS, Alexander DD, Choti MA, Poston G. 2012. Survival after liver resection in metastatic colorectal cancer: review and meta-analysis of prognostic factors. Clin Epidemiol 4:283-301.

40. Holscher HD, Czerkies LA, Cekola P, Litov R, Benbow M, Santema S, Alexander DD, Perez V, Sun S, Saavedra JM, Tappenden KA. 2012. Bifidobacterium lactis Bb12 enhances intestinal antibody response in formula-fed infants: a randomized, double-blind, controlled trial. JPEN J Parenter Enteral Nutr 36:106S-117S.

41. Bryan NS, Alexander DD, Coughlin JR, Milkowski AL, Boffetta P. 2012. Ingested nitrate and nitrite and stomach cancer risk: an updated review. Food Chem Toxicol 50:3646-3665.

42. Alexander DD, Weed DL, Mink PJ, Mitchell ME. 2012. A weight-of-evidence review of colorectal cancer in pesticide applicators: the agricultural health study and other epidemiologic studies. Int Arch Occup Environ Health 85:715-745.

43. Alexander DD, Weed DL, Cushing CA, Lowe KA. 2011. Meta-analysis of prospective studies of red meat consumption and colorectal cancer. Eur J Cancer Prev 20:293-307.

44. Alexander DD, Cushing CA. 2011. Red meat and colorectal cancer: a critical summary of prospective epidemiologic studies. Obes Rev 12:e472-e493.

45. Kelsh MA, Alexander DD, Mink PJ, Mandel JH. 2010. Occupational trichloroethylene exposure and kidney cancer: a meta-analysis. Epidemiology 21:95-102.

46. Moolgavkar SH, Turim J, Alexander DD, Lau EC, Cushing CA. 2010. Potency factors for risk assessment at Libby, Montana. Risk Anal 30:1240-1248.

47. Anderson B, Hardin JM, Alexander DD, Grizzle WE, Meleth S, Manne U. 2010. Comparison of the predictive qualities of three prognostic models of colorectal cancer. Front Biosci (Elite Ed) 2:849-56.:849-856.

48. Alexander DD, Wagner ME. 2010. Benzene exposure and non-Hodgkin lymphoma: a meta-analysis of epidemiologic studies. J Occup Environ Med 52:169-189.

49. Alexander DD, Schmitt DF, Tran NL, Barraj LM, Cushing CA. 2010. Partially hydrolyzed 100% whey protein infant formula and atopic dermatitis risk reduction: a systematic review of the literature. Nutr Rev 68:232-245.

50. Alexander DD, Morimoto LM, Mink PJ, Lowe KA. 2010. Summary and meta-analysis of prospective studies of animal fat intake and breast cancer. Nutr Res Rev 23:169-179.

51. Alexander DD, Miller AJ, Cushing CA, Lowe KA. 2010. Processed meat and colorectal cancer: a quantitative review of prospective epidemiologic studies. Eur J Cancer Prev 19:328-341.

52. Alexander DD, Mink PJ, Cushing CA, Sceurman B. 2010. A review and meta-analysis of prospective studies of red and processed meat intake and prostate cancer. Nutr J 9:50. doi: 10.1186/1475-2891-9-50.:50-59.

53. Alexander DD, Cabana MD. 2010. Partially hydrolyzed 100% whey protein infant formula and reduced risk of atopic dermatitis: a meta-analysis. J Pediatr Gastroenterol Nutr 50:422-430.

54. Erdreich LS, Alexander DD, Wagner ME, Reinemann D. 2009. Meta-analysis of stray voltage on dairy cattle. J Dairy Sci 92:5951-5963.

55. Alexander DD, Cushing CA. 2009. Quantitative assessment of red meat or processed meat consumption and kidney cancer. Cancer Detect Prev 32:340-351.

56. Alexander DD, Cushing CA, Lowe KA, Sceurman B, Roberts MA. 2009. Meta-analysis of animal fat or animal protein intake and colorectal cancer. Am J Clin Nutr 89:1402-1409.

57. Mink PJ, Alexander DD, Barraj LM, Kelsh MA, Tsuji JS. 2008. Low-level arsenic exposure in drinking water and bladder cancer: a review and meta-analysis. Regul Toxicol Pharmacol 52:299-310.

58. Mandel JH, Kelsh M, Mink PJ, Alexander DD. 2008. Trichloroethylene exposure and non-Hodgkin's lymphoma: supportive evidence (letter). Occup Environ Med 65:147-148.

59. Kelsh MA, Alexander DD, Kalmes RM, Buffler PA. 2008. Personal use of hair dyes and risk of bladder cancer: a meta-analysis of epidemiologic data. Cancer Causes Control 19:549-558.

60. Alexander DD. 2007. An environmental cause of orofacial cleft defects or an unexplained cluster? South Med J 100:553-554.

61. Alexander DD, Waterbor J, Hughes T, Funkhouser E, Grizzle W, Manne U. 2007. African-American and Caucasian disparities in colorectal cancer mortality and survival by data source: an epidemiologic review. Cancer Biomark 3:301-313.

62. Alexander DD, Mink PJ, Adami H-O, Cole P, Mandel JS, Oken MM, Trichopoulos D. 2007. Multiple myeloma: A review of the epidemiologic literature. Int J Cancer 120:40-46.

63. Alexander DD, Mink PJ, Adami HO, Chang ET, Cole P, Mandel JS, Trichopoulos D. 2007. The non-Hodgkin lymphomas: a review of the epidemiologic literature. Int J Cancer 120 Suppl 12:1-39.

64. Alexander DD, Kelsh MA, Mink PJ, Mandel JH, Basu R, Weingart M. 2007. A meta-analysis of occupational trichloroethylene exposure and liver cancer. Int Arch Occup Environ Health 81:127-143.

65. Mandel JH, Kelsh MA, Mink PJ, Alexander DD, Kalmes RM, Weingart M, Yost L, Goodman M. 2006. Occupational trichloroethylene exposure and non-Hodgkin's lymphoma: a meta-analysis and review. Occup Environ Med 63:597-607.

66. Alexander DD, Mink PJ, Mandel JH, Kelsh MA. 2006. A meta-analysis of occupational trichloroethylene exposure and multiple myeloma or leukaemia. Occup Med (Lond) 56:485-493.

67. Chatla C, Jhala NC, Katkoori VR, Alexander D, Meleth S, Grizzle WE, Manne U. 2005. Recurrence and survival predictive value of phenotypic expression of Bcl-2 varies with tumor stage of colorectal adenocarcinoma. Cancer Biomark 1:241-250.

68. Saif MW, Alexander D, Wicox CM. 2005. Serum Alkaline Phosphatase Level as a Prognostic Tool in Colorectal Cancer: A Study of 105 patients. J Appl Res 5:88-95.

69. Alexander DD, Jhala N, Chatla C, Steinhauer J, Funkhouser E, Coffey CS, Grizzle WE, Manne U. 2005. High-grade tumor differentiation is an indicator of poor prognosis in African Americans with colonic adenocarcinomas. Cancer 103:2163-2170.

70. Alexander DD, Chatla C, Funkhouser E, Meleth S, Grizzle WE, Manne U. 2004. Postsurgical disparity in survival between African Americans and Caucasians with colonic adenocarcinoma. Cancer 101:66-76.

71. Manne U, Alexander DD, Chatla C. 2004. Author Reply: Postsurgical Disparity in Survival between African Americans and Caucasians with Colonic Adenocarcinoma. Cancer 101:2900.

## Scientific Presentations and Speaking Engagements

1. Alexander DD. Theory: Bias and Confounding. NIH Funded Short-Course: Strengthening Causal Inference in Behavioral Obesity Research. Module 2 Observational Studies: Advantages, Limits, and Best Practices Indiana University. June 8 – 12, 2020 (postponed).

2. Alexander DD. Theory: Bias and Confounding. NIH Funded Short-Course: Strengthening Causal Inference in Behavioral Obesity Research. Indiana University. July 29-August 2, 2019.

Dominik D. Alexander

April 2023

3. Alexander DD. The Epidemiology of Talc-Related Disease. DRI, Austin, TX. November 9, 2018.

4. Alexander DD. Eating less red meat: the evidence behind the recommendation. IFT2018: A Matter of Science + Food, Chicago, IL. July 17, 2018.

5. Alexander DD. The diet connection to cancer: understanding how food can cause, prevent or impact cancer risk. FoodFluence, Lisbon, Portugal. January 12-16, 2018.

6. Alexander DD. Epidemiology of red meat and cancer. Health Canada, Ottawa, Canada. December 15, 2017.

7. Alexander DD. Interpreting the epidemiology of red meant and cancer. International Meat Secretariat (IMS) Human Nutrition and Health Committee meeting in Paris, France, October 3, 2017.

8. Alexander DD. Epidemiology of egg consumption and risk of coronary heart disease and stroke. Webinar: What does the science say? Eggs and heart health. Egg Farmers of Canada. June 6, 2017

9. Alexander DD. Consumption: diet and lifestyle perspective. Meat and Livestock Australia Scientific Workshop. Sydney, Australia. April 10, 2017.

10. Alexander DD. Are red meat consumers unhealthy? Nutrition in Action Symposium. Sydney, Australia. April 5, 2017.

11. Alexander DD. Red meat and cancer risk: interpreting the evidence. NCBA Discovery Symposium. Denver, CO. July 27, 2016.

12. Alexander DD. Theory: bias and confounding. Strengthening Causal Inference in Behavioral Obesity Research. NIH Funded Short-Course; University of Alabama-Birmingham, July 25, 2016.

13. Alexander DD. Red meat and cancer risk: interpreting the evidence. Danish Nutrition Society; University of Copenhagen. Copenhagen, Denmark. June 21, 2016.

14. Alexander DD. Meta-analysis:  recycling garbage or an important tool for evaluating the evidence? Drug and Medical Device Seminar. Chicago, IL. May 19-20, 2016.

15. Alexander DD. Evaluating the relationship of meat and cancer risk. Canadian Nutrition Society, Ottawa, Canada. May 5-7, 2016.

16. Alexander DD. Becoming a nutrition detective. Washington State Academy of Nutrition and Dietetics, Annual Conference. Vancouver, WA. April 18, 2016.

17. Alexander DD. Red meat and chronic disease: A closer look into the data. Utah Academy of Nutrition and Dietetics, Annual Conference. Ogden, UT. March 24, 2016.

18. Alexander DD. Meat and cancer risk: understanding the science. Protein: Contributions and Controversies. Toronto, Canada. February 29, 2016.

19. Alexander DD. Understanding the role of epidemiology in disease causation. Asbestos Medicine; DRI. Las Vegas, NV, November 5-6, 2015.

20. Alexander DD. Theory: bias and confounding in observational studies. Strengthening Causal Inference in Behavioral Obesity Research. NIH Funded Short-Course; University of Alabama-Birmingham, July 20, 2015.

21. Alexander DD. Red and processed meat consumption and cancer. International Meat Society. Calgary, Canada. July 1-2, 2015.

22. Alexander DD. Red meat consumption and chronic disease. Canadian Nutrition Society. Winnipeg, Canada. May 30, 2015.

23. Alexander DD. Understanding studies of diet and chronic disease. New Mexico Academy of Nutrition and Dietetics. Albuquerque, NM. April 24, 2015.

24. Alexander DD. Overview of FDA Health Claims and the Submission Process. Webinar. January 13, 2015.

25. Alexander DD. Becoming a Nutrition Detective: Critically Reviewing Research and Communicating Science. DBC Communications Camp, Academy of Nutrition and Dietetics. Las Vegas, NV; January 17, 2015.

26. Alexander DD, State of the epidemiologic science on red meat and chronic disease. Health Canada. Ottawa, Canada; October 22, 2014

27. Alexander DD. Observational epidemiologic studies of breakfast intake. Kellogg Scientific Advisory Board Meeting. Battle Creek, MI; October 1, 2014.

28. Alexander DD. Caffeine intake during pregnancy: the pregnancy signal and reproductive outcomes. The Toxicology Forum, 40th Annual Summer Meeting, Aspen, CO, July 7-10, 2014.

29. Alexander DD. Understanding studies of diet and chronic disease. Delaware Dietetic Association, Dover, DE, May 9, 2014.

30. Alexander DD. Red meat and colorectal cancer: a quantitative update on the state of the science. Experimental Biology, San Diego, CA, April 27, 2014.

31. Alexander DD. Nutrition Detective: An Epidemiologist's Investigation into Diet and Chronic Disease. 31st Annual Health & Nutritional Sciences Conference, South Dakota State University, April 10, 2014.

32. Alexander DD. Summarizing, Interpreting, and Communicating Epidemiologic Evidence. GOED Exchange, Salt Lake City, UT, February 6, 2014.

33. Alexander DD. Synthesizing and Summarizing Epidemiology Evidence, Health Economics, and Fiber and Constipation. Food & Fiber Summit: Identifying Practical Solutions to Meet America's Fiber Needs, Washington DC, January 28, 2014.

34. Alexander DD. Interpreting Epidemiologic Evidence, and a Case Study on Red Meat and Colorectal Cancer. Oncology Nutrition Symposium, Hollywood, FL, January 18, 2014.

35. Alexander DD. OMEGA-3 LC-PUFAs: Judging the Epidemiologic Evidence. GOED Fall Member Meeting at the SupplySide West Tradeshow, Las Vegas, NV, November 14, 2013.

36. Alexander DD. Nutritional Epidemiology: Are We Overstating the Evidence? Missouri Academy of Family Physicians, 21stAnnual Fall Conference, Branson, MO, November 9, 2013

37.  Alexander DD. Interpreting Epidemiologic Evidence. DRI Asbestos Medicine Seminar, New Orleans, LA, November 8, 2013.

38.  Alexander DD. DRI Research Roundtable: Full-Fat Dairy Products in Nutrition and Health (panel discussant). October 10, 2013.

39.  Alexander DD. Update on Red Meat and Colorectal Cancer. International Meat Society Annual Meeting. Granada Spain (webinar), September 14, 2013.

40.  Alexander DD. Sustainable Nutrition Roundtable (panel discussant). August 2, 2013.

41.  Alexander DD.  Dairy and body composition:  Making sense of meta-analyses.  Dairy Research Institute Meeting: Dairy and Weight, Chicago, IL, June 4–5, 2013.

42.  Alexander DD.  Nitrate and nitrite exposure and stomach cancer: summary of the epidemiologic evidence.  Canadian Nutrition Society, Annual Meeting, Quebec City, Canada, May 31, 2013.

43.  Alexander DD.  Meta-analysis:  Judging the evidence, fish oil and cardiovascular disease.  AOCS: Omega-3 Fatty Acids and Heart Health, Montreal, Canada, April 28–May 1, 2013.

44.  Alexander DD.  Epidemiologic evidence: Investigation Into diet and chronic disease.  MINK Conference: Nutrition Without Boundaries, Kansas City, KS, April 6, 2013.

45.  Alexander DD.  A systematic review of multivitamin use and mortality, cardiovascular disease, and cancer.  Council for Responsible Nutrition (CRN):  Day of Science, Laguna Beach, CA, October 2–3, 2012.

46.  Alexander DD.  Diet and cancer:  Are we asking the right question?  Cancer Society of New Zealand, New Zealand Ministry of Health, Network Communications, Wellington, New Zealand, September 11, 2012.

47.  Alexander DD.  Interpreting meta-analyses for dietetic practice.  Professional development session for New Zealand dietitians, University of Otago, Dunedin, New Zealand, September 10, 2012.

48.  Huhmann MB, Kaspar KM, Perez V, Alexander DD, Thomas DR.  Accuracy of a new self-completed nutrition screening tool for community-dwelling older adults.  Oral Presentation at the European Society for Clinical Nutrition and Metabolism, Barcelona, Spain, September 8–11, 2012.

49.  Alexander DD.  Interpreting meta-analysis for dieticians in practice.  International Congress of Dietetics, Dieticians Association of Australia. Sydney, Australia, September 7, 2012.

50.  Alexander DD.  Red meat and colorectal cancer:  Are we asking the right question(s)?  Diet and Gut Health Symposium. Nutrition Society of Australia. Sydney, Australia, September 5, 2012.

51.  Alexander DD.  Diet and gut health round table meeting and presentation.  Meat & Livestock Australia, Sydney, Australia, September 4, 2012.

52.  Alexander DD.  An update on red meat and cancer.  Webinar, International Congress of Meat Science and Technology, Montreal, Canada, August 12–17, 2012.

53. Alexander DD. How to improve the research integrity of meta-analyses and systematic reviews. Scientific Approaches to Strengthening Research Integrity in Nutrition and Energetics, Mohonk Mountain House, NY, August 7–8, 2012.

54. Alexander DD. Sustainable agriculture and the integration of plant- and animal-based foods. California Milk Advisory Board, San Francisco, CA, July 25, 2012.

55. Alexander DD. Nitrate and nitrite exposure and stomach cancer: Summary of the epidemiologic evidence. IFT Annual Meeting, Las Vegas, NV, June 25–28, 2012.

56. Perez V, Schmier JK, Alexander DD. Race/ethnic disparities in pediatric discharges from all US community, non-rehabilitation hospitals for respiratory syncytial virus (RSV) among children one year or younger. Oral presentation at the 45th Annual Society for Epidemiologic Research (SER) Meeting, Minneapolis, MN, June 27–30, 2012.

57. Alexander DD. The nutrition detective: An epidemiologist's look at diet and chronic disease conundrums. New York State Dietetic Association 2012 Annual Meeting & Expo, Albany, NY, May 4–5, 2012.

58. Alexander DD. Epidemiology: Methods for weighing the evidence. MDLA Young Lawyers Meeting, Minneapolis, MN, February 9, 2012.

59. Alexander DD. Nutritional epidemiology: Weighing the evidence and a case study on red meat intake and colorectal cancer. MeatEat Nutritional Conference, Oslo, Norway, September 1, 2011.

60. Alexander DD. Prevalence of bone metastasis from breast, lung or prostate cancer: A systematic and quantitative review of the literature. International Conference on Pharmacoepidemiology, Chicago, IL, August 15–17, 2011.

61. Alexander DD. Benzene epidemiology: Weighing the evidence and a case study of non-Hodgkin lymphoma. Benzene Litigation Conference Audiocast, Chicago, IL, July 13, 2011.

62. Alexander DD. Red meat consumption and colorectal cancer: A meta-analysis of prospective epidemiologic studies. Congress of Epidemiology, Montreal, Canada, June 21, 2011.

63. Alexander DD. Translating the science: Red meat & cancer. Ranch Event 2011, Texas Beef Council, San Antonio, TX, June 2, 2011.

64. Alexander DD. Epidemiology consulting and a case study on red meat and cancer. Distinguished Alumni Investigator Lecture, Birmingham, AL, March 23, 2011.

65. Alexander DD. Nutritional epidemiology: Weighing the evidence. International Life Sciences Institute-ILSI North America Annual Meeting, Orlando, FL, January 24–25, 2011.

66. Alexander DD. The nutrition detective: Translating nutrition science into practice. Texas Dietetics Association. December 8, 2010 (webinar).

67. Alexander DD. The epidemiology of red and processed meat consumption and cancer and cardiovascular disease. The role of red meats in a healthy diet: U.S. Meat Export Federation, Mexico City, Mexico, October 20, 2010 (Keynote speaker).

68. Alexander DD. Meat consumption and cancer: An epidemiologic overview. Live Well, Napa Valley, June 10, 2010.

69. Alexander DD.  Red meat consumption and colorectal cancer:  A meta-analysis of prospective studies.  Experimental Biology, Anaheim, CA, April 26, 2010.

70. Alexander DD.  A weight-of-evidence review of colorectal cancer in pesticide applicators:  The Agricultural Health Study and other Epidemiologic Studies.  CropLife America/Rise Spring Conference, Washington DC, April 15, 2010.

71. Alexander DD. Meat and Cancer.  American Meat Institute, Spring Meeting, April 14, 2010.

72. Alexander DD, Weed DL.  Ongoing assessment of pesticides and colorectal cancer:  A weight of evidence evaluation of epidemiologic literature.  Environmental Protection Agency SAP draft framework, Washington DC, February 2, 2010.

73. Alexander DD.  Benzene exposure and non-Hodgkin lymphoma: a meta-analysis.  Society for Epidemiologic Research, Anaheim, CA, June 24, 2009 (Spotlight Session).

74. Alexander DD.  The epidemiology of red and processed meat and cancer.  IMS Human Nutrition and Health Committee meeting, Chicago, IL, May 20, 2009 (Invited Speaker).

75. Erdreich LS, Wagner M, Van Kerkhove M, Alexander DD.  Stray voltage meta-analysis: needs, methods and challenges.  46th Annual Rural Energy Conference, La Crosse, WI, February 28, 2008.

76. Alexander DD.  Epidemiologic evaluation of red meat and cancer.  Cattle Industry Convention & Trade Show, Nutrition Roundtable, Reno, NV, February 7, 2008.

77. Alexander DD.  Red meat scientific assessment.  Industry Stakeholder Cancer Forum, Chicago, IL, October 11, 2007.

78. Alexander DD.  Meta-analysis of occupational trichloroethylene exposure and lymphohematopoietic malignancies and liver cancer.  Epidemiology Seminar Series, University of Illinois, Chicago, IL, November 17, 2006.

79. Kelsh MA, Mandel JH, Mink PJ, Weingart M, Alexander DD, Goodman M.  A meta-analysis of kidney cancer, non-Hodgkin's lymphoma and occupational trichloroethylene exposure.  Proceedings, 2nd North American Congress of Epidemiology, Seattle, WA, June 2006.

80. Mink PJ, Alexander DD, Barraj L, Kelsh Ma, Tsuji J.  A review and meta-analysis of low-level arsenic exposure in drinking water and bladder cancer.  Presentation to the Canadian Pest Management Regulatory Agency, Ottawa, Canada, June 2006.

81. Mandel JH, Alexander DD, Kelsh MA.  Occupational trichloroethylene exposure: recent insights from epidemiologic and toxicologic perspectives.  State of the Art Conference of the American College of Occupational and Environmental Medicine, Chicago, IL, October 2005.

## Book Chapter

1. Kelsh MA, Alexander DD.  Occupational and environmental epidemiology.  In:  Encyclopedia of Epidemiology.  Sage Publications, Thousand Oaks, CA, 2007.

## Published Abstracts

1.  Alexander DD, Riordan AS, Rygiel CA, Weed DL. Risk of secondary acute myeloid leukemia/myelodysplastic syndrome (AML/MDS) following radiotherapy treatment for primary tissue cancer. Society of Toxicology (abstract 4528), San Diego, CA, March 27-31, 2022.

2.  Riordan AS, Rygiel CA, Alexander DD. Risk of secondary peritoneal mesothelioma following radiation therapy for primary cancers of the peritoneal cavity. Society of Toxicology (abstract 4528), San Diego, CA, March 27-31, 2022.

3.  Rygiel CA, Riordan AS, Alexander DD. Risk of secondary acute myeloid leukemia/myelodysplastic syndrome (AML/MDS) following chemotherapy treatment for primary tissue cancer. Society of Toxicology (abstract 4528), San Diego, CA, March 27-31, 2022.

4.  Lowe K, Bylsma L, Dean R, Gillezeau C, Sangare L, Alexander DD, Fryzek J. The incidence of infusion reactions associated with monoclonal antibody drugs targeting the epidermal growth factor receptor in metastatic colorectal cancer patients: A systematic literature review and meta-analysis. American Society for Clinical Oncology, 2019 Gastrointestinal Cancers Symposium; J Clin Oncol 37, 2019 (suppl 4; abstr 526).

5.  Lowe K, Bylsma L, Levin-Sparenberg L, Sangare L, Fryzek J, Alexander DD. Prevalence of *KRAS*, *NRAS*, and *BRAF* gene mutations in metastatic colorectal cancer patients: A systematic literature review and meta-analysis. American Society for Clinical Oncology, 2019 Gastrointestinal Cancers Symposium; J Clin Oncol 37, 2019 (suppl 4; abstr 523).

6.  Bylsma L, Alexander DD. A Review and Meta-Analysis of Prospective Studies of Red and Processed Meat, Meat Cooking Methods, Heme Iron, Heterocyclic Amines and Prostate Cancer. Experimental Biology, San Diego, CA, April 2-6, 2016.

7.  Miller PE, Alexander DD. A Review and Meta-Analysis of Prospective Studies of Red and Processed Meat and Pancreatic Cancer. Experimental Biology, San Diego, CA, April 2-6, 2016.

8.  Althuis M, Alexander DD, Frankenfeld F, Weed DL. Meta-analysis of observational studies in context: sugar-sweetened beverages and type 2 diabetes. Federation of American Societies for Experimental Biology (FASEB). March, 2015

9.  Alexander DD, Weed DL. Red meat and colorectal cancer: a quantitative update on the state of the science. Experimental Biology, San Diego, CA, April 26-30, 2014.

10. Pyatt, D and Alexander, D. A meta-analysis of AML subtypes reported in cigarette Smokers. The Bone Marrow Niche, Stem Cells, and Leukemia: Impact of Drugs, Chemicals, and the Environment, May 29-31, New York Academy of Sciences. 2013.

11. Alexander DD, Mitchell M, Taylor A, Lowe K, Langeberg W, et al. Prevalence of bone metastasis in breast cancer patients and subsequent survival: A systematic and quantitative review of the literature. San Antonio Breast Cancer Symposium, San Antonio, TX, December 6–10, 2011.

12. Mitchell M, Taylor A, Lowe K, Langeberg W, Alexander DD, et al. Prevalence of bone metastasis from breast, lung or prostate cancer: A systematic and quantitative review of the literature. International Conference on Pharmacoepidemiology, Chicago, IL, August 15–17, 2011.

Dominik D. Alexander

April 2023

13. Taylor A, Kanas G, Primrose J, Langeberg W, Alexander DD, et al. Survival after surgical resection of hepatic metastases from colorectal cancer: An updated review and meta-analysis. World Congress on Gastrointestinal Cancer, Barcelona, Spain, June 22–25, 2011.

14. Alexander DD, Perez V, Cushing C, Weed DL. Red meat consumption and colorectal cancer: A meta-analysis of prospective epidemiologic studies. Congress of Epidemiology, Montreal, Canada, June 21, 2011.

15. Perez V, Alexander DD, Cushing C. Processed meat consumption and stomach cancer: A meta-analysis of prospective epidemiologic studies. Congress of Epidemiology, Montreal, Canada, June 21, 2011.

16. Maki KC, Van Elswyk ME, Alexander DD, Rains TM, Sohn EL, McNeill S. A meta-analysis of randomized controlled trials comparing lipid effects of beef with poultry and/or fish consumption. National Lipid Association Annual Scientific Sessions, May, 2011; Abstract 393.

17. Alexander DD. Meta-analysis of prospective epidemiologic studies of red meat intake and colorectal cancer. American Association for Cancer Research, Orlando, FL, April 2–6, 2011.

18. Alexander DD, Cabana MD. Partially hydrolyzed 100% whey protein infant formula and reduced risk of atopic dermatitis: A meta-analysis. Pediatric Academic Societies, Vancouver, BC, Canada, May 1–4, 2010.

19. Alexander DD, Cushing CA. A meta-analysis of red or processed meat intake and prostate cancer. Society for Epidemiologic Research, Anaheim, CA, 2009.

20. Alexander DD, Wagner ME, Kelsh MA. Benzene exposure and non-Hodgkin lymphoma: A meta-analysis. Society for Epidemiologic Research, Anaheim, CA, June 24, 2009.

21. Alexander DD, Schmitt D, Tran N, Barraj L, Cushing CA. Partially hydrolyzed 100% whey infant formula and atopic dermatitis risk reduction: A systematic review of the literature. Experimental Biology, New Orleans, LA, 2009.

22. Alexander DD, Cushing CA, Lowe KL. Meta-analysis of animal fat intake and colorectal cancer. Experimental Biology, New Orleans, LA, 2009.

23. Alexander DD, Cushing CA, Roberts MA. Quantitative assessment of red and processed meat intake and kidney cancer. Experimental Biology, New Orleans, LA, 2009.

24. Lowe KL, Alexander DD, Morimoto LM. Meta-analysis of animal fat intake and breast cancer. Experimental Biology, New Orleans, LA, 2009.

25. Morimoto LM, Alexander DD, Cushing CA. Meta-analysis of red and processed meat consumption and breast cancer. Experimental Biology, New Orleans, LA, 2009.

26. Manne U, Grizzle WE, Alexander DD, Katkoori V. Racial differences in colorectal cancer: the need to educate clinicians and researchers for improved patient care. American Association for Cancer Education, 41st Annual Meeting, Birmingham, AL, October 2007.

27. Gatto NM, Alexander DD, Kelsh MA. A meta-analysis of occupational exposure to hexavalent chromium and stomach cancer. Epidemiology, Sept 2007; Vol 18, issue 5, pS33.

28. Alexander DD, Mink PJ, Mandel JH, Kelsh MA.  A meta-analysis of occupational trichloroethylene exposure and multiple myeloma or leukemia.  Proceedings 2nd North American Congress of Epidemiology, Seattle, WA, June 2006.

29. Kelsh MA, Mandel JH, Mink PJ, Weingart M, Alexander DD, Goodman M.  A meta-analysis of kidney cancer, non-Hodgkin's lymphoma and occupational trichloroethylene exposure. Proceedings, 2nd North American Congress of Epidemiology, Seattle, WA, June 2006.

30. Mink PJ, Alexander DD, Barraj L, Kelsh MA, Tsuji J.  Meta-analysis of low level arsenic exposure and bladder cancer.  Proceedings, 2nd North American Congress of Epidemiology, Seattle, WA, June 2006.

31. Alexander DD, Mink PJ, Butchko H.  How "fast food" is used and interpreted in scientific research:  methodological considerations.  Proceedings, Experimental Biology 2006, San Francisco, CA, April 2006.

32. Kapica CM, Alexander DD, Mink PJ, Butchko H.  The definition of fast food in published studies. Proceedings, Experimental Biology 2006, San Francisco, CA, April 2006.

33. Alexander D, Chatla C, Funkhouser E, Jhala N, Grizzle WE, Manne U.  Racial differences in survival based on tumor differentiation and stage in patients who have undergone surgery for colon cancer.  J Clin Oncol 2004; 22:14S (July Supplement).

34. Alexander D, Funkhouser E, Saif M.  Alkaline phosphatase (AP) as a prognostic tool in colorectal cancer (CRC).  Proceedings, American Society of Clinical Oncology 2003; 22:354.

35. Malhotra P, Kallergi M, Alexander D, et al.  Discrepancies between film and digital mammography interpretations.  Medical Imaging 2002, Proceedings of SPIE (The International Society for Optical Engineering), February 2002.

36. Alexander D, Malhotra P, Kallergi M, et al.  Digital vs. film mammography: calcification interpretation.  American Association of Physicists in Medicine 2001, (July Supplement).


## Poster Presentations at Scientific Conferences

1. Alexander DD, Riordan AS, Rygiel CA, Weed DL. Risk of secondary acute myeloid leukemia/myelodysplastic syndrome (AML/MDS) following radiotherapy treatment for primary tissue cancer. Society of Toxicology (abstract 4528), San Diego, CA, March 27-31, 2022.

2. Riordan AS, Rygiel CA, Alexander DD. Risk of secondary peritoneal mesothelioma following radiation therapy for primary cancers of the peritoneal cavity. Society of Toxicology (abstract 4528), San Diego, CA, March 27-31, 2022.

3. Rygiel CA, Riordan AS, Alexander DD. Risk of secondary acute myeloid leukemia/myelodysplastic syndrome (AML/MDS) following chemotherapy treatment for primary tissue cancer. Society of Toxicology (abstract 4528), San Diego, CA, March 27-31, 2022.

4. Bylsma L, Levin-Sparenberg L, Lowe K, Sangare L, Fryzek J, Alexander DD. Prevalence of *KRAS*, *NRAS*, and *BRAF* gene mutations in metastatic colorectal cancer patients: A systematic literature review and meta-analysis. International Society for Pharmacoepidemiology; Spotlight

Molecular Epidemiology, Biomarkers, and Pharmacogenetics; Philadelphia, PA, August 28, 2019.

5. Bylsma L, Dean R, Lowe K, Gillezeau C, Sangare L, Alexander DD, Fryzek J. The incidence of infusion reactions associated with monoclonal antibody drugs targeting the epidermal growth factor receptor in metastatic colorectal cancer patients: A systematic literature review and meta-analysis. International Society for Pharmacoepidemiology; Biologics/Biosimilars; Philadelphia, PA, August 28, 2019.

6. Lowe K, Bylsma L, Dean R, Gillezeau C, Sangare L, Alexander DD, Fryzek J. The incidence of infusion reactions associated with monoclonal antibody drugs targeting the epidermal growth factor receptor in metastatic colorectal cancer patients: A systematic literature review and meta-analysis. American Society for Clinical Oncology, 2019 Gastrointestinal Cancers Symposium; San Francisco, CA, January 19, 2019.

7. Lowe K, Bylsma L, Levin-Sparenberg L, Sangare L, Fryzek J, Alexander DD. Prevalence of *KRAS*, *NRAS*, and *BRAF* gene mutations in metastatic colorectal cancer patients: A systematic literature review and meta-analysis. American Society for Clinical Oncology, 2019 Gastrointestinal Cancers Symposium; San Francisco, CA, January 19, 2019.

8. Yaser J, Alexander DD. Processed meat consumption and risk of colorectal cancer: a systematic review and meta-analysis. Epidemiology Department Internship Poster Session, University of Michigan Department of Public Health; Ann Arbor, MI, Nov. 2, 2018.

9. Weed DL, Alexander DD. A systematic review of Hill's criteria. Society of Toxicology. San Antonio, TX, March 11-15, 2018.

10. Fryzek J, Alexander DD, Summers N, Fraysse J, Reichert H, Townes L, Vanderpuye-Orgle J. Indirect treatment comparison of cabazitaxel for patients with metastatic castration-resistant prostate cancer who have been previously treated with a docetaxel-containing regimen. International Society for Pharmacoeconomics and Outcomes Research (ISPOR). Washington DC. May 21-25, 2016

11. Miller PE, Alexander DD. A Review and Meta-analysis of Prospective Studies of Red and Processed Meat and Pancreatic Cancer. Experimental Biology. San Diego, CA. April 4, 2016.

12. Maki KC, Guyton JR, Orringer CE, Hamilton-Craig I, Alexander DD, Davidson MH:  Triglyceride-lowering therapies reduce cardiovascular disease event risk in subjects with hypertriglyceridemia. National Lipid Association Scientific Sessions, Chicago, IL, USA, June 11–14, 2015

13. Bylsma L, Miller P, Alexander DD. Meta-analysis of red meat intake and type 2 diabetes. Experimental Biology. Boston, MA, March 31, 2015.

14. Tsuji JS, Alexander DD, Perez V.  Low-level arsenic in drinking water and bladder cancer risk: Meta-analysis update and risk assessment implications.  Annual Meeting of the Society of Toxicology, San Antonio, TX, March 10–14, 2013.

15. Perez V, Alexander DD, Bailey WH.  Air ions and mood outcomes:  A review and meta-analysis. Poster presentation at the American College of Epidemiology, Chicago, IL, September 8–11, 2012.

16. Huhmann MB, Kaspar KM, Perez V, Alexander DD, Thomas DR.  Accuracy of a self-completed nutrition screening tool for community-dwelling older adults when completed by the patient or caregivers.  Poster presentation at the International Academy on Nutrition and Aging Meeting, Albuquerque, NM, July 12–13, 2012.

17. Perez V, Schmier JK, Alexander DD.  Race/ethnic disparities in pediatric discharges from all US community, non-rehabilitation hospitals for respiratory syncytial virus (RSV) among children one year or younger.  Oral presentation at the 45th Annual Society for Epidemiologic Research (SER) Meeting, Minneapolis, MN, June 27–30, 2012.

18. Alexander DD, Mitchell M, Taylor A, Lowe K, Langeberg W, et al.  Prevalence of bone metastasis in breast cancer patients and subsequent survival:  A systematic and quantitative review of the literature.  San Antonio Breast Cancer Symposium, San Antonio, TX, December 6–10, 2011.

19. Alexander DD, Perez V, Cushing C, Weed DL.  Red meat consumption and colorectal cancer:  A meta-analysis of prospective epidemiologic studies.  Congress of Epidemiology, Montreal, Canada, June 21, 2011.

20. Perez V, Alexander DD, Cushing C.  Processed meat consumption and stomach cancer:  A meta-analysis of prospective epidemiologic studies.  Congress of Epidemiology, Montreal, Canada, June 21, 2011.

21. Gatto NM, Alexander DD, Kelsh MA.  A meta-analysis of occupational exposure to hexavalent chromium and stomach cancer.  19th Annual International Society of Environmental Epidemiology Conference, Mexico City, Mexico, September 5–9, 2007.

22. Alexander DD, Mink PJ, Mandel JH, Kelsh MA.  A meta-analysis of occupational trichloroethylene exposure and multiple myeloma or leukemia.  Proceedings, 2nd North American Congress of Epidemiology, Seattle, WA, June 2006.

23. Mink PJ, Alexander DD, Barraj L, Kelsh MA, Tsuji J.  Meta-analysis of low level arsenic exposure and bladder cancer.  Proceedings, 2nd North American Congress of Epidemiology, Seattle, WA, June 2006.

24. Alexander DD, Mink PJ, Butchko H.  How "fast food" is used and interpreted in scientific research: methodological considerations.  Experimental Biology 2006, San Francisco, CA, April 2006.

25. Kapica CM, Alexander DD, Mink PJ, Butchko H.  The definition of fast food in published studies.  Experimental Biology 2006, San Francisco, CA, April 2006.

26. Mink PJ, Alexander DD, Barraj LM, Kelsh MA, Tsuji JS.  Meta-analysis of low level arsenic exposure and bladder cancer: implications for risk assessment in the United States.  45th Annual Meeting of the Society of Toxicology, San Diego, CA, March, 2006.

27. Alexander D, Jhala N, Chatla C, Steinhauer J, Funkhouser E, Coffey C, Grizzle WE, Manne U.  Racial differences in survival based on tumor differentiation and stage in patients who have undergone surgery for colon cancer.  The 2004 American Society of Clinical Oncology Annual Meeting, New Orleans, LA, June 2004.

28. Chatla C, Alexander D, Manne U.  Prognostic significance of Bcl-2 expression and p53 nuclear accumulation based on nodal status in patients with colorectal adenocarcinoma.  The 95th

Annual meeting of the American Association for Cancer Research, Orlando, Florida, March 2004.

29. Alexander D.  Post-surgical disparity in survival between African-Americans and Caucasians with colonic adenocarcinomas.  The UAB Comprehensive Cancer Center Annual Research Retreat, Birmingham, Alabama, October 2003.

30. Malhotra P, Kallergi M, Alexander D, et al.  Discrepancies between film and digital mammography interpretations.  The annual meeting for Medical Imaging: Observer Performance Studies, San Diego, CA, February 26–28, 2002.  (Poster Presentation, Presenter: P. Malhotra).

31. Alexander D, Malhotra P, Kallergi M, et al.  Digital vs. film mammography.  The American Association of Physicists in Medicine Conference, Salt Lake City, UT, July 22–26, 2001.



*Innovative Solutions*
*Sound Science*

# Brent L. Finley, Ph.D., DABT

EXECUTIVE VICE PRESIDENT

## CONTACT INFORMATION

ToxStrategies LLC
175 Pearl Street
1st Floor - #4671
Brooklyn, NY 11201
Phone (917) 933-5070
bfinley@toxstrategies.com

## PROFESSIONAL PROFILE

Dr. Brent Finley has more than 30 years of experience conducting and managing studies involving chemical exposures and human health risk assessment. He specializes in applied research, litigation support, and risk-based site investigations. Dr. Finley has studied the health effects of exposure to a wide range of chemicals and consumer products, including asbestos, artificial flavorings, and metal hip implants. He has provided expert witness testimony in lawsuits involving alleged health risks associated with consumer exposures to asbestos in cosmetic talc and occupational exposure to flavorings and dioxins in foods. Dr. Finley has been involved in the preparation of more than 400 risk assessments and has published more than 160 peer-reviewed papers on the topic of health risk assessment.

## DEGREES AND REGISTRATION

1986    Ph.D., Toxicology/Pharmacology
        Washington State University, Pullman

1982    B.A., Biological Sciences
        Cornell University, Ithaca, NY

Diplomate        American Board of Toxicology, Inc.







*Innovative Solutions*
**Sound Science**

## SELECTED PROFESSIONAL EXPERIENCE

### *Lead exposures*

Currently a defense expert witness in several different cases involving claims of child and adult exposures to lead in tap water

Currently an expert witness in claims involving children exposed to "take home" occupational lead

Recently published a paper evaluating the relative influence of lead in baby food (vs. other lead sources) on blood levels in children

### *PFAS Investigation and Mitigation*

PFAS Toxicity — Evaluated PFAS toxicity as described in animal exposure studies and "outbreak" reports (Finley et al., 2009).

Various Research Initiatives, University of Columbia — Currently working with several University of Columbia MPH candidates on numerous research initiatives related to benchmarking toxicity of various PFAS polymers.

### *Pharmaceuticals & Biotechnology*

Levaquin and Oflaxacin Evaluation — Evaluated the metabolic and toxicity results (from animal and clinical data) of levaquin and oflaxacin, to determine whether and to what degree the two drugs confer different therapeutic indexes.

### *Consumer Products*

Hip Implants—Cobalt and Chromium Exposure — Conducted and published extensive research related to the potential risks of cobalt and chromium exposure from metal-containing hip implants.

Hip Implant Analyses — Analyzed the safety and various failure modes associated with metal-on-metal and other types of hip implants.

Latex Gloves and Dermal Desensitization Lawsuit Consultation — Consulted in personal injury lawsuits involving healthcare worker use of latex gloves and associated claims of dermal sensitization.

Environmental Rubber Tire Exposure Health Risks — Prepared a report and manuscript describing the possible health risks associated with exposure to rubber tire particles in the environment.

Lead-Based Paint Exposure Health Risk Analysis — Conducted an analysis of health risks associated with exposure to lead in detailing paint that contained up to 30% lead.

Lead-Containing Paint Labels and Warnings — Assisted counsel in determining whether labels and warnings on a lead-containing paint were adequate and appropriate under Proposition 65.

### *Environmental Risk Assessments*

Health Claims Evaluation of Household Exposure to Benzene Vapors — On behalf of a pipeline manufacturer, evaluated health claims related to household exposure to benzene vapors following an underground leak.

Benzene-Containing Groundwater Environmental Risk Assessment — Conducted more than 30 environmental risk assessments in which benzene in groundwater was a significant contributor to potential human health risks.

Dioxin and PCB Risk Assessment, TEF Scheme Refinement — Involved in research with EPA and WHO scientists to refine the current TEF scheme for dioxin and PCB risk assessment.

**ToxStrategies**

*Innovative Solutions*
*Sound Science*

Dietary Compound Contribution to Overall TEQ Dose, Human Exposure Study — Conducted (and published) a human exposure study designed to assess the degree to which naturally occurring dietary compounds ("endodioxins") contribute to the overall TEQ dose in the general population.

Soil Bioavailability Study — Conducted (and published) the first soil bioavailability study to examine all 17 2,3,7,8-substituted PCDD/Fs.

Magnesium Facility Staff Blood Dioxin-Level Study, Utah — Evaluated dioxin levels in the blood of workers employed at a magnesium facility.

Major Waterway, Dioxin- and PCB-Contaminated Sediment, Superfund Project — Served as principal-in-charge of a Superfund project involving dioxin- and PCB-contaminated sediments in a major waterway in New Jersey. This project involves the use of fingerprinting techniques for source identification, food-web modeling, and defense against natural resource damage claims. Published more than two-dozen papers regarding the proper use of exposure and risk assessment techniques for this site.

Design of First Sediment Toxicity Study — Designed the first sediment toxicity study to demonstrate that dioxin poses no risk to benthic invertebrates.

Creel-Angler Survey Development — Assisted in the development, conduct, and interpretation of a year-long creel-angler survey designed to accurately estimate the fish and crab consumption rates (and associated risks) in a PCB-contaminated waterway.

Human and Ecological Risks with Suspension of Dioxin-Contaminated Sediments — Conducted (and published) an analysis of human and ecological risks associated with suspension of dioxin-contaminated sediments as a result of dredging.

PCB-Related Risk Evaluation, Fox River, Wisconsin — Evaluated PCB-related risks to anglers consuming fish.

Human Sweat Extraction Study — Designed and conducted the first human sweat extraction study for the purpose of measuring bioavailability of chromium from soil.

NJDOH Urinalysis and House-Dust Analysis Panel Investigation — Organized and chaired an expert panel investigation into the technical merits of New Jersey Department of Health's urinalysis and house-dust analysis of residents living near chromium-affected areas.

OSHA Lowering Permissible Chromium(VI) Exposure Limit Investigation — Served as principal-in-charge of an industry-funded investigation into OSHA's basis for lowering the permissible exposure limit for hexavalent chromium (CrVI).

Chromium-Contaminated Soil Health Risk Assessment, New Jersey — Managed a complex assessment of the health risks associated with chromium-contaminated soil at more than 100 sites. This assessment entailed developing new sampling and analytical techniques for ambient chromium concentrations and designing and implementing several human exposure studies, as well as extensive regulatory negotiations with the New Jersey Department of Environmental Protection.

Dermatitis Elicitation Threshold for Chromium Human Patch-Testing Study — Conducted a $2M human patch-testing study for to identify the dermatitis elicitation threshold for chromium. This study was used to demonstrate that the Agency's initial position on dermatitis-based cleanup standards was seriously flawed.

Comments on EPA's Proposed Inhalation "Reference Concentrations" for Chromium — Prepared and submitted comments on EPA's proposed inhalation "reference concentrations" for chromium. As a result of the submitted comments, EPA withdrew the proposed values. Invited to serve on an EPA work group to evaluate better methods for setting these criteria.

Children's Health Risks Associated with Contacting Arsenic from CCA-Treated Playground Equipment, Position Paper — Assisted a group of Florida physicians in drafting a position paper to the Secretary of the Department of

**ToxStrategies**

*Innovative Solutions*
**Sound Science**

Health concerning children's health risks associated with contacting arsenic from CCA-treated playground equipment. Reviewed and summarized the pertinent epidemiologic and other human arsenic toxicological literature and presented to the Secretary the opinion that, based on the available literature, contact with CCA (chromated copper arsenate)-treated wood by children under the conditions of typical playground use did not pose an unacceptable health risk.

Potential Health Risks Associated with Fish Consumption Among Recreational and Subsistence Anglers, San Diego Bay — Evaluated potential health risks associated with fish consumption among recreational and subsistence anglers. Developed exposure pathways to assess cancer and noncancer risks associated with consumption of fish and shellfish. Potential chemicals of concern included PCBs, arsenic, copper, cadmium, and mercury.

Design of Sampling/Analysis Program for Combined Sewer Overflows (CSOs) — Designed a sampling and analysis program for combined sewer overflows (CSOs) in the Passaic River. The purpose of the program was to conduct a pathogen risk assessment for recreationists who contact the surface water of the river. Collected several samples during storm events, and the bacterial/viral content of the samples was interpreted to develop estimates of increased risk of various diseases.

Health Risks Associated with Creosote- and Coal-Tar-Containing Products, Expert Panel Evaluation — Served on an expert panel that evaluated the health risks associated with creosote- and coal-tar-containing products; the panel concluded that the toxicology and epidemiology data do not support a conclusion that these substances are carcinogenic in humans.

Determination of Background Levels of PAH Exposure — On behalf of a creosote manufacturer, helped determine "background" levels of PAH exposure in a community (from diet, etc.) vs. PAH exposures associated with trace creosote levels in residential soils.

Various Environmental Risk Assessments [PAH as Contributor to Potential Human Health Risk] — Conducted more than 50 environmental risk assessments (RCRA, CERCLA, RBCA, etc.) in which PAHs in soils were the primary contributor to potential human health risk; a majority of these involved derivation of site-specific soil standards using state-of-the-art exposure assessment techniques. Approximately half of these projects involved regulatory interaction.

Residential Exposure to Arsenic-Containing Industrial Slag, Risk Assessment (Principal-in-Charge) —Risk assessment involving residential exposure to arsenic-containing industrial slag.

Assessing the Disposition of Priority Pollutant Metal in Industrial Slag, Human Exposure Study — Designed and conducted a human exposure study (involving the direct ingestion of soil) for the purpose of assessing the disposition of a priority pollutant metal in an industrial slag.

Public Health Risk Evaluation of Steel Slag Usage (Principal-in-Charge) — Ongoing evaluation of the public health risk associated with numerous beneficial uses of steel slag.

Assessment of Health Risk of Post-Remedial Concentrations at Industrial Site, Puerto Rico — Demonstrated that post-remedial concentrations of mercury in soil at an industrial site did not pose a significant health risk to individuals working on the property. EPA Region II then formally closed the site with no further remediation required.

Avian Health Risk Assessment, State Superfund Site — Prepared an avian health risk assessment at a state Superfund site. The assessment involved collecting and analyzing live and dead birds for cyclodiene content.

Ecological Impact Studies, Melbourne, Australia — Managed two ecological impact studies.

RCRA Risk Assessments (Principal-in-Charge) — Four separate RCRA risk assessments involving more than 400 solid waste management units.

Toxaphene-Related Risks to Human Fish Consumption, Georgia — On behalf of a former toxaphene manufacturer, conducted an analysis of toxaphene-related risks to humans consuming fish in a waterway.

## Occupational Health & Safety

Hair-Straightening Products Compliance — Evaluated compliance of various hair-straightening products with OSHA formaldehyde standards.

Material Safety Data Sheets Warning Language Development — In the mid-1980s, developed warning language for Material Safety Data Sheets in accordance with the new OSHA Hazard Communication Standard.

Assessment of Petroleum Solvent Associated to Benzene Exposure — Assessed whether the manufacturer of a petroleum solvent "had knowledge" that using the solvent might be associated with exposure to significant levels of benzene.

## Litigation Support and Expert Testimony

Diacetyl and Artificial Butter Exposure Litigation — Currently serving as an expert witness in exposure assessment, industrial hygiene, and toxicology in cases involving popcorn workers' exposure to diacetyl and artificial butter.

Rug Cleaner and RADS Symptoms Expert Report — Prepared an expert report regarding likelihood of association between use of rug cleaner and plaintiff's alleged symptoms of reactive airway disease (RADS).

Kitchen Cabinet Formaldehyde Emission Exposure and Risk Assessment Expert — Served as an exposure and risk assessment expert in a case involving formaldehyde emissions from kitchen cabinets.

Health Harm Due to Airbag Content Exposure Deposition — Deposed in a case involving claims of health harm associated with exposure to airbag contents (azide and talc) following airbag deployment and failure.

Benzene in Coal Tar Pitch Volatiles in Roofing Tar Exposure and Risk Assessment — Served as an expert in exposure and risk assessment in a case involving exposure to benzene in coal tar pitch volatiles in roofing tar.

Benzene-Containing Degreasing Solvent Deposition — Deposed in a case involving alleged exposures to benzene in a degreasing solvent.

Property Damage/Health Harm from a Groundwater Benzene Plume, Oryx Energy — Served as expert witness for Oryx Energy in a case involving property damage/health harm from a groundwater benzene plume.

Cr(VI) in Groundwater via the Use of Simulation Studies, Hinkley, California — Assessed exposure to Cr(VI) (hexavalent chromium) in groundwater via the use of simulation studies (all subsequently published in the peer-reviewed literature) and served as a testifying expert in a case involving numerous plaintiffs in Hinkley, CA.

Atrazine Databases and Health Risk Assessment Case — Testified at a hearing regarding the adequacy of several atrazine databases for use in health risk assessment.

Asbestos Exposure in Various Products — Serving as a consultant and expert witness in a series of cases involving alleged exposure to asbestos in welding rods, joint compound, and automotive and crane brake linings, clutches, and gaskets.

Bystander Exposure to Asbestos-Containing Insulation Deposition — Deposed in a premise case involving bystander exposure to asbestos-containing insulation.

Exposure to Numerous Chlorinated Solvents (TCE, TCA, and CCl4) in Groundwater, *Comeaux v. Conde Vista* — Deposed as an expert witness in a toxic tort case involving alleged exposure to numerous chlorinated solvents (TCE, TCA, and CCl4) in groundwater. Reviewed the existing groundwater and soil gas data and determined, based on site-specific vapor migration modeling and an evaluation of household exposure pathways, that any

**Tox** Strategies

*Innovative Solutions*
*Sound Science*

inhalation exposure to chlorinated solvents that might have occurred was insufficient to cause the plaintiff's claimed health effects.

Community Exposure to Steel-Manufacturing Facility — Served as an exposure and risk assessment expert in a case involving community exposures to particulate emissions from a steel-manufacturing facility.

Recreational Exposures to Aroclor 1254 Case — Expert witness in a case concerning alleged "recreational" exposures to Aroclor 1254 in soil at a former capacitor manufacturing site.

Residential Chromium Emissions Exposure, Toxic Tort Case, Southern California — Served as an exposure and risk assessment expert witness in a toxic tort case involving residential exposure to chromium emissions from a former plating facility.

*EPA et al. v. City of Los Angeles* Deposition — Deposed as an exposure and risk assessment expert. EPA alleged that uncontrolled sewage spills had affected Santa Monica Bay to such a degree that beach recreators were at great risk of developing pathogen-related diseases. Dr. Finley reviewed the monitoring data and developed a pathogen exposure and risk analysis.

Creosote and Pentachlorophenol Production at a Former Wood-Treating Site, Deposition, St. Louis — Deposed as an exposure and risk assessment expert witness in a federal case involving creosote and pentachlorophenol production at a former wood-treating site.

Community Allegations of Health Effects from Historical Exposures to Emissions from a Wood-Treating Facility Case, Louisiana — Currently serving as an exposure and risk assessment expert in a case involving community allegations of health effects from historical exposures to emissions from a wood-treating facility.

Warnings and Labels, Worker Exposure to Asbestos Cases — State-of-the-art expert in warnings and labels in cases involving worker exposure to asbestos during joint-compound use and brake servicing.

Warnings and Labels, Worker Exposure to Draw Fluid Cases — Served as a state-of-the-art expert in warnings and labels in cases involving worker exposure to "draw fluids" during automobile manufacture.

Case Deposition of Coal Ash Metals and Radionuclides Migrating into Residential Private Wells — On behalf of defendants, deposed in a case involving claims that coal ash metals (arsenic and hexavalent chromium) and radionuclides had migrated off-site from a series of impoundments into private wells of residents downgradient of the impoundments. Evaluated the on-site groundwater and off-site groundwater and tap-water data and concluded that (1) a large fraction of the metals and radionuclides in the tap water were naturally occurring and unrelated to the impoundments, and (2) the tap-water constituent levels were far too low to pose a health risk to residents using the water for consumption and other purposes. The case subsequently settled.

Case Deposition of Coal Ash Deposited into Municipal Landfill— On behalf of defendants, deposed in a case in which several thousand tons of coal ash were deposited into a municipal landfill over a period of several years. Claims included property damage and potential health harm from arsenic and other metals. There were also cross claims from other defendants that contributed to materials in the landfill.

Claim Evaluation of Health Risk Due to Wind Erosion of a Coal Ash Aggregate (AGREMAX) — On behalf of defendants, evaluated claims of health risk due to wind erosion of a coal ash aggregate (AGREMAX). The aggregate was used as daily landfill cover throughout Puerto Rico. Residents living in the same regions as the landfill locations claimed that deposition of ash-related radionuclides and metals onto their properties posed a substantial and imminent health hazard.

Groundwater Pollution / Public Policies MTBE Fate/Transport and Potential Health Risks — Numerous evaluations of MTBE fate/transport and potential health risks associated with leaking underground storage tanks.

Impacts of Arsenic in Groundwater to Soil and Fish, Exposure Assessment Study — Performed an exposure assessment study evaluating impacts of arsenic in groundwater to soil and fish. Constructed a conceptual site



model to determine the complex potential exposure conditions that may exist offsite of a manufacturing facility in Indiana under the Indiana Voluntary Remediation Program. Work for this project included conducting an inorganic fingerprinting analysis, which demonstrated that offsite arsenic concentrations were not derived from onsite sources. A background concentration study was conducted to eliminate offsite areas that did not exceed background levels, and a survey of arsenic in fish tissue from the adjacent surface-water body indicated that arsenic concentrations in the fish were consistent with background. A health risk assessment was also conducted.

### Litigation Support

Residential Exposure to Groundwater and Tap Water Chlorinated Solvents Cases, Aerojet, CNH — Involved in several cases (Aerojet, CNH) in which current and historical residential exposure to chlorinated solvents in groundwater and tap water was alleged. These cases involved exposure and dose reconstruction (tap-water ingestion and inhalation and dermal exposures during showering) using measured and modeled data, and reaching conclusions concerning alternative causation.

Residential TCE Exposure Defense Counsel Support — Assisted defense counsel in litigation involving alleged residential TCE exposure in the 1950s and 1960s (*Stuart v. Lockheed*).

Pathogen Content of Tap-Water Samples Interpretation —Interpreted pathogen content of tap-water samples following plaintiff's assertion that ingestion had caused an array of autoimmune diseases.

### Chlorinated Solvents Remediation

Dermal and Inhalation Exposure to Chlorinated Contaminants Panel, International Life Sciences Institute Working Group — Served as a panel member for the International Life Sciences Institute Working Group on estimation of dermal and inhalation exposure to chlorinated contaminants (TCE, TCA, perchloroethylene) in drinking water.

EPA Inhalation Toxicity Criteria Panel Review — Chaired an expert panel review of EPA's inhalation toxicity criteria for 1,2-dichloroethane and 1,I,2-trichloroethane.

Household Exposure to TCE- and Perchloroethylene-Containing Tap-Water Analysis — Conducted and published a probabilistic analysis of household exposure to TCE and perchloroethylene in tap water to demonstrate the health protectiveness of EPA's maximum contaminant levels (MCLs).

### Source Emissions / Stack Testing

Chemical Weapons Incinerator Operation Exposure and Risk Assessment, U.S. Army, Tooele, Utah — Prepared a multi-pathway exposure and risk assessment for the U.S. Army chemical weapons incinerator in Tooele, Utah. The purpose of the analysis was to assess the merits of an injunction filed by a plaintiff's consortium that operating the incinerator would pose a risk to surrounding residents. Testified twice in court on behalf of the Department of Justice. Based at least in part on these findings and testimony, the judge allowed the incinerator to operate.

Dioxin Particulates and Vapors from a Combustion Source, Health Risk Assessment — Prepared a multi-pathway assessment of the health risks associated with emissions of dioxin particulates and vapors from a combustion source. The State of California had previously determined that the dioxin risks were significant, and that the client would have to warn the surrounding residential community. Used refined risk assessment techniques to demonstrate that the potential health risks were insignificant. Exposure pathways considered included ingestion of mother's milk, vegetable crops, and local meat and dairy products.

Community Exposure and Risk Assessment to Insecticide-Formulating Facility — Prepared a multi-pathway exposure and risk assessment for a state Superfund site in Illinois. The assessment demonstrated that particulate emissions from a client's insecticide-formulating facility did not pose a significant health risk to the surrounding community. Accordingly, the Illinois EPA issued a no-action alternative for the site, and no remediation was required.



## PEER-REVIEWED PUBLISHED WORK

Marsh GM, Ierardi AM, Benson SM, **Finley BL**. 2019. Response to letters regarding "Occupational exposures to cosmetic talc and risk of mesothelioma: An updated pooled cohort and statistical power analysis with consideration of latency period. Inhalation Toxicology 31(11–12):387–391.

Jacobs NFB, Towle KM, **Finley BL**, Gaffney SH. 2019. An updated evaluation of potential health hazards associated with exposures to asbestos-containing drywall accessory products. Critical Reviews in Toxicology 49(5):430–444.

Start here

Marsh GM, Ierardi AM, Benson SM, **Finley BL**. 2019. Occupational exposures to cosmetic talc and risk of mesothelioma: An updated pooled cohort and statistical power analysis with consideration of latency period. Inhalation Toxicology 31(6):213–223.

Beckett EM, Cyrs WD, Abelmann A, Monnot AD, Gaffney SH, **Finley BL**. 2019. Derivation of an occupational exposure limit for diacetyl using dose-response data from chronic animal inhalation exposure study. Journal of Applied Toxicology 39(5):688–701.

Kovochich M, **Finley BL**, Novick R, Monnot AD, Donovan E, Unice KM, Fung ES, Fung D, Paustenbach DJ. 2019. Understanding outcomes and toxicological aspects of second-generation metal-on-metal hip implants: A state-of-the-art review. Critical Reviews in Toxicology 48(10):853–901.

Barlow CA, Marsh GM, Benson S, **Finley BL**. 2018. The mineralogy and epidemiology of cosmetic talc. Toxicology and Applied Pharmacology 361:173.

Fung ES, Unice KM, Paustenbach DJ, **Finley BL**, Kovochich M. 2018. Methods for sterilizing clinically relevant wear particles isolated from metal-on-metal hip implants. Scientific Reports 8(1):2384.

**Finley BL**, Benson SM, Marsh GM. 2017. Cosmetic talc as a risk factor for pleural mesothelioma: A weight of evidence valuation of the epidemiology. Inhalation Toxicology 29(4):179–185.

Fung ES, Monnot A, Kovochich M, Unice KM, Tvermoes BE, Galbraith D, **Finley BL**, Paustenbach DJ. 2017. Characteristics of cobalt-related cardiomyopathy in metal hip implant patients: An evaluation of 15 published reports. Cardiovascular Toxicology 18(3):206–220.

**Finley BL**, Benson SM, Marsh GM. 2017. Cosmetic talc as a risk factor for pleural mesothelioma: A weight of evidence evaluation of the epidemiology. Inhalation Toxicology 29(4):179–185.

Kovochich M, Fung ES, Donovan E, Unice KM, Paustenbach DJ, **Finley BL**. 2017. Characterization of wear debris from metal-on-metal hip implants during normal wear versus edge-loading conditions. Journal of Biomedical Materials Research 106(3):986–996.

**Finley B**, Scott PK, Glynn ME, Paustenbach D, Donovan E, Thuett KA. 2017. Chromium speciation in the blood of metal-on-metal hip implant patients. Environmental Toxicology and Chemistry 99(1):48–64.

Winans B, Tvermoes BE, Unice KM, Kovochich M, Fung ES, Christian WV, Donovan E, **Finley BL**, Kimber I, Paustenbach DJ. 2016. Data on the histological and immune cell response in the popliteal lymph node in mice following exposure to metal particles and ions. Data in Brief 9:388–397.

Tvermoes BE, Unice KM, Winans B, Kovochich M, Christian WV, Donovan E, Fung ES, **Finley BL**, Kimber I, Paustenbach DJ. 2016. A preliminary evaluation of immune stimulation following exposure to metal particles and ions using the mouse popliteal lymph node assay. Toxicology and Applied Pharmacology 308:77–90; doi: 10.1016/j.taap.2016.07.020.



Pierce JS, Abelmann A, Lotter JT, Ruestow PS, Unice KM, Beckett EM, Fritz HA, Bare JL, **Finley BL**. 2016. An assessment of formaldehyde emissions from laminate flooring manufactured in China. Regulatory Toxicology and Pharmacology 81:20–32.

Pierce JS, Abelmann A, **Finley BL**. 2016. Comment on flavoring chemicals in e-cigarettes: Diacetyl, 2,-3-pentanedione, and acetoin in a sample of 51 products, including fruit-, candy-, and cocktail-flavored e-cigarettes. Environmental Health Perspectives 124(6):A100–A101.

Cowan DM, Maskrey JR, Fung ES, Woods TA, Stabryla LM, Scott PK, **Finley BL**. 2016. Best-practices approach to determination of blood alcohol concentration (BAC) at specific time points: Combination of ante-mortem alcohol pharmacokinetic modeling and post-mortem alcohol generation and transport considerations. Regulatory Toxicology and Pharmacology 78:24–36.

Pierce JS, Ruestow PS, **Finley BL**. 2016. An updated evaluation of reported no-observed adverse effect levels for chrysotile asbestos for lung cancer and mesothelioma. Critical Reviews in Toxicology; doi: 10.3109/10408444.2016.1150960.

Ruestow PS, Duke TJ, **Finley BL**, Pierce JS. 2015. Effects of the NFL's amendments to the Free Kick rule on injuries during the 2010 and 2011 season. Journal of Occupational and Environmental Hygiene 12(12):875–882.

Gaffney SH, Abelmann A, Pierce JS, Glynn ME, Henshaw JL, McCarthy LA, Lotter JT, Liong M, **Finley BL**. 2015. Naturally occurring diacetyl and 2,3-pentanedione concentrations associated with roasting and grinding unflavored coffee beans in a commercial setting. Toxicology Reports 2:1171–1181.

Pierce JS, Abelmann A, Lotter JT, Comerford C, Keeton K, **Finley BL**. 2015. Characterization of naturally occurring airborne diacetyl concentrations associated with the preparation and consumption of unflavored coffee. Toxicology Reports 2:1200–1208; doi: 10.1016/j.toxrep.2015.08.006.

Madl AK, Liong M, Kovochich M, **Finley BL**, Paustenbach DJ, Oberdorster G. 2015. Toxicology of wear particles of cobalt-chromium alloy metal-on-metal hip implants Part I: Physiochemical properties in patient and simulator studies. Nanomedicine: Nanotechnology, Biology and Medicine 11(5):1201–1215.

Madl AK, Kovochich M, Liong M, **Finley BL**, Paustenbach DJ, Oberdorster G. 2015. Toxicology of wear particles of cobalt-chromium alloy metal-on-metal hip implants Part II: Importance of physiochemical properties and dose in animal and in vitro studies as a basis for risk assessment. Nanomedicine: Nanotechnology, Biology and Medicine, 11(5):1285–1298.

Tvermoes BE, Paustenbach DJ, Kerger BD, **Finley BL**, Unice KM. 2015. Review of cobalt toxicokinetics following oral dosing: Implications for health risk assessments and metal-on-metal hip implant patients. Critical Reviews in Toxicology 45(5):367–387.

Kerger BD, Thuett KA, **Finley BL**. 2014. Evaluation of four $\alpha$-diketones for toll-like receptor-4 (TLR-4) activation in a human transfected cell line. Food and Chemical Toxicology 74:117–119.

**Finley BL**, Scott PK. 2014. Diacetyl and "popcorn lung" litigation: Assessing the evidence for general causation. ABA Environmental Litigation and Toxic Torts Newsletter 15(2):7–10.

Paustenbach D, Galbraith D, **Finley B**. 2014. Letter to the Editor: Authors' response to letters to the editor re: Interpreting cobalt blood concentrations in hip implant patients. Clinical Toxicology 52(5):569–570.

Christian WV, Oliver LD, Paustenbach DJ, Kreider ML, **Finley BL**. 2014. Toxicology-based cancer causation analysis of CoCr-containing hip implants: A quantitative assessment of genotoxicity and tumorigenicity studies. Journal of Applied Toxicology 34(9):939–967.

Monnot AD, Christian WV, Paustenbach DJ, **Finley BL**. 2014. Correlation of blood Cr(III) and adverse health effects: Application of PBPK modeling to determine non-toxic blood concentrations. Critical Reviews in Toxicology 44(7):618–637.



*Innovative Solutions*
**Sound Science**

Unice KM, Kerger BD, Paustenbach DJ, **Finley BL**, Tvermoes BE. 2014. Refined biokinetic model for humans exposed to cobalt dietary supplements and other sources of systemic cobalt exposure. Chemico-Biological Interactions 216:53–74.

Pierce JS, Abelmann A, SpicerLJ, Adams RE, **Finley BL**. 2014. Diacetyl and 2,3-pentanedione exposures associated with cigarette smoking: Implications for risk assessment of food and flavoring workers. Critical Reviews in Toxicology 44(5):420–435.

Tvermoes BE, Unice KM, Paustenbach DJ, **Finley BL**, Otani JM, Galbraith DA. 2014. Effects and blood concentrations of cobalt after ingestion of 1 mg/d by human volunteers for 90 d1-3. American Journal of Clinical Nutrition 99(3):632–646.

Paustenbach DJ, Galbraith DA, **Finley BL**. 2014. Interpreting cobalt blood concentrations in hip implant patients. Clinical Toxicology 52(2):98–112.

**Finley BL**, Unice KM, Kerger BD, Otani JM, Paustenbach DJ, Galbraith DA, Tvermoes BE. 2013. 31-day study of cobalt (II) chloride ingestion in humans: Pharmacokinetics and clinical effects. Journal of Toxicology and Environmental Health, Part A, 76:1210–1224.

Kerger BD, Gerads R, Gurleyuk H, Thuett KA, **Finley BL**, Paustenbach DJ. 2013. Cobalt speciation assay for human serum, Part I. Method for measuring large and small molecular cobalt and protein-binding capacity using size exclusion chromatography with inductively-coupled plasma-mass spectroscopy detection. Toxicological & Environmental Chemistry 95(4):687–708.

Kerger BD, Tvermoes BE, Unice KM, **Finley BL**, Paustenbach DJ, Galbraith DA. 2013. Cobalt speciation assay for human serum, Part II. Method validation in a study of human volunteers ingesting cobalt (II) chloride dietary supplement for 90 days. Toxicological & Environmental Chemistry 95(4):709–718.

Paustenbach DJ, Tvermoes BE, Unice KM, **Finley BL**, Kerger BD. 2013. A review of the health hazards posed by cobalt. Critical Reviews in Toxicology 43(4):316–362.

Tvermoes BE, **Finley BL**, Unice KM, Otani JM, Paustenbach DJ, Galbraith DA. 2013. Cobalt whole blood concentrations in healthy adult male volunteers following two-weeks of ingesting a cobalt supplement. Food and Chemical Toxicology 53:432–439.

**Finley BL**, Pierce JS, Paustenbach DJ, Galbraith DA. 2013. Letter to the Editor: Response to a letter to the editor by Dr. Murray M. Finkelstein regarding the article by Finley et al. Regulatory Toxicology and Pharmacology 65(1):180–181.

**Finley BL**, Monnot AD, Paustenbach DJ, Gaffney SH. 2012. Derivation of a chronic reference dose for cobalt. Regulatory Toxicology and Pharmacology 64:491–503.

**Finley BL**, Pierce JS, Phelka AD, Adams RE, Paustenbach DJ, Thuett KA, Barlow CA. 2012. Evaluation of tremolite asbestos exposures associated with the use of commercial products. Critical Reviews in Toxicology 42(2):119–146.

Fillos D, Scott LLF, Anderle De Sylor M, Grespin M, Luksemburg WJ, **Finley B**. 2012. PCB concentrations in shrimp from major import markets and the United States. Environmental Toxicology and Chemistry 31(5):1063–1071.

Knutsen JS, Kerger BD, **Finley BL**, Paustenbach DJ. 2012. A calibrated human PBPK model for benzene inhalation with urinary bladder and bone marrow compartments. Risk Analysis 33 (7):1237–1251.

**Finley BL**, Monnot AD, Gaffney SH, Paustenbach DJ. 2012. Dose-response relationships for blood cobalt concentrations and health effects: A review of the literature and application of a biokinetic model. Journal of Toxicology and Environmental Health, Part B, 15(8):493–523.

**ToxStrategies**

*Innovative Solutions*
*Sound Science*

**Finley BL**, Pierce JS, Paustenbach DJ, Scott LLF, Lievense L, Scott PK, Galbraith DA. 2012. Malignant pleural mesothelioma in U.S. automotive mechanics: Reported vs. expected number of cases from 1975-2007. Regulatory Toxicology and Pharmacology 64(1):14–116.

Unice KM, Monnot AD, Gaffney SH, Tvermoes BE, Thuett KA, Paustenbach DJ, **Finley BL**. 2012. Inorganic cobalt supplementation: Prediction of cobalt levels in whole blood and urine using a biokinetic model. Food and Chemical Toxicology 50(7):2456–2461.

Phelka AD, **Finley BL**. 2012. Potential health hazards associated with exposures to asbestos-containing drywall accessory products: A state-of-the-science assessment. Critical Reviews in Toxicology 42(1):1–27.

Fillos D, Scott LLF, Anderle De Sylor M, Luksemburg W, **Finley BL**. 2011. PCB concentrations in shrimp from major import markets and the United States. Environmental Toxicology and Chemistry 31(5):1063–1071.

Pierce JS, Abelmann A, SpicerLJ, Adams RE, GlynnME, Neier K, **Finley BL**, Gaffney SH. 2011. Characterization of formaldehyde exposure resulting from the use of four professional hair straightening products. Journal of Occupational and Environmental Hygiene 8(11):686–699.

Marwood C, McAtee BL, Kreider ML, Ogle RS, **Finley BL**, Sweet LI, Panko JM. 2011. Acute aquatic toxicity of tire and road wear particles to alga, daphnid and fish. Ecotoxicology 20(8):2079–2089.

Kreider ML, Panko JM, McAtee BL, Sweet LI, **Finley BL**. 2010. Physical and chemical characterization of tire-related particles: Comparison of particles generated using different methodologies. Science of the Total Environment 408(3):652–659.

**Finley BL**, Fehling KA, Warmerdam J, Morinello EJ. 2009. Oral bioavailability of polychlorinated dibenzo-p-dioxins/dibenzofurans in industrial soils. Human and Ecological Risk Assessment 15(6):1146–1167.

Richter RO, **Finley BL**, Paustenbach DJ, Williams PRD, Sheehan P. 2009. An evaluation of short-term exposures of brake mechanics to asbestos during automotive and truck brake cleaning and machining activities. Journal of Exposure Science and Environmental Epidemiology 19(5):458–474.

Pierce JS, Jiang GCT, **Finley BL**. 2008. A state of the science review of the potential health hazards associated with asbestos in shielded metal arc welding rods in the United States. Toxicological & Environmental Chemistry 90(5):917–956.

**Finley BL**, Galbraith DA, Weill D. 2008. Comments on respiratory toxicity of diacetyl [Re: Morgan D. L., Flake, G.P., Kirby, P. J. and Palmer, S. M. Respiratory toxicity of diacetyl in C57Bl/6 mice]. Toxicological Sciences 103:169–180.

Madl AK, Scott LL, Murbach DM, Fehling KA, **Finley BL**, Paustenbach DJ. 2008. Exposure to chrysotile asbestos associated with unpacking and repacking boxes of automobile brake pads and shoes. Annals of Occupational Hygiene 52(6):463–479.

Jiang GCT, Madl AK, Ingmundson KJ, Murbach DM, Fehling KA, Paustenbach DJ, **Finley BL**. 2008. A study of airborne chrysotile concentrations associated with handling, unpacking and repacking boxes of automobile clutch discs. Regulatory Toxicology and Pharmacology 51(1):87–97.

Pierce JS, McKinley MA, Paustenbach DJ, **Finley BL**. 2008. An evaluation of reported no-effect chrysotile asbestos exposures for lung cancer and mesothelioma. Critical Reviews in Toxicology 38(3):191–214.

Donovan EP, Staskal DF, Unice KM, Roberts JD, Haws LC, **Finley BL**, Harris MA. 2008. Risk of gastrointestinal disease associated with exposure to pathogens in the sediments of the lower Passaic River. Applied and Environmental Microbiology 74(4):1004–1018.

**ToxStrategies**                                                                                    *Innovative Solutions*
                                                                                                     **Sound Science**

Donovan E, Unice KM, Roberts JD, Harris MA, **Finley BL**. 2008. Risk of gastrointestinal disease associated with exposure to pathogens in the water of the lower Passaic River. Applied and Environmental Microbiology 74(4):994–1003.

Connor KT, Harris MA, Edwards MR, Budinsky RA, Clark GC, Chu AC, **Finley BL**, Rowlands JC. 2008. AH receptor agonist activity in human blood measured with a cell-based bioassay: Evidence for naturally occurring AH receptor. Journal of Exposure Science and Environmental Epidemiology 18(4):369–380.

Santamaria AB, Cushing CA, Antonini JM, **Finley BL**, Mowat FS. 2007. State-of-the-science-review: Does manganese exposure during welding pose a neurological risk? Journal of Toxicology and Environmental Health, Part B 10:417–465.

**Finley BL**, Richter RO, Mowat FS, Mlynarek S, Paustenbach DJ, Warmerdam JM, Sheehan PJ. Cumulative asbestos exposure for US automobile mechanics involved in brake repair (circa 1950s-2000). Journal of Exposure Science and Environmental Epidemiology 17(7):644–655.

Kuykendall JR, Jarvi EJ, **Finley BL**, Paustenbach DJ. 2007. DNA-protein cross-link formation in Burkitt lymphoma cells cultured with benzaldehyde and the sedative paraldehyde. Drug and Chemical Toxicology 30(1):1–16.

Ray R, Craven V, Bingham M, Kinnell J, Hastings E, **Finley BL**. 2007. Human health exposure factor estimates based upon a creel/angler survey of the lower Passaic River (Part 3). Journal of Toxicology and Environmental Health, Part A 70(6):512–528.

Ray R, Craven V, Kinnell J, Bingham M, Freeman M, **Finley BL**. 2007. A statistical method for analyzing data collected by a creel/angler survey (Part 2). Journal of Toxicology and Environmental Health, Part A 70(6):496–511.

Morinello EJ, Warmerdam JM, **Finley BL**. 2006. The oral bioavailability of polychlorinated dibenzo-pdioxins/dibenzofurans in the soil: Review of the state of the science. Organohalogen Compounds 68:1581–1584.

Haws LC, Su SH, Harris M, Devito MJ, Walker NJ, Farland WH, **Finley BL**, Birnbaum LS. 2006. Development of a refined database of mammalian relative potency estimates for dioxin-like compounds. Toxicological Sciences 89(1):4–30.

Paustenbach DJ, **Finley BL**, Sheehan PJ, Brorby GP. 2005. Re: Evaluation of the size and type of free particulates collected from unused asbestos-containing brake components as related to potential for respirability. American Journal of Industrial Medicine 49:60–61.

**Finley BL**, Santamaria A. 2005. Current evidence and research needs regarding the risk of manganese-induced neurological effects in welders. Neurotoxicology 26(2):285–289.

Connor KT, Eversen M, Su SH, **Finley BL**. 2005. Quantitation of polychlorinated biphenyls in fish for human cancer risk assessment: a comparative case study. Environmental Toxicology and Chemistry 24(1):17–24.

Li AA, Mink PJ, McIntosh LJ, Teta MJ, **Finley BL**. 2005. Evaluation of epidemiologic and animal data associating pesticides with Parkinson's disease. Journal of Occupational and Environmental Medicine 47(10):1059–1087.

Connor K, Harris M, Edwards M, Chu A, Clark G, **Finley BL**. 2004. Estimating the total TEQ in human blood from naturally-occurring vs. anthropogenic dioxins: a dietary study. Organohalogen Compound 66:3408–3413.

Haws L, Harris M, Su S, Birnbaum L, Devito M, Farland W, Walker N, Connor K, Santamaria A, **Finley BL**. 2004. Development of a refined database of relative potency estimates to facilitate better characterization of variability and uncertainty in the current mammalian TEFs for PCDDs, PCDFs and dioxin-Like PCBs. Organohalogen Compound 66:3391–3397.



Haws L, Harris M, Su S, Walker N, Birnbaum L, DeVito M, Farland W, Connor K, Santamaria A, **Finley BL**. A preliminary approach to characterizing variability and uncertainty in the mammalian PCDD/F and PCB TEFs. Organohalogen Compound 66:3439–3445.

Paustenbach DJ, **Finley BL**, Lu ET, Brorby GP, Sheehan PJ. 2004. Environmental and occupational health hazards associated with the presence of asbestos in brake linings and pads (1900 to present): Journal of Toxicology and Environmental Health, Part B, Critical Review 7(1):25–80.

**Finley BL**, Connor KT. 2003. Naturally-occurring Ah-receptor agonists in foods: Implications regarding dietary dioxin exposure and health risk. Human and Ecological Risk Assessment 9:1747–1763.

**Finley BL**, Connor KT, Scott PK. 2003. The use of toxic equivalency factor distributions in probabilistic risk assessments for dioxins, furans and PCBs. Journal of Toxicology and Environmental Health, Part A 66(6):533–550.

**Finley BL**, Iannuzzi T, Wilson N, Kinnell JC, Craven VA, Lemeshow S, Teaf CM, Calabrese EJ, Kostecki PT. 2003. The Passaic Creel/Angler survey: Expert panel review, findings and recommendations. Human and Ecological Risk Assessment 9:829–855.

**Finley BL**, Ownby DR, Hays SM. 2003. Airborne tire particulates in the environment: A possible asthma risk from latex proteins?. Human and Ecological Risk Assessment 9:1505–1518.

Paustenbach DJ, **Finley BL**, Mowat FS, Kerger BD. 2003. Human health risk and exposure assessment of chromium (VI) in tap water. Journal of Toxicology and Environmental Health, Part A 66(14):1295–1339.

Paustenbach DJ, Richter RO, **Finley BL**, Sheehan PJ. 2003. An evaluation of the historical exposures of mechanics to asbestos in brake dust. Applied Occupational and Environmental Hygiene 18(10):786–804.

Proctor D, Panko J, Liebig E, Mundt K, Buczynski M, Barnhart R, Harris M, Morgan R, **Finley BL**, Paustenbach D. 2003. Workplace concentrations of airborne hexavalent chromium for the Painesville, Ohio chromate production plant. Applied Occupational and Environmental Hygiene 18(6):430–449.

Aylward L, Hays S, **Finley BL**. 2002. Temporal trends in intake of dioxins from foods in the U.S. and Western Europe: Issues with intake estimates and parallel trends in human body burden. Organohalogen Compound 55:235–238.

Proctor DM, Otani JM, **Finley BL**, Paustenbach DJ, Bland JA, Speizer N, Sargent EV. 2002. Is hexavalent chromium carcinogenic via ingestion? A weight-of-evidence review. Journal of Toxicology and Environmental Health, Part A 65(10):701–746.

Proctor DM, Shay EC, Fehling KA, **Finley BL**. 2002. Assessment of human health and ecological risks posed by the uses of steel-industry slags in the environment. Human and Ecological Risk Assessment 8(4):681–711.

Su SH, Pearlman LC, Rothrock JA, Iannuzzi TJ, **Finley BL**. 2002. Potential long-term ecological impacts caused by disturbance of contaminated sediments: a case study. Environmental Management 29(2):234–249.

Scott PK, Pittignano A, **Finley BL**. 2001. Evaluation of the physical hazards associated with two remedial alternatives at a Superfund site. Risk Analysis 21(1):53–61.

Su SH, Rothrock J, Pearlman L, **Finley BL**. 2001. Health-based criteria for sediment disposal options: A case study of the Port of New York/New Jersey. Human and Ecological Risk Assessment 7(6):1737–1756.

Hays SM, Aylward LL, **Finley BL**, Paustenbach DJ. 2001. Implementing a cancer risk assessment for dioxin using a margin of exposure approach and an internal measure of dose. Organohalogen Compound 53:225–228.

**Finley BL**, Scott PK, Kirman C.2000. PCBs in Passaic River sediments: Some analytical considerations. Soil and Sediment Contamination 9(3):167–179.

Kirman CR, Aylward LL, Karch NJ, Paustenbach DJ, **Finley BL**, Hays SM. 2000. Is dioxin a threshold carcinogen? A quantitative analysis of the epidemiological data using internal dose and Monte Carlo methods. Organohalogen Compound 48:219–222.

Paustenbach DJ, **Finley BL**. 1999. DNA-protein cross-links as a biomarker of Cr(VI) exposure. Environmental Health Perspectives 107(10):A494–A495.

**Finley BL**, Kirman C, Scott PK. 1999. Derivation of probabilistic distributions for the W.H.O. mammalian toxic equivalency factors. Organohalogen Compound 42:225–229.

Fowler JF Jr, Kauffman CL, Marks JG Jr, Proctor DM, Fredeick MM, Otani JM, **Finley BL**, Paustenbach DJ, Nethercott JR. 1999. An environmental hazard assessment of low-level dermal exposure to hexavalent chromium in solution among chromium-sensitized volunteers. Journal of Occupational and Environmental Medicine 41(3):150–160.

Proctor DM, Panko JM, **Finley BL**, Butler WJ, Barnhart RJ. 1999. Need for improved science in standard setting for hexavalent chromium. Regulatory Toxicology and Pharmacology 29(2 Pt 1):99–101.

Barber TR, Chappie DJ, Duda DJ, Fuchsman PC, **Finley BL**. 1998. Using a spiked sediment bioassay to establish a no-effect concentration for dioxin exposure to the amphipod Ampelisca abdita. Environmental Toxicology and Chemistry 17(3):420–424.

Corbett GE, Dodge DG, O'Flaherty E, Liang J, Throop L, **Finley BL**, Kerger BD. 1998. In vitro reduction kinetics of hexavalent chromium in human blood. Environmental Research 78(1):7–11.

**Finley BL**, Kirman C, Wenning RJ, Mathur D. 1998. Does the available toxicological evidence warrant identification of hexachlorobenzene as a dioxin-like chemical? Organohalogen Compound 38:325–329.

Huntley SL, Carlson-Lynch H, Johnson GW, Paustenbach DJ, **Finley BL**. 1998. Identification of historical PCDD/F sources in Newark Bay Estuary subsurface sediments using polytopic vector analysis and radioisotope dating techniques. Chemosphere 36(6):1167–1185.

Proctor DM, Fredrick MM, Scott PK, Paustenbach DJ, **Finley BL**. 1998. The prevalence of chromium allergy in the United States and its implications for setting soil cleanup: a cost-effectiveness case study. Regulatory Toxicology and Pharmacology 28(1):27–37.

Corbett GE, **Finley BL**, Paustenbach DJ, Kerger BD. 1997. Systemic uptake of chromium in human volunteers following dermal contact with hexavalent chromium (22 mg/L). Journal of Exposure Analysis and Environmental Epidemiology 7(2):179–189.

**Finley BL**, Kerger BD, Katona MW, Gargas ML, Corbett GC, Paustenbach DJ. 1997. Human ingestion of chromium (VI) in drinking water: Pharmacokinetics following repeated exposure. Toxicology and Applied Pharmacology 142(1):151–159.

**Finley BL**, Paustenbach DJ. 1997. Using applied research to reduce uncertainty in health risk assessment: Five case studies involving human exposure to chromium in soil and groundwater. Journal of Soil Contamination 6:649–705.

**Finley BL**, Trowbridge KR, Burton S, Proctor DM, Panko JM, Paustenbach DJ. 1997. Preliminary assessment of PCB risks to human and ecological health in the lower Passaic River. Journal of Toxicology and Environmental Health 52(2):95–118.

Huntley SL, Iannuzzi TJ, Ducey JG, Carlson-Lynch H, Schmidt CW, **Finley BL**. 1997. Combined sewer overflows (CSOs) as sources of sediment contamination in the lower Passaic River, New Jersey. II. Polychlorinated dibenzo-p-dioxins, polychlorinated debenzofurans and polychlorinated biphenyls. Chemosphere 34(2):233–250.



Iannuzzi TJ, Huntley SL, Schmidt CW, **Finley BL**, McNuttS RP, Burton J. 1997. Combined sewer overflows (CSOs) as source of sediment contamination in the lower Passaic River, New Jersey. I. Priority pollutants and inorganic chemicals. Chemosphere 34(2):213–231.

Kerger BD, **Finley BL**, Corbett GE, Dodge DG, Paustenbach DJ. 1997. Ingestion of chromium (VI) in drinking water by human volunteers: Absorption, distribution and excretion of single and repeated doses. Journal of Toxicology and Environmental Health 50(1):67–95.

Paustenbach DJ, **Finley BL**, Long TF. 1997. The critical role of house dust in understanding the hazards posed by contaminated soils. International Journal of Toxicology 16:339–362.

Paustenbach DJ, Panko JM, Fredrick MM, **Finley BL**, Proctor DM. 1997. Urinary chromium as a biological marker of environmental exposure: what are the limitations? Regulatory Toxicology and Pharmacology 26(1 Pt 2):S23–S34.

Scott PK, **Finley BL**, Harris MA, Rabbe DE. 1997. Background air concentrations of Cr (VI) in Hudson County, New Jersey: implications for setting health-based standards for Cr(VI) in soil. Journal of the Air & Waste Management Association 47(5):592–600.

Scott PK, **Finley BL**, Sung HM, Schulze RH, Turner DB. 1997. Identification of an accurate soil suspension/dispersion modeling method for use in estimating health-based soil cleanup levels of hexavalent chromium in chromite ore processing residues. Journal of the Air & Waste Management Association 47(7):753–765.

Costa M, Zhitkovich A, Gargas M, Paustenbach D, **Finley BL**, Kuykendall J, Billings R, Carlson TJ, Wetterhahn K, Xu J, Patierno S, Bogdanffy M. 1996. Interlaboratory validation of a new assay for DNA-protein crosslinks. Mutation Research 369(1–2):13–21.

**Finley BL**, Kerger BD, Dodge DG, Meyers SM, Richter RO, Paustenbach DJ. 1996. Assessment of airborne hexavalent chromium in the home following use of contaminated tapwater. Journal of Exposure Analysis and Environmental Epidemiology 6(2):229–245.

**Finley BL**, Scott PK, Norton RL, Gargas ML, Paustenbach DJ. 1996. Urinary chromium concentrations in humans following ingestion of safe doses of hexavalent and trivalent chromium: implications for biomonitoring. Journal of Toxicology and Environmental Health 48(5):479–499.

Gargas M, Harris M, Paustenbach DJ, **Finley BL**. 1996. Response to Letter to the Editor Written by Stern et al. Regarding the Paper, "Urinary Excretion of Chromium Following Ingestion of Chromite-Ore Processing Residues in Humans: Implications for Biomonitoring." Risk Analysis 16(5):609–612.

Iannuzzi T, Huntley SL, **Finley BL**. 1996. Comments on "Levels of PCDD/Fs in crab tissue from the Newark Raritan System" and "Mass-profile monitoring in trace analysis: Identification of polychlorodibenzothiophenes in crab tissues collected from the Raritan Bay System." Environmental Science & Technology 30(2):721–722.

Kerger BD, Paustenbach DJ, Corbett GE, **Finley BL**. Absorption and elimination of trivalent and hexavalent chromium in humans following ingestion of a bolus dose in drinking water. Toxicology and Applied Pharmacology 141(1):145–158.

Kerger BD, Richter RO, Chute SM, Dodge DG, Overman SK, Liang J, **Finley BL**, Paustenbach DJ. 1996. Refined exposure assessment for ingestion of tapwater contaminated with hexavalent chromium: consideration of exogenous and endogenous reducing agents. Journal of Exposure Analysis and Environmental Epidemiology 6(2):163–179.

Paustenbach DJ, **Finley BL**, Kacew S. 1996. Biological relevance and consequences of chemical- or metal-induced DNA cross-linking. Proceedings of the Society for Experimental Biology and Medicine 211(3):211–217.



Shear NM, Schmidt CW, Huntley SL, Crawford DW, **Finley BL**. 1996. Evaluation of the factors relating combined sewer overflows with sediment contamination of the lower Passaic River. Marine Pollution Bulletin 32(2):288–304.

Paustenbach DJ, **Finley BL**, Nethercott J, Fowler J. 1995. Response to Stern and Hazen Letter-to-the-Editor. Journal of Toxicology and Environmental Health 44:377–383.

Nethercott JR, Paustenbach DJ, **Finley BL**. 1995. Response to Stern and Hazen Letter-to-the-Editor. Occupational and Environmental Medicine 52(10):702–704.

Anderson RA, Colton T, Doull J, Marks JG, Smith RG, Bruce GM, **Finley BL**, Paustenbach DJ. 1995. Response to Fagliano et al. and Gochfeld & Lioy Letter-to-the-Editor. Journal of Toxicology and Environmental Health 44:123–134.

**Finley BL**, Paustenbach DJ, Nethercott J, Fowler J. 1995. Risk assessment of the allergic dermatitis potential of environmental exposure to hexavalent chromium. Journal of Toxicology and Environmental Health 44(3):377–383.

Gargas ML, **Finley BL**, Norton RL, Paustenbach DJ. 1995. Response to Fagliano et al. Letter-to-the-Editor on urine chromium screening. Drug Metabolism & Disposition 23(6):607–609.

Iannuzzi T, Huntley SL, Bonnevie NL, **Finley BL**, Wenning RJ. 1995. Distribution and possible sources of polychlorinated biphenyls in dated sediments from the Newark Bay Estuary, New York. Archives of Environmental Contamination and Toxicology 28:108–117.

Keenan RE, **Finley BL**, Price PS. 1994. Exposure assessment: then, now and quantum leaps in the future. Risk Analysis 14(3):225–230.

**Finley BL**, Paustenbach DJ. 1994. The benefits of probabilistic exposure assessment: Three case studies involving contaminated air, water and soil. Risk Analysis 14(1):53–73.

**Finley BL**, Proctor DM, Scott PK, Harrington N, Paustenbach DJ, Price P. 1994. Recommended distributions for exposure factors frequently used in health risk assessment. Risk Analysis 14(4):533–553.

**Finley BL**, Mayhall DA. 1994. Airborne concentrations of chromium due to contaminated interior building surfaces. Applied Occupational and Environmental Hygiene 9(6):433–441.

**Finley BL**, Scott PK, Mayhall DA. 1994. Development of a standard soil-to-skin adherence probability density function for use in Monte Carlo analyses of dermal exposure. Risk Analysis 14(4):555–569.

Gargas ML, Norton RL, Harris MA, Paustenbach DJ, **Finley BL**. 1994. Urinary excretion of chromium following ingestion of chromite-ore processing residues in humans: implications for biomonitoring. Risk Analysis 14(6):1019–1024.

Gargas ML, Norton RL, Paustenbach DJ, **Finley BL**. 1994. Urinary excretion of chromium by humans following ingestion of chromium picolinate. Implications for biomonitoring. Drug Metabolism and Disposition 22(4):522–529.

Horowitz SB, **Finley BL**. 1994. Setting health-protective soil concentrations for dermal contact allergens: A proposed methodology. Regulatory Toxicology and Pharmacology 19(1):31–47.

Malsch PA, Proctor DM, **Finley BL**. 1994. Estimation of a chromium inhalation reference concentration using the benchmark dose method: A case study. Regulatory Toxicology and Pharmacology 20(1 Pt 1):58–82.

Nethercott J, Paustenbach D, Adams R, Fowler J, Marks J, Morton C, Taylor J, Horowitz S, **Finley BL**. 1994. A study of chromium induced allergic contact dermatitis with 54 volunteers: Implications for environmental risk assessment. Occupational and Environmental Medicine 51(6):371–380.

Nethercott JR, **Finley BL**, Horowitz S, Paustenbach D. 1994. Safe concentrations for dermal allergens in the environment. Journal of the Medical Society of New Jersey (N J Med) 91(10):694–697.



Innovative Solutions
Sound Science

Anderson RA, Colton T, Doull J, Marks JG, Smith RG, Bruce GM, **Finley BL**, Paustenbach DJ. 1993. Designing a biological monitoring program to assess community exposure to chromium: Conclusions of an expert panel. Journal of Toxicology and Environmental Health 40(4):555–583.

**Finley BL**, Fehling KA, Falerios M, Paustenbach DJ. 1993. Field validation for sampling and analysis of airborne hexavalent chromium. Applied Occupational and Environmental Hygiene 8(3):191–200.

**Finley BL**, Johnson EM, Holson JF. 1993. Comments on comparative effects of trivalent and hexavalent chromium on spermatogenesis of the mouse. Toxicological & Environmental Chemistry 39:133–137.

**Finley BL**, Scott P, Paustenbach DJ. 1993. Evaluating the adequacy of maximum contaminant levels as health-protective clean-up goals: An analysis based on Monte Carlo techniques. Regulatory Toxicology and Pharmacology 18(3):438–455.

Horowitz SB, **Finley BL**. 1993. Using human sweat to extract chromium from chromite ore processing residue: Applications to setting health-based clean-up levels. Journal of Toxicology and Environmental Health 40(4):585–599.

Wenning RJ, Harris MA, **Finley BL**, Paustenbach DJ, Bedbury H.1993. Application of pattern recognition techniques to evaluate polychlorinated dibenzo-p-dioxin and dibenzofuran distributions in surficial sediments from the lower Passaic River and Newark Bay. Ecotoxicology and Environmental Safety 25(1):103–125.

**Finley BL**, Lau V, Paustenbach DJ. 1992. Using an uncertainty analysis of direct and indirect exposure to contaminated groundwater to evaluate EPA's MCLs and health-based clean-up goals. Journal of Hazardous Materials 32:263–274.

**Finley BL**, Proctor DM, Paustenbach DJ. 1992. An alternative to the USEPA's proposed inhalation reference concentrations for hexavalent and trivalent chromium. Regulatory Toxicology and Pharmacology 16(2):161–176.

Graham J, Walker KD, Berry M, Bryan EF, Callahan MA, Fan A, **Finley BL**, Lynch J, McKone T, Ozkaynak H, Sexton K. 1992. Role of exposure databases in risk assessment. Archives of Environmental Health 47(6):408–420.

Paustenbach DJ, Sheehan PJ, Paull JM, Wisser LM, **Finley BL**. 1992. Review of the allergic contact dermatitis hazard posed by chromium-contaminated soil: Identifying a safe concentration. Journal of Toxicology and Environmental Health 37(1):177–207.

Paustenbach DJ, Sarlos TT, Lau V, **Finley BL**, Jeffrey DA, Ungs MJ. 1991. The potential inhalation hazard posed by dioxin contaminated soil. Journal of the Air & Waste Management Association 41(10):1334–1340.

**Finley BL**, Paustenbach DJ. 1990. Assessment of pesticide-related hazards to birds in a residential community. Proc HazMat Central.

**Finley BL**, Paustenbach DJ. 1990. Using risk assessment to design cost-effective remedial investigation: A case study. Economics 5(1):57–59.

Paustenbach DJ, **Finley BL**, Kalmes R, Fishman B. 1990. Methodology for setting airborne emissions limits for chloroform, chlorine dioxide and chlorine from paper and pulp mills. Book 1. TAPPI Environmental Conference, 1990, pp. 133–136.

Paustenbach DJ, Jernigan JD, **Finley BL**, Ripple SR, Keenan RE. 1990. The current practice of health risk assessment: Potential impact on standards for toxic air contaminants. Journal of the Air & Waste Management Association 40(12):1620–1630.

**Finley BL**. 1989. Using risk assessment requirements to design cost-effective remedial investigations. HazMat West Proc.

**Finley BL**, Hammock BD. 1988. Increased activity of cholesterol epoxide hydrolase subsequent to clofibrate treatment. Biochemical Pharmacology 37:3169–3175.

**ToxStrategies**

**Finley BL**, Ashley PJ, Neptune AG, Yost GS. 1986. Substrate-selective induction of rabbit hepatic UDP-glucuronyltransferases by ethanol and other xenobiotics. Biochemical Pharmacology 35:2875–2881.

Yost GS, **Finley BL**. 1985. Stereoselective glucuronidation as a probe of induced forms of UDP-glucuronyltransferases. Drug Metabolism and Disposition 13:5–8.

Yost GS, **Finley BL**. 1983. Ethanol as an inducer of UDP-glucuronyltransferases. Biochemical and Biophysical Research Communications 111:219–223.

## B O O K   C H A P T E R S

**Finley BL**, Su SH. 2002. Contaminated sediments and bioaccumulation criteria: Procedures for evaluating dredging and open ocean disposal permits in the New York/New Jersey Harbor. In: Characterization of Contaminated Sediments. Pellei M, Porta A, Hinchee R (eds). Battelle Press, pp. 217–225.

Hays SM, **Finley BL**. 2002. Qualitative health risk assessment of natural rubber latex in consumer products. Chapter 18 in: Human and Ecological Health Risk Assessment: Theory and Practice. Paustenbach DJ (ed). John Wiley & Sons, Inc., pp. 1033–1065.

Gargas M, **Finley BL**, Paustenbach D, Long TF. 2000. Environmental health risk assessment; theory and practice. Chapter 82 in: General and Applied Toxicology. Ballantyne M, Marrs T, Syversen T (eds). MacMillan Reference, pp. 1749–1809.

Kangas MJ, Scott P, **Finley BL**, Paustenbach D. 1996. A comparison of generic human health risk-based soil remediation criteria in Canada and the US: Two case studies. In: ASTM STP (1262): Environmental Toxicology and Risk Assessment. American Society for Testing and Materials, pp. 138–164.

Wenning RJ, Mitterhuemer W, **Finley BL**. 1994. New directions in the conduct of health risk assessment: Pitfalls and lessons learned. InterData Environ Handbook, 5th Edition, pp. 22–26.

## P R E S E N T A T I O N S

Contribution of demolition activities to Flint, Michigan, childhood blood lead levels in 2013-2015 (Killius, A. and B.L. Finley). Virtual Poster Presentation at the 2021 Society of Toxicology (SOT) Annual Meeting, 2021.

Derivation of adverse deep lung effect thresholds for ?-diketone compounds (C. Mathis, E. Beckett, C. Bates, A. Maier and B.L. Finley) . Virtual Poster Presentation at the 2021 Society of Toxicology (SOT) Annual Meeting, 2021.

Characterization of airborne asbestos exposures from the use of dental products: A comprehensive review (A.M. Ierardi, A. Urban, N.F.B. Jacobs, C. McMenamy, B.L. Finley and S.H. Gaffney). Poster Presentation at The American Industrial Hygiene Conference & Exposition (AIHce) (Minneapolis, Minnesota), 2019.

Exposure to asbestos and risk of ovarian cancer: A systematic literature review and meta-analysis (K.M. Towle, A.S. Riordan, J.S. Pierce, B.L. Finley and D.M. Hollins). Poster Presentation at The American Industrial Hygiene Conference & Exposition (AIHce) (Minneapolis, Minnesota), 2019.

An ecological epidemiology investigation of talc consumption in the US and trends in female cancer rates (A.M. Burns, S.M. Benson, E. Best, D.M. Hollins and B.L. Finley.). Poster Presentation at the Society of Toxicology Annual Meeting (San Antonio, Texas), 2018.

 Characterizing cytotoxic and inflammatory responses to metal-on-metal wear debris from normal versus edge-loading conditions (M. Kovochich, E.S. Fung, S.L. Mahoney, K.M. Unice, D. Fung, D.J. Paustenbach and B.L. Finley.). Poster Presentation at the Society of Toxicology Annual Meeting (San Antonio, Texas), 2018.

**ToxStrategies**

*Innovative Solutions*
*Sound Science*

Understanding divergent outcomes in MoM-THA patient populations with well-fixed components: A critical appraisal of patient management protocols and revision trends (2000-2017) (M. Kovochich, D. Fung, K.M. Unice, S.L. Mahoney, D.J. Paustenbach and B.L. Finley). Poster Presentation at the Society of Toxicology Annual Meeting (San Antonio, Texas), 2018.

Derivation of a chronic oral RfD for antimony (E.C. Shay Hynds, A.M. Ierardi, A. M. Burns and B.L. Finley). Poster Presentation at the Society of Toxicology Annual Meeting (San Antonio, Texas), 2018.

Cosmetic talc as a risk factor for mesothelioma: A weight-of-evidence evaluation (Abstract #1290) (S.M. Benson, G.M. Marsh and B.L. Finley). Poster Presentation at the Society of Toxicology Annual Meeting (Baltimore, Maryland), 2017.

Perineal use of cosmetic talc as a risk factor for ovarian cancer: a weight-of-evidence evaluation (Abstract #1288) (B.L. Finley, E.D. Donovan, M. Kovochich, D.J. Paustenbach and A.M. Urban). Poster Presentation at the Society of Toxicology Annual Meeting (Baltimore, Maryland), 2017.

Derivation of an occupational exposure limit for diacetyl: A preliminary analysis (B.L. Finley, M.E. Glynn, W.D. Cyrs, E.W. Beckett, S.H. Gaffney, A.D. Monnot, A. Abelmann, A. Parker and M.A. Maier). Late Breaking Poster Presentation at the Society of Toxicology Annual Meeting (Baltimore, Maryland), 2017.

Does PCB exposure cause non-Hodgkins lymphoma? A weight of evidence evaluation (B.L. Finley, P.K. Scott, A.M. Burns and G.M. Marsh). Late Breaking Poster Presentation at the Society of Toxicology Annual Meeting (Baltimore, Maryland), 2017.

Characteristics of cobalt related cardiomyopathy in metal hip implant patients (Abstract #2142) (E.S. Fung, A.D. Monnot, B.E. Tvermoes, K.M. Unice, M. Kovochich, D.A. Galbraith, B.L. Finley and D.J. Paustenbach). Poster Presentation at the Society of Toxicology Annual Meeting (Baltimore, MD), 2017.

Characterization of wear debris from metal-on-metal hip implants during normal wear versus edge loading conditions (Abstract #2143) (M. Kovochich, E.S. Fung, E.P. Donovan, K.M. Unice, D.J. Paustenbach and B.L. Finley). Poster Presentation at the Society of Toxicology Annual Meeting (Baltimore, Maryland), 2017.

Proposed chronic oral reference doses for thallium (B.H. Williams, A.D. Monnot, A. Patton and B.L. Finley). Late Breaking Poster Presentation at the Society of Toxicology Annual Meeting (Baltimore, Maryland), 2017.

Benchmark dose modeling for respiratory irritation from 2,3-pentanedione exposure. (Cyrs, W.D., D. Dussex, M. Glynn and B.L. Finley). Podium Presentation at American Industrial Hygiene Conference & Exposition (AIHce), 2016.

Characterization of naturally occurring airborne diacetyl concentrations associated with the preparation and consumption of unflavored coffee. (Pierce, J.S., A. Abelmann, J. Lotter, C.E. Comerford, K. Keeton and B.L. Finley.). Poster Presentation at American Industrial Hygiene Conference & Exposition (AIHce), 2016.

An updated evaluation of reported chrysotile asbestos no observed adverse effect levels (NOAELs) for lung cancer and mesothelioma. (Pierce, J.S., P.S. Ruestow and B.L. Finley.). Poster Presentation at American Industrial Hygiene Conference & Exposition (AIHce), 2016.

Asbestos exposure and pharyngeal and laryngeal cancer risk: A fiber-type specific meta-analysis. Abstract #2974. (Benson, S.M., S. Batdorf, K.M. Hitchcock, D.A. Galbraith and BL Finley). Poster Presentation at the Society of Toxicology Annual Meeting, 2016.

Potential tremolite exposures associated with talc- containing products. Abstract #2672. (Burns, A.M. and B.L. Finley.). Poster Presentation at the Society of Toxicology Annual Meeting, 2016.

Diacetyl exposure and respiratory disease: an evaluation of the current weight of evidence. Abstract #2140 (Finley, B.L., M.E. Glynn, A. Abelmann and J.S. Pierce). Poster Presentation at the Society of Toxicology Annual Meeting, 2016.

**ToxStrategies**

*Innovative Solutions*
*Sound Science*

Human equivalent concentrations for diacetyl based on minimal bronchiolar respiratory effects observed in animals: A refined analysis using current toxicology data and dosimetry models. Abstract #1300 (Glynn, M.E., R.E. Adams, E.M. Beckett, P.K. Scott, J.S. Pierce and B.L. Finley). Poster Presentation at the Society of Toxicology Annual Meeting, 2016.

An updated evaluation of reported chrysotile asbestos no observed adverse effect levels (NOAELs) for lung cancer and mesothelioma. Abstract #2139. (Pierce, J.S., P.S. Ruestow and B.L. Finley.). Poster Presentation at the Society of Toxicology Annual Meeting, 2016.

Evaluation of immune stimulation following exposure to metal particles and ions using the mouse popliteal lymph node assay. Abstract #3896. (Tvermoes, B.E., K.M. Unice, B. Winans, M. Kovochich, W.V. Christian, E.D. Donovan, B.L. Finley, I. Kimber and D.J. Paustenbach.). Poster Presentation at the Society of Toxicology Annual Meeting, 2016.

Airborne concentrations of naturally occurring diacetyl associated with various coffee products (Abelmann, A, KM Unice, SH Gaffney, AM Urban, M Liong, L McCarthy, DM Hollins, JL Henshaw and BL Finley).). Poster presentation at the American Industrial Hygiene Conference & Expo (AIHce), 2015.

Airborne concentrations of naturally occurring diacetyl associated with various coffee products. (Abelmann, A, KM Unice, SH Gaffney, AM Urban, M Liong, L McCarthy, DM Hollins, JL Henshaw and BL Finley).). Poster presentation at the American Industrial Hygiene Conference & Expo (AIHce), 2015.

Potential exposure to naturally occurring diacetyl, 2,3-pentanedione and respirable dust from roasting and grinding coffee beans in an industrial setting. (Gaffney, SH, A Abelmann, JS Pierce, ME Glynn, L McCarthy, J Lotter, M Liong, JL Henshaw and BL Finley). Podium presentation at the American Industrial Hygiene Conference & Expo (AIHce), 2015.

Evaluation of the impact of the "Restraining Line Rule" on the incidence of total and head injuries occurring during NFL kickoffs. (Ruestow, PS, JS Pierce, TJ Duke, LJ Roberts and BL Finley).). Poster presentation at the American Industrial Hygiene Conference & Expo (AIHce), 2015.

Pilot study of exposures to airborne concentrations of naturally occurring diacetyl during coffee consumption. (Spicer, LJ, J Lotter, CE Comerford, A Abelmann, JS Pierce and BL Finley).). Poster presentation at the American Industrial Hygiene Conference & Expo (AIHce), 2015.

Refined derivation of a human equivalent concentration for hyperplasia of bronchiolar epithelium following airborne diacetyl exposure. (Beckett EM, ME Glynn, RE Adams, JS Pierce, PK Scott and BL Finley.). Poster presentation at the 54th Annual Meeting and Society of Toxicology (SOT) Meeting, 2015.

Toxicology based cancer causation analysis of COCR-containing hip implants: A quantitative assessment of genotoxicity and tumorigenicity studies. (Christian, WV, LD Oliver, DJ Paustenbach, ML Kreider and BL Finley.). Poster presentation at the 54th Annual Meeting and Society of Toxicology (SOT) Meeting, 2015.

Evaluation of empirically-based PBPK modeling approaches for modeling ante- and post mortem ethanol concentrations in biological matrices. (Cowan, DM, JR Maskrey, E Fung, T Woods, L Stabryla, PK Scott and BL Finley.). Poster presentation at the 54th Annual Meeting and Society of Toxicology (SOT) Meeting, 2015.

Derivation of a human equivalent concentration for chronic inflammation in the bronchial and bronchiolar epithelium of the lung following inhalation exposure to diacetyl. (Glynn, ME, RE Adams, EM Beckett, JS Pierce, PK Scott and BL Finley.). Poster presentation at the 54th Annual Meeting and Society of Toxicology (SOT) Meeting, 2015.

Characterization of diacetyl exposures associated with the preparation and consumption of unflavored coffee. (Pierce, JS, A Abelmann, J Lotter, C Comerford, K Keeton and BL Finley.). Poster presentation at the 54th Annual Meeting and Society of Toxicology (SOT) Meeting, 2015.

**ToxStrategies**

*Innovative Solutions*
*Sound Science*

Volatile organic compounds released from spreading ground coffee during a simulated industrial task. (Urban, AM, SH Gaffney, L McCarthy, DM Hollins, A Abelmann, K Unice, M Liong, BL Finley, JL Henshaw.). Poster presentation at the 54th Annual Meeting and Society of Toxicology (SOT) Meeting, 2015.

Toxicology-based cancer causation analysis of CoCr-containing hip implants: A quantitative assessment of in vitro genotoxicity studies. (Christian WV, LD Oliver, ML Kreider ML and BL Finley.). Poster presentation at the 2014 Society for Risk Analysis Annual Meeting, 2014.

Diacetyl and 2,3-pentanedione exposures associated with cigarette smoking: implications for risk assessment of food and flavoring workers. (Pierce, J.S., A. Abelmann, L.J. Spicer, R.E. Adams, B.L. Finley. Presented at the American Industrial Hygiene Conference & Exposition (AIHce), 2014.

Derivation of a human equivalent concentration for diacetyl for hyperplasia of the bronchiolar epithelium. (Adams, R.E., M.E. Glynn, J.S. Pierce, and B.L. Finley.). Presented at Society of Toxicology 53rd Annual Meeting and ToxExpo, 2014.

In vitro genotoxicity assays with Co and Cr(III) ions and alloy particles: Implications for cancer risks to hip implant patients. (Christian, W.V., L.D. Oliver, M.L. Kreider, and B.L. Finley.). Presented at Society of Toxicology 53rd Annual Meeting and ToxExpo, 2014.

Weight-of-evidence evaluation of the respiratory effects associated with diacetyl. (Finley, B.L., J.S. Pierce, K. Neier and L.J. Roberts.). Presented at Society of Toxicology 53rd Annual Meeting and ToxExpo, 2014.

Comparison of the upper respiratory tract uptake efficiencies of vapors in rats and mice. (Fritz, H.A., M.E. Glynn, K.E. Neier, J.S. Pierce, A.M. Urban, S.H. Gaffney, and B.L. Finley.). Presented at Society of Toxicology 53rd Annual Meeting and ToxExpo, 2014.

Naturally-occurring airborne diacetyl concentrations resulting from roasting and grinding coffee beans in an industrial setting. (Gaffney, S.H, C.J. Ronk, B.L. Finley, J.L. Henshaw, J.S. Pierce, L. McCarthy, J. Lotter, and A. Abelmann.). Presented at Society of Toxicology 53rd Annual Meeting and ToxExpo, 2014.

Asbestos content of heavy equipment brake-wear debris and associated airborne exposure during brake work. (Grespin, M.E., E.D. Donovan, R.J. Ward, A.K. Madl, and B.L. Finley.). Presented at Society of Toxicology 53rd Annual Meeting and ToxExpo, 2014.

Age-related trends in us pleural mesothelioma and soft tissue sarcoma rates: Evidence for a longevity effect. (Kerger, B.D, C.J. Ronk, M.E. Glynn, B.L. Finley, and D.J. Paustenbach.). Presented at Society of Toxicology 53rd Annual Meeting and ToxExpo, 2014.

Nanoparticles from the wear of cobalt-chromium alloy metal-on-metal hip implants: Physicochemical and dose analysis of patient and toxicology studies. (Liong, M., M. Kovochich, B.L. Finley, D.J. Paustenbach, and A.K. Madl.). Presented at Society of Toxicology 53rd Annual Meeting and ToxExpo, 2014.

Correlation of blood Cr(III) and adverse health effects: Application of PBPK modeling to determine non-toxic blood concentrations. (Monnot, A.D., W.V. Christian, B.L. Finley, and D.J. Paustenbach.). Presented at Society of Toxicology 53rd Annual Meeting and ToxExpo, 2014.

Quantitative evaluation of the relationship between vapor characteristics and upper respiratory tract uptake efficiencies in rodents. (Neier, K., M.E. Glynn, H. Fritz, A. Urban, S.H. Gaffney, and B.L. Finley.). Presented at Society of Toxicology 53rd Annual Meeting and ToxExpo, 2014.

Concentrations of diacetyl and 2,3-pentanedione in mainstream cigarette smoke: A comparison to workplace exposures. (Pierce, J.S., A. Abelmann, L.J. Spicer, R.E. Adams, and B.L. Finley.). Presented at Society of Toxicology 53rd Annual Meeting and ToxExpo, 2014.

**ToxStrategies**

Evaluation of four alpha-diketones for toll-like receptor-4 (TLR-4) activation in human embryonic kidney cells. (Thuett, K.A., B.D. Kerger, B.L. Finley, and D.J. Paustenbach.). Presented at Society of Toxicology 53rd Annual Meeting and ToxExpo, 2014.

Residential and occupational exposure to wood treating operations and bladder cancer: A meta-analysis. (Glynn, M.E., J.S. Pierce, B.H. Williams, L.E. Johns, R. Adhikari and B.L. Finley.). Poster presentation at the 2013 Society for Risk Analysis Annual Meeting, 2013.

Residential and occupational exposure to wood treating operations and risk of non-Hodgkin lymphoma: A meta-analysis. (Williams, B.H., J.S. Pierce, M.E. Glynn, L.E. Johns, R. Adhikari and B.L. Finley.). Poster presentation at the 2013 Society for Risk Analysis Annual Meeting, 2013.

Establishing blood biological screening indices for cobalt exposure. (Monnot, A., A.L. Perez and B.L. Finley.). Invited platform presentation: Society of Environmental Toxicology and Chemistry, 34th Annual Meeting, 2013.

Residential and occupational exposure to wood treating operations as risk factors for bladder cancer. (Johns, L. E., J. S. Pierce, A. Abelmann, and B. L. Finley.). Society for Epidemiologic Research 46th Annual Meeting, 2013.

A comparison of reported peak concentrations of diacetyl in the workplace and estimated diacetyl concentrations in mainstream cigarette smoke. (Pierce J.S, A. Abelmann, L.J. Spicer, L.E. Johns, L.J. Roberts, H.A. Fritz, M.E. Glynn, and B.L. Finley. ). Session: Indoor Environmental Quality. Poster presentation at The American Industrial Hygiene Conference & Exposition (AIHce), 2013.

A comparison of workday-duration occupational exposures to diacetyl to estimated exposures associated with cigarette smoking. (Spicer, L.J., J.S. Pierce, M.E. Glynn, A. Abelmann, L.J. Roberts, L.E. Johns, H.A. Fritz, and B.L. Finley.). Session: IH General Practice. Poster presentation at The American Industrial Hygiene Conference & Exposition (AIHce), 2013.

Evolution of warnings and labels on encapsulated asbestos-containing products (1930–1990) (Vishnevskaya, L., K.A. Thuett, W.D. Cyrs, P.S. Chapman, D.J. Paustenbach, and B.L. Finley.). Session: Legal, Regulatory, Guidelines, Standards. Poster presentation at The American Industrial Hygiene Conference & Exposition (AIHce), 2013.

Cobalt whole blood concentrations in healthy adult volunteers following two-weeks of ingesting a cobalt supplement. (Finley, B.L., B.E. Tvermoes, K.M. Unice, J.M. Otani, D.J. Paustenbach and D.A. Galbraith.). Presented at the Society of Toxicology's (SOT) 52nd Annual Meeting, 2013.

Method: Measuring protein-bound and free cobalt(II) in human serum - size exclusion liquid chromatography with ICP-MS. (Kerger, B.D., R. Gerads, B.L. Finley and D.J. Paustenbach.). Presented at the Society of Toxicology's (SOT) 52nd Annual Meeting, 2013.

Dose-response relationships for blood cobalt concentrations and associated health effects. (Monnot, A.D., S.H. Gaffney, D.J. Paustenbach, and B.L. Finley.). Presented at the Society of Toxicology's (SOT) 52nd Annual Meeting, 2013.

Cobalt blood concentrations and health effects in adult volunteers during a 90 day cobalt supplement ingestion study. (Paustenbach, D.J., B.E. Tvermoes, J.M. Otani, K.M. Unice, B.L. Finley, and D.A. Galbraith.). Presented at the Society of Toxicology's (SOT) 52nd Annual Meeting, 2013.

Speciation of chromium released from metal-on-metal hip implants. (Thuett, K.A., B.L. Finley, P.K. Scott and D.J. Paustenbach.). Presented at the Society of Toxicology's (SOT) 52nd Annual Meeting, 2013.

Effects of cobalt dietary supplementation on cobalt body burden, steady-state levels and selected biochemical parameters. (Tvermoes, B.E., B.L. Finley, J.M. Otani, K.M. Unice, D.J. Paustenbach and D.A. Galbraith.). Presented at the Society of Toxicology's (SOT) 52nd Annual Meeting, 2013.

**Tox**Strategies

*Innovative Solutions*
*Sound Science*

Diacetyl exposure from cigarette smoke: Implications for assessing diacetyl exposure-response in popcorn and flavor manufacturing workers. (Finley, B.L., J.S. Pierce, A. Abelmann, L.J. Spicer, R.E. Adams.). Presented at the 2012 Society for Risk Analysis (SRA) Annual Meeting, 2012.

Derivation of a chronic oral reference dose for cobalt. (Monnot, A.D., Gaffney, S.H., Paustenbach, D.J., and Finley, B.L.). Presented at the 2012 Society for Risk Analysis (SRA) Annual Meeting, 2012.

Weight of evidence evaluation of diacetyl dose response relationship in popcorn and flavoring worker studies. (Roberts, L.J., J.S. Pierce, L.E. Johns, L. Lievense, and B.L. Finley.). Presented at the 2012 Society for Risk Analysis (SRA) Annual Meeting, 2012.

Investigation of cobalt steady-state levels in five healthy adult volunteers taking 14-days of a cobalt supplement. (Tvermoes, B.E., J. Otani, K. Unice, B. Finley, D.J. Paustenbach, D. Galbraith.). Presented at the 2012 Society for Risk Analysis (SRA) Annual Meeting, 2012.

Exposure to diacetyl vapors associated with secondhand cigarette smoke. (Abelmann A., J.S. Pierce, L.J. Spicer, R.E. Adams, and B.L. Finley.). Presented at the 2012 Annual Meeting of The International Society of Exposure Science (ISES), 2012.

Diacetyl exposure from active cigarette smoking: implications for characterizing health risks in popcorn and flavor manufacturing workers. (Pierce, J.S., A. Abelmann, L.J. Spicer, R.E. Adams, and B.L. Finley.). Presented at the 2012 Annual Meeting of The International Society of Exposure Science (ISES), 2012.

Assessment of the exposure-response relationship between diacetyl and respiratory health outcomes among popcorn and flavor manufacturing workers. (Johns, L.E., J.S. Pierce, L.J. Roberts, L.J. Lievense and B.L. Finley.). Presented at the 45th Society for Epidemiologica Research (SER) Annual Meeting, 2012.

Characterization of airborne diacetyl concentrations associated with consuming different types of wine. (Pierce, J.S., L.J. Spicer, A. Abelmann, R.E. Adams, L. Roberts, L. Johns, L., D.M. Hollins and B.L. Finley.). Presented at the Institute of Food Technologists (IFT) 2012 Annual Meeting & Food Expo, 2012.

Characterization of formaldehyde exposure resulting from the use of four professional hair straightening products. (Pierce, J.S., A. Abelmann, L.J. Spicer, R.E. Adams, B.L. Finley and S.H. Gaffney.). Presented at 2012 American Industrial Hygiene Conference & Expo (AIHce), 2012.

Analysis of time weighted average concentrations of formaldehyde during keratin hair smoothing treatments. (Spicer, L.J., J.S. Pierce, A. Abelmann, R.E. Adams, B.L. Finley and S.H. Gaffney.). Presented at 2012 American Industrial Hygiene Conference & Expo (AIHce), 2012.

Effects of subacute inhalation exposure to tire and road wear particles in rats. (Kreider, M.L., J.M. Panko and B.L. Finley.). Presented at the 2012 Health Effects Institute (HEI) Annual Conference, 2012.

Derivation of LOAEL and NOAEL for tremolite asbestos. (Adams R., B.L. Finley, J.S. Pierce, A.D. Phelka, D.J. Paustenbach, K. Thuett and C. Barlow.). Presented at Society of Toxicology's (SOT) 51st Annual Meeting, 2012.

Human PBPK modeling of benzene inhalation based Chinese worker urinary metabolite data: comparison of human and mouse metabolism. (Knutsen J.S., B.D. Kerger, B.L. Finley and D.J. Paustenbach.). Presented at Society of Toxicology's (SOT) 51st Annual Meeting, 2012.

Tremolite asbestos exposures associated with the use of commercial products. (Phelka A., B.L. Finley, J. Pierce, R. Adams, D.J. Paustenbach, K. Thuett and C. Barlow.). Presented at Society of Toxicology's (SOT) 51st Annual Meeting, 2012.

Evaluation of pentachlorophenol and PCDD/Fs exposure as risk factors for multiple myeloma. (Finley, B.L., S. Gaffney, A. Abelmann, and J.S. Pierce.). International Symposium on Halogenated Persistent Organic Pollutants – Dioxin 2011, 2011.

**ToxStrategies**

*Innovative Solutions*
**Sound Science**

Occupational exposure to artificial butter flavorings: A state-of-the-art analysis. (Hollins, D., D. Galbraith, B. Finley, and J. Pierce.). Presentation at American Industrial Hygiene Conference and Expo (AIHce), 2011.

Effects of intratracheal instillation of tire and road wear particles (TRWP) and tread particles (TP) on inflammation and cytotoxicity in rat lung: A comparative toxicity study. (Kreider, M., J. Panko, J. McDonald, B. McAtee, B.L. Finley and J. Seagrave.). Presented at the Society of Toxicology (SOT) Annual Meeting, 2011.

Pleural mesothelioma in U.S. auto mechanics: Expected vs. reported cases from 1975-2007. (Finley, B.L., L.L.F. Scott and D.A. Galbraith.). Presented at the 2010 Society for Risk Analysis Conference, 2010.

Potential health hazards associated with exposures to asbestos-containing drywall accessory products: A state-of-the-science assessment. (Phelka, A.D. and B.L. Finley.). Presented at the 2010 Society for Risk Analysis Conference, 2010.

Occupational exposure to diacetyl and potential health effects: A weight of evidence analysis. (Hollins, D.M., D.A. Galbraith and B.L. Finley.). Poster presentation at the 2010 Society for Risk Analysis Conference, 2010.

Atrazine in drinking water: Comparison of measured and estimated peak concentration vs. acute health benchmarks. (Shay, E., K. Thuett and B.L. Finley.). Poster presentation at the 2010 Society for Risk Analysis Conference, 2010.

Identification of toxic constituents in tire and road wear particle extracts. (Marwood C., B.L. McAtee, M.L. Kreider, R. Ogle, B.L. Finley and J.M. Panko.). Poster presentation at the 2010 Society of Environmental Toxicology and Chemistry (SETAC) Conference, 2010.

Chronic toxicity of tire/road wear particles in sediment to aquatic organisms. (Marwood C, B.L. McAtee, M.L. Kreider, B.L. Finley, J.M. Panko.). Poster presentation at the 2010 Society of Environmental Toxicology and Chemistry (SETAC) Conference, 2010.

Measurements of PCDD and PCDF concentrations in wild-caught and farm-raised shrimp from the U.S. retail market. (Fillos, D.J., W.J. Luksemburg, M. Anderle de Sylor, L.L.F. Scott and B.L. Finley.). Poster presentation at the 30th International Symposium on Halogenated Persistent Organic Pollutants, 2010.

TEQ calculations and daily intake estimates associated with PCBs in shrimp from the U.S. retail market. (Fillos, D.J., W.J. Luksemburg and B.L. Finley.). Poster presentation at the 30th International Symposium on Halogenated Persistent Organic Pollutants, 2010.

Principal components analysis (PCA) of PCB concentrations in shrimp from the U.S. retail market (Scott, P.K. Fillos, D., W.J. Luksemburg and B.L. Finley. ). Poster presentation at the 30th International Symposium on Halogenated Persistent Organic Pollutants, 2010.

Mesothelioma in U.S. automotive mechanics: Reported vs expected number of cases in 1975-2007. (Scott, L.F., D.A. Galbraith and B.L. Finley.). Poster presentation at the Society of Toxicology's Annual Meeting, 2010.

Human health risks associated with fish and shellfish consumption in an industrial leasehold in a southern California bay. (Donovan, B., E.P. Donovan, S.H. Gaffney, P. Scott and B.L. Finley.). Poster presentation at the Society of Toxicology's Annual Meeting, 2010.

Biological leaching of metals from respirable tire wear particles. (McAtee, B.L., Kreider, M.L., Panko, J.M., Sweet, L.I., Finley, B.L.). Presentation at 46th Congress of the European Societies of Toxicology, 2009.

Physio-chemical analysis of airborne tire wear particles. (Panko, J.M., McAtee, B.L., Kreider, M.L., Gustafsson, M., Blomqvist, G., Gudmundsson, A., Sweet, L.I., Finley, B.L.). Presentation at 46th Congress of the European Societies of Toxicology, 2009.

The use of risk assessment principles in welding rod litigation. (Finley, B.L.). Presenter at Global Welding Practices: Manganese Exposure Assessment, Control, and Litigation (RT 241) at American Industrial Hygiene Conference and Expo (AIHce), 2009.

Using blood measurements to assess exposure to dioxin/furans: Potential influence of elevated detection limits. (Scott, L.F., J. Keenan, B.L. Finley and S.H Gaffney.). Presented at the Society of Toxicology's Annual Meeting, 2009.

Evaluation of fluoropolymer toxicity from outbreak reports and animal studies. (Williams, C., E.C. Shay, K.M. Unice, P.K. Scott and B.L. Finley.). Poster presentation at The Society of Toxicology's Annual Meeting, 2009.

Human health risks associated with fish and shellfish consumption in an industrialized leasehold in a southern California bay. (Donovan, E.P., B.L. Donovan, S.H. Gaffney, P.K. Scott and B.L. Finley.). Presented at the International Society for Environmental Epidemiology & International Exposure Analysis (ISEE/ISEA) Joint Annual Conference, 2008.

Poster presentation at the 28th International Symposium on Halogenated Persistent Organic Pollutants (POPs) – Dioxin Conference. Poster presentation at the 28th International Symposium on Halogenated Persistent Organic Pollutants (POPs) – Dioxin Conference, 2008.

Site-specific dermal risk assessment for industrial workers. (Finley, B.L). Poster presentation at the 28th International Symposium on Halogenated Persistent Organic Pollutants (POPs) – Dioxin Conference, 2008.

A study of airborne chrysotile concentrations associated with handling, unpacking and repacking boxes of automobile clutch discs (circa 1950-1980). (Finley, B.L., A.K. Madl, D.M. Murbach, K.A. Fehling, D.J. Paustenbach and G.C. Jiang.). Presented at Society of Toxicology's 47th Annual Meeting, 2008.

Development of weighted distributions of REPs for dioxin-like compounds: implications for risk assessment. (Haws, L.C., M.J. DeVito, J.N. Walker, L.S. Birnbaum, K.M. Unice, P. Scott, M.A. Harris, J.A. Tachovsky, W.H. Farland, B.L. Finley and D.F. Staskal.). Presented at the Society of Toxicology's 47th Annual Meeting, 2008.

Development of Weighted Distributions of REPs for Dioxin-Like Compounds: Implications for Risk Assessment. (Haws, L.C., M.J. DeVito, J.N. Walker, L.S. Birnbaum, K.M. Unice, P. Scott, M.A. Harris, J.A. Tachovsky, W.H. Farland, B. Finley, and D.F. Staskal.). Poster presentation at the Society of Toxicology's Annual Meeting, 2008.

Detailed asbestos fiber size and morphology analyses of automobile clutch discs, brake pads and brake shoes. (Jiang, G.C., A.K. Madl, D.J. Paustenbach and B.L. Finley.). Presented at Society of Toxicology's 47th Annual Meeting, 2008.

The importance of asbestos fiber length as a predictor of potency for asbestos-related disease. (Phelka, A.D., J.A. Clarke, D.J. Paustenbach and B.L. Finley.). Presented at Society of Toxicology's 47th Annual Meeting, 2008.

Evaluation of dioxin-like compounds in workers from a primary magnesium production facility relative to levels observed in the general US population. (Scott, L., L. Haws, D.F. Staskal, M. Harris and B.L. Finley.). Presented at Society of Toxicology's 47th Annual Meeting, 2008.

Human health risks associated with exposure to pathogens in waters and sediments of the lower Passaic River. (Staskal, D.E., E.P. Donovan, K.M. Unice, L.C. Haws, J. Roberts, B.L. Finley and M. Harris.). Presented at Society of Toxicology's 47th Annual Meeting, 2008.

Exposure to chrysotile asbestos associated with handling, unpacking, and repacking boxes of automobile clutch discs. (Jiang G.C-T., A.K. Madl, D.M. Murbach, K.A. Fehling, B.L. Finley.). 17th Annual Conference of the International Society for Exposure Analysis, 2007.

Relative oral bioavailability of polychlorinated dibenzo-p-dioxins / dibenzofurans in soil. (Finley, B.L., E.J. Morinello and K.A. Fehling.). Presented at Dioxin 2007, 2007.



Dioxin-like compounds in workers at a primary magnesium production facility. (Haws, L.C., L.L.F. Scott, D.F. Staskal, M.A. Harris and B.L. Finley.). Presented at Dioxin 2008, 2007.

Characterization of risks to welders due to exposures to asbestos in welding rod flux. (Finley, B.L. and J. Pierce). Presented at Society of Toxicology's 46th Annual Meeting, 2007.

Development of weighted distributions of reps for dioxin-like compounds (DLCs). (Haws, L., N. Walker, M. DeVito, L. Birnbaum, K. Unice, P. Scott, M. Harris, W. Farland, B.L. Finley and D. Staskal.). Presented at Society of Toxicology's 46th Annual Meeting, 2007.

Absolute oral bioavailability of polychlorinated dibenzo-p-dioxins/dibenzofurans in soil. (Morinello, E.J., J.M. Warmerdam and B.L. Finley.). Presented at Society of Toxicology's 46th Annual Meeting, 2007.

Assessment of health effects resulting from possible emissions from a pesticide formulation facility. (Moy, P., J. Pierce and B.L. Finley.). Presented at Society of Toxicology's 46th Annual Meeting, 2007.

Estimating health risks in workers aboard crude oil tankers due to exposure to n-hexane, toluene and benzene. (Pierce, J., J. Warmerdam and B.L. Finley.). Presented at Society of Toxicology's 46th Annual Meeting, 2007.

A comprehensive review of occupational exposure to diacetyl in microwave popcorn facilities. (Roberts, J., D.A. Galbraith and B.L. Finley.). Presented at Society of Toxicology's 46th Annual Meeting, 2007.

Human health risk associated with exposure to pathogen-contaminated sediments. (Staskal, D., E. Donovan, J. Roberts, K. Unice, B.L. Finley and M. Harris.). Presented at Society of Toxicology's 46th Annual Meeting, 2007.

Relative oral bioavailability of polychlorinated dibenzo-p-dioxins/dibenzofurans in soil. (Warmerdam, J.M., E.J. Morinello and B.L. Finley.). Presented at Society of Toxicology's 46th Annual Meeting, 2007.

Factors affecting bioaccessibility and bioavailability of hexavalent chromium and dioxin contaminants in soil, and their relevance to risk assessment. (Paustenbach, D.J., J.R. Kuykendall, B.L. Finley, J.M. Warmerdam, and P.P. Moy.). International Conference on Environmental Epidemiology and Exposure, 2006.

An alternative method for establishing TEFs for dioxin-like compounds. Part 2. Development of an approach to quantitatively weight the underlying potency data. (Haws, L.C., M.J. DeVito, L.S. Birnbaum, N.J. Walker, P.K. Scott, P.K., K.M. Unice, M.A. Harris, W.H. Farland, B.L. Finley, and D.F. Staskal.). 26th International Symposium on Halogenated Persistent Organic Pollutants-Dioxin, 2006.

An alternative method for establishing TEFs for dioxin-like compounds. Part 1. Evaluation of decision analysis methods for use in weighting relative potency data. (Scott, P.K., L.C. Haws, D.F. Staskal, L.S. Birnbaum, N.J. Walker, M.J. DeVito, M.A. Harris, W.H. Farland, B.L. Finley, and K.M. Unice.). 26th International Symposium on Halogenated Persistent Organic Pollutants-Dioxin, 2006.

Part 3. An alternative method for establishing TEFs for dioxin-like compounds. Development of weighted distributions of REPs for PCB126 and 2,3,4,7,8-PeCDF. (Staskal, D.F., K. Unice, N.J. Walker, M.J. DeVito, L.S. Birnbaum, P.K. Scott, M.A. Harris, W.H. Farland, B.L. Finley, and L.C. Haws.). International Symposium on Halogenated Persistent Organic Pollutants and POPs-Dioxin, 2006.

Assessment of L.A. sewage spills on Santa Monica Bay beaches. (Hong, S., D. Proctor and B.L. Finley.). Presented at Society of Toxicology's 45th Annual Meeting, 2006.

DNA-Protein crosslinks as a potential biomonitor of hexavalent chromium exposure in rainbow trout. (Mellinger, K.N., J.R. Kuykendall, K.L. Miller, A.V. Cain, B.L. Finley and D.J. Paustenbach.). Presented at Society of Toxicology's 45th Annual Meeting, 2006.

Persistence of DNA-Protein crosslinks in erythrocytes of channel catfish after acute hexavalent chromium exposure. (> Perry, M.W., J.R. Kuykendall, K.L. Miller, K.N. Mellinger, A.V. Cain, B.L. Finley and D.J. Paustenbach.). Presented at Society of Toxicology's 45th Annual Meeting, 2006.

**ToxStrategies**                                                                                    *Innovative Solutions*
                                                                                                            *Sound Science*

Characterization of chrysotile asbestos exposures for garage mechanics. (Pierce, J.S. and B.L. Finley.). Presented at Society of Toxicology's 45th Annual Meeting, 2006.

Development of a relative estimate of potency distribution for 2,3,7,8-TCDF: A proposed approach. (Scott, P., M.A. Harris, B.L. Finley, L. Ferriby, and R. Budinsky.). 25th International Symposium on Halogenated Environmental Organic Pollutants and POPs-Dioxin, 2005.

Evaluation of proposed threshold doses for chrysotile exposure and respiratory diseases. (Finley, B.L., F. Mowat, R. Richter, G. Brobry, V. Craven and P. Sheehan.). Presented at Society of Toxicology's 44th Annual Meeting, 2005.

The TCDD TEQ in human blood from dietary vs. anthropogenic dioxins: A dietary study. (Harris, M.A. and B.L. Finley.). Presented at Society of Toxicology's 44th Annual Meeting, 2005.

Cumulative occupational asbestos exposures of U.S. brake repair mechanics. (Finley, B.L., R.O. Richter, F.S. Mowat, S. Mlynarek, D.J. Paustenbach, J.L. Warmerdam, and P.J. Sheehan.). Annual Meeting of the Society for Risk Analysis Conference, 2004.

Evaluating asbestos exposures associated with vehicle brake cleaning and machining activities using short-term and TWA measurements. (Paustenbach, D.J., R.O. Richter, B.L. Finley, P. Williams, and P.J. Sheehan.). Annual Meeting of the Society for Risk Analysis, 2004.

Short-term asbestos exposures associated with vehicle brake cleaning and machining activities from 1970 to 1990. (Richter, R.O., B.L. Finley, P.J., D.J. Paustenbach, and P. Williams.). International Society of Exposure Analysis' Annual Conference, 2004.

Estimating the total TEQ in human blood from naturally-occurring vs. anthropogenic dioxins: a dietary study. (Connor, K., M.A. Harris, M.A. Edwards, A. Chu, G. Clark, and B.L. Finley.). 24th International Symposium of Halogenated Environmental Organic Pollutants and POPs-Dioxin, 2004.

A preliminary approach to characterizing variability and uncertainty in the mammalian PCDD/F and PCB TEFs. (Haws, L.C, M.A. Harris, S. Su, N. Walker, L. Birnbaum, M.J. DeVito, W. Farland, K.Connor, A. Santamaria, and B.L. Finley.). International Symposium of Halogenated Environmental Organic Pollutants and POPs-Dioxin, 2004.

Development of a refined database of relative potency estimates to facilitate better characterization of variability and uncertainty in the current mammalian TEFs for PCDDs, PCDFs, and dioxin-like PCBs (Haws, L.C., M.A. Harris, S. Su, L.Birnbaum, M.J. DeVito, W. Farland, N. Walker, K.Connor, A. Santamaria, and B.L. Finley.). International Symposium of Halogenated Environmental Organic Pollutants and POPs-Dioxin, 2004.

Evaluation of epidemiological and animal data associating pesticides with Parkinson's Disease. (Li, A.A., P. Mink, L. McIntosh, J. Teta and B.L. Finley.). Presented at Society of Toxicology's 43rd Annual Meeting, 2004.

Potential neurological effects of manganese exposure during welding: A "State-of-the-Science" review. (Santamaria, A., A. Li, F. Mowat, C. Cushing and B.L. Finley.). Presented at Society of Toxicology's 43rd Annual Meeting, 2004.

Environmental and occupational health hazards associated with the presence of asbestos in brake linings and pads (1900 to present). (Paustenbach, D. J., G. Brorby, and B.L. Finley.). Society For Risk Analysis Annual Meeting, 2003.

A framework for evaluating relative potency data in the developments of toxicity equivalency factors (TEFs). (Connor, K.T. and B.L. Finley.). Presented at Society of Toxicology's 42nd Annual Meeting, 2003.

Estimated children's exposure to decabromodiphenyl oxide in the U.S. (Cushing, C.A., K.C. Holicky, D.W. Pyatt, D. Staskal, B.L. Finley, D.J. Paustenbach and S.M. Hays.). Presented at Society of Toxicology's 42nd Annual Meeting, 2003.

Quantitating dose and risk: A case involving chromium in groundwater. Workshop on Recent Improvements in the Practice of Risk Assessment as Illustrated through Case Studies. (Paustenbach, D.J., B.L. Finley, and A.K. Madl.). 18th Annual International Conference on Contaminated Soils, Sediments, and Water, 2002.

Contaminated sediments and bioaccumulation criteria: procedures for evaluating dredging and open ocean disposal permits in the New York/New Jersey harbor. (Finley, B.L. and S.H. Su.). Presented at Proceedings of International Conference on Remediation of Contaminated Sediments, 2002.

Contributions of individual truck operations to ambient diesel particulate matter (DPM) concentrations: Implications for Risk Assessment and Management. (Madl, A.K., B.L. Finley, J. Warmerdam, R. Richter and D.J. Paustenbach.). Presented at Society of Toxicology's 40th Annual Meeting, 2001.

Is hexavalent chromium carcinogenic via the oral route of exposure an evaluation of the state of the science and implications for drinking water pregulations? (Proctor, D.M., B.L. Finley and D.J. Paustenbach.). Presented at Society of Toxicology's 40th Annual Meeting, 2001.

Natural rubber latex allergy: A critical review. (Finley, B.L., D.J. Cher and S.M. Hays.). Presented at Society of Toxicology's 39th Annual Meeting, 2000.

The presence of the Ah-receptor agonists in the diet: Implications for risk assessment and risk management. (Finley, B.L., K. Fehling, J. Green and S.M. Hays.). Presented at the International Dioxin Meeting 2000, 2000.

Weighted PCDD/F and PCB REP distributions and their use in probabilistic risk assessment. (Finley, B.L., K. Conner, J. Otani and P.K. Scott.). Presented at the International Dioxin Meeting 2000.

An estrogen equivalents comparison of daily doses of bisphenol a from polycarbonate baby bottles vs. naturally-occurring compounds. (Bernhardt, T., B.L. Finley, M. Goodman and K. Connor.). Presented at Society of Toxicology's 39th Annual Meeting, 2000.

A probabilistic human health risk assessment for the intake of polychlorinated biphenyls (PCBS) in ANGLERS OF THe Lower Fox River, Wisconsin (Connor, K., V. Craven, N. Wilson, T. Iannuzzi, D. Ludwig and B.L. Finley.). Presented at Society of Toxicology's 39th Annual Meeting, 2000.

A study of latex allergy using the national health and nutrition examination survey. (Exuzides, A. and B.L. Finley.). Presented at Society of Toxicology's 39th Annual Meeting, 2000.

Assessing the potential for elicitation of allergic contact dermatitis in Cr(VI)-sensitized subjects following prolonged contact with Cr(VI) in solution. (Proctor, D.M., J.R. Nethercott, M.M. Fredrick, B.L. Finley and D.J. Paustenbach.). Presented at Society of Toxicology's 36th Annual Meeting, 1997.

The chromium (VI) reductive capacity of household beverages: implications for risk assessment. (Chute, S.M., S.K. Overman, B.D. Kerger, B.L. Finley and D.J. Paustenbach.). Presented at Society of Toxicology's 35th Annual Meeting, 1996.

Dermal uptake of hexavalent chromium in human volunteers: Measures of systematic uptake from immersion in water at 22 ppm. (Clark, J.J.J., G.E. Corbett, B.D. Kerger, B.L. Finley and D.J. Paustenbach.). Presented at Society of Toxicology's 35th Annual Meeting, 1996.

Reduction kinetics of hexavalent chromium in human blood. (Corbett, G.C., E. O'Flaherty, B.D. Kerger, B.L. Finley and D.J. Paustenbach.). Presented at Society of Toxicology's 35th Annual Meeting, 1996.

Assessment of airborne hexavalent chromium in the home following use of contaminated tapwater. (Dodge, D.G., J.J.J Clark, B.D. Kerger, R.O. Richter, B.L. Finley and D.J. Paustenbach.). Presented at Society of Toxicology's 35th Annual Meeting, 1996.

ToxStrategies

*Innovative Solutions*
**Sound Science**

Pharmacokinetics of drinking water exposure to selected chromium (III and VI) ompounds in human volunteers. (Finley, B.L., B.D. Kerger, G.C. Corbett and D.J. Paustenbach.). Presented at Society of Toxicology's 35th Annual Meeting, 1996.

A physiologically-based pharmacokinetic model for ingestion of chromium (III and VI) in drinking water: Validation with human studies. (Kerger, B.D., B.L. Finley, D.J. Paustenbach and E. O'Flaherty.). Presented at Society of Toxicology's 35th Annual Meeting, 1996.

Testing for DNA-protein crosslinking after drinking water exposure to chromium (III and VI) in human volunteers. (Kuykendall, J.R., S.K. Overman, B.D. Kerger, B.L. Finley and D.J. Paustenbach.). Presented at Society of Toxicology's 35th Annual Meeting, 1996.

An analysis of interindividual variability in uptake and elimination of chromium from human volunteers. (Paustenbach, D.J., S.M. Hays, B.D. Kerger and B.L. Finley.). Presented at Society of Toxicology's 35th Annual Meeting, 1996.

Urinary chromium concentrations in humans following ingestion of safe doses of hexavalent and trivalent chromium: implications for biomonitoring. The Toxicologist 15:1036. (Finley, B.L., R.L. Norton and M.L. Gargas.). Presented at the 34th Annual Meeting of the Society of Toxicology, 1995.

Cost-benefit analysis of California policy on cancer risk: A case study on chromium (VI). (Kerger, B.D., B.L. Finley and D.J. Paustenbach.). Presented at Society of Toxicology's 34th Annual Meeting, 1995.

Biomonitoring of chromium (Cr) exposure by urinary excretion: bioavailability and sampling design. The Toxicologist 14:383. (Gargas, M.L., B.L. Finley, R.L. Norton, D.M. Proctor and D. J. Paustenbach.). Presented at the 1994 Society of Toxicology Meeting, 1994.

Refinements in the exposure assessment process. (Gargas, M.L., P.K. Scott, B.L. Finley and R.H. Reitz.). Presented at the Conference on Temporal Aspects in Risk Assessment for Non-Cancer Endpoints, 1994.

Estimation of chromium inhalation RfC by the benchmark dose method. (Malsch, P.A., D.M. Proctor and B.L. Finley.). Presented at the Society of Toxicology 33rd Annual Meeting, 1994.

An alternative to the USEPA's proposed inhalation reference concentrations for hexavalent chromium. (Finley, B.L., D.M. Proctor and D.J. Paustenbach.). Presented at 32nd Annual Meeting of the Society of Toxicology, 1993.

Approaches to assessing human exposure to soil contaminants at wood preserving facilities. The Toxicologist 13:1045. (Gargas, M.L., M.A. Bono, P.K. Scott, B.L. Finley and D.J. Paustenbach.). Presented at the 32nd Annual Meeting of the Society of Toxicology, 1993.

A methodology for setting soil cleanup goals based on protection of allergic contact dermatitis. (Proctor, D.M. and B.L. Finley.). Presented at the Society for Risk Analysis Annual Meeting, 1993.

Recent changes in regulatory toxicity rankings for wood-treating chemicals and their impact on risk assessment and remediation at wood-treating sites. (Finley, B.L., M. Harris and D.J. Paustenbach.). Presented at the American Wood Preservers Institute, 1991.

Evaluation of potential sources of 1,2,8,9-TCDD in aquatic biota from Newark Bay. (Harris, M.A., B.L. Finley, R.J. Wenning and D.J. Paustenbach.). Presented at Society of Toxicology's 30th Annual Meeting, 1991.

PCDD and PCDF fingerprint patterns in surficial sediments from the lower Passaic River and Newark Bay using multivariate statistics. (Wenning, R.J., M.A. Harris, M.J. Ungs, B.L. Finley and D.J. Paustenbach.). Presented at 12th Annual Meeting of Society of Environmental Toxicology and Chemistry, 1991.

PCDDs and PCDFs in surficial sediments from the lower Passaic River and Newark Bay. pp. 409-414. In: Proc. (Finley, B.L., R.J. Wenning, M.J. Ungs, S. Huntley and D.J. Paustenbach.). Presented at 10th International Symposium on Chlorinated Dioxin and Related Compounds, 1990.

**Tox**Strategies

*Innovative Solutions*
*Sound Science*

Evaluation of potential sources of 1,2,8,9-TCDD in aquatic biota from Newark Bay. (Finley, B.L., J. Jernigan, R.J. Wenning and D.J. Paustenbach.). Presented at 11th Annual Meeting of the Society of Environmental Toxicology and Chemistry, 1990.

Introduction of microsomal cholesterol epoxide hydrolase by Clofibrate. (Finley, B.L. and B.D. Hammock.). Presented at Society of Toxicology's 26th Annual Meeting, 1987.

Isolation and partial characterization of ethanol-induced UDP-gluconyltransferase from rabbit hepatic mircosomes. (Finley, B.L. and G.S. Yost.). Presented at Society of Toxicology's 25th Annual Meeting, 1986.

Characterization and isolation of ethanol-induced UDP-Glucuronyltransferase. This research addressed the issue of stereo-selective metabolism of chiral drugs such as oxazepam. (Finley, B.L.). PhD Research Thesis, Washington State University, 1986.

Stereoselective glucuronidation in rabbit hepatic microsomes. (Finley, B.L. and G.S. Yost.). Presented at Society of Toxicology's 24th Annual Meeting, 1985.

Derivation of a proposed asbestiform tremolite NOAEL for lung cancer (A.M. Ierardi, J.T. Lotter, N. Jacobs, B.L. Finley, and J.S. Pierce). Virtual Poster Presentation at the 2021 Society of Toxicology (SOT) Annual Meeting, 2021.