# Exhibit 3A-1

# EXHIBIT 3A-1
# PLAINTIFFS' LIVE FACT WITNESSES
# AND SUMMARY OF THEIR TESTIMONY

1. <u>Bradley Campbell</u>

   Mr. Campbell is the former Commissioner of the Department (January 2002-January 2006). He is anticipated to testify regarding the negotiations, terms, and requirements of the 2005 Compensatory Restoration Administrative Consent Order ("CRACO") between the Department and EIDP, which was negotiated and executed during Commissioner Campbell's tenure, and the representations made by EIDP related thereto.

2. <u>Matthew Coefer</u>

   Mr. Coefer is the Chief Records Custodian for the Department. He is anticipated to testify as the custodian of records for the Department.

3. <u>John Sacco</u>

   Mr. Sacco is the former Administrator of ONRR within the Department. He is anticipated to testify regarding the negotiations, terms, and requirements of the CRACO between the Department and EIDP, and the representations made by EIDP related thereto; and EIDP's, and subsequently Chemours's, failure to perform the obligations imposed on them by the CRACO.

4. <u>Bernard Reilly</u>

   Mr. Reilly was in-house counsel at EIDP and subsequently at Chemours. Mr. Reilly was EIDP's primary negotiator of the CRACO. Mr. Reilly may be called as a hostile witness pursuant to Fed. R. Evid. 611(c)(2). He is anticipated to testify regarding the CRACO negotiations, the parties' intent concerning terms of the CRACO, and EIDP's and Chemours' failure to perform their obligations under the CRACO.

5. <u>Edward S. Seger</u>

Mr. Seger is a former employee of DuPont Environmental Remediation Services who held the role of Project Manager for the Pompton Lakes site from 1991 through at least 1994. Mr. Seger may be called as a hostile witness pursuant to Fed. R. Evid. 611(c)(2). Mr. Seger is anticipated to testify regarding the contaminated nature of the Pompton Lakes Parcels referenced in Appendix B of the CRACO.

**DEFENDANTS' OBJECTIONS TO PLAINTIFFS' FACT WITNESSES**

1. <u>Brad Campbell</u>

    No objection

2. <u>Matthew Coeffer</u>

    No objection

3. <u>John Sacco</u>

    Defendants object to Plaintiffs Calling Mr. Sacco live if Defendants are unable to do so in their case for reasons the Parties have discussed. Defendants do not otherwise object.

4. <u>Bernard Reilly</u>

    Defendants object to any testimony unrelated to the negotiations of the CRACO, the parties' intent concerning terms of the CRACO, and EIDP's and Chemours' alleged failure to perform their obligations under the CRACO as irrelevant.

5. <u>Edward Seger</u>

    Defendants object to Mr. Seger's anticipated testimony as irrelevant.