# Exhibit 4A-8

| Deposition | Date | Case |
|---|---|---|
| Hartten, Andrew 30(b)(6) | 12/5/2024 | *NJDEP, et al. v E.I. DuPont de Nemours and Company, et al., Case no. 1:19-cv-14766* |
| Masse, Ann Vol. I | 10/27/2008 | *Rowe, et al. v. E.I. duPont de Nemours & Company, Civil Action No. 06-1801-RMB-AMD* |
| Masse, Ann Vol. II | 10/28/2008 | *Rowe, et al. v. E.I. duPont de Nemours & Company, Civil Action No. 06-1801-RMB-AMD* |
| Northey, Scott 30(b)(6) | 12/11/2024 | *NJDEP, et al. v E.I. DuPont de Nemours and Company, et al., Case no. 1:19-cv-14766* |
| Reilly, Bernard | 7/2/2015 | *In re E. I. du Pont de Nemours & Co. Personal Injury Litig., Case No. 2:13-md-2433 (S.D. Ohio)* |
| Reilly, Bernard | 5/12/2021 | *Nix, et al. v. E.I. DuPont de Nemours and Company, et al., No. 7:17-cv-189-D (E.D.N.C.)* |
| Reilly, Bernard | 12/17/2024 | *NJDEP, et al. v E.I. DuPont de Nemours and Company, et al., Case no. 1:19-cv-14766* |
| Sacco, John Vol. I | 1/15/2025 | *NJDEP, et al. v E.I. DuPont de Nemours and Company, et al., Case no. 1:19-cv-14766* |
| Sacco, John Vol. II | 1/16/2025 | *NJDEP, et al. v E.I. DuPont de Nemours and Company, et al., Case no. 1:19-cv-14766* |
| Seger, Edward Vol. I | 3/10/1994 | *E.I. du Pont de Nemours and Company v. Admiral Insurance Company, et al.* |
| Seger, Edward Vol. II | 3/11/1994 | *E.I. du Pont de Nemours and Company v. Admiral Insurance Company, et al.* |
| Stahl, Ralph 30(b)(6) | 1/13/2025 | *NJDEP, et al. v E.I. DuPont de Nemours and Company, et al., Case no. 1:19-cv-14766* |
| Stilley, Thomas 30(b)(6) | 2/11/2025 | *NJDEP, et al. v E.I. DuPont de Nemours and Company, et al., Case no. 1:19-cv-14766* |
| Sullivan, Matthew 30(b)(6) | 1/20/2025 | *NJDEP, et al. v E.I. DuPont de Nemours and Company, et al., Case no. 1:19-cv-14766* |
| Woods, Leander Vol. I | 9/16/1996 | *Armona, et al. v. E.I. duPont de Nemours & Company, No. L-5116-93* |
| Woods, Leander Vol. II | 10/4/1996 | *Armona, et al. v. E.I. duPont de Nemours & Company, No. L-5116-93* |