# Exhibit 4A-9

**EXHIBIT 4A-9**

**POTENTIAL DESIGNATION TRANSCRIPTS FOR DEFENDANTS EIDP, INC. F/K/A E.I. DU PONT DE NEMOURS & CO. (EIDP) AND THE CHEMOURS CO.**

EIDP and The Chemours Company may designate from the following transcripts during this "mini" trial:

- John Sacco 30(b)(6) (January 15, 2025)
- John Sacco Vol 1 (January 15, 2025)
- John Sacco Vol. 2 (January 16, 2025)