# Exhibit 6A-2

| PTX # | BEGBATES | ENDBATES | DATE | DOCUMENT DESCRIPTION |
|---|---|---|---|---|
| | | | | **PTX03308 to PTX03999 Intentionally Left Blank** |
| PTX04000 | CWNRD-CC-0008451 | CWNRD-CC-0008461 | 3/28/2016 | G. Jacob to E. Lutz re Salem Conservation Easement w App C easement dupont gw set May 4 2005 |
| PTX04001 | NJDEP-DPNT-CW01023455 | NJDEP-DPNT-CW01023456 | 8/11/2004 | Email re DuPont C-8 Fwd: check out top of page 9 (actually page 12 in adobe) |
| PTX04002 | CWNRD-CC-1970948 | CWNRD-CC-1970948 | 2/18/2004 | Letter re Follow-Up Information from DuPont on PFOA |
| PTX04003 | NJDEP-DPNT-CW00083397 | NJDEP-DPNT-CW00083397 | 3/4/2005 | Email re Approved agenda |
| PTX04004 | NJDEP-DPNT-CW00271880 | NJDEP-DPNT-CW00271883 | undated | 2003 Environmental Assessment at Chambers Works Data well below CATT screening levels |
| PTX04005 | CWNRD-CC-5986495 | CWNRD-CC-5986498 | 3/20/2006 | Letter re DuPont Chambers Works Facility PFOA - Suite Perfluorinated Chemicals at Chambers Works Facility Pennsville Township, Salem County |
| PTX04006 | NJDEP_CW_SiteFiles_00188392 | NJDEP_CW_SiteFiles_00188990 | 11/7/2006 | Letter re DuPont Chambers Works Facility Literature Search of Perfluorinated Chemicals Pennsville Township, Salem County |
| PTX04007 | NJDEP-DPNT-CW01023455 | NJDEP-DPNT-CW01023456 | 8/11/2004 | Email re DuPont C-8 Fwd: check out top of page 9 (actually page 12 in adobe) |
| PTX04008 | | | 1/1/2004 | Restoration Administrative Consent Order |
| PTX04009 | NJDEP-DPNT-CW01023455 | NJDEP-DPNT-CW01023456 | 8/11/2004 | Email re DuPont C-8 Fwd: check out top of page 9 (actually page 12 in adobe) |
| PTX04010 | CWNRD-CC-5858694 | CWNRD-CC-5858695 | 4/28/2004 | Email re GW NRD Term Sheet and attachment: TermSheet4282004.doc |
| PTX04011 | NJDEP-DPNT-CW02384636 | NJDEP-DPNT-CW02384636 | 6/4/2004 | Email re June 5 aco and attachment: draft dupont settlement aco june 5,2004.doc |
| PTX04012 | NJDEP-DPNT-CW02384637 | NJDEP-DPNT-CW02384644 | undated | Restoration Administrative Consent Order |
| PTX04013 | CWNRD-CC-0007927 | CWNRD-CC-0007930 | 5/18/2018 | Email re Chambers Works Site Conservation Easement and attachment: Chambers Works - Conservation Easement - 5-18 to MS.DOCX |
| PTX04014 | CWNRD-CC-5858694 | CWNRD-CC-5858695 | 4/28/2004 | Email from R. Stahl re GW NRD Term Sheet |
| PTX04015 | CWNRD-CC-5858696 | CWNRD-CC-5858699 | 4/28/2004 | Final Draft: 04/28/04 Term Sheet: DuPont - New Jersey Groundwater Natural Resource Damage Settlement Agreement |

| PTX # | BEGBATES | ENDBATES | DATE | DOCUMENT DESCRIPTION |
|---|---|---|---|---|
| PTX04016 | NJDEP-DPNT-CW02384645 | NJDEP-DPNT-CW02384646 | 6/3/2004 | NJDEP / DuPont GW NRD Follow Up |
| PTX04017 | NJDEP-DPNT-CW02384636 | NJDEP-DPNT-CW02384636 | 6/4/2004 | Email from P. Lange re June 5 aco and attachment: draft dupont settlement aco june 5,2004.doc |
| PTX04018 | NJDEP-DPNT-CW02384637 | NJDEP-DPNT-CW02384644 | undated | Restoration Administrative Consent Order |
| PTX04019 | CWNRD-CC-5829349 | CWNRD-CC-5829349 | 7/13/2004 | Email re GW NRD Status Update |
| PTX04020 | CWNRD-CC-6069696 | CWNRD-CC-6069696 | undated | Group PFOA - C8 Communications |
| PTX04021 | NJDEP-DPNT-CW02384647 | NJDEP-DPNT-CW02384654 | 11/19/2004 | Draft Final Settlement - DuPont Markup |
| PTX04022 | | | 11/19/2004 | Red-line CRACO |
| PTX04023 | | | undated | Compensatory Restoration Administrative Consent Order |
| PTX04024 | CWNRD-CC-1983090 | CWNRD-CC-1983100 | 1/11/2007 | Letter from K. McCord re PFOA Guidance |
| PTX04025 | | | 5/9/2023 | Pompton Lake Works Site |
| PTX04026 | PLWNRD-CC-0079607 | PLWNRD-CC-0079609 | 2/22/1993 | Pompton Lakes Works Strategy Team Meeting Agenda |
| PTX04027 | NJDEP-DPNT-CW02519983 | NJDEP-DPNT-CW02519984 | 9/24/2003 | Policy Directive 2003-07 Subject: Natural Resource Damages |
| PTX04028 | | | undated | NJSA 58:10-23.11c Hazardous substances; discharge; prohibition |
| PTX04029 | | | undated | Delaware River Initiative - Key Dates |
| PTX04030 | EID071707 | | 3/12/1982 | DuPont Ltr to EPA re: Haskell Laboratory Reports re C-8 Rat Studies |
| PTX04031 | EID108045 | EID108046 | 3/16/1982 | DuPont Ltr to EPA re: Studied the placental transfer in rats |
| PTX04032 | EID072052 | EID072052 | 4/20/1982 | DuPont Ltr to EPA re: Acut and Subacute Testing of Ammonium Perfluorooctoate (FC-143) |
| PTX04033 | 060-0002-0001507 | 060-0002-0001507 | 2/26/1982 | Internal EPA Memo re: Meeting on Perfluoro Compounds |
| PTX04034 | EID108040 | EID108043 | 9/27/1989 | DuPont Ltr to EPA re: 8EHQ-0381-0394S Ammonium Perfluorooctanoate (Chemical Abstracts Registry No. 3825-26-1) |
| PTX04035 | EID108047 | EID108087 | 10/28/1991 | DuPont ltr to EPA (w/Manuscript) re: 8EHQ-0381-0394S Ammonium Perfluorooctanoate (C8) (Chemical Abstracts Registry No. 3825-26-1) |
| PTX04036 | | | 5/25/2000 | DuPont Haskell Laboratory Ltr to EPA re Summaries of Studies conducted at DuPont Haskell Laboaratory |
| PTX04037 | NJDEP_CW_SiteFiles_00019425 | NJDEP_CW_SiteFiles_00019426 | 10/21/2003 | DuPont Ltr to NJDEP (Faranca) re: Gathering Additional Information with regard to potential sources of exposure to PFOA |

| PTX # | BEGBATES | ENDBATES | DATE | DOCUMENT DESCRIPTION |
|---|---|---|---|---|
| PTX04038 | NJDEP-DPNT-CW01156139 | NJDEP-DPNT-CW01156205 | 9/1/2003 | DuPont Telomer Manufacturing Sites: Environmental Assessment of PFOA Levels in Air and Water |
| PTX04039 | NJ-LEGACY-0000450 | NJ-LEGACY-0000459 | 11/26/2003 | Email from A. Boettler to A. Masse re: C8 Report |
| PTX04040 | NJDEP_CW_SiteFiles_00019326 | NJDEP_CW_SiteFiles_00019338 | 1/29/2004 | DuPont slide deck re: Bacground Discussion on PFOA for the NJDEP |
| PTX04041 | CWNRD-CC-1970948 | CWNRD-CC-1970948 | 2/18/2004 | DuPont Ltr to NJDEP (Faranca) re: Follow-Up Information from DuPont on PFOA |
| PTX04042 | NJDEP-DPNT-CW01023455 | NJDEP-DPNT-CW01023456 | 8/11/2004 | Email Chain from F. Mumford to F. Faaranca re: Dupont C-8 Fwd: Check out top of page 9 (actually page 12 in adobe) |
| PTX04043 | NJDEP-DPNT-CW01073980 | NJDEP-DPNT-CW01073983 | 3/7/2005 | Internal DEP Memo re: Summary of PFOA Health Effects Information |
| PTX04044 | NJDEP-DPNT-CW02160683 | NJDEP-DPNT-CW02160683 | 3/7/2005 | Email from F. Faranca to E. Murphy re PFOA Summary for commissioner and memorandum to you |
| PTX04045 | NJDEP-DPNT-CW00271873 | NJDEP-DPNT-CW00271873 | 3/9/2005 | Email from F. Faranca to A. Pavelka re: PFOA Meeting |
| PTX04046 | NJDEP-DPNT-CW00397699 | NJDEP-DPNT-CW00397713 | 2/17/1989 | NJDEP Ltr to Alfred Pagano, Ph.D. Consulting Associate Environmental DuPont re Executed Originals of 1984 ACO and Amendment to the ACO for CW Facility |
| PTX04047 | NJDEP-DPNT-CW02519150 | NJDEP-DPNT-CW02519150 | 7/1/2002 | Email from Evan VanHook to Ernest Hahn Re: DuPont NRD |
| PTX04048 | NJDEP-DPNT-CW02519776 | NJDEP-DPNT-CW02519777 | 3/1/2005 | Email from S. Telford to B. Campbell re On Paragraph 7 (DuPont GWNRD Final Feb 9 2005 doc) |
| PTX04049 | | | 7/11/2005 | NJDEP New Release - DEP Settles Major Natrual Resource Damage Claim with DuPont Compensation for Groundwater Contamination at Eight Sites Statewide |
| PTX04050 | NJDEP_CW_SiteFiles_00069874 | NJDEP_CW_SiteFiles_00069957 | | New Jersey Pollutant Discharge Elimination System |
| PTX04051 | NJDEP-DPNT-CW00002249 | NJDEP-DPNT-CW00002251 | 6/17/1999 | Ltr from B. Tomick to A. Boettler re: relationship and requirements of the remediation being conducted under the oversight of the EPA |
| PTX04052 | NJDEP-DPNT-CW01423766 | NJDEP-DPNT-CW01424164 | 7/1/2003 | Chambers Works NJPDES Permit Renewal Application |
| PTX04053 | | | 5/16/2000 | EPA Newsroom - EPA and 3M Announce Phase out of PFOS |

| PTX # | BEGBATES | ENDBATES | DATE | DOCUMENT DESCRIPTION |
|---|---|---|---|---|
| PTX04054 | | | | LinkedIn Profile of Bradley m. Campbell |
| PTX04055 | NJDEP-DPNT-00000308 | NJDEP-DPNT-00000332 | 4/9/2015 | Correction Deed between E.I. DuPont De Nemours and Company and The Chemours Company FC |
| PTX04056 | | | 8/13/2000 | P1.2547 Email from B. Reilly re: "shit is about to hit the fan in WV" |
| PTX04057 | NJDEP-DPNT-CW02385048 | NJDEP-DPNT-CW02385049 | 2/22/1993 | Pompton Lakes Works Strategy Team Meeting Agenda February 22 & 23, 1993 |
| PTX04058 | NJDEP-DPNT-CW00196204 | NJDEP-DPNT-CW00196226 | 3/28/2016 | Email from E. Lutz to G. Jacob Re Salem Conservation Easement w-att CWK Baseline Data Rpt |
| PTX04059 | NJDEP-DPNT-CW02404480 | NJDEP-DPNT-CW02404494 | 3/18/1993 | Sleeping Dogs Memo pages from DuPont |
| PTX04060 | | | 12/18/2018 | N.J.A.C. 7:36 Green Acres Program |
| PTX04061 | | | 12/6/2010 | northjersey.com Dec. 6 2010 article: DuPont deal gave state more tainted soil |
| PTX04062 | | | 6/18/2024 | B. Dema Ltr to Kurzweil_June 18 2024_Custodial Issue re Roberto Nelson (attaching 3/10/23 and 12/20/22 letters re Nelson) |
| PTX04063 | FS000252 | FS000256 | 3/17/2004 | Dupont memorandum to Robert L. Ritchey from Roger J. Zipfel, re: Global C-8 Program Status, May 31, 1993 |
| PTX04064 | NJDEP-DPNT-CW00276142 | | 12/4/2008 | Technical Assistance Request 12-4-2008 Delaware River GW to SW Report |
| PTX04065 | NJDEP-DPNT-CW00271418 | | 9/3/2003 | Email re DuPont Deepwater |
| PTX04066 | CWNRD-CC-0017723 | CWNRD-CC-0017789 | 9/1/2003 | DuPont Telomer Manufacturing Sites: Environmental Assessment of PFOA Levels in Air and Water |
| PTX04067 | NJ-LEGACY-0014906 | NJ-LEGACY-0014939 | 3/30/2010 | Letter from DuPont/David W. Boothe to EPA/M. LaReau re Response to RCRA Information Request for Chambers Works |
| PTX04068 | CWNRD-CC-0007849 | CWNRD-CC-0007876 | 10/18/2018 | Email from M. Sullivan to G. Jacob Re Outstanding issues |
| PTX04069 | CWNRD-CC-0007909 | CWNRD-CC-0007926 | 10/28/2016 | Email from M. Sullivan to G. Jacob re Chambers Works Site |
| PTX04070 | CWNRD-CC-0007988 | CWNRD-CC-00080001 | 8/10/2015 | B. Reilly Email to B. Katcher re Versions of CW Conservation Easement |
| PTX04071 | CWNRD-CC-6630285 | CWNRD-CC-6630285 | 7/1/2004 | Email from R. Stahl to S. Telford Re DuPont GW |
| PTX04072 | NJDEP-DPNT-CW00023623 | NJDEP-DPNT-CW00023624 | 5/24/2017 | Email frm G. Jacob to E. Lutz re Salem Creek |
| PTX04073 | NJDEP-DPNT-CW00023625 | NJDEP-DPNT-CW00023630 | 5/24/2017 | Salem Creek Survey Review |

| PTX # | BEGBATES | ENDBATES | DATE | DOCUMENT DESCRIPTION |
|---|---|---|---|---|
| PTX04074 | NJDEP-DPNT-CW00196204 | | 3/28/2016 | Email from E. Lutz to G. Jacob Re Salem Conservation Easement |
| PTX04075 | NJDEP-DPNT-CW00196205 | NJDEP-DPNT-CW00196226 | 3/28/2016 | Baseline Data Report |
| PTX04076 | NJDEP-DPNT-CW00394435 | NJDEP-DPNT-CW00394436 | 3/3/2017 | Email from B. Wilson to M. Sullivan Re CRACO |
| PTX04077 | NJDEP-DPNT-CW00394465 | NJDEP-DPNT-CW00394466 | 8/11/2017 | Email from M. Sullivan to G. Jacob Re Repauno |
| PTX04078 | NJDEP-DPNT-CW00394467 | NJDEP-DPNT-CW00394479 | 8/1/2017 | Redlined Deed of Conservation Easement |
| PTX04079 | NJDEP-DPNT-CW00394542 | NJDEP-DPNT-CW00394544 | 10/23/2017 | NJDEP Ltr to Sullivan re June 30 2005 CRACO DuPont Repauno Property |
| PTX04080 | NJDEP_PomptonLakes_SiteFiles_067063 | NJDEP_PomptonLakes_SiteFiles_067115 | 09/09/2003 | NJDEP Technical Assistance Request from F. Faranca to A. Pavelka and J. Boyer Re: Preliminary Assessments of Properties for Divestiture (August 21, 1996). DuPont Pompton Lakes Works, Pompton Lakes, New Jersey. |
| PTX04081 | NJDEP_PomptonLakes_SiteFiles_071857 | NJDEP_PomptonLakes_SiteFiles_071879 | 04/27/1995 | Former Operating Area Preliminary Assessment Report, DuPont Pompton Lakes Works, Pompton Lakes, New Jersey |
| PTX04082 | NJDEP_PomptonLakes_SiteFiles_047024 | NJDEP_PomptonLakes_SiteFiles_047034 | 12/29/2003 | DuPont Response Letter to NJDEP commenting on the Lake Inez Remedial Investigation Work Plan, DuPont Pompton Lakes Works |
| PTX04083 | NJDEP_PomptonLakes_SiteFiles_048186 | NJDEP_PomptonLakes_SiteFiles_048190 | 11/21/2003 | Comment letter from NJDEP Re Lake Inez Region Remedial Investigation Work Plan |
| PTX04084 | NJDEP_Par_SiteFiles_00001361 | NJDEP_Par_SiteFiles_00001388 | 05/2006 | Preliminary Assessment and Site Investigation (PA/SI) Report for Perfluorooctanoic Avid (PFOA) DuPont Parlin Works, Sayreville, New Jersey |
| PTX04085 | NJDEP_Par_SiteFiles_00001496 | NJDEP_Par_SiteFiles_00001600 | 06/2000 | Remedial Investigation Workplan DuPont Parlin Plant, Parlin, New Jersey |
| PTX04086 | NJDEP_Par_SiteFiles_00012333 | NJDEP_Par_SiteFiles_00012389 | 05/2013 | 2012 Performance Monitoring Report DuPont Parlin Site Sayreville, New Jersey (Parsons) |
| PTX04087 | NJDEP_Par_SiteFiles_00019758 | NJDEP_Par_SiteFiles_00019815 | 12/2009 | Enhanced Groundwater Remedial Action Work Plan DuPont Parlin Plant Parlin, New Jersey |
| PTX04088 | NJDEP_Par_SiteFiles_00020043 | NJDEP_Par_SiteFiles_00020055 | 02/2009 | Groundwater Capture System Analysis Report DuPont Parlin Site Parlin, New Jersey |
| PTX04089 | NJDEP_Par_SiteFiles_00026197 | NJDEP_Par_SiteFiles_00026221 | 11/2017 | Revised Remedial Action Workplan - Onsite Groundwater DuPont Parlin Site Sayreville, New Jersey (Parsons) |

| PTX # | BEGBATES | ENDBATES | DATE | DOCUMENT DESCRIPTION |
|---|---|---|---|---|
| PTX04090 | NJDEP_Par_SiteFiles_00026564 | NJDEP_Par_SiteFiles_00026630 | 07/2017 | 2016 Performance Monitoring Report DuPont Parlin Site Sayreville, New Jersey (Parsons) |
| PTX04091 | NJDEP_Par_SiteFiles_00038671 | NJDEP_Par_SiteFiles_00038709 | 11/2009 | 2009 Annual Groundwater Monitoring Report for Perfluorooctanoic Acid (PFOA) DuPont Parlin Plant Parlin, New Jersey (URS) |
| PTX04092 | NJDEP_Par_SiteFiles_00043584 | NJDEP_Par_SiteFiles_00046053 | 07/07/2003 | Phase III Site Investigation and Baseline Ecological Evaluation DuPont Parlin Parlin, New Jersey |
| PTX04093 | NJDEP_Par_SiteFiles_00135497 | NJDEP_Par_SiteFiles_00135952 | 12/02/2010 | Phase 4 Remedial Investigation Work Plan DuPont Parlin Plant Parlin, New Jersey |
| PTX04094 | NJDEP_Par_SiteFiles_00136329 | NJDEP_Par_SiteFiles_00136613 | 04/1987 | Groundwater Assessment Phase I Parlin Plant, Parlin, New Jersey DuPont (CH2M Hill) |
| PTX04095 | NJDEP_Par_SiteFiles_00136614 | NJDEP_Par_SiteFiles_00137032 | 05/05/1987 | Agenda DuPont Parlin Groundwater Assessment Meeting - May 5, 1987 |
| PTX04096 | NJDEP_Par_SiteFiles_00137297 | NJDEP_Par_SiteFiles_00138255 | 05/17/2011 | Remedial Action Work Plan - Offsite Groundwater DuPont Parlin Site, Sayreville, New Jersey |
| PTX04097 | NJDEP_Par_SiteFiles_00138256 | NJDEP_Par_SiteFiles_00147281 | 06/27/2011 | 2010 Annual Groundwater Monitoring Report DuPont Parlin Plant, Parlin, New Jersey |
| PTX04098 | NJDEP_Par_SiteFiles_00147282 | NJDEP_Par_SiteFiles_00147676 | 09/2011 | Post-Remediation Groundwater Monitoring Plan DuPont Parlin Site Sayreville, New Jersey |
| PTX04099 | NJDEP_Par_SiteFiles_00137291 | NJDEP_Par_SiteFiles_00137294 | 6/18/1992 | Memorandum of Agreement in the Matter of the DuPont Parlin Site and E.I. DuPont De Nemours & Company, Inc. |
| PTX04100 | NJDEP-DPNT-CW02201027 | NJDEP-DPNT-CW02201053 | 6/22/2005 | Compensatory Restoration Administrative Consent Order |
| PTX04101 | CWNRD-CC-5820182 | CWNRD-CC-5820183 | 6/10/2004 | Email from C. Bartlett re Information Needed for NJ NRD Settlement |
| PTX04102 | CWNRD-CC-5820185 | CWNRD-CC-5820185 | | Attachment to Email from C. Bartlett re Information Needed for NJ NRD Settlement |
| PTX04103 | CWNRD-EID-0047287 | CWNRD-EID-0047287 | 9/30/2004 | Email from R. Stahl re Matrix and attachment: TheMatrix2.xls |
| PTX04104 | CWNRD-EID-0047288 | CWNRD-EID-0047288 | 9/30/2004 | Matrix spreadsheet |
| PTX04105 | | | 8/6/2018 | N.J.A.C. 7:26C - Administrative Requirements for the Remediation of Contaminated Sites (Young Ex. 5) |

| PTX # | BEGBATES | ENDBATES | DATE | DOCUMENT DESCRIPTION |
|---|---|---|---|---|
| PTX04106 | | | | Intentionally Left Blank |
| PTX04107 | | | 11/16/2021 | Letter from A. Hartten re: Phase 1 DNAPL Investigation Report, and attachment (Koons Ex. 14) |
| PTX04108 | | | 10/1/2014 | Leter from E. Lutz re Comprehensive RCRA Facility Investigation Report, and attachment (Hollender Ex. 25) |
| PTX04109 | | | | Intentionally Left Blank |
| PTX04110 | | | 3/11/2010 | EPA Region 2 Clean and Green Policy update (Turner Ex. 82) |
| PTX04111 | | | 2/1/2012 | USEPA Methodology for Understanding and Reducing a Project's Environmental Footprint (Turner Ex. 83) |
| PTX04112 | | | | Intentionally Left Blank |
| PTX04113 | CWNRD-CC-0202733 | CWNRD-CC-0202754 | 5/27/2014 | Draft Mass and Decay Time Estimate for B-Aquifer, Chambers Works Manufacturing Area |
| PTX04114 | | | 4/15/2021 | Press release - Chemours Announces Ambitious Net Zero Greenhouse Gas Emissions Goal |
| PTX04115 | | | 1/1/2019 | Industrial Site Recovery Act, N.J.S.A. 13:1 K-6 et seq. - Title 13. Conservation and Development - Parks and Reservations, Chapter 1K. Hazardous Waste |
| PTX04116 | NJ-LEGACY-0014364 | NJ-LEGACY-0014373 | 8/1/2006 | Email re DuPont - Parlin, NJ Facility |
| PTX04117 | | | 6/1/2022 | 2021 Performance Monitoring Report DuPont Parlin Site, Sayreville, New Jersey (Parsons) |
| PTX04118 | NJDEP-DPNT-CW02512463 | NJDEP-DPNT-CW02512464 | 2/25/2004 | Email to F. Faranca from A. Stern re: PFOA Information submitted by DuPont |
| PTX04119 | NJDEP-DPNT-CW02512465 | NJDEP-DPNT-CW02512465 | 7/9/2004 | Email to F. Faranca from A. Stern re: DuPont - Teflon by-product (PFOA) review |
| PTX04120 | NJDEP-DPNT-CW01073974 | NJDEP-DPNT-CW01073977 | undated | Summary of Health Effects Information on PFOA |
| PTX04121 | NJDEP-DPNT-CW02510707 | NJDEP-DPNT-CW02510714 | 4/8/2009 | Occurrence and Potential Significance of Perfluorooctanoic Acid (PFOA) Detected in New Jersey Public Drinking Water Systems |
| PTX04122 | NJDEP-DPNT-CW02185929 | | | Perfluorooctanoic acid (PFOA), an emerging drinking water contaminant: A critical review of recent literature (Elsevier - Environmental Research) |

| PTX # | BEGBATES | ENDBATES | DATE | DOCUMENT DESCRIPTION |
|---|---|---|---|---|
| PTX04123 | NJDEP-DPNT-CW01099173 | NJDEP-DPNT-CW01099182 | | Occurrence of Perfluorinated Compounds in Raw Water from New jersye Public Drinking Water Systems (Environmental Science & Technology) |
| PTX04124 | NJDEP_CW_SiteFiles_00026144 | NJDEP_CW_SiteFiles_00026145 | 3/8/2007 | NJDEP Letter to EIDP/McCord re PFOA Guidance |
| PTX04125 | CWNRD-CC-1983090 | CWNRD-CC-1983100 | 1/11/2007 | EIDP/McCord January 11, 2007 Letter to Commissioner Jackson re PFOA Guidance |
| PTX04126 | CWNRD-EID-0518959 | CWNRD-CC-0518971 | 1/17/2007 | Email Re REVISED: DuPont Water Quality Memo to Lisa Jackson |
| PTX04127 | CWNRD-CC-6624338 | CWNRD-CC-6624347 | 1/11/2007 | DuPont Ltr to Lisa Jackson re: PFOA Guidance |
| PTX04128 | NJDEP_CW_SiteFiles_00026181 | NJDEP_CW_SiteFiles_00026182 | 1/11/2007 | DuPont Ltr to Lisa Jackson re: PFOA Guidance |
| PTX04129 | NJDEP-DPNT-CW02160683 | NJDEP-DPNT-CW02160683 | 3/7/2005 | G. Post email to E. Murphy re: PFOA Summary for commissioner and memorandum to you (Revised Version) |
| PTX04130 | NJDEP-DPNT-CW02160809 | NJDEP-DPNT-CW02160809 | 3/1/2006 | A. Pavelka email to M. Kuserk re: Backgound Informattion on PFOA Risk Assessment |
| PTX04131 | | | 2/28/2006 | Anne Pavelka - PFOA Risk Assessment Summary doc - Draft Summary of Health Effects Information of PFOA - Gloria Post, DSRT |
| PTX04132 | NJDEP-DPNT--CW00275869 | NJDEP-DPNT--CW00275869 | 8/28/2008 | Email From G. Post to A. Pavelka re: Folder Titles for Documents from USEPA PFOA an drelated chmicals Docket. |
| PTX04133 | NJDEP_CW_SiteFiles_00026183 | NJDEP_CW_SiteFiles_00026191 | 1/11/2007 | DuPont Memo to Kathy McCord from Robert Rckard, DuPont Distinguished Scientist, DuPont Haskell Laboratory for Health & Environmental Sciences |
| PTX04134 | NJDEP_CW_SiteFiles_00081500 | NJDEP_CW_SIteFiles_00081508 | undated | NJDEP Memorandum to B. Hamill from G. Post re: Guidance for PFOA in Drinking Water at Pennsgrove Water Supply Company |
| PTX04135 | | | undated | 1626 Federal Register/Vo. 68, No. 73/ Wednesday, April 16, 2003/ Notices |
| PTX04136 | NJDEP-DPNT-CW00275898 | NJDEP-DPNT-CW00275898 | 9/8/2008 | B. Tornick to A. Everett re: DuPont (Deepwater) PFOA |
| PTX04137 | NJDEP-DPNT-CW00275845 | NJDEP-DPNT-CW00275848 | 8/6/2008 | DuPont Ltr to Lisa Jackson re: NJDEP efforts to address PFOA |

| PTX # | BEGBATES | ENDBATES | DATE | DOCUMENT DESCRIPTION |
|---|---|---|---|---|
| PTX04138 | NJDEP-DPNT-CW00275816 | NJDEP-DPNT-CW00275817 | 7/22/2008 | Email to G. Zervas from F. Faranca re: PFOA |
| PTX04139 | NJDEP-DPNT-CW00275840 | NJDEP-DPNT-CW00275840 | 8/11/2008 | Email to L. Romino from G. Zervas re: Confidential - Notes from PFOA meeting with EPA Region 3 |
| PTX04140 | NJDEP-DPNT-CW00275841 | NJDEP-DPNT-CW00275841_001 | undated | PFOA Meeting - USEPA Region III (Deliberative -Draft - Deliberative) |
| PTX04141 | | | 9/24/2003 | Policy Directive 2003-07 Subject: Natural Resource Damages |
| PTX04142 | CWNRD-CC-0007819 | | 1/8/2018 | Letter re Conservation Easement for Chambers Works Site |
| PTX04143 | CWNRD-CC-0007256 | CWNRD-CC-0007257 | 11/21/2018 | Email re FW: Attached Image and attachments: 2839_001.pdf; 2132_001.pdf |
| PTX04144 | | | | Per- and Polyfluoroalkyl Subastances (PFAS) Research - NJDEP-Division of Science and Research, PFAS (last visited 5/25/25) |
| PTX04145 | Carey-EID-01266136 | Carey-EID-01266138 | 1/20/2003 | Email to Re Forward #4: Response to 2nd Round of Biddle Follow Up Questions of PFOA (C-8) |
| PTX04146 | PLWNRD-EID-0008969 | PLWNRD-EID-0010173 | 6/30/2010 | DuPont's June 2010 Northern Manufacturing Area Remedial Investigation Report |
| PTX04147 | EID556287 | EID556289 | 3/12/1991 | P1.754 - Summary of 3/7 C-8 Meeting |
| PTX04148 | | | | P1.3019 - DuPont Haskell Laboratory Ammonium Perfluorooctanoate (C-8) |
| PTX04149 | EID0076804 | EID0076804 | 10/15/2001 | Email from B. Reilly re: Oct 12 Meeting with EPA Region 3 |
| PTX04150 | CWNRD-CC-5981365 | CWNRD-CC-5981368 | 1/13/2005 | Email from R. Stahl to S. Telford re: Duhernal Valuation |
| PTX04151 | | | 1/7/2025 | Plaintiffs' Amended Notice of Rule 30(b)(6) Deposition of E.I. Du Pont De Nemours and Company, N/K/A EIdp, inc., The Chemours Company, and The Chemours Company, FC |
| PTX04152 | 3M_AFFF_MDL00236575 | 3M_AFFF_MDL00236576 | 4/11/2003 | Environmental Working Group Policy Memo re: DuPont's failure to submit key health studies under the requireme 8(e), 15 U.S.C. §2607(e) |
| PTX04153 | 3M_AFFF_MDL00236726 | 3M_AFFF_MDL00236728 | 4/29/2003 | Order Granting Plaintiffs' Second Motion for Sanctions Against DuPont (Leach v. E.I. DUPont De Nemours and Company, Civil Action No. 01-C-608) |
| PTX04154 | 3M_AFFF_MDL01407184 | 3M_AFFF_MDL01407209 | 12/7/2015 | Email re: NICNAS response to 3M comments on PFC reports |

| PTX # | BEGBATES | ENDBATES | DATE | DOCUMENT DESCRIPTION |
|---|---|---|---|---|
| PTX04155 | 3M_AFFF_MDL01407210 | 3M_AFFF_MDL01407275 | 10/28/2015 | Agenda 3M/EPA Science Seminar |
| PTX04156 | 3M_AFFF_MDL01407827 | 3M_AFFF_MDL01407855 | 10/14/2015 | 3M Company Recommendation Regarding Prioritization of PFOA |
| PTX04157 | AFFF-MDL-EID-00143407 | AFFF-MDL-EID-00143409 | 4/29/2003 | Order Granting Plaintiffs' Second Motion for Sancations Against DuPont (Leach v. E.I. DuPont De Nemours and Company, Civil Action No. 01-C-608) |
| PTX04158 | AFFF-MDL-EID-04642353 | AFFF-MDL-EID-04642358 | 7/3/2002 | Fax from John Bowman to Dawn Jackson re: July 2 letter to Judge Hill from Steve Fennell |
| PTX04159 | AFFF-MDL-EID-06784636 | AFFF-MDL-EID-06784655 | 9/25/2002 | Ltr and Motion re: Second Supplement to Plaintiffs' Second Motion for fo Sanctions Against Defendant E.I. du Pont de Nemours and Company |
| PTX04160 | AFFF-MDL-EID-06795241 | AFFF-MDL-EID-06795249 | 7/9/2002 | Ltr and Motion re: plaintiffs "First Supplement to Plaintiffs' Second Motion for Sanctions Against Defendant E.I. duPont de Nemours and Company" |
| PTX04161 | FF_EPA011_00636250 | FF_EPA011_00636403 | 10/07/2004 | Response to DuPont's Motion on Count II |
| PTX04162 | FF_EPA011_00844448 | FF_EPA011_00844673 | 10/2/2009 | Ltr re: USEPA Actions Relating to PFOA and PFOS |
| PTX04163 | NJDEP-DPNT-CW01022090 | NJDEP-DPNT-CW01022092 | 1/26/2021 | Email from EPA to NJDEP re DuPont timeline with attachment |
| PTX04164 | NJDEP-DPNT-CW02160683 | NJDEP-DPNT-CW02160684_003 | 3/7/2005 | Email from EPA to NJDEP re DuPont timeline with attachment |
| PTX04165 | CWNRD-CC-2606226 | CWNRD-CC-2606227 | 2/25/2005 | Internal DuPont email re Follow Up Discussion on PFOA |
| PTX04166 | | | 8/20/2002 | Email from S. Telford (DuPont) to B. Trotter (NJDEP) Re: data request, meeting and 8/2002 presentation made by DuPont |
| PTX04167 | | | 6/30/2016 | Repauno Deed |
| PTX04168 | CWNRD-CC-0001558-1591 | | 2/8/2018 | 2/8/18 Letter Serwick to Wilson |
| PTX04169 | | | 9/24/2004 | NJDEP Policy Directive 2003-07, Subject: Natural Resource Damages |
| PTX04170 | | | | NJDEP Site Information Questionnaire |
| PTX04171 | | | 6/29/2005 | Email from A. Masse (DuPont) to S. Wolfe (NJDEP) re News Journal today on PFOA |
| PTX04172 | CWNRD-CC-2776266 | CWNRD-CC-2776272 | 10/12/2003 | Memorandum from B. Reilly (DuPont) to J. Sacco (NJDEP) re Additional Information on Several New Jersey Sites |

| PTX # | BEGBATES | ENDBATES | DATE | DOCUMENT DESCRIPTION |
|---|---|---|---|---|
| PTX04173 | CWNRD-CC-6498381 | CWNRD-CC-6498383 | 12/19/2003 | New Jersey Groundwater Natural Resource Damages White Paper |
| PTX04174 | CWNRD-CC-6630430 | CWNRD-CC-6630434 | 6/23/2004 | Email from S. Telford to D. Bedsole Re Fw: Marc Matsil |
| PTX04175 | ParlinNRD-EID-0003205 | ParlinNRD-EID-0003338 | 5/30/2006 | Preliminary Assessment and Site Investigation (PA/SI) for (PFOA) for DuPont Parlin Plant, Sayreville, NJ |
| PTX04176 | CWNRD-EID-0001101 | CWNRD-EID-0001105 | 2/3/2011 | Deed for Transfer for Salem Boat Ramp and Improvements in Mannington, Salem County |
| PTX04177 | NJDEP_CW_SiteFiles_00035826 | NJDEP_CW_SiteFiles_00035830 | 6/5/2014 | EPA Letter to DuPont CRG re RASR and 2004 EI Determination |
| PTX04178 | PLWNRD-CC-0030032 | PLWNRD-CC-0030156 | 6/28/2013 | June 28, 2013 Pompton Onsite Soils Corrective Measures Study |
| PTX04179 | NJDEP_Pompton Lakes_SiteFiles_026422 | | 8/18/2017 | Chemours LTR RE: Request for Extension - Revised Onsite Soils Corrective Measures Study |
| PTX04180 | | | 4/30/2019 | April 30, 2019 Revised Onsite Soils Corrective Measures Study |
| PTX04181 | NJDEP-DPNT-PLW00004715 | NJDEP-DPNT-PLW00004717 | 4/17/2020 | April 17, 2020 Chemours LTR RE: Request for Extension – USEPA/NJDEP Review of Revised Draft Onsite Soils Corrective Measures Study; Pompton Lakes Works Site |
| PTX04182 | | | 3/2/2020 | USEPA/NJDEP LTR RE: Onsite CMS |
| PTX04183 | NJDEP-DPNT-PLW00003430 | NJDEP-DPNT-PLW00003537 | 9/14/2012 | 09.04.12 Arsenic Natural Background Inv |