# Exhibit 6B-1

Supplemental CRACO JPTO
Exhibit 6B-1 - Defendant's Exhibit List

| Ex. No. | Date | Description | Begin Bates | End Bates |
|---|---|---|---|---|
| DX_DP2658 | 2006.05.30 | Preliminary Assessment and Site Investigation (PA/SI) for Perfluorooctanoic Acid (PFOA) for DuPont Parlin Plant, Sayreville, NJ | ParlinNRD-EID-0003205 | ParlinNRD-EID-0003338 |
| DX_DP2659 | 2003.12.11 | Faranca to Boettler with questions on PFOA Report | NJDEP_CW_SiteFiles_00018379 | NJDEP_CW_SiteFiles_00018379 |
| DX_DP2660 | 2005.03.07 | Email from Faranca to Ianni re: EPA TCSA violatoin | NJDEP-DPNT-CW00271859 | NJDEP-DPNT-CW00271859 |
| DX_DP2661 | 2014.05.05 | Chang, E. et al, A Critical Review of Perfluoroctanoate and Perfluorooctanesulfonate Exposure and Cancer Risk in Humans, 44 Crit Rev Toxicology 1547 (2014) | N/A | N/A |
| DX_DP2662 | 2008.03.xx | Cho, E., et al, Cancer Epidemiology by Site-Specific Cancers: Kidney Cancer, 23 Oxford University Press 597 (2008) | N/A | N/A |
| DX_DP2663 | 2004.06.03 | NJDEP/DuPont GW NRD Follow Up, Overall Timing Goals | N/A | N/A |
| DX_DP2664 | 2004.09.30 | Email from Ralph Stahl to Sheryl Telford re Matrix | CWNRD-EID-0047287 | CWNRD-EID-0047287 |
| DX_DP2665 | 2004.07.13 | Email from Ralph Stahl to Pam Lange re GW NRD Status Update | N/A | N/A |
| DX_DP2666 | 2004.11.19 | DuPont Markup of Draft Final Settlement in Redline | N/A | N/A |
| DX_DP2667 | 2004.11.20 | DuPont Markup of Draft Final Settlement in Redline with Sender and Author | N/A | N/A |
| DX_DP2668 | 2023.05.09 | Draft of Pompton Lakes Work Site | N/A | N/A |
| DX_DP2669 | 2004.06.10 | Email from Craig Bartlett to Maryann Nicholson re Information Needed for the NJ NRD Settlement | CWNRD-CC-5820182 | CWNRD-CC-5820183 |
| DX_DP2670 | N/A | Excel Spreadsheet of NJ GW Detections by Site | CWNRD-CC-5820185 | CWNRD-CC-5820185 |

| Ex. No. | Date | Description | Begin Bates | End Bates |
|---|---|---|---|---|
| DX_DP2671 | N/A | Excel Spreadsheet of the Matrix | CWNRD-EID-0047288 | CWNRD-EID-0047288 |
| DX_DP2672 | 2007.12.06 | Certification of John Sacco in NJDEP v. Exxon Mobil Co. | N/A | N/A |
| DX_DP2673 | 1995.01.25 | N.J.S.A. 58:10-23.11c. Hazardous Substances; Discarge; Prohibition | N/A | N/A |
| DX_DP2674 | N/A | Delaware River Initiative - Key Dates | N/A | N/A |
| DX_DP2675 | 2000.05.16 | EPA and 3M Annouce Phase Out of PFOS | N/A | N/A |
| DX_DP2676 | N/A | N.J.S.A. 58:10-23.11b Definitions | N/A | N/A |
| DX_DP2677 | N/A | N.J.A.C. 7:26C-1.3 Definitions | N/A | N/A |
| DX_DP2678 | N/A | N.J.A.C. 7:26D-1.5 Definitions | N/A | N/A |
| DX_DP2679 | N/A | 15 C.F.R s 990.30 Definitions | N/A | N/A |
| DX_DP2680 | N/A | N.J.A.C. 7:26E-1.8 Definitions | N/A | N/A |
| DX_DP2681 | 2010.02.xx | Steenland, K., et al, Association of Perfluorooctanoic Acid (PFOA) and Perfluorooctane Sulfonate (PFOS) with Uric Acud Anibg Adults with Elevated Community Exposure to PFOA, 118(2) Env't Health Perspectives 229 (2010) | N/A | N/A |
| DX_DP2682 | 2007.01.17 | Email from Frank Faranca to David Doyle re PFOA | NJDEP-DPNT-CW00274110 | NJDEP-DPNT-CW00274110 |
| DX_DP2683 | 2005.03.06 | Email from Sheryl Telford to Ralph Stahl re NJ GW NRD | CWNRD-CC-5981576 | CWNRD-CC-5981576 |
| DX_DP2684 | 2004.08.19 | Email from Ralph Stahl to Sheryl Telford re Draft ACO | CWNRD-CC-6630047 | CWNRD-CC-6630048 |
| DX_DP2685 | 2004.10.27 | Email from Ralph Stahl to Sheryl Telford re NJ GW NRD - Update | CWNRD-CC-6630388 | CWNRD-CC-6630388 |
| DX_DP2686 | 2004.10.20 | Email from Ralph Srahl to Bernard Reilly re Discussion on Document | CWNRD-CC-6630438 | CWNRD-CC-6630439 |
| DX_DP2687 | 2006.05.01 | Email from Albert Boettler to Frank Faranca re DuPont NJ NRD Settlement for Groundwater | CWNRD-CC-6630286 | CWNRD-CC-6630287 |

| Ex. No. | Date | Description | Begin Bates | End Bates |
|---|---|---|---|---|
| DX_DP2688 | N/A | EIDP Natural Resource Damage Settlement for Ground Water Injuries in N.J. | N/A | N/A |
| DX_DP2689 | N/A | EIDP Ground Water Injury Settlement Parcel Offer: Chambers Works Salem Creek | N/A | N/A |
| DX_DP2690 | N/A | EIDP Ground Water Injury Settlement Parcel Offer: Repauno Parcels, Gibbstown | N/A | N/A |
| DX_DP2691 | N/A | EIDP Ground Water Injury Settlement Parcel Offer: Pompton Lakes | N/A | N/A |
| DX_DP2692 | N/A | EIDP Ground Water Injury Settlement Parcel Offer: Duhernal Parcel | N/A | N/A |
| DX_DP2693 | N/A | EIDP Ground Water Injury Settlement Parcel Offer: Wildwood Water Utility Property | N/A | N/A |
| DX_DP2694 | 2002.03.11 | EPA, Perfluoroalkyl Sulfonates; Significant New Use Rule, Vol. 67, No. 47 Federal Register 11008 | N/A | N/A |
| DX_DP2695 | 2002.12.09 | EPA, Perfluoroalkyl Sulfonates; Significant New Use Rule, Vol. 67, No. 236 Federal Register 72854 | N/A | N/A |
| DX_DP2696 | 2002.11.21 | Joint Meeting of the Chemical Committee and The Working Party on Chemicals, Pesticides and Biotechnology, Hazard Assessment of Perfluorooctane Sulfonate (PFOS) and it's Salts | N/A | N/A |
| DX_DP2697 | 2005.04.11 | Email from Boettler to Faranca confirming PA/SI | NJDEP-DPNT-CW00275773 | NJDEP-DPNT-CW00275773 |
| DX_DP2698 | 2005.04.11 | Letter from Boettler to Faranca confirming PA/SI | NJDEP-DPNT-CW00083414 | NJDEP-DPNT-CW00083414 |
| DX_DP2699 | 2006.02.15 | Email from Sam Wolfe re: PFOA | NJDEP-DPNT-CW00273367 | NJDEP-DPNT-CW00273367 |
| DX_DP2700 | 2006.11.10 | Boettler to Faranca re: GW sampling | NJDEP_CW_SiteFiles_00025472 | NJDEP_CW_SiteFiles_00025472 |

| Ex. No. | Date | Description | Begin Bates | End Bates |
|---|---|---|---|---|
| DX_DP2701 | 2006.04.19 | Faranca email re: vicinity of CW | NJDEP-DPNT-CW00273791 | NJDEP-DPNT-CW00273792 |
| DX_DP2702 | 2006.06.06 | Email from Faranca to NJDEP re: Buck Presentation | NJDEP-DPNT-CW00083843 | NJDEP-DPNT-CW00083843 |
| DX_DP2703 | 2007.03.08 | Letter from Murphy to McCord re: PFOA | NJDEP_CW_SiteFiles_00026144 | NJDEP_CW_SiteFiles_00026145 |
| DX_DP2704 | 2005.03.09 | Faranca email summary of Commissioner Meeting | NJDEP_CW_SiteFiles_00043073 | NJDEP_CW_SiteFiles_00043073 |
| DX_DP2705 | 2007.10.22 | Letter to Sweeney re: PFOA | NJDEP_CW_SiteFiles_00025958 | NJDEP_CW_SiteFiles_00025960 |
| DX_DP2706 | 2006.11.06 | Letter to Young re: PFOA | NJDEP_CW_SiteFiles_00025428 | NJDEP_CW_SiteFiles_00025429 |
| DX_DP2707 | 2006.02.24 | Email from Faranca forwarding Documents received from DuPont re: PFOA | NJDEP-DPNT-CW00273370 | NJDEP-DPNT-CW00273371 |
| DX_DP2708 | 2006.02.24 | Attachment to Faranca email - letter to Sam Wolfe re: Background Information on PFOA | NJDEP-DPNT-CW00273372 | NJDEP-DPNT-CW00273373 |
| DX_DP2709 | 2006.02.21 | Attachment to Faranca email - NJDEP Background Information | NJDEP-DPNT-CW00273384 | NJDEP-DPNT-CW00273411 |
| DX_DP2710 | 2005.06.05 | Attachment to Faranca email - PFOA in the Environment | NJDEP-DPNT-CW00273608 | NJDEP-DPNT-CW00273711 |
| DX_DP2711 | 1979.07.24 | Memo from B.C. MC Kusick to F.E. French, Jr. re Discussion of Fluorochemicals with 3M | EID107173 | EID107175 |
| DX_DP2712 | 1981.10.23 | Memo from J.G. Aftosmis to B.C. McKusick re FC-143 | EID072186 | EID072186 |
| DX_DP2713 | 1992.04.17 | Letter from Gary Viola to Walter Stewart re Epidemiological Study | EID648234 | EID648234 |
| DX_DP2714 | 1989.06.13 | Letter from H.V. Bradley to William Packard | EID078834 | EID078843 |
| DX_DP2715 | N/A | APFO CEG Workplace Exposure Limits | EID221817 | EID221820 |
| DX_DP2716 | 1984.06.14 | Letter from J.F. Doughty to J.A. Schmid re Update on C-8 in Water Samples | RJZ009215 | RJZ009216 |

| Ex. No. | Date | Description | Begin Bates | End Bates |
|---|---|---|---|---|
| DX_DP2717 | 1980.02.25 | Letter from E.R. Purchase to G.L. Watts re FC-143 Fluorosurfactant | RL001722 | RL001723 |
| DX_DP2718 | 2000.01.24 | DuPont Washington Works Comunnity Responsible Care Team Meeting Notes | LUB000080 | LUB000085 |
| DX_DP2719 | 2001.09.24 | DuPont Washington Works Comunnity Responsible Care Team Meeting Notes | LUB000029 | LUB000036 |
| DX_DP2720 | 2002.10.28 | DuPont Washington Works Comunnity Responsible Care Team Meeting Notes | DDJ008662 | DDJ008669 |
| DX_DP2721 | 1991.06.26 | Background on C-8 | RJZ01002 | RJZ01009 |
| DX_DP2722 | 2000.01.03 | Tennant Farm Herd Health Investigation, Cattle Team Report | RGS000885 | RGS001004 |
| DX_DP2723 | 2003.08.04 | National Pollutant Discharge Elimination System, Water Pollution Control Permit | N/A | N/A |
| DX_DP2724 | 1987.06.25 | Letter from G.L. Kennedy, Jr. to H.A. Smith re Ammonium Perfluorooctanoate | EID078779 | EID078780 |
| DX_DP2725 | 1982.03.16 | Letter from Gerald Kennedy to Joseph Seifter | EID108045 | EID108046 |
| DX_DP2726 | 1996.05.31 | Letter from W.M. Stewart to G. Dale Farley | EID228021 | EID228026 |
| DX_DP2727 | 1989.01.10 | Air Pollution Control Permit R-XIII-815A Revised | EID075542 | EID075544 |
| DX_DP2728 | 2000.09.14 | Email from Martha Rees to Josepher Miller re Notes from APME C-8 Discussion | EID108167 | EID108169 |
| DX_DP2729 | 1992.04.01 | Email from Walt Stewart re VI/C-8 Presentation to the LPSD and the the WV DNR and DoH | EID077897 | EID077906 |
| DX_DP2730 | 1998.08.11 | Group 1 and 2 List of Materials sent to Dry Run Landfill | EID150694 | EID150696 |
| DX_DP2731 | 2002.07.01 | Email re: Telford call from 2002.06.28 | NJDEP-DPNT-CW-002519149 | NJDEP-DPNT-CW-002519149 |
| DX_DP2732 | 2002.08.02 | Email - Trotter to Faranca re: GW plume delineation | NJDEP_CW_SiteFiles_00081986 | NJDEP_CW_SiteFiles_00081986 |

Supplemental CRACO JPTO
Exhibit 6B-1 - Defendant's Exhibit List

| Ex. No. | Date | Description | Begin Bates | End Bates |
|---|---|---|---|---|
| DX_DP2733 | 2002.08.14 | Email – VanHook to DEP re: specific properties for proposed settlement | NJDEP-DPNT-CW-002519151 | NJDEP-DPNT-CW-002519151 |
| DX_DP2734 | 2002.08.13 | Attachment to VanHook email – Telford to VanHook re: Properties for settlement | NJDEP-DPNT-CW-002519152 | NJDEP-DPNT-CW-002519152 |
| DX_DP2735 | 2003.02.06 | Email from Telford to Campbell re: settlement | NJDEP-DPNT-CW-002519155 | NJDEP-DPNT-CW-002519155 |
| DX_DP2736 | 2004.04.30 | CRACO Meeting PPT - Evaluation of NJDEP's Damage Assessment | NJDEP-DPNT-CW02160528 | NJDEP-DPNT-CW02160528 |
| DX_DP2737 | 2018.12.12 | Email from Buffy Wilson to Matthew Sullivan re Attached Image | NJDEP-DPNT-CW00394686 | NJDEP-DPNT-CW00394688 |
| DX_DP2738 | 2018.09.07 | Email from Matthew Sullivan to Buffy Wilson re Attached Image | NJDEP-DPNT-CW00394676 | NJDEP-DPNT-CW00394678 |
| DX_DP2739 | 2006.09.21 | Email re dates for meeting with division of water supply | 006-0133-0128039 | 006-0133-0128040 |
| DX_DP2740 | 2002.07.01 | Email re process tech review for APFO recovery from FEP coagrulation wastewater | 007-0148-0038878 | 007-0148-0038879 |
| DX_DP2741 | 2010.05.28 | DRAFT Letter from Scott Northey to Eileen Murphy re Status Report on PFOA Suface-Water Emissions, Reduction, and Data Summary for 2009 | 008-2007-0001142 | 008-2007-0001165 |
| DX_DP2742 | 2002.03.04 | Email re CW PFOA mtg agenda | 016-0146-0009662 | 016-0146-0009663 |
| DX_DP2743 | 2014.10.01 | Letter from Edward Lutz to Sin-Kie Tjho re Comprehensive RCRA Facility Investigation Report DuPont Chambers Works Complex, Deepwater, NJ | CWNRD-CC-0697408 | CWNRD-CC-0697666 |
| DX_DP2744 | 2005.07.27 | Letter re prelim assessment report for PFOA for Dupont | CWNRD-CC-1972041 | CWNRD-CC-1972183 |
| DX_DP2745 | 2012.10.10 | letter to DEP RE August 2012 WWTP spill | CWNRD-CC-1989171 | CWNRD-CC-1989176 |
| DX_DP2746 | 2022.01.xx | Remedial measure report form | CWNRD-CC-2223613 | CWNRD-CC-2223615 |
| DX_DP2747 | 2013.12.20 | Letter and attachments re 2013 CW siting study | CWNRD-CC-2406721 | CWNRD-CC-2406918 |

Case 1:19-cv-14766-RMB-JBC   Document 662-8   Filed 05/27/25   Page 8 of 9 PageID: 28252

Supplemental CHEMOURS/DUPONT/CORTEVA/EIDP/DTMM to NJDEP/CWNRD Joint Final PTO/GRACO JPTO
Exhibit 6B-1 - Defendant's Exhibit List

| Ex. No. | Date | Description | Begin Bates | End Bates |
|---|---|---|---|---|
| DX_DP2748 | 2021.02.24 | Email re CW WWTP update | CWNRD-CC-5482097 | CWNRD-CC-5482098 |
| DX_DP2749 | 2021.02.24 | Email re CW WWTP update | CWNRD-CC-5482101 | CWNRD-CC-5482102 |
| DX_DP2750 | 2021.02.19 | Email re costs received from chambers works | CWNRD-CC-5482125 | CWNRD-CC-5482132 |
| DX_DP2751 | 2021.02.18 | Email re updated steal/electricity spreadsheet | CWNRD-CC-5482148 | CWNRD-CC-5482149 |
| DX_DP2752 | 2021.02.19 | Email re mtg Friday to update Denise on CW steam and WWTP | CWNRD-CC-5482159 | CWNRD-CC-5482161 |
| DX_DP2753 | 2021.02.18 | Email re mtg Friday to update Denise on CW steam and WWTP | CWNRD-CC-5482162 | CWNRD-CC-5482164 |
| DX_DP2754 | 2021.02.18 | Email re status update for Tim B on WWTP | CWNRD-CC-5482165 | CWNRD-CC-5482167 |
| DX_DP2755 | 2021.02.18 | Email re status update for Tim B on WWTP | CWNRD-CC-5482169 | CWNRD-CC-5482171 |
| DX_DP2756 | 2022.11.11 | Email re downsize chambers works WWTP | CWNRD-CC-5494041 | CWNRD-CC-5494042 |
| DX_DP2757 | 2006.05.05 | Email re boat ramp | CWNRD-CC-5656003 | CWNRD-CC-5656003 |
| DX_DP2758 | N/A | Final waste characterization profile sheet | CWNRD-CC-6385409 | CWNRD-CC-6385412 |
| DX_DP2759 | N/A | Preliminary waste characterization profile sheet | CWNRD-CC-6434067 | CWNRD-CC-6434091 |
| DX_DP2760 | 2006.xx.xx | Preliminary waste characterization profile sheet | CWNRD-CC-6469932 | CWNRD-CC-6469957 |
| DX_DP2761 | 2007.10.06 | Final waste characterization profile sheet | CWNRD-CC-6469969 | CWNRD-CC-6469971 |
| DX_DP2762 | N/A | HAP certification form | CWNRD-CC-6469972 | CWNRD-CC-6469973 |
| DX_DP2763 | N/A | Final waste characterization profile sheet | CWNRD-CC-6469974 | CWNRD-CC-6469975 |
| DX_DP2764 | N/A | Final waste characterization profile sheet | CWNRD-CC-6469976 | CWNRD-CC-6469979 |
| DX_DP2765 | N/A | Final waste characterization profile sheet | CWNRD-CC-6469984 | CWNRD-CC-6469992 |
| DX_DP2766 | 1995.07.07 | waste characterization profile sheet | CWNRD-CC-6469993 | CWNRD-CC-6469994 |
| DX_DP2767 | 2004.08.11 | Email from Frank Faranca to Susan Rosenwinkel re DuPont C-8 Fwd: check out top of page 9 (actually page 12 in adobe) | NJDEP-DPNT-CW00271648 | NJDEP-DPNT-CW002162708_003 |
| DX_DP2768 | 2004.07.09 | Email from Frank Faranca to Alan Stern re DuPont - Teflon by-product (PFOA) review | NJDEP-DPNT-CW02512462 | NJDEP-DPNT-CW02512546 |
| DX_DP2769 | 2004.09.21 | Email from Frank Faranca to Anne Pavelka re Article on PFOA From Sunday Philadephia Inquirer | N/A | N/A |

| Ex. No. | Date | Description | Begin Bates | End Bates |
|---|---|---|---|---|
| DX_DP2770 | 2005.03.16 | Email from Gloria Post to Frank Faranca re Dupont to Reduce use of PFOA and Also Fluorotelomers | NJDEP-DPNT-CW00271875 | NJDEP-DPNT-CW00271876 |
| DX_DP2771 | 2004.07.09 | Email from Alan Stern to Frank Faranca re DuPont - Teflon by-product (PFOA) review | NJDEP-DPNT-CW02512467 | NJDEP-DPNT-CW02512467 |
| DX_DP2772 | 2006.02.10 | Email from Karen Fell to Anne Pavelka re PFOA | NJDEP-DPNT-CW00273364 | NJDEP-DPNT-CW00273364 |
| DX_DP2773 | 2006.11.23 | Email from Gloria Post to Frank Faranca re PFOA | NJDEP-DPNT-CW01015485 | NJDEP-DPNT-CW01015485 |
| DX_DP2774 | 1980.11.xx | EPA, First Report of the Interagency Toxic Substances Data Committee | N/A | N/A |