**DAVID L. SUNDING**                                                        **June 2025**

Business address:

2200 Powell Street
Suite 1200
Emeryville, CA 94608

Tel: 415-299-2653
dsunding@thinkbrg.com

## PROFESSIONAL EXPERIENCE

University of California, Berkeley
Thomas J Graff Professor, College of Natural Resources and School of Law (2000-2020, chair awarded in 2014, emeritus as of 2020)
Visiting Professor (1992-1996)

Woods Institute of the Environment, Stanford University
Visiting Professor (2010-2011)

President's Council of Economic Advisers, The White House
Senior Economist (1996-1997)

Boston College Department of Economics and School of Law
Assistant Professor (1989-1992)

## CONSULTING EXPERIENCE

BRG
Vice Chairman (2022-present)

The Brattle Group
President (2020-2022)
Principal (2011-2020)

Charles River Associates, NERA, LECG
Academic Affiliate

## AREAS OF SPECIALIZATION

Antitrust, Environment and Natural Resources, Product Liability, Econometrics, Surveys

**LIVE TESTIMONIAL EXPERIENCE**

Deposition of David L. Sunding. In the matter of American Proteins Inc. et al. v. River Valley Ingredients LLC et al., Case No. 2:22-CV-91-RWS, U.S. District Court for the Northern District of Georgia.

Deposition of David L. Sunding. In the matter of New Jersey Department of Environmental Protection, the Commissioner of the New Jersey Department of Environmental Protection, and the Administrator of the New Jersey Spill Compensation Fund v. E.I. Dupont de Nemours and Company et al., 1:19-cv-14766-RMB-JBC, U.S. District Court for the District of New Jersey.

Deposition of David L. Sunding. In the matter of State of North Carolina, ex rel., Joshua Stein, Attorney General v. E.I. Dupont de Nemours and Company et al., 20 CVS 5612, State of North Carolina, Cumberland County General Court of Justice, Superior Court Division.

Deposition of David L. Sunding. In the matter of Beef Purchaser Antitrust Litigation, Case MDL No. 3031, U.S. District Court for the District of Minnesota.

Deposition of David L. Sunding. In the matter of Arvin Edison Water Storage District v. Dow Chemical Company, Shell Oil Company, Occidental Chemical Corporation, Wilbur-Ellis Company, J.R. Simplot Company, Puregro Company, Nutrien Ag Solutions, Southern Valley Chemical Company, Case No. BCV-21-102485 BCB, Kern County Superior Court.

Deposition and trial testimony of David L. Sunding. In the matter of Assemi Brothers LLC, et al. v. Wonderful. Pistachios and Almonds LLC, et al., No. 19CECG03249, Fresno County Superior Court.

Deposition and trial testimony of David L. Sunding. In the matter of Anadarko Petroleum Corporation v. Commissioner of Internal Revenue, Docket Nos. 23018-18 and 23019-18, U.S. Tax Court.

Deposition of David L. Sunding. In the matter of Back, David et al., v. Bayer Crop Science, Case No.: 18SL-CC03530, Circuit Court of St. Louis County, State of Missouri.

Deposition of David L. Sunding. In the matter of The State of Washington v. StarKist Company, et al., No. 20-2-09491-9 SEA, Superior Court of Washington for King County.

Deposition of David L. Sunding. In the matter of City of Seattle v. Monsanto Company, Solutia LLC and Pharmacia Corporation, Case No.: 2:16-cv-00107-RSL, U.S. District Court for the Western District of Washington.

Testimony of David L. Sunding. In the matter of 2021 Hearing to Revoke or Revise the Declaration of Fully Appropriated Stream Systems with Respect to the Kings River System, California State Water Resources Control Board.

Deposition of David L. Sunding. In the matter of City of Fresno et al. v. United States. No. 16-1276L, U.S. Court of Federal Claims.

Deposition of David L. Sunding. In the matter of Hoffman v. Syngenta Crop Protection LLC, Syngenta AG, Chevron Phillips Chemical Company LP and Growmark Inc., No. 17-L-517, Circuit Court, Twentieth Judicial District, St. Clair County, Illinois.

Deposition and trial testimony of David L. Sunding. In the matter of Ideker Farms et al. v. United States, No. 14-183L, U.S. Court of Federal Claims.

Deposition of David L. Sunding. In the matter of City of Hemet v. Dow Chemical Company and Shell Oil Company, Case: 5:18-cv-02022, U.S. District Court for the Central District of California.

Deposition and trial testimony of David L. Sunding. In the matter of Broiler Chicken Antitrust Litigation, Case No. 1:16-cv-08637, U.S. District Court for the Northern District of Illinois.

Deposition of David L. Sunding. In the matter of Texas v. New Mexico and Colorado, No. 141 Orig., U.S. Supreme Court.

Deposition of David L. Sunding. In the matter of San Diego Unified Port District and City of San Diego v. Monsanto Company, Solutia, LLC and Pharmacia Corporation, CL-05285, U.S. District Court for the Southern District of California.

Deposition of David L. Sunding. In the matter of American Vanguard v. United States, No. 16-694 C, U.S. Court of Federal Claims.

Deposition and trial testimony of David L. Sunding. In the matter of City of Riverside v. Rubidoux Community Services District, et al., Case No. CIV DS 1310520, San Bernardino County Superior Court.

Deposition and trial testimony of David L. Sunding. In the matter of Packaged Seafood Products Antitrust Litigation, MDL No. 15-MD-2670 JLS MDD, U.S. District Court for the Southern District of California.

Deposition and trial testimony of David L. Sunding. In the matter of The State of Minnesota, et al. v. 3M Company, No. 27-CV-10-28862, Hennepin County District Court.

Deposition and trial testimony of David L. Sunding. In the matter of City of Atwater v. Shell Oil Company and Dow Chemical Company, No. SCVSS-120627, Fresno County Superior Court.

Deposition and trial testimony of David L. Sunding. In the matter of Florida v. Georgia, No. 142 Original, U.S. Supreme Court.

Deposition and trial testimony of David L. Sunding. In the matter of The Paramount Group, et al. v. SP Group, et al., Commercial Arbitration Tribunal.

Deposition of David L. Sunding. In the matter of City of Cerritos, et al. v. Water Replenishment District of Southern California, No. BS128136, Los Angeles County Superior Court.

Deposition of David L. Sunding. In the matter of GreenCycle Paint, Inc. v. PaintCare, Inc., et al., No. 3:15-cv-04059-MEJ, U.S. District Court for the Northern District of California.

Deposition and trial testimony of David L. Sunding. In the matter of U.S. v. BP Exploration & Prod. Co., No. 2:10-cv-04536, U.S. District Court for the Eastern District of Louisiana.

Deposition and trial testimony of David L. Sunding. In the matter of Klamath Irrigation District v. United States, No. 01-591 L, U.S. Court of Federal Claims.

Deposition and trial testimony of David L. Sunding. In the matter of Stockton East Water District and Central San Joaquin Water District v. United States, No. 04-541L, U.S. Court of Federal Claims.

Deposition of David L. Sunding. In the matter of Edwards, et al. v. National Milk Producers Federation, et al., U.S. District Court for the Northern District of California, No. 3:11-CV-04766-JSW [consolidated with 11-CV-04791-JSW and 11-CV-05253-JSW].

Deposition of David L. Sunding. In the matter of Primex LLC v. Roll International Corporation, No. 10CECG01114, Fresno County Superior Court.

Deposition of David L. Sunding. In the matter of Casitas Municipal Water District v. United States, No. 05-168L, U.S. Court of Federal Claims.

Deposition of David L. Sunding. In the matter of Central Delta Water Agency, et al. v. California Department of Water Resources, et al., No. 34-2010-80000561, Sacramento County Superior Court.

Deposition and trial testimony of David L. Sunding. In the matter of Kansas v. Nebraska, No. 126 Original, U.S. Supreme Court.

Deposition of David L. Sunding. In the matter of Central Basin Municipal Water District, et al. v. Water Replenishment District of Southern California, No. BS132202, Los Angeles County Superior Court.

Deposition and trial testimony of David L. Sunding. In the matter of The Aransas Project v. Shaw, et al., No. 2:10-cv-00075, U.S. District Court for the Southern District of Texas.

Deposition and trial testimony of David L. Sunding. In the matter of California-American Water v. City of Seaside, et al., and Monterey Peninsula Water Management District, No. H034335, Monterey County Superior Court.

Deposition of David L. Sunding. In the matter of City of Redlands v. Shell Oil Company, et al., No. SCVSS 120627, San Bernardino County Superior Court

**EXPERT REPORTS, DECLARATIONS, AND AFFIDAVITS**

Expert report of Daniel McFadden, Minjae Song, and David L. Sunding. In the matter of Apple iPhone Antitrust Litigation, Case No. 11-6714, U.S. District Court for the Northern District of California.

Expert reports of David L. Sunding. In the matter of New Jersey Department of Environmental Protection, the Commissioner of the New Jersey Department of Environmental Protection, and the Administrator of the New Jersey Spill Compensation Fund v. E.I. Dupont de Nemours and Company et al., 1:19-cv-14766-RMB-JBC, U.S. District Court for the District of New Jersey.

Expert reports of David L. Sunding. In the matter of American Proteins Inc. et al. v. River Valley Ingredients LLC et al., Case No. 2:22-CV-91-RWS, U.S. District Court for the Northern District of Georgia.

Expert reports of David L. Sunding. In the matter of Beef Purchaser Antitrust Litigation, Case MDL No. 3031, U.S. District Court for the District of Minnesota.

Expert reports of David L. Sunding. In the matter of State of North Carolina, ex rel., Joshua Stein, Attorney General v. E.I. Dupont de Nemours and Company et al., 20 CVS 5612, State of North Carolina, Cumberland County General Court of Justice, Superior Court Division.

Expert report of David L. Sunding. In the matter of Arvin Edison Water Storage District v. Dow Chemical Company, Shell Oil Company, Occidental Chemical Corporation, Wilbur-Ellis Company, J.R. Simplot Company, Puregro Company, Nutrien Ag Solutions, Southern Valley Chemical Company, Case No. BCV-21-102485 BCB, Kern County Superior Court.

Expert report of David L. Sunding. In the matter of Assemi Brothers LLC, et al. v. Wonderful. Pistachios and Almonds LLC, et al., No. 19CECG03249, Fresno County Superior Court.

Declaration of David L. Sunding. In the matter of Center for Biological Diversity v. U.S. Environmental Protection Agency, Bayer Crop Science, BASF Corporation and Syngenta Crop Protection, Case No. CV-20-00555-TUC-DCB, U.S. District Court for the District of Arizona.

Expert report of David L. Sunding. In the matter of Anadarko Petroleum Corporation v. Commissioner of Internal Revenue, Docket Nos. 23018-18 and 23019-18, U.S. Tax Court.

Expert report of David L. Sunding. In the matter of Back, David et al., v. Bayer Crop Science, Case No.: 18SL-CC03530, Circuit Court of St. Louis County, State of Missouri.

Expert report of David L. Sunding. In the matter of Carey v. DuPont and Chemours, Case Nos. 7:17-CV-00189, 7:17-CV00197, and 7:17-CV-00201, U.S. District Court for the Eastern District of North Carolina.

Affidavit of David L. Sunding. In the matter of Apple iPhone Antitrust Litigation, Case No. 11-6714, U.S. District Court for the Northern District of California.

Expert report of David L. Sunding. In the matter of The State of Washington v. StarKist Company, et al., No. 20-2-09491-9 SEA, Superior Court of Washington for King County.

Expert report of David L. Sunding. In the matter of City of Seattle v. Monsanto Company, Solutia, Inc. and Pharmacia Corporation, Case No.: 2:16-cv-00107-RSL, U.S. District Court for the Western District of Washington.

Expert report of David L. Sunding. In the matter of 2021 Hearing to Revoke or Revise the Declaration of Fully Appropriated Stream Systems with Respect to the Kings River System, California State Water Resources Control Board.

Expert report of David L. Sunding. In the matter of City of Fresno et al. v. United States. No. 16-1276L, U.S. Court of Federal Claims.

Expert report of David L. Sunding. In the matter of City of Arcadia v. Nutrien Ag Solutions, Inc, J.R. Simplot Company, FMC Corporation, Dow AgroSciences LLC, The Dow Chemical Company, Shell Oil Company, Case No.: 2:2018cv10139, U.S. District Court for the Central District of California.

Expert report of David L. Sunding. In the matter of Hoffman v. Syngenta Crop Protection LLC, Syngenta AG, Chevron Phillips Chemical Company LP and Growmark Inc., No. 17-L-517, Circuit Court, Twentieth Judicial District, St. Clair County, Illinois.

Expert report of David L. Sunding. In the matter of Ideker Farms et al. v. United States, No. 14-183L, U.S. Court of Federal Claims.

Expert report of David L. Sunding. In the matter of City of Hemet v. Dow Chemical Company and Shell Oil, Case: 5:18-cv-02022, U.S. District Court for the Central District of California.

Expert report of David L. Sunding. In the matter of City of Spokane v. Monsanto Company, Solutia, Inc. and Pharmacia Corporation, Case No. 2:15-cv-00201-SMJ, U.S. District Court for the Eastern District of Washington.

Expert reports of David L. Sunding. In the matter of Broiler Chicken Antitrust Litigation, Case No. 1:16-cv-08637, U.S. District Court for the Northern District of Illinois.

Expert report of David L. Sunding. In the matter of Penna v. U.S. Department of the Navy, Case 1:16-cv-01571, U.S. Court of Federal Claims.

Expert reports of David L. Sunding. In the matter of Texas v. New Mexico and Colorado, No. 141 Orig., U.S. Supreme Court.

Expert report of David L. Sunding. In the matter of San Diego Unified Port District and City of San Diego v. Monsanto Company, Solutia, Inc. and Pharmacia Corporation, CL-05285, U.S. District Court for the Southern District of California.

Expert report of David L. Sunding. In the matter of American Vanguard v. United States, No. 16-694 C, U.S. Court of Federal Claims.

Expert report of David L. Sunding. In the matter of City of Riverside v. Rubidoux Community Services District, et al., Case No. CIV DS 1310520, San Bernardino County Superior Court.

Written testimony of David L. Sunding. In the matter of Don Pedro Relicensing Project, No. 2299, Federal Energy Regulatory Commission.

Expert report of David L. Sunding. In the matter of Andeavor's acquisition of Delek US Holdings' assets in the West Coast asphalt market.

Expert reports of David L. Sunding. In the matter of Packaged Seafood Products Antitrust Litigation, MDL No. 15-MD-2670 JLS MDD, U.S. District Court for the Southern District of California.

Expert report of David L. Sunding. In the matter of State of Minnesota, et al. v. 3M Company, No. 27-CV-10-28862, Hennepin County District Court.

Expert report of David L. Sunding. In the matter of City of Atwater v. Shell Oil and Dow Chemical, No. SCVSS-120627, Fresno County Superior Court.

Expert report of David L. Sunding. In the matter of Columbia Riverkeeper v. Sandvik Special Metals, No. 4:15-CV-05118-LRS, U.S. District Court, Eastern District of Washington.

Expert reports of David L. Sunding. In the matter of Florida v. Georgia, No. 142 Original, U.S. Supreme Court.

Expert report of David L. Sunding. In the matter of Congaree Riverkeeper v. Carolina Water Service, Inc., No. 3:15-CV-00194-MBS, U.S. District Court for the District of South Carolina, Columbia Division.

Declaration of David L. Sunding. In the matter of U.S. Army Corps of Engineers v. Hawkes Co., Inc., No. 15-290, U.S. Supreme Court.

Expert reports of David L. Sunding. In the matter of The Paramount Group, et al. v. SP Group, et al., Commercial Arbitration Tribunal.

Expert report of David L. Sunding. In the matter of City of Cerritos, et al. v. Water Replenishment District of Southern California, No. BS128136, Los Angeles County Superior Court.

Expert report of David L. Sunding. In the matter of GreenCycle Paint, Inc. v. PaintCare, Inc., et al., No. 3:15-cv-04059-MEJ, U.S. District Court for the Northern District of California.

Expert reports of David L. Sunding. In the matter of U.S. v. BP Exploration & Prod. Co., No. 2:10-cv-04536, U.S. District Court for the Eastern District of Louisiana.

Expert report of David L. Sunding. In the matter of State of Missouri v. Republic Services, Inc., Allied Services, Inc., and Bridgeton Landfill, LLC, Case No. 13SL-CC01088, Circuit Court of St. Louis County, State of Missouri.

Expert report of David L. Sunding. In the matter of Klamath Irrigation District v. United States, No. 01-591 L, U.S. Court of Federal Claims.

Declaration of David L. Sunding. In the matter of Mingo Logan Coal Company v. United States Environmental Protection Agency, No. 1:10-cv-00541, U.S. District Court for the District of Columbia.

Export report of David L. Sunding. In the matter of Stockton East Water District and Central San Joaquin Water District v. United States, No. 04-541L, U.S. Court of Federal Claims.

Expert report of David L. Sunding. In the matter of Cocopah Nurseries of Arizona Inc., Case No. 12-15292, U.S. Bankruptcy Court for the District of Arizona.

Expert reports of David L. Sunding. In the matter of Edwards, et al. v. National Milk Producers Federation, et al., U.S. District Court for the Northern District of California, No. 3:11-CV-04766-JSW [consolidated with 11-CV-04791-JSW and 11-CV-05253-JSW].

Expert report of David L. Sunding. In the matter of Primex LLC v. Roll International Corporation, No. 10CECG01114, Fresno County Superior Court.

Expert report of David L. Sunding. In the matter of Casitas Municipal Water District v. United States, No. 05-168L, U.S. Court of Federal Claims.

Expert report of David L. Sunding. In the matter of Central Delta Water Agency, et al. v. California Department of Water Resources, et al., No. 34-2010-80000561, Sacramento County Superior Court.

Expert report of David L. Sunding. In the matter of Kansas v. Nebraska, No. 126 Original, U.S. Supreme Court.

Expert report of David L. Sunding. In the matter of Central Basin Municipal Water District, et al. v. Water Replenishment District of Southern California, No. BS132202, Los Angeles County Superior Court.

Expert report of David L. Sunding. In the matter of The Aransas Project v. Shaw, et al., No. 2:10-cv-00075, U.S. District Court for the Southern District of Texas.

Expert report of David L. Sunding. In the matter of San Luis & Delta-Mendota Water Authority v. Locke, et al., No. 1:09-cv-1053, U.S. District Court for the Eastern District of California.

Expert report of David L. Sunding. In the matter of California Public Utilities Commission, Application of California American Water Company (U 210 W) for a Certificate of Convenience and Necessity to Construct and Operate its Coastal Water Supply Project to Resolve the Long-Term Water Supply Deficit in its Monterey District

and to Recover all Present and Future Costs in Connection Therewith in Rates, Application 04009-019.

Expert report of David L. Sunding. In the matter of California-American Water v. City of Seaside, et al., and Monterey Peninsula Water Management District, No. H034335, Monterey County Superior Court.

Expert report of David L. Sunding. In the matter of City of Redlands v. Shell Oil Company, et al., No. SCVSS 120627, San Bernardino County Superior Court.

Expert report of David L. Sunding. In the matter of California Regional Water Quality Control Board, Central Valley Region, ACL Complaint No. R5-2005-0501.


**PUBLICATIONS**

**Working Papers**

"Regulation by Licensing." With Stephen Hamilton and Cyrus Ramezani.

"Incentive Effects and the Certainty of Environmental Permits: An Economic Analysis of *Arch Coal*." With Steve Hamilton.

"Price Discrimination and the Robinson-Patman Act." *Elgar Encyclopedia on the Economics of Competition and Regulation*.

"Predatory Pricing." *Elgar Encyclopedia on the Economics of Competition and Regulation*.


**Articles under Review**

"Cross Validation Methods in Antitrust Class Action Litigation." With Badi Baltagi and Kevin Roth. *Journal of Competition Law and Economics*, revision requested.


**Published Articles and Book Chapters (all since 2015, selected prior to 2015)**

"Optimal Deterrence of Environmental Accidents under Imperfect Competition." With Stephen Hamilton. *Review of Industrial Organization*, in press.

"Consumer Losses from a Conservation Mandate." With Steven Buck and Mehdi Nemati. *Applied Economic Perspectives and Policy*, March 2023, DOI: 10.1002/aepp.13213.

"Fixed or Mixed? Farm-Level Heterogeneity in Response to Changes in Water Quality." With Stephen Buck and Dilek Uz. *American Journal of Agricultural Economics*, August 2022, DOI: 10.1111/ajae.12270.

"An Economic Treatment of Pass Through in Indirect Purchaser Antitrust Litigation." With Armando Levy, *Competition*, 20, 1(2021).

\* Nominated for the Concurrences Antitrust Writing Award for Best Article.

"Joint Oligopsony-Oligopoly Power in Food Processing Industries: Application to the US Broiler Industry." With Steve Hamilton. *American Journal of Agricultural Economics* July 2020, DOI: 10.1111/ajae.12115.

"Adverse Reproductive Outcomes in a Population Exposed to High Levels of Perfluorinated Compounds in Drinking Water." With Gina Waterfield, Martha Rogers, Philippe Grandjean and Max Auffhammer, *Environmental Health*, 19, 42(May 2020), DOI: 10.1186/s12940-020-00591-0.

"Economic Impacts of Critical Habitat Designation: Evidence from the Market for Vacant Land." With Maximillian Auffhammer, Maya Duru and Edward Rubin, *Land Economics* 96(May 2020): 188-206.

"Forecasting Urban Water Demand: Rethinking Model Selection." With Hilary Soldati, Maximillian Auffhammer and Steven Buck. *Water Resources Research* (November 2019), DOI: 10.1029/2018WR023965.

"The Value of Urban Water Supply Reliability." With Maximillian Auffhammer, Steven Buck and Stephen Hamilton. *Journal of the Association of Environmental and Resource Economists* (2016), DOI: 10.1086/687761.

"Optimal Recycling Policy for Used Lubricating Oil: The Case of California's Used Oil Management Policy." With Stephen Hamilton. *Environmental and Resource Economics* (2015), DOI: 10.1007/s10640-014-9812-x.

"Environmental Policy with Collective Waste Disposal." With Stephen Hamilton, Thomas Sproul and David Zilberman. *Journal of Environmental Economics and Management* 66(2013): 337-346.

"Hedonic Analysis with Locally Weighted Regression." With Aaron Swoboda. *Regional Science and Urban Economics* 40(2011): 550-573.

"On the Spatial Nature of the Groundwater Pumping Externality." With Nicholas Brozovic and David Zilberman. *Resource and Energy Economics* 32(2010): 154-164.

"Sustainable Management of Water Resources under Hydrologic Uncertainty." With Newsha Ajami and George Hornberger. *Water Resources Research* 44(2008): W11406, doi:10.1029/2007WR006736.

"Consideration of Economics under California's Porter-Cologne Act." With David Zilberman. *West-Northwest Journal of Environmental Law & Policy* (2007): 73-116.

"Water Markets and Trading." With Howard Chong. *Annual Review of Environment and Resources* 31(2006): 239-264.

"Government Regulation of Product Quality in Markets with Differentiated Products: Looking to Economic Theory." *American Journal of Agricultural Economics* 85(2003): 720-724.

"The Economics of Environmental Regulation by Licensing." With David Zilberman. *Natural Resources Journal* 42(Winter 2002): 59-90.

> \* Cited in the U.S. Supreme Court's plurality and dissenting opinions in the consolidated cases of *Rapanos v. United States* and *Carabell v. United States*.

"Public Goods and the Value of Product Quality Regulations: The Case of Food Safety." With Stephen Hamilton and David Zilberman. *Journal of Public Economics* 87(2003): 799-817.

"Regulating Pollution with Endogenous Monitoring." With Katrin Millock and David Zilberman. *Journal of Environmental Economics and Management* 44(2002): 221-241.

"Insect Population Dynamics, Pesticide Use and Farmworker Health." With Joshua Zivin. *American Journal of Agricultural Economics* 82(August 2000): 527–540.

> \* Winner of the AAEA Outstanding Journal Article Award.

"Product Liability, Entry Incentives and Market Structure." With Stephen Hamilton. *International Review of Law and Economics* 20(September 2000): 269–283.

"Designing Environmental Regulations with Empirical Microparameter Distributions." With Gareth Green. *Resource and Energy Economics* 22(January 2000): 63–78.

"Returns to Public Investment with Imperfect Downstream Competition." With Stephen Hamilton. *American Journal of Agricultural Economics* 80(November 1998): 830–838.

"Allocating Product Liability in a Multimarket Setting." With David Zilberman. *International Review of Law and Economics* 18(March 1998): 1–11.

"Measuring the Marginal Cost of Nonuniform Environmental Regulations." *American Journal of Agricultural Economics* 78(November 1996): 1098–1107.

"Natural Resource Cartels." With David Teece and Elaine Mosakowski. In: Allen Kneese and James Sweeney (eds.), *Handbook of Natural Resource and Energy Economics*, Volume III. Amsterdam: Elsevier, 1993.


**EDUCATION**

University of California, Berkeley
Ph.D., Agricultural & Resource Economics, 1989.

University of California, Los Angeles
M.A., African Studies, 1986.

Claremont McKenna College
B.A., Economics

**OTHER ACTIVITIES**

Member, American Economic Association, American Law and Economics Association, Association of Environmental and Resource Economists, Econometric Society

Member, Advisory Board, University of California, Berkeley College of Natural Resources

Board of Trustees, The Urban School of San Francisco

Board of Trustees, San Domenico School

Has acted as a consultant or adviser to Exxon Mobil, ConocoPhillips, Freeport-McMoRan, PolyMet Mining, Schnitzer Steel, Vigor Industrial, Greenbrier Companies, Plum Creek Timber, The Irvine Company, General Electric, Bayer, Southern California Gas, Metropolitan Water District, San Francisco Public Utilities Commission, State of California, American Petroleum Institute, Farm Bureau, National Association of Home Builders, Utility Water Act Group, National Academy of Sciences, U.S. Environmental Protection Agency, U.S. Department of the Interior.

## PROF. JACK F. WILLIAMS, PhD, JD, CIRA, CDBV, CTP
GEORGIA STATE UNIVERSITY
COLLEGE OF LAW/MIDDLE EAST STUDIES CENTER
(404) 386-8096
jwilliams@gsu.edu

## PROFESSIONAL EXPERIENCE

### ACADEMIA

#### TEACHING

| | |
|---|---|
| **PROFESSOR** | **August 1999 – Present** |
| **ASSOCIATE PROFESSOR** | **August 1994 – August 1999** |
| **ASSISTANT PROFESSOR** | **August 1991 – August 1994** |

**Georgia State University College of Law**
**Middle East Studies Center, Atlanta, Georgia**

**Subjects**: Admiralty and Maritime Law and Commerce; American Indian Law; Archaeology (Marine; Natural Resources; Exchanges, Markets and Commerce); Bankruptcy and Business Reorganizations; Commercial Law (Lending and Payment Systems); Corporate Finance; Corporations; Cultural Heritage Protection and Historical Preservation; Cybersecurity; Energy Policy & Law; Entrepreneurship; Failing and Failed Municipalities and Bankruptcy Relief; Forensic Accounting, Finance & Capital Markets; Governance; Intellectual Property; Islamic Law and Finance; Statistics; Social Enterprise; Mergers and Acquisitions; Remedies and Damages; Taxation (Federal, State & Local, Estate, Natural Resources); Technology & Law; Terrorism, Intelligence, and Financing; Tribal Governance, Law & Custom; Valuation.

**Honors:** Professor of the Year (1994; 2009; 2010).
Faculty Participant – Hooding Ceremony (Spring 1992, Spring 1993, Fall 1994, Spring 1997, Spring 2007, Spring 2010, Spring 2011).

| | |
|---|---|
| **ADJUNCT PROFESSOR** | **January 2018 – Present** |
| **VISITING PROFESSOR** | **September 1999 – August 2000** |

**St. John's University School of Law**
**LL.M. Program in Bankruptcy**
**New York, New York**

**Subjects**: Advanced Bankruptcy Reorganization; Advanced Partnership Bankruptcy and Taxation; Bankruptcy Accounting; Bankruptcy Ethics, Fraud, and Malpractice; Bankruptcy Theory Seminar; Bankruptcy and Insolvency Taxation; Bankruptcy and Insolvency Research Seminar; Law and Statistics; Measuring Commercial Damages; Sports Law and Business; Valuation and Remedies in Chapter 11.

| | |
|---|---|
| **ADJUNCT PROFESSOR** | **August 2021 – Present** |

Curriculum Vitae of Jack F. Williams
Page 2

**Emory University School of Law**
**Atlanta, Georgia**

    **Subjects**:      Bankruptcy


**INAUGURAL SCHOLAR IN RESIDENCE**          **March 2004 – Present**
**Association of Insolvency and Restructuring Advisors**
**Medford, Oregon.**

    **Subjects:**      Accounting (Bankruptcy, Forensic, Tax); Avoidance Actions; Chapter 9 Municipal Bankruptcies; Claims Valuation; Damages (Commercial, Intellectual Property, Fiduciary Duties); Expert Testimony; Finance (DIP, Exit, and Permanent); Fraud and Ponzi Schemes; Public Accounting and Finance; Taxation (Bankruptcy and Insolvency); Valuations (Appraisal Rights, Business, Intellectual Property).


**VISITING PROFESSOR**          **June 2004 – November 2013**
**New York Law School**
**LL.M. Program in Taxation**
**New York, New York**

    **Subjects**:      Bankruptcy Tax and Accounting; Federal Income Tax Law; Subchapter S Corporations.


**ADJUNCT PROFESSOR**          **September 1992 – January 2012**
**New York University School of Law**
**New York, New York**
**Internal Revenue Service/NYU Continuing Professional Education Program**

    **Subjects:**      Basic Bankruptcy Taxation and Accounting; Advanced Bankruptcy and Insolvency Taxation.


**INAUGURAL ROBERT M. ZINMAN**      **January 2008 – May 2009**
**SCHOLAR IN RESIDENCE**         **May 2001 – December 2001**
**American Bankruptcy Institute, Alexandria, Virginia.**

    **Subjects:**      Appraisal Remedies; Bankruptcy and Forensic Accounting; Chapter 9 Municipal Bankruptcies; Damages; Ethics; Fiduciary Duties; Fraud and Fraudulent Transfers; Intellectual Property Valuation and Claim Estimation; Intercompany Transfers; Money Laundering; Valuation.


**ADJUNCT LECTURER**          **July 2007 – March 2010**
**FEDERAL LAW ENFORCEMENT TRAINING CENTER**

    **Subjects:**      Counter-Terrorism; Strategic Threat Analysis; Terrorist Financing.

Curriculum Vitae of Jack F. Williams
Page 3

---

**INSTRUCTOR**                                                              **July 2003 – March 2010**
**NATIONAL ASSOCIATION OF CREDIT MANAGERS**

**Subjects:**        Account Management; Fraud; Factoring; Insolvency Risk; Money Laundering.

**SPECIAL ADVISOR, THREAT ASSESSMENT & TERRORISM STUDIES**        **July 2004 – March 2009**
**The MITRE Corporation (contractor, supporting various government agencies)**
**McLean, Virginia**

**Subjects:**        Intelligence; Terrorism (Domestic and International) and Counter-Terrorism;
                     Cybersecurity; Radicalization of Religiously-Motivated Terrorist Groups;
                     Homeland Security; Border and Port Protection; Prediction Models; Statistical
                     Modeling; Threat Matrix and Scoring; Tactical and Strategic Threat Assessment;
                     Forensic Accounting and Terrorist Financing; Money Laundering; National
                     Security Law.

**VISITING PROFESSOR**                                                     **August 2006 – May 2008**
**University of Georgia Law School**
**Athens, Georgia**

**Subject**:        Bankruptcy.

**VISITING ASSOCIATE PROFESSOR**                                                    **Summer 1995**
**Yeshiva University**
**Benjamin N. Cardozo School of Law**
**New York, New York**

**Subject:**        Property.

*GOVERNMENT, ADVISORY AND HONORARY*

**BOARD MEMBER**                                                    **December 2009 – Present**
Georgia Department of Human Services
(*Multiple Gubernatorial Appointee; Confirmed by State Senate*)
Atlanta, Georgia

**CO-CHAIR**                                                              **May 2018 – Present**
American Bankruptcy Institute
Veterans and Servicemembers' Debt Issues Task Force
Alexandria, Virginia

**ADVISORY BOARD**                                                    **August 1999 – Present**
LL.M Program in Bankruptcy
St. John's University School of Law

**ADVISORY BOARD**                                                    **August 2016 – Present**
American Bankruptcy Institute Law Review                          **August 1993 – December 2008**
St. John's University School of Law

Curriculum Vitae of Jack F. Williams
Page 4

| | |
|---|---|
| **ACADEMIC BOARD** | **November 2001 – April 2017** |

Journal of Corporate Renewal
Turnaround Managers Association
Boston, Massachusetts

| | |
|---|---|
| **ADVISOR AND MEMBER** | **January 2014 – December 2015** |
| **CULTURAL PROPERTY PRESERVATION & PROTECTION** | |

Heritage for Peace
Girona, Catalonia - Spain

| | |
|---|---|
| **11ᵀᴴ CIRCUIT REGENT** | **March 2004 – December 2013** |
| **AMERICAN COLLEGE OF BANKRUPTCY** | |
| **ADVISOR** | **January 2006 – December 2008** |

USDLC Board of Directors
Non-Profit Multi-State Educational Consortium
Flowery Branch, Georgia

| | |
|---|---|
| **BOARD MEMBER-AT-LARGE** | **May 2005 – December 2008** |

Georgia Governor's Office for Children and Families
(*Gubernatorial Appointee*)
Atlanta, Georgia

| | |
|---|---|
| **EDITORIAL BOARD** | **August 1993 – December 2002** |

Asset Protection Journal
Panel Publishers
New York, New York

| | |
|---|---|
| **DEAN OF FACULTY** | **January 1998 – December 1999** |

American Board of Certification
Alexandria, Virginia

| | |
|---|---|
| **TAX CONSULTANT/RUSSIAN FEDERATION** | **April 1998 – August 1999** |

Georgia State University Consortium
Georgia State University
Atlanta, Georgia

| | |
|---|---|
| **TAX ADVISER** | **February 1997 – October 1997** |

National Bankruptcy Review Commission

| | |
|---|---|
| **CHAIRMAN** | **February 1997 – October 1997** |

Tax Advisory Committee
National Bankruptcy Review Commission

## COMMENTARY

| | |
|---|---|
| **LEGAL COMMENTATOR** | **2002 – 2003** |

American Bar Association Central and Eastern European Bar Initiative
Draft Bankruptcy Law for Bulgaria.  Served as Official Commentator on Bankruptcy Laws.

Curriculum Vitae of Jack F. Williams
Page 5

### LEGAL COMMENTATOR

American Bar Association Central and Eastern European Bar Initiative          **1995 – 1996**
Draft Bankruptcy Law for the Republic of Croatia. Served as Official Commentator on Bankruptcy Laws.

### REPORTER (BANKRUPTCY TAXATION)          **1994 – 1996**

American Bankruptcy Institute Bankruptcy Code Review Project.

## PROFESSIONAL

### SENIOR AFFILIATE          **May 2023 - Present**
### COHERENT ECONOMICS, LLC

Corporate board and special committee investigations, bankruptcy, restructuring, valuation, insolvency, forensic accounting, remedies, and other financial advisory services.

### MANAGING DIRECTOR          **May 2024 – Present**
### RESTRUCTURING & DISPUTE RESOLUTION SERVICES

CohnReznick, LLP, Atlanta, Georgia

Corporate board investigations, governance, related party transfer investigations, fraud investigation and recovery services (financial fraud, ponzi schemes, fraudulent transfers, and money-laundering), fiduciary breach, financial recovery services (business reorganizations, accounting, avoidance actions, complex commercial damages, valuations, and bankruptcy fraud).

### FOUNDER & CONSULTANT          **January 2023 – Present**
### CUTTING SIGN CONSULTING, LLC

Atlanta, Georgia

Governance, board advisory services, investigations, threat & risk assessment, restructuring, bankruptcy & insolvency services, related party transfer investigations, forensic accounting, bankruptcy accounting, bankruptcy & insolvency taxation, and valuations.

### PRINCIPAL EMERITUS          **January 2016 – January 2023**
### FORMER TEAM LEADER
### RESTRUCTURING & COMPLEX LITIGATION SERVICES

Baker Tilly US, LLP, (f/k/a Baker Tilly Virchow Krause, LLP) Atlanta, Georgia

Corporate board investigations, governance, related party transfer investigations, fraud investigation and recovery services (financial fraud, ponzi schemes, fraudulent transfers, and money-laundering), threat and risk management, compliance, cybersecurity, forensics and intelligence services, fiduciary breach, financial recovery services (business reorganizations, accounting, avoidance actions, complex commercial damages, valuations, and bankruptcy fraud), bank and bank-holding company insolvency issues, complex commercial litigation and merger litigation support services (appraisal rights, due diligence, valuations, single entity theories, lost-profits, business interruption damages, diminution in value, and disgorgement and unjust enrichment), and intellectual property damages.

### SENIOR MANAGING DIRECTOR          **July 2010 – December 2015**
### NATIONAL CO-LEADER
### LITIGATION, INVESTIGATIVE AND INTELLIGENCE SERVICES

Mesirow Financial Consulting, LLC, New York and Atlanta, Georgia

Fraud investigation and recovery services (financial fraud, ponzi schemes, fraudulent transfers, and money-laundering), governance, threat and risk management, cybersecurity, forensics and intelligence services, fiduciaries, financial recovery services (business reorganizations, accounting, avoidance actions, damages, valuations, and bankruptcy fraud), bank and bank-holding company insolvency issues, and litigation support services (appraisal rights, due diligence, valuations, single entity theories, damages). Industry focus included energy, telecommunications, automotive, health sciences, private equity and hedge funds, natural resources, shipping, and retail.

**CONSULTANT**                                                         **August 1991 – July 2019**
Atlanta, Georgia

Counter-intelligence, counter-terrorism & homeland security, law enforcement (best practices, community policing, command and control), cultural awareness, cybersecurity, risk, anti-corruption and FCPA investigation and compliance, antiquities & money laundering detection, human trafficking, forensic accounting, bankruptcy accounting, litigation support and damages, real estate (construction, development, and sales), taxation, fraud investigation, financial institutions, statistical modeling, and asset based lending and factoring. Principal and Founder of VIAPAB, LLC, and Credithawk, LLC, web-based information technology companies focusing on threat solutions and leasing and lien notifications and collection rights.

**NATIONAL DIRECTOR, SPECIAL SITUATIONS – CONSULTING**          **May 1999 – July 2010**
BDO USA, LLP, New York

Financial recovery services (business reorganizations, accounting, valuations, and bankruptcy fraud), governance, fraud investigation and recovery services (financial fraud, ponzi schemes, fraudulent transfers, and money-laundering), bank and bank-holding company issues, litigation support services (including damages modeling), bankruptcy and insolvency tax services, taxation, international taxation. industry focus included energy, telecommunications, automotive, private equity and hedge funds, natural resources, shipping, manufacturing, real estate, and retail.

**GRAND JURY CONSULTANT**                                      **April 1998 – August 1999**
Georgia Jury Commission, Fulton County, Georgia

Provided consultation and recommendations for the selection and qualifications of grand jurors. Constructed a statistical model to explore racial makeup of grand juries.

**ARBITRATOR**                                                 **January 1998 – February 1998**
United States Olympic Committee                                 July 1996 – August 1996
Olympic Arbitration Panel

Served as arbitrator in the Winter 1998 Olympics in Nagano, Japan, and in the Summer 1996 Olympics in Atlanta, Georgia.

**ASSOCIATE**                                                  **November 1987 – August 1991**
Hughes & Luce, Dallas, Texas

**JUDICIAL LAW CLERK**                                        **August 1985 – September 1987**
The Honorable William J. Holloway, Jr.
Chief Judge, United States Court of Appeals for the Tenth Circuit.

**EDITORIAL ASSISTANT**                                        **August 1983 – May 1985**
Food and Drug Law Journal

Curriculum Vitae of Jack F. Williams
Page 7

Washington, D.C.

**MEDIATOR**                                                                    **August 1983 – May 1985**
National Law Center, George Washington University
Washington, D.C.

## HONORS, AWARDS, AND GRANTS

- Fellow, American College of Bankruptcy (2004 – Present)

- Fellow, St. John's University School of Law Bankruptcy Policy Institute (2016 – Present)

- Academic Member, Maritime Law Association of the United States (2017 – Present)

- Distinguished Fellow, Association of Insolvency and Restructuring Advisors (2023 – Present)

- Steven J. Kaminshine Award for Excellence in Service, Georgia State University College of Law (2023)

- President's Lifetime Achievement Award – Volunteer Work (2022)

- Association of American Law Schools Annual Pro Bono Honor Roll – Inaugural Faculty Award (2022)

- American Indian Law Section, Texas Bar Association Recognition Honor (2015)

- Norman Award for Exceptional Client Services, Mesirow Financial (2013)

- Top 25 Business Consultants, Consulting Magazine (2012)

- American Bankruptcy Institute Annual Service Award (2010)

- MITRE Recognition Coin (for continued support to MITRE's most critical missions including support to FBI and DHS efforts in assessing terrorist threats and mitigate risk against domestic targets) (2009)

- Central Intelligence Agency Recognition and Appreciation Honor, Project Looking Glass (2004-2007)

- Top Ten Bankruptcy Academics in the United States (Turnaround & Workouts Journal)

- Top Ten Bankruptcy Accounting & Taxation Specialists in the United States (Turnaround and Workouts Journal).

- Association of Insolvency and Restructuring Advisors, Certified Insolvency and Restructuring Advisor (CIRA)

- Kroll Zolfo Cooper Randy Waits Award -- Gold Medal, Highest Grade on 2004 CIRA Nationwide Certification Examination.

Curriculum Vitae of Jack F. Williams
Page 8

- Association of Insolvency and Restructuring Advisors, Certification in Distressed Business Valuations (CDBV).

- Research Funding, Carleton University Critical Infrastructure Protection Center, Religious Justification for Al Qaida Attacks on Petroleum Related Industries (2008).

- Faculty Development Institute, Connecting Teaching with Technology, University Systems of Georgia, 1998-1999.

- National Housewares Manufacturers Association, Comparative Analysis of German Insolvency Law, 1998.

- Case Financial, Empirical Study of Collateral Dispositions under Article 9 of the Uniform Commercial Code, 1998.

## EDUCATION

**University of Leicester, Leicester, United Kingdom**
Ph.D, Archaeology

**National Law Center, George Washington University**
Juris Doctor with High Honors
Class Rank:  9/372
           Honors:  Order of the Coif

**The University of Tulsa College of Law**
       Honors:   Dean's List Honors

**The University of Oklahoma**
B.A., Economics
       Honors:   President's Honor Roll
       Omicron Delta Epsilon, Int'l Economics Honor Society

**The United States Coast Guard Academy**
Course of Study: Mathematics, Economics

## PUBLICATIONS

### BOOKS AND CHAPTERS

**McQueen & Williams on Tax Aspects of Bankruptcy Law and Practice (3rd ed.)** (Two Volumes)(West Group 2024) (with C. Richard McQueen).

**Liability of Officers, Directors, and Professionals of Insolvent or Near-Insolvent Corporations**, collected as chapter 17 in **Strategic Alternatives for Distressed Businesses** (West Group 2020; 2019; 2018; 2017; 2015; 2013; 2012).

**American College of Bankruptcy: Circuit Review** (ACB 2018)(ed. Margaret Howard)(contributed Eleventh Circuit review).

Curriculum Vitae of Jack F. Williams
Page 9

**Admitting Expert Valuation Evidence Before the U.S. Bankruptcy Courts** (ABI 2017)(with Hon. Stan Bernstein (Ret.) and Susan H. Seabury).

**Financial Handbook for Bankruptcy Professionals** (West Group Cum. Supp. 2017 – 2009).

**Bloomberg on Bankruptcy Law** (contributing co-author with Susan H. Seabury [eight chapters] – Hon. D. Michael Lynn ed. 2014).

**Cases and Materials on Corporations** (3rd ed. West Group 2014) (with Thomas Hurst, William Gregory, Ellen Taylor).

**The Depths of Deepening Insolvency** (ABI 2013) (with Kathy Bazoian Phelps).

**Unincorporated Business Associations** (4th ed. West Group 2009) (with William Gregory and Thomas Hurst)

**Bankruptcy and The Servicemember Civil Relief Act** (ABI 2009) (with Susan H. Seabury).

**Business Bankruptcies Essentials** (American Bar Association 2009) (with Hon. Stan Bernstein and Susan H. Seabury).

**Thorny Issues in Consumer Bankruptcies** (ABI 2008) (with Susan H. Seabury).

**Volumes 1 and 2: Kennedy, Countryman, and Williams on Partnerships, Limited Liability Entities, and S Corporations in Bankruptcy** (Aspen Law & Business *formerly* Little, Brown & Company) (with Vern Countryman & Frank R. Kennedy) (Cumulative Supplements 2005 – 2001).

***Terrorist Threat Analysis: Sharpening the Traditional Threat Formula***, *collected in* **Wiley Handbook of Science and Technology for Homeland Security** (John G. Voeller ed. 2009).

**Norton Bankruptcy Law and Practice 2nd** (contributing author [four chapters] – William L. Norton, III and Hon. William L. Norton, Jr. eds. 2009-2010).

**2005 Bankruptcy Revisions: Implications for Business and Financial Advisors** (contributing author [three chapters] – Grant Newton ed. 2005).

***The Tax Man Cometh: New York Yankees and Taxes,*** collected in **Courting the Yankees: Legal Essays on the Bronx Bombers** (Ettie Ward ed. 2003).

**Tax Aspects of Bankruptcy Law and Practice (2d ed.)** (Two Volumes) (Shepard's/McGraw-Hill 1994 and Cumulative Supplement 1995 – 1997) (with C. Richard McQueen).

**Creditors' Rights and Bankruptcy** (Matthew Bender 1993) (with Pamela Williams).

## *ARTICLES*

*A Professional Legacy: A Life Well Lived,* 38:2 AIRA Journal 7-9 (2025).

*Leadership Among Bankruptcy & Restructuring Professionals,* 37:4 AIRA Journal 5 – 6 (2024).

*Professional Wellness in an Unwell World,* 37 AIRA Journal 5 – 6 (2024).

*Indian Preference and the Status of American Indians and Alaska Natives in the Federal Service: Employment, Earnings, Authority, and Perceptions of Fairness,* Public Admin. Rev. 1-15 (2024)(with Gregory B. Lewis).

*Nurturing Habits of the Heart: Old Ways in a New Time*, 37 AIRA Journal 5 – 7 (2024).

*Those Things Worth Believing: Character Building as Professionalism*, 37 AIRA Journal 6 – 7, 45 – 46 (2024).

*"Proclaim Liberty Throughout the Land": Debt Discharge as a Predicate for Freedom*, 36 AIRA Journal 6 – 10 (2023).

*Bankruptcy Busters: Valuations in Disputes,* 36 AIRA Journal 6 – 7 (2023).

*Teaching Bankruptcy Valuations to Law Students and Other Unnatural Acts***,** 39 Emory Bankr. Dev. J. 51-151(2023).

*Vets and Debts***,** 25 Am. Bankr. L. Rev. 43 (2017)(keynote address at symposium on debt concerns for veterans).

*CIRA's, Cost Accounting, and Charlie*, 28 AIRA Journal 17-18 (2014).

*The Archaeology of Professional Ethics in Bankruptcy (Part II)*, 28 AIRA Journal 1-8 (2014).

*The Archaeology of Professional Ethics in Bankruptcy (Part I)*, 28 AIRA Journal 1-6 (2013).

*Financial Distress and the Culture of Sports***,** 9 Australian and New Zealand Sports L.J. 21 – 53 (2013)(with Elizabeth Simmons).

*Market Evidence, Expert Opinion, And The Adjudicated Value Of Distressed Businesses*, 68 Bus. Lawyer 1039 – 1070 (2013) (with Robert Stark and Anders Maxwell).

*What Constitutes a Tax Return for Bankruptcy Discharge Purposes?***,** 27 AIRA Journal 3-7 (2013).

*Public Financing of Green Cathedrals*, 5 Albany Gov't L. Rev. 123 – 155 (2012) (with Jessica O'Quinn and Joshua Stein).

*Reading the Bankruptcy Code (Part II)*, 26 AIRA Journal 3-8 (2012).

*Reading the Bankruptcy Code: United States v. Hall (Part I)*, 26 AIRA Journal 4-9 (2012)

*Learning and Teaching*, 25 AIRA Journal 5 (June/July 2011).

*TOUSA: The Importance of Reasonably Equivalent Value in Fraudulent Transfer Law*, 25 AIRA Journal 5-11 (Apr./May 2011).

*Ponzi Schemes Part IV*, 24 AIRA Journal 3-4 (Feb./Mar. 2011).

*Ponzi Schemes Part III***,** 24 AIRA Journal 4-5 (Dec./Jan. 2011).

*Ponzi Schemes Part II***,** 24 AIRA Journal 3-4 (Aug./Sep. 2010).

*Ponzi Schemes Part I*, 24 AIRA Journal 3-4 (June/July 2010).

*Ethics Part II*, 24 AIRA Journal 3-4 (Apr./May 2010).

*Ethics Part I*, 24 AIRA Journal 4-6 (Feb./Mar. 2010).

*Alternatives to Business Bankruptcy Relief*, 23 AIRA Journal 4-10 (Aug./Sep. 2009).

*Legislative Musings and the Saga of Bankruptcy Reform*, 23 AIRA Journal 4-6 (June/July 2009).

*Section 503(b)(9) Claims*, 23 AIRA Journal 4-8 (Apr./May 2009).

*Proposed Retail Bankruptcy Legislation*, 23 AIRA Journal 4-7 (Feb./Mar. 2009).

*Of Disallowance, Disgorgement, and Malpractice:  The Saga of SonicBlue*, 23 AIRA Journal 4-6 (Jan. 2009).

*Manipulating and Hiding Terrorist Content on the Internet:  Legal and Tradecraft Issues* 2009 S.M.U. J. Sci. & Tech. 1 (with Marisa Urgo and Tony Burns).

*Bankruptcy and Debt Under the Servicemember Civil Relief Act*, 2008 Norton Annual Review 441-483 (with Susan Seabury).

*Restructuring Trends, Financial Distress, and Opportunities*, 22 AIRA Journal 5-6 (Oct./Nov. 2008).

*Bankruptcy Rule 6003:  A Humble Attempt to Slow Down the Chapter 11 Train*, 22 AIRA Journal 5-6 (Aug./Sep. 2008).

*Morality of Debt Forgiveness*, 22 AIRA Journal 4-5 (June/July 2008).

*Debt, Bankruptcy, Taxes and The Servicemember Civil Relief Act*, 2008 Norton Annual Review 441-483 (2008) (with Susan H. Seabury).

*Lessons Gleaned From Consumer Bankruptcy Cases*, 22 AIRA Journal 5-7 (Apr./May 2008).

*A Tribute to Professor Frank R. Kennedy*, Am. Bankr. Inst. J. (March 2008).

*Squaring Bankruptcy Valuations with Daubert Demands*, 16 Am. Bankr. Inst. L. Rev. 161-265 (2008) (with Hon. Stan Bernstein and Susan H. Seabury).

*Understanding Terrorism Risk and Its Possible Impacts*, 106 Oil & Gas Journal 18-25 (2008) (with David Weinberg and Glenn Coplon).

*The Home Mortgage Meltdown:  Some Relief for Borrowers*, 22 AIRA Journal 4-5 (Mar./Apr. 2008).

*Independent Examiners and Internal Investigations*, Director's Monthly 11-12 (Feb. 2008) (with Bill Lenhart).

*The Myths of Going Concern Valuations*, 22 AIRA Journal 4-5 (Jan./Feb. 2008).

***American Classic* as a "Classic" on Insolvency and Preferences**, 22 AIRA Journal (Oct./Nov. 2007).

***Daubert* and Financial Expert Testimony in Bankruptcy Courts**, 22 AIRA Journal (Aug./Sep. 2007).

***The Empowerment of Bankruptcy Courts in Addressing Financial Expert Testimony***, 80 Am. Bankr. L.J. 101-190 (2007) (with Hon. Stan Bernstein and Susan H. Seabury).

***The Challenges of Limited Liability Companies in Bankruptcy:  Part II***, 21 AIRA Journal 4-9 (June/July 2007).

***The Challenges of Limited Liability Companies in Bankruptcy:  Part I***, 21 AIRA Journal 4-7 (Apr./May 2007**)**

***Preference Defenses,*** 21 AIRA Journal 4-5 (Feb./Mar. 2007).

***State and Local Tax Issues in Bankruptcy Under BAPCPA,*** 20 AIRA Journal 4-7 (Aug./Sep. 2006).

***Tax Consequences of Postpetition Income as Property of the Estate in an Individual Debtor Chapter 11 Case and Tax Disclosure in Chapter 11***, 13 Am. Bankr. Inst. L. Rev. 701-731 (2006)(with Jacob L. Todres) (symposium).

***The Coming Revenue Revolution in Sports***, 42 Willamette L. Rev. 101-139 (2006) (symposium).

***The Case of the Missing Punctuation Mark,*** 20 AIRA Journal 4-5 (Aug./Sep. 2006).

***Director and Officer Liability in the Zone of Insolvency***, 14 The Corporate Governance Advisor 28-32 (May/June 2006) (with William K. Lenhart).

***Assessing the Liability of Officers, Directors of Corporate Debtors***, Dow Jones Daily Bankruptcy Review (October 26, 2005) (with William K. Lenhart).

***Aggressive Tactics Required to Combat Fraud:  Top Down Commitment is Essential,*** Journal of Corporate Renewal (August 2005) (with William K. Lenhart)

***Managing Preference Claims,*** National Association of Bankruptcy Trustees Journal (2004).

***Caution:  You are Now Entering the Zone of Insolvency,*** J. Turnaround Management 77-80 (Spring 2004) (with William K. Lenhart).

***Who Owns the Back of a Baseball Card?  Rights of Publicity in a World of Broadcasting,*** 23 Cardozo L. Rev. 1705-1718 (2002) (symposium).

***Debunking the Myth Engulfing Article 9 Collateral Dispositions,*** 9 Am. Bankr. Inst. L. Rev. 703-735 (2001).

***Bifurcation for Claim Filing Purposes of a Corporate Tax Year That Straddles the Petition Date,*** 9 Am. Bankr. Inst. L. Rev. 463-466 (2001).

*Integrating American Indian Law into the Commercial Law and Bankruptcy Curriculum,* 37 Tulsa L. Rev. 557-571 (2001) (symposium).

*The Truth About The New Value Exception to the Absolute Priority Rule in Bankruptcy Reorganization,* 22 Cardozo L. Rev. 1303-1334 (2000) (with David Gray Carlson).

*Distrust: The Rhetoric and Reality of Means-Testing*, 7 Am. Bankr. Inst. L. Rev. 105-131 (1999) (symposium).

*A Collision of Policy: Chapter 13 and Taxes*, 50 S.C. L. Rev. 313-342 (1999) (symposium) (with Tamara Ogier).

*Bankruptcy Implications of Member and Member-Manager Interests in Limited Liability Companies*, 1 Asset Protection J. 33-51 (1999).

*Does All the Glitter Really Protect the Gold?*, 1 Asset Protection J. 59-63 (1999) (with Alexander A. Bove, Jr.).

*Bankruptcy Crimes and Bankruptcy Practice*, 6 Am. Bankr. Inst. L. Rev. 317-358 (1998) (symposium) (with Tamara Ogier).

*National Bankruptcy Review Commission Recommendations on Tax Policy: Corporate and Partnership Debtors*, 14 Bankr. Dev. J. 261-309 (1998).

*Title VII and the Reserve Clause: A Statistical Analysis of Salary Discrimination in Major League Baseball*, 52 U. Miami L. Rev.461-528 (1998) (with Jack C. Chambless).

*Charitable Contributions as Fraudulent Transfers*, 3 J. Asset Protection 49-53 (1998).

*A Comment on the Tax Provisions of the National Bankruptcy Review Commission Report: The Good, The Bad, and The Ugly*, 5 Am. Bankr. Inst. L. Rev. 445-462 (1997) (symposium).

*National Bankruptcy Review Commission Recommendations on Tax Policy: Individual Debtors, Discharge, and Priority of Claims*, 14 Bankr. Dev. J. 101-171 (1997).

*An Empirical Study of the Disposition of Quality of Life Crimes in Atlanta Municipal Courts* (Georgia State University 1997).

*A Statistical Approach to Claims Estimation in Bankruptcy*, 32 Wake Forest L. Rev. 1119-1155 (1997) (with David S. Salsburg).

*Canning the Chapter 13 Super Discharge*, 4 Am. Bankr. Inst. L. Rev. 553-55 (1996).

*Moving as a Fraudulent Transfer*, 1 J. Asset Protection 62-66 (1996).

*The Duty of a Bankruptcy Trustee to File Federal Information Returns on Behalf of a Debtor-Partnership*, 3 Am. Bankr. Inst. L. Rev. 295-328 (1995) (symposium) (with James I. Shepard).

*The Federal Tax Consequences of Individual Debtor Chapter 11 Cases*, 46 S.C. L. Rev. 1203-1244 (1995) (symposium), reprinted in 47 Digest of Tax Articles 23-43 (1996).

*Rethinking Bankruptcy and Tax Policy*, 3 Am. Bankr. Inst. L. Rev. 153-206 (1995) (symposium).

Curriculum Vitae of Jack F. Williams
Page 14

*Disclaiming an Inheritance as Fraudulent Transfer*, 1 J. Asset Protection 63-66 (1995).

*Process and Prediction: A Return to a Fuzzy Model of Pretrial Detention*, 79 Minn. L. Rev. 325-90 (1994).

*The Tax Consequences of Abandonment Under the Bankruptcy Code*, 67 Temp. L. Rev. 301-53 (1994).

*The Fallacies of Contemporary Fraudulent Transfer Models as Applied to Intercorporate Guaranties: Fraudulent Transfer Law as a Fuzzy System*, 15 Cardozo L. Rev. 1403-73 (1994).

*Classifying Pretrial Detention Decisions Under the Bail Reform Act of 1984: A Statistical Approach*, 30 Am. Crim. L. Rev. 255-336 (1993).

*Counting Creditors Under Code § 303(b):  The Tale of the Ubiquitous "Such,"* Norton Bankr. L. Advisor 7-9 (June 1992).

*Revisiting the Proper Limits of Fraudulent Transfer Law*, 8 Bankr. Dev. J. 55-130 (1991).

*Application of the Cash Collateral Paradigm to the Preservation of the Right to Setoff in Bankruptcy*, 7 Bankr. Dev. J. 27-63 (1990).

*A Regulatory Model for Genetic Testing in Employment*, 40 Okla. L. Rev. 181-208 (1987), reprinted in 2 **Employment Testing** 251-53 (Aug. 1, 1988).

*The Differential Treatment of Men and Women by Artificial Reproduction Statutes*, 21 Tulsa L.J. 463-484 (1986), reprinted in **Legislating Morality: Private Choices on the Public Agenda** 63-88 (Shienbaum ed. 1987).

*Blood Transfusions and AIDS:  A Legal Perspective*, 1986 Med. Trial Tech. Q. 267-300.


*SEMINAR/BRIEFING MATERIALS/OP-ED PIECES*

**Those Things Worth Believing: Professionalism and the Search for the Personal Why** (38th Annual Advanced Bankruptcy Seminar CLE, December 2023).

**"Proclaim Liberty Throughout the Land": Moral Predicate of Bankruptcy Discharge** (Georgia Bar Bankruptcy Section: ICLE Consumer & Business Bankruptcy Institute, December 2023).

**Shelley's Frankenstein and Bankruptcy Tax: A Study in Monsters** (Oklahoma Bar Association Annual Conference, December 2020).

**Bankruptcy Tax and the Individual Debtor** (The Georgia Society of CPAs – Atlanta Tax Forum Society, October 2020).

**The Moral Predicate to the Discharge in Bankruptcy** (Oklahoma Bar Association Annual Conference, December 2019).

**Teaching Valuation to Bankruptcy Lawyers and other Unnatural Acts** (Oklahoma Bankruptcy Bar Association Annual Conference, December 2018).

**Taxes and Fraudulent Transfers** (Association of Insolvency and Restructuring Advisors, June 2018).

**The Trump Economy:  Where it's Going and What it Means for Bankruptcy Professionals** (Southeastern Bankruptcy Law Institute, Atlanta, Georgia, March 2018)(with Dr. Roger Tutterow).

**Financial Distress Autopsy: Business and Legal Issues** (Southeastern Bankruptcy Law Institute, Atlanta, Georgia, March 2018).

**Green Pastures, Green Peace, Green Mail, Green Day, Greens, Green Fees, Green Wave & Green Slips: Reasonably Equivalent Value and Fraudulent Transfer Law (with a small detour to contemplate notice and bankruptcy practice)** (Oklahoma Bankruptcy Bar Association Annual Conference, December 2017).

**Avoidance Powers Litigation** (National Association of Attorneys General Annual Conference, Savannah, Georgia, November 2017).

**Seaside Chat: Notice and Due Process Challenges in Bankruptcy Practice** (American Bankruptcy Institute Northeast Workshop, July 2017).

**Insolvency Exception to COD Recognition** and **Bankruptcy Tax Hot Topics** (Association of Insolvency and Restructuring Advisors, June 2017).

**Defending Your Expert Report in a Daubert Challenge** (VALCON, March 2017).

**Bankruptcy Taxation** (Oklahoma Bankruptcy Bar Association, December 2016).

**ISIS: How Western Neglect Propped Up a Shallow Claim to the Caliphate** (GSU, November 2016).

**Valuation of Intellectual Property** (Association of Insolvency and Restructuring Advisors, November 2016).

**Al-Qaida's Prominence in Yemen:  The Existential Danger Emerges** (GSU, October 2016).

**Homeland Security and Critical Infrastructure Protection: The Next New Wave of Militant Islamist Threats and Funding Approaches** (GSU, September 2016).

**Bankruptcy with a Twist of Tax** (American Bankruptcy Institute Southeastern Regional Conference, July 2016).

**Tax and Bankruptcy** (American Bankruptcy Institute Annual Spring Meeting, April 2016).

**Individual Debtors and a Twist of Tax** (Southeastern Bankruptcy Law Institute, March 2016).

**Valuation Expert Testimony** (Southeastern Bankruptcy Law Institute, March 2016)(with Judge Michael Williamson).

**Bankruptcy Taxation and Individual Debtors** (American Bankruptcy Institute Southeastern Regional Conference, July 2015).

**Bankruptcy Taxation** (Hudson Valley Bankruptcy Bar Association, September 2014).

**Market Evidence on Valuation: A Debate** (University of Pennsylvania College of Law, February 2014).

**Bankruptcy Professionalism and a Virtuous Character** (Oklahoma Bar Association Bankruptcy Section, December 2013).

**Bankruptcy Tax Issues:  Lien Subordination in Chapter 7** (NABT Annual Meeting, August 2013).

**Bankruptcy Ethics** (NABT Annual Meeting, August 2013).

**The Nondischargeability and Priority of Taxes in Bankruptcy** (Hon. Joe Lee Institute/University of Kentucky Continuing Education, June 2013).

**Selected Issues on Bankruptcy and Tax** (ABI Annual Meeting Tax Section, April 2013).

**Bankruptcy Tax Issues in Individual Debtor Cases – Fraud and Non-Filers** (Stetson/ABI Conference, March 2013).

**The Nondischargeability and Priority of Taxes in Bankruptcy** (University of Mississippi College of Law Continuing Education, February 2013).

**Bankruptcy Tax Issues Associated with Individual Debtor Bankruptcy Cases** (Georgia Bar Association, September 2012)

**Reading the Bankruptcy Code** (Oklahoma Bar Association, December 2012).

***United States v. Hall*** (Chapter 12 Trustees Association, 2012).

**Consumer Bankruptcy Issues:  Hot Topics** (Federal Judicial Center, 2012).

**Consumer and Business Bankruptcy: Mortgages and Non-Dischargeable Taxes** (Institute of Continuing Legal Education in Georgia, 2012) (with Basil Mattingly).

**Section 363 Sales and Ethics** (American Bankruptcy Institute Annual Spring Meeting, 2012).

**Dischargeability of Taxes in Chapter 7 and Chapter 13 (**Southeast Bankruptcy Law Institute, March 2012).

**Tax Issues that Impact Bankruptcy Cases** (Southeast Bankruptcy Law Institute, March 2012).

**Ethical Issues Associated with Cloud Computing and Social Networking** (Oklahoma Bar Association, December 2011).

**Bankruptcy Financial and Accounting Handbook for Judges and Law Clerks** (Byrne Judicial Clerkship Institute Pepperdine University School of Law, March 2011).

Curriculum Vitae of Jack F. Williams
Page 17

**Ponzi Schemes and Bankruptcy** (Oklahoma Bar Association, December 2010).

**AIRA Financial Toolbox:  Distressed Businesses** (Association of Insolvency and Restructuring Advisors Annual Meeting, June 2010).

**Residential Real Estate Mortgage Meltdown** (Georgia State University Federalist Society, April 2010).

**Tax Issues in Bankruptcy Practice** (Southeastern Bankruptcy Law Institute, March 2010).

**Single Asset Real Estate Cases** (Southeastern Bankruptcy Law Institute, March 2010).

**Detention: (Capacity Development, Justice Decentralization, Corrections, Access to Justice and Conflict Prevention)** (Georgia State University Federalist Society Spring 2010).

**Bankruptcy Tax:  Five Rules that Every Practitioner Should Know** (Oklahoma Bar Association, December 2009).

**Community Policing:  Best Practices** (Georgia State University Federalist Society, Fall 2009).

**Distressed Real Estate** (Georgia Bar Association, Fall 2009).

**Ponzi Schemes and Fraud** (American Bankruptcy Institute Southeast Regional Conference, August 2009).

**Force Majuere and Material Adverse Change Clauses** (Chadbourne and Park, June 2009).

**Reading Bankruptcy Cases** (Northern Virginia Bankruptcy Bar Association, May 2009).

**General Bankruptcy Fundamentals** (American Bankruptcy Institute Annual Spring Meeting, April 2009).

**Case Law Update on Daubert and Business Valuation in Bankruptcy** (VALCON University of Texas, AIRA, ABI March 2009).

**Ethics in Bankruptcy** (American Bankruptcy Institute Winter Leadership Conference, December 2008).

**General Bankruptcy Fundamentals** (American Bankruptcy Institute Judicial Clerk Conference, October 2008).

**Plenary Session:  Case Law Update** (American Bankruptcy Institute Mid-West Regional Conference, October 2009).

**Islamic Law:  Modern Challenges in Dealing with Revealed Jurisprudence** (Georgia State University Middle East Institute, Fall 2008).

**Islamic Commercial Law:  Usury, Partnerships, and Joint Ventures** (Georgia State University Middle East Institute, Fall 2008).

Curriculum Vitae of Jack F. Williams
Page 18

**Ethics and Archaeologist Embedded in War** (World Archaeological Conference 6th Summer, 2008).

**Breakfast and Plenary Session: When Circuits Collide—Revisited** (American Bankruptcy Institute Mid-Atlantic Regional Conference, July 2008).

**Tax Issues in Bankruptcy** (American Bankruptcy Institute Southeast Regional Conference, July 2008).

**Seaside Chat:  Daubert and Valuation Testimony in Bankruptcy** (American Bankruptcy Institute Northeast Regional Conference, July 2008).

**Business Valuations, Insolvency, and Deepening Insolvency** (Association of Insolvency and Restructuring Advisors Annual Meeting June 2008).

**The State of the Business of Bankruptcy: Keynote Address** (Association of Insolvency and Restructuring Advisors Annual Meeting June 2008).

**General Bankruptcy Fundamentals** (American Bankruptcy Institute Annual Spring Meeting, May 2008).

**Bankruptcy Reform Redux** (American Bankruptcy Institute Annual Spring Meeting, April 2008).

**General Bankruptcy Fundamentals** (American Bankruptcy Institute Annual Spring Meeting, April 2008).

**Bankruptcy Taxation and the Mortgage Meltdown** (American Bankruptcy Institute Annual Spring Meeting, April 2008).

**Asymmetrical Threat and WMDs** (Federal Bureau of Investigation and The MITRE Corporation, April 2008).

**Detention Best Practices:  A Systems Approach** (The MITRE Corporation, March 2008).

**Bankruptcy as Civil Remedy** (Northern Virginia Bankruptcy Bar Association, March 2008).

**Chapter 13 and Home Mortgages:  Subprime Mortgages Through the Lens of Bankruptcy** (Northern Virginia Bankruptcy Bar Association March 2008).

**Threat Assessment:  A Robust Approach in the Nature of Non-State Actors** (The MITRE Corporation, February 2008).

**Prison Reform v. Prison Efficiency** (The MITRE Corporation, February 2008).

**The Myths of Open Source Intelligence** (The MITRE Corporation, February 2008).

**Analysis of Open Source** (Department of Homeland Security, December 2007).

**Policing Best Practices** (The MITRE Corporation, December 2007).

**Director and Officer Liability in Failing Businesses** (Oklahoma Bankruptcy Bar Association Annual Meeting December 2007).

**Limited Liability Companies in Bankruptcy** (Oklahoma Bankruptcy Bar Association Annual Meeting December 2007).

**The Nature of the Terrorist Threat** (Conference Board of Canada – Targeting the World's Transportation Systems, November 2007).

**Human Terrain:  Cultural Awareness in OEF and OIF** (United States Central Command, October 2007).

**Project Jericho:  Collection, Management, and Understanding of OSI** (Department of Homeland Security, July 2007).

**An Hour + of Tax with Professor Jack Williams & Friends** (Association of Insolvency and Restructuring Advisory, June 2007).

**The Detection of Antiquities Laundering** (Department of Homeland Security, June 2007).

**Jihadist Use of Media** (Department of Homeland Security, May 2007).

**Authority and the Role of Perceived Religious Authorities Under Islamic Law in Terrorist Operations** (Central Intelligence Agency, April 2007).

**Emerging Threats to US Energy Infrastructure** (Department of Energy, April 2007).

**Al-Qaida Strategic Threats to the International Energy Infrastructure** (Carleton University – Ottawa Center for Infrastructure Protection, March 2007).

**Threats to the Oil and Gas Industry and the Legal and Regulatory Response** (National Petro-Chemical and Refinery Association, March 2007).

**Special Tax Issues of LLC under Bankruptcy Court Jurisdiction** (National Association of Bankruptcy Trustees Annual Conference, March 2007).

**Judicial Activism and Authority Under Islamic Law** (Department of Homeland Security, March 2007).

**Project Jericho:  Threat Assessment and the Role of Fatwas** (Department of Homeland Security, January 2007).

***Who Owns the Back of a Baseball Card**,* Los Angeles Times Op-Ed Page, August 21, 2006.

**Al-Qa'ida and Terror Threat Profiles: A Bayesian Analysis** (Central Intelligence Agency, 2006).

**A Comparative Approach to Best Practices in Policing and Detention** (The MITRE Corporation, 2006).

**Hezbollah and the Iranian Strategic Threat** (Department of Homeland Security, 2006).

**Open Source Intelligence Analysis** (The MITRE Corporation, 2006).

**Constitutional Issues Posed by the 2005 Amendments: Peonage and Involuntary Chapter 11 Cases** (American Bankruptcy Institute New York Conference, 2006).

**Bankruptcy Cases and the Supreme Court** (American Bankruptcy Institute Southeast Regional Conference, 2006).

**Trading Orders and NOLs** (Association of Insolvency and Restructuring Advisors Annual Meeting, 2006).

**One Year Under the New Bankruptcy Act: A Business Appraisal** (American Bankruptcy Institute Southeast Regional Conference, 2006).

**Tax-Free Spin-Offs** (BDO Seidman, LLP Continuing Education Conference, 2006).

**Cancellation of Indebtedness Income: Current Issues Under Section 108** (BDO Seidman, LLP Continuing Education Conference, 2006).

**Preservation of NOLs in Bankruptcy Cases** (BDO Seidman, LLP Continuing Education Conference, 2006).

**Project Jericho: A Process-Sensitive Approach to Intelligence Analysis** (Department of Homeland Security, 2006).

**A Cultural and Religious Assessment of Islamist Terrorist Groups** (Central Intelligence Agency, 2006).

**Terrorist Money-Laundering and Financing** (Department of Homeland Security, 2006).

**A Threat Assessment of Petroleum-Related Targets** (Department of Homeland Security, 2006).

**Religious Authority and Targeting Petroleum-Related Interests** (The MITRE Corporation, 2006).

**A Convergence of Threats on Petroleum-Related Interests** (American Petroleum Institute, 2006).

**Religious Authority and the Use of CBRNE** (Department of Homeland Security ,2006).

**Statistical Analysis of Threat: A Probabilistic Approach** (Department of Homeland Security, 2006).

**Pipeline Threats** (Department of Homeland Security, 2006).

**Development of Radicalization Metrics: When Movements Go Hot** (Department of Homeland Security, 2006).

**Project Jericho: Open Source Intelligence Platform** (Department of Homeland Security, 2006).

**Project Jericho: A Process-Sensitive Approach to Intelligence Analysis** (Department of Homeland Security, 2005).

**Manipulating Terror-Content on the Internet:  How Terrorist Groups Use and Hide Information on the Internet** (Department of Homeland Security, 2005).

**Risk, Targeting Strategies and Attack Means** (Upstate South Carolina Environmental Safety and Health Conference, 2005).

**Tactical and Operational Responses (Near Term) to IED's in OIF** (Defense Science Board IED Task Force, 2005).

**Strategic Responses to Insurgencies in Iraq:  An Assessment of IED Issues Posed by OIF** (Defense Science Board IED Task Force, 2005).

**The Morphing of al-Qaida** (Central Intelligence Agency, 2005).

**A Comparative Analysis of Policing and Detention:  An Israel and Turkey Case Study** (The MITRE Corporation, 2005).

**Radicalization of Movements Within Islam and the Development of Threats Both to the US and Abroad** (Central Intelligence Agency, 2005).

**An Analysis of al-Qaida's Threat to the United States** (Central Intelligence Agency, 2005).

**The "Americanization" of Radical Islam and the Courageous Response of Moderate and Reformist Muslims** (MITRE Corporation and Georgia State University, 2005).

**The Radicalization of Islam and its Influence in the Middle East and the South Pacific** (Marine Corps Intelligence Agency, 2005).

**The Radicalization of Islam in Europe:  An Analysis of Influences and Clusters** (The MITRE Corporation and Marine Corps Intelligence Agency, 2005).

**The Radicalization of Islam in the United States:  Trends and Developments Over the Last Twenty Years** (The MITRE Corporation and Emory University, 2005).

**Al-Qaida Targeting Strategies:  An Open Source Assessment** (Department of Homeland Security, 2005).

**A Comparative Approach to the Use of OSI:  A Critique of How Our Allies in the War on Terror Use and Abuse It** (The MITRE Corporation and Georgia State University, 2005).

**The Use of Emerging and Existing Information Technologies by Terrorist Groups** (The MITRE Corporation, 2005).

**Radical Islamist Movements in the United States and the Courageous Response of Moderate and Reformist Muslims** (Department of Homeland Security, 2005).

**How Terrorist Use Publicly Available Documents and Information to Assess Targets and Vulnerabilities:  Studies in the Chemical and Energy Sectors** (The MITRE Corporation 2005).

**Your Plant May be Someone's Target:  Physical Security and Terrorist Threat** (ASIS September Meeting – D.C. Chapter, 2005).

**Terrorist Threats to the Chemical Industry** (American Chemistry Council Annual Meeting 2005) (Keynote Address).

**Tension Points in the Bankruptcy Abuse Prevention and Consumer Protection Act of 2005 for Consumer Debtors** (American Bankruptcy Institute Southeast Regional Bankruptcy Workshop, 2005) (with Susan Seabury).

**Tax Issues Under the 2005 Amendments to the Bankruptcy Code** (Oklahoma Bar Association – Bankruptcy Section 2005).

**The Battle Within Islam I-IV** (The MITRE Corporation, 2005).

**The Battle Within Islam V-VIII** (The MITRE Corporation, 2005).

**Historical, Tribal, and Legal Influences on Terror in the Name of Islam** (The MITRE Corporation, 2005).

**Terror in Motion:  A Study of Al-Qaida and a Reasoned Strategic Response** (The MITRE Corporation, 2005).

**An Analysis of al-Qaida Media Communications:  2002-2004** (Department of Homeland Security, 2004).

**An Analysis of Fatwas as Rules of Engagement** (Department of Homeland Security, 2004).

**Strategic Threat Assessment** (Department of Homeland Security, 2004).

**Role of Islamic Clerics and Religious Scholars in Setting Rules of Engagement** (The MITRE Corporation, 2004).

**Red Cell Activity:  Threat Assessment of and Countermeasures for the G-8 Summit** (Department of Homeland Security, 2004).

**Red Cell Activity:  Threat Assessment of and Countermeasures for the Super Bowl** (Department of Homeland Security, 2004).

**Red Cell Activity:  Using Computer Simulation Models to Test Counter-Terrorist Techniques** (Department of Homeland Security, 2004).

**The Misuse of Women and Children In Terrorist Activity Under Islamic Law** (Department of Homeland Security, 2004).

**Strategic Threat Assessment** (Department of Homeland Security, 2004).

**The Morphing of Al-Qaida** (Department of Homeland Security, 2004).

**Perfection of Liens** (Region 21 Bankruptcy Trustee Training Session) (January 2004).

**Piercing the Corporate Veil and Adequate Capitalization Requirements** (AICPA Meeting, October 2003) (with Glenn Pomerantz).

Curriculum Vitae of Jack F. Williams
Page 23

**Hot Issues in Bankruptcy and Commercial Lending** (Association of Commercial and Finance Attorneys, May 2003) (with Susan H. Seabury).

**Ethical Issues Faced by In-House Counsel in the Commercial Lending Practice** (Association of Commercial and Finance Attorneys, May 2003).

**Excessive Compensation:  A Critique** (Society of Business Editors and Writers, April 2003).

**Tax Issues in Bankruptcy** (ABI Annual Meeting, April 2003).

**Consumer Bankruptcy Nuts and Bolts** (American Bankruptcy Institute Annual Spring Meeting, April 2003).

**Sovereign Immunity in Bankruptcy** (American Bankruptcy Institute Annual Spring Meeting, April 2003).

**Life Just Got Worse:  The Interface of Domestic Relations with Bankruptcy Law** (Southeastern Bankruptcy Law Institute, March 2003) (with Susan H. Seabury).

**Bankruptcy and Taxes** (Southeastern Bankruptcy Law Institute March 2003).

**Business Bankruptcy Hot Topics** (American Bankruptcy Institute Annual Spring Meeting, March 2003) (with Susan H. Seabury).

**Consumer Issues:  Year in Review** (American Bankruptcy Institute Annual Spring Meeting, March 2003) (with Susan H. Seabury).

**The Year in Review:  Professional Responsibility and Ethics** (American Bankruptcy Institute Annual Spring Meeting, March 2003) (with Susan H. Seabury).

**Financial Testimony in Bankruptcy After Daubert** (Georgia Bankruptcy Bar Association, February 2003) (with Susan H. Seabury).

**Sarbanes-Oxley:  A Policy Critique** (The Seminar Group, February 2003) (with Susan H. Seabury).

**Bankruptcy Year in Review – 2002** (Atlanta Bankruptcy Bar Association, January 2003) (with Susan H. Seabury).

**Bankruptcy and Taxes:  COD Income** (Southeastern Tax Institute, December 2002).

**What Did Congress Have in Mind in Enacting Sarbanes-Oxley?** (Federalist Society – Atlanta Lawyers Chapter, November 2002).

**The Use and Abuse of Islamic Law in Terrorism** (Ohio Bankruptcy Bar Association, October 2002).

**Economic Consequences of Terrorism: A Bankruptcy Lawyer's Response** (Georgia Bar Association, January 2002).

**Bankruptcy Year in Review – 2001** (Atlanta Bankruptcy Bar Association, January 2002).

**Tracking the Finances of Terrorist Organizations** (Oklahoma Bar Association, December 2001).

**The Economic Consequences of Terrorist Attacks** (American Bankruptcy Institute Winter Leadership Conference, November 2001).

**Al-Qaeda: Its Logistical, Financial and Operational Arms** (Federalist Society – Georgia State University, 2001).

**Homeland Security: A Systems Approach** (Federalist Society – Georgia State University, 2001).

**Project Jericho: The Use of Computer Models to Predict Future Terrorist Activity** (Federalist Society – Georgia State University, 2001).

***Daubert* and *Kumho Tire*: The Bankruptcy Court's Role in Assessing Expert Financial Testimony** (American Bankruptcy Institute Winter Leadership Conference ,2001).

**Bankruptcy Tax Provisions in the New Bankruptcy Bill** (American Bankruptcy Institute Teleseminar, 2001).

**Bankruptcy Ethics, Disinterestedness, and Indemnifications** (American Bankruptcy Institute New York Conference, 2001).

**Pitfalls and Lessons in the New Bankruptcy Tax Bill** (American Bankruptcy Institute Annual Spring Meeting, 2001).

**The Use of Statistical Techniques in Constructing Damages Models** (Georgia State University College of Law – Federalist Society, 2001).

**Emerging Issues of Liability of Officers, Directors, And Professionals of Corporate Debtors Operating in the Zone of Insolvency** (Southeastern Bankruptcy Law Institute, 2001).

**Current Preference Issues** (Southeastern Bankruptcy Law Institute, 2001**).**

**Bankruptcy Year in Review – 2000** (Atlanta Bar Association, 2001).

**The Use of Classification and Regression Tree Analysis to Identify Islamist Terrorists** (Federalist Society – Georgia State University, 2000).

**Project Jericho: The Use of Computer Models to Predict Future Terrorist Activity** (Federalist Society – Georgia State University, 2000).

**Urban Policing:  Best Practices** (St. John's Law School, 2000).

**Running Prisons with Funds Reductions** (St. John's Law School, 2000).

**Law, Duties, and Damages Methodologies in Insolvent Corporation Scenarios** (Long Island Chapter of Turnaround Managers Association, 2000).

**A Primer on Bankruptcy Taxation** (Nassau and Suffolk County Bar Associations, 1999).

**The Growing Threat of Islamic Terrorism: Al-Qaeda, Egyptian Islamic Jihad, and Others** (St. John's University School of Law, 1999).

**S Corporations in Bankruptcy** (BDO Seidman, LLP CPE Program, 1999).

**Ethical Duties of Insolvent Corporation to Creditors** (Georgia Bar and Georgia State University College of Law ,1999).

**Food Distribution: Failure of Integration in a Merger Frenzy** (Georgia State University Law and Business Schools, 1999).

**Indian Gaming** (Federalist Society, Georgia State University and Emory University, 1999).

**Defenses to Preferences** (Georgia Bar and Georgia State University, 1998).

**"But-For" and Other Commercial Damages Calculations** (Georgia State University Law and Business School, 1998).

**Proving Insolvency Under the Bankruptcy Code** (Federalist Society, Georgia State University, 1998).

**Indian Tribal Customs and Their Influence on Tribal Law: The Choctaw Perspective** (Georgia State University, 1998).

**A History of Food and Drug Distribution in America** (Federalist Society, Georgia State University, 1998).

**Why Al-Qaeda is Not Through with the World Trade Center Just Yet** (Georgia State University College of Law, 1998).

**Intermodal Transportation and Food Distribution Systems** (Federalist Society, Georgia State University College of Law, 1997).

**Student Handbook on Law and Statistics** (Georgia State University, 1997).

**Safety/Risk Management Manual** (Georgia State University Recreation Services, 1997).

**Gender Equity for Women's Sports Coaches** (Georgia State University Sports Administration Graduate Program, 1996).

***Freezing Funds to Preserve a Right to Setoff***, 12-5-95 WLN 12231.

**Title IX: An Introduction** (Georgia State University Sports Administration Graduate Program, 1995).

**Handbook on Tax Aspects of Bankruptcy** (Georgia State University College of Law Tax Clinic, 1994).

**Tax Issues in Bankruptcy Law & Procedure** (Advanced Federal Tax Symposium, 1993) (with C. Richard McQueen).

*The Tax Consequences of Abandonment*, <u>collected</u> <u>in</u> Hot Spots in Bankruptcy Tax (American Bankruptcy Institute, 1993).

**A Concise History of Islamic Terrorist Movements and Why That is Important to America** (Emory University, 1993).

*The Separate Entity Rules:  A Section 1398 Primer*, <u>collected</u> <u>in</u> Hot Spots in Bankruptcy Tax (American Bankruptcy Institute, 1993).

**Insolvency Issues Generated by The Application of Fraudulent Transfer Law to Intercorporate Guaranties** (ABA Section of Business Law, David R. Weinstein and Jack F. Williams eds. 1992).

**Application of Fraudulent Transfer Laws to Intercorporate Guaranties** (ABA Section of Business Law, David R. Weinstein and Jack F. Williams eds., 1991).

*The Recurrence of Prebankruptcy Transfers in the Computer Industry: Fraudulent Transfer and Preference Risks Revisited*, <u>collected</u> <u>in</u> **Computer Industry Bankruptcy Issues: Trends In The Law** (ABA Section of Science & Technology, Brinson ed., 1990).

**Homeland Defense: A Need for Critical Thought** (Southern Methodist University, 1989).

**The Legal Issues Associated with International Terrorism** (George Washington University School of Law, 1985).

**Profiling Terrorists: A CART Approach to the Problem** (George Washington University School of Law, 1984).

**The Palestinian Liberation Organization (PLO): A Study in Terror** (University of Oklahoma, 1982).

**The Vulnerability of Ports and Harbors to Terrorist Attacks** (United States Coast Guard Academy, 1980).

**The History and Politics of Islamic Terrorism** (United States Coast Guard Academy, 1979).

## PRESENTATIONS (all invited)

**Panelist, Are You Living Your Best Life? An Interactive Session for Young Professionals (and those Mid-Career) Discussing Careers, Training, Goals, and The Meaning of Life** (40th Association of Insolvency and Restructuring Advisors Annual Conference, June 2024).

**Panelist, Hot Topics in Bankruptcy Taxation** (40th Association of Insolvency and Restructuring Advisors Annual Conference, June 2024).

**Speaker, Those Things Worth Believing: Professionalism and the Search for the Personal Why** (38th Annual Advanced Bankruptcy Seminar CLE, December 2023).

**Speaker, "Proclaim Liberty Throughout the Land": Moral Predicate of Bankruptcy Discharge** (Georgia Bar Bankruptcy Section: ICLE Consumer & Business Bankruptcy Institute, December 2023).

**Panelist, Hot Topics in State and Local Bankruptcy Taxation: A Potpourri of Topics** (National Association of Attorneys General, October 2023).

**Panelist, Bankruptcy Taxation** (Association of Insolvency and Restructuring Advisors Annual Conference, June 2023).

**Panelist, Procrustes Challenge – Designing Mass Tort Settlement Trusts and TDPs: One Size Does Not Fit All** (Association of Insolvency and Restructuring Advisors Annual Conference, June 2023).

**Panelist, Avoidance Actions** (National Association of Attorneys General, November 2022).

**Panelist, Procrustes Challenge – Designing Mass Tort Settlement Trusts and TDPs: One Size Does Not Fit All** (Association of Insolvency and Restructuring Advisors, October 2022).

**Speaker, Indigenizing the Curriculum: Business Associations and Bankruptcy** (University of Idaho College of Law, November 2021).

**Speaker, Avoidance Powers** (National Association of Attorneys General, Bankruptcy Conference, October 2021).

**Speaker, Bankruptcy Tax** (US DOJ Executive Office of US Trustee, March 2021).

**Speaker, Bankruptcy Tax** (US DOJ Executive Office of US Trustee, February 2021).

**Speaker, Shelley's Frankenstein and Bankruptcy Tax: A Study in Monsters** (Oklahoma Bar Association Annual Conference, December 2020).

**Panelist, Cases under Sub V of Chapter 11** (National Association of Bankruptcy Trustees, November 2020).

**Panelist, Avoidance Actions and Turnover: Remedies and Defenses** (National Association of Attorneys General, November 2020).

**Speaker, Bankruptcy Tax and the Individual Debtor** (The Georgia Society of CPAs – Atlanta Tax Forum Society, October 2020).

**Speaker, The Moral Predicate to the Discharge in Bankruptcy** (Oklahoma Bar Association Annual Conference, Oklahoma City, OK, December 2019).

**Panelist, The Ramifications of Covenant-Lite Structures** (American Bankruptcy Institute Annual Spring Meeting, Washington, DC, April 2019).

**Panelist, The Challenges of Business Succession Planning** (GSU Law Chapter Federalist Society, Atlanta, GA, April 2019).

**Panelist, Sharia (Islamic Law) Compliant Financial Transactions** (Middle East Studies Center, GSU Global Studies Institute, GSU Law Chapter Federalist Society, Atlanta, GA, March 2019).

**Speaker, Teaching Valuation to Bankruptcy Lawyers and other Unnatural Acts** (Oklahoma Bankruptcy Bar Association Annual Conference, Oklahoma City, OK, December 2018).

**Speaker, Taxes and Fraudulent Transfers** (Association of Insolvency and Restructuring Advisors 34th Annual Conference, Nashville, TN, June 2018).

**Panelist, Valuations – Art or Science?  Where We've Been and Where We're Going** (VALCON, Las Vegas, Nevada, May 2018),

**Speaker, Frankenstein and the Law:  Celebrating the 200th Anniversary of Shelley's Work** (Southern District of Texas Bankruptcy Bench and Bar Conference, Corpus Christi, Texas, May 2018).

**Speaker, Tribal Sovereignty and Dignity** (Georgia State University April 2018).

**Presenter, The Trump Economy:  Where it's Going and What it Means for Bankruptcy Professionals** (Southeastern Bankruptcy Law Institute, Atlanta, Georgia, March 2018).

**Panelist, Financial Distress Autopsy: Business and Legal Issues** (Southeastern Bankruptcy Law Institute, Atlanta, Georgia, March 2018).

**Panelist, Shelley's Frankenstein and the Lessons of Morality** (Georgia State University Health Law Program February 2018).

**Panelist, Clash of the Codes: Bankruptcy Tax Made Simple** (42nd Annual Alexander L. Paskay Memorial Bankruptcy Seminar Jan. 2018).

**Speaker, Green Pastures, Green Peace, Green Mail, Green Day, Greens, Green Fees, Green Wave & Green Slips: Reasonably Equivalent Value and Fraudulent Transfer Law (with a small detour to contemplate notice and bankruptcy practice)** (Oklahoma Bankruptcy Bar Association Annual Conference December 2017).

**Panelist, Avoidance Powers Litigation** (National Association of Attorneys General Annual Conference, Savannah, Georgia, November 2017).

**Panelist, Ensuring Your Claims Get Paid** (National Association of Attorneys General Annual Conference, Savannah, Georgia, November 2017).

**Speaker, Pitfalls and Risks of Attempts to Avoid Creditors Through Self-Settled Trusts, Asset Protection and Spendthrift Trust** (Metro Atlanta Consumer Bankruptcy Attorney's Group/The W. Homer Drake, Jr. Georgia Bankruptcy American Inn of Court October 2017).

**Panelist, Director and Officer Best Practices** (National Conference of Bankruptcy Judges October 2017).

**Panelist, Seaside Chat: Notice and Due Process Challenges in Bankruptcy Practice** (American Bankruptcy Institute Northeast Workshop July 2017).

**Speaker, Insolvency Exception to COD Recognition** and **Panelist, Bankruptcy Tax Hot Topics** (Association of Insolvency and Restructuring Advisors June 2017).

**Panelist, Defending Your Expert Report in a Daubert Challenge** (VALCON March 2017).

**Speaker, Bankruptcy Taxation** (Oklahoma Bankruptcy Bar Association December 2016).

**Speaker, ISIS: How Western Neglect Propped Up a Shallow Claim to the Caliphate** (GSU November 2016).

**Panelist, Valuation of Intellectual Property** (Association of Insolvency and Restructuring Advisors November 2016).

**Speaker, Al-Qaida's Prominence in Yemen:  The Existential Danger Emerges** (GSU October 2016).

**Speaker, Homeland Security and Critical Infrastructure Protection: The Next New Wave of Militant Islamist Threats** (GSU September 2016).

**Panelist, Bankruptcy with a Twist of Tax** (American Bankruptcy Institute Southeastern Regional Conference July 2016).

**Panelist, Tax and Bankruptcy** (American Bankruptcy Institute Annual Meeting April 2016).

**Speaker, Individual Debtors and a Twist of Tax** (Southeastern Bankruptcy Law Institute March 2016).

**Panelist, Valuation Expert Testimony** (Southeastern Bankruptcy Law Institute March 2016)(with Judge Michael Williamson).

**Keynote Speaker, *Servicemembers and Debt:  The New Challenge*** (St. John's University School of Law October 2015).

**Speaker, *Chapter 13:  Hot Topics and Cool Challenges*** (Oklahoma Bar Association Bankruptcy Section September 2015).

**Speaker, *Futures Markets: Past and Really Ancient*** (Georgia State University September 2015)

**Panelist, *The Tax Man Cometh:  Bankruptcy Taxation*** (ABI Southeastern Workshop July 2015).

**Presenter, *Bankruptcy & Tax Attributes*** (Georgia Bar Association – Taxation Section January 2015).

**Speaker, *Bankruptcy Professionalism and Email Etiquette*** (Oklahoma Bar Association Bankruptcy Section December 2014).

**Panelist, *Bankruptcy Taxation*** (Hudson Valley Bankruptcy Bar Association September 2014).

**Speaker, *Corporate Inversions in the Energy Sector:  What's a Country to Do?*** (GSU September 2014).

**Presenter, *Intellectual Property Damages and Valuation*** (GSU Federalist Society September 2014).

**Panelist, *Market Evidence on Valuation: A Debate*** (UPENN February 2014).

**Speaker, *Bankruptcy Professionalism and a Virtuous Character*** (Oklahoma Bar Association Bankruptcy Section December 2013).

**Panelist,** ***Game Theory and Chapter 11 Reorganizations*** (AIRA/NCBJ Annual Conference Atlanta, GA October 2013).

**Presenter,** ***Intellectual Property Damages and Valuation*** (GSU Federalist Society October 2013).

**Moderator,** ***What's Happening in Syria*** (GSU Middle East Institute September 2013).

**Presenter,** ***Copyright and Unfair Trade Damages*** (GSU Business School September 2013).

**Presenter,** ***Bankruptcy Tax Issues:  Lien Subordination in Chapter 7*** (NABT Annual Meeting August 2013).

**Presenter,** ***Bankruptcy Ethics*** (NABT Annual Meeting August 2013).

**Presenter,** ***The Nondischargeability and Priority of Taxes in Bankruptcy*** (Hon. Joe Lee Institute/University of Kentucky Continuing Education June 2013).

**Presenter,** ***Selected Issues on Bankruptcy and Tax*** (ABI Annual Meeting Tax Section April 2013).

**Presenter,** ***Bankruptcy Tax Issues in Individual Debtor Cases – Fraud and Non-Filers*** (Stetson/ABI Conference March 2013).

**Presenter,** The ***Nondischargeability and Priority of Taxes in Bankruptcy*** (University of Mississippi College of Law Continuing Education February 2013).

**Presenter,** ***Bankruptcy Tax Issues Associated with Individual Debtor Bankruptcy Cases*** (Georgia Bar Association September 2012)

**Presenter,** ***Reading the Bankruptcy Code*** (Oklahoma Bar Association – December 2012).

**Presenter,** ***United States v. Hall*** (Chapter 12 Trustees Association 2012 – Atlanta, GA).

**Panelist,** ***Consumer Bankruptcy Issues:  Hot Topics*** (Federal Judicial Center 2012 – Santa Fe, NM).

**Panelist,** ***Consumer Bankruptcy Issues:  Hot Topics*** (Federal Judicial Center 2012 – Charleston, SC).

**Panelist,** ***Section 363 Sales and Ethics*** (ABI Annual Meeting 2012 – DC).

**Panelist,** ***Consumer and Business Bankruptcy: Mortgages and Non-Dischargeable Taxes*** (Institute of Continuing Legal Education in Georgia 2012) (with Basil Mattingly).

**Presenter,** ***Dischargeability of Taxes in Chapter 7 and Chapter 13*** **(**SBLI Atlanta March 2012).

**Presenter,** ***Tax Issues that Impact Bankruptcy Cases*** (SBLI Atlanta March 2012).

**Speaker,** ***Ethical Issues Associated with Cloud Computing and Social Networking*** (Oklahoma Bar Association, December 2011).

Curriculum Vitae of Jack F. Williams
Page 31

Panelist, *Section 363 Sales, Cramming Up and Down, and Liquidating Assets of an Insolvent Company* (McKenna Long Aldridge LLP Sixth Annual Buying Trouble Conference, October 2011).

Panelist, *Practioner's Toolbox* (AIRA June 2011).

Panelist, *Small Business Bankruptcies and Chapter 12* (AIRA June 2011).

Panelist, *Legal and Financial Issues Relating to In re TOUSA* (TMA March 2011).

Instructor, *Bankruptcy Financial and Accounting for Judges and Law Clerks* (Byrne Judicial Clerkship Institute Pepperdine University School of Law, March 2011).

Panelist, *Fraudulent Conveyances: More than Just a Theoretical Risk in Structuring Loans and Guarantees* (Emory Bankruptcy Developments Journal Symposium, March 2011).

Presenter, *Ponzi Schemes and Bankruptcy* (Oklahoma Bar Association December 2010).

Panelist, *Corporate Governance in Bankruptcy* (American College of Bankruptcy November 2010).

Panelist, *AIRA Financial Toolbox: Distressed Businesses* (AIRA June 2010).

Presenter, *Residential Real Estate Mortgage Meltdown* (Georgia State University Federalist Society April 2010).

Presenter, *Tax Issues in Bankruptcy Practice* (Southeastern Bankruptcy Law Institute March 2010).

Presenter, *Single Asset Real Estate Cases* (Southeastern Bankruptcy Law Institute March 2010).

Presenter, *Bankruptcy Tax: Five Rules that Every Practitioner Should Know* (Oklahoma Bar Association Dec. 2009).

Presenter, *Distressed Real Estate* (Georgia Bar Association Fall 2009).

Moderator/Panelist, *Ponzi Schemes and Fraud* (Southeast ABI August 2009).

Presenter, *Force Majuere and Material Adverse Change Clauses* (Chadbourne and Park June 2009).

Lecturer, *Reading Bankruptcy Cases* (Northern Virginia Bankruptcy Bar Association May 2009).

Lecturer, *General Bankruptcy Fundamentals* (ABI Annual Meeting April 2009).

Panelist, *Case Law Update on Daubert and Business Valuation in Bankruptcy* (VALCON University of Texas, AIRA, ABI March 2009).

Lecturer, *Ethics in Bankruptcy* (ABI Winter Leadership Conference December 2008).

Lecturer, *General Bankruptcy Fundamentals* (ABI Judicial Clerk Conference October 2008).

**Lecturer,** *Plenary Session: Case Law Update* (Mid-West ABI October 2009).

**Lecturer,** *Islamic Law: Modern Challenges in Dealing with Revealed Jurisprudence* (Georgia State University Middle East Institute Fall 2008).

**Lecturer,** *Islamic Commercial Law: Usury, Partnerships, and Joint Ventures* (Georgia State University Middle East Institute Fall 2008).

**Lecturer,** *Breakfast and Plenary Session: When Circuits Collide—Revisited* (Mid-Atlantic ABI July 2008).

**Lecturer,** *Tax Issues in Bankruptcy* (Southeast ABI July 2008).

**Lecturer,** *Seaside Chat: Daubert and Valuation Testimony in Bankruptcy* (Northeast ABI July 2008).

**Lecturer,** *Business Valuations, Insolvency, and Deepening Insolvency* (AIRA Annual Meeting June 2008).

**Lecturer,** *The State of the Business of Bankruptcy: Keynote Address (*AIRA Annual Meeting June 2008).

**Lecturer,** *General Bankruptcy Fundamentals* (ABI Annual Meeting May 2008).

**Lecturer,** *Bankruptcy Reform Redux* (ABI Annual Meeting April 2008).

**Lecturer,** *General Bankruptcy Fundamentals* (ABI Annual Meeting April 2008).

**Lecturer,** *Bankruptcy Taxation and the Mortgage Meltdown* (ABI Annual Meeting April 2008).

**Lecturer,** *Asymmetrical Threat and WMDs* (FBI and MITRE April 2008).

**Lecturer,** *Bankruptcy Law, Tax, Accounting, and Financial Issues in a Turnaround* (AIRA Conference June 2008).

**Lecturer,** *Business Valuations, Insolvency, and Deepening Insolvency* (AIRA Annual Conference June 2008).

**Lecturer,** *The State of the Business of Bankruptcy: Keynote Address* (AIRA Annual Conference June 2008).

**Lecturer,** *Exit Financing and Chapter 11 Bankruptcy Cases* (ABI Webinar March 2008).

**Lecturer,** *Bankruptcy as Civil Remedy* (Northern Virginia Bankruptcy Bar Association March 2008).

**Lecturer,** *Chapter 13 and Home Mortgages: Subprime Mortgages Through the Lens of Bankruptcy* (Northern Virginia Bankruptcy Bar Association March 2008).

**Lecturer,** *Threat Assessment: A Robust Approach in the Nature of Non-State Actors* (MITRE February 2008).

**Lecturer,** ***The Myths of Open Source Intelligence*** (MITRE February 20-08).

**Presenter,** ***Analysis of Open Source Intelligence*** (DHS December 2007).

**Presenter,** ***Director and Officer Liability in Failing Businesses*** (Oklahoma Bankruptcy Bar Association Annual Meeting December 2007).

**Presenter,** ***Limited Liability Companies in Bankruptcy*** (Oklahoma Bankruptcy Bar Association Annual Meeting December 2007).

**Keynote Speaker,** ***The Nature of the Terrorist Threat*** (Conference Board of Canada – Targeting the World's Transportation Systems:  November 2007).

**Presenter,** ***Human Terrain Assessments:  Iraqi and Afghani Cultural Awareness*** (USCENTCOM November 2007).

**Panelist,** ***Hot Button Chapter 13 Issues*** (National Conference of Bankruptcy Judges – ABI Workshop November 2007).

**Moderator,** ***Daubert and Expert Financial Testimony in Bankruptcy*** (National Conference of Bankruptcy Judges – AIRA Breakfast November 2007).

**Moderator,** ***Update on Distressed Business Valuation Cases in Bankruptcy*** (AIRA – NYC September 2007).

**Presenter,** ***Insolvency*** (BDO Seidman, LLP Advanced Workshop July 2007).

**Presenter,** ***Distressed Business Valuations*** (BDO Seidman, LLP Advanced Workshop July 2007).

**Keynote Speaker,** ***Daubert Requirements in Bankruptcy Trials*** (AIRA Annual Meeting June 2007).

**Panelist,** ***Bankruptcy Taxation*** (AIRA Annual Meeting June 2007).

**Presenter,** ***Terrorism Threats to Petroleum Industry:  A Strategic Look at the Problem*** (ConocoPhillips Security Summit June 2007).

**Presenter,** ***Statistical Techniques and Best Practices in Credit Management*** (NACM April 2007).

**Presenter,** ***Authority and the Role of Perceived Religious Authorities Under Islamic Law in Terrorist Operations*** (CIA April 2007).

**Presenter,** ***Emerging Threats to US Energy Infrastructure*** (Department of Energy April 2007).

**Presenter,** ***Al-Qaida Strategic Threats to the International Energy Infrastructure*** (Carlton University – Ottawa Center for Infrastructure Protection March 2007).

**Presenter,** ***Threats to the Oil and Gas Industry and the Legal and Regulatory Response*** (National Petro-Chemical and Refinery Association March 2007).

Curriculum Vitae of Jack F. Williams
Page 34

**Presenter,** *Special Tax Issues of LLC under Bankruptcy Court Jurisdiction* (National Association of Bankruptcy Attorneys Annual Conference March 2007).

**Presenter,** *Judicial Activism and Authority Under Islamic Law* (Department of Homeland Security March 2007).

**Presenter,** *Project Jericho:  Threat Assessment and the Role of Fatwas* (Department of Homeland Security January 2007).

**Presenter,** *Coming Revenue Revolution in Sports***,** Willamette Law Review Sports Law Symposium (2006).

**Presenter**, *Al-Qai'da and Terror Threat Profiles: A Bayesian Analysis* (CIA 2006).

**Presenter,** *Hezbollah and the Iranian Strategic Threat* (Department of Homeland Security 2006).

**Presenter,** *Open Source Intelligence Analysis* (The MITRE Corporation 2006).

**Presenter,** *Constitutional Issues Posed by the 2005 Amendments:  Peonage and Involuntary Chapter 11 Cases* (New York American Bankruptcy Institute 2006).

**Panelist,** *Bankruptcy Cases and the Supreme Court* (Southeastern American Bankruptcy Institute 2006).

**Moderator,** *Trading Orders and NOLs* (AIRA 2006).

**Panelist,** *One Year Under the New Bankruptcy Act:  A Business Appraisal* (Southeastern American Bankruptcy Institute 2006).

**Presenter,** *Tax-Free Spin-Offs* (BDO Seidman, LLP Continuing Education Conference 2006).

**Presenter,** *Cancellation of Indebtedness Income:  Current Issues Under Section 108* (BDO Seidman, LLP Continuing Education Conference 2006).

**Presenter,** *Preservation of NOLs in Bankruptcy Cases* (BDO Seidman, LLP Continuing Education Conference 2006).

**Presenter,** *Project Jericho:  A Process-Sensitive Approach to Intelligence Analysis* (Department of Homeland Security 2006).

**Presenter,** *A Cultural and Religious Assessment of Islamist Terrorist Groups* (CIA 2006).

**Presenter,** *Terrorist Money-Laundering and Financing* (Department of Homeland Security 2006).

**Presenter,** *A Threat Assessment of Petroleum-Related Targets* (Department of Homeland Security 2006).

**Presenter,** *Religious Authority and Targeting Petroleum-Related Interests* (The MITRE Corporation 2006).

Curriculum Vitae of Jack F. Williams
Page 35

---

**Presenter,** *A Convergence of Threats on Petroleum-Related Interests* (American Petroleum Institute 2006).

**Presenter,** *Religious Authority and the Use of CBRNE* (Department of Homeland Security 2006).

**Presenter,** *Statistical Analysis of Threat:  A Probabilistic Approach* (Department of Homeland Security 2006).

**Presenter,** *Pipeline Threats* (Department of Homeland Security 2006).

**Presenter,** *Development of Radicalization Metrics:  When Movements Go Hot* (Department of Homeland Security 2006).

**Presenter,** *Project Jericho:  Open Source Intelligence Platform* (Department of Homeland Security 2006).

**Lecturer,** *Managing Open Accounts When Faced with Financial Distress or Bankruptcy* (National Association of Credit Managers 2006).

**Presenter,** *Project Jericho:  A Process-Sensitive Approach to Intelligence Analysis* (Department of Homeland Security 2005).

**Presenter,** *Manipulating Terror-Content on the Internet:  How Terrorist Groups Use and Hide Information on the Internet* (Department of Homeland Security 2005).

**Key Note Speaker,** *Risk, Targeting Strategies and Attack Means* (Upstate South Carolina Environmental Safety and Health Conference 2005).

**Panelist,** *Tactical and Operational Responses (Near Term) to IED's in OIF* (Defense Science Board IED Task Force 2005).

**Presenter,** *Strategic Responses to Insurgencies in Iraq:  An Assessment of IED Issues Posed by OIF* (Defense Science Board IED Task Force 2005).

**Presenter,** *The Morphing of al-Qaida* (CIA 2005).

**Presenter,** *Radicalization of Movements in the Name of Islam and the Development of Threats Both to the US and Abroad* (CIA 2005).

**Lecturer,** *An Analysis of al-Qaida's Threat to the United States* (CIA 2005).

**Lecturer,** *The "Americanization" of Radical Islam the Courageous Response of Moderate and Reformist Muslims* (MITRE Corporation and Georgia State University 2005).

**Lecturer,** *The Radicalization of Islam and its Influence in the Middle East and the South Pacific* (MCIA 2005).

**Lecturer,** *The Radicalization of Islam in Europe:  An Analysis of Influences and Clusters* (MITRE Corporation and MCIA 2005).

**Lecturer,** *The Radicalization of Islam in the United States:  Trends and Developments Over the Last Twenty Years* (MITRE Corporation and Emory University 2005).

**Presenter,** *Al-Qaida Targeting Strategies:   An Open Source Assessment* (Department of Homeland Security 2005).

**Lecturer,** *A Comparative Approach to the Use of OSI:  A Critique of How Our Allies in the War on Terror Use and Abuse It* (MITRE Corporation and Georgia State University 2005).

**Presenter,** *The Use of Emerging and Existing Information Technologies by Terrorist Groups* (MITRE Corporation 2005).

**Lecturer,** *Radical Islamist Movements in the United States and the Courageous Response of Moderate and Reformist Muslims* (Department of Homeland Security 2005).

**Lecturer,** *How Terrorist Use Publicly Available Documents and Information to Assess Targets and Vulnerabilities:  Studies in the Chemical and Energy Sectors* (MITRE Corporation 2005).

**Speaker,** *Your Plant May be Someone's Target:  Physical Security and Terrorist Threat* (ASIS September Meeting – D.C. Chapter 2005).

**Keynote Speaker,** *Terrorist Threats to the Chemical Industry* (American Chemical Council Annual Meeting 2005) (Keynote Address).

**Panelist,** *Tension Points in the Bankruptcy Abuse Prevention and Consumer Protection Act of 2005 for Consumer Debtors* (ABI Southeast Bankruptcy Workshop 2005).

**Panelist,** *Tension Points in the Bankruptcy Abuse Prevention and Consumer Protection Act of 2005 for Business Debtors* (ABI Southeast Bankruptcy Workshop 2005).

**Presenter,** *Tax Issues Under the 2005 Amendments to the Bankruptcy Code* (Oklahoma Bar Association – Bankruptcy Section 2005).

**Lecturer,** *Insurgency Within:  The Battle Within Islam I-VIII* (MITRE 2005).

**Lecturer,** *Historical, Tribal, and Legal Influences on Terror in the Name of Islam* (MITRE 2005).

**Lecturer,** *Terror in Motion:  A Study of Al-Qaida and a Reasoned Strategic Response* (MITRE 2005).

**Lecturer,** *Fraud in Credit* (National Association of Credit Managers 2005).

**Lecturer,** *Collection Policies and Practices – Best Practices* (National Association of Credit Managers 2005).

**Lecturer,** *Managing Accounts Receivable in the Shadow of Bankruptcy* (National Association of Credit Managers 2005).

**Lecturer,** *Financial Fraud and Money Laundering* (BDO Seidman, LLP CPE Program 2005).

**Panelist,** *Hot Topics in Business Bankruptcy After the 2005 Amendments to the Bankruptcy Code* (Association of Insolvency and Restructuring Advisors 2005).

Curriculum Vitae of Jack F. Williams
Page 37

Panelist, *Hot Topics in Bankruptcy Taxation After the 2005 Amendments to the Bankruptcy Code* (Association of Insolvency and Restructuring Advisors 2005).

Panelist, *Hot Topics in Executory Contracts and Unexpired Leases in Bankruptcy* (American Bar Association Bankruptcy Committee 2005).

Lecturer, *Emerging Issues for Chief Restructuring Officers* (National Bankruptcy Judges Conference, Nashville, Tennessee 2004).

Lecturer, *Identifying Terrorists and Predicting Terror Events* (El Groupo, Atlanta, Georgia 2004).

Lecturer, *Religious-Motivated Terrorism in a World of WMD's* (ASIS and Metropolitan Law Enforcement Association, Birmingham, Alabama 2004).

Lecturer, *Threat Assessment* (Southern Company Corporate Security Summit: Partnering for the Future, Sandestin, Florida 2004).

Lecturer, *Threats to Energy Infrastructure* (Southern Company Corporate Security Summit: Partnering for the Future, Sandestin, Florida 2004).

Lecturer, *Credit Management Best Practices* (Georgia State University Continuing Professional Education Program 2004).

Lecturer, *Perfection of Liens* (Region 21 Bankruptcy Trustee Training Session January 2004).

Lecturer, *Active Credit Management and Distressed Accounts* (Georgia Credit Managers October 2003).

Lecturer, *Creative Techniques in Assessing Ordinary Course Transactions* (Georgia Credit Managers October 2003).

Lecturer, *Hot Issues in Bankruptcy and Commercial Lending* (Association of Commercial and Finance Attorneys May 2003).

Panelist, *Ethical Issues in the Commercial Lending Practice* (Association of Commercial and Finance Attorneys May 2003).

Panelist, *Excessive Compensation* (Society of Business Editors and Writers April 2003).

Lecturer, *Tax Issues in Bankruptcy* (American Bankruptcy Institute Annual Meeting April 2003).

Panelist, *Consumer Bankruptcy Nuts and Bolts* (American Bankruptcy Institute Annual Meeting April 2003).

Lecturer, *Sovereign Immunity in Bankruptcy* (American Bankruptcy Institute Annual Meeting April 2003).

Lecturer, *Life Just Got Worse: The Interface of Domestic Relations with Bankruptcy Law* (Southeastern Bankruptcy Law Institute March 2003).

Curriculum Vitae of Jack F. Williams
Page 38

**Lecturer,** ***Bankruptcy and Taxes*** (Southeastern Bankruptcy Law Institute March 2003).

**Lecturer,** ***Financial Testimony in Bankruptcy After Daubert*** (Georgia Bankruptcy Bar Association February 2003).

**Panelist,** ***Sarbanes-Oxley:  A Policy Critique*** (The Seminar Group February 2003).

**Panelist,** ***Bankruptcy Year in Review – 2002*** (Atlanta Bankruptcy Bar Association January 2003).

**Lecturer,** ***Bankruptcy and Taxes:  COD Income*** (Southeastern Tax Institute December 2002).

**Lecturer,** ***What Did Congress Have in Mind in Enacting Sarbanes-Oxley?*** (Federalist Society – Atlanta Lawyers Chapter November 2002).

**Lecturer,** ***The Role of Islamic Law in Terrorism*** (Ohio Bankruptcy Bar Association October 2002).

**Lecturer and Coordinator,** ***Homeland Security and Counter Terrorism Symposium*** (Georgia State University College of Law, Atlanta, Georgia November 2002).

**Lecturer,** ***America's Response to Islamist Terrorism*** (Sixth Circuit – U.S. Court of Appeals Judicial Conference, Cleveland, Ohio June 2002).

**Lecturer,** ***Business Bankruptcy Review*** (AIRA Annual Convention May 2002).

**Lecturer,** ***Commercial Law Reform: Bankruptcy Taxation and Predatory Lending*** (ABI Annual Meeting April 2002).

**Lecturer,** ***Islamist Terrorism:  Threat and Threat Assessment*** (Atlanta Scholars Kollel, Atlanta, Georgia, April 2002).

**Lecturer,** ***Economic Consequences of Terrorism: A Bankruptcy Lawyer's Response*** (Georgia Bar Association January 2002).

**Panelist,** ***Integrating American Indian Law in the Traditional Commercial Law Curriculum*** (American Association of Law Schools – Section on American Indians and Indigenous Peoples January 2002).

**Panelist,** ***Bankruptcy Year in Review*** (Atlanta Bar Association 2002).

**Lecturer,** ***Tracking the Finances of Islamist Terrorist Organizations*** (Oklahoma Bar Association December 2001).

**Lecturer,** ***Georgia's Response to Predatory Lending*** (Georgia Federalist Society December 2001).

**Lecturer,** ***The Economic Consequences of Terrorist Attacks*** (American Bankruptcy Institute Winter Leadership Conference November 2001).

**Lecturer,** ***An Introduction to Classical Islam and the History of Islamist Terrorism*** (Beth Jacob Synagogue Speaker's Series October 2001).

**Lecturer**, *Al-Qaeda: Its Logistical, Financial and Operational Arms* (Federalist Society – Georgia State University 2001).

**Lecturer**, *Homeland Security: A Systems Approach* (Federalist Society – Georgia State University 2001).

**Presenter**, *Project Jericho: The Use of Computer Models to Predict Future Terrorist Activity* (Federalist Society – Georgia State University 2001).

**Moderator**, *Daubert and Kumho Tire: The Bankruptcy Court's Role in Assessing Expert Financial Testimony* (ABI Winter Leadership Conference 2001).

**Panelist**. *Bankruptcy Tax Provisions in the New Bankruptcy Bill* (ABI Teleseminar 2001).

**Lecturer**, *Islamist Terrorism: Its Structure, Operations, and Intelligence* (Broken Bow, Oklahoma Kiwanis and Lions Club 2001).

**Lecturer**, *Islamist Terrorism: How Targets are Defined and Operations Funded* (Billy Mitchell American Legion Post, Arlington, Virginia, 2001).

**Lecturer**, *A Geo-Political Look at Terrorism in the United States* (Atlanta, Georgia 2001).

**Lecturer**, *Homeland Defense for the Non-Expert: What Every American Can Do to Aid Her Country* (Atlanta, Georgia 2001).

**Lecturer**, *Environmental Issues in Business Reorganizations* (U.S. Environmental Protection Agency 2001).

**Panelist**, *Bankruptcy Tax Provisions in the New Bankruptcy Bill* (ABI Teleseminar 2001).

**Panelist**, *Bankruptcy Ethics, Disinterestedness, and Indemnifications* (ABI New York Conference 2001).

**Lecturer**, *Pitfalls and Lessons in the New Bankruptcy Tax Bill* (ABI Annual Meeting 2001).

**Lecturer**, *The Use of Statistical Techniques in Constructing Damages Models* (Georgia State University College of Law – Federalist Society 2001).

**Lecturer**, *Emerging Issues of Liability of Officers, Directors, And Professionals of Corporate Debtors Operating in the Zone of Insolvency* (Southeastern Bankruptcy Law Institute 2001).

**Lecturer**, *Current Preference Issues* (Southeastern Bankruptcy Law Institute 2001).

**Panelist**, *Bankruptcy Year in Review* (Atlanta Bar Association 2001).

**Lecturer**, *Tax Fraud!* (ABI Southeastern Bankruptcy Institute Workshop 2000).

**Lecturer**, *The Use of Classification and Regression Tree Analysis to Identify Islamist Terrorists* (Federalist Society – Georgia State University 2000).

**Lecturer**, *Project Jericho: The Use of Computer Models to Predict Future Terrorist Activity* (Federalist Society – Georgia State University 2000).

**Lecturer**, ***Separate Entity Rules in Bankruptcy: Prebankruptcy Planning in the Consumer Case*** (ABI Southeastern Bankruptcy Institute Workshop 2000).

**Lecturer**, ***Financial Analysis of Troubled Companies: What Ratios and Trends Can Tell a Turnaround Manager*** (BDO CPE Program 2000).

**Lecturer**, ***Special Accounting Rules Regarding Insolvent or Bankrupt Companies*** (BDO CPE Program 2000).

**Lecturer**, ***Insolvency Tax Considerations for Troubled Companies*** (BDO CPE Program 2000).

**Lecturer**, ***Management Theories and Duties of Mangers of Insolvent Corporations*** (BDO CPE Program 2000).

**Lecturer**, ***Law, Duties, and Damages Methodologies in Insolvent Corporation Scenarios*** (Long Island Chapter of Turnaround Managers Association 2000).

**Lecturer**, ***Calculating Damages for Breach of Duty Cases in the Context of Insolvent Corporations***, New York State Society of Certified Public Accountants (2000).

**Lecturer**, ***Statistical and Econometric Models in the Law: Proof of Damages***, St. John's University (2000).

**Lecturer**, ***Ethical Duties of the Insolvent Corporation,*** St. John's University School of Law (2000).

**Lecturer**, ***Measuring Commercial Damages***, St. John's University School of Law (2000).

**Lecturer**, ***Time Value of Money***, St. John's University School of Law (2000).

**Lecturer**, ***The Morality of Debt Forgiveness***, St. John's University Founder's Day Luncheon (2000).

**Lecturer**, ***Section 382 Limitations with Corporations in Bankruptcy,*** BDO Seidman, LLP CPE Program, New York (1999).

**Lecturer**, ***Calculating Insolvency Under the Bankruptcy Code,*** New York State Society of Certified Public Accountants (1999).

**Lecturer**, ***S Corporation and COD Income,*** BDO Seidman, LLP CPE Program, New York (1999).

**Lecturer**, ***S Corporations in Bankruptcy,*** BDO Seidman, LLP CPE Program, New York (1999).

**Lecturer**, ***The Use of Statistical Techniques to Detect Fraud,*** (New York State Society of Certified Public Accountants (1999).

**Lecturer**, ***Information Management and Supply Chains,*** BDO Seidman, LLP CPE Program, New York (1999).

**Lecturer**, ***Merger and Acquisition Activity in the Food Distribution Sector,*** BDO Seidman, LLP CPE Program, New York (1999).

**Lecturer**, *Ethical Duties of Insolvent Corporation to Creditors,* Georgia Bar and Georgia State University College of Law (1999).

**Lecturer**, *Food Distribution: Failure of Integration in a Merger Frenzy,* Georgia State University Law and Business Schools (1999).

**Lecturer**, *Statistical Techniques in the Discovery of Fraud,* St. John's University School of Law (1999).

**Lecturer**, *Compliance Issues in Bankruptcy: Section 1398 of the IRC and Prompt Determination of Taxes,* BDO Seidman, LLP CPE Program, New York (1999).

**Lecturer**, *The Dischargeability of Tax Claims Under the Bankruptcy Code,* Association of Restructuring and Insolvency Accountants, Los Angeles, California (1999).

**Lecturer**, *Liquidating Trusts in Bankruptcy*, Association of Restructuring and Insolvency Accountants, Los Angeles, California (1999).

**Lecturer**, *A Collision of Policies: The Bankruptcy Code Meets the Internal Revenue Code,* Nassau and Suffolk County Bar Associations, Long Island, New York (1999).

**Lecturer**, *S Corporations in Bankruptcy,* BDO Seidman, LLP CPE Program, New York (1999).

**Lecturer**, *Indian Gaming***,** Federalist Society, Georgia State University and Emory University (1999).

**Witness**, *The Bankruptcy Reform Act of 1999*, Testimony Before the United States Senate and House of Representatives (1999).

**Lecturer**, *The Enforcement of Arbitration Clauses in Bankruptcy*, American Bar Association Section on Litigation, Atlanta, Georgia (August 1999).

**Lecturer**, *Personal Bankruptcies and Tax Claims: The Role of the Super-Discharge Under Chapter 13 of the Bankruptcy Code*, American Bar Association Section on Taxation, Atlanta, Georgia (August 1999).

**Lecturer**, *Electronic Commerce and the Global Economy* and *Deregulation of the Telecommunications Market*, Israel Bar Association and Goldennet (Zahav-Bezek), Tel Aviv, Israel (February 1999).

**Lecturer**, *Why Al-Qaeda is not Through with the World Trade Center Just Yet* (Georgia State University College of Law 1998).

**Lecturer**, *Defenses to Preferences,* Georgia Bar and Georgia State University (1998).

**Lecturer**, *"But-For" and Other Commercial Damages Calculations*, Georgia State University Law and Business School (1998).

**Lecturer**, *Proving Insolvency Under the Bankruptcy Code,* Federalist Society, Georgia State University (1998).

**Lecturer**, *Indian Tribal Customs and Their Influence on Tribal Law: The Choctaw Perspective*, Georgia State University (1998).

**Lecturer**, *A History of Food Distribution in America,* Federalist Society, Georgia State University (1998).

**Lecturer**, *Fraud!,* Federalist Society, Georgia State University (1998).

**Lecturer**, *Defenses to Preferences*, Georgia Bar and Georgia State University (1998).

**Lecturer**, *Proving Insolvency Under the Bankruptcy Code,* Federalist Society, Georgia State University (1998).

**Lecturer**, *Rights of Disabled Students in Academic Settings Under the ADA,* Emory University, Atlanta, Georgia (October 1998).

**Lecturer**, *Salary Discrimination in Major League Baseball,* Federalist Society, Georgia State University, Atlanta, Georgia (April 1998).

**Lecturer**, *Tax Issues in Bankruptcy,* ABI Winter Leadership Conference, Tucson, Arizona (December 1998).

**Lecturer**, *Intellectual Property Issues in Sports*, Georgia State University College of Law (February 1997).

**Lecturer**, *Intermodal Transportation and Food Distribution Systems,* Federalist Society, Georgia State University College of Law (1997).

**Lecturer**, *Law and Statistics*, Georgia State University (1997).

**Lecturer**, *Government Claims in Bankruptcy: The Empire Strikes Back,* American Bankruptcy Institute Winter Leadership Conference, La Costa, California (December 1997).

**Speaker**, *Interplay Between Quality of Life Crimes and Inner-City Economic Development*, Greater Atlanta Electric League, Atlanta, Georgia (November 1997).

**Lecturer**, *National Bankruptcy Review Commission Tax Proposals,* ABA Section of Business Law, Philadelphia, Pennsylvania (October 1997).

**Lecturer**, *Legal Issues Posed by Emerging Information Technologies*, Georgia Bar Association, Atlanta, Georgia (April 1997).

**Lecturer**, *The Need for a Uniform Act Regulating Sports Agents*, Georgia State University College of Law (February 1997).

**Lecturer**, *Regulation of Sports Agents*, Emory University School of Law (January 1997).

**Lecturer**, *American Indian Tribal Law and Culture*, Atlanta Jewish Community Center Forum (January 1997).

**Lecturer**, *The Use of Statistics in the Law: A Biostatistical Case Study,* Georgia State University (October 1996).

Curriculum Vitae of Jack F. Williams
Page 43

**Lecturer**, *Gender Equity and Coaching Salaries,* Georgia Bar Association (October 1996).

**Panelist**, *World Conference on Women and Sport,* International Olympic Committee, Switzerland (October 1996).

**Lecturer**, *Gender Equity and Grassroots Support for Women's Sports*, Georgia State University Sports Administration Graduate Program (May 1996).

**Lecturer**, *Sports Ethics: Shoe Contracts and Team Names*, Georgia State Sports Administration Graduate Program (April 1996).

**Lecturer**, *Fallacies in the Internal Revenue Code's Treatment of Nonrecourse Debt*, Tau Alpha Chi, Honorary Tax Fraternity at Georgia State (April 1996).

**Lecturer**, *The Bankruptcy Reform Act of 1994*, State Bar of Georgia Mid-Year Meeting (January 1995).

**Lecturer**, *Tax Aspects of Bankruptcy Reorganizations* and *Pitfalls in the Bankruptcy Reform Act of 1994*, Georgia Bankruptcy Bar Section (October 1994).

**Lecturer**, *Gender Equity in College Sports Programs*, International Conference on World Sports Management, Georgia Institute of Technology (October 1994).

**Lecturer**, *The Tax Politics of Single-Asset Cases*, University of South Carolina College of Law Bankruptcy Symposium (August 1994).

**Lecturer**, *A Concise History of Islamic Terrorist Movements and Why That is Important to America* (Emory University 1993).

**Lecturer**, *Sports Ethics and Governance*, Georgia State University Sports Administration Graduate Program (November 1993).

**Lecturer**, *Hot Topics in Sports Law*, Georgia State University Sports Administration Graduate Program (November 1993).

**Lecturer**, *Taxable Abandonment*, Tau Alpha Chi, Honorary Tax Fraternity at Georgia State (November 1993).

**Lecturer**, *Hot Spots in Bankruptcy and Tax*, ABI Annual Meeting, Washington, D.C. (May 1993).

**Lecturer**, *Intercorporate Guaranties*, ABA Business Bankruptcy Committee Section Meeting, Orlando, FL (April 1992).

**Lecturer**, *The Economics of Bankruptcy*, Valencia Community College, Orlando, FL (April 1992).

**Lecturer**, *Intercorporate Guaranties*, ABA Business Bankruptcy Committee Section Meeting, San Francisco, CA (October 1991).

Curriculum Vitae of Jack F. Williams
Page 44

## MEDIA APPEARANCES

- Appeared as a Commentator on CNN, NBC Nightly News, ABC Evening News, Dateline, The Today Show, CBS, Neil Cavuto on FoxNews, Lou Dobbs on CNN and FoxNews, CNBC, MSNBC, C-SPAN, ESPN, NPR, Bloomberg, FoxNews, BBC, and numerous Local News Broadcasts.

- Quoted in numerous (over 150) articles in newspapers and magazines of general circulation.

## CONGRESSIONAL TESTIMONY

- Testified before US House and Senate Committees and Subcommittees
- Testified before Georgia House and Senate Committees and Subcommittees

## UNIVERSITY SERVICE

### *COLLEGE*

- Member, Promotion and Tenure Committee (2020 – present; 2014-2017)
- Chair, Finance Committee (2024 – present)
- Co-coordinator, Southeastern Bankruptcy Law Institute (1991–present)
- Chair, Scholarships Committee (2021 – 2024).
- Member, Judicial Clerkship Committee (2020 – 2024)
- Member, Honor Committee (2017 – 2020 (chair); 2011 – 2014)
- Member, Assessment Committee (2018 – 2020)
- Member, Admissions Committee (2017 – 2018; 1994–1996)
- Member, Post-Tenure Review Committee (2015-2017)
- Member, Ad Hoc ABA Site Review Committee (2013 – 2014)
- Chair, Academic Enrichment Committee (2002–2013)
- Member, Technology Committee (1998–2003; 2005–2013)
- Member (Chair 1998–1999), Continuing Education Committee (1998–2003)
- Member, Faculty Recruitment Committee -- SPS Joint Appt. (1998–1999)
- Member, Faculty Recruitment Committee (1996–1998)
- Chair, Faculty Library Committee (1997–1998)
- Member, Faculty Scholarship Committee (1997–1998)
- Member, Faculty Development Committee (1996–1999)
- Chair, Educational Technology Advisory Committee (1993–1996)
- Member, Dean Search Committee (1995–1996)
- Member, Ad Hoc Committee on the Order of the Coif (1995–1996)
- Member, Library Committee (1993–1995)
- Member, Ad Hoc Continuing Education Committee (1994–1995)
- Member, Curriculum Committee (1993–1994)
- Member, Ad Hoc Faculty Teaching Committee (1992–1994)
- Member, Ad Hoc Atlanta Project Committee (1993–1994)
- Member, Ad Hoc Academic Assistance Committee (1991–1993)
- Advisor, Intellectual Property Program
- Advisor, The Federalist Society
- Advisor, Phi Delta Phi
- Advisor, Middle Eastern and North African Student Organization

*UNIVERSITY*
- Board Member, Georgia State University Research Foundation (2017 – present)
- Senator, Faculty Senate (2016-present; 1995–1997)
- Member, Faculty Senate Research Committee (2017 – present; 1995–1996)
- Member, Faculty Planning and Development Committee 2020 – present)
- Member, Faculty Senate Diversity, Equity & Inclusion Committee (2020 – 2024)
- Member, Georgia State University Latina/o/x, Chicana/o/x, Caribbean, Hispanic and Indigenous (GSU-LACCHI) Diverse Faculty Alliance Affinity Group (2020-present)
- Member, Georgia State University Veterans Employees Team Support (GSU-VETS) Alliance Affinity Group (2020 – present)
- Faculty Member, Georgia State University Middle Eastern Studies Center (2008–present)
- Faculty Advisor, Georgia State University CHABAD Student Organization (2008-present)
- Faculty Member, Georgia State University International Law Enforcement Enterprise (2006– present)
- Member, Faculty Senate Athletics Committee (2016 – 2020; 1996–1997)
- Member, Faculty Senate Faculty Affairs Committee (2016 – 2017)
- Member, Faculty Senate Planning and Development Committee (1995–1997)
- Member, Faculty Senate Statutes and Bylaws Committee (1996–1997)
- Faculty Advisor, Georgia State University Chapter of Theta Chi Fraternity (2007–2017)
- Member, Athletic Department Risk Management Committee (1995–2006)
- Member, Sports Administration Department Faculty Recruitment Committee (1993–1996)

## COMMUNITY SERVICE

- Guest Speaker on Native American customs, language, and folklore at private and public schools in Atlanta
- Guest Speaker on Customs in Arab and North African Nations
- Seamanship and Boating Safety
- Youth Sports

## AFFILIATIONS

- State Bar of Texas
- American Accounting Association
- American Bankruptcy Institute
- American Bar Association
- American Economic Association
- American Legion
- American Statistical Association
- Archaeological Institute of America
- ARRL National Association for Amateur Radio
- Association of Certified Fraud Examiners
- Association of Insolvency and Restructuring Advisors
- Coast Guard Academy Alumni Association
- Coast Guard Auxiliary
- Commercial Law League of America
- Annual HBCU Basketball Allstar Game and Educational/Social Events
- Society of American Archaeology
- Society for Industrial and Applied Mathematics

Curriculum Vitae of Jack F. Williams
Page 46

- Turnaround Management Association

## <u>BAR MEMBERSHIPS</u>

- Commonwealth of Pennsylvania, 1985
- State of Texas, 1988
- Choctaw Nation of Oklahoma, 2018
- United States Court of Appeals, Tenth Circuit, 1986
- United States Court of Appeals, Fifth Circuit, 1988
- United States District Court, W.D. Oklahoma, 1987
- United States District Court, N.D. Texas, 1988
- United States District Court, E.D. Texas, 1990

Curriculum Vitae of Jack F. Williams
Page 47

## RECENT ENGAGEMENTS

### FIDUCIARY RETENTIONS

- *In re Residential Capital, LLC et al.*
  Case No. 12-12020 (MG)
  United States Bankruptcy Court for the Southern District of New York
  Financial advisor to the examiner, the Hon. Arthur J. Gonzalez

- *In re Petra Fund REIT Corp., et al.*
  Case No. 10-15500 (SCC)
  United States Bankruptcy Court for the Southern District of New York
  Examiner

- *In re Lyondell Chemical Company, et al.*
  Case No. 09-10023 (REG)
  Bankruptcy Court for the Southern District of New York
  Examiner

### EXPERT RETENTIONS - TESTIMONY BY WAY OF DEPOSITION, HEARING, OR TRIAL WITHIN THE LAST FOUR YEARS:

- *State of North Carolina v. E.I. DuPont de Nemours and Company, et al.*
  Case No. 20 CVS 5612 State of North Carolina General Court of Justice Superior Court Division, Cumberland County
  Report, expert testimony by deposition
  Subject matter: Valuation and fraudulent transfer
  Retained by the State of North Carolina
  Counsel:  David Zalman, Kelley Drye & Warren, LLP
  Confidential Pursuant to Protective Order

- *Confidential Arbitration*
  Report, expert testimony at arbitration hearing
  Subject matter: Bankruptcy Administration and CFTA remedies
  Counsel:  Allen Burton, O'Melveny
  Confidential Pursuant to Protective Order.

- *In re Boy Scouts of America, et al.*
  Case No. 20-10343 (LSS) United States Bankruptcy Court for the District of Delaware
  Report, expert testimony by deposition and at confirmation hearing
  Retained by the Certain Insurers
  Subject matter:  Corporate and organizational governance
  Counsel:  James Hallowell, Gibson Dunn & Crutcher, LLP
  Confidential Pursuant to Protective Order

Curriculum Vitae of Jack F. Williams
Page 48

- *Maxus Liquidating Trust v. YPF S.A, et al. (In re Maxus Energy Corporation, et al.)*
  Adv. Proc. No. 18-50489 (CSS) United States Bankruptcy Court for the District of Delaware
  Report, expert testimony by deposition
  Retained by YPF, S.A. and related entities
  Subject matter: Valuation, alter ego, fraudulent transfers, and damages
  Counsel:  John J. Kuster, Sidley Austin, LLP
  Confidential Pursuant to Protective Order

- *Paragon Litigation Trust v. Noble Corporation plc, et al.*
  Adv. Proc. No. 17-51882 (CSS) United States Bankruptcy Court for the District of Delaware
  Report, expert testimony by deposition
  Retained by the Paragon Litigation Trust
  Subject matter:  Valuation, related party transactions, fraudulent transfers, fiduciary breaches, and damages
  Counsel:  David J. Zott, Kirkland & Ellis, LLP
  Confidential Pursuant to Protective Order

- *Hoyd v. Trussway Holdings, LLC*
  Case No. 2017-0260-SG Chancery Court for the State of Delaware
  Expert testimony by deposition and at trial
  Retained by Trussway Holdings, LLC
  Subject matter:  Valuation and appraisal rights
  Counsel:  G. David Dean, Cole Schotz P.C.

- *In re Seadrill Limited, et al.*
  Case No.  17-60079 (DRJ) United States Bankruptcy Court for the Southern District of Texas
  Expert testimony by declaration
  Retained by Seadrill Limited, et al.
  Subject matter:  Valuation, related party transactions, fraudulent transfers, fiduciary breaches, and damages
  Counsel:  David J. Zott, Kirkland & Ellis, LLP
  Confidential Pursuant to Protective Order

- *In Support of Georgia Power Company's Seventeenth Semi-Annual Vogtle Construction Monitoring Report*
  Georgia Public Service Commission
  Expert testimony in an administrative proceeding
  Retained by Georgia Power
  Subject matter:  Reasonableness of actions taken by Georgia Power in light of Westinghouse Electric Company LLC and certain of its affiliated companies' bankruptcy filing
  Counsel: Steven J. Hewitson, Troutman Sanders LLP

- *In re Caesars Entertainment Operating Company, Inc.*
  Case No.  15-01145 (ABG) United States Bankruptcy Court for the Northern District of Illinois
  Expert testimony by declaration
  Retained by Caesars Entertainment Operating Company, Inc.
  Subject matter:  Valuation, related party transactions, fraudulent transfers, fiduciary breaches, and damages
  Counsel:  David J. Zott, Kirkland & Ellis, LLP
  Confidential Pursuant to Protective Order

Curriculum Vitae of Jack F. Williams
Page 49

- *In re Energy Future Holdings Corp, et al.*
  Case No. 14-10979 (CSS) United States Bankruptcy Court for the District of Delaware
  Report, testimony by deposition, and trial testimony
  Retained by American Stock Transfer & Trust Company, LLC as successor trustee to the Bank of
     New York Mellon Trust Company, N.A. under the indentures for certain notes issued by
     Energy Future Holdings Corp.
  Subject matter:  Valuation, taxation, confirmation
  Counsel:  Richard Pedone, Nixon Peabody, LLP

- *In re Sabine Oil & Gas Corporation*
  Case No. 15-11835 (SCC) United States Bankruptcy Court for the Southern District of New York
  Report, testimony by deposition, and trial testimony
  Retained by Independent Directors of the debtor Sabine Oil and Gas Corporation
  Subject matter:  Solvency and reasonably equivalent value
  Counsel:  Gabor Balassa, Kirkland & Ellis, LLP

- *New Jersey Department of Environmental Protection, et al. v. Occidental Chemical Corporation,
     et al.*
  Docket No. ESX-L-9868-05 (PASR) Superior Court of New Jersey Law Division – Essex County
  Report, testimony by deposition
  Retained by YPF, S.A., YPF Holdings, Inc., and YPF International, S.A.
  Subject matter:  Alter ego, asset stripping
  Counsel:  Thomas Hall, Chadbourne & Parke, LLP

- *Albert A. Riederer, Chapter 7 Trustee of Brooke Corporation, et al., v. The Leland Orr Self
     Directed IRA Account and Spirit Bank (In re Brooke Corporation, et al.)*
  Adv. No. 09-06070 United States Bankruptcy Court for the District of Kansas
  Report, testimony by deposition, and trial testimony
  Retained by:  Defendants
  Subject matter:  Forensic accounting, reasonably equivalent value, and damages
  Counsel:  Kenneth E. Wagner, Latham Wagner Steele Lehman, P.C.

- *Mirant Corporation v. Commerzbank et al.*
  United States District Court for the Northern District of Texas
  Report and testimony by deposition
  Retained by:  Defendants
  Subject matter:  Forensic accounting, reasonably equivalent value, and damages
  Counsel:  Hugh M. McDonald, Troutman Sanders

- *Briarcliff Solutions Holdings, LLC et al. v. Fifth Third Bank (Chicago) et al.*
  Index No.: 70431/2012 Supreme Court for the State of New York, County of Westchester
  Testimony at trial; Affidavit filed in support of motion for summary judgment
  Retained by:  Defendants
  Subject matter:  Solvency; financial condition; accounting; valuation; and damages
  Counsel:  Ira Herman, Thompson & Knight, LLP

- *Equifax, Inc. v. Versata, Ind.*
  Civil Action No.: 1:13-cv-00213-AT United States District Court for the Northern District of
      Georgia
  Report and Testimony by Deposition
  Retained by Plaintiff/Cross-Defendant
  Subject matter: Cost accounting and damages
  Counsel: Teresa T. Bonder, Alston & Bird LLP
  Confidential Pursuant to Protective Order

- *Adelphia Communications Corp., et al. v. FPL Group, Inc. and West Boca Security, Inc.*
  Adversary Proceeding No. 04-03295 (REG) United States Bankruptcy Court for the Southern
      District of New York
  Report and testimony by deposition and trial
  Retained by: Defendants
  Subject matter: Reasonably equivalent value
  Counsel: George Zimmerman, Skadden, Arps, Slate, Meagher & Flom, LLP
  Confidential Pursuant to Protective Order

- *Tronox Incorporated, et al. v. Anadarko Petroleum Corporation and Kerr-McGee Corporation, et al.*
  Adversary Proceeding No. 09-01198 (ALG) United States Bankruptcy Court for the Southern
      District of New York
  Report and testimony by deposition and trial
  Retained by: Plaintiffs
  Subject matter: Reasonably equivalent value, damages and market evidence of insolvency
  Counsel: David J. Zott, Kirkland & Ellis, LLP

- *ASARCO, LLC v. Sterlite (USA,) Inc. and Sterlite Industries (India), Ltd. (In re ASARCO, LLC et al.)*
  Adversary No. 10-02010 (RSS) United States Bankruptcy Court for the Southern District of
      Texas
  Testimony by deposition and at trial
  Retained by: Defendants
  Subject matter: Damages
  Counsel: William J.F. Roll, III, Shearman and Sterling, LLP

- *Black Horse Capital LP, et al. v. JPMorgan Chase Bank, N.A., et al. (In re Washington Mutual, Inc., et al.)*
  Adversary No. 10-51387 (MFW) United States Bankruptcy Court for the District of Delaware
  Testimony by deposition
  Retained by: Plaintiffs
  Subject matter: Hybrid securities; conversion of trust preferred securities
  Counsel: Robert J. Stark, Brown Rudnick LLP