# EXHIBIT 1

## FRAUDULENT TRANSFER MINI TRIAL
## COUNSEL LIST[1]

1. **COUNSEL FOR PLAINTIFFS**

Matthew Platkin, Attorney General of New Jersey
Gwen Farley, Deputy Attorney General

Kelley Drye & Warren LLP, Special Counsel to the Attorney General

>William J. Jackson, bjackson@kelleydrye.com
>Geoffrey W. Castello, gcastello@kelleydrye.com
>David I. Zalman, dzalman@kelleydrye.com
>William Escobar, wescobar@kelleydrye.com
>Levi M. Downing, ldowning@kelleydrye.com
>Elizabeth N. Krasnow, ekrasnow@kelleydrye.com
>Lauren E. Schadt, lschadt@kelleydrye.com

2. **COUNSEL FOR DEFENDANTS**

Bartlit Beck LLP, Counsel for EIDP, Inc., Corteva, Inc. and DuPont de Nemours, Inc.

>Katherine L.I. Hacker, kat.hacker@bartlitbeck.com
>Katharine A. Roin, kate.roin@bartlitbeck.com
>Daniel R. Brody, dan.brody@bartlitbeck.com
>Amy R. McCalib, amy.mccalib@bartlitbeck.com
>Elena Musz, elena.musz@bartlitbeck.com

Chiesa Shahinian & Giantomasi PC, Counsel for EIDP, Inc., Corteva, Inc. and DuPont de Nemours, Inc.

>Jeffrey S. Chiesa, jchiesa@csglaw.com
>A. Ross Pearlson, rpearlson@csglaw.com

---

[1] This list is limited to counsel who have primary responsibility with respect to the fraudulent transfer claims.

    Michael K. Plumb, mplumb@csglaw.com

Norris McLaughlin, P.A., Counsel for The Chemours Company and The Chemours Company FC, LLC

    Margaret Raymond-Flood, mraymondflood@norris-law.com
    Kimbrilee Weber, kmweber@norris-law.com