**DeRose, Richard (Houlihan Lokey 30b6) October 19, 2023 Deposition Designations**

| Affirmative Designation | | | | Objections | Counter-Designations | | | | Objections to Counter-Designations | Reply Designations | | | | Objections to Reply Designations |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Page | Line | Page | Line | | Page | Line | Page | Line | | Page | Line | Page | Line | |
| 6 | 20 | 6 | 21 | | | | | | | 173 | 6 | 173 | 8 | |
| 12 | 9 | 13 | 5 | | | | | | | 173 | 10 | 173 | 10 | |
| 13 | 8 | 15 | 3 | | 15 | 4 | 15 | 6 | | | | | | |
| 15 | 21 | 16 | 1 | | | | | | | | | | | |
| 17 | 15 | 18 | 6 | | | | | | | | | | | |
| 19 | 8 | 19 | 14 | | | | | | | | | | | |
| 20 | 19 | 22 | 14 | | | | | | | | | | | |
| 22 | 16 | 22 | 19 | | | | | | | | | | | |
| 22 | 21 | 23 | 25 | | 24 | 1 | 24 | 18 | 24:1-24:12 Foundation, vague, calls for a legal opinion; 24:6-24:7 Improper designation; 24:16-24:17 Improper designation; 24:14-24:18 Foundation, vague, outside the scope | | | | | |
| 25 | 11 | 26 | 6 | | | | | | | | | | | |
| 26 | 10 | 27 | 14 | | 28 | 25 | 29 | 10 | | | | | | |
| 29 | 12 | 33 | 6 | | | | | | | | | | | |
| 33 | 12 | 34 | 2 | | | | | | | | | | | |
| 34 | 5 | 34 | 12 | | | | | | | | | | | |
| 34 | 14 | 35 | 6 | | | | | | | | | | | |
| 35 | 8 | 35 | 14 | | 35 | 15 | 36 | 8 | | | | | | |
| 36 | 11 | 37 | 22 | | | | | | | | | | | |
| 38 | 25 | 39 | 15 | | | | | | | | | | | |
| 42 | 8 | 42 | 12 | | | | | | | | | | | |
| 42 | 14 | 43 | 8 | | | | | | | | | | | |
| 43 | 11 | 44 | 21 | | 44 | 22 | 47 | 4 | | | | | | |
| 47 | 5 | 47 | 12 | | | | | | | | | | | |
| 47 | 14 | 47 | 25 | | 48 | 2 | 49 | 13 | | | | | | |
| 50 | 2 | 50 | 6 | | | | | | | | | | | |
| 50 | 8 | 50 | 24 | | | | | | | | | | | |
| 51 | 3 | 51 | 6 | | | | | | | | | | | |
| 51 | 20 | 51 | 21 | | | | | | | | | | | |
| 52 | 4 | 52 | 15 | | | | | | | | | | | |
| 52 | 17 | 53 | 2 | | | | | | | | | | | |
| 53 | 4 | 53 | 12 | | | | | | | | | | | |
| 56 | 17 | 57 | 21 | Lines 57:19-57:21 designate a question with no response from the witness. | | | | | | | | | | |
| 58 | 4 | 60 | 9 | | | | | | | | | | | |

| Affirmative Designation | | | | Objections | Counter-Designations | | | | Objections to Counter-Designations | Reply Designations | | | | Objections to Reply Designations |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Page | Line | Page | Line | | Page | Line | Page | Line | | Page | Line | Page | Line | |
| 60 | 14 | 60 | 18 | | | | | | | | | | | |
| 61 | 2 | 61 | 19 | | 61 | 20 | 63 | 4 | | | | | | |
| 62 | 5 | 62 | 8 | | | | | | | | | | | |
| 64 | 21 | 65 | 5 | | | | | | | | | | | |
| 65 | 7 | 65 | 21 | | | | | | | | | | | |
| 66 | 1 | 67 | 5 | | 67 | 6 | 70 | 13 | 67:6-67:10 Foundation; 67:11-68:7 Foundation; 68:8-69:2 Foundation; 69:9-69:19 Foundation, calls for speculation, lack of personal knowledge | | | | | |
| 71 | 11 | 72 | 2 | | | | | | | | | | | |
| 72 | 12 | 73 | 9 | | 73 | 19 | 76 | 22 | 74:6-74:11 Foundation; 74:19-75:18 Foundation, vague; 75:20-76:1 Foundation; 75:25-75:25 Improper designation; 76:3-76:9 Foundation, calls for speculation; 76:6-76:6 Improper designation; 76:11-76:16 Foundation, calls for speculation; 76:14-76:15 Improper designation; 76:20-76:21 Improper designation | | | | | |
| | | | | | 113 | 12 | 114 | 6 | Foundation, calls for speculation | | | | | |
| | | | | | 118 | 13 | 119 | 9 | Foundation, calls for speculation | | | | | |
| 73 | 11 | 73 | 17 | | | | | | | | | | | |
| 76 | 24 | 77 | 17 | | 77 | 18 | 78 | 19 | | | | | | |
| 79 | 13 | 79 | 25 | | | | | | | | | | | |
| 80 | 13 | 80 | 20 | | 80 | 21 | 81 | 21 | 81:21-81:21 Improper designation | | | | | |
| | | | | | 82 | 21 | 83 | 21 | | | | | | |
| 83 | 22 | 84 | 20 | | | | | | | | | | | |
| 84 | 23 | 85 | 16 | | 85 | 17 | 86 | 25 | 85:21-86:25 Foundation, calls for speculation | | | | | |
| 87 | 2 | 87 | 20 | | 87 | 21 | 88 | 20 | | | | | | |
| 93 | 20 | 94 | 6 | | 94 | 7 | 94 | 12 | | | | | | |
| 94 | 14 | 94 | 15 | | | | | | | | | | | |
| 94 | 25 | 95 | 13 | | | | | | | | | | | |
| 96 | 2 | 96 | 22 | | | | | | | | | | | |
| 97 | 9 | 97 | 12 | | 97 | 13 | 97 | 18 | | | | | | |
| 97 | 19 | 97 | 21 | | | | | | | | | | | |
| 98 | 2 | 98 | 7 | | 98 | 9 | 99 | 3 | 98:16-99:3 Misrepresents the document | | | | | |

| Affirmative Designation | | | | Objections | Counter-Designations | | | | Objections to Counter-Designations | Reply Designations | | | | Objections to Reply Designations |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Page | Line | Page | Line | | Page | Line | Page | Line | | Page | Line | Page | Line | |
| | | | | | 100 | 1 | 100 | 16 | 100:10-100:16 Misrepresents the document | | | | | |
| 132 | 5 | 132 | 10 | | | | | | | | | | | |
| 132 | 16 | 134 | 9 | | | | | | | | | | | |
| 140 | 16 | 141 | 7 | | | | | | | | | | | |
| 141 | 21 | 144 | 5 | | | | | | | | | | | |
| 144 | 9 | 145 | 18 | | 145 | 19 | 145 | 25 | | | | | | |
| 146 | 1 | 146 | 18 | | | | | | | | | | | |
| 146 | 20 | 146 | 24 | | | | | | | | | | | |
| 147 | 1 | 147 | 8 | | | | | | | | | | | |
| 147 | 12 | 147 | 25 | | | | | | | | | | | |
| 148 | 2 | 149 | 4 | | | | | | | | | | | |
| 149 | 6 | 152 | 1 | | | | | | | | | | | |
| 152 | 3 | 152 | 13 | | | | | | | | | | | |
| 152 | 16 | 152 | 18 | | | | | | | | | | | |
| 153 | 9 | 153 | 16 | | | | | | | | | | | |
| 153 | 18 | 154 | 4 | | | | | | | | | | | |
| 154 | 6 | 154 | 16 | | 101 | 21 | 102 | 17 | | | | | | |
| 155 | 6 | 155 | 16 | | | | | | | | | | | |
| 155 | 18 | 155 | 25 | | | | | | | | | | | |
| 156 | 7 | 156 | 22 | | | | | | | | | | | |
| 156 | 24 | 157 | 2 | | | | | | | | | | | |
| 157 | 4 | 157 | 15 | | | | | | | | | | | |
| 157 | 17 | 158 | 2 | | | | | | | | | | | |
| 158 | 5 | 158 | 9 | | | | | | | | | | | |
| 158 | 11 | 159 | 4 | | | | | | | | | | | |
| 159 | 6 | 159 | 18 | | | | | | | | | | | |
| 159 | 20 | 160 | 18 | | | | | | | | | | | |
| 160 | 22 | 162 | 4 | | | | | | | | | | | |
| 162 | 6 | 162 | 10 | | | | | | | | | | | |
| 162 | 12 | 162 | 17 | | | | | | | | | | | |
| 162 | 19 | 163 | 6 | | | | | | | | | | | |
| 163 | 8 | 163 | 13 | | | | | | | | | | | |
| 163 | 15 | 163 | 15 | | | | | | | | | | | |
| 165 | 5 | 166 | 5 | | | | | | | | | | | |
| 166 | 7 | 166 | 25 | | | | | | | | | | | |
| 167 | 2 | 167 | 15 | | | | | | | | | | | |
| 167 | 21 | 167 | 25 | | | | | | | | | | | |
| 168 | 4 | 170 | 7 | | | | | | | | | | | |

| Affirmative Designation | | | | Objections | Counter-Designations | | | | Objections to Counter-Designations | Reply Designations | | | | Objections to Reply Designations |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Page | Line | Page | Line | | Page | Line | Page | Line | | Page | Line | Page | Line | |
| 170 | 19 | 170 | 23 | | | | | | | | | | | |
| 171 | 3 | 172 | 2 | | 103 | 14 | 107 | 23 | 104:7-104:10 Foundation; 104:17-104:20 Foundation; 104:21-105:2 Foundation, mischaracterizes the document; 105:18-105:25 Foundation; 106:14-106:24 Foundation; 106:25-107:23 Foundation, vague, calls for speculation | | | | | |
| 172 | 4 | 172 | 12 | | | | | | | | | | | |
| 172 | 15 | 172 | 22 | | 172 | 24 | 173 | 4 | 173:3-173:3 Improper designation | | | | | |
| | | | | | 181 | 11 | 183 | 10 | 182:18-182:21 Foundation; 183:1-183:6 Foundation, vague; 183:8-183:10 Foundation | | | | | |
| 173 | 5 | 173 | 8 | | | | | | | | | | | |
| 173 | 16 | 175 | 2 | | | | | | | | | | | |
| 175 | 5 | 175 | 12 | | 185 | 19 | 186 | 1 | | | | | | |
| 175 | 14 | 177 | 7 | | 107 | 25 | 108 | 25 | 108:13-108:17 Foundation; 108:18-108:25 Mischaracterizes testimony, speculation | | | | | |
| 177 | 9 | 178 | 21 | | | | | | | | | | | |
| 179 | 2 | 179 | 14 | | | | | | | | | | | |
| 179 | 16 | 180 | 3 | | | | | | | | | | | |
| 180 | 5 | 180 | 8 | | | | | | | | | | | |
| 180 | 10 | 180 | 14 | Lack of foundation; calls for speculation; outside scope of 30(b)(6); no personal knowledge. | | | | | | | | | | |
| 180 | 17 | 181 | 1 | Lack of foundation; calls for speculation; outside scope of 30(b)(6); no personal knowledge. | | | | | | | | | | |
| 181 | 3 | 181 | 3 | Lack of foundation; calls for speculation; outside scope of 30(b)(6); no personal knowledge. | | | | | | | | | | |

| Grier, Donna August 22, 2023 Deposition Designations |||||||||||
|---|---|---|---|---|---|---|---|---|---|---|
| Affirmative Designation |||| Objections | Counter-Designations |||  Objections to Counter-Designations | Reply Designations ||| Objections to Reply Designations |
| Page | Line | Page | Line | | Page | Line | Page | Line | | Page | Line | Page | Line | |
| 11 | 11 | 11 | 16 | | | | | | | | | | | |
| 11 | 19 | 11 | 20 | | | | | | | | | | | |
| 14 | 12 | 15 | 13 | | | | | | | | | | | |
| 15 | 14 | 15 | 23 | | | | | | | | | | | |
| 18 | 2 | 18 | 10 | | | | | | | | | | | |
| 19 | 10 | 19 | 23 | | | | | | | | | | | |
| 20 | 2 | 20 | 7 | | | | | | | | | | | |
| 37 | 5 | 39 | 10 | | | | | | | | | | | |
| 39 | 11 | 39 | 24 | | | | | | | | | | | |
| 49 | 16 | 49 | 21 | | | | | | | | | | | |
| 49 | 25 | 51 | 2 | | | | | | | | | | | |
| 51 | 15 | 52 | 21 | | | | | | | | | | | |
| 53 | 6 | 53 | 9 | | | | | | | | | | | |
| 54 | 3 | 55 | 8 | | | | | | | | | | | |
| 55 | 16 | 55 | 20 | Incomplete designation | | | | | | | | | | |
| 55 | 22 | 56 | 8 | Incomplete designation | | | | | | | | | | |
| 56 | 11 | 56 | 16 | Incomplete designation | | | | | | | | | | |
| 56 | 23 | 57 | 4 | | | | | | | | | | | |
| 57 | 5 | 60 | 19 | | | | | | | | | | | |
| 61 | 4 | 61 | 8 | | | | | | | | | | | |
| 61 | 10 | 62 | 7 | | | | | | | | | | | |
| 63 | 5 | 63 | 12 | | | | | | | | | | | |
| 87 | 13 | 88 | 3 | | | | | | | | | | | |
| 88 | 12 | 88 | 17 | | | | | | | | | | | |
| 88 | 24 | 90 | 14 | | | | | | | | | | | |
| 91 | 12 | 94 | 11 | | | | | | | | | | | |
| 95 | 16 | 95 | 18 | | | | | | | | | | | |
| 95 | 20 | 97 | 4 | | | | | | | | | | | |
| 117 | 1 | 118 | 21 | | | | | | | | | | | |
| 123 | 25 | 124 | 25 | | | | | | | | | | | |
| 125 | 23 | 126 | 8 | | | | | | | | | | | |
| 126 | 10 | 126 | 10 | | | | | | | | | | | |
| 126 | 12 | 127 | 6 | | | | | | | | | | | |
| 128 | 15 | 130 | 9 | | | | | | | | | | | |
| 144 | 19 | 145 | 3 | | | | | | | | | | | |
| 145 | 15 | 146 | 8 | | | | | | | | | | | |

| Affirmative Designation | | | | Objections | Counter-Designations | | | | Objections to Counter-Designations | Reply Designations | | | | Objections to Reply Designations |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Page | Line | Page | Line | | Page | Line | Page | Line | | Page | Line | Page | Line | |
| 147 | 4 | 148 | 21 | | 146 | 9 | 147 | 3 | Foundation; 146:12 and 146:25, Improper designation | | | | | |
| | | | | | 148 | 22 | 149 | 7 | Foundation | | | | | |
| 159 | 14 | 160 | 13 | | 158 | 18 | 159 | 13 | Foundation | | | | | |
| | | | | | 163 | 19 | 164 | 2 | | | | | | |
| 160 | 18 | 161 | 2 | | | | | | | | | | | |
| 167 | 20 | 170 | 24 | | | | | | | | | | | |
| 171 | 1 | 173 | 6 | | | | | | | | | | | |
| 173 | 8 | 173 | 17 | | | | | | | | | | | |
| 173 | 19 | 174 | 15 | | 174 | 16 | 175 | 17 | 174:23, 175:6, and 175:11, Improper designation | | | | | |
| | | | | | | | | | | | | | | |

| Trainor, Edward (Deloitte 30b6) July 17, 2024 Deposition Designations |||||||||||||
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **Affirmative Designation** |||| **Objections** | **Counter-Designations** |||| **Objections to Counter-Designations** | **Reply Designations** |||| **Objections to Reply Designations** |
| Page | Line | Page | Line | | Page | Line | Page | Line | | Page | Line | Page | Line | |
| 9 | 3 | 9 | 7 | | | | | | | 187 | 8 | 187 | 19 | |
| 15 | 5 | 15 | 16 | | | | | | | 187 | 21 | 188 | 13 | |
| 16 | 21 | 17 | 23 | | | | | | | 204 | 4 | 204 | 6 | |
| 18 | 14 | 19 | 23 | | | | | | | 204 | 8 | 204 | 10 | |
| 20 | 4 | 20 | 13 | | | | | | | | | | | |
| 20 | 17 | 22 | 12 | | | | | | | | | | | |
| 22 | 21 | 23 | 1 | | 22 | 13 | 22 | 20 | | | | | | |
| 24 | 1 | 24 | 19 | | 25 | 6 | 25 | 9 | | | | | | |
| 25 | 10 | 26 | 8 | | | | | | | | | | | |
| 29 | 20 | 30 | 4 | | 30 | 5 | 30 | 14 | Relevance | | | | | |
| 30 | 15 | 34 | 19 | | | | | | | | | | | |
| 35 | 4 | 36 | 14 | | | | | | | | | | | |
| 39 | 13 | 39 | 14 | | | | | | | | | | | |
| 40 | 4 | 43 | 7 | | | | | | | | | | | |
| 43 | 23 | 44 | 11 | | | | | | | | | | | |
| 45 | 23 | 47 | 14 | | 47 | 15 | 48 | 1 | | | | | | |
| 48 | 2 | 48 | 13 | | | | | | | | | | | |
| 48 | 15 | 50 | 25 | | | | | | | | | | | |
| 51 | 2 | 51 | 12 | | | | | | | | | | | |
| 51 | 16 | 51 | 21 | | | | | | | | | | | |
| 52 | 24 | 53 | 16 | | | | | | | | | | | |
| 53 | 20 | 53 | 21 | | | | | | | | | | | |
| 54 | 5 | 56 | 18 | | 57 | 5 | 57 | 12 | | | | | | |
| | | | | | 83 | 7 | 85 | 16 | 85:6-85:6 Improper designation | | | | | |
| | | | | | 91 | 3 | 92 | 19 | | | | | | |
| 57 | 13 | 61 | 9 | | | | | | | | | | | |
| 61 | 17 | 61 | 21 | | | | | | | | | | | |
| 61 | 23 | 62 | 8 | | 63 | 24 | 66 | 19 | 64:25-64:25 Improper designation; 66:3-66:3 Improper designation | | | | | |
| 62 | 10 | 62 | 13 | | | | | | | | | | | |
| 66 | 22 | 68 | 4 | | 68 | 16 | 70 | 1 | 69:13-69:14 Improper designation | | | | | |
| 73 | 6 | 74 | 7 | | 76 | 6 | 80 | 7 | 76:15-76:15 Improper designation; 77:9-77:10 Improper Designation; 77:24-77:25 Improper Designation; 78:13-79:8 Improper counter; 78:19-78:19 Improper designation; 79:11-79:11 Improper designation | | | | | |
| 85 | 20 | 85 | 21 | | | | | | | | | | | |

| Affirmative Designation | | | | Objections | Counter-Designations | | | | Objections to Counter-Designations | Reply Designations | | | | Objections to Reply Designations |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Page | Line | Page | Line | | Page | Line | Page | Line | | Page | Line | Page | Line | |
| 86 | 2 | 86 | 11 | | | | | | | | | | | |
| 88 | 15 | 89 | 3 | | | | | | | | | | | |
| 92 | 25 | 93 | 5 | | | | | | | | | | | |
| 103 | 18 | 106 | 8 | | 106 | 19 | 107 | 4 | | | | | | |
| 107 | 5 | 107 | 14 | | | | | | | | | | | |
| 107 | 15 | 108 | 25 | | 109 | 1 | 109 | 24 | 109:20-109:20 Improper designation | | | | | |
| 109 | 25 | 112 | 19 | | | | | | | | | | | |
| 113 | 14 | 118 | 16 | | | | | | | | | | | |
| 122 | 23 | 123 | 11 | | 118 | 17 | 118 | 20 | | | | | | |
| | | | | | 120 | 24 | 122 | 21 | 121:9-121:9 Improper designation; 122:3-122:4 Improper designation; 122:17-122:17 Improper designation; 120:24-121:2 Relevance; assumes facts not in evidence; foundation | | | | | |
| 123 | 16 | 124 | 11 | | | | | | | | | | | |
| 124 | 15 | 124 | 16 | | | | | | | | | | | |
| 124 | 23 | 125 | 11 | | | | | | | | | | | |
| 125 | 13 | 127 | 24 | | | | | | | | | | | |
| 128 | 17 | 128 | 22 | | 129 | 12 | 130 | 14 | 130:10-130:10 Improper designation | | | | | |
| | | | | | 133 | 14 | 135 | 20 | 135:14-135:14 Improper designation; 134:20-135:7 Foundation; 134:3-134:19 Foundation | | | | | |
| | | | | | 138 | 15 | 139 | 17 | Improper counter; foundation; cumulative | | | | | |
| | | | | | 140 | 1 | 147 | 8 | Improper counter; 143:21-143:21 Improper designation; 144:7-144:7 Improper designation; 140:1-140:13 Foundation, relevance; 141:9-141:24 Foundation; 144:19-145:4 Foundation | | | | | |
| | | | | | 150 | 23 | 153 | 2 | 150:23-151:9 Hearsay, Foundation; 151:10-152:4 Hearsay, Foundation; 152:13-153:2 Foundation, hearsay; 152:5-152:12 Hearsay, foundation | | | | | |
| | | | | | 154 | 18 | 156 | 11 | 155:11-156:3 Foundation; 155:15-155:15 Improper designation; 154:18-155:1 Hearsay | | | | | |
| | | | | | 157 | 23 | 158 | 9 | | | | | | |
| 169 | 14 | 170 | 16 | | | | | | | | | | | |

| Affirmative Designation | | | | Objections | Counter-Designations | | | | Objections to Counter-Designations | Reply Designations | | | | Objections to Reply Designations |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Page | Line | Page | Line | | Page | Line | Page | Line | | Page | Line | Page | Line | |
| 170 | 20 | 172 | 10 | | | | | | | | | | | |
| 172 | 12 | 173 | 3 | | 173 | 4 | 173 | 16 | | | | | | |
| 173 | 17 | 173 | 24 | | 173 | 25 | 174 | 12 | | | | | | |
| 174 | 14 | 175 | 10 | | | | | | | | | | | |
| 177 | 4 | 177 | 20 | | | | | | | | | | | |
| 177 | 22 | 178 | 6 | | | | | | | | | | | |
| 178 | 8 | 178 | 18 | | | | | | | | | | | |
| 179 | 11 | 179 | 14 | | | | | | | | | | | |
| 179 | 16 | 179 | 18 | | | | | | | | | | | |
| 180 | 7 | 180 | 10 | | | | | | | | | | | |
| 180 | 12 | 181 | 22 | | 181 | 24 | 182 | 8 | 183:16-183:20 Improper designation | | | | | |
| 182 | 10 | 183 | 9 | | | | | | | | | | | |
| 183 | 10 | 183 | 15 | | | | | | | | | | | |
| 183 | 21 | 183 | 22 | | | | | | | | | | | |
| 183 | 25 | 185 | 13 | | | | | | | | | | | |
| 185 | 17 | 186 | 1 | | 186 | 3 | 187 | 6 | | | | | | |
| | | | | | 189 | 10 | 190 | 18 | 190:9-190:18 Relevance; assumes facts not in evidence; foundation | | | | | |
| 193 | 2 | 193 | 9 | | 193 | 10 | 193 | 18 | | | | | | |
| 193 | 20 | 193 | 25 | | 194 | 1 | 194 | 13 | 194:10-194:10 Improper designation | | | | | |
| | | | | | 195 | 10 | 197 | 16 | 195:10-196:3 Foundation; 195:25-195:25 Improper designation; 197:1-197:16 Foundation; 197:7-197:7 Improper designation | | | | | |
| 198 | 8 | 198 | 20 | | 198 | 21 | 200 | 24 | | | | | | |
| | | | | | 202 | 7 | 202 | 22 | | | | | | |
| 202 | 23 | 203 | 10 | | | | | | | | | | | |
| 203 | 13 | 203 | 16 | | 203 | 17 | 204 | 3 | | | | | | |
| 204 | 12 | 205 | 5 | | | | | | | | | | | |
| 206 | 21 | 206 | 23 | | | | | | | | | | | |
| 207 | 2 | 207 | 3 | | | | | | | | | | | |
| 207 | 5 | 207 | 21 | | | | | | | | | | | |
| 209 | 2 | 211 | 5 | | | | | | | | | | | |
| 211 | 7 | 212 | 1 | | | | | | | | | | | |
| 212 | 3 | 213 | 3 | | | | | | | | | | | |
| 214 | 21 | 214 | 22 | | | | | | | | | | | |
| 215 | 3 | 216 | 13 | | 216 | 14 | 223 | 6 | 216:24-217:9 Foundation; 219:25-223:6 Foundation | | | | | |
| | | | | | 224 | 10 | 225 | 1 | 224:21-225:8 Relevance; foundation | | | | | |

| Affirmative Designation | | | | Objections | Counter-Designations | | | | Objections to Counter-Designations | Reply Designations | | | | Objections to Reply Designations |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Page | Line | Page | Line | | Page | Line | Page | Line | | Page | Line | Page | Line | |
| | | | | | 226 | 10 | 228 | 3 | 226:25-228:3 Foundation; hearsay | | | | | |
| | | | | | 229 | 10 | 233 | 2 | 233:5-233:16 Asked and answered; cumulative | | | | | |
| 242 | 15 | 244 | 5 | | | | | | | | | | | |
| 255 | 19 | 255 | 25 | | | | | | | | | | | |
| 256 | 5 | 256 | 6 | | | | | | | | | | | |
| 256 | 16 | 256 | 18 | | | | | | | | | | | |
| 257 | 2 | 257 | 17 | | | | | | | | | | | |
| 257 | 24 | 258 | 1 | | | | | | | | | | | |
| 258 | 19 | 260 | 20 | | | | | | | | | | | |
| 264 | 11 | 264 | 18 | | | | | | | | | | | |
| 265 | 2 | 265 | 6 | | | | | | | | | | | |
| 265 | 24 | 269 | 24 | | | | | | | | | | | |
| 270 | 20 | 271 | 22 | | | | | | | | | | | |
| 272 | 12 | 272 | 18 | | | | | | | | | | | |
| 272 | 25 | 274 | 5 | | | | | | | | | | | |
| 274 | 7 | 275 | 15 | | | | | | | | | | | |
| 275 | 17 | 276 | 10 | | | | | | | | | | | |
| 276 | 12 | 276 | 17 | | | | | | | | | | | |
| 276 | 19 | 276 | 25 | | | | | | | | | | | |
| 277 | 2 | 278 | 14 | | | | | | | | | | | |
| 278 | 17 | 278 | 17 | | | | | | | | | | | |
| 278 | 22 | 279 | 5 | | | | | | | | | | | |
| 279 | 7 | 279 | 12 | | | | | | | | | | | |