## EXHIBIT 5B

### FRAUDULENT TRANSFER MINI TRIAL
### DUPONT'S EXPERT WITNESSES

DuPont's expert witnesses for the Fraudulent Transfer bench trial are:

- Karen Engstrom, C.P.A., A.B.V., C.F.E.

- Emilie R. Feldman, D.B.A.

- G. William Kennedy, Ph.D., C.P.A./A.B.V.

DuPont's expert witnesses will provide testimony consistent with their respective reports and any deposition testimony provided in this matter. The curriculum vitae for each of EIDP's expert witnesses are attached collectively as **Appendix B** to this fraudulent transfer Joint Final Pretrial Order.

### PLAINTIFFS' OBJECTIONS TO DUPONT'S EXPERT WITNESSES

1. Plaintiffs object to the presentation at trial of opinions by Emilie Feldman that are affirmative opinions rather than rebuttal opinions, *see, e.g.*, Feldman Dep. Tr. 38:5–41:10, but were not disclosed to Plaintiffs on or before the deadline to disclose affirmative opinions in this matter.