# EXHIBIT 7A
# FRAUDULENT TRANSFER MINI TRIAL
# PLAINTIFFS' STATEMENT OF THE LEGAL ISSUES

1. Are Plaintiffs entitled to avoid the transfers made from Chemours to DuPont or the obligations that Chemours incurred to DuPont in connection with the Chemours spinoff to the extent necessary to satisfy a judgment on Plaintiffs' environmental claims in this case?

2. Are Plaintiffs entitled to enjoin DuPont from disposing of any property or value transferred by Chemours to DuPont in connection with the Chemours spinoff?

3. Are Plaintiffs entitled to impose a constructive trust over the transfers made from Chemours to DuPont in connection with the Chemours spinoff?

4. Are Plaintiffs entitled to punitive damages?