

**Geoffrey W. Castello**

Kelley Drye & Warren LLP
One Jefferson Road
Parsippany, NJ 07054

Tel: (973) 503-5922
Fax: (973) 503-5950
gcastello@kelleydrye.com

July 1, 2025

**Via ECF**
Hon. Renée M. Bumb, Chief United States District Judge
United States District Court, District of New Jersey
Mitchell H. Cohen Courthouse
4th and Cooper Streets, Courtroom 3D
Camden, NJ 08101

      **Re:**  *N.J. Dept. of Enviro. Protection, et al. v. E.I. du Pont de Nemours and Co., et al.*,
            Civil Action No. 1:19-cv-14766 (RMB)

Your Honor:

    On behalf of Plaintiffs, we write in response to the letter that DuPont filed earlier today regarding the ISRA mini trial. *See* ECF 706.

    Earlier today, Judge Schneider approved the parties' ISRA JPTO for filing. Less than an hour before DuPont filed its letter, Judge Schneider denied DuPont's request to delay the filing of the JPTO pending the conference that DuPont requested in its letter. Plaintiffs will proceed with filing the JPTO approved by Judge Schneider.

    Plaintiffs disagree with DuPont's contentions contained in its letter and will be prepared to address any issues regarding the JPTO at Your Honor's convenience.

                          Respectfully submitted,

                          **MATTHEW J. PLATKIN**
                          **ATTORNEY GENERAL OF NEW JERSEY**
                          *Attorney for Plaintiffs*
                          By: */s/ Gwen Farley*
                          Gwen Farley
                          Deputy Attorney General
                          R.J. Hughes Justice Complex
                          25 Market Street, P.O. Box 093
                          Trenton, New Jersey 08625-0093
                          Ph. (609) 376-2740
                          Gwen.Farley@law.njoag.gov

Hon. Renée M. Bumb, Chief United States District Judge
July 1, 2025

          **KELLEY DRYE & WARREN LLP**
          Special Counsel to the Attorney General
          By: */s/ Geoffrey W. Castello*
          Geoffrey W. Castello, Esq.
          One Jefferson Road
          Parsippany, New Jersey 07054
          Tel.: (973) 503-5900
          GCastello@KelleyDrye.com

          *William J. Jackson, Esq.
          *John D.S. Gilmour, Esq.
          *Lana M. Rowenko, Esq.
          *Jennifer C. Barks. Esq.
          515 Post Oak Blvd. Suite 900
          Houston, Texas 77027
          Ph. (713) 355-5000

          *David Zalman, Esq.
          David M. Reap, Esq.
          Daniel J. Harrison, Esq.
          3 World Trade Center
          175 Greenwich Street
          New York, New York 10007
          Tel.: (212) 808-7800

cc:    All Counsel of Record (via ECF)
       Hon. Joel Schneider (Ret.), Special Master (via ECF)