**McCarter & English**

| | |
|---|---|
| **Lanny S. Kurzweil**<br>Partner<br><br>T. 973-639-2044<br>F. 973-297-3810<br><br>lkurzweil@mccarter.com | McCarter & English, LLP<br><br>Four Gateway Center<br>100 Mulberry Street<br>Newark, NJ 07102-4056<br><br>www.mccarter.com |

July 22, 2025

**<u>VIA ECF</u>**

Hon. Renée M. Bumb, Chief United States District Judge
United States District Court, District of New Jersey
4th and Cooper Streets, Courtroom 3D
Camden, NJ 08101

**Re: Defendants EIDP, Inc., The Chemours Company, and The Chemours Company, FC, LLC's Motion to Strike PFAS Toxicity Evidence**
***N.J. Dept. of Enviro. Protection, et al. v. E.I. du Pont de Nemours and Co., et al.,* Civil Action No. 1:19-cv-14766 (RMB)**

Dear Chief Judge Bumb:

We write on behalf of defendants EIDP, Inc., The Chemours Company, and The Chemours Company, FC, LLC (collectively "EIDP/CC") to correct an error in their Motion to Strike Plaintiffs' PFAS Toxicity Evidence. Dkt. No. 700.

As Your Honor is aware, on June 30, the parties submitted a Joint Letter (Dkt. No. 699) to which certain deposition designations were attached as exhibits pursuant to the Court's instructions (June 9, 2025 Tr. 2659:1-2661:10), including designations from the deposition of Andrew Hartten bearing the trial exhibit number PTX05298.

In Exhibit 3 to Defendants' Motion to Strike (Dkt. No. 700), the first table correctly lists only the specific PFAS toxicity testimony from Mr. Hartten's deposition transcript EIDP/CC seeks to exclude, but the deposition transcript itself (PTX05298) is mistakenly listed in the second table in whole under "Exhibit Entered." EIDP/CC are not moving to exclude Mr. Hartten's deposition testimony in its entirety. Attached is a corrected Exhibit 3 with changes to correct only this inadvertent oversight noted in red.

Respectfully submitted,

By: */s/ Lanny S. Kurzweil*
Lanny S. Kurzweil
Ryan A. Richman
**McCARTER & ENGLISH, LLP**
Four Gateway Center
100 Mulberry Street
Newark, NJ 07102
(973) 639-2044
lkurzweil@mccarter.com
rrichman@mccarter.com

By: */s/ Eric G. Lasker*
**HOLLINGSWORTH LLP**
Eric G. Lasker (*Admitted PHV*)
Ann Marie Duffy (*Admitted PHV*)
Matthew J. Malinowski (*Admitted PHV*)
Marchello D. Gray (*Admitted PHV*)
David I. Schifrin (*Admitted PHV*)
1350 I Street, NW
Washington, DC 20005
(202) 898-5800
elasker@hollingsworthllp.com
aduffy@hollingsworthllp.com
mmalinowski@hollingsworthllp.com
mgray@hollingsworthllp.com
dschifrin@hollingsworthllp.com

July 22, 2025
Page 3

**EXHIBIT 3 (CORRECTED)**

Defendants move to exclude the following tables of trial testimony and exhibits entered in the Phase 1 Mini Trials from the WPCA mini trial considering the Court's June 3rd Order, but maintain are relevant to the CRACO mini trial:

| TRIAL DATE | WITNESS | TESTIMONY |
|---|---|---|
| 5/19/2025 | LaTourette | 83:13 – 85:5 |
| 5/19/2025 | LaTourette | 87:16 – 87:18 |
| 5/19/2025 | LaTourette | 107:12 – 112:8 |
| 5/19/2025 | LaTourette | 112:6 – 115:13 |
| 5/28/2025 | Stahl | 1288:22 – 1289:4 |
| 5/29/2025 | Faranca | 1373:4 – 1373:9 |
| 5/29/2025 | Faranca | 1389:6 – 1389:12 |
| 5/29/2025 | Faranca | 1390:22 – 1390:5 |
| 5/29/2025 | Faranca | 1393:8 – 1393:19 |
| 5/29/2025 | Faranca | 1397:4 – 1397:23 |
| 5/29/2025 | Faranca | 1413:11 – 1414:3 |
| 5/29/2025 | Faranca | 1420:25 – 1421:17 |
| 5/29/2025 | Post | 1447:7 – 1449:25 |
| 5/29/2025 | Post | 1450:12 – 1451:20 |
| 5/29/2025 | Post | 1457:10 – 1457:22 |
| 5/30/2025 | Campbell | 1663:13 – 1663:21 |
| 5/30/2025 | Campbell | 1664:5 – 12 |
| 5/30/2025 | Campbell | 1673:15 – 1674:3 |
| 5/30/2025 | Campbell | 1678:23 – 1680:5 |
| 5/30/2025 | Campbell | 1706:12 – 1707:16 |
| 5/30/2025 | Campbell | 1717:6 – 25 |
| 5/30/2025 | Campbell | 1720:7 – 1721:2 |
| Deposition Testimony from PTX05298 | Hartten | 228:2 – 3 |
| Deposition Testimony from PTX05298 | Hartten | 228:5 – 16 |
| Deposition Testimony from PTX05298 | Hartten | 228:19 – 21 |
| Deposition Testimony from PTX05298 | Hartten | 229:2 – 19 |

July 22, 2025
Page 4

| TRIAL DATE | WITNESS | TESTIMONY |
|---|---|---|
| Deposition Testimony from PTX05298 | Hartten | 229:21 – 22 |

| EXHIBIT ENTERED |
|---|
| PTX01552 |
| PTX01692 |
| PTX01719* |
| PTX01926 |
| PTX02173* |
| PTX02259* |
| PTX02376 |
| PTX02552 |
| PTX03291 |
| PTX04124 |
| PTX04024 |
| ~~PTX05298~~ |
| DX_DP1854 |
| DX_DP1862 |
| DX_DP2682 |
| DX_DP2704 |
| DX_DP2771 |

*To the extent the exhibit also discusses toxicity of C-8 or PFOA or PFAS, Defendants seek to exclude that information from the WPCA mini trial.