# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| NEW JERSEY DEPARTMENT OF ENVIRONMENTAL PROTECTION, et al., <br><br>Plaintiffs, <br><br> v. <br><br> E. I. DU PONT DE NEMOURS AND COMPANY, et al., <br><br> Defendants. | Civil Action No. 1:19-cv-14766-RMB-JBC-JS <br><br> **NOTICE AND PROPOSED ORDER GRANTING WITHDRAWAL OF APPEARANCE OF PRO HAC VICE COUNSEL AND REMOVAL FROM ECF SERVICE LIST FOR JORDAN D. SAGALOWSKY, ESQ.** |

**PLEASE TAKE NOTICE** that the undersigned counsel from Bressler, Amery & Ross, P.C. represents Defendant 3M Company ("3M") in the above-captioned matter. Jordan D. Sagalowsky, Esq., who was admitted as *pro hac vice* counsel on behalf of 3M by this Court's Order dated November 24, 2020, respectfully requests approval to withdraw as *pro hac vice* counsel pursuant to Local Civil Rule 101.1(c)(5). Donald J. Camerson, II, Esq., and James W. Crowder, IV, Esq., of Bressler, Amery & Ross, P.C. will continue to represent 3M in the above-captioned matter.

Dated:  July 29, 2025

Respectfully submitted,

*/s/Donald J. Camerson, II*
Donald J. Camerson, II
James W. Crowder, IV
BRESSLER, AMERY & ROSS, P.C.
325 Columbia Turnpike, Suite 301
Florham Park, NJ 07932
(973) 514-1200
djcamerson@bressler.com
jcrowder@bressler.com
*Attorneys for Defendant 3M Company*

SO ORDERED this _____ day of July, 2025.

_____
Hon. Renée M. Bumb, Chief U.S.D.J.

2

## **CERTIFICATE OF SERVICE**

I hereby certify that on July 29, 2025, the foregoing was electronically filed with the Court using the CM/ECF filing system, which will send a notice of electronic filing to all parties.

> */s/Donald J. Camerson, II*
> Donald J. Camerson, II
> James W. Crowder, IV
> BRESSLER, AMERY & ROSS, P.C.
> 325 Columbia Turnpike, Suite 301
> Florham Park, NJ 07932
> (973) 514-1200
> djcamerson@bressler.com
> jcrowder@bressler.com
> *Attorneys for Defendant 3M Company*