# UNITED STATES DISTRICT COURT

# DISTRICT OF NEW JERSEY

# MINUTES OF PROCEEDINGS

**CAMDEN OFFICE:**      **DATE OF PROCEEDINGS:** 7/31/2025

**JUDGE:** Renée Marie Bumb

**COURT REPORTER:**

**OTHERS:**      **DOCKET NO.** Civ. #19-14766

**TITLE OF CASE:**

NJ DEPT. OF ENVIRONMENTAL PROTECTION, ET AL.
    v.
E.I. DuPONT DeNEMOURS & CO., ET AL.

**APPEARANCES:**

**NATURE OF PROCEEDINGS:** -

Bench Trial ended. Text Order entered 7/1/25
.

                             s/Arthur Roney
                                 Deputy Clerk

Time Commenced: __AM__                 Time Adjourned: __AM__