# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| NEW JERSEY DEPARTMENT OF ENVIRONMENTAL PROTECTION, et al., <br><br> Plaintiffs, <br><br> v. <br><br> E. I. DU PONT DE NEMOURS AND COMPANY, et al., <br><br> Defendants. | Civil Action No. 2:19-cv-14758-RMB-JBC-JS <br> Civil Action No. 1:19-cv-14765-RMB-JBC-JS <br> Civil Action No. 1:19-cv-14766-RMB-JBC-JS <br> Civil Action No. 3:19-cv-14767-RMB-JBC-JS <br><br> **SCHEDULING ORDER** |

**WHEREAS** Plaintiffs New Jersey Department of Environmental Protection ("the Department"), the Commissioner of the Department, and the Administrator of the New Jersey Spill Compensation Fund (collectively, "Plaintiffs") have agreed to proposed settlements to resolve claims against defendant 3M Company ("3M") and defendants EIDP, Inc. (f/k/a E. I. du Pont de Nemours and Company), Corteva, Inc., DuPont de Nemours, Inc., DuPont Specialty Products USA, LLC, The Chemours Company, and The Chemours Company FC, LLC (collectively, "the DuPont Defendants," and together with Plaintiffs and 3M, "the Parties") in the above-referenced matters;

**WHEREAS** formal notice of Plaintiffs' proposed settlement with 3M was published in the *New Jersey Register* on July 21, 2025 (and the proposed 3M Judicial Consent Order is available on a dedicated Department website at https://dep.nj.gov/3m/ and is otherwise available for public review), and the public comment period will be open for 60 days from the date of publication, until September 19, 2025;

**WHEREAS** formal notice of Plaintiffs' proposed settlement with the DuPont Defendants will be published in the *New Jersey Register* on September 2, 2025 (and the proposed DuPont Defendants Judicial Consent Order is available on a dedicated Department website at https://dep.nj.gov/dupont/ and is otherwise available for public review), and the public comment period will be open for 60 days from the date of publication, until November 1, 2025;

**WHEREAS** following Plaintiffs' review of the public comments on the proposed settlements, Plaintiffs will respond to those comments and, so long as Plaintiffs do not receive public comments that disclose facts or considerations that indicate to Plaintiffs that either Judicial Consent Order ("JCO") is inappropriate, improper, or inadequate, file a motion with this Court seeking approval of each JCO as published or in a form that reflects further agreement among Plaintiffs and 3M or Plaintiffs and the DuPont Defendants, respectively;

1

**WHEREAS**, to streamline legal processes and avoid unnecessary duplication of effort, the Parties submit that it would be most efficient for Plaintiffs to seek approval of each JCO at the same time;

**WHEREAS** the Parties have conferred on an appropriate schedule that will allow for efficient and expeditious consideration by the Court of the JCOs for approval; **ACCORDINGLY**,

**IT IS ORDERED** that

1. Plaintiffs shall file a motion to approve each JCO ("Motion") by Friday, November 21, 2025;

2. 3M and the DuPont Defendants may each file a brief in support of Plaintiffs' Motion by Monday, December 1, 2025;

3. Any opposition to a Motion shall be filed by Friday, December 12, 2025;

4. Plaintiffs, 3M, and the DuPont Defendants may each file a reply by Monday, December 22, 2025;

5. The Court will hold a hearing on the Motions and JCOs on Thursday, January 8, 2026, at 1:00 p.m. in Courtroom 3D of the Mitchell H. Cohen Building & U.S. Courthouse, 4th and Cooper Streets, Camden, New Jersey 08101;

6. Plaintiffs shall provide a status report to the Court every 30 days from the date of this Scheduling Order regarding the comment period, their preparation of responses to comments, and their preparation of the Motion;

7. Plaintiffs shall place a copy of this Scheduling Order on the dedicated DEP websites for the proposed settlements; and

8. The Parties may apply for an extension of any of the above deadlines based on good cause.

Dated: August 28, 2025

SO ORDERED.

_____
HON. RENÉE MARIE BUMB
Chief United States District Judge