

*State of New Jersey*
DEPARTMENT OF LAW AND PUBLIC SAFETY
DIVISION OF LAW
25 MARKET STREET
PO BOX 093
TRENTON, NJ  08625-0093

PHILIP D. MURPHY
*Governor*

TAHESHA L. WAY
*Lt. Governor*

MATTHEW J. PLATKIN
*Attorney General*

MICHAEL C. WALTERS
*Acting Director*

October 29, 2025

<u>VIA ECF</u>

The Honorable Renée M. Bumb, Chief U.S.D.J.
United States District Court for the District of New Jersey
Mitchell H. Cohen Building & U.S. Courthouse
4th & Cooper Streets
Camden, New Jersey 08101

Re:     *NJDEP, et al. v E. I. Du Pont Nemours and Company, et al.*; Civil Action No. 2:19-cv-14758-RMB-JBC-JS (Pompton Lakes Works)

*NJDEP, et al. v E. I. Du Pont Nemours and Company, et al.*; Civil Action No. 1:19-cv-14765-RMB-JBC-JS (Repauno Works)

*NJDEP, et al. v E. I. Du Pont Nemours and Company, et al.*; Civil Action No. 1:19-cv-14766-RMB-JBC-JS (Chambers Works)

*NJDEP, et al. v E. I. Du Pont Nemours and Company, et al.*; Civil Action No. 3:19-cv-14767-RMB-JBC-JS (Parlin Site)

Dear Chief Judge Bumb:

Pursuant to Paragraph 6 of the Scheduling Order entered for these matters (D.E. 729), Plaintiffs New Jersey Department of Environmental Protection ("DEP"), the Commissioner of DEP, and the Administrator of the New Jersey Spill Compensation Fund (collectively, "Plaintiffs") provide their second status report regarding the public comment process related to Plaintiffs' proposed settlements in the form of Judicial Consent Orders ("JCOs") with the Settling Defendants.[1]

---

[1] Settling Defendants are 3M Company ("3M") and EIDP, Inc. (f/k/a E. I. du Pont de Nemours and Company), Corteva, Inc., DuPont de Nemours, Inc., DuPont Specialty Products USA, LLC, The Chemours Company, and The Chemours Company FC, LLC (collectively, "DuPont" or "DuPont-Related Companies")





*Updates on the Proposed 3M Settlement*

As previously reported, the public comment period on the proposed 3M settlement concluded on September 19, 2025. Nevertheless, DEP continued to receive a small number of additional comments in the weeks following that deadline, including as a result of some comments being sent by mail. DEP is thus providing here an updated figure on the number of comments received, which is now 56. DEP is carefully evaluating and preparing a response to comments received.

*Update on the Proposed DuPont-Related Companies Settlement*

The public comment period on the proposed DuPont settlement will conclude on November 1, 2025. To date, DEP has received 25 comments on the proposed DuPont settlement, including from residents living in the vicinity of the DuPont industrial sites and a municipality. Once the comment period closes, DEP will similarly carefully evaluate and prepare a response to comments received.

*Non-Parties' Request Regarding Filing of Oppositions*

Counsel for the Parties have been participating in conferrals with counsel for several non-parties that previously submitted a letter to the Court, *see* D.E. 731, on potential processes for filing oppositions to the motions to approve the settlements. Those conferrals are continuing, and the Parties are hopeful that a streamlined process will be proposed to the Court next week.

\* \* \* \* \*

DEP is committed to engaging with the public concerning the proposed settlements, including through the comment process. We are available if the Court has any questions, and we remain appreciative of its continued management of these matters.

Respectfully,

MATTHEW J. PLATKIN
ATTORNEY GENERAL OF NEW JERSEY

By: _____*Gwen Farley*_____
　　　　 Gwen Farley
　　　　 Deputy Attorney General

KELLEY DRYE & WARREN
SPECIAL COUNSEL TO THE ATTORNEY GENERAL

By: _____*David M. Reap*_____
　　　　 David M. Reap

cc:　　All Counsel