IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| NEW JERSEY DEPARTMENT OF ENVIRONMENTAL PROTECTION; et. al., <br><br> Plaintiffs, <br><br> v. <br><br> E.I. DU PONT DE NEMOURS AND COMPANY, et.al., <br> Defendants. | Civil Action No.2:19-cv-14758-RMB-JBC <br> Civil Action No. 1:19-cv-14765-RMB-JBC <br> Civil Action No. 1:19-cv-14766-RMB-JBC <br> Civil Action No. 3:19-cv-14767-RMB-JBC |

## ORDER REGARDING *AMICUS* BRIEF OF SPECIFIED NON-PARTIES

**WHEREAS**, counsel for the New Jersey Department of Environmental Protection, Commissioner of the Department, and Administrator of the New Jersey Spill Compensation Fund, 3M Company, EIDP, Inc. The Chemours Company, and The Chemours Company FC, LLC (collectively, the "Parties") and counsel for the Association of Environmental Authorities, Morris County Municipal Utilities Authority, Rockaway Valley Regional Sewerage Authority, Somerset Raritan Valley Sewerage Authority, Hanover Sewerage Authority, Rahway Valley Sewerage Authority, Stony Brook Regional Sewerage Authority, and the Musconetcong Sewerage Authority (collectively, the

"Specified Non- Parties"), conferred regarding an efficient manner to file oppositions that would preserve the resources of Parties and the Court and consented to the filing of opposition to the motions to approve the proposed Judicial Consent Orders by Friday, December 12, 2025, through *amicus* briefing (including supporting certifications, with exhibits); and

**WHEREAS**, on November 13, 2025, this Court approved an Order entitled "CONSENT ORDER REGARDING SPECIFIED NON-PARTIES' OPPOSITION TO PROPOSED SETTLEMENTS BY *AMICUS* BRIEF", (the Consent Order"), pursuant to which, *inter alia*, the Specified Non-Parties shall file a letter with the Court after the filing of the Consent Order, but no later than Friday, December 5, 2025 to request the consent of the Court regarding the number of briefs and the page limitations for those briefs, as well as the number of certifications with exhibits, and the Specified Non-Parties shall file a letter with the Court requesting to participate in oral argument after briefing has closed, but no later than Wednesday, December 31, 2025 ; and

**WHEREAS,** counsel for the Specified Non-Parties has submitted a letter to the Court requesting leave of the Court to file one (1) amicus brief, on behalf of the eight (8) Specified Non- Parties, consisting of not more than sixty (60) pages, together with not more than six (6) certifications with exhibits; and

**WHEREAS,** the Court has considered the request of counsel for the

Specified Non-Parties; **ACCORDINGLY:**

    **IT IS ORDERED** that

1. The Specified Non-Parties may file one (1) *amicus* brief in opposition to the motions to approve the proposed settlements, consisting of not more than sixty (60) pages, together with not more than six (6) certifications with attached exhibits, on or before December 12, 2025.

2. The Specified Non-Parties may submit a letter to the Court requesting to participate in oral argument after briefing on the motions to approve the settlement has closed, but no later than Wednesday, December 31, 2025.

Dated: November 13, 2025

                                SO ORDERED:

                                HON. RENÉE MARIE BUMB
                                Chief United States District Judge