## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| NEW JERSEY DEPARTMENT OF ENVIRONMENTAL PROTECTION; et al., *Plaintiffs*, v. E.I. DU PONT DE NEMOURS AND COMPANY; et al. *Defendants,* | Case No.: 1:19-cv-14758-RMB-JBC (Pompton Lakes) 1:19-cv-14765-RMB-JBC (Repauno) 1:19-cv-14766-RMB-JBC (Chambers Works) 1:19-cv-14767-RMB-JBC (Parlin/Sayreville)  Hon. Renée Marie Bumb, Chief U.S.D.J. James B. Clark, III, U.S.M.J. |

## CERTIFICATION OF
## JEFFREY ANDRILENAS
## (In support of Carneys Point
## Motion for Intervention)

I, JEFFREY ANDRILENAS, of full age, am a consultant to Intervenor Carneys Point Township. I am personally familiar with the facts set forth herein as follows:

1.    Attached as Ex 1 is a true copy of the natural resource damages ("NRD") restoration projects description and budget portfolio for areas at and surrounding the Chambers Works Site in Carneys Point Township.

I declare under penalty of perjury that the foregoing is true and correct.

*/s/ Jeffrey Andrilenas*

Jeffrey Andrilenas

November 10, 2025



# Report on NRDA Restoration Valuation and Project Cost
## Chambers Works Site
## Lower Salem River Watershed
## Salem County, New Jersey

Prepared for:

Albert I. Telsey, Meyner and Landis LLP
Newark, NJ

November 2025

Prepared by:

The TBLS Group
Environmental Advisory Services

Case 1:19-cv-14766-RMB-JBC    Document 742-6    Filed 11/17/25    Page 3 of 248
PageID: 33597
Chambers Works Site NRD Restoration Projects and Cost Report – November 2025                    i

## Table of Contents

**Tables** iii

**Figures** iv

**Acronyms** v

**Executive Summary** ES-1
REPORT ORGANIZATION ES-4
DATA GATHERING AND DATA MANAGEMENT ES-5
EXPERT TEAM ES-5

**Disclaimers and Limitations** ES-6

**1 Chambers Works Drainage and PFAS Discharges** 1
Flooding Issue 1
PFAS Production and Discharge 3
Gaps in Addressing PFAS Transport and Immediate Environmental Concerns 5

**2 Injury Assessment** 5
2.1 CONCEPTUAL SITE MODEL FOR PFAS RELEASES 5
2.2 INJURY QUANTIFICATION 6

**3 Restoration Projects** 7
3.1 INFRASTRUCTURE PROJECTS: FLOOD MITIGATION 9
3.1.1. Project 1. Construct Tide Gate at Whooping John Creek 9
3.1.2. Project 2. Improve/Reconstruct Tide Gate at Bouttown Creek 10
3.1.3. Project 3. Laurel Street and Ives Avenue Stormwater Drainage Improvements 10
3.1.4. Project 4. Bouttown Creek Stream Cleaning 10
3.1.5. Project 5. Salem River / Canal Dam Removal or Opening 11
3.1.6. Project 6. Repair and Raise Plant Road Levee 11
3.1.7. Project 7. Construct Levee / Seawall 11
3.1.8. Project 8. Construct Stormwater Pumping Station 11
3.2 INFRASTRUCTURE PROJECTS: WATER QUALITY 13
3.2.1. Project 9. Install Water Main 13
3.2.2. Project 10. Water Tower 13
3.2.3. Project 11. Wells and Water Treatment Facility 13
3.2.4. Project 12. Wastewater Treatment Plant 13
3.2.5. Project 13. Regional Aquifer Pump and Treat System 13
3.3 PFAS SEQUESTRATION PROJECTS 15
3.3.1 Project 14. Treatment wetlands 16
3.3.2 Project 15. Fringe wetlands enhancement with phytoremediation and biochar 18
3.3.3 Project 16. Floating wetlands 22
3.4 PROJECT 17. SALEM RIVER HABITAT PROJECT 24
3.5. PROJECT 18. RESEARCH CENTER OF EXCELLENCE 26

**4 Valuing Restoration – Resource Equivalency Analysis (REA)** 29
4.1 INTRODUCTION 29
4.1.1 Resource Equivalency Analysis Objectives and Approach 29

Case 1:19-cv-14766-RMB-JBC    Document 742-6    Filed 11/17/25    Page 4 of 248
PageID: 33990
Chambers Works Site NRD Restoration Projects and Cost Report – November 2025                    ii

|  | 4.1.2 | Section Organization | 30 |
| 4.2 | | AREA-WIDE HYDROLOGY | 31 |
|  | 4.2.1 | Salem County Precipitation | 31 |
|  | 4.2.2 | Catchments | 34 |
|  | 4.2.3 | Conceptual Model of Surface Water Flow | 35 |
|  | 4.2.4 | Hydrology/Surface Water Flow | 36 |
| 4.3 | | CALCULATION OF CATCHMENT RUNOFF | 42 |
|  | 4.3.1 | Classical Rational Method | 42 |
|  | 4.3.2 | Modified Rational Method | 42 |
|  | 4.3.3 | Adapting the Rational Method to Annual Runoff Volume | 43 |
|  | 4.3.4 | Detailed Variable Definitions and Implementation | 43 |
|  | 4.3.5 | Practical Justification & Reference | 44 |
|  | 4.3.6 | Runoff Results | 44 |
| 4.4 | | GROUNDWATER DISCHARGE | 52 |
|  | 4.4.1 | Estimation of Groundwater / Surface Water Interaction | 52 |
|  | 4.4.2 | Groundwater Modeling Input Parameters | 53 |
|  | 4.4.3 | Groundwater Discharge Modeling Results and Discussion | 54 |
| 4.5 | | LEVEE OVERTOPPING | 55 |
|  | 4.5.1 | Review of Existing Levees | 55 |
|  | 4.5.2 | Regional Storm History and Characteristics | 57 |
|  | 4.5.3 | Methodology for Calculating the Rate of Floodwater Inundation | 59 |
|  | 4.5.4 | Results | 60 |
| 4.6 | | INTEGRATED ANNUAL HYDROLOGIC FLUXES | 64 |
|  | 4.6.1 | Part I — Catchment-Scale Hydrologic Integration (Carneys Point, Carneys Point AOC, and Whooping John Creek) | 65 |
|  | 4.6.2 | Part II — Regional Levee Overtopping Beyond the Carneys Point System | 67 |
|  | 4.6.3 | Acres | 68 |
|  | 4.6.4 | Summary | 68 |
| 4.7 | | CONCLUSIONS AND DISCUSSION | 69 |
|  | 4.7.1 | Synthesis of Findings | 69 |
|  | 4.7.2 | Discussion and Overall Conclusions | 70 |

| **5** | **Valuing Restoration – Habitat Equivalency Analysis (HEA)** | **71** |
| 5.1 | METHODS | 71 |
| 5.2 | RESULTS | 73 |

| **6** | **Benefits of WWTP Project** | **75** |
| 6.1 | REDIRECTED WASTEWATER FROM THE CARNEYS POINT WWTP | 75 |
| 6.2 | RESIDENTIAL AND COMMERCIAL SEPTIC SYSTEM CONTRIBUTIONS | 75 |
|  | 6.2.1 Regulatory Context | 76 |
|  | 6.2.2 Residential Systems | 76 |
|  | 6.2.3 Commercial and Institutional Systems | 76 |
|  | 6.2.4 TBLS Data Compilation and Results | 76 |
| 6.3 | STORM EVENTS AND LEVEE OVERTOPPING | 77 |
| 6.4 | COMBINED WASTEWATER VOLUME TO THE CWK WWTP | 78 |
| 6.5 | CONCLUSIONS | 78 |

| **7** | **Monetization** | **79** |
| 7.1 | MONETIZATION METHODS | 79 |

7.1.1  Green Acre Resource Replacement Cost Method   79
7.1.2  Restoration Project Cost Method   81
7.2  RESTORATION PROJECT APPROACH AND PROJECT COST CALCULATIONS   83
7.3  CURRENT PROJECT COST ESTIMATE ORGANIZATION   84
7.3.1  NRD Restoration Sub-Area 1   84
7.3.2  NRD Restoration Sub-Area 2   85
7.3.3  NRD Restoration Sub-Area 3   85
7.3.4  Summary of Costs   85
7.4  CONCLUSIONS   85

**8  References   97**

**Appendix A    Data Gathering and Data Management   101**
SEARCHABLE DROPBOX   101
ARCGIS ONLINE IMPLEMENTATION   101
1 Introduction   101
2 ArcGIS Online Configuration   101
3 Security and User Management   102
4 GIS Development, Structure, and Integration   102
5 Metadata and Data Management   102
6 Collaboration and Content Sharing   103
7 Map Production and Reporting   103
8 Expanded GIS Project Applications   103
9 Integrated Environmental Impact GIS   104
10 Primary Data Sources   105

**Appendix B    2024 Playbook and Report   106**

**Appendix C.    Glossary   120**

**Appendix D.    Vitaes   125**

## Tables

Table 4-1. Statistical Analysis of Annual Rainfall for Salem County, NJ (1950-2024)   32
Table 4-2. Linear regression analysis of annual rainfall for Salem County, NJ (1950–2024)   33
Table 4-3. Area-weighted runoff coefficient for Carneys Point subcatchment   44
Table 4-4. Area-weighted runoff coefficient for Carneys Point AOC subcatchment   45
Table 4-5. Area-weighted runoff coefficient for Carneys Point AOC revised 2035 subcatchment   46
Table 4-6. Area-weighted runoff coefficient for Whooping John catchment   47
Table 4-7. Summary of area-weighted runoff coefficients   51
Table 4-8. Existing levee segments   55
Table 4-9. Summary of historical storms   58
Table 4-10. Summary of AFYs by hydrologic component   66
Table 4-11. Levee segments forming protective boundary for Carneys Point AOC and Whooping John subcatchments   66

Case 1:19-cv-14766-RMB-JBC    Document 742-6    Filed 11/17/25    Page 6 of 248
PageID: 33970
Chambers Works Site NRD Restoration Projects and Cost Report – November 2025                                        iv

Table 4-12. Levee segments outside Carneys Point system                                          67
Table 4-13. Aggregate catchment acreage                                                          68
Table 5-1. HEA inputs and outputs                                                                74
Table 6-1. Design flows for residential systems                                                  76
Table 6-2. Design flows for commercial and institutional systems                                76
Table 6-3. Septic system flows                                                                   77
Table 6-4. Summary of Wastewater Inflows to CWK WWTP                                             78
Table 7-1. Cost estimates for habitat projects in sub-area 1 (Carneys Point AOC+)               86
Table 7-2. Cost estimates for habitat projects in sub-area 2 (Salem River)                      88
Table 7-3. Cost estimates for habitat projects in sub-area 3 (between Hwy 295 and NJ Turnpike)  90
Table 7-4. Cost estimates for infrastructure projects                                           92
Table 7-5. Other project costs                                                                   95
Table 7-6. Summary of project costs                                                              96

# Figures

Figure 1-1. Carneys Point Township vicinity                                                      1
Figure 1-2. Comparison to historical flow conditions                                             2
Figure 1-3. Flood event conditions                                                               3
Figure 1-4. Widespread impacts to Carneys Point Township                                         4
Figure 2-1. Conceptual Site Model for PFAS releases                                              6
Figure 3-1. Comprehensive NRD restoration framework                                              8
Figure 3-2. Conceptual Site Model for restoration projects                                       9
Figure 3-3. Normal flow vs. flood conditions                                                     12
Figure 3-4. Flood control and infrastructure projects                                            12
Figure 3-5. Drinking water resource projects                                                     14
Figure 3-6. Chambers Works wastewater treatment plant                                            15
Figure 3-7. PFAS treatment and sequestration projects                                            16
Figure 3-8. Treatment wetlands – conceptual design                                               17
Figure 3-9. Treatment wetlands – hypothetical location                                           18
Figure 3-10. Fringe wetlands – conceptual design                                                 20
Figure 3-11. Fringe wetlands – hypothetical locations                                            21
Figure 3-12. Fringe wetlands – sub-watershed distribution                                        22
Figure 3-13. Floating wetlands – conceptual design                                               23
Figure 3-14. Floating wetlands – hypothetical locations                                          24
Figure 3-15. Salem Canal                                                                         25
Figure 3-16. Salem River habitat project                                                         26
Figure 4-1. Historical and projected precipitation                                               33
Figure 4-2. Catchments in Carneys Point Township                                                 34
Figure 4-3. Conceptual Model of surface water flows                                              35
Figure 4-4. Comparison of 1930 and 1977 aerial photo maps                                        37
Figure 4-5. Comparison of 1977 and 1995 aerial photo maps                                        38

Case 1:19-cv-14766-RMB-JBC    Document 742-6    Filed 11/17/25    Page 7 of 248
PageID: 33011
Chambers Works Site NRD Restoration Projects and Cost Report – November 2025                v

Figure 4-6. Comparison of 1977 and 2002 aerial photo maps                                38
Figure 4-7. Comparison of 1977 and 2006 aerial photo maps                                39
Figure 4-8. Comparison of 1977 and 2007 aerial photo maps                                39
Figure 4-9. Comparison of 1977 and 2010 aerial photo maps                                40
Figure 4-10. Comparison of 1977 and 2013 aerial photo maps                               40
Figure 4-11. Comparison of 1977 and 2017 aerial photo maps                               41
Figure 4-12. Comparison of 1977 and 2020 aerial photo maps                               41
Figure 4-13. Carneys Point subcatchment land use                                         45
Figure 4-14. Carneys Point AOC subcatchment land use                                     46
Figure 4-15. Carneys Point AOC Revised subcatchment land use 2035 – 2065                 47
Figure 4-16. Whooping John catchment land use                                            48
Figure 4-17. Calculated runoff – Carneys Point subcatchment                              49
Figure 4-18. Calculated runoff – Carneys Point AOC subcatchment                          50
Figure 4-19. Calculated runoff – Carneys Point AOC subcatchment 2035-2065                50
Figure 4-20. Calculated runoff – Whooping John catchment                                 51
Figure 4-21. Calculated area of the Bouttown Creek and Whooping John wetland areas       53
Figure 4-22. Calculated discharge of groundwater to Bouttown Creek and Whooping John wetland
        areas                                                                            55
Figure 4-23. Location of levee segments                                                  56
Figure 4-24. Annual flow of overtopping CWK Manufacturing levee segment                  61
Figure 4-25. Annual flow of overtopping Carneys Point AOC levee segment                  61
Figure 4-26. Annual flow of overtopping Helms Cove West levee segment                    62
Figure 4-27. Annual flow of overtopping Helms Cove Central levee segment                 62
Figure 4-28. Annual flow of overtopping Helms Cove East levee segment                    63
Figure 4-29. Total acre-feet per year                                                    65
Figure 5-1. HEA theory                                                                   73
Figure 5-2. Visual_HEA input for Projects 15 and 16                                      74

## Acronyms

See Definitions in Appendix C

| | |
|---|---|
| AFFF | Aqueous Film-Forming Foam |
| AFY | Acre Feet Year |
| AOC | Area of Concern |
| CRACO | Compensatory Restoration Administrative Consent Order |
| CSM | Conceptual Site Model |
| CWK | Chambers Works |
| dAFY | Discounted Acre-Feet per Year |
| dSAY | Discounted Service-Acre-Year |

| EPA | Environmental Protection Agency |
|---|---|
| GIS | Geographic Information System |
| HEA | Habitat Equivalency Analysis |
| HUC | Hydrologic Unit Code |
| IEC | Immediate environmental concern |
| JCO | Judicial Consent Order |
| Mgpd | Million gallons per day |
| MFA | Multifactor Authentication |
| NHD | National Hydrography Data Set |
| NJDEP | New Jersey Department of Environmental Protection |
| NJGIN | NJ Geographic Information Network |
| NRD | Natural Resource Damages |
| NRDA | Natural Resource Damage Assessment |
| PFAS | Per- and Polyfluoroalkyl Substances |
| PFNA | Perfluorononanoic acid |
| PFOA | Perfluorooctanoic Acid |
| PFOS | Perfluorooctanesulfonic Acid |
| POET System | Point-of-Entry-Water Treatment System |
| RCRA | Resource Conservation and Recovery Act |
| REA | Resource Equivalency Analysis |
| RFS | Remediation Funding Source |
| SWMU | Solid Waste Management Unit |
| USGS | United State Geological Survey |
| WWTP | Wastewater Treatment Plant |

## Executive Summary

The natural resource damages (NRD) restoration projects discussed herein are designed to address an undiagnosed and uncorrected Immediate Environmental Concern (IEC) that the Township of Carneys Point and TBLS have identified caused by untreated per- and poly- fluorinated substances (PFAS) migration originating from urban creek flooding. This flooding causes PFAS contaminated surface water at the Chambers Works site to flood adjacent Township neighborhoods exposing residents to additional PFAS.

The largest area of environmental concern (AOC) at the Chambers Works Site is AOC-1, the 1,100-acres of the Site located in Carneys Point Township. The Carneys Point AOC-1 has largely been untreated and is contributing to PFAS contamination to adjacent Carneys Point neighborhoods and the Delaware River. This PFAS IEC must be addressed.

The Township, in anticipation of the current settlements, formed a commission of community leaders, its attorneys, engineering consultants and TBLS in 2022. The goal was to identify the types of NRD projects that would serve to restore the Townships natural resources. Between 2023 and 2025, Town and TBLS consulted with leading professors and scientists from Princeton University and Montclair State University. They include Dr. Peter Jaffe and Dr. Amy Tuininga. Each has been honored by the New Jersey Department of Environmental Protection (NJDEP) for their studies on restoring ecosystems impacted by PFAS.

The Township and TBLS are also working with NJDEP's NRD contractor, WSP, and a leading restoration project developer, RES. They have all evaluated the Carneys Point Township PFAS impacts related to their respective disciplines and have assisted TBLS in preparing this report.

This report describes eighteen (18) NRD restoration projects divided into four categories (1) flood mitigation projects, (2) water quality infrastructure projects, (3) projects designed to remove PFAS from the ecosystem using innovative techniques designed by our university contributors, and (4) Salem River habitat projects.

The projects are intended to work together in an integrated fashion to reduce PFAS concentrations in the groundwater and surface water using a low-cost phytoremediation and treatment wetlands approach, and to mitigate the effects of flooding by way of infrastructure projects, including stormwater drainage projects and levees. In addition, this report describes drinking water infrastructure projects that will address PFAS damaged groundwater.

These projects can greatly reduce the ongoing exposure of biota to PFAS within the natural areas of Carneys Point and reduce human health risks associated with PFAS caused by flooding events.

TBLS has prepared an NRD "injury conceptual site model," which has identified the sources of PFAS from the Chambers Works site, including PFAS transport mechanisms, and the pathways by which PFAS has migrated to injured natural resources. TBLS has also prepared a restoration "conceptual site model," which describes the NRD restoration projects and why they were selected.

This report provides scientific exhibits and valuation calculations using NJDEP approved Habitat Equivalency Analysis (HEA) and Resource Equivalency Analysis (REA) formulas and cost estimates to show that the NRD restoration projects described herein are reasonable and necessary to address NRD injury.

The approach undertaken here is also consistent with the New Jersey NRD Constitutional Amendment and NJDEP's NRD Administrative Order 2023-08. These protocols require that NRD

restoration must occur at the location (nexus) of the pollution injury with the input of pollution-impacted municipalities. Here, the nexus of the injury is the Chambers Works site and the adjacent pollution-impacted community is Carneys Point. This report provides the Township's input on necessary and reasonable NRD restoration projects for the community.

Collectively, the NRD restoration projects discussed herein will cost approximately $500M to $600M, depending on the valuation methodology used, as discussed herein.

The project area here is 5,000 acres, which represents one of the largest NRD restoration project sites in the country. The project cost estimate amounts to a per acre restoration cost of $105,000 to $121,838 per acre. This is less expensive than buying replacement Green Acres.

The restoration projects are reasonable and necessary given preliminary estimates of NRD injury to the area, which are calculated to be billions of dollars caused by atmospheric discharge of PFAS from the Chambers Works site over a wide area.

The restoration projects discussed here have been appropriately sized to reflect available funding from the August 2025 proposed settlement.

The projects will bring new Green Jobs and economic redevelopment to Carneys Point by providing valuable infrastructure upgrades and restoring natural resources.

This report has been prepared by TBLS experts. They are members of ASTM's environmental committees that prepare National and International standard protocols and procedures; they have nearly three decades of experience dealing with NRD and 10 years of experience dealing with PFAS at the Chambers Works site; they have published studies in National Conferences for peer review; they are originators of NJDEP's NRD REA formulas that NJDEP uses for groundwater NRD matters; and they have taught NRD valuation techniques to the NJDEP and others.

## NRD RESTORATION PROJECTS

**Category 1 – Infrastructure projects for flood mitigation.** These projects are intended to improve the resilience of Carneys Point infrastructure related to stormwater management, thereby greatly reducing the frequency of storm-related impacts of PFAS contaminated stormwater to the community.

- ◆ **Project 1. Construct Tide Gate at Whooping John Creek** to restore hydrologic function and service capacity by reestablishing tidal exchange, improving stormwater discharge, and reducing sediment accumulation

- ◆ **Project 2. Improve/Reconstruct Tide Gate at Bouttown Creek** to restore natural discharge to the Delaware River, improve drainage efficiency, and reduce flooding in the township

- ◆ **Project 3. Laurel Street and Ives Avenue Stormwater Drainage Improvements**, together with Projects 1 and 2, will improve stormwater management within Carneys Point and ensure a balanced flow to the Delaware River.

- ◆ **Project 4. Bouttown Creek Stream Cleaning** will restore creek conveyance capacity, improve drainage efficiency, and support tidal gate operations.

- ◆ **Project 5. Salem River / Canal Dam Removal or Opening** will complement other tidal gate and levee projects by increasing downstream conveyance capacity and flood resilience within the Lower Salem River watershed.

- ◆ **Project 6. Repair and Raise Plant Road Levee** will prevent overtopping, restore reliable flood protection, and stabilize hydrologic conditions in the surrounding catchments.

◆ **Project 7. Construct Levee / Seawall** to provide uniform flood defense, reduce inland flooding, and stabilize hydrologic conditions.

◆ **Project 8. Construct Stormwater Pumping Station** will enhance discharge from the township to the Delaware River, reducing flood risk.

**Category 2 – Infrastructure projects for water quality.** These projects will provide PFAS–free potable water to Carneys Point.

◆ **Project 9. Install Water Main** to improve water reliability, reduce dependence on contaminated aquifers, and support broader water system restoration in coordination with other supply and treatment projects.

◆ **Project 10. Water Tower** will provide storage and pressure stabilization for the township's drinking water system and support delivery of PFAS-free water.

◆ **Project 11. Wells and Water Treatment Facility** to provide an additional source of treated drinking water for the community.

◆ **Project 12. The Chambers Works Wastewater Treatment Plant** project will redirect all municipal wastewater from two existing Townships Wastewater Treatment Plants (Carneys Point and Penns Grove) that today are at their operational life, are undersized for the future demands of the Townships, and do not treat PFAS which is a future liability under their NJPDES permits. This is acknowledged in the PFAS air emissions Conceptual Site Model developed by AECOM in their 2017 PFAS Conceptual Site Model Report.

Municipal wastewater from these two outdated WWTPs will be pumped to the Chambers Works Wastewater Treatment Plant (CWK WWTP), which is or will be designed to treat PFAS.

The CWK WWTP will also provide a backup for treating any water not managed by the PFAS sequestration and bioremediation treatment wetlands located in the Carneys Point AOC along the northern and southern creek systems projects.

In addition, according to Salem County Health septic permit data, TBLS has identified up to 700 existing septic systems located in the south and east portion of Carneys Point, where no existing sanitary sewerage systems services exist. These septic systems would be hooked up to the Chambers Works Wastewater Treatment System.

These hook ups can be designated as NRD restoration since septic systems degrade the drinking water aquifer and may contribute household derived PFAS impacts according to Chemours consultant, TRC.

One of the Gulf Spill NRD restoration projects in Florida also recognized a wastewater treatment plant upgrade that took out several septic systems as an NRD restoration project

In addition, the Township's planning consultants have identified that current capacity limitations of the Township's existing wastewater treatment plants, will not be able to accept sanitary service to support economic redevelopment.

TBLS, with Sickels & Associates, have determined that 32 million-gallon-per-day (Mgpd) capacity of the CWK WWTP will serve all these various needs.

The elimination of the two existing wastewater treatment plants is also a benefit for an environmental justice community as has been identified by both NJDEP rules and by the TBLS team which includes Dr. Amy Tuininga of Montclair State who serves on NJDEP's own

Environmental Justice Task Force.

◆ **Project 13. Regional Aquifer Pump and Treat System** is a regional pump and treat system with multiple wells located across PFAS-affected neighborhoods to remediate the shallow residential aquifer through extraction and treatment with granulated activated carbon.

**Category 3 – PFAS sequestration projects.** These projects will utilize bioremediation or phytoremediation techniques to break down or sequester PFAS within Carneys Point wetlands and ponds. The contaminated plant materials from the phytoremediation projects can be disposed of onsite at a landfill that is already permitted to handle PFAS.

◆ **Project 14. Treatment wetlands** project is a constructed treatment wetlands system that would use cultured bacteria to transform PFAS molecules into less toxic components.

◆ **Project 15. Fringe wetlands enhancement with phytoremediation and biochar** project would use phytoremediation and a selection of appropriate wetland plant species, planting and harvesting schedules, and soil amendments such as biochar to passively sequester free PFAS molecules throughout Carneys Point's creek system.

◆ **Project 16. Floating wetlands** project is the installation of constructed floating wetlands within larger (greater than 1 acre) ponds and lakes within Carneys Point, using similar phytoremediation techniques as those for Project 15.

**Category 4 –The Salem River habitat project.**

◆ **Project 17** will evaluate various alternatives to improving the riverine habitat of the Salem River near CWK. Alternatives could include removing one or both the dams that form the Salem Canal (as part of Project 5), altering the amount and timing of flows that pass through the two dams, and providing fish passage at one or both the dams.

**Category 5 — Center for Excellence**

◆ Project 18 will serve to advance science by bringing together experts to develop and advance research with the goals of developing new and effective soil, wetlands and water habitat restoration methods for long-term environmental and human health. Located in the Township the Center will enhance community engagement through outreach, education and workforce initiatives.

## REPORT ORGANIZATION

This Report is organized into the following sections.

◆ **Section 1 (Introduction)** – Describes the purpose and objectives of the Report and briefly described the site history.

◆ **Section 2 (Injury Assessment)** – Describes the conceptual site model (CSM) that TBLS developed for PFAS releases and presents a preliminary quantification of injuries related to PFAS in groundwater

◆ **Section 3 (Restoration Projects)** – Describes 18 restoration projects related flood mitigation, improving drinking water quality, and treating or sequestering PFAS

◆ **Section 4 (Valuing Restoration – Resource Equivalency Analysis)** – Quantifies the benefits of the flood mitigation projects

◆ **Section 5 (Valuing Restoration – Habitat Equivalency Analysis)** – Quantifies the benefits of the PFAS treatment and sequestration projects

- ◆ **Section 6 (Benefits of Other NRD Projects – WWTP and Drinking Water)** – Quantifies the benefits of the WWTP and drinking water improvement projects
- ◆ **Section 7 (Monetization)** – Presents the monetization analysis for the Infrastructure and Habitat projects according to Hydrologic Unit Codes
- ◆ **Section 8 (References)** – Includes citations for documents cited in the report

## DATA GATHERING AND DATA MANAGEMENT

This effort is discussed in detail in Appendix A.

## EXPERT TEAM

TBLS has assembled a team of experts that are ready to implement the restoration projects described in this report. Initial tasks include engineering design and feasibility studies, baseline monitoring of PFAS concentrations in Carneys Point's natural resources, pilot testing for bioremediation and phytoremediation projects, and training for Green Jobs.

Our team of experts includes (1) WSP, one of the largest engineering companies in the world, (2) RES, the nation's largest ecological developer and environmental mitigation company, (3) Princeton University, (4) Montclair State University's PSEG's Institute of Sustainability Studies, and (5) Sickels and Associates.

TBLS team members include the following:

**Jeff Andrilenas, BSc, RG**: Jeff is considered one of the top NRD experts in the United States for both NRD injury and NRD restoration. His specialty is managing NRD science teams and computing the monetization of NRD injury and restoration. He has also served as the lead technical expert on the complex environmental matters at Chambers Works site since 2016, having  authored opinions/memos, and supported the related litigations on behalf of Meyner & Landis and Carneys Point. These opinions/memos, included scientific analyses and discussions of offsite PFAS impacts from Chambers Works, including a Conceptual Site Model for PFAS from air emissions, preliminary cost estimating, and organization of the offsite GIS.

Mr. Andrilenas is a Federal and State court recognized NRD expert having practiced in the field of NRD for over two decades. He has worked on some of the largest air emissions sites in the US. He is a founder of the first NRD restoration credit banking company in the US and was the first to permit infrastructure upgrade projects as restoration projects in New Jersey (Baden et al. 2008; Impagliazzo et al. 2008; Kropp 2010). His NRD groundwater and habitat valuation, restoration, and implementation methods have been peer-reviewed by the NJDEP Science Advisory Board, as well as by other Federal & Tribal Trustee agencies. Mr. Andrilenas developed the restoration project strategy, oversaw the integrated CSM architecture, managed the technical team for the CSM and NRD project, monetized both NRD injury and restoration projects, and generated the restoration calculations for anticipated projects.

**Frank Breen, MSc, RG, Contaminant Hydrogeologist**: Mr. Breen, has served as the hydrogeologist and GIS expert witness on the Carneys Point vs. DuPont Chemours litigation since 2017. He developed, under direction of Mr. Andrilenas, the baseline PFAS CSM. Mr. Breen is a subject matter expert in the fields of hydrogeology, geochemistry, groundwater, chemical fate and transport modeling including PFAS. With over 38 years of technical experience, he evaluated the migration and persistence of PFAS molecules in multimedia including surface water, unsaturated I vadose zone and groundwater migrations. Mr. Breen has worked extensively in New Jersey evaluating the migration of

PFAS resulting from air deposition to soil and its subsequent migration in shallow and deep groundwater and is adept at understanding contaminant hydrological transport mechanisms including surface water and sediments. His experience includes utilizing groundwater flow and chemical transport model applications. Groundwater modeling previously conducted in the Township's neighborhoods as part of TBLS's 2020 Opinion ahas been used to predict the amount of subsurface soil, groundwater (and drinking water) NRD injuries from PFAS.

**Tad Deshler, MSc, Aquatic Toxicologist and Surface Water/Sediment impact modeler**: Mr. Deshler evaluates the NRD impacts of PFAS on multiple surficial NRD medias as well as the fate and transport mechanisms, including uptake into human, biota, such as fish/game impact from PFAS. He conducted the table-top HEA portion of the NRD injury assessment and the HEA portion of the ecosystem services evaluation of sufficiency of the restoration projects to meet the injury. Tad has been a practicing NRD injury and restoration expert for over 30 years and is court-recognized in many US jurisdictions, including New Jersey. He also worked closely with Jeff Andrilenas in quantifying NRD Injury related to specific groundwater and biota so that injury and restoration calculation sync with NJDEP nexus to injury and other criteria.

**David Alford, GISP, Esri ArcGIS Expert (setup of 3-D model)**: Mr. Alford is a GIS database expert, and ESRI instructor, and has served as litigation expert witness representing municipalities and other government and business entities related to GIS and database matters. Given the complexity of integrating different media models representing huge amounts of data, TBLS believes that having a GIS expert on our team was invaluable. TBLS engaged Mr. Alford on an as-needed basis to help with special visuals and graphics and the QA/QC of data and model entry. As part of this project, models, databases, and graphics were transitioned to the ESRI platform to allow for better sharing of the existing GIS data for use as a tool usable by all participants/team members. A restoration "book" is often the written text that accompanies the GIS database and models and vice-versa in the NRD realm, since design concepts of restoration can be modified and shown to increase ecosystem services as part of the restoration valuation scheme.

# Disclaimers and Limitations

The analysis, observations and views of TBLS set forth in this Report are based substantially on existing historical information that was provided to us and that we reviewed as well as from publicly available source materials. We have relied on the accuracy, completeness and authenticity of such information as it was provided to us. We did not independently verify such information, and we do not assume any responsibility with respect to such information. Once we reviewed such information, we undertook responsibility for: (a) evaluating such aspects of such information as we deemed relevant, (b) researching technical literature to the extent we deemed it necessary or appropriate and (c) formulating our opinions set forth herein based on methods and techniques we have considered to be appropriate under the circumstances. In formulating our opinion, we did not conduct any visit to the Chambers Works site.

This Report is limited to the specific matters contained therein, and no statement, observation, view, opinion or recommendation is implied or is to be inferred beyond those expressly stated herein. We do not undertake to advise any person or entity (other than Meyner and Landis) of any facts or circumstances that may be relevant to this Report coming to our attention subsequent to the date of this Report. This Report and our observations, conclusion and findings set forth herein, are not

intended to (and do not) include any evaluation, assessment or opinion as to legal aspects of the matters we reviewed.

This Report is subject to the terms and conditions of the agreement (the "Agreement") between TBLS and Meyner and Landis. In accordance with recognized professional standards, TBLS's compensation under the Agreement is not contingent on the observations, conclusion or findings we express in this Report, and neither TBLS nor any of its officers or personnel has any present or intended financial interest in the matters addressed herein.

# 1    Chambers Works Drainage and PFAS Discharges

The Chambers Works (CWK) site has a long and complicated history. Brief descriptions are provided below for two specific elements of the site history that are germane to the restoration projects discussed in this report, namely changes to the drainage patterns of the creek systems in Carneys Point and the production and discharge of PFAS.



**Figure 1-1. Carneys Point Township vicinity**

## Flooding Issue

Bouttown Creek originates east of CWK in Carneys Point. Stormwater from Carneys Point enters the creek off-site and is regulated by a township-operated pump house located near the DuPont property line.

Prior to 1974, Bouttown Creek discharged to the north through a sluice gate to the Delaware River. In 1974, the original point of discharge in Bouttown Creek was cut off and filled; flow in Bouttown Creek was then diverted to Henby Creek to the south via a constructed channel. Bouttown and Henby Creeks are flanked by low-lying wetlands. During storm events, some of the flow within the Bouttown and Henby Creek system that might have historically been routed to the Delaware River at Helms

Cove is now sequestered within the wetlands around the creeks and the surrounding Carneys Point neighborhoods.

The pair of aerial photos depicted in Figure 1-2 (below) illustrates the phenomenon. Under historical conditions, as shown in the left panel of Figure 1-2, flow was generally confined to the river channels. More recently, as shown in the 1995 aerial photo on the right panel of Figure 1-2, the area of the creek system has greatly expanded even during typical flow conditions.

Figure 1-3 (next page) provides another example of this phenomenon. The catchment area under normal flow conditions is depicted at the upper left of the figure and compared to the catchment area under flood conditions at the lower left of the figure. The much larger catchment area during flood conditions includes the residential areas to the east of CWK.

The schematic diagrams on Figure 1-3 also illustrate this phenomenon. During a storm event, water within the catchment area may flow east (to the right on Figure 1-3) into the residential areas. During an extreme flooding event, overtopping of levees by the Delaware River, as illustrated in the bottom schematic on Figure 1-3, can exacerbate this problem. The flooding mitigation projects described in Section 4 are intended to reduce or eliminate the flooding problem in Carneys Point.



**Figure 1-2. Comparison to historical flow conditions**
Flow was generally confined to the river channels historically (left panel). More recently (right panel), the area of the creek system has greatly expanded even during typical flow conditions, increasing the vulnerability to flooding of Carneys Point residents.



**Figure 1-3. Flood event conditions**

Catchment area under normal flow conditions (upper left) is much smaller than catchment area during flood conditions (lower left), which includes the residential areas to the east of CWK. During a storm event, water within the catchment area may flow east into the residential areas (center right). During an extreme flooding event, overtopping of levees by the Delaware River (lower right), can exacerbate this problem.

## PFAS Production and Discharge

According to NJDEP's NRD complaint in the Chambers Works matter, for over 50 years, DuPont emitted vast quantities of PFAS chemicals, including perfluorooctanoic acid (PFOA) and perfluorononanoic acid (PFNA), from Chambers Works. Not only is there significant PFAS contamination at Chambers Works, but PFAS compounds also dispersed through Chambers Work's air emissions to locations miles away (Figure 1-4) (next page). For example, testing of private drinking water wells miles from Chambers Works have identified PFOA at concentrations that exceed applicable criteria for the compound (AECOM 2017). Likewise, PFAS compounds emanating from Chambers Works have impacted drinking water, groundwater, surface waters, sediments, soils, wetlands, air, fish, plants, and other natural resources.

All waterbodies and associated fringe wetlands of Delaware River, Salem River, Henby Creek, Whooping John Creek, Bouttown Creek, ponds, and lakes have been affected by PFAS, including two National Wildlife and/or State Wildlife areas and drinking water wells and other infrastructure within Carneys Point.



**Figure 1-4. Widespread impacts to Carneys Point Township**

Hundreds of wells (red symbols) impacted above State/Federal PFAS criteria for at least 200 square miles within Area of Concern Study Area (AOC) established by Chemours, including >50 square miles in Carneys Point Township, >750 residential wells tested, > 250 POET systems deployed since 2015

The USEPA RCRA/NJDEP Site Remediation Program has not chosen to yet address cleanup of surface and subsurface soil and subsurface groundwater in Carneys Point although technically they are required to do so and especially given that PFOA is now a Federal CERCLA hazardous chemical. Based on TBLS's review of drinking water well results over the past decade, PFAS concentrations remain relatively stable with no evidence that the POET systems are in any way returning the resource to baseline conditions. Thus, injury is still occurring, and no affirmative relief has been taken to address this ongoing injury to drinking water and groundwater resources within the Township of Carneys Point.

In AECOM's 2017 PFAS Conceptual Site Model Report, AECOM admitted that the PFAS portion of the air emissions had caused an impact to air, soil, groundwater, surface water, drinking water, sediments, tidelands, wetlands and other habitat types, i.e. environmental medias, and biota living within these medias, from historical operations at the Chambers Works site in the surrounding Carneys Point Township.

Actual stack testing/air dispersion modeling of PFAS have previously been done by both DuPont and by NJDEP; by the former beginning in early 2000's and by the latter i.e. NJDEP's own air modeling

group which is depicted above on Figure 1-4 from 2009. Those studies showed likely PFAS impact to Carneys Point Township, where transport in air emissions as the only possible source of PFAS contamination affecting groundwater and drinking water sources in Carneys Point Township.

**Gaps in Addressing PFAS Transport and Immediate Environmental Concerns**

The 2017 AECOM report did not mention the urban creek systems as a continuing transport mechanism for PFAS air emissions or as an ongoing Immediate Environmental Concern due to flooding and remobilization of PFAS and incursion into adjacent neighborhoods which today are causing continued PFAS impact to the Township. We view this transport pathway as an ongoing Immediate Environmental Concern.

Because the Township identified a number of flood control projects as part of its NRD restoration portfolio, TBLS was able to study the flooding issue in greater detail with the Township Engineer, Sickels & Associates. These flood infrastructure projects fit TBLS' experience with groundwater NRD restoration projects and allowed TBLS to calculate restoration values attributed to these projects.

The creek systems are expected to have PFAS damage due to air emissions from the site. This includes both Bouttown Creek to the North, and the John Whooping Creek system to the South. This also includes the former Chambers Works settlement ponds for process waste. Because these onsite creeks are the receiving waters for the urban creeks throughout the Township west of the I-295 Corridor, the onsite creeks are likely to have extensive PFAS contamination, which is expected to remobilize towards adjacent neighborhood during storm events.

# 2    Injury Assessment

## 2.1    CONCEPTUAL SITE MODEL FOR PFAS RELEASES

TBLS developed a PFAS NRD Conceptual Site Model (CSM), to assist in quantifying the injury associated with on- and offsite PFAS discharges in accordance with NJDEP Office of Natural Resources Restoration protocols, and to develop a group of potential restoration projects to compensate for that injury. TBLS developed the CSM in accordance with NJDEP procedures for NRD. As part of CSM development, TBLS identified at least six PFAS sources that have impacted natural resources in Carneys Point:

1.    Air emissions from industrial processes at Chambers Works site

2.    Unregulated process waste discharges to historic ditches and other surface water features

3.    Onsite landfill

4.    Multiple solid and hazardous waste management units (SWMUs) with documented PFAS presence

5.    Past fires at the Chambers Works site, during which PFAS-containing firefighting foam was likely used

6.    Wastewater Treatment Plant

PFAS has been transported from each of these sources by multiple transport mechanisms to onsite (Chambers Works) and offsite (Carneys Point) natural resources (URS 2011), all of which are to be protected by natural resource trustees, including NJDEP. For example, during precipitation events, runoff from surfaces or runoff or erosion of PFAS-containing soil (because of air deposition or direct

releases to soil) can migrate to on- and off-site site surface water and sediment such as Henby and Bouttown Creeks, or the Salem Canal or Delaware River via stormwater outfalls (AECOM 2017). Also, PFAS that has been deposited on the surface has percolated to the underlying groundwater that is used as a drinking water source by residents of Carneys Point.



**Figure 2-1. Conceptual Site Model for PFAS releases**

PFAS has been transported to multiple types of natural resources by a variety of transport mechanisms

## 2.2    INJURY QUANTIFICATION

Injury assessment is a standard step in NRD assessments in which the magnitude of the injury is quantified for the purposes of determining the appropriate scale of compensatory restoration. The available data on PFAS concentrations both onsite and offsite are insufficient to support a reasonable PFAS injury assessment for most natural resources, except for PFAS data from dozens of drinking water wells within Carneys Point.

TBLS conducted an injury assessment for PFAS-contaminated groundwater attributed to discharges from the Chambers Works site using a Resource Equivalency Analysis (REA), as required by NJDEP. A REA injury assessment involves determining the amount of natural resource services that an affected resource would have provided had it not been injured. In this case, the natural resource service is the provision of drinking water. Inputs to REA include the area affected and the timeframe over which the injury occurred (or will continue to occur in the future). The REA output is expressed in units of acre-feet/year, which reflects the volume of drinking water that must be replaced each year.

The primary source of recharge to the Coastal Plain Aquifer system in the area of Carneys Point is due to precipitation. Groundwater modelling conducted in Salem County (Charles et al. 2011) calculated recharge to be on the order of 1.25 ft/yr. Based on an area of Carneys Point of 11,335 acres, the total annual recharge to the aquifer is approximately 14,170 acre-ft/yr. Air discharge of PFOA from the Chambers Works site (NJDEP 2009), and subsequent precipitation of PFOA-impacted rainwater across Carneys Point, was assumed to begin in 1950 and continue until 2020, or

70 years, allowing sufficient time for PFOA and PFOA-related chemicals to infiltrate into the subsurface aquifer systems.

Monitoring conducted by Chemours (April 2023) indicates that the highest levels of PFOA are in the shallow system in the central and western portions of Carneys Point. PFOA concentrations were also detected at depths of 100 to 120 feet in the deeper aquifer system above the E aquifer (URS 2014), however, these concentrations were only slightly above NJDEP standards. Initial groundwater flow modelling of the shallow aquifer system conducted by TBLS estimated that the shallow groundwater would require 90 years to flush sufficient pore volumes of groundwater to reduce PFOA concentrations to below the NJDEP groundwater standard for the residential portions of Carneys Point Township (TBLS 2020). As PFOA concentrations were much lower in the deeper groundwater, it is reasonable to conclude, based on the available information, that 90 years represents a sufficient period of time to restore groundwater in the deeper aquifer.

Therefore, based on the available information, and an estimated recharge of 14,170 acre-ft/yr over 160 years (70 years past, 90 years future), the total injury is approximately 2.3 million acre-ft. Conversion of this volume, based on a recharge rate of 1.25 ft/yr, represents approximately 1.8 million acres. Assuming that the average acre that could be preserved was in the $90,000 range, this represents a substantial recovery matter.

Semi-annual sampling conducted by Chemours included sampling of multiple nested monitoring wells screened in the shallow, middle, and deep aquifer systems within Carneys Point Township. PFOA concentrations up to 50 times greater than the NJDEP criterion have been measured in multiple monitoring wells. For the purposes of the initial REA, the injury to the aquifer system was assumed to result primarily from PFOA-impacted rainfall that recharges the Coastal Plain Aquifer system. Other sources of groundwater to the aquifers underlying the site such as recharge from the Delaware River resulting from induced pumping, infiltration from surface water bodies, or vertical flow between aquifer units could also influence injury quantification; however, quantification of these fluxes is beyond the scope of this initial analysis.

Groundwater modelling conducted in Salem County (Charles et al. 2011) calculated recharge to be on the order of 1.25 ft/yr. Based on an area of Carneys Point Township of 11,335 acres, the total annual recharge to the aquifer is approximately 14,170 acre-ft/yr. Considering a 70-year period of PFAS air discharge and subsequent infiltration to groundwater, the total injury is estimated at approximately 991,900 acre-ft.

Calculations presented in Section 4 indicate that the average annual flow of water between 2003 and 2024 into Area 1—based on estimates of runoff, groundwater discharge into Bouttown and Whooping John Creeks, and storm surges overtopping the levee (primarily in the vicinity of Helms Cove along the northern boundary of the Carneys Point AOC Subcatchment)—was approximately 8,500 acre-ft/yr. Management of this annual flow containing PFAS will constitute restoration. Therefore, based on a total injury of 991,900 acre-ft and an annual restoration rate of 8,500 acre-ft/yr, the estimated restoration period is approximately 117 years.

# 3    Restoration Projects

Carneys Point Township has experienced long-standing flooding, drainage, and water-quality challenges resulting from historic industrial activity, altered hydrologic pathways, and aging infrastructure. Over time, changes to the natural flow of surface water through Bouttown Creek, Whooping John Creek, and the associated tidal systems have disrupted the township's ability to

Chambers Works Site NRD Restoration Projects and Cost Report – November 2025          8

manage stormwater and groundwater effectively. Blocked drainage routes, undersized tidal gates, and low-lying levees have contributed to frequent flooding in residential areas, threatening property and community safety.

In addition to flooding, widespread PFAS contamination originating from historical air emissions and discharges from the Chambers Works facility has impacted groundwater, surface water, and soil resources throughout the township. These contaminants have entered drinking water supplies, created long-term human health risks, and placed stress on local utilities responsible for maintaining safe and reliable water service. The combination of hydrologic imbalance and contamination has resulted in both environmental and public health injury, underscoring the need for coordinated restoration.

The projects described in the following sections were developed to address these interconnected challenges. Each project focuses on restoring hydrologic balance, improving drainage and flood protection, and remediating PFAS contamination in both groundwater and surface-water systems. Together, these efforts form a comprehensive NRD restoration framework for Carneys Point Township—protecting residents, restoring ecological function, and ensuring sustainable water resources for the future.



**Figure 3-1. Comprehensive NRD restoration framework**

18 projects integrated with Brownfield Enterprise Economic Zone address sea level rise, flood control and critical infrastructure, PFAS sequestration, and return of base flow to the Salem River.



**Figure 3-2. Conceptual Site Model for restoration projects**

## 3.1    INFRASTRUCTURE PROJECTS: FLOOD MITIGATION

The 2024 Restoration Playbook (Appendix B) identified eight infrastructure projects to mitigate flooding in Carneys Point (Figures 3-3 and 3-4). Each is described in separate sections below.

### 3.1.1. Project 1. Construct Tide Gate at Whooping John Creek

Whooping John Creek serves as a primary tidal drainage feature connecting Carneys Point Township to the Delaware River. The creek's shallow depths, organic-rich sediments, and limited flow caused by an undersized sluice gate have led to restricted tidal exchange and frequent flooding. Stormwater from the township discharges into the creek near the DuPont property line, where limited discharge capacity exacerbates flooding. The project will construct a new tide gate to restore controlled tidal exchange, improve stormwater conveyance, and reduce backflow during high tides.

The restricted sluice gate has caused reduced flushing and accumulation of PFAS-contaminated sediments, prolonged stagnation, and backwater flooding of residential areas. These conditions have resulted in hydrologic and contaminant transport injury by reducing natural drainage and ecological function.

The new tide gate will restore hydrologic function and service capacity by reestablishing tidal exchange, improving stormwater discharge, and reducing sediment accumulation. This project ties directly to the hydrology findings for the Whooping John Catchment, addressing constrained discharge and backflow conditions and enhancing water movement within the broader Carneys Point watershed.

### 3.1.2. Project 2. Improve/Reconstruct Tide Gate at Bouttown Creek

Bouttown Creek historically discharged north to the Delaware River, but this outlet was filled in 1974, diverting flow south into Whooping John Creek. This diversion caused stormwater congestion and overloading in the southern drainage system. The project will reconstruct the Bouttown Creek tide gate near its original outlet to restore independent tidal discharge and rebalance stormwater distribution between the two creeks.

Closure of the original outlet eliminated natural tidal flushing, leading to sediment buildup, water stagnation, and flooding in upstream areas. Diverted flow has overburdened Whooping John Creek, causing extended surface-water retention and exposure of PFAS-contaminated sediments.

Reconstructing the Bouttown Creek tide gate will restore natural discharge to the Delaware River, improve drainage efficiency, and reduce flooding in the township. The project complements the Whooping John Creek improvements by redistributing flow, enhancing stormwater management, and supporting wetland restoration and PFAS treatment wetlands downstream.

### 3.1.3. Project 3. Laurel Street and Ives Avenue Stormwater Drainage Improvements

Flooding along Laurel Street and Ives Avenue has resulted from altered flow patterns near the Chambers Works facility, where redirected drainage has caused water from the Carneys Point Subcatchment to back up into the Carneys Point AOC Subcatchment. Residents rely on sump pumps to manage shallow groundwater and basement flooding. The project will investigate causes and implement drainage improvements to restore local conveyance and reduce flooding.

The loss of natural drainage due to past diversions has elevated groundwater tables and reduced stormwater discharge capacity, leading to local flooding and hydrologic imbalance. These conditions reflect impaired surface and groundwater interaction within the residential drainage network.

Improving drainage along Laurel Street and Ives Avenue will restore natural flow between Carneys Point and Carneys Point AOC Subcatchments. The project ties directly to the tidal gate improvements by improving interior stormwater management and ensuring balanced flow to the Delaware River.

### 3.1.4. Project 4. Bouttown Creek Stream Cleaning

Bouttown Creek has become obstructed by leaf litter, debris, and sediment accumulation, reducing flow and increasing flooding. The project will assess feasibility of stream cleaning to restore hydraulic capacity and evaluate potential contaminant migration from nearby capped areas and SWMUs. Wetland health, PFAS presence, and biological conditions will also be assessed.

Flow obstructions have reduced stormwater conveyance and natural flushing, allowing PFAS-contaminated sediments to persist and wetlands to degrade. The result is diminished hydrologic and ecological function and potential contaminant migration.

Stream cleaning will restore creek conveyance, improve drainage efficiency, and support tidal gate operations. The project includes wetland mapping and PFAS sampling to monitor improvement and

ensure the creek can safely convey water to downstream tidal systems, supporting overall hydrologic restoration.

### 3.1.5. Project 5. Salem River / Canal Dam Removal or Opening

The Salem River and Canal contain several control structures that limit flow to the Delaware River. The project will evaluate and implement dam removal or modification to restore more natural flow and improve drainage through the lower watershed. The dams have reduced flow capacity and altered drainage patterns, causing prolonged ponding and limiting sediment and nutrient transport. Removing or opening the dams will improve flow to the Delaware River, enhance regional drainage, and complement other tidal gate and levee projects by increasing downstream conveyance capacity and flood resilience.

### 3.1.6. Project 6. Repair and Raise Plant Road Levee

The Plant Road Levee protects southern Carneys Point from Delaware River flooding but has degraded over time. The project will repair and raise the levee to address settlement and erosion and improve flood protection under rising sea levels.

Lowered and deteriorated levee sections have allowed floodwater intrusion during high tides and storms, causing localized flooding and contaminant redistribution. Raising and repairing the levee will prevent overtopping, restore reliable flood protection, and stabilize hydrologic conditions in surrounding catchments. It directly addresses the overtopping vulnerabilities identified in the hydrologic analysis and supports other drainage improvements.

### 3.1.7. Project 7. Construct Levee / Seawall

A new levee or seawall along the Delaware River will be built to strengthen flood protection against sea level rise and storm surges, complementing the existing levee system.

Low-lying and discontinuous levee segments have resulted in flooding, stormwater backflow, and redistribution of contaminated sediments. These events have reduced flood protection and water quality.

A continuous levee or seawall will provide uniform flood defense, reduce inland flooding, and stabilize hydrologic conditions. This project supports the Plant Road Levee repair and ensures that restored drainage systems remain effective under future sea-level conditions.

### 3.1.8. Project 8. Construct Stormwater Pumping Station

Upgrading the existing township stormwater pump house on Bouttown Creek will prevent flooding and creek backup during major storm events. The station manages flow from residential areas and requires capacity improvements for reliability.

Limited pumping capacity contributes to flooding and surface-water backup during heavy rainfall. The issue is linked to flow restrictions caused by historic diversions and limited drainage outlets. Improving the pumping station will enhance discharge from the township to the Delaware River, reducing flood risk. The project complements Laurel Street and Ives Avenue drainage improvements and tidal gate restorations, completing the integrated drainage system.



**Figure 3-3. Normal flow vs. flood conditions**

**Figure 3-4. Flood control and infrastructure projects**

Historic discharge from the Carneys Point AOC into the Delaware River allowed sufficient drainage away from

the town of Carneys Point. Engineered alterations of the natural drainage path of surface water resulted in a significant reduction in drainage causing severe flooding requiring flood mitigation and ongoing human exposure to PFAS. Flooding limits the utility of redevelopment lots and the water requires treatment prior to discharge to Delaware River.

## 3.2    INFRASTRUCTURE PROJECTS: WATER QUALITY

The 2024 Restoration Playbook identified five infrastructure projects to improve water quality in Carneys Point (Figures 3-5 and 3-6). Each project is briefly described in separate sections below.

### 3.2.1. Project 9. Install Water Main

Installing a new water main will strengthen the township's drinking water infrastructure and support delivery of safe, treated water across Carneys Point. Existing infrastructure is limited and has been strained by PFAS contamination in groundwater, reducing available safe supply. A new water main will improve water reliability, reduce dependence on contaminated aquifers, and support broader water system restoration in coordination with other supply and treatment projects.

### 3.2.2. Project 10. Water Tower

Construction of a new water tower will provide storage and pressure stabilization for the township's drinking water system and support delivery of PFAS-free water. PFAS contamination has reduced access to clean groundwater and limited supply reliability. The lack of storage capacity has constrained system performance and emergency response. The new water tower will restore system reliability, ensure consistent water delivery, and support township growth while complementing the new water main and well field projects.

### 3.2.3. Project 11. Wells and Water Treatment Facility

The project involves reactivating the Chemours well field with PFAS treatment systems to provide an additional source of treated drinking water for the township and nearby residences. Groundwater contamination has limited usable water supply, forcing reliance on POET systems and temporary treatment measures. Developing the well field with PFAS treatment will restore municipal water capacity, reduce household treatment reliance, and provide a sustainable long-term water source consistent with regional restoration goals.

### 3.2.4. Project 12. Wastewater Treatment Plant

This project proposes redirecting all municipal wastewater to the Chambers Works Wastewater Treatment Plant (CWK WWTP), replacing the township's smaller facility. The CWK plant includes advanced technology capable of treating PFAS and has significant unused capacity. The township's existing wastewater system is outdated, undersized, and lacks PFAS treatment capability, contributing to reduced water quality and limited growth potential. Using the CWK WWTP will consolidate wastewater management, increase capacity, and improve treatment performance. The system supports integrated flow management from municipal, wetland, and septic sources, aligning with the hydrologic restoration framework. Analysis of the amount of water that is currently directed to the WWTP is provided in Section 6.1.

### 3.2.5. Project 13. Regional Aquifer Pump and Treat System

The project envisions a regional pump and treat system with multiple wells across PFAS-affected neighborhoods to remediate the shallow residential aquifer through extraction and GAC treatment.

PFAS contamination has impaired the shallow aquifer, leading to loss of potable groundwater and dependence on temporary treatment systems. The pump and treat system will actively remove PFAS from groundwater, restore aquifer function, and complement water supply projects by accelerating recovery of natural groundwater quality.



**Figure 3-5. Drinking water resource projects**

Future drinking water resources are limited by treatment costs and water supply by PFAS contamination. Backup water supply for Chambers Works consists of ~850 gpm deep well field, which is currently not in use. This deeper offsite well field can provide Town with future growth of water supply and eliminate current POET systems which are inherently invasive to Town residents. (Typical drinking water plant that can treat PFAS.)



**Figure 3-6. Chambers Works wastewater treatment plant**

The WWTP has sufficient capacity to manage both routine and extreme inflow conditions. Excess capacity can be used to treat PFAS-contaminated water not treated by PFAS sequestration projects described in Section 3.3.

## 3.3    PFAS SEQUESTRATION PROJECTS

The projects described in Figure 3-7 are intended to address the injuries associated with releases of PFAS compounds from the Chambers Works facility, either by removing PFAS from important ecological habitats or improving the habitat quality. As described in Section 2.2, PFAS compounds have been transported considerable distances from their point of origin. Until recently, research on strategies for PFAS remediation have prioritized treatment of highly contaminated source areas using large-scale and energy-intensive systems (https://pfas-1.itrcweb.org/). Such systems are not designed to treat high volumes of low-level PFAS contamination in waters and wetlands that surround the original PFAS source. Recent efforts to address this deficiency are focused on passive technologies to gradually remove PFAS compounds from the environment through physical, chemical, and biological mechanisms (Overton et al. 2023). Projects 14, 15, and 16 described below are three examples of such passive technologies.



**Figure 3-7. PFAS treatment and sequestration projects**

Fringe wetlands defined as wetlands within 150-foot buffer around creeks in Carneys Point Township. Floating wetlands are proposed for any water body greater than 1 acre in size.

### 3.3.1 Project 14. Treatment wetlands

This project is a constructed treatment wetlands system that would use cultured bacteria to transform PFAS molecules into less toxic components (Figure 3-8). The biotransformation processes that could be applied at Carneys Point have been the subject of intensive study in recent years (LaFond et al. 2023; Skinner et al. 2025). Most research on bacterial PFAS degradation has been conducted in controlled laboratory environments. Additional laboratory studies and pilot studies are needed prior to wide-scale field deployment. One area of focus for these additional studies is the degree to which artificial root exudates may increase microbial metabolism, thereby increasing the biotransformation capability of the cultured bacteria (Vaidya et al. 2024). Root exudates are organic compounds released by plants into the soil. They serve as an important food source for bacteria. Additional research is also needed to determine the optimal conditions (e.g., pH, temperature, nutrient availability) for maximizing bacterial PFAS degradation in the specific environments found in Carneys Point and to identify the specific wetland species or wetland community types that are best suited for inoculation with cultured bacteria and synthetic root exudates.

Upon completion of additional laboratory studies, a pilot field study consisting of the following tasks will be conducted:

- Wetland delineation and condition assessment
- Survey for the presence of threatened or endangered species

- ◆ Hydrographic modeling to determine flow patterns within the study area
- ◆ Topographic survey
- ◆ Pre-construction (baseline) PFAS monitoring in sediment, soil, and surface water within study area
- ◆ Project design
- ◆ Permitting
- ◆ Preparation of contractor bid package
- ◆ Construction
- ◆ Implement monitoring plan for PFAS in sediment, soil, and surface water within study area
- ◆ Adjust project design, as needed, based on monitoring plan results

Upon completion of the pilot study, a larger treatment wetlands project would be constructed. Figure 3-9 depicts hypothetical areas where treatment wetlands may be constructed. These are low-lying areas near existing creek drainages that are currently undeveloped. The specific areas where treatment wetlands may be constructed would be determined at the conclusion of pilot study described above and after additional planning and feasibility analysis. For the purposes of estimating the expected ecological value of the project, the entire hypothetical treatment wetland area (409 acres) shown on Figure 3-9 was evaluated.



**Figure 3-8. Treatment wetlands – conceptual design**

Constructed treatment wetlands system would use cultured bacteria to transform PFAS molecules into less toxic components. Additional laboratory studies and pilot studies are needed prior to wide-scale field deployment. One area of focus for these additional studies is the degree to which artificial root exudates (organic compounds released by plants into soil) may increase microbial metabolism, thereby increasing the biotransformation capability of the cultured bacteria.



**Figure 3-9. Treatment wetlands – hypothetical location**

### 3.3.2 Project 15. Fringe wetlands enhancement with phytoremediation and biochar

This project would use phytoremediation and a selection of appropriate wetland plant species, planting and harvesting schedules, and soil amendments such as biochar to passively sequester free PFAS molecules throughout Carneys Point's creek system (Figure 3-10). This creek system is a primary transport mechanism for transporting PFAS throughout Carneys Point. Wetland plants, including both emergent and submerged species, can absorb PFAS from the water column (Kavusi et al. 2023; Latif et al. 2023; Marzi et al. 2025). The plants can then be physically harvested to remove PFAS from the watershed.

One plant species that is particularly promising with respect to its ability to sequester PFAS is industrial hemp (Carrera et al. 2025). Scientists from the Connecticut Agricultural Experiment Station are conducting a multi-year field trial with hemp to remediate a contaminated site in Maine (Nason et al. 2024). Use of industrial hemp in New Jersey is permitted under the 2019 New Jersey Hemp Farming Act. This law created a permanent, commercial hemp program in New Jersey that is regulated by the New Jersey Department of Agriculture. Hemp does not grow naturally in the Carneys Point area, so it is unlikely to provide attractive habitat for wildlife in the area.

Cultured bacteria species associated with the sediment and plant roots and synthetic root exudates, as described for Project 14, could also be added to fringe wetlands to augment the sequestration processes with microbial-mediated biotransformation. The substrate materials in treatment wetlands,

such as biochar, can also act as a sink for PFAS through adsorption (Liang et al. 2024; Beryani et al. 2025).

As with Project 14, additional laboratory and pilot field studies are likely necessary before full deployment throughout Carneys Point. The specific tasks for the pilot field study would be similar to those listed above for Project 14, with the addition of monitoring of PFAS in the wetland plants themselves. The full deployment of Project 15 would include new planting of wetland species known to efficiently sequester PFAS, such as hemp, as determined from the pilot field study and scientific literature. The emergent portions of these plants would be periodically harvested, perhaps on a 5-year cycle, and disposed in an appropriate landfill. Augmented biochar that becomes saturated with PFAS could be removed and replaced when plants are harvested.

To determine hypothetical areas in which fringe wetlands might be constructed, publicly available GIS data were used to identify the area of wetlands adjacent to waterways within Carneys Point. Specifically, potential fringe wetland areas within Carneys Point were defined as the intersection of a 150-ft buffer on each side of waterways[1] with specific wetland types (Figure 3-11).[2] TBLS created three sub-areas within Carneys Point to facilitate project planning at smaller scales than the entire Carneys Point. Sub-area 1 is adjacent to the Delaware River and includes all the treatment wetland area and the northernmost section of Carneys Point. It is bounded on the east by I-295. Sub-area 2 is adjacent to the Salem River and includes most of the parcels (referred to as the Chambers Works Salem Creek parcels in the 2025 Judicial Consent Order for Case No.: 1:19-cv-14758-RMB-JBC) Chemours has been ordered to place under conservation easement. It is bounded on the north by the New Jersey Turnpike. Sub-area 3 is the area between sub-areas 1 and 2 (Figure 3-11). These sub-areas roughly correspond to the sub-watersheds in Carneys Point, as defined by the Hydrologic Unit Codes (Figure 3-12).

---

[1] As identified by FEMA (FEMA — S_WTR_LN.shp)

[2] Wetlands within Caneys Point Township of the following types, as documented in Land_Use_Land_Cover_of_New_Jersey_2020: agricultural wetlands, coniferous scrub/shrub wetlands, deciduous scrub/shrub wetlands, deciduous wooded wetlands, disturbed wetlands, former agricultural wetland, freshwater tidal marshes, herbaceous wetlands, managed wetland in built-up maintained rec area, managed wetland in maintained lawn greenspace, mixed scrub/shrub wetlands (deciduous dom.), mixed wooded wetlands, phragmites dominate coastal wetlands, phragmites dominate interior wetlands, wetland rights-of-way



**Figure 3-10. Fringe wetlands – conceptual design**

Phytoremediation with a selection of appropriate wetland plant species and soil amendments (e.g. biochar) would passively sequester free PFAS molecules throughout Carneys Point wetlands and waterbodies. Plants would be periodically harvested to remove PFAS from the watershed. Pilot studies would be conducted to determine optimal locations, plant species, and growing conditions.



**Figure 3-11. Fringe wetlands – hypothetical locations**



**Figure 3-12. Fringe wetlands – sub-watershed distribution**

Fringe wetlands would be included in every sub-watershed within Carneys Point to provide a comprehensive restoration approach.

### 3.3.3  Project 16. Floating wetlands

Project 16 is the installation of constructed floating wetlands (CFWs) within larger (greater than 1 acre) ponds and lakes within Carneys Point (Figure 3-13). There are 55 such waterbodies in Carneys Point, ranging in size from 1 to 130 acres (Figure 3-14). CFWs use buoyant platforms that support vegetation, allowing plants to absorb and accumulate PFAS in their tissues, effectively reducing the concentration of these persistent pollutants in the water (Awad et al. 2022, 2024). Similar to hydroponic systems, the vegetation is not rooted in soil, which allows roots to grow freely in the water column.

CFWs require minimal earthwork and drainage adjustments, potentially making deployment simpler compared to more invasive techniques. The plants in these CFWs would be selected for their ability to sequester PFAS. The plants would be periodically harvested and replanted. In addition to plant uptake, other processes like sorption to growth media and accumulation in biofilms may also contribute to PFAS removal in CFWs.

As with project 14, additional laboratory and pilot field studies are likely necessary before full deployment of CFWs throughout Carneys Point. The specific tasks for the pilot field study would be similar to those listed above for project 14. The pilot field study would be conducted on one or more of the 55 waterbodies identified on Figure 3-14. Variables to be evaluated in the pilot study could include type of raft, plant species, plant anchoring systems, planting density, type of growth media,

water depths and flow rates within the pond, and environmental conditions (e.g., pH, temperature, nutrient concentrations).

Upon completion of a pilot field study, full deployment would require field verification of the suitability of existing waterbodies identified on Figure 3-14 for installation of CFWs, beginning with a baseline determination of PFAS concentrations in pond water and sediments. Further determination of suitability could include variables such as hydrologic connectivity to other streams and ponds, land ownership, and ease of access.

To determine hypothetical areas in which floating wetlands might be constructed, publicly available GIS data were used to measure the area of all ponds and lakes 1 acre or larger within Carneys Point, as shown in Figure 3-14.[3]



**Figure 3-13. Floating wetlands – conceptual design**

Floating wetlands use buoyant platforms that support vegetation, allowing plants to absorb and accumulate PFAS in their tissues. Such systems require minimal earthwork and drainage adjustments, potentially making deployment simpler compared to more invasive techniques.

---

[3] Ponds and lakes were identified in Land_Use_Land_Cover_of_New_Jersey_2020.shp using the designation of "Artificial Lakes" in the LABEL15 field.



**Figure 3-14. Floating wetlands – hypothetical locations**

## 3.4    PROJECT 17. SALEM RIVER HABITAT PROJECT

This project will evaluate alternatives for improving riverine habitat in the Salem River in the vicinity of the Chambers Works site. The Salem Canal, which forms the southern boundary of the Chambers Works site, was hand-excavated in 1872 to connect the tidal Salem River with the Delaware River (AECOM & EHS Support 2019). The canal is approximately 200 feet wide and 5,200 feet long (Figure 3-15). In 1933, Dupont built two dams on the Salem Canal for the purpose of minimizing saltwater intrusion from the Delaware River and creating a freshwater reservoir for Chambers Works. Munson Dam is located approximately 1,100 feet from the Delaware River and includes gates that can release water to the river. Brown Dam is an earth embankment approximately 2.5 miles from the Delaware River that is 2,500 feet long with a 135-foot asphalt and concrete spillway (USACE 1979). Neither dam provides any fish passage, so anadromous fish in the Mannington Meadows portion of the Salem River, to the south of Carneys Point, are prevented from accessing the upstream reaches of the Salem River to the east of Brown Dam. Project 17 is an example of habitat improvements within the Salem River upstream of Brown Dam.

Overall habitat quality in the segment of the Salem Canal within the Chambers Works property is degraded and of poor quality for aquatic and semi-aquatic animals (AECOM & EHS Support 2019). Upstream of Brown Dam, the Salem River is subject to periods of water-quality impairment, marked by elevated concentrations of phosphorus and chlorophyll-a, and low concentrations of and large diurnal swings in concentrations of dissolved oxygen (Spitz & DePaul 2023). It is likely that the Salem River has been impacted from historical PFAS releases. Fringe wetlands adjacent to the Salem River

that are included in Project 15 (Section 3.3.2) could provide treatment for PFAS in Salem River water, sediment, and wetlands.

A feasibility study is warranted to study options for improving the habitat quality of the Salem River. Alternatives to evaluate could include removing one or both the dams that form the Salem Canal, altering the amount and timing of flows that pass through the two dams, and providing fish passage at one or both the dams. Assessing the ecological benefits of each alternative would require hydrologic and water quality modeling and a range of predictions for the potential biological response to each alternative. For the purposes of comparing potential benefits from Salem River habitat improvement alternatives to the benefits from the PFAS removal projects described above (Projects 14, 15, and 16), a project to provide fish passage through Brown Dam was evaluated. The area of the Salem River between Brown Dam and the next upstream impoundment at Mill Street in Woodstown was delineated as 211 acres (Figure 3-16).



**Figure 3-15. Salem Canal**

This project will evaluate alternatives for improving riverine habitat in the Salem River in the vicinity of the Chambers Works site. Feasibility study will study options for improving the habitat quality of the Salem River. Alternatives to evaluate could include 1) removing one or both the dams that form the Salem Canal (Munson Dam and Brown Dam) and 2) altering the amount and timing of flows that pass through the two dams to provide fish passage at one or both dams.



**Figure 3-16. Salem River habitat project**

## 3.5.  PROJECT 18. RESEARCH CENTER OF EXCELLENCE

<u>**Research Centers of Excellence**</u> are known to advance science by bringing together experts to develop and move forward research on a particular topic very quickly. Montclair State University's College of Science and Mathematics and PSEG Institute for Sustainability Studies have expertise engaging experts among different disciplines like Chemistry, Biology, Economics, and Geology to address impacts from global crises. We also have expertise working together with communities to co-create STEM community-driven research-based solutions. Community empowerment is key to turning around landscapes transecting local communities impacted by environmental hazards, and in particular, Overburdened Communities (OBCs), those requiring and deserving Environmental Justice (EJ) action.

By joining with the expert technological professors identified in the TBLS team and their team of experts from WSP, RES, Sickels & Associates, we can support a project of this National significance necessary and help address the significant environmental damage that has arisen from the birthplace of Teflon. Many other similarly large NRD Settlements here in New Jersey by both the State Trustee and by Federal Trustees have supported such an institutional presence. Given that there are two significant and recent PFAS air emissions problem sites in this area, we believe that such a science focused facility would provide needed community and science support for the ambitious scope of this project.

PLAN OF ACTION

To restore the habitat in the heavily impacted areas in and surrounding Carneys Point Township, New Jersey, Montclair State University proposes to lead the development of the Carneys Point Environmental Restoration Center for PFAS Elimination (CERC - PFAS ELIM) to implement three initiatives for optimal positive environmental and community impact.

Goals

1) Develop new and effective soil, wetlands, and water habitat restoration methods for long-term environmental and human health

2) Create improved environmental restoration and human impact metrics to assess the progress of natural resource restoration actions

3) Enhance community environmental knowledge and engagement through outreach, education, and workforce initiatives

We aim to accomplish these goals in the Center by investigating and innovating research to restore the habitat and focusing on the community as follows.

**Goal 1. Develop new and effective soil, wetlands, and water habitat restoration methods for long-term environmental and human health building on existing research efforts**

This work is important in restoration research and implementation, particularly for Environmental Justice in Overburdened Communities (OBCs) because PFAS are a group of harmful chemicals that are linked to health issues including cancer, liver damage, and fertility problems. PFAS accumulate in the body over time and are found in water, food packaging and near industrial and post-industrial sites. Restoration actions to reduce PFAS in the environment is particularly important in communities with the combined factors of poor access to fresh food, PFAS contaminated water, and near industrial sites that have been contaminated with PFAS. In such communities, residents get multiple exposures to PFAS, from drinking water, surface water, air, and soil, and because they rely more on packaged foods, which further increases PFAS exposure. These factors combine in Overburdened Communities to increase residents' PFAS blood levels. As such, the importance of PFAS removal scales with each of these environmental factors.

RESTORATION ACTIONS: Field sampling, laboratory testing, phytoremediation, treatment wetlands, soil amendments, floating wetlands creek flood hydrology and stream velocity reduction, and applied research support for the project with Princeton University.

IMPACTS: Reduced PFAS concentrations in groundwater, surface water, and soils leading to improved water quality, enhanced wildlife habitat and increased biodiversity, improved recreational opportunities, and healthier coastal ecosystems.

**Goal 2: Create improved environmental restoration and human impact metrics to assess the progress of natural resource restoration actions**

Current assessment methods often fail to capture the disproportionate exposure overburdened communities face due to systemic inequalities such as industrial siting, inadequate infrastructure, and limited access to clean water. By creating tailored scaled metrics aligned with the goals of NRD restoration, we can better understand the unique vulnerabilities of overburdened populations, including cumulative exposure to multiple hazards and their compounded health effects. These refined tools are vital for prioritizing interventions where they are most needed and ensuring that public health measures address the disparities caused by historical and ongoing inequities.

Overburdened communities frequently grapple with higher rates of pre-existing conditions, limited healthcare access, and economic constraints that reduce their ability to mitigate PFAS risks. New metrics would enable researchers and policymakers to more effectively identify the social and economic consequences of PFAS exposure, such as the financial burden on affected communities and the long-term implications for public health. By integrating the principles of NRD Restoration goals, such as improving water quality, restoring ecosystem services, and enhancing public access to natural resources, these metrics can provide a more comprehensive understanding of PFAS impacts. These insights can inform strategies to allocate resources equitably, create targeted interventions, and advocate for stronger regulatory frameworks that center the needs of marginalized populations.

Beyond addressing immediate health and environmental concerns, the metrics can also be used to strengthen long-term sustainability and resilience in overburdened communities. Metrics rooted in NRD goals can monitor the effectiveness of restoration projects, hold polluters accountable, and support data-driven policies that promote Environmental Justice. They will ensure that restoration initiatives restore degraded ecosystems, improve water and air quality, and create healthier living environments. Additionally, they enhance inclusivity in scientific research and policy-making, ensuring that the voices and experiences of marginalized populations are integrated into decision-making processes. By prioritizing these efforts, society can foster greater environmental justice, improve public health outcomes, and build a foundation for equitable and sustainable development.

RESTORATION ACTIONS: Develop tailored metrics, prioritize equitable interventions, allocate resources to reduce disparities, and monitor outcomes for sustainability.

IMPACTS: Better predictive models will improve public health, enhance equity, build resilience, and inform inclusive public policies, leading to improved water quality, increased biodiversity, enhanced wildlife habitat, healthier coastal ecosystems and increased public awareness of environmental issues.

**Goal 3. Enhance community engagement through outreach, education, and workforce initiatives**

Community empowerment is key to turning around landscapes transecting local communities impacted by environmental hazards. This initiative will help drive the work of the research initiative by engaging community members in the restoration ideation, research and process. At a facility that is developed or re-developed to house scientists and community members, provide space for meetings and sample intake and preliminary processing. There will be designated times and training for communicating science together with the community and engaging the community in the monitoring, mapping, experimentation, and interpretation of outcomes. This will involve sampling/data collection from water, wetlands, fringe wetlands, soils, and plants. The outcomes of the pilot studies will inform community decision making for next steps on full scale implementation. This initiative will also focus on workforce development by providing resources on career pathways that address environmental degradation, workshops that include data collection and monitoring by community members alongside the scientists, and action to restore local lands to healthy habitats through implementation of restorative and mitigating structures like floating wetlands, revitalization via artificial root exudates, biochar application, bioaccumulation via phytoremediation from soils and water. Outcomes from this community-driven STEM approach to restoration will include expansion of higher education and career pathways for individuals to pursue STEM careers. Montclair State University is ideal to lead this effort as it aligns with its mission of public service and providing experiences that contribute to social mobility.

RESTORATION ACTIONS: Engage community members in restoration and research, develop a collaborative facility, involve the community in sampling and monitoring, implement techniques like floating wetlands and biochar, and provide STEM career workshops and resources.

IMPACTS: Increased public awareness of environmental issues, expanded workforce skills, increased STEM opportunities, restored healthy habitats, and greater Environmental Justice.

INTENDED IMPACT

The expected outcomes aim to achieve impact in at least two areas: 1) reduced environmental risk (healthier habitats, healthier communities, restored ecosystems and restored ecosystem function); 2) developing a center that combines the expertise of world class researchers and the lived experience of locally impacted communities will yield PFAS degradation, immobilization and habitat restoration methods that should be widely implemented and will support PFAS mitigation strategies throughout the State of New Jersey.

# 4    Valuing Restoration – Resource Equivalency Analysis (REA)

This section provides the technical analysis supporting the valuation of the infrastructure projects related to flood mitigation (Projects 1 – 8, as described in Section 3.1).

## 4.1    INTRODUCTION

The Carneys Point Township area (Figure 1-1) lies along the lower Delaware River in Salem County, New Jersey, where hydrologic and geomorphic processes are influenced by both tidal and fluvial dynamics. This section establishes the **hydrologic foundation** for a future Resource Equivalency Analysis (REA) of the watershed system. It quantifies key components of the regional water balance that include precipitation, surface runoff, groundwater discharge, and levee overtopping, that together describe how water moves through the catchments and supports hydrologic services.

The analysis provides a comprehensive assessment of watershed behavior under both historical and projected future conditions. These results form the **technical basis** for the next REA phase, which will assign economic and ecological value to modeled hydrologic changes through monetization and discounting (see Section 7).

In a full REA, modeled water fluxes; expressed in acre-feet per year (ac-ft/yr), are converted into **Discounted Acre-Feet per Year (dAFYs)** that incorporate time weighting and monetized valuation of hydrologic services. The current analysis does not perform that monetization; rather, it defines the physical magnitudes and trends that will later be valued. Accordingly, this report represents the hydrologic equivalency assessment which is the physical, quantitative basis from which the REA's economic and resource equivalency evaluations will proceed.

### 4.1.1    Resource Equivalency Analysis Objectives and Approach

This analysis provides the **first phase** of the REA framework by quantifying hydrologic services and losses through physically based modeling of runoff, groundwater discharge, and levee overtopping.

#### 4.1.1.1 REA Objectives

The objective of this hydrologic phase is to establish a measurable baseline of **hydrologic service** function across Carneys Point township under current and projected future conditions.

This analysis:

◆ Quantifies major hydrologic fluxes (ac-ft/yr) for selected catchments,

◆ Integrates surface and subsurface components into annualized flow metrics,

◆ Evaluates variability and trends related to land use and precipitation, and

◆ Provides the quantitative foundation for later REA monetization and discounting.

### 4.1.1.2 REA Approach (Hydrologic Basis for AFYs)

The hydrologic modeling approach applies established and modified water-balance methods to estimate annual flow rates for each major component of the watershed system:

◆ **Runoff** was estimated using a modified Rational Method that relates annual precipitation and catchment-specific runoff coefficients to volumetric yields.

◆ **Groundwater discharge** was computed with a conductance-based flux model linking hydraulic head differences to wetland discharge.

◆ **Levee overtopping** was quantified using a broad-crested weir formulation driven by observed river stage data.

These models produce annualized volumetric flows (ac-ft/yr) that represent the **physical service capacity** of the watershed.

## 4.1.2 Section Organization

This report is organized to present the hydrologic foundation of the REA in a logical sequence:

◆ **Section 4.1 – Introduction**: Describes the objectives and outlines the distinction between hydrologic modeling and full REA monetization.

◆ **Section 4.2 – Area-Wide Hydrology**: Presents precipitation data, statistical evaluation, and future rainfall projections.

◆ **Section 4.3 – Catchment Runoff**: Provides runoff modeling and land-use–based coefficient development.

◆ **Section 4.4 – Groundwater Discharge**: Quantifies groundwater–surface water interaction using conductance models.

◆ **Section 4.5 – Levee Overtopping**: Evaluates flood-stage exceedance and volumetric overtopping flow.

◆ **Section 4.6 – Integrated Annual Hydrologic Fluxes**: Integrates modeled hydrologic fluxes to establish the volumetric baseline for future REA valuation.

◆ **Section 4.7 – Conclusions and Discussion**: Summarizes findings, discusses hydrologic implications, and identifies next steps for REA monetization and equivalency calculations.

Together, these sections provide the technical framework for quantifying hydrologic behavior in Carneys Point Township and establishing the measurable foundation upon which future REA monetization will be based.

## 4.2    AREA-WIDE HYDROLOGY

### 4.2.1  Salem County Precipitation

Since precipitation is the primary driving force for surface water flow, historic as well as potential future rainfall represents an integral part of estimating the annual flow of water from the catchments. In order to simulate historical and potential future catchment flow, therefore, historical precipitation as well as potential future precipitation is required.

The precipitation data used in this analysis were obtained from the **Rutgers Climate Center** (Office of the New Jersey State Climatologist), which provides statewide and county-level climate records and summaries (Rutgers Climate Center 2024). Although the data are county-wide, they are directly relevant to **Carneys Point Township**, which lies within Salem County and lacks a site-specific long-term precipitation record. Thus, county-level data serve as a representative proxy for hydrologic planning in Carneys Point. This source also ensures that the analysis is based on an authoritative and publicly accessible dataset.

The historic rainfall data for Salem County consists of annual precipitation totals measured in Salem County between 1950 and 2024. During this seventy-five-year period, annual rainfall varied significantly. The driest year, 1965, recorded only 26.17 inches of rainfall, whereas the wettest year, 2018, reached 67.21 inches. The mean precipitation over the record was approximately 43.8 inches per year, with a standard deviation of about 8.2 inches.

This dataset indicates that some of the highest annual precipitation totals were strongly influenced by significant storm events. For example, **Hurricane Irene** in August 2011 brought rainfall totals exceeding 11 inches in some parts of New Jersey, pushing county annual totals to the high extreme. Similarly, **Superstorm Sandy** in October 2012 delivered between 4 and 8 inches of rainfall across much of New Jersey, elevating totals in the 2012 water year. More recently, the remnants of **Hurricane Ida** in September 2021 caused flash flooding and contributed several inches of rainfall in southern New Jersey, again creating an anomalously wet year. It should be noted that while 2018 was the wettest year since 1950, this was not due to one or a few single storm events but was due to many storms and overall above-normal moisture combined.

These cases illustrate that extreme storm events disproportionately drive annual precipitation anomalies in Salem County. This connection emphasizes that future water resource management in Carneys Point Township should account for both mean rainfall and storm-driven extremes, particularly given climate assessments that project increased storm intensity in the Mid-Atlantic region. It is important to note that this analysis is preliminary in nature and while it does take into account heavy precipitation events within the annual precipitation data, it is based on annual averaging and does not take into account specific storm driven events.

#### 4.2.1.1 Statistical Evaluation of Precipitation

Estimation of future precipitation is required in order to calculate future catchment flows and was accomplished by conducting stochastic simulations for future precipitation from 2025 to 2065 based on a statistical evaluation of the historic precipitation data. The methodology used to estimate future precipitation combined deterministic statistical analysis with stochastic simulations in accordance with the following steps:

- ◆ Evaluating the historic precipitation data using measures of central tendency and dispersion,
- ◆ Testing for statistical normality,

◆ Evaluating potential trends in the data, and

◆ Conducting a stochastic model simulation to calculate potential future rainfall.

**First**, the dataset was summarized using measures of central tendency and dispersion, including the mean, variance, and standard deviation. Additional shape measures such as skewness and kurtosis were also computed in order to characterize potential asymmetry and tail behavior. Quartiles were determined to further illustrate the distribution of rainfall.

**Second**, the data were subjected to a formal test of normality using the D'Agostino–Pearson test. This procedure evaluates skewness and kurtosis jointly to determine whether the sample could reasonably be drawn from a normal distribution.

**Third**, a linear regression was applied to quantify any long-term trend in precipitation.

**Finally**, a Monte Carlo simulation was conducted to estimate rainfall projections for the years 2025 through 2065. A total of 5000 realizations were performed for each year in the projection period, enabling the calculation of probabilistic envelopes, including the 2.5th percentile, mean, and 97.5th percentile (Bedient et al. 2019).

### 4.2.1.2 Results of Precipitation Analysis

The descriptive statistics confirmed an average annual rainfall of 43.8 inches, with a standard deviation of 8.2 inches. The coefficient of variation was 0.19, indicating moderate interannual variability.

The normality test returned a p-value of 0.21, so the null hypothesis of normality could not be rejected.

**Table 4-1. Statistical Analysis of Annual Rainfall for Salem County, NJ (1950-2024)**

| Statistic | Value | Units | Notes |
|---|---|---|---|
| Mean | 43.8 | in/yr | Long-term average rainfall |
| Standard Deviation | 8.2 | in/yr | Interannual variability |
| Variance | 67.2 | (in/yr)2 | Dispersion measure |
| Coefficient of Variation | 0.19 | na | Ratio of std. dev. to mean |
| Minimum (1965) | 26.17 | in/yr | Driest recorded year |
| Maximum (2018) | 67.21 | in/yr | Wettest recorded year |
| Skewness | 0.42 | na | Slight right tail; moderate asymmetry |
| Kurtosis | 2.95 | na | Close to normal distribution (≈3.0) |
| Normality Test (p-value) | 0.21 | na | Cannot reject normality assumption |
| Mean | 43.8 | in/yr | Long-term average rainfall |
| Standard Deviation | 8.2 | in/yr | Interannual variability |
| Variance | 67.2 | (in/yr)2 | Dispersion measure |

The linear regression analysis produced a slope of approximately 0.048 inches per year, implying an average increase of roughly 4.8 inches per century. The coefficient of determination, $R^2$, was 0.06, and the p-value for the slope was 0.17, indicating that the trend is not statistically significant.

**Table 4-2. Linear regression analysis of annual rainfall for Salem County, NJ (1950–2024)**

| Parameter | Value | Units | Notes |
|---|---|---|---|
| Intercept (a) | -52.3 | in | Not directly interpretable |
| Slope (b) | 0.048 | in/yr | Long-term trend ≈ 4.8 in/century |
| Coefficient of Determination | 0.06 | na | Explains about 6% of total variance |
| Residual Standard Deviation | 8.0 | in/yr | Similar to overall variability |
| p-value (slope) | 0.17 | na | Trend not statistically significant at $\alpha = 0.05$ |

The graph of historical and projected precipitation (Figure 4-1) provides a visual summary. The historical data (1950–2024) are displayed as blue bars, the regression line (purple dashed) shows the slight upward trend, and the projected period (2025–2065) illustrates the Monte Carlo simulation output: mean trajectory (orange line), high (red line), and low (green line) bounds, as well as dotted black curves showing maximum and minimum realizations. Both the high and low estimated precipitation were based on 2.5 standard deviations off the mean.



**Figure 4-1. Historical and projected precipitation**

### 4.2.1.3 Discussion

The analysis shows that Salem County has experienced considerable variability in annual rainfall between 1950 and 2024, with a weak tendency toward increasing annual totals. Variability of about eight inches per year dominates the record, dwarfing the incremental change implied by the regression slope. This is clearly visible in Figure 5-1, where the purple dashed regression line lies almost flat across the bars of the historical record.

The Monte Carlo simulation successfully incorporated this variability while applying a modest adjustment for potential climate change effects. In the projected period (2025–2065), the orange mean trajectory closely follows the historical regression line, emphasizing that the deterministic signal is minor compared to the year-to-year scatter. The red and green bounds, set at ±2.5 standard

deviations, frame the plausible range of future precipitation, while the dotted black curves show that both drought-like years and extreme wet years remain possible realizations even under the same climate forcing. It should be noted, however, that Monte Carlo simulations randomly select from the full statistical range, and, when thousands of simulations are run, extremes have a tendency to get over-sampled. Therefore, the maximum and minimum simulated precipitations should be viewed with caution.

In conclusion, the statistical analysis reinforces the conclusion that while Salem County may experience a small upward drift in annual precipitation, the dominant characteristic of the rainfall regime is high interannual variability. This means that future modeling and evaluation of catchment flow should focus predominantly on managing the short risks associated with extremes in rainfall due to storm events and less so on long-term mean changes in precipitation.

## 4.2.2  Catchments

Catchments in the area of Carneys Point are presented in Figure 4-2. The primary catchments evaluated in the report are the Bouttown Creek Catchment which is divided into two subcatchments, the upstream Carneys Point Catchment (Carneys Point Subcatchment) located northeast of the CWK Facility and the Carneys Point AOC Subcatchment (Carneys Point AOC) which is the northern portion of the CWK Facility property that contains the Henby Creek wetlands (Figure 3-8). The southern portion of the CWK Facility is present within the Whooping John Creek Catchment that contains the Whooping John Creek wetlands (Figure 3-8). Additional catchments identified as the Carneys Point and Penns Grove Catchments are located north of the CWK Facility.



**Figure 4-2. Catchments in Carneys Point Township**

### 4.2.3  Conceptual Model of Surface Water Flow

Flooding within the study area can result from multiple hydrological and meteorological mechanisms, broadly categorized as fluvial, pluvial, coastal, and compound events (Figure 4-3). Fluvial floods occur when persistent or intense rainfall, or rapid snowmelt, causes rivers and tributaries to exceed their bankfull capacity, resulting in overbank flow onto adjacent floodplains. Pluvial floods arise from excessive rainfall that exceeds the infiltration capacity of soils or the drainage capacity of urban infrastructure, producing localized surface water accumulation independent of river systems. Coastal floods are generated by storm surges and high tides that drive seawater landward, potentially overtopping or breaching levees. Compound floods occur when two or more of these drivers interact simultaneously, such as the concurrence of heavy rainfall and storm surge, amplifying the extent and severity of inundation. Understanding these distinct yet interconnected flood-generating processes is essential for accurately representing surface water dynamics and assessing flood risk within the conceptual model.






**Figure 4-3. Conceptual Model of surface water flows**

In the case of Carneys Point, these same hydrological and meteorological mechanisms that govern surface water flow also play a critical role in contaminant transport. Periodic flooding and storm-driven runoff events mobilize surface soils previously impacted by PFAS, which were historically deposited through atmospheric discharge and subsequent wet deposition in the vicinity of the CWK Facility. During these events, overland flow and channelized drainage can entrain both dissolved and particle-bound PFAS, facilitating their migration into nearby drainage features, wetlands, and surface water bodies. As floodwaters and runoff infiltrate through permeable soils and sediment interfaces, PFAS compounds, owing to their persistence, polarity, and sorptive characteristics, can partition into the

vadose zone and shallow groundwater. This coupling of hydrologic flow processes and contaminant transport results in recurring redistribution of PFAS across surface and subsurface systems, sustaining long-term exposure potential and human health risks. This is especially the case as a result of flooding in the area of Carneys Point, particularly in residential areas where periodic flooding is common (Figure 1-3).

The hydrologic control and contaminant transport conclusions are also supported by conceptual models developed for the CWK site (AECOM 2017).

> "During precipitation events, runoff from surfaces or runoff or erosion of PFAS-containing soil (because of air deposition or direct releases) via stormwater outfall discharge to offsite surface water and sediment (Salem Canal or Delaware River) is a confirmed migration pathway. Stormwater runoff is either 1) captured by the site stormwater system and transferred to the B Basin for storage prior to being discharged to the Delaware River; or 2) flows directly off-site via outfalls to the Salem Canal or Delaware River. PFAS has been detected in stormwater flowing from outfalls during a rainfall event (DuPont CRG 2008). In addition, PFAS has been detected in surface water and sediment of the Salem Canal. An assessment of surface water results determined that surface water PFAS concentrations were generally comparable throughout the Salem Canal, including upgradient of the site, and that upstream detections of PFAS in Salem Canal indicate the potential for impact to the canal by other off-site PFAS sources."

## 4.2.4  Hydrology/Surface Water Flow

Within the Carneys Point area, three primary hydrologic mechanisms and land use factors contribute to flooding and excessive surface water flow. These include intense rainfall events that generate overland runoff, overtopping of levees along the Delaware River to the west of Carneys Point, and the presence of engineered barriers along the northern boundary of the Carneys Point Area of Concern (Carneys Point AOC) that restrict the natural drainage of surface water toward the Delaware River. The interaction of these processes results in localized ponding, reduced surface water conveyance, and episodic inundation that influence both hydrologic behavior and contaminant transport across the site.

Evidence of reduced surface water conveyance is apparent from a review of historic aerial photographs (Figures 4-4 to 4-12). The 1930 aerial image (Figure 4-4) clearly depicts Bouttown Creek flowing within the Carneys Point AOC subcatchment. Surface flow within Bouttown Creek originates from the eastern portion of the subcatchment, where runoff and drainage discharge from the broader Carneys Point Subcatchment area. The natural flow direction of Bouttown Creek is northward, with ultimate discharge to Helms Cove. An aerial photograph from 1977 (Figure 4-5) similarly shows this established drainage pathway. However, by the early to mid-1990s, the natural flow of Bouttown Creek was significantly altered following the installation of a tidal gate at its confluence with Helms Cove. This modification restricted tidal exchange and reduced surface water discharge capacity, contributing to the accumulation of stormwater within the subcatchment and altering local hydrodynamic and sediment transport conditions (Figure 4-5).

By 2002 (Figure 4-6) reduced flow causes the backing up of Bouttown Creek within the subcatchment resulting in greater inundation along the eastern portion of the Subcatchment and into the Carneys Point Subcatchment residential areas. Continued increase in flooding within the subcatchment is evident in Figures 4-6 to 4-12. This flooding of residential areas is resulting in an increase exposure to surface waters potentially containing mobilized PFAS.

The observed alterations to surface water flow within the Carneys Point area have significant implications for the conceptual model of PFAS fate and transport. The restriction of natural drainage pathways, coupled with recurrent flooding and prolonged surface water residence times, enhances the potential for remobilization and redistribution of PFAS-contaminated soils and sediments. During storm events and high-flow conditions, overland flow and inundation facilitate the transport of PFAS-laden particulates and dissolved species into interconnected drainage features and adjacent residential zones. Conversely, under low-flow or ponded conditions, extended contact between surface water and contaminated soils promotes the desorption and leaching of PFAS to shallow groundwater. Together, these mechanisms create a dynamic and cyclical exchange between surface and subsurface hydrologic systems. Incorporating these interactions into the conceptual model is essential to accurately delineate contaminant migration pathways, evaluate exposure risks, and support the development of effective site management and remediation strategies.



**Figure 4-4. Comparison of 1930 and 1977 aerial photo maps**



**Figure 4-5. Comparison of 1977 and 1995 aerial photo maps**



**Figure 4-6. Comparison of 1977 and 2002 aerial photo maps**



**Figure 4-7. Comparison of 1977 and 2006 aerial photo maps**



**Figure 4-8. Comparison of 1977 and 2007 aerial photo maps**

Chambers Works Site NRD Restoration Projects and Cost Report – November 2025    40



**Figure 4-9. Comparison of 1977 and 2010 aerial photo maps**



**Figure 4-10. Comparison of 1977 and 2013 aerial photo maps**



**Figure 4-11. Comparison of 1977 and 2017 aerial photo maps**



**Figure 4-12. Comparison of 1977 and 2020 aerial photo maps**

## 4.3    CALCULATION OF CATCHMENT RUNOFF

Estimations of runoff from each catchment were calculated based on a modified form of the rational equation to produce **screening-level estimates of annual runoff volumes** across the catchments. This provides order-of-magnitude catchment yields that can be linked to flooding impacts as well as potential PFAS mobilized from soils by surface runoff. The following subsections present the classical theory, the rationale for modification, the explicit equations used in the project, and the practical methodology.

### 4.3.1  Classical Rational Method

The Rational Method was developed in the early 20th century as a simple empirical tool to estimate peak discharge from small drainage areas for design of storm drains and culverts (Chow et al. 1988; Viessman & Lewis 2003). The basic form of the equation is:

$$Q = C \times i \times A \qquad (1)$$

where:

◆ $Q$ = peak runoff rate [cubic feet per second, cfs],

◆ $C$ = runoff coefficient [dimensionless], representing combined effects of land cover, soil infiltration capacity, and surface roughness,

◆ $i$ = rainfall intensity for the critical storm duration [inches per hour] (converted to consistent units),

◆ $A$ = drainage area [acres] (or converted to consistent units).

**Classical assumptions and implications**

◆ **Uniform intensity:** Rainfall intensity ($i$) is assumed uniform over the catchment for the selected storm duration.

◆ **Event basis:** The method is event-based and targets peak discharge, not continuous flow or total volumes.

◆ **Small catchments:** Best used for relatively small, homogeneous basins (commonly cited upper limits vary — e.g., a few dozen to a few hundred acres depending on context).

◆ **No storage/infiltration dynamics:** Temporal storage, infiltration dynamics, and baseflow are not explicitly modeled — they are lumped into the empirical coefficient ($C$).

### 4.3.2  Modified Rational Method

Practitioners developed variants and Modified Rational approaches to better approximate runoff hydrographs by accounting for storm duration, temporal rainfall patterns, and sometimes simple routing or storage adjustments (Huber & Dickinson 2014). These modified forms still rest on the core idea that runoff = effective precipitation × catchment response, but they attempt to represent time-varying inputs and better approximate event volumes and peak timing.
Key uses of modifications:

◆ Convert simple peak-rate estimates into approximate hydrographs.

◆ Allow piecewise or transformed rainfall intensities for non-uniform storms.

◆ Provide incremental improvements for urban drainage design when data or modeling resources are limited.

It is important to note, however, that even modified forms remain event-focused and do not substitute for continuous simulation (e.g., SWAT, HSPF, or continuous SWMM runs) where long-term water budgets or contaminant fate are required, and, therefore as previously stated, the analysis provide herein represents screening-level estimates of annual runoff volumes (Section 5.3).

### 4.3.3  Adapting the Rational Method to Annual Runoff Volume

To obtain a first-order estimate of annual runoff volume, the Rational Method can be heuristically adapted by replacing the event rainfall intensity ($i$) with annual precipitation depth ($P$). The screening formula is:

$$V = P \times C \times A \qquad (2)$$

where:

◆ $V$ = annual runoff volume [acre-ft / year],

◆ $P$ = annual precipitation depth [ft / yr] (i.e., total depth of precipitation over a year),

◆ $C$ = runoff coefficient - the average fraction of precipitation becoming surface runoff,

◆ $A$ = catchment area [acres].

**Why this makes conceptual sense**

◆ $P \times A$ yields a gross annual water input volume to the catchment (e.g., acre-ft/year). Multiplying by $C$ produces a first-order estimate of the portion of that input that becomes surface runoff.

◆ This approach turns the Rational Method into a volume budgeting heuristic: it intentionally smooths intra-annual variability and replaces event-based intensity with the climatological total, acknowledging that much of precipitation is returned to atmosphere or stored and only a fraction becomes surface runoff.

### 4.3.4  Detailed Variable Definitions and Implementation

**Annual precipitation depth** is the cumulative depth of precipitation (rain + snow water equivalent) that falls on a horizontal surface during a calendar or hydrologic year. It is a gross input term (e.g., 45 in/yr), not a measure of infiltration depth or how water partitions within the vadose zone.

**Runoff Coefficients**

◆ $C$ is the most critical empirical parameter. General ranges of $C$ are:

   o Impervious urban surfaces: $C \approx 0.7 - 0.95$.

   o Commercial Property: $C \approx 0.7 - 0.95$.

   o Residential / mixed: $C \approx 0.3 - 0.7$.

   o Agricultural / grassland: $C \approx 0.1 - 0.5$.

   o Forested, permeable soils: $C \approx 0.05 - 0.3$.

◆ For heterogeneous catchments, an **area-weighted** runoff coefficient can be used to determine a 'bulk' runoff coefficient:

$$C_{\text{AW}} = \frac{\sum_i C_i \times A_i}{\sum_i A_i} \qquad (3)$$

where $C_i$ and $A_i$ are the runoff coefficient and area of sub-area $i$, respectively.

This approach does **not** provide timing, peak flows, or hydrograph shape. It is an annual budget metric only. Used to compare subcatchments or estimate screening-level contaminant loadings and is not applicable for calculations related to stormwater estimations, flood management plans, or the design of conveyance structures.

## 4.3.5  Practical Justification & Reference

This modification of the rational method equation is discussed and used in hydrology texts and practice notes when an order-of-magnitude annual yield is needed (e.g., for water balance or screening contaminant loadings) and continuous modeling data are unavailable (USDA 1986; Huber & Dickinson 2014; Bedient et al. 2019). It is a pragmatic compromise: simple, transparent, and interpretable.

## 4.3.6  Runoff Results

### 4.3.6.1 Land Use Runoff Coefficients

Runoff coefficients for each catchment were derived from mapped land use data and representative values from hydrologic design manuals. Each subcatchment's $C_{AW}$ was computed from the area-weighted sum of all land-use-specific coefficients using Equation 3. The resulting coefficients represent the average fraction of annual precipitation estimated to become surface runoff.

### 1.  Carneys Point Subcatchment

The Carneys Point Subcatchment includes a mix of urban, agricultural, and forested land uses. Urbanized residential areas occupy the majority of the 777-acre catchment, accounting for approximately 62% of total land area, with smaller portions of agricultural land (19%) and forest cover (9%). Wetlands and surface water occupy less than 10% of the total area and were assigned a runoff coefficient of zero, as these areas discharge directly to nearby creek systems (Table 4-3).

**Table 4-3. Area-weighted runoff coefficient for Carneys Point subcatchment**

| Land Use | Acres | Runoff Coefficient (RC) | Acres × RC |
|---|---|---|---|
| Agriculture | 145 | 0.25 | 36.25 |
| Barren Land | 9 | 0.35 | 3.15 |
| Forest | 67 | 0.18 | 12.06 |
| Urban | 485 | 0.83 | 402.55 |
| Water | 7 | 0.0 | 0.00 |
| Wetlands | 64 | 0.0 | 0.00 |
| **Total** | **777** | **C_AW** | **0.58** |

The resulting $C_{AW}$ for the Carneys Point Subcatchment is **0.58**, reflecting its predominately developed

character. Figure 4-13 illustrates the spatial distribution of land use categories within the subcatchment.



**Figure 4-13. Carneys Point subcatchment land use**

## 2.   Carneys Point AOC

The Carneys Point AOC Subcatchment encompasses approximately 477 acres at the northern portion of the CWK facility. The area includes mixed land uses: wetlands (35%), forest (20%), urban (24%), and barren land (12%), with remaining area covered by open water (9%) (Table 4-4).

**Table 4-4. Area-weighted runoff coefficient for Carneys Point AOC subcatchment**

| Land Use | Acres | Runoff Coefficient (RC) | Acres × RC |
|---|---|---|---|
| Barren Land | 57 | 0.35 | 19.95 |
| Forest | 95 | 0.18 | 17.10 |
| Urban | 113 | 0.83 | 93.79 |
| Water | 43 | 0.00 | 0.00 |
| Wetlands | 169 | 0.00 | 0.00 |
| **Total** | **477** | **$C_{AW}$** | **0.27** |

Calculated $C_{AW}$ for this subcatchment equals **0.27**, with significant moderation due to extensive wetland and forest cover. Land use distribution is shown in Figure 4-14.



**Figure 4-14. Carneys Point AOC subcatchment land use**

### 3. Carneys Point AOC Revised 2035

A redevelopment scenario was evaluated to estimate future hydrologic conditions assuming conversion of a portion of the western AOC to commercial property. The revised land use distribution, summarized in Table 5-5, represents post-2035 conditions for a total area of 477 acres.

**Table 4-5. Area-weighted runoff coefficient for Carneys Point AOC revised 2035 subcatchment**

| Land Use | Acres | Runoff Coefficient (RC) | Acres × RC |
|----------|-------|-------------------------|------------|
| Commercial | 119 | 0.83 | 98.77 |
| Forest | 23 | 0.18 | 4.14 |
| Urban | 67 | 0.83 | 55.61 |
| Water | 45 | 0.0 | 0.00 |
| Wetlands | 223 | 0.0 | 0.00 |
| **Total** | **477** | **C$_{AW}$** | **0.33** |

The projected $C_{AW}$ for the 2035 redevelopment scenario is **0.33**, approximately 25% higher than current conditions due to expansion of impervious commercial areas. Figure 4-15 represents this modeled condition.



**Figure 4-15. Carneys Point AOC Revised subcatchment land use 2035 – 2065**

## 4.    Whooping John Catchment

The Whooping John Catchment encompasses roughly 1,062 acres, characterized by a diverse land use pattern. Wetlands (33%) and forests (18%) dominate, with urban (32%) and agricultural (10%) lands distributed across upland areas (Table 5-6). Industrial acreage within the CWK facility was excluded from calculations as runoff is internally managed and discharged separately.

**Table 4-6. Area-weighted runoff coefficient for Whooping John catchment**

| Land Use | Acres | Runoff Coefficient (RC) | Acres × RC |
|---|---|---|---|
| Agriculture | 104 | 0.15 | 15.60 |
| Barren Land | 22 | 0.25 | 5.50 |
| Forest | 186 | 0.20 | 37.20 |
| Industrial | 0 | 0.00 | 0.00 |
| Urban | 340 | 0.50 | 170.00 |
| Water | 60 | 0.00 | 0.00 |
| Wetlands | 350 | 0.00 | 0.00 |
| **Total** | **1062** | **$C_{AW}$** | **0.21** |

The resulting $C_{AW}$ of **0.21** reflects a catchment with substantial infiltration potential through wetland and forested soils. Land use patterns are illustrated in Figure 4-16.



**Figure 4-16. Whooping John catchment land use**

### *4.3.6.2 Model Runoff Results*

Annual runoff volumes (in acre-feet per year) were estimated using precipitation records and $C_{AW}$ values for each catchment. Figures 4-17 to 4-20 present both historical (1950–2024) and forecasted (2025–2065) runoff. Blue columns denote modeled historical runoff; the blue line represents the mean forecast, and red/green lines represent ±2.5 standard deviations of the Monte Carlo simulation. The following summaries describe approximate results for each catchment.

1. **Carneys Point Subcatchment**

The Carneys Point Subcatchment exhibits historical runoff ranging from approximately **1,000 to 2,300 acre-ft/yr** between 1950 and 2024, corresponding to observed precipitation variability. Forecasted runoff for 2025–2065 averages near **1,800 acre-ft/yr**, with upper and lower bounds between roughly **1,000 and 2,700 acre-ft/yr**. The long-term mean trend remains relatively stable, though individual years vary widely within the modeled range (Figure 4-17).

2. **Carneys Point AOC**

For the Carneys Point AOC Subcatchment, modeled historical runoff ranges from approximately just under **400 to around 750 acre-ft/yr**, averaging just over 5**00 acre-ft/yr** during 1950–2024. Forecasted results through 2065 indicate a mean annual runoff near **600 acre-ft/yr**, with ±2.5σ bounds of about **450 to 750 acre-ft/yr** (Figure 4-18). Year-to-year variability remains consistent with that observed in the historic period.

### 3.  Carneys Point AOC 2035 Scenario

Under the 2035 redevelopment condition ($C_{AW} = 0.33$), simulated annual runoff increases to a mean of approximately **750 acre-ft/yr**, with modeled variability extending from **500 to just over 1,000 acre-ft/yr** (Figure 4-19). The higher mean reflects increased impervious surface area and reduced infiltration potential due to projected commercial expansion.

### 4.  Whooping John Catchment

The Whooping John Catchment displays the lowest total runoff volumes due to its lower $C_{AW}$ and larger fraction of pervious surfaces. Historical modeled runoff (1950–2024) generally ranges between **750 to over about 1,700 acre-ft/yr**, with a mean of about **1,200 acre-ft/yr**. The 2025–2065 forecast indicates a similar range, with a mean near **1,500 acre-ft/yr** and ±2.5σ bounds of approximately **1,000 to about 2,250 acre-ft/yr** (Figure 4-20).



**Figure 4-17. Calculated runoff – Carneys Point subcatchment**



**Figure 4-18. Calculated runoff – Carneys Point AOC subcatchment**



**Figure 4-19. Calculated runoff – Carneys Point AOC subcatchment 2035-2065**



**Figure 4-20. Calculated runoff – Whooping John catchment**

### 4.3.6.3 Summary and Conclusions

The calculated $C_{AW}$ and resulting annual runoff values for each catchment are summarized in Table 4-7.

**Table 4-7. Summary of area-weighted runoff coefficients**

| Catchment | $C_{AW}$ [a] | Total Area (acres) |
|---|---|---|
| Carneys Point | 0.58 | 777 |
| Carneys Point AOC | 0.27 | 477 |
| Carneys Point AOC 2035 [b] | 0.33 | 477 |
| Whooping John | 0.22 | 1600 |

[a]    $C_{AW}$ – area-weighted runoff coefficient, calculated according to Equation 3

[b]    Carneys Point AOC 2035 represents projected conditions following commercial redevelopment of the western subcatchment area

The Carneys Point Subcatchment discharges to the **Carneys Point AOC Subcatchment** via the **Bouttown Creek Pumping Station**, operated by the City of Carneys Point. Based on modeled results, the Carneys Point Subcatchment historically generated runoff on the order of **1,000 – 2,300 acre-ft/yr**, with future projections from **1,000 – 2,700 acre-ft/yr**. This inflow contributes directly to the AOC catchment system.

The **Carneys Point AOC Subcatchment**, which receives both direct precipitation and upstream contributions from Carneys Point, exhibits historical runoff between approximately **400 – 750 acre-ft/yr**, and predicted discharges ranging from **450 – 750 acre-ft/yr** under existing land use. For the **2035 redevelopment scenario**, mean modeled runoff increases to roughly **750 acre-ft/yr**, with the upper limit over **1,000 acre-ft/yr** under high-precipitation conditions.

The **Whooping John Catchment**, which drains a broader mixed-use watershed downstream of the AOC area, produces total runoff in the range of **750 – 1,700 acre-ft/yr** historically and **1,000 – 2,250 acre-ft/yr** in projected simulations.

Collectively, these results demonstrate the relative magnitude and expected variability of runoff from each catchment under both current and future land use conditions. The modeled ranges represent order-of-magnitude hydrologic behavior consistent with observed precipitation variability in Salem County (Section 4.2.1). Future sections will utilize these baseline discharges to evaluate **levee performance, weir flow response, and downstream discharge routing**.

## 4.4    GROUNDWATER DISCHARGE

Groundwater discharge to wetlands is controlled by the difference in elevation (hydraulic head) between the wetland water surface (stage) and the underlying groundwater table. When groundwater elevations are higher than the surface water stage, groundwater discharges into the wetland, and the surface water body is termed ***gaining***. Conversely, when groundwater elevations are lower than the wetland stage, surface water recharges the aquifer, and the surface water body is termed ***losing***.

Sustaining surface waters such as lakes and wetlands requires a gaining condition, in which groundwater discharge maintains water levels over the long term. The persistent presence of water in Bouttown and Whooping John creeks indicates that these systems receive a continuous supply of groundwater discharge. Short-term increases in wetland stage following storm events may temporarily reverse this condition, with surface waters recharging groundwater. However, seasonal variations in water levels typically result in a dynamic equilibrium, where the net exchange is dominated by groundwater discharge to the wetland.

### 4.4.1   Estimation of Groundwater / Surface Water Interaction

The quantity of groundwater which flows between surface and groundwater is a function of the difference in hydraulic head and river stage, but also a function of the thickness and hydraulic conductivity of the sediment in the wetland and the area of the wetland as represented:

$$Q = C\,(h_w - h_a)\quad \text{for } h_a < h_w \qquad (4)$$

where:

- ◆  $Q$ = flow between the wetland and the aquifer ($ft^3/day$)
- ◆  $C$ = wetland bed conductance ($ft^2/day$)
- ◆  $h_r$ = wetland stage (water surface elevation) ($ft$)
- ◆  $h_c$ = aquifer head beneath the wetland ($ft$)

The thickness, hydraulic conductivity, and area of the wetland can be combined into a single term call the 'conductance' as is represented as follows:

$$C = \frac{K_v\,A_b}{M_b}\qquad (5)$$

Where:

- ◆  $K_v$ = Vertical Hydraulic conductivity of the wetland bed sediments ($\frac{ft}{day}$)

- ◆ $A_b$ = Area of the wetland ($ft^2$)
- ◆ $M_b$ = Thickness of the wetland sediments ($ft$)

## 4.4.2 Groundwater Modeling Input Parameters

The primary data inputs to the conductance equation are the area of the Bouttown and Whooping John Creek wetlands areas and the thickness and vertical hydraulic conductivity of the wetland bed sediments. The following section describes the rationale and methods for determining the area of the creek wetland areas over time and the nature of the wetland sediments.

### 4.4.2.1 Wetland Areas

The area of the wetlands were calculated based on the available aerial photographs as presented in Figures 4-4 to 4-12. Based on this information, both the Bouttown and Whooping John Creek wetland areas have increased (Figure 4-21) since 1930 with the highest increase in area calculated for Bouttown Creek in the Carneys Point AOC subcatchment from less than 20 acres from 1950 to 1970 to 100 acres by 1997 with an additional increase from 100 to 115 acres by 2025. An additional predicted increase after 2025 of about 5 acres was assumed based on the proposed commercial land use changes in the Carneys Point AOC (Section 4.3.3).



**Figure 4-21. Calculated area of the Bouttown Creek and Whooping John wetland areas**

### 4.4.2.2 Hydraulic Conductivity of Wetland Bed Sediments

**General Nature of Wetland Bed Sediments**

The vertical hydraulic conductivity (Kv) of wetland bed sediments is generally low, consistent with their fine-grained and/or organic-rich character. In peat, reported vertical values commonly fall around $10^{-8}$–$10^{-5}$ m/s (≈ 0.003–3 ft/day), with strong dependence on degree of decomposition, bulk density, and depth in the peat column. Recent work that directly estimates vertical K in deeper, more decomposed peat supports this bracket and highlights the depth trend (Harvey & Odum 1990; Paat et al. 2024).

Overall, the typical vertical hydraulic conductivity of wetland bed sediments can be summarized as ranging from a few thousandths of a foot per day up to a few feet per day. Site-specific measurements, however, are essential, as compaction, decomposition state, and depth can cause variations over several orders of magnitude.

**A Zone Water Bearing Unit**

The A Zone is the highest water bearing zone at the CWK site and is generally composed of fill material that was introduced as the manufacturing processes expanded and low-lying areas were reclaimed. The unit is laterally and vertically heterogeneous with material ranging from sand, gravel, and clays to construction debris and rubble. The thickness of the A Zone ranged from 0 feet to more that 15 feet not including the landfill areas on the south portion of the Carneys Point AOC subcatchment. Groundwater leakage from the A Zone to the underlying aquifer has been determined to be limited, and, therefore, was not taken into account in this analysis.

The horizontal hydraulic conductivity of the A Zone was calculated to be 1.2 to 1.9 ft/day (GeoTrans 2006). Therefore, based on the information provided and also based on the assumption that vertical hydraulic conductivity is typically assumed to be an order of magnitude lower than the horizontal hydraulic conductivity, the vertical hydraulic conductivity for the wetland bed sediments was assumed to be 0.1 ft/day with a bed thickness of 2 ft.

### *4.4.2.3 Groundwater and Surface Water Elevations*

Based on available information, groundwater levels in the A Zone are approximately 1 foot msl. Evaluation of DEM map information indicates that wetlands stages are generally 0.25 to 0.5 feet or less below groundwater levels. Since there are no available water levels or groundwater levels over time, and these levels are likely to change seasonally, it was assumed that the difference in elevations between groundwater and surface water was constant at 0.25 feet.

## 4.4.3  Groundwater Discharge Modeling Results and Discussion

Calculated groundwater discharge to the Bouttown Creek wetland was just over 200 acre-ft/yr between 1950 thru 1977 (Figure 4-22) with calculated discharge to Whooping John just under 200 acre-ft/yr. Maximum discharge of groundwater to Bouttown Creek was calculated to occur by 2025 reaching just under 1600 acre-ft/yr. Whooping John groundwater discharge reached a maximum discharge of just under 600 acre-ft/yr around 2010 and declined to under 400 acre-ft/yr by 2020 based on the estimated area of the wetlands area from aerial photographs. Predicted groundwater discharge to Whooping John was calculated to be just under 400 acre-ft/yr.



**Figure 4-22. Calculated discharge of groundwater to Bouttown Creek and Whooping John wetland areas**

## 4.5    LEVEE OVERTOPPING

### 4.5.1  Review of Existing Levees

The current levee system in Carneys Point runs from the south end of the CWK Manufacturing Facility near the effluent of the Salem Canal to the northern extent of Carneys Point Township, approximately 30,000 feet, or just over 5.5 miles in total length. The linear extent of the levee system was divided into 15 distinct segments as shown in Table 4-8 and Figure 4-23.

The characteristics of each levee segment vary in crest elevation, alignment, and length. Information on each segment was based on available data from the US Army Corps of Engineers (USACE) levee database, and review of DEM maps and correspondence with Sickels and Associates. A summary of the levee segment information is provided below. No information related to the crown elevations or current conditions of the levee system in this area was available from the USACE database.

**Table 4-8. Existing levee segments**

| Levee Section | Levee Crown Elevation (ft, MSL) | Levee Length (ft, along river) | Note |
|---|---|---|---|
| CWK Manufacturing Area | 10.0 | 10,132 | DEM |
| CWK Carneys Point AOC | 10.0 | 4,463 | DEM |
| Helms Cove West | 8.0 | 944 | DEM |
| Helms Cove Central | 8.0 | 794 | DEM |
| Helms Cove East | 8.0 | 980 | DEM |
| CPSA-136b | 5.0 | 573 | Sickels & Associates (2025) |
| CPSA-136a | 8.0 | 54 | Sickels & Associates (2025) |
| Carneys Point South Levee | 9.0 | 1,824 | DEM |

| Levee Section | Levee Crown Elevation (ft, MSL) | Levee Length (ft, along river) | Note |
|---|---|---|---|
| Penns Grove South | 8.0 | 1,380 | DEM |
| PG-129 | 3.0 | 65 | Sickels & Associates (2025) |
| Penns Grove Central | 9.0 | 2,817 | DEM |
| PG-102 | 5.0 | 394 | Sickels & Associates (2025) |
| Penns Grove North | 7.5 | 2,800 | DEM |
| PG-146 | 5.0 | 75 | Sickels & Associates (2025) |
| Carneys Point North Levee | 7.0 | 2,844 | DEM |

MSL – Mean sea level

DEM – Digital elevation model



**Figure 4-23. Location of levee segments**

Collectively, these levees were constructed to reduce tidal inundation from the Delaware River, and limit overbank flooding from both fluvial and coastal events. Overtopping potential for each segment is primarily influenced by storm surge amplitude, tidal stage, and the relative elevation of the levee crown.

The system begins at the southern end of the **Chemours Chambers Works (CWK) Manufacturing Area**, near the effluence of the Salem Canal. The **CWK Manufacturing Area Levee** extends approximately 10,132 ft along the river with a crown elevation of 10 ft MSL, as determined from the digital elevation model (DEM). Immediately to the north, the **CWK Carneys Point AOC Levee** continues the protective alignment within the Carneys Point AOC Subcatchment, maintaining a similar crown elevation of 10 ft MSL and extending 4,463 ft along the river. Collectively, these two CWK

segments provide the primary flood protection for the Chemours industrial complex within the Whooping John Catchment and Carneys Point AOC Subcatchment.

North of the CWK levees, the system transitions into the **Helms Cove levee complex**, which includes three adjoining segments: **Helms Cove West**, **Helms Cove Central**, and **Helms Cove East**. These segments have estimated crown elevations ranging approximately 8.0 ft MSL based on the DEM. However, the actual crest elevations in this reach are somewhat uncertain based on the DEM topographic profile and may be as low as 5 ft MSL in some areas. The Helms Cove levees extend roughly 944 ft, 794 ft, and 980 ft respectively, forming the northern portion of the Carneys Point AOC Subcatchment. This variability in crest height suggests that portions of the Helms Cove alignment may be among the most susceptible to overtopping during elevated river stages and, therefore, a survey of the extent and conditions of the levee system in the area needs to be conducted.

At the northern end of the CWK facility, the levee system transitions into the **Carneys Point South Levee** (9 ft MSL, 1,824 ft), which continues the primary flood protection alignment along the Delaware River. The Carneys Point South segment serves as a major perimeter levee separating the industrial and residential areas from flooding impacts from the Delaware River.

Located on the **landward side** of this primary levee are two smaller embankments collectively referred to as the **CPSA-136 project** (Sickels & Associates 2025). These include **CPSA-136a** (8 ft MSL, 54 ft) and **CPSA-136b** (5 ft MSL, 573 ft), which were constructed on the boundary of the CWK industrial area and Carneys Point. CPSA-136a and CPSA-136b do not form part of the river-facing alignment but instead appear to provide **secondary landward flood protection** and localized control of backwater flow within the interior drainage basin during elevated stage conditions.

Progressing northward, the levee alignment continues into the **Penns Grove South Levee** (8 ft MSL, 1,380 ft), followed by a series of shorter closure structures identified by Sickels & Associates (2025), including **PG-129** (3 ft MSL, 65 ft), which bridge low-lying topographic gaps in the flood protection system.

Farther north, the **Penns Grove Central Levee** (9 ft MSL, 2,817 ft) and **PG-102** (5 ft MSL, 394 ft; Sickels & Associates 2025) define the mid-reach of the Penns Grove system, followed by the **Penns Grove North Levee** (7.5 ft MSL, 2,800 ft) and **PG-146** (5 ft MSL, 75 ft; Sickels & Associates 2025). The northernmost segment, the **Carneys Point North Levee**, extends 2,844 ft with a crown elevation of 7 ft MSL, completing the continuous levee alignment along the Delaware River within the study domain.

Overall, levee crown elevations across the system range from approximately 3 ft to 10 ft MSL. The highest elevations correspond to industrial areas within the CWK facility, while lower sections, including portions of Helms Cove and selected levee segments identified by Sickels & Associates represent potential overtopping locations under extreme tidal or storm surge conditions. These data, derived from DEM mapping and supplemented by Sickels & Associates (2025), form the basis for subsequent segment-specific overtopping and flux analyses.

### 4.5.2  Regional Storm History and Characteristics

Flooding and levee overtopping potential along the Delaware River at the site are strongly influenced by regional coastal and tropical storm systems that periodically impact the Mid-Atlantic region. These storms include both tropical cyclones and post-tropical extratropical transitions capable of producing intense rainfall, strong winds, and elevated tidal stages. Table 4-9 summarizes selected historical

storms that have affected the Delaware River basin and the surrounding portions of southern New Jersey.

**Table 4-9. Summary of historical storms**

| Storm Name | Date(s) | Rainfall (in) | Notes |
|---|---|---|---|
| Hurricane Connie | Aug 1955 | 3–8 | Preceded Diane; saturated soils |
| Hurricane Diane | Aug 1955 | 2–4 | Record Delaware River flooding |
| Hurricane Donna | Sep 1960 | 3–5 | Passed east of NJ coast |
| Tropical Storm Doria | Aug 1971 | 6–8 | Spawned tornado in Cape May |
| Hurricane Gloria | Sep 1985 | 4–6 | Widespread NJ impacts |
| Hurricane Floyd | Sep 1999 | 8–12 | Record river flooding NJ |
| Hurricane Irene | Aug 2011 | 6–9 | Heavy rainfall, NJ landfall |
| Hurricane Sandy | Oct 2012 | 6–12 | Record surge, catastrophic |
| Hurricane Isaias | Aug 2020 | 3–6 | Rapid transit, power outages |
| Hurricane Henri (remnant) | Aug 2021 | 2–4 | Remnants, moderate rainfall |
| Hurricane Ida (remnant) | Sep 2021 | 6–10 | Record rainfall, flash floods |

### *4.5.2.2 Overview of Recent Storms (2011-2024)*

Since 2011, several significant tropical and post-tropical systems have affected the Delaware River estuary and surrounding portions of southern New Jersey. The most notable among these are Hurricanes Irene (2011) and Sandy (2012), followed by Tropical Storm Isaias (2020) and the remnants of Henri and Ida (2021). Collectively, these events represent the most hydrologically impactful storms in the recent observational record.

**Hurricane Irene (August 2011)** made landfall near Little Egg Inlet, NJ, as a Category 1 storm with sustained winds of approximately 70 mph. It produced 6–9 inches of rainfall across southern New Jersey, including the Carneys Point area. The combination of prolonged rainfall and elevated river levels caused widespread flooding within the Delaware River basin, though surge levels were modest compared to later events.

**Hurricane Sandy (October 2012)** was the most significant coastal storm to affect the region in modern history. Making landfall near Atlantic City as a post-tropical cyclone with sustained winds near 90 mph, Sandy generated record storm surge levels along the Delaware River and Bay. At Marcus Hook, approximately 5 miles south of Carneys Point, the observed maximum water level reached 10.14 ft MLLW. The event caused extensive inundation and infrastructure damage throughout coastal New Jersey and Delaware.

**Hurricane Isaias (August 2020)** tracked rapidly up the Atlantic coast, bringing 3–6 inches of rainfall and localized strong winds near 70 mph. While the duration of flooding was brief due to the storm's fast movement, significant power outages and minor tidal flooding were reported along the lower Delaware River.

**Hurricane Henri (August 2021)** passed to the north as a weakening tropical system, producing moderate rainfall totals (2–4 inches) but limited surge effects in southern New Jersey. Its main hydrologic impact was soil saturation ahead of a more severe subsequent event.

**Hurricane Ida (September 2021)**, although downgraded to a post-tropical depression by the time it reached the region, produced record rainfall across the Delaware Valley, with 6–10 inches observed

in parts of southern New Jersey and southeastern Pennsylvania. The extreme rainfall led to flash flooding and elevated flows throughout the watershed. While surge impacts in Deepwater were minor compared to Sandy, cumulative rainfall-driven runoff produced notable water-level responses along the river.

### 4.5.2.2 Regional Storm Trends

The clustering of high-impact storms since 2011 reflects a regional trend toward more frequent and intense precipitation events associated with warmer Atlantic sea-surface temperatures and shifting storm tracks. These changes have increased both rainfall-driven and surge-driven flood risks in the lower Delaware River system. The combination of elevated mean sea levels, more frequent tropical remnants, and compound surge - rainfall interactions continues to pose challenges for the region.

### 4.5.2.3 Relevance to Levee Overtopping

The storms of 2011–2024 are particularly relevant to this study because they define the upper bounds of observed and simulated overtopping conditions. Water-level data from the Marcus Hook gauging station during these events were used as inputs to the weir-based discharge model described in Section 4.5.3. Among these, Hurricane Sandy represents the design-maximum surge condition, while Ida and Irene represent the most rainfall-driven flood events affecting river stage.

It is important to note that the overtopping analysis conducted for this study was based solely on observed river stage data. Additional factors such as wind forcing, direct rainfall intensity, local runoff contributions, and compound surge–rainfall interactions were not included in the overtopping model analysis. As a result, the computed overtopping estimates represent a preliminary, conservative, stage-driven assessment of levee performance under observed hydrodynamic conditions rather than a full hydrometeorological simulation.

**Mean Lower Low Water (MLLW)** is the average height of the lowest daily low tides over a 19-year tidal epoch, used by NOAA as the zero-elevation reference for coastal tide gauges. Water levels expressed in feet MLLW (e.g., from the Marcus Hook station) are typically 2–2.5 ft lower than Mean Sea Level (MSL) in the Delaware River region and must be adjusted accordingly when compared to levee crown elevations referenced to MSL.

## 4.5.3  Methodology for Calculating the Rate of Floodwater Inundation

The rate of floodwater inundation across the levee system was calculated using hourly discharge derived from the broad-crested weir formulation applied to each levee segment. These discharges represent the volumetric flux of water overtopping the levee during periods of elevated river water stages and are expressed in acre-feet per hour (ac-ft/hr). The methodology integrates hydraulic principles, time-series aggregation, and spatial segmentation of the levee alignment to quantify both hourly and cumulative inundation rates.

### 4.5.3.1 Weir-Based Discharge Estimation

Overtopping flow ($Q$) for each levee segment was computed using the broad-crested weir equation:

$$Q = C \cdot L \cdot H^{(3/2)}$$

where $C$ is the discharge coefficient, $L$ is the effective crest length (ft), and $H$ is the head difference (ft) between upstream water surface elevation and the levee crest. Use of this equation is a common methodology applied to estimating the rate of levee overtopping. The equation was implemented

using hourly time steps based on available river water elevations from the Marcus Hook gauging station. Only river elevations which exceeded the elevation of the levee crown at each segment were used in the model simulations. Model results were provided in cubic feet per hour and were converted to acre-feet per hour according to the following conversion:

Q_acftph = (Q_cfs × 3600) / 43560

Total hourly acre-feet flow was then summed for each year to determine acre-feet per year of overtopping.

## 4.5.4  Results

This section presents the modeled results of levee overtopping, expressed as **annual overtopping volumes** (acre-feet per year, ac-ft/yr). Results were calculated for each levee segment using the broad-crested weir formulation described in Section 5.5.3. The computed annual overtopping flow rates represent river stage exceedances of the levee crest elevation based on the observed water-level record from the Marcus Hook gauging station.

### 4.5.4.1 CWK Manufacturing Area and CWK Carneys Point AOC

The **CWK Manufacturing Area levee** (10 ft MSL, 10,132 ft) and the adjacent **CWK Carneys Point AOC levee** (10 ft MSL, 4,463 ft) exhibited negligible overtopping during the modeled period. A single exceedance event produced a total of approximately 108 ac-ft/yr and 47 ac-ft/yr, respectively. Both levees maintain sufficient crest elevation to prevent regular overtopping under current stage conditions (Figures 4-24 and 4-25). Their high crown elevations provide near-complete protection from river-driven flooding.

### 4.5.4.2 Helms Cove Levee System

The **Helms Cove** system consists of three connected segments—West, Central, and East, with crown elevations between 7.5 and 8.0 ft MSL. These reaches collectively define one of the lowest points within the study area. The **Helms Cove West levee** (944 ft) (Figure 4-26) recorded maximum annual overtopping near 4,200 ac-ft/yr, while the **Helms Cove Central** (794 ft) (Figure 4-27) and **Helms Cove East** (980 ft) (Figure 4-28) segments reached 3,500–4,200 ac-ft/yr during peak events.

These results indicate that the Helms Cove levees are regularly overtopped during moderate to high river stages, with the central section being the most frequently affected. Their low crown elevations make this reach hydraulically active during surge and compound flood events.

Chambers Works Site NRD Restoration Projects and Cost Report – November 2025                    61



**Figure 4-24. Annual flow of overtopping CWK Manufacturing levee segment**



**Figure 4-25. Annual flow of overtopping Carneys Point AOC levee segment**



**Figure 4-26. Annual flow of overtopping Helms Cove West levee segment**



**Figure 4-27. Annual flow of overtopping Helms Cove Central levee segment**



**Figure 4-28. Annual flow of overtopping Helms Cove East levee segment**

### 4.5.4.3 Carneys Point South Levee and Landward CPSA-136a/b Embankments

The **Carneys Point South levee** (9 ft MSL, 2,205 ft) exhibited limited overtopping throughout the modeled record, generally below 500 ac-ft/yr, with a single high stage producing up to 2,100 ac-ft/yr. The levee crest provides strong protection under typical tidal conditions.

Located immediately landward are **CPSA-136a** (8 ft MSL, 54 ft) and **CPSA-136b** (5 ft MSL, 573 ft), which were constructed as internal containment embankments within the Carneys Point industrial area. These structures provide secondary flood protection and control flow redistribution within the interior basin during extreme events, supplementing the primary Carneys Point South levee.

### 4.5.4.4 Penns Grove South, Central, and North Levees

The **Penns Grove South levee** (8 ft MSL, 1,380 ft) exhibited frequent overtopping, with annual flows exceeding 6,000 ac-ft/yr in several years.

The **Penns Grove Central levee** (9 ft MSL, 2,817 ft) remained largely protected except during extreme water levels, reaching 2,700 ac-ft/yr at maximum.

The **Penns Grove North levee** (7.5 ft MSL, 2,800 ft) showed intermittent overtopping in excess of 8,000 ac-ft/yr. These results suggest that while the central reach performs effectively, both the southern and northern extents are vulnerable to periodic exceedance.

### 4.5.4.5 Low-Elevation Closures: PG-102, PG-129, and PG-146

Three short closure segments identified by Sickels & Associates (2025), **PG-102** (5 ft MSL, 394 ft), **PG-129** (3 ft MSL, 65 ft), and **PG-146** (5 ft MSL, 75 ft), represent the lowest crown elevations in the system.

All three experienced persistent overtopping throughout the modeled period, with annual flows in excess of 10,000 ac-ft/yr.

### 4.5.4.6 Carneys Point North

The **Carneys Point North levee** (7 ft MSL, 2,844 ft) was periodically overtopped during high river conditions, reaching in excess of 10,000 ac-ft/yr in peak years.

This segment defines the upstream boundary of the system and remains moderately susceptible due to its low crest elevation relative to the adjacent river stage.

### 4.5.4.7 Overall Patterns of Overtopping Behavior

Overtopping frequency and magnitude across the levee system are primarily governed by crown elevation. Levees with crests ≥9 ft MSL (CWK and Carneys Point South) show negligible overtopping, while those between 7–8 ft MSL (Helms Cove and Penns Grove North) exhibit periodic exceedance. Segments below 6 ft MSL, particularly PG-102, PG-129, and PG-146, experience continuous overtopping and dominate annual flow volumes.
Collectively, these results define three performance categories:

- ◆ High-elevation levees (≥9 ft MSL) — Near-complete protection under observed river stages.
- ◆ Moderate-elevation levees (7–8 ft MSL) — Intermittent overtopping during elevated stage or surge conditions.
- ◆ Low-elevation closures (≤6 ft MSL) — Persistent overtopping and principal conduits for flooding due to river stages.

When compared against the historical record of major storms, overtopping peaks align closely with years characterized by significant river stage elevations. The modeled annual results indicate that the 2011 (Hurricane Irene), 2012 (Hurricane Sandy), and 2021 (Hurricane Ida) periods correspond to the largest overtopping responses within the system. Elevated water levels associated with these events produced the most substantial exceedances across multiple low-elevation segments, particularly within Helms Cove and the Penns Grove closure structures.

While the annual overtopping volumes reflect the cumulative effect of all high-stage periods within each year, distinct peaks corresponding to the 2011 (Irene), 2012 (Sandy), and 2021 (Ida) events indicate that these storms were the primary contributors to total annual overtopping. However, direct attribution of overtopping volumes to individual storm events would require temporal segmentation of the model results, which was not conducted as part of this assessment.

Based on both moderate and low elevation levees, it is estimated that approximately 11,000 feet of levee segments should be evaluated for repairs and modifications in order to limit river inundation. This estimation of levee modification represents an initial evaluation, any future levee construction should be based on a detailed survey and engineering inspection of the entire levee system.

## 4.6  INTEGRATED ANNUAL HYDROLOGIC FLUXES

This section presents the integrated results of the hydrologic modeling for the Carneys Point watershed system. The results are expressed in acre-feet per year (ac-ft/yr) and represent the **physical hydrologic foundation** for the future REA.

Although the figure and variable naming conventions retain the "dAFY" label for cross-reference consistency, the values reported here are not discounted or monetized outputs. They represent modeled annual flow magnitudes; runoff, groundwater discharge, and levee overtopping, that describe how water moves through the system under historical, current, and projected future

conditions. These modeled fluxes form the quantitative baseline from which true REA discounting and valuation were developed, as described in Section 7.

### 4.6.1  Part I — Catchment-Scale Hydrologic Integration (Carneys Point, Carneys Point AOC, and Whooping John Creek)

The combined analysis of catchment runoff, groundwater discharge, and levee overtopping for the **Carneys Point Subcatchment**, **Carneys Point AOC Subcatchment**, and **Whooping John Creek Catchment** provides a comprehensive view of hydrologic behavior within the connected surface and subsurface systems.

Figure 5-29 illustrates the **Acre-Feet per Year (AFY)** from 1950 through 2065, integrating modeled **Runoff**, **Groundwater Discharge**, and **Levee Overtopping** volumes for these catchments. Each bar represents total annualized hydrologic flow in acre-feet per year (ac-ft/yr). The "discounted" concept denotes normalization of flows through stochastic and probabilistic weighting—reflecting mean hydrologic expectation rather than formal economic discounting.



**Figure 4-29. Total acre-feet per year**

During the **historic period (1950–2000)**, total AFYs averaged approximately **3,500–4,000 ac-ft/yr**, dominated by runoff and groundwater discharge. Levee overtopping was negligible during this period, consistent with historical stage data and the high crown elevations of the CWK and Carneys Point levees.

From **2000 through 2024**, intermittent overtopping appears in the record (green bars in Figure 5-29), corresponding to major coastal and tropical storms—2003, 2005, 2011 (**Irene**), 2012 (**Sandy**), 2016, 2018, and 2021 (**Ida**). Peak annual overtopping volumes during these events ranged from **5,000 to over 12,000 ac-ft/yr**, producing total annual AFYs as high as 18,000 ac-ft/yr in extreme years.

After 2025, overtopping was **not assumed to occur** in the model due to planned **levee raising and rehabilitation** along all moderate- and low-elevation segments in the Carneys Point and Helms Cove system. This reflects the design assumption that levee improvements restore full containment capacity, effectively eliminating regular overtopping in future projections.

**Post-2025**, modeled AFYs thus consist solely of **runoff** and **groundwater discharge** components, resulting in a stable total of approximately **6,000 ac-ft/yr** across the system.

### 4.6.1.1 Integrative Interpretation of AFYs Across the System

A summary of AFYs provided by components of the hydrologic system is provided in Table 4-10.

**Table 4-10. Summary of AFYs by hydrologic component**

| Component | Typical Range (ac-ft/yr) | Role in System |
|---|---|---|
| Catchment Runoff | 400 – 2,700 | Hydrologic input to floodplain |
| Groundwater Discharge | 200 – 1,600 | Baseflow & wetland support |
| Levee Overtopping | 0 – 850,000 (localized) | River flooding to interior |

- ◆ The **catchment runoff AFYs** define water availability and potential contaminant transport across Carneys Point, Carneys Point AOC, and Whooping John Creek subcatchments.

- ◆ The **groundwater discharge AFYs** provide baseflow to sustain wetlands and shallow aquifer recharge, supporting ecological function and is also a potential contaminant transport pathway for impacted groundwater discharge to the wetland.

- ◆ The **overtopping AFYs**, while episodic, represents hydraulic loss fluxes that quantify flood exposure risk and result in the potential mobilization of PFAS impacted surface and shallow subsurface soils.

### 4.6.1.2 Relevant Levee Segments within this Subsystem

Several key levee segments form the protective boundary of the Carneys Point AOC and Whooping John Creek basin (Table 4-11). Historically, overtopping occurred primarily along the **Helms Cove** levees, with modeled exceedances of **3,000–4,000 ac-ft/yr** during 2011, 2012, and 2021. In contrast, the **CWK Manufacturing** and **CWK AOC** levees (10 ft MSL) demonstrated minimal overtopping (less than 100 ac-ft/yr).

**Table 4-11. Levee segments forming protective boundary for Carneys Point AOC and Whooping John subcatchments**

| Levee Section | Levee Crown Elev. (ft, MSL) | Length (ft) | Source |
|---|---|---|---|
| CWK Manufacturing Area | 10.0 | 10,132 | DEM |
| CWK Carneys Point AOC | 10.0 | 4,463 | DEM |
| Helms Cove West | 8.0 | 944 | DEM |
| Helms Cove Central | 7.5 | 794 | DEM |
| Helms Cove East | 7.75 | 980 | DEM |

MSL – Mean sea level

DEM – Digital elevation model

Following **planned levee repairs and height increases after 2025**, no further overtopping is assumed in this portion of the system.

### 4.6.1.3 Carneys Point AOC Redevelopment (2035 Scenario)

In 2035, land-use modification within the western Carneys Point AOC Subcatchment is projected to convert a significant portion of existing open into commercial use. This change increases the **area-weighted runoff coefficient** ($C_{AW}$) from **0.27** to **0.33**, resulting in a corresponding increase in mean annual runoff from approximately **750 ac-ft/yr** to **1,000 ac-ft/yr** (Figure 5-19).

This increase represents an approximate **25% rise in mean annual AFY**, reflecting higher impervious area and reduced infiltration potential due to redevelopment. Year-to-year variability remains comparable to historical patterns, but the long-term mean hydrologic yield rises accordingly.

These redevelopment-driven changes are included in the total AFY results shown in Figure 5-29, beginning after 2035.

## 4.6.2   Part II — Regional Levee Overtopping Beyond the Carneys Point System

Beyond the Carneys Point–Whooping John Creek subsystem, the regional levee network extends northward through Carneys Point and Penns Grove, encompassing additional levee structures that provide flood protection but are hydrologically isolated from the primary catchments modeled in Part I (Table 4-12).

**Table 4-12. Levee segments outside Carneys Point system**

| Levee Section | Levee Crown Elev. (ft, MSL) | Length (ft) | Source |
|---|---|---|---|
| CPSA-136b | 5.0 | 573 | Sickels & Associates (2025) |
| CPSA-136a | 8.0 | 54 | Sickels & Associates (2025) |
| Carneys Point South Levee | 9.0 | 1,824 | DEM |
| Penns Grove South | 8.0 | 1,380 | DEM |
| PG-129 | 3.0 | 65 | Sickels & Associates (2025) |
| Penns Grove Central | 9.0 | 2,817 | DEM |
| PG-102 | 5.0 | 394 | Sickels & Associates (2025) |
| Penns Grove North | 7.5 | 2,800 | DEM |
| PG-146 | 5.0 | 75 | Sickels & Associates (2025) |
| Carneys Point North Levee | 7.0 | 2,844 | DEM |

MSL – Mean sea level

DEM – Digital elevation model

These levees define the outer flood protection envelope of the study area. Historically, overtopping events were most pronounced along **PG-129**, **PG-102**, and **PG-146**, which have the lowest crown elevations (3–5 ft MSL) and recorded modeled annual overtopping volumes exceeding **200,000–850,000 ac-ft/yr** during peak flood years.

The **Penns Grove South** and **Penns Grove North** levees (7–8 ft MSL) experienced intermittent overtopping, while the **Carneys Point (9 ft MSL)** levees remained largely secure, showing limited exceedances only during 2011 and 2012.

**Following 2025**, overtopping was **not assumed** for these regional levees either, due to the inclusion of **levee elevation increases and structural rehabilitation** across both the moderate and low-

elevation segments. As such, post-2025 AFY totals reflect **no further overtopping volumes**, consistent with the system-wide assumption of restored flood containment.

### 4.6.3  Acres

When considering the primary mechanisms of contaminant transport – namely surface runoff generated by direct precipitation and levee overtopping—the conversion from acre-feet per year to total contributing acreage is not straightforward. This is because hydrologic flow, rather than simple volumetric scaling, governs the extent of transport. Since surface water flow represents the dominant mechanism within the catchments where contaminants originated—through precipitation interacting with surface and near-surface soils—the total affected area is best represented by the aggregate catchment acreage, as summarized in Table 4-13.

**Table 4-13. Aggregate catchment acreage**

| Catchment | Area (acres) |
|---|---|
| Bouttown Creek [a] | 1440 |
| Whooping John Creek | 1600 |
| Penns Grove 01 | 163 |
| Penns Grove 02 | 470 |
| Penns Grove 03 | 217 |
| Penns Grove 04 | 121 |
| Penns Grove 05 | 381 |

[a]    Bouttown Creek catchment includes both the Carneys Point and Carneys Point AOC subcatchments

### 4.6.4  Summary

Across both catchment-scale and regional levee systems, the Annual Hydrologic Flow framework provides a consistent measure of hydrologic behavior over time.

Key takeaways include:

- **Historic mean hydrologic yield:** 3,500–4,000 ac-ft/yr, dominated by runoff and groundwater discharge.

- **Extreme storm years (2003–2021):** episodic overtopping events producing 10,000–18,000 ac-ft/yr total system flow.

- **Post-2025 levee rehabilitation:** no further overtopping assumed; system stabilized at ~6,000 ac-ft/yr combined runoff and groundwater discharge.

- **2035 redevelopment effect:** Carneys Point AOC Subcatchment runoff increased by ~27% (to ~950 ac-ft/yr mean), reflecting commercial land-use expansion and increased impervious area.

In combination, these results establish the quantitative foundation for **hydrologic service equivalency** within the REA framework, translating surface runoff, baseflow, and flood dynamics into a unified volumetric measure of ecological and engineering performance across the Carneys Point watershed.

## 4.7    CONCLUSIONS AND DISCUSSION

The integrated hydrologic analysis conducted for the Carneys Point watershed system combines multiple water-balance components including: precipitation, runoff, groundwater discharge, and levee overtopping, into a unified, physically based framework expressed in **annual hydrologic fluxes (acre-feet per year, ac-ft/yr)**. These modeled fluxes provide the **quantitative foundation** for a future REA, which will apply temporal discounting and monetization to estimate AFYs and associated economic valuations.

This report, therefore, represents the **hydrologic phase** of the REA process: it defines and quantifies how water moves through the Carneys Point system under historical, present, and projected future conditions, but does **not** assign economic or time-discounted value to those flows.

### 4.7.1    Synthesis of Findings

#### 4.7.1.1 Precipitation and Climate Variability

The precipitation analysis for Salem County (Section 4.2.1) demonstrates that annual rainfall between 1950 and 2024 has been highly variable, with a mean of approximately 43.8 inches and a standard deviation of 8.2 inches. A weak positive trend (≈4.8 in/century) suggests a minor long-term increase, but year-to-year variability remains the dominant driver of hydrologic behavior. This variability propagates directly through the runoff and recharge processes modeled in subsequent sections. Monte Carlo simulations (Figure 4-1) show that plausible future precipitation through 2065 remains bounded by ±2.5$\sigma$ around the mean, reinforcing that stochastic variability outweighs deterministic climate trends in the near term.

#### 4.7.1.2 Catchment Runoff and Land-Use Effects

Modeled runoff volumes (Section 4.3.6) highlight the sensitivity of hydrologic yield to land-use composition. The Carneys Point Subcatchment, with an area-weighted runoff coefficient ($C_{AW}$) of 0.58, produces the highest mean runoff (≈1,800 ac-ft/yr), followed by the Carneys Point AOC (≈700–750 ac-ft/yr) and Whooping John (≈900 ac-ft/yr).

The 2035 redevelopment scenario for the Carneys Point AOC Subcatchment projects a 25% increase in mean annual runoff, from 750 to 950 ac-ft/yr, reflecting the conversion existing to commercial land use (Section 4.3.6.2 and Figure 5-19). This represents a measurable hydrologic response to land use intensification, demonstrating how redevelopment can alter catchment-scale water fluxes even under similar climatic inputs.

#### 4.7.1.3 Groundwater Discharge and Wetland Connectivity

The groundwater discharge analysis (Section 4.4.3) shows that subsurface fluxes can provide a consistent, sustaining contribution to surface waters, with estimated flows increasing from roughly 200 ac-ft/yr (1950–1970) to over 1,500 ac-ft/yr by 2025 in Bouttown Creek wetlands (Figure 4-22). The increase reflects the gradual expansion of wetland area (Figure 5-21) and the shallow hydraulic gradient between wetland stage and the A Zone groundwater table.

These fluxes function as **sustaining hydrologic services**, maintaining baseflow and supporting ecological functions within wetlands and riparian zones. Unlike surface runoff, which fluctuates rapidly with rainfall, groundwater discharge provides long-term hydrologic stability and resilience within the watershed system. In addition, however, like surface runoff, groundwater discharge can be a significant transport pathway for loading PFAS to surface waters.

#### 4.7.1.4 Levee Overtopping and Structural Performance

Levee overtopping (Section 4.5) represents a potentially significant hydrologic flux, which can result in the mobilization of PFAS laden surface and shallow subsurface soils as well as a significant flood exposure risk. Modeled results (Figures 4-24 to 4-28) reveal three distinct performance categories:

1. **High-elevation levees** (≥9 ft MSL): negligible overtopping (CWK and Carneys Point South).

2. **Moderate-elevation levees** (7–8 ft MSL): intermittent overtopping (Helms Cove, Penns Grove North).

3. **Low-elevation closures** (≤6 ft MSL): persistent overtopping (PG-102, PG-129, PG-146).

Extreme storm years (e.g., 2011–2012, 2021) produced overtopping volumes of 10,000–18,000 ac-ft/yr systemwide, concentrated in low-lying segments. After 2025, the modeling assumes complete rehabilitation of levee systems, eliminating overtopping across moderate- and low-elevation structures. This assumption stabilizes post-2025 annual hydrologic fluxes at approximately 6,000 ac-ft/yr, dominated by runoff and groundwater discharge.

#### 4.7.1.5 Integrated Annual Hydrologic Behavior

The total hydrologic time series (Figure 4-29) integrates all modeled components from 1950–2065. Historical fluxes (1950–2000) averaged 3,500–4,000 ac-ft/yr, increasing to as much as 18,000 ac-ft/yr during overtopping years between 2003–2021. Following levee rehabilitation, totals stabilize near 6,000 ac-ft/yr under combined runoff and groundwater inputs. The 2035 Carneys Point AOC redevelopment scenario introduces a moderate increase in runoff-driven fluxes, demonstrating the hydrologic effect of land-use change under stabilized boundary conditions.

### 4.7.2   Discussion and Overall Conclusions

#### 4.7.2.1 Hydrologic Service Foundations for REA

The modeled hydrologic fluxes provide a **quantitative basis for hydrologic service equivalency**, defining the physical processes that will later support monetization within the REA framework. While this analysis quantifies the **magnitude** and **variability** of water fluxes (ac-ft/yr), the formal REA will assign **economic value** to those services, discount them over time, and compare baseline versus restored conditions to determine compensatory restoration needs.

Thus, the results presented here represent the **measured supply of hydrologic service capacity**, while the REA will determine the **monetary value** of changes in that capacity.

#### 4.7.2.2 Implications for Restoration and Resilience Planning

The modeling supports three key management implications:

1. **Levee Rehabilitation:** Eliminating overtopping beyond 2025 removes the dominant loss flux, improving long-term flood protection and hydrologic stability.

2. **Wetland Expansion:** Increases in groundwater discharge area (Figure 5-21) enhance sustaining flows, supporting wetland function and ecological resilience.

3. **Redevelopment Impacts:** The Carneys Point AOC 2035 scenario highlights hydrologic trade-offs associated with urbanization—while flood protection improves, impervious surface expansion increases surface runoff and potential contaminant transport.

Together, these results describe the transition from a flood-loss-dominated system to a hydrologically balanced and managed one, where structural improvements and controlled redevelopment define future water movement and ecosystem response.

### 4.7.2.3 Limitations and Future Refinements

While the modeling provides robust order-of-magnitude estimates, several limitations should be noted:

- Levee overtopping simulations were based on **stage-driven weir flow** and did not account for wind setup or compound rainfall–surge interactions.

- Groundwater–surface water exchange was modeled as steady-state and may vary seasonally.

- The runoff analysis relied on area-weighted coefficients; additional site-specific infiltration and drainage data and more detailed model analysis will help improve future flow estimations and management alternatives.

- Redevelopment parameters were based on generalized land-use projections and may change with future design plans.

Future model refinements, investigation activities, and engineering designs should include, but are likely not limited to:

- Unsteady hydrodynamic modeling,

- The installation of continuous stream gauging monitoring stations particularly within the Carneys Point AOC Subcatchment, the effluence of Whooping John Creek, and the Bouttown Creek pumping station

- Improvements in the Bouttown Creek pumping station facility to prevent backflow into residential areas

- Modification and updates to tidal gates at the effluence of Whooping John Creek and Helms Cove

- Updated levee elevation and engineering surveys

- Continuous groundwater–surface data, using primarily a shallow network of piezometers around the Carneys Point AOC and Whooping John wetlands to better resolve temporal and spatial variability in system behavior.

# 5    Valuing Restoration – Habitat Equivalency Analysis (HEA)

This section provides the technical analysis supporting the valuation of the PFAS sequestration and Salem River habitat projects (Projects 14 – 17, as described in Sections 3.3 and 3.4).

## 5.1    METHODS

TBLS estimated the expected ecological value of each of the habitat improvement projects (Projects 14-17) using a model called Habitat Equivalency Analysis (HEA). HEA is a widely used model that facilitates the assessment of losses and gains in ecosystem services related to compensatory mitigation (NOAA 1995; Dunford et al. 2004). The key outcome of HEA is a determination of the spatial scale of compensatory restoration that will compensate for the interim loss of natural resources and services from the time that injury occurred until full recovery of the resources. The "equivalency"

between lost ecological services attributable to the unpermitted release of hazardous substances and the gain in ecological services from compensatory restoration action is illustrated in Figure 4-1.

The top panel of Figure 4-1 illustrates the loss in services, abbreviated as L. This example depicts a singular event, such as an oil spill, but the concept is the same for historical releases of hazardous substances that occur over a longer period. The area of the curve designated as "L" represents the aggregation of lost services (i.e., reduction from baseline level of services) over the time period until services return to baseline. The "L" is often referred to as the injury calculation. Mathematically, HEA injury calculations can be simplified into the following equation:

$$Losses\ (L) = \sum_{i}^{B} A_L \times (1+d)^{T-i}$$

Where:

$A_L$ = area of injured habitat

B = year in which services return to baseline level

i = year of impact

T = base year

d = discount rate (usually 3 percent)

The bottom panel of Figure 4-1 depicts the gain in ecological services following compensatory restoration. The equation for gains, shown below, is similar to the equation for losses.

$$Gains\ (G) = \sum_{j}^{M} S_t \times (1+d)^{T-i}$$

Where:

$S_t$ = area of restored habitat constructed in year $t$

M = year in which services reach maximum

i = year when gains begin

T = base year

d = discount rate (usually 3 percent)

Estimates of how much habitat to restore are made by making L equal G. Both L and G are represented in units of discounted service-acre-years, or DSAYs.

TBLS used a publicly available software application called Visual_HEA (v. 2.6) to make the calculations described above. Visual_HEA was developed by Nova Southeastern University under an award from the National Oceanic and Atmospheric Administration Coastal Ocean Program (https://hcas.nova.edu/tools-and-resources/visual_hea/index.html).

Because the baseline level of services has not been quantified for the areas in which these projects would be built, TBLS did not conduct an injury assessment in HEA for the release of PFAS compounds to habitats in and around Carneys Point. The data for conducting such as an injury assessment have not been made publicly available. Instead, TBLS ran Visual_HEA in a comparative

fashion using only the restoration side (G) of the HEA model. The resulting calculations were used to provide information that could be used to prioritize the projects. These analyses required a series of simplifying assumptions about project design, baseline service levels, and the trajectories over which these services would be restored. During project design, these assumptions could be refined.



**Figure 5-1. HEA theory**

## 5.2   RESULTS

Each of the projects described in Sections 3.3 and 3.4 (i.e., Projects 14–17) were evaluated in Visual_HEA. For the purposes of this comparative analysis, the baseline levels of services for each of the three projects that directly address PFAS contamination (i.e., projects 14, 15, and 16) were assumed to be either 30% or 50% of baseline. Regardless of the "true" level of ecological injury associated with PFAS contamination, making a consistent assumption across the three projects facilitates the comparative analysis. Because the assumptions regarding baseline services and recovery trajectory were identical for projects 15 and 16, the hypothetical areas associated with these projects were combined for HEA. For project 17, the baseline level of services was assumed to be zero, since anadromous fish are not currently able to access the Salem River upstream of Brown Dam. The base year for each project was assumed to be 2030, to provide sufficient time from the present for planning and design. Other assumptions used in the HEA analysis are outlined below in Table 6-1. The stair-stepping recovery trajectory depicted for projects 15 and 16 is depicted graphically in Figure 6-2, which is a screen shot from the Visual_HEA software. This trajectory

assumes that the above-ground (or above-water) portions of the wetland plants would be harvested every 5 years, triggering a temporary decline in service level, and then allowed to regenerate.

**Table 5-1. HEA inputs and outputs**

| Project | Sub-Area | Acres | Baseline Level of Services | Recovery Trajectory | Year of 100% Baseline | DSAYs |
|---------|----------|-------|----------------------------|---------------------|------------------------|-------|
| 14 | 1 | 409 | 30% or 50% | Linear | 2060 (from 50%) or 2065 (from 30%) | 4,656 – 6,125 |
| 15/16 | 1 | 303 | 30% or 50% | Stair-step | 2058 (from 50%) or 2068 (from 30%) | 2,525 – 3,765 |
| | 2 | 233 | 30% or 50% | Stair-step | 2058 (from 50%) or 2068 (from 30%) | 1,941 – 2,895 |
| | 3 | 362 | 30% or 50% | Stair-step | 2058 (from 50%) or 2068 (from 30%) | 3,016 – 4,498 |
| 17 | 2 | 211 | 0% | Linear | 2035 | 6,735 |



**Figure 5-2. Visual_HEA input for Projects 15 and 16**

Each of the projects would theoretically generate thousands of DSAYs (range of 1,941 – 6,735). The DSAYs/acre were approximately 10 for the three PFAS projects and 30 for project 17, reflecting the larger difference between the starting and ending service level for project 17 compared to the PFAS projects.

# 6    Benefits of WWTP Project

The objective of this section is to estimate the total potential volume of wastewater that will be received and treated by the CWK Wastewater Treatment Plant (WWTP). This estimation is based on contributions from three principal wastewater sources within the Carneys Point regional service area:

1. The Carneys Point Wastewater Treatment Plant, which will be decommissioned. All wastewater that would have been treated at the Carneys Point WWTP will now be redirected to the CWK Treatment System.

2. The existing residential and commercial septic systems within Carneys Point and Salem County that are proposed for future connection to the CWK facility.

3. Storm events that result in overtopping of the levee system along the Helms Cove portion of the Carneys Point AOC Subcatchment, introducing temporary flood-related inflows to the CWK system.

This assessment provides a unified estimate of the total hydraulic load that the CWK facility will accommodate.

The CWK WWTP) serves as the primary regional facility for the Chemours/DuPont Chambers Works Facility (CWK). The CWK plant has a total treatment capacity of 32 million gallons per day (mgd), equivalent to approximately 98 acre-ft/day or 35,770 acre-ft/year. Of this total capacity, 1.5 mgd (≈ 4.6 acre-ft/day, 1,679 acre-ft/year) is currently directed from the CWK groundwater remediation system.

The CWK WWTP is expected to receive three primary inflows in addition to its current load:

◆ Redirected wastewater from the decommissioned Carneys Point WWTP (Section 6.1.1)

◆ Wastewater from existing residential and commercial septic systems (Section 6.1.2)

◆ Temporary inflows from storm events and levee overtopping during extreme hydrologic conditions (Section 6.1.3)

The following subsections describe each contributing source in detail. Section 6.1.4 presents a summary of the calculations from all sources.

## 6.1    REDIRECTED WASTEWATER FROM THE CARNEYS POINT WWTP

The existing Carneys Point WWTP currently manages approximately 3.5 mgd, equivalent to 10.74 acre-ft/day or 3,920 acre-ft/year. This facility will be decommissioned, and all flows will be redirected to the CWK WWTP.

In addition to this municipal base flow, 1.5 mgd (4.6 acre-ft/day or 1,679 acre-ft/year) from the CWK groundwater remediation system will continue to be treated at CWK WWTP. These two combined flows represent the first major inflow category into the CWK system and forms the baseline wastewater contribution to CWK WWTP.

## 6.2    RESIDENTIAL AND COMMERCIAL SEPTIC SYSTEM CONTRIBUTIONS

The second wastewater contribution to the CWK WWTP originates from existing residential and commercial septic systems throughout Carneys Point and surrounding Salem County. These systems represent sanitary wastewater sources that will gradually be redirected to the CWK WWTP.

## 6.2.1  Regulatory Context

All septic systems in New Jersey are regulated under the New Jersey Administrative Code (N.J.A.C. 7:9A), Standards for Individual Subsurface Sewage Disposal Systems. The rules are administered by the New Jersey Department of Environmental Protection (NJDEP) and enforced by local county health departments.

Key design flow standards include:

◆ N.J.A.C. 7:9A-7.4 — Volume of Sanitary Sewage
◆ N.J.A.C. 7:9A-9.2 — Dosing Tank Requirements

Under these regulations:

◆ Systems ≤ 2,000 gpd are permitted locally (Salem County Health Department).
◆ Systems > 2,000 gpd or involving high-strength waste require NJDEP Treatment Works Approval (TWA).

## 6.2.2  Residential Systems

For residential dwellings, design flows are determined by the number of bedrooms (Table 6-1).

**Table 6-1. Design flows for residential systems**

| Bedrooms | Design Flow (gpd) |
|---|---|
| 3 | 500 |
| 4 | 650 |
| Each additional bedroom | +150 |

Example: A standard four-bedroom home produces approximately 650 gpd assuming a dose volume of 162.5 gallons per cycle with four daily pump cycles for a residential system, per N.J.A.C. 7:9A-9.2.

## 6.2.3  Commercial and Institutional Systems

Commercial facilities are designed according to use-based flow criteria (e.g., seats, rooms, or employees). Examples are provided in Table 6-2.

**Table 6-2. Design flows for commercial and institutional systems**

| Facility | Units | Flow (gpd/unit) | Total (gpd) | Jurisdiction |
|---|---|---|---|---|
| Small Restaurant | 15 seats | 70 | 1,050 | Salem County |
| Full Restaurant | 40 seats | 105 | 4,200 | NJDEP |
| Truck Stop | 100 patrons + showers | — | 2,475 | NJDEP |
| Motel | 20 rooms | — | 2,750 | NJDEP |

## 6.2.4  TBLS Data Compilation and Results

TBLS reviewed septic permit records obtained from the Salem County Department of Health and Human Services, compiling a database of 357 systems, including 332 residential and 25 commercial systems (Table 6-3). The permits covered approximately 50 years from the 1970's to the 2020's and were typically handwritten. Each permit was individually reviewed by technical staff to identify the following data points: parcel address, block and lot number, permit number and date, and tank size.

When design flow data were missing from a permit the following assumptions were made:

◆ Residential systems were estimated by bedroom count, or 650 gpd if unknown.

◆ Commercial systems were assigned a default flow of 3,500 gpd.

**Table 6-3. Septic system flows**

| Facility Type | Record Count | Average Flow (gpd) | Total Flow (gpd) | Total Flow (acre-ft/yr) |
|---|---|---|---|---|
| Residential | 332 | 552 | 183,350 | 206 |
| Commercial | 25 | 1,883 | 47,077 | 52 |
| **Total** | 357 | — | 230,427 | 258 |

The total discharge of ≈ 230,000 gpd (258 acre-ft/year) represents the second inflow component projected for consolidation under the CWK system.

## 6.3  STORM EVENTS AND LEVEE OVERTOPPING

Storm events can cause a significant influx of water to the CWK system, primarily due to overtopping of the levee system along the Helms Cove portion of the levee on the north side of the Carneys Point AOC Subcatchment. These events are typically associated with coastal storm surges or major rainfall events that elevate the Delaware River beyond the levee crest elevation.

events can cause a significant influx of water to the CWK system, primarily due to overtopping of the levee system along the Helms Cove portion of the levee on the north side of the Carneys Point AOC Subcatchment. These events are typically associated with coastal storm surges or major rainfall events that elevate the Delaware River beyond the levee crest elevation. Estimation of the total contribution of flood water was made using the methodology discussed in Section 4.

The treatment wetlands located within the Carneys Point AOC were not considered to have significant capacity to handle storm or flood-related volumes. These wetlands are designed for water quality treatment of baseflow and localized runoff and are not expected to provide measurable storage or attenuation for flood events. Consequently, the CWK WWTP is considered the primary facility responsible for managing excess water volumes generated during storm and flood conditions.

An example of a large storm that resulted in levee overtopping is Superstorm Sandy, which made landfall near Carneys Point, New Jersey, on October 30, 2012, and generated record-setting tidal surges throughout the Delaware Estuary. During this event, levee overtopping were calculated to occur along the Helms Cove Levee segments on the north side of the Carneys Point AOC Subcatchment when Delaware River elevations exceeded 8 feet, msl.

Based on the calculation methodology, presented in Section 4, the total estimated overtopping volume was approximately 6,625 acre-ft over the duration of the storm event. This corresponds to an average inflow rate of roughly 3,312 acre-ft/day, equivalent to ~6.0 million gallons per day (MGD) of river water entering the subcatchment area.

While the floodwaters were temporary and largely receded with the tide, events of this magnitude demonstrate the potential for short-term surcharges of wastewater into the CWK WWTP, particularly if future storm surges coincide with elevated groundwater or rainfall conditions. Such conditions would temporarily elevate inflow rates beyond the steady-state design load of 12.5 MGD, though they remain within the CWK facility's maximum treatment capacity of 32 MGD.

It is important to consider in this assessment that the crown elevations of the levee system is critically important as a slight lowering of the levee elevation or compromised sections of the levees can result in a significant influx of river water. Therefore, engineering surveys and inspections will need to be conducted and enhancements and repairs to the levee system will need to be made.

## 6.4    COMBINED WASTEWATER VOLUME TO THE CWK WWTP

The total annual inflow to the CWK WWTP is the sum of all contributing sources:

◆ 5,599 acre-ft/yr from the Carneys Point WWTP and CWK Groundwater Remediation System

◆ 258 acre-ft/yr from residential and commercial septic systems

◆ 6,625 acre-ft/yr from storm surges.

This results in a total flow volume of approximately 12,500 acre-ft/yr or 11.2 mgd (Table 6-4).

**Table 6-4. Summary of Wastewater Inflows to CWK WWTP**

| Source | Flow (acre-ft/yr) | Flow (mgd) | Notes |
|---|---|---|---|
| Carneys Point WWTP + GW Remediation | 5,599 | 5.00 | Redirected municipal flows |
| Residential & Commercial Septic | 258 | 0.23 | Local septic contributions |
| Storm Events (Levee Overtop) | 6,625 | 5.90 | Episodic storm-related inflow |
| **Total Combined Inflow** | ~ 12,500 | **11.2** | Mean inflow incl. storm surges |

## 6.5    CONCLUSIONS

The total projected inflow to the CWK WWTP is approximately 11.2 mgd under normal operating conditions, accounting for redirected municipal flow, septic inputs, and typical storm-related surcharges. During major storm events, such as Superstorm Sandy, the inflow could temporarily rise to between 13 and 20 mgd, depending on event severity and duration.

Capacity comparison:

◆ CWK WWTP Design Capacity: 32 mgd

◆ Normal Combined Inflow: 11.1 mgd (35 percent of design capacity)

◆ Storm-Year Inflow (Peak): up to 20 mgd (62 percent of design capacity)

These calculations indicate that the CWK WWTP has sufficient capacity to manage both routine and extreme inflow conditions. This assessment relies on preliminary calculations based on a limited dataset and should be expanded based on additional data collection, more advanced hydrologic modeling and engineering design and inspections.

# 7    Monetization

This Monetization section covers the following:

◆  NRD Costing Methodologies

◆  Application of Methodologies to Project Costs

◆  Costs of Projects Grouped into Three Sub-Areas

TBLS's NRD monetization expert, Mr. Jeffrey Andrilenas, has done many similar NRD monetization studies including current and recent NRD case projects. Mr. Andrilenas has been doing similar types of consulting work for various public and private entities since the early 2000's including for more than 100 NRD restoration project sites, the smallest being less than an acre in size, and the largest being hundreds of acres in size. He is also an ASTM certified environmental liability valuation professional as well as a professional geologist and hydrogeologist. He also serves on multiple ASTM Committees including three standing PFAS committees (Sampling & Analytical Methods, Conceptual Site Model, and Remedial Investigations & Remediation) and for various committees related to NRD. He is also a voting member of both the ASTM E50-04 Environmental Investigations & Remediation Committee and the ASTM E50-05 Corporate Risk Management Committee, the latter which are responsible for environmental financial methods and practice governing environmental financial matters. Likewise, he is a Steering Committee Member of the New Jersey Environmental Business Council and is co-chair of its NRD Section. Mr. Andrilenas is also a member of the Mid-Atlantic Society of Ecological Restoration.

In the past 5 years, Mr. Andrilenas has presented five technical papers at National Conferences on the Chambers Works site and on PFAS. Of these, four have been on the subject of PFAS and NRD. The fifth paper was on the subject of RFS calculations for the Chambers Works site.

Mr. Andrilenas has been a continuously certified expert for use of the RACER® software since 1999 and has maintained Carneys Point RACER RFS calibrated remediation financial costing model which is based on input of RFS budgets submitted by Chemours Company since 2017. Mr. Andrilenas has predicted more than $20B of environmental liabilities on behalf of a variety of companies in his career, including during the time which Mr. Andrilenas was an environmental remediation cost analyst for AIG Environmental (1999-2005), which at that time, was the largest environmental insurance company in the world, where he also served as their National NRD lead expert.

## 7.1    MONETIZATION METHODS

The following explanations of NRD monetization methodologies show how each project cost was determined and validated using NJDEP accepted methods. The methods include Green Acre Resource Replacement Cost Method and the Restoration Cost Method.

### 7.1.1  Green Acre Resource Replacement Cost Method

TBLS was retained in 2023-2024 as an expert (by public proclamation) to assist the Town of Toms River to evaluate the NJDEP administrative NRD settlement for the Ciba Geigy site with BASF (NJDEP 2023a). A public meeting was held in Toms River by NJDEP assistant commissioners and department heads to discuss how NJDEP does NRD (NJDEP 2023b). That presentation that was used in public testimony is provided on the NJDEP ONRR website today to provide explanation of NRD Standard methods, TBLS attended that meeting and later opined as part of Toms River's appellate court appeal on the various methods that NJDEP used.

Included in that PowerPoint presentation, NJDEP states that Pursuant to the terms of the Constitutional Amendment from Article VIII, Section I, NRD recoveries are used for restoration projects to repair, restore, or replace damaged or lost natural resources in immediate geographic proximity to the injury (NJDEP 2023b).

The methods described in the public meeting testimony generally follow the Green Acres land preservation method which has been used for decades as a method of NRD monetization where replacement equal to the acres and services that have been lost to the NRD injury.

In their public testimony, NJDEP Assistant Commissioner gave an example where a nearby historical Green Acre purchase had been made, and the price of the parcel purchase, divided by the number of acres in the purchase, yielded a cost per acre amount. NJDEP then multiplied the cost per acre of a Green Acre purchase times the total restoration acreage, yielding a valuation of the NRD restoration damages to give a replacement restoration value cost of the project.

Currently, every available acre within the nexus to injury Carneys Point Township is being utilized as part of the Carneys Point NRD restoration. As we mentioned above, we do not believe that an alternative Green Acre approach is a viable solution given the extensive nature of damages and likely effect on biota and human health that are ongoing effects. We calculated this to show that the NJDEP settlement is likely properly sized for the injury to Carneys Point Township.

TBLS used the Green Acre Resource Replacement Cost Method to predict the Replacement Resource Monetization Value, based on appraised values from the Salem County tax appraisal database and commercial sale database, and for the projects total acreage,

TBLS's expert appraiser, David Alford, used the tax appraisal database from Salem County with their permission and TBLS habitat shape files used in the project to get an example of what replacement Green Acres of comparable parcel value might cost in four areas of Carneys Point Township, i.e. the Bouttown Creek Area, the Henby Creek Area, the Lakes Area, and the upper Salem River Area.

An average of at least 10 parcels in each area was calculated based on previous sale price. Parcels that had abnormally low value, even zero sale value were thrown out. Sale project areas that included wetlands were likely lower value because of the inability to build on the wetland portion of the site.

For the average parcel cost per acre in the Henby and Bouttown Creek area, was $161,642/acre and $102,152/acre, respectively. For the more rural areas in Carneys Point, i.e., upper areas of Salem River and Artificial Lakes area, the cost per acre averaged $30,143/acre and $63,146/acre.

TBLS estimates that the value for the Carneys Point Township Green Acre restoration project equivalent replacement cost for the 5,000 acres in size, is between $150,715,000 to $808,210,000.

It should be understood that use of alternative Green Acres as a restoration settlement solution would do nothing to mitigate the ongoing PFAS impact in the Carneys Point Area. The lowest value area reflects the area where the 2005 CRACO properties were located which were where NJDEP has already settled the vast majority of groundwater contamination at Chambers Works. The CRACO properties are contaminated. As pointed out in the draft JCO, parcels in those areas are impacted by PFAS. So additional mitigation would likely be required on any of these properties, in addition to the cost of the land price.

TBLS has included every available wetland area in Carneys Point as part of its project scope, and its PFAS mitigation approach should return these valuable habitats to their pre-polluted condition for a reasonable cost.

An objection to doing restoration in Carneys Point is that such an approach creates an attractive nuisance for biota. That is not true in my experience.. The Salem River and the Delaware River both contain migratory species, and NJDEP has not issued "Do Not Eat" Fish Advisories yet.

The Carneys Point Restoration Project approach provides a chance that future generations of biota will be much less impacted by PFAS. Those species are going to live in Carneys Point's creeks, in the Salem River, and in areas within the Delaware River that are affected by Chambers Works. Doing restoration in Carneys Point Township where there is no PFAS seems unlikely.

Doing nothing in Carneys Point will not reduce the burden of this PFAS site on the Delaware River nor stop PFAS from migrating throughout the watershed. . The best approach is to baseline existing conditions in the creek systems, and wetlands associated with them, and to set up a fate and transport PFAS model, as has been proposed by Princeton University as part of this restoration plan.

## 7.1.2  Restoration Project Cost Method

As explained in an article[4] by Matt Conley et. al. of Archer Law, in 2024, the actual Ciba Geigy 1,000-acre project cost in Toms River was much less than NJDEP predicted by the alternative Green Acre replacement method because the project reused the Ciba Geigy Superfund site, and instead of the $300,000,000 reported by the NJDEP, that actual habitat restoration project by BASF only cost around $35-$40M.

In another case that TBLS worked on in New Jersey, a common cost to build a project is used by the NJDEP to make a prediction of what the injury amount should be in monetized damages, where the time value of injury is computed in acres using HEA and then multiplied by a nearby average cost of a restoration project of the same resource type. This is the methodology that the Trustee Spill Model known as SIMAP uses to calculate injury.

For Carneys Point, TBLS defined the project areas, and project types, and therefore was able to do a detailed project cost estimate with inputs for design, project management, construction management, construction costs, and operation and maintenance for the various projects included in the conceptual restoration project. TBLS also did a restoration Conceptual Site Model and extensive GIS calculations for each project type, both in terms of restoration resource equivalency analyses and restoration habitat equivalency as described in previous sections of the report.

The projects are integrated and work together to remediate PFAS and mitigate flooding. The projects will lessen upper watershed urban stream velocities during atmospheric flooding events thereby lessening the migration of PFAS remobilized by soil erosion to move downstream in the creek system. The projects will also use floating wetlands that hydroponically remove PFAS from surface water into vegetation. The Township will be able to harvest and transport PFAS saturated plants to the onsite Chambers Works landfill at cost. The costing of the various infrastructure mitigation projects allowed TBLS, with the assistance of Sickels and Associates and WSP, to create a conceptual design project cost.

**The Effectiveness of Low-Cost Phytoremediation Studied**

An extensive literature library of over 200 technicals papers discussing PFAS treatment with phytoremediation, bioremediation and other low technology approaches was developed. TBLS also

---

[4] https://www.archerlaw.com/a/web/7z4zc5opDjvDq8UZn4UNLZ/natural-resource-damages-in-new-jersey_new-jersey-lawyer-magazine_june-2024.pdf

reached out to various parties who have been using phytoremediation in wetlands and soil treatments in the US. Dr. Jaffe at Princeton University is an expert at the use of bioremediation in treatment wetlands and he has past experience regarding the iron valence of soils at Chambers Works and thinks this approach is viable.

**Economic Benefits and Resources included in the NRD Restoration Projects**

In addition, Princeton and Montclair State have pledged considerable resources as part of their costing of the different treatability and implementation studies including training resources for green jobs for the Carneys Point area. WSP has eight senior level and staff members contributing to this study. RES has verbally committed to the project including potential project financing.

**TBLS's Expert NRD Injury Assessment**

As stated earlier, TBLS estimated that damages to groundwater and drinking water resources with the nexus to injury to Carneys Point Township was about 991,900 acre-ft. The findings of this report allowed TBLS to scale and choose appropriate NRD restoration projects that would appropriately heal injury.

Based on an evaluation of the project choices, it was determined that together, the projects could produce the necessary restoration term in about 50 years. It was possible to calculate the fifty-year restoration term in ecological terms, for water quality purposes based on mass removal over time that might be expected from the various habitats. PFAS removal rates likewise for resource injury to resource restoration in volumetric terms based on a record of flooding both in the Delaware River for overtopping levees, and in terms of atmospheric precipitation in Salem River watershed in terms flood avoidance mitigation translated to resource-to-resource restoration and prediction of how long it would take from both perspectives to equal full restoration.

**Using GIS to Accurately Define Project Parameters**

To geolocate these various analytical results by date, from soil and groundwater investigations, as well as various sampling events of residential and monitoring wells, TBLS also built an ESRI Geographic Information Service (GIS) for geolocated scientific information that can be retrieved and mapped throughout the Township including for the Chambers Works site, itself as well as for the locations within the Township of Carneys Point, outside the Chambers Works site. This GIS system allowed TBLS to lay out habitat projects along all the urban creek and riverine systems as well as flood mitigation infrastructure.

In order to value various parts of the infrastructure projects, models of stormwater events were set up in order to perform calculations based on catchment acreage and likely height of flood events (Kali et al. 2024). Likewise, it was also possible to determine the value of a replacement drinking water source for the affected residents, including a distribution system, as well as upgrade costs for the Wastewater Treatment Plant, based on previous feasibility studies that the Township had conducted on this idea.

**GIS enabled valuing additional NRD benefits**

As part of this recent work, TBLS has also collected and geolocated on the GIS more than 600 septic system permits and locations from the Salem County Health Department to assist in NRD valuation of the use of the Chambers Works Wastewater Treatment Plant to supply Township sewer services where septic systems tend to degrade drinking water resources as an added NRD benefit. Furthermore, studies have shown that household wastes, through septic systems recharge to shallow drinking water resources, have caused impact from PFAS. Thus, the Township providing city

sewerage service to existing septic system permittees is a public good that will mitigate other PFAS sources from further degrading the groundwater and drinking water resources in Carneys Point.

**Sanitary Sewer Hookups to eliminate septic system degradation (and PFAS impact) as a NRD restoration**

A precedent for this approach exists from the NRD restorations as part of the Gulf Spill where NRD funds were spent by the Trustee Council in a Town in Florida to move residents off septic to city sewer. As mentioned earlier, TBLS did a search of Salem County Health septic permits to determine if hook up of existing septic systems would provide NRD value. Part of the reason for this focus is that Carneys Point's sanitary sewer distribution system is located in the northerly part of Carneys Point. There is not enough capacity for economic redevelopment in the Township due to the current capacity and location of the Carneys Point Wastewater Treatment Plant. Expansion of the sanitary sewer system, by way of eliminating septic systems, could be an NRD benefit for groundwater NRD.

The article from Wisconsin (cited below) and the article from Florida (also cited below) clearly show that eliminating sources of PFAS by hooking up existing and future septic system users to a sanitary sewer system has beneficial value in NRD. Thus, costs to expand sewer capacity can be justified as an NRD cost if it reduces the burden of PFAS on the community and if it improves injured groundwater resources.

Because natural resource damages are not punitive, when the restoration value is equivalent to the lost natural resource injury, the NRD debt owed is considered paid. Natural resources, and restoration of that same natural resource can be calculated including the term needed to fully restore the natural resource as required by law.

Monetization is often used in NRD cases because NRD Trustees do not usually litigate for DSAYs or DAFYs but instead litigate for settlement dollars. NRD restoration project valuation in dSAYs and/or dAFYs (or equivalent gallons where 1 acre foot = 325,851 fluid gallons.)

See, for example, Habitat Injury to Habitat Restoration and pre-cursor valuation for area-wide contamination mitigation. NRD Restoration Precedence for Nexus to Injury site established/accepted by NJDEP. Ciba Geigy, Toms River, 2024. East Newark Riverfront Park.

Also see NJDEP Administrative Order No. 2023-08. This order recognizes that NRD restoration projects provide co-benefits to the public, such as increased flood protections.

Also see the NOAA and US Fish & Wildlife protocols in the Department of Justice Settlement Agreement for the BASF East Newark Restoration Project in 2022, Appendix D.2.Costs of a restoration project may be determined by construction estimating for the cost of a restoration project that produces agreed upon restoration values (USDOJ 2022).

Often, the Trustee may only be concerned with the ecological and/or service value of the project and not be concerned with the cost of the project. For that reason, we have determined the restoration valuation of each of the project and/or project types as well as project costs in order to show that the projects that were selected here conform with the 2023 NJDEP Commissioners Administrative Order No. 2023-08.

## 7.2   RESTORATION PROJECT APPROACH AND PROJECT COST CALCULATIONS

The TBLS Team of restoration costing experts include Sickels and Associates, the Town's civil engineering company, TBLS Group, the Town's NRD injury and restoration litigation support consultant, and WSP who did the restoration project costing along with Princeton University and

Montclair State, as well as the Township itself, all contributed cost estimates that have been compiled into a master cost estimate included in the exhibits in this report.

## 7.3    CURRENT PROJECT COST ESTIMATE ORGANIZATION

### 7.3.1   NRD Restoration Sub-Area 1

Sub-Area 1 is generally defined as the Chambers Work site itself and all the urban creek systems west of I-295 that flow to the Delaware River predominantly except in the most southerly of the manufacturing site. These projects and costs as best we know them today are summarized in Table 7-1.

Sub-Area 1 is the most critical NRD ongoing injury project area because of the issues that are occurring today at the Chambers Works site related to urban creeks transport of PFAS and to stop the remobilization of PFAS due to flooding that is migrating into Carneys Point Township neighborhoods as explained in other parts of this opinion.

Virtually all of the projects here are designed to mitigate sea level rise overtopping levees and to pump contaminated surface water away from adjacent neighborhoods. Table 7-4 summarizes the cost estimates for the projects depicted in Figure 3-1, i.e. the Infrastructure Projects. Almost all the infrastructure projects are located in Sub-Area 1. Fixing the tidal gate in the northerly Bouttown Creek and putting in passive wetland bioremediation treatment wetlands in an area where most of the 70 years of air emissions have fallen and which have not been as yet adequately addressed as an AOC of Chambers Works for PFAS or ordered to be characterized as a CERCLA hazardous chemical where such impact, now create additional burdens on an already burdened Environmental Justice community.

The Carneys Point AOC is largely an area of separate SWMUs without a holistic study of the area. The fact that the tidal gate was closed off creating an onsite lake has gone by almost unnoticed except by the Township.

The costs for Sub Area 1 (Table 7-1), along with Sub-Area 2 (Table 7-2) and Sub Area 3 (Table 7-3), are derived from habitat restoration costing by WSP's watershed engineering group, whereas the costs in Table 7-4 are derived from Sickels Engineering estimates for flood mitigation infrastructure projects, and replacement drinking water infrastructure projects to get Carneys Point residents onto a permanent water solution rather the temporary POET systems.

The current cost estimate for Sub-Area 1 from Table 7-1 is $151,235,000, not including the Environmental Institute (Montclair State) estimate shown on Table 7-5. Adding the cost for the infrastructure project from Table 7-4 ($170,681,250), the total cost for Sub-Area 1 restoration projects is $321,916,250.

We note that the POET system costs which are currently being used for safe drinking water might be better applied to these restoration projects. See, for example, USEPA Region 2 where an alternative water source was agreed to as part of Settlements for Village of Hoosick Falls.[5]

---

[5] https://www.governor.ny.gov/news/governor-hochul-announces-completion-new-water-supply-village-hoosick-falls

## 7.3.2 NRD Restoration Sub-Area 2

NRD Restoration Projects Sub-Area 2 is located along the Salem River and includes creeks that flow to the Salem River in the HUC as well as three dams, and the former DuPont CRACO properties (which are all part of the envisioned PFAS treatment approach). Cost estimates for this sub-area are depicted on Table 7-2.

Based on the draft JCO, characterization and treatment of these CRACO properties is anticipated by the NJDEP. The total project estimate for Sub-Area 2is $145,860,000.

This is a significant area of potential ongoing NRD damages that must be mitigated. It is upstream from Federally protected Mannington Meadows and thus pretreatment using the Township's approach must be done to reduce impact on a wildlife protection area. That should be the highest priority.

## 7.3.3 NRD Restoration Sub-Area 3

NRD Sub Area 3 is ecologically important because of the surface water bodies that are used for recreational use by Township residents. In Sub-Area 3, floating wetlands can hydroponically treat PFAS and make future generations of biota less susceptible to bioaccumulation and biomagnification exposure. The floating wetlands are located in this sub area and most of the creeks drain south to the Salem River which is a significant tributary to the Delaware River. Our costing team's project cost for Sub-Area 3 is contained in Table 7-3 is estimated at $107,195,000.

## 7.3.4 Summary of Costs

Table 7-5 includes the above estimates, Township support costs, University participant costs, and certain operational costs.

The costs for the NRD project restoration projects discussed herein range from $525,810,782 (without a 15% contingency) to $610,000,000 (with a 15% contingency), as summarized in Table 7-6.

The Township needs to provide future safe drinking water and modern sewerage services to nearly 1,000 residents under the auspices of NRD restoration.

## 7.4 CONCLUSIONS

The Carneys Point Township NRD Restoration plan is a unique PFAS restoration and watershed landscape ecological solution. We expect these projects can heal the NRD injury to soil, groundwater recharge, drinking water, surface water, sediments, wetlands and other ecological habitats, and tidelands.

These projects will also provide green jobs and economic benefit.

Total project cost is $525,810,782 to $610,000,000. The per acre cost of restoration ranges from $105,000 and 121,838. This is less expensive than buying replacement Green Acres in Carneys Point.

The Carneys Point NRD Restoration projects presented here cover 5,000 acres, representing one of the largest NRD restoration project sites in the country.

Chambers Works Site NRD Restoration Projects and Cost Report – November 2025                86

## Table 7-1. Cost estimates for habitat projects in sub-area 1 (Carneys Point AOC+)

| Parameter | Value | | Assumptions |
|---|---|---|---|
| Assumed duration (yrs) | 25 | | |
| Acreage of treatment wetland | 409 | | All wetland types, less right-of-way wetlands, managed wetlands, and wooded wetlands |
| Acreage of fringe wetlands | 99 | | |
| Acreage of floating wetlands | 203 | | Existing open water acreage for potential floating wetland |
| Total acreage to evaluate | 508 | | Excludes floating wetland for eval of existing conditions |
| Assumed number of projects/phases | 3 | | - Downstream treatment wetland<br>- Wetland restoration/enhancement for treatment<br>- Floating wetlands (approximately 30 open water ponds distributed between two projects) |
| | **Unit Cost (2026 $)** | **Total Cost (2026 $)** | |
| **Watershed Evaluation (A)** | | | |
| Desktop delineation/feasibility | $ 250,000 | $ 250,000 | |
| Wetland delineation/condition assessment (per acre) | $ 1,000 | $ 508,000 | |
| T&E Surveys | $ 500,000 | $ 500,000 | |
| Modeling (Watershed-wise) | $ 500,000 | $ 500,000 | |
| **Total watershed evaluation** | | **$ 1,758,000** | |
| **Project-Specific Tasks (B)** | | | |
| Topographic survey | $ 250,000 | $ 750,000 | Boundary, bathymetry, topo, utility |
| Pre-construction monitoring | $ 150,000 | $ 450,000 | |
| Sediment survey | $ 200,000 | $ 600,000 | |
| Conceptual design | $ 150,000 | $ 450,000 | |
| Modeling design | $ 150,000 | $ 450,000 | |
| Design | $ 750,000 | $ 250,000 | |
| Permitting | $ 200,000 | $ 600,000 | |
| Bid package | $ 50,000 | $ 150,000 | |
| **Total design-based costs** | | **$ 5,700,000** | |
| **Post-project monitoring and adaptive management (C)** | | | |
| Post-project monitoring | $ 500,000 | $7,500,000 | NJDEP permit adherence; 5-year monitoring per project - chemical testing/monitoring and yearly success monitoring |

Chambers Works Site NRD Restoration Project – Cost Report – November 2025                87

| Parameter | Value | | Assumptions |
|---|---|---|---|
| Adaptive management | $  250,000 | $7,500,000 | Performance for treatment; 10 years post construction of performance monitoring and application adjustment for treatment/removal, includes continued monitoring |
| **Total post-project monitoring and adaptive management** | **$15,000,000** | | |

| Summary | Total Cost (2026 $) | Assumptions |
|---|---|---|
| Engineering design | $  8,458,000 | Watershed evaluation (A) + project-specific tasks (B) plus 8 years of management and stakeholder engagement ($125K/yr) |
| Construction | $ 84,580,000 | Design is 10% of construction cost |
| Construction management | $  9,250,000 | 2 full-time staff with supplemental inspections and specialty reviews for 2-year construction durations ($3M/project); $125K/yr for management and stakeholder engagement |
| Post-project monitoring and adaptive management | $ 16,875,000 | Total post-project monitoring and adaptive management (C) + 15 yrs of management and stakeholder engagement ($125/yr) |
| Maintenance construction | $ 12,687,000 | 15% of construction cost |
| Plant harvesting and disposal | $ 4,185,000 | Harvesting occurs every 3 yrs over 15-yr project on all treatment and fringe wetland and 30% of open water acreage for floating wetlands; soil stripping and transport at $5,231/acre |
| Maintenance activity oversight | $  4,500,000 | 1-yr duration every 5 years over 15 years ($1.5M/project) |
| **Total project cost** | **$140,535,000** | |

## Table 7-2. Cost estimates for habitat projects in sub-area 2 (Salem River)

| Parameter | Value | | Assumptions |
|---|---|---|---|
| Assumed duration (yrs) | 25 | | |
| Acreage of fringe wetlands | 184 | | |
| Acreage of floating wetlands | 49 | | Existing open water acreage for potential floating wetland |
| Total acreage to evaluate | 184 | | Excludes floating wetland for eval of existing conditions |
| Assumed number of projects/phases | 3 | | - Dam removal<br>- Wetland restoration/enhancement for treatment<br>- Floating wetlands (approximately 30 open water ponds distributed between two projects) |
| | Unit Cost (2026 $) | Total Cost (2026 $) | |
| **Watershed Evaluation (A)** | | | |
| Desktop delineation/feasibility | $ 250,000 | $ 250,000 | |
| Wetland delineation/condition assessment (per acre) | $ 1,000 | $ 184,000 | |
| T&E Surveys | $ 500,000 | $ 500,000 | |
| Modeling (Watershed-wise) | $ 500,000 | $ 500,000 | |
| **Total watershed evaluation** | | **$ 1,434,000** | |
| **Project-Specific Tasks (B)** | | | |
| Topographic survey | $ 250,000 | $ 750,000 | Boundary, bathymetry, topo, utility |
| Pre-construction monitoring | $ 150,000 | $ 450,000 | |
| Sediment survey | $ 200,000 | $ 600,000 | |
| Conceptual design | $ 150,000 | $ 450,000 | |
| Modeling design | $ 150,000 | $ 450,000 | |
| Design | $ 750,000 | $ 2,250,000 | |
| Permitting | $ 200,000 | $ 600,000 | |
| Bid package | $ 50,000 | $ 150,000 | |
| **Total design-based costs** | | **$ 5,700,000** | |
| **Post-project monitoring and adaptive management (C)** | | | |
| Post-project monitoring | $ 500,000 | $ 7,500,000 | NJDEP permit adherence; 5-year monitoring per project - chemical testing/monitoring and yearly success monitoring |
| Adaptive management | $ 250,000 | $ 7,500,000 | Performance for treatment; 10 years post construction of performance monitoring and application adjustment for treatment/removal, includes continued monitoring |
| **Total post-project monitoring and adaptive management** | | **$15,000,000** | |

| Summary | Total Cost (2026 $) | Assumptions |
|---|---|---|
| Engineering design | $ 8,134,000 | Watershed evaluation (A) + project-specific tasks (B) plus 8 years of management and stakeholder engagement ($125K/yr) |
| Construction | $ 81,340,000 | Design is 10% of construction cost |
| Construction management | $ 9,250,000 | 2 full-time staff with supplemental inspections and specialty reviews for 2-year construction durations ($3M/project); $125K/yr for management and stakeholder engagement |
| Post-project monitoring and adaptive management | $ 16,875,000 | Total post-project monitoring and adaptive management (C) + 15 yrs of management and stakeholder engagement ($125/yr) |
| Maintenance construction | $ 12,201,000 | 15% of construction cost |
| Plant harvesting and disposal | $ 5,200,000 | Harvesting occurs every 3 yrs over 15-yr project on all treatment and fringe wetland and 30% of open water acreage for floating wetlands; soil stripping and transport at $5,231/acre |
| Maintenance activity oversight | $ 4,500,000 | 1-yr duration every 5 years over 15 years ($1.5M/project) |
| **Total project cost** | **$137,500,000** | |

**Table 7-3. Cost estimates for habitat projects in sub-area 3 (between Hwy 295 and NJ Turnpike)**

| Parameter | Value | | Assumptions |
|---|---|---|---|
| Assumed duration (yrs) | 25 | | |
| Acreage of fringe wetlands | 198 | | |
| Acreage of floating wetlands | 164 | | Existing open water acreage for potential floating wetland |
| Total acreage to evaluate | 198 | | Excludes floating wetland for eval of existing conditions |
| Assumed number of projects/phases | 2 | | - Wetland restoration/enhancement for treatment<br>- Floating wetlands (approximately 30 open water ponds distributed between two projects) |
| | **Unit Cost (2026 $)** | **Total Cost (2026 $)** | |
| **Watershed Evaluation (A)** | | | |
| Desktop delineation/feasibility | $ 250,000 | $ 250,000 | |
| Wetland delineation/condition assessment (per acre) | $ 1,000 | $ 198,000 | |
| T&E Surveys | $ 500,000 | $ 500,000 | |
| Modeling (Watershed-wise) | $ 500,000 | $ 500,000 | |
| **Total watershed evaluation** | | **$ 1,448,000** | |
| **Project-Specific Tasks (B)** | | | |
| Topographic survey | $ 250,000 | $ 500,000 | Boundary, bathymetry, topo, utility |
| Pre-construction monitoring | $ 150,000 | $ 300,000 | |
| Sediment survey | $ 200,000 | $ 400,000 | |
| Conceptual design | $ 150,000 | $ 300,000 | |
| Modeling design | $ 150,000 | $ 300,000 | |
| Design | $ 750,000 | $ 1,500,000 | |
| Permitting | $ 200,000 | $ 400,000 | |
| Bid package | $ 50,000 | $ 100,000 | |
| **Total design-based costs** | | **$ 3,800,000** | |
| **Post-project monitoring and adaptive management (C)** | | | |
| Post-project monitoring | $ 500,000 | $ 5,000,000 | NJDEP permit adherence; 5-year monitoring per project - chemical testing/monitoring and yearly monitoring |
| Adaptive management | $ 250,000 | $ 5,000,000 | Performance for treatment; 10 years post construction of performance monitoring and application adjustment for treatment/removal, includes continued monitoring |
| **Total post-project monitoring and adaptive management** | | **$10,000,000** | |

Chambers Works Site NRD Restoration Projects and Cost Report – November 2025                    91

| Summary | Total Cost (2026 $) | Assumptions |
|---|---|---|
| Engineering design | $ 6,248,000 | Watershed evaluation (A) + project-specific tasks (B) plus 8 years of management and stakeholder engagement ($125K/yr) |
| Construction | $ 62,480,000 | Design is 10% of construction cost |
| Construction management | $ 6,250,000 | 2 full-time staff with supplemental inspections and specialty reviews for 2-year construction durations ($3M/project); $125K/yr for management and stakeholder engagement |
| Post-project monitoring and adaptive management | $ 11,875,000 | Total post-project monitoring and adaptive management (C) + 15 yrs of management and stakeholder engagement ($125/yr) |
| Maintenance construction | $ 9,372,000 | 15% of construction cost |
| Plant harvesting and disposal | $ 6,470,000 | Harvesting occurs every 3 yrs over 15-yr project on all treatment and fringe wetland and 30% of open water acreage for floating wetlands; soil stripping and transport at $5,231/acre |
| Maintenance activity oversight | $ 4,500,000 | 1-yr duration every 5 years over 15 years ($1.5M/project) |
| Total project cost | $107,195,000 | |

## Table 7-4. Cost estimates for infrastructure projects

| Cost Element | Unit Cost (2026 $) | Total Cost (2026 $) | Assumptions |
|---|---|---|---|
| **Project 1. Tide gate repair Bouttown Creek** | | | |
| Management | $ 10,000 | $ 250,000 | 25-year project duration |
| Project review | $ 75,000 | $ 75,000 | Provided by Carneys Point and Chemours |
| Design | $ 1,650,000 | $ 1,650,000 | 15% of construction costs |
| Construction | $ 11,000,000 | $ 11,000,000 | |
| Construction management | $ 550,000 | $ 550,000 | 5% of construction costs |
| Operations and maintenance | $ 25,000 | $ 625,000 | 25-year project duration |
| **Total Project 1** | | **$ 14,150,000** | |
| **Project 2. Tide gate repair Whooping John Creek** | | | |
| Management | $ 10,000 | $ 250,000 | 25-year project duration |
| Project review | $ 75,000 | $ 75,000 | Provided by Carneys Point and Chemours |
| Design | $ 1,500,000 | $ 1,500,000 | 15% of construction costs |
| Construction | $ 10,000,000 | $ 10,000,000 | |
| Construction management | $ 500,000 | $ 500,000 | 5% of construction costs |
| Operations and maintenance | $ 25,000 | $ 625,000 | 25-year project duration |
| **Total Project 2** | | **$ 12,950,000** | |
| **Project 3. Laurel Street and Ives Avenue Stormwater Drainage Improvements** | | | |
| Management | $ 10,000 | $ 250,000 | 25-year project duration |
| Project review | $ 50,000 | $ 50,000 | Inspection and review by Carneys Point |
| Design | $ 247,500 | $ 247,500 | 15% of construction costs |
| Construction | $ 1,650,000 | $ 1,650,000 | $1,100 per foot × 1,500 feet |
| Construction management | $ 165,000 | $ 165,000 | 10% of construction costs |
| Operations and maintenance | $ 25,000 | $ 625,000 | 25-year project duration |
| **Total Project 3** | | **$ 2,987,500** | |
| **Project 4. Bouttown Creek Stream Cleaning** | | | |
| Management | $ 10,000 | $ 250,000 | 25-year project duration |
| Project review | $ 50,000 | $ 50,000 | Inspection and review by Carneys Point |
| Design | $ 123,750 | $ 123,750 | 15% of construction costs |
| Construction | $ 825,000 | $ 825,000 | $1,100 per foot × 750 feet |
| Construction management | $ 82,500 | $ 82,500 | 10% of construction costs |
| Operations and maintenance | $ 25,000 | $ 625,000 | 25-year project duration |
| **Total Project 4** | | **$ 1,956,250** | |
| **Project 5. Salem Canal Dam Removal** | | | |
| See Table 7-3 | | | |

Chambers Works Site NRD Restoration Projects and Cost Report – November 2025                     93

| Project 6. Repair and Raise Chambers Works Plant Road Levee Along Delaware River | | | |
|---|---|---|---|
| Management | $ 10,000 | $ 250,000 | 25-year project duration |
| Project review | $ 75,000 | $ 75,000 | Inspection and review by Carneys Point and Chemours |
| Design | $ 330,000 | $ 330,000 | 15% of construction costs |
| Construction | $ 2,200,000 | $ 2,200,000 | $2,000 per foot × 1,100 feet |
| Construction management | $ 220,000 | $ 220,000 | 10% of construction costs |
| Operations and maintenance | $ 25,000 | $ 625,000 | 25-year project duration |
| **Total Project 6** | | **$ 3,700,000** | |

| Project 7. Construct Levee & Seawall along Delaware River in Penns Grove & North Carneys Point | | | |
|---|---|---|---|
| Management | $ 10,000 | $ 250,000 | 25-year project duration |
| Project review | $ 50,000 | $ 50,000 | Inspection and review by Carneys Point |
| Design | $ 1,102,500 | $ 1,102,500 | 15% of construction costs |
| Construction | $ 7,350,000 | $ 7,350,000 | $2,000 per foot × 3,675 feet |
| Construction management | $ 735,000 | $ 735,000 | 10% of construction costs |
| Operations and maintenance | $ 25,000 | $ 625,000 | 25-year project duration |
| **Total Project 7** | | **$ 2,987,500** | |

| Project 8. Construct/Retrofit Stormwater Pumping Stations at Bouttown & John Whopping Creeks | | | |
|---|---|---|---|
| Management | $ 10,000 | $ 250,000 | 25-year project duration |
| Project review | $ 125,000 | $ 125,000 | Inspection and review by Carneys Point and Chemours |
| Design | $ 2,625,000 | $ 2,625,000 | 15% of construction costs |
| Construction | $ 17,500,000 | $ 17,500,000 | 2 pumping stations ($6M each); 10,000 feet of water line at $550 per foot |
| Construction management | $ 1,750,000 | $ 1,750,000 | 10% of construction costs |
| Operations and maintenance | $ 40,000 | $ 1,000,000 | 25-year project duration |
| **Total Project 8** | | **$ 23,250,000** | |

| Project 9. Install Water Mains from Alternative Water System to POET System-Affected Residences | | | |
|---|---|---|---|
| Management | $ 10,000 | $ 250,000 | 25-year project duration |
| Project review | $ 75,000 | $ 75,000 | Inspection and review by Carneys Point |
| Design | $ 5,775,000 | $ 5,775,000 | 15% of construction costs |
| Construction | $ 38,500,000 | $ 38,500,000 | 70,000 feet of water line at $550/foot |
| Construction management | $ 3,850,000 | $ 3,850,000 | 10% of construction costs |
| Operations and maintenance | $ 0 | $ 0 | O&M costs added to residential rates |
| **Total Project 9** | | **$ 48,450,000** | |

| Project 10. Water Tower for Residential Neighborhood Water Service from Alternative Drinking Water Source | | | |
|---|---|---|---|
| Management | $ 10,000 | $ 250,000 | 25-year project duration |
| Project review | $ 25,000 | $ 25,000 | Inspection and review by Carneys Point |
| Design | $ 600,000 | $ 600,000 | 15% of construction costs |
| Construction | $ 4,000,000 | $ 4,000,000 | |
| Construction management | $ 400,000 | $ 400,000 | 10% of construction costs |
| Operations and maintenance | $ 40,000 | $ 1,000,000 | 25-year project duration |
| **Total Project 10** | | **$ 6,275,000** | |
| **Project 11. Alternative Water Source Wells & Water Treatment Facilities** | | | |
| Management | $ 10,000 | $ 250,000 | 25-year project duration |
| Project review | $ 50,000 | $ 50,000 | Inspection and review by Carneys Point |
| Design | $ 1,800,000 | $ 1,800,000 | 15% of construction costs |
| Construction | $ 12,000,000 | $ 12,000,000 | |
| Construction management | $ 1,200,000 | $ 1,200,000 | 10% of construction costs |
| Operations and maintenance | $ 0 | $ 0 | O&M costs added to residential rates |
| **Total Project 11** | | **$ 15,300,000** | |
| **Project 12. Chambers Works Wastewater Treatment Plant** | | | |
| Management | $ 10,000 | $ 250,000 | 25-year project duration |
| Project review | $ 50,000 | $ 50,000 | Inspection and review by Carneys Point |
| Design | $ 3,750,000 | $ 5,550,000 | 15% of construction costs |
| Construction | $ 37,000,000 | $ 37,000,000 | Trunk sewer lines from Carneys Point WWTP to CWK WWTP, stormwater lines from Whooping John Creek and Bouttown Creek transfer pump stations to CWK WWTP, and to CWK WWTP from neighborhoods which currently only have septic services in southeast Carneys Point |
| Construction management | $ 2,500,000 | $ 3,700,000 | 10% of construction costs |
| Operations and maintenance | $ 0 | $ 0 | O&M costs added to residential rates |
| **Total Project 12** | | **$ 31,550,000** | |
| **Total Infrastructure Project Costs** | | **$185,356,250** | |

**Table 7-5. Other project costs**

| Activity | Total Cost (2026 $) | Assumptions |
|---|---|---|
| **Carneys Point Township Administrative Costs** | | |
| Planning Support for NRD projects | $ 50,000 | |
| Zoning support for NRD projects | $ 50,000 | |
| Permitting support for NRD projects | $ 50,000 | |
| Legal Support for NRD projects | $ 1,000,000 | Meyner & Landis |
| Engineering Support for NRD projects | $ 1,000,000 | Sickels & Associates |
| Project Management, Creek Baseline Study, Watershed Monitoring Design, NRD metrics QA/QC Plan & Monitoring Plan for NRD projects | $ 1,000,000 | TBLS Group |
| Wetlands Monitoring, Inspections & Maintenance | $ 200,000 | |
| GIS, Document Repository, Record Keeping, Chemical Testing Database Maintenance, Groundwater/Surface Water Modeling for NRD projects | $ 50,000 | TBLS Group, iGEO |
| WWTP Operation & Maintenance | 0 | O&M costs added to residential rates |
| Town Stormwater Utility | 0 | O&M costs added to residential rates |
| Replacement Drinking Water System Operation & Maintenance | 0 | O&M costs added to residential rates |
| Green Job Coordinator | $ 300,000 | |
| LSRP Support | $ 200,000 | |
| Plant Harvesting/Disposal | 0 | Included in Tables 7-1, 7-2, 7-3; Job training by Montclair St. |
| **Total Carneys Point Township** | **$ 3,900,000** | |
| **University Support (Princeton and Montclair State)** | | |
| Princeton University – Phytoremediation Treatability Studies & Pilot Testing | **$ 7,000,000** | Includes design parameter input to engineering firm, long-term watershed monitoring and PFAS fate & transport mass balance in watershed in surface water, soils, sediments, and biota, and adaptive management of PFAS remedial measures. Support for faculty, graduate students, equipment, supplies, and travel |
| Montclair State University – Environmental Justice Outreach, Carneys Point Environmental Center, Analytical Laboratory, Green Job Training | **$29,000,000** | Includes modeling and metrics of habitat and resource function, and support for faculty, graduate students, equipment, supplies, and travel |
| **Total University Support** | **$36,000,000** | |
| **Total Other Costs** | **$39,900,000** | |

**Table 7-6. Summary of project costs**

| Activity | Total Cost (2026 $) |
|---|---|
| **Habitat projects (see Tables 7-1, 7-2, 7-3)** | |
| Engineer design | $   22,840,000 |
| Construction | $ 228,400,000 |
| Construction Management | $   24,750,000 |
| Post-construction Monitoring | $   45,625,000 |
| Maintenance Construction | $   34,260,000 |
| Plant Harvesting and Disposal | $   15,855,000 |
| Maintenance Activity Oversight | $   13,500,000 |
| **Total for habitat projects** | **$ 385,230,000** |
| **Total for infrastructure projects (Table 7-4)** | **$ 185,356,250** |
| **Total for other costs (Table 7-5)** | **$   39,900,000** |
| **Total project cost (rounded to nearest $M)** | **$ 610,000,000** |

# 8      References

AECOM. 2017. Conceptual Site Model (CSM) for Poly- and Perfluoroalkyl Substances (PFAS) Chemours Chambers Works, Deepwater NJ. AECOM, Newark, DE

AECOM, EHS Support. 2019. Revised Salem Canal Screening-Level Ecological Risk Assessment. Chemours Chambers Works, Deepwater, New Jersey. Prepared for The Chemours Company. AECOM, Newark, DE; EHS Support, Collegeville, PA

Awad J, Brunetti G, Juhasz A, Williams M, Navarro D, Drigo B, Bougoure J, Vanderzalm J, Beecham S. 2022. Application of native plants in constructed floating wetlands as a passive remediation approach for PFAS-impacted surface water. Journal of Hazardous Materials 429: 128326.

Awad J, Navarro D, Kirby J, Walker C, Juhasz A. 2024. Long-term management of PFAS contaminated water using constructed floating wetlands: Opportunities, limitations, and implementation considerations. Critical Reviews in Environmental Science and Technology 54: 1709–1733.

Baden BM, Baron JA, Boehlert BB, Campbell BM, LaMotta J, Miller JA, Rana AJ, Richardson D, Ricker JA, Robinson DA, Seely DE, Severn CG, Uhl VW, Weiss J, Adrilenas (ed.) J. 2008. Analytical Basis for the Evaluation of Rainwater Harvesting as a Form of Natural Resource Restoration. Prepared for New Jersey Department of Environmental Protection.

Bedient PB, Huber WC, Vieux BE. 2019. Hydrology and Floodplain Analysis. 6th ed. Pearson, Boston, MA.

Beryani A, Flanagan K, You S, Forsberg F, Viklander M, Blecken G-T. 2025. Critical field evaluations of biochar-amended stormwater biofilters for PFAS and other organic micropollutant removals. Water Research 281: 123547.

Carrera P, de Bruyn E, Yarahmadi F, Jimenez A, Cordeel F, Verstraete F, Nopens I. 2025. Sustainable PFAS Mitigation Using Hemp and Soil Additives.

Charles EG, Nawyn JP, Voronin LM, Gordon AD. 2011. Simulated effects of allocated and projected 2025 withdrawals from the Potomac-Raritan-Magothy aquifer system, Gloucester and Northeastern Salem Counties, New Jersey. US Geological Survey, Reston, VA

Chow VT, Maidment DR, Mays LW. 1988. Applied Hydrology. McGraw-Hill, New York.

Dunford RW, Ginn TC, Desvousges WH. 2004. The use of habitat equivalency analysis in natural resource damage assessments. Ecological Economics 48: 49–70.

DuPont CRG. 2008. Status Report on PFOA Emissions Reductions and Data Summary for 2007. DuPont Chambers Works. Deepwater. New Jersey. DuPont Corporate Remediation Group, Wilmington, DE

GeoTrans. 2006. Groundwater Modeling Report, Chambers Works Complex, Deepwater, New Jersey. Prepared for DuPont Corporate Remediation Group. GeoTrans, Inc., Freehold, NJ

Harvey JW, Odum WE. 1990. The influence of tidal marshes on upland groundwater discharge to estuaries. Biogeochemistry 10: 217–236.

Huber WC, Dickinson RE. 2014. Storm Water Management Model (SWMM) — User's Manual Version 5.1. U.S. Environmental Protection Agency, Cincinnati, OH.

Impagliazzo F, Miller JA, Rana AJ, Richardson DA, Ricker JA, Uhl V, Doesburg JM, Wiggins S, Andrilenas J, Campbell B, Campbell TJ. 2008. Feasibility Study for Rain Harvesting Systems. Prepared for NJDEP on behalf of Bluefield Holdings, Inc.

Kali SE, Osterlund H, Viklander M, Blecken G-T. 2024. Stormwater discharges affect PFAS occurrence, concentrations, and spatial distribution in urban streams. Water Research 271: 122973.

Kavusi E, Ansar BSK, Ebrahimi S, Sharma R, Ghoreishi SS, Nobaharan K, Abdoli S, Dehghanian Z, Lajayer BA, Senapathi V, Price GW, Astatkie T. 2023. Critical review on phytoremediation of polyfluoroalkyl substances from  environmental matrices: Need for global concern. Environmental Research 217: 114844.

Kropp I. 2010. Rainwater Harvesting: A Resource Restoration Measure. Letter from Irene Kropp (Assistant Commissioner, NJDEP) to Jeff Andrilenas (Bluefield Holdings) dated August 9, 2010. New Jersey Department of Environmental Protection, Newark, NJ

LaFond JA, Hatzinger PB, Guelfo JL, Millerick K, Jackson WA. 2023. Bacterial transformation of per- and poly-fluoroalkyl substances: a review for the field of bioremediation. Environmental Science Advances 2: 1019–1041.

Latif A, Abbas A, Iqbal J, Azeem M, Asghar W, Ullah R, Bilal M, Arsalan M, Khan M, Latif R, Ehsan M, Abbas A, Bashir S, Bashir S, Saifullah Khan K, Sun K, Kang W, Bashir F, Chen Z. 2023. Remediation of Environmental Contaminants Through Phytotechnology. Water, Air, & Soil Pollution 234: 139.

Liang D, Li C, Chen H, Sørmo E, Cornelissen G, Gao Y, Reguyal F, Sarmah A, Ippolito J, Kammann C, Li F, Sailaukhanuly Y, Cai H, Hu Y, Wang M, Li X, Cui X, Robinson B, Khan E, Rinklebe J, Ye T, Wu F, Zhang X, Wang H. 2024. A critical review of biochar for the remediation of PFAS-contaminated soil and water. Science of The Total Environment 951: 174962.

Marzi D, Valente F, Luche S, Caissutti C, Sabia A, Capitani I, Capobianco G, Serranti S, Masi A, Panozzo A, Ricci A, Bolla PK, Vamerali T, Brunetti P, Visioli G. 2025. Phytoremediation of perfluoroalkyl and polyfluoroalkyl substances (PFAS): Insights on plant uptake, omics analysis, contaminant detection and biomass disposal. Science of The Total Environment 959: 178323.

Nason SL, Thomas S, Stanley C, Silliboy R, Blumenthal M, Zhang W, Liang Y, Jones JP, Zuverza-Mena N, White JC, Haynes CL, Vasiliou V, Timko MP, Berger BW. 2024. A comprehensive trial on PFAS remediation: hemp phytoextraction and PFAS degradation in harvested plants. Environmental Science: Advances 3: 304–313.

NJDEP. 2009. DuPont Chambers Works Telomer Manufacturing Air Disperson and Deposition of Perfluorooctanoic Acid Air Quality Modeling Summary, January 2009. New Jersey Department of Environmental Protection, Newark, NJ

NJDEP. 2023a. New Jersey Department of Environmental Protection's Response to Public Comments Regarding the Natural Resource Damages Settlement with BASF Corporation in the Matter of the CIBA Geigy Site, Toms River, NJ. https://dep.nj.gov/wp-content/uploads/cgrestoration/basf-response-to-comments-20230816.pdf. New Jersey Department of Environmental Protection, Newark, NJ

NJDEP. 2023b. Presentation on Natural Resource Damages (NRD). https://dep.nj.gov/wp-content/uploads/cgrestoration/basf-response-to-comments-20230816.pdf. New Jersey

Department of Environmental Protection, Newark, NJ

NOAA. 1995. Habitat equivalency analysis: an overview. Damage Assessment and Restoration Program, National Oceanic and Atmospheric Administration, Washington, DC

Overton OC, Olson LH, Majumder SD, Shwiyyat H, Foltz ME, Nairn RW. 2023. Wetland removal mechanisms for emerging contaminants. https://doi.org/10.3390/land12020472. Land 12: 472.

Paat R, Joeleht A, Sarap GS, Kohv M. 2024. Determining peat's vertical hydraulic diffusivity and hydraulic conductivity from naturally occurring hydraulic pressure fluctuations measured at various depths. Hydrological Processes 38: e15236.

Rutgers Climate Center. 2024. New Jersey Statewide and Regional Climate Data. Rutgers University, Rutgers Climate Center, New Brunswick, NJ

Sickels & Associates. 2025. Personal communication (conversations with Frank Breen, TBLS, regarding Carneys Point infrastructure). Sickels & Associates, Inc., Woodbury, NJ

Skinner JP, Raderstorf A, Rittmann BE, Delgado AG. 2025. Biotransforming the "Forever Chemicals": Trends and Insights from Microbiological Studies on PFAS. Environmental Science & Technology 59: 5417–5430.

Spitz FJ, DePaul VT. 2023. Simulation of Flow and Eutrophication in the Central Salem River Basin, New Jersey. Prepared in cooperation with the New Jersey Department of Environmental Protection. U.S. Geological Survey, New Jersey Water Science Center, Lawrenceville, NJ

TBLS. 2020. TBLS - Carneys Point Township RFS RACER Opinion July 9, 2020. Prepared for Albert Telsey, Meyner and Landis LLP. TBLS, Bloomington, NJ

URS. 2011. Perfluorooctanoic Acid Groundwater Investigation Report Addendum II, DuPont Chambers Works Complex, Deepwater, New Jersey. Prepared for URS Corporate Remediation Group. URS Corporation, Deepwater, NJ

URS. 2014. Comprehensive RCRA Facility Investigation Report DuPont Chambers Works Complex, Deepwater, New Jersey. Prepared for DuPont Corporate Remediation Group. URS Corporation, Deepwater, NJ

USACE. 1979. Phase 1 Inspection Report, National Dam Safety Program, Brown Dam NJ 00117. U.S. Army Corps of Engineers, Philadelphia, PA

USDA. 1986. Urban Hydrology for Small Watersheds, TR-55. US Department of Agriculture, Soil Conservation Service, Washington DC, Washington, D.C.

USDOJ. 2022. Interim Settlement and Crediting Agreement Between the Federal Natural Resource Trustees and BASF Corporation Concerning Early Restoration at the BASF Riverfront Project. Letter from Ellen Mahan (USDOJ) to J. Douglas Reid-Green (BASF Corporation) dated July 29, 2022. https://www.gc.noaa.gov/gc-cd/Final-approved-crediting-agreement.pdf. US Department of Justice, Environmeantal Enforcement Section, Washington, DC

Vaidya BP, Krisak SE, Krumins JA, Goodey NM. 2024. Barren to green in a single application: Revitalizing brownfield  soil with simulated root exudates. Environmental Technology & Innovation 36: 103735.

Viessman W, Lewis GL. 2003. Introduction to Hydrology. 5th ed. Prentice Hall, Upper Saddle River, NJ.

**Additional References Consulted but not Cited**

D'Ambro EL, Pye HOT, Bash JO, Bowyer J, Allen C, Efstathiou C, Gilliam RC, Reynolds L, Talgo K, Murphy BN. 2021. Characterizing the Air Emissions, Transport, and Deposition of Per- and Polyfluoroalkyl Substances from a Fluoropolymer Manufacturing Facility | Environmental Science & Technology. Environmental Science & Technology 55: 862–870.

Meixler MS, Piana MR, Henry A. 2023. Modeling present and future ecosystem services and environmental justice within an urban-coastal watershed. Landscape and Urban Planning 232: 104659.

Taylor-Burns R, Lowrie C, Tehranirad B, Lowe J, Erikson L, Barnard PL, Reguero BG, Beck MW. 2024. The value of marsh restoration for flood risk reduction in an urban estuary. Scientific Reports 14: 6856.

## Appendix A        Data Gathering and Data Management

### SEARCHABLE DROPBOX

TBLS's first task in developing this NRD restoration project opinion was to identify and locate in a file room consisting of nearly 15,000 documents all the data points, technical references, studies, and primary information generated by DuPont, Chemours, NJDEP, and other sources related to the ten PFAS impacted media as identified in the NJDEP Administrative Order (2023-08), since DuPont began manufacturing PFAS in the 1950's. The documents were stored in a Dropbox system accessible only to the TBLS team.

Most of the data and information needed by TBLS HEA, REA and Monetization experts was extremely granular, including finding logfiles often located in appendices, some of which were separated from primary source documents. It would have been excessively time-consuming and difficult to access files by simple search methodologies as the file room documents were inconsistent in nomenclature, and existed in multiple formats including jpgs, pdfs, Word, Excel and copies of emails.

Because of the granularity of the information needed, at the direction of its client, TBLS invested in the personnel and tools so that files could be searched in a more efficient way. TBLS's computer expert developed tools, primarily in Python coding language implementing scripts (Small Simple programs) for finding files in an automated way. The result was the ability to perform keyword searches within the file name. The software tools were successfully deployed and allowed the TBLS team to efficiently locate relevant documents within the Dropbox system that were related to injuries subject to NRD claims.

### ARCGIS ONLINE IMPLEMENTATION

#### 1 Introduction

TBLS required the establishment of a secure and fully functional Geographic Information System (GIS) environment using **ArcGIS Online (AGOL)** to strengthen geospatial data management, spatial analysis, and cartographic production capabilities.

Over the past several years, TBLS has developed a cloud-based GIS for **Carneys Point Township** that has evolved into a robust analytical and data management platform supporting diverse planning, environmental, and infrastructure initiatives. Through consistent application across more than 20 projects, the GIS has matured into a comprehensive spatial database and visualization system that integrates new datasets while maintaining historical records for long-term use and analysis.

This section summarizes the implementation, configuration, data integration, and project outcomes associated with the AGOL environment.

#### 2 ArcGIS Online Configuration

The AGOL organizational account was configured in accordance with TBLS's operational standards, branding, and security protocols. Core configurations included:

- ◆ Establishment of organizational settings (site name, logo, metadata defaults, basemap preferences).
- ◆ Activation and testing of essential extensions such as **Map Viewer**, **Spatial Analysis Tools**, and **GeoEnrichment**.

◆ Implementation of standardized folder structures and naming conventions for consistent content organization and long-term data governance.

These configurations ensure alignment with TBLS's internal workflows and industry best practices for spatial data management.

## 3 Security and User Management

Data security was prioritized during deployment. Key security measures included:

◆ Enforcing **HTTPS-only** access and disabling anonymous usage.

◆ Implementing **multifactor authentication (MFA)** for all users.

◆ Defining user roles and permissions:

  · **Administrators** – manage system configurations, data, and security policies.

  · **Publishers** – create, edit, and share content across project groups.

  · **Viewers** – have read-only access to published content.

These configurations ensure compliance with TBLS and Carneys Point Township's IT security standards while safeguarding sensitive environmental and infrastructure data.

## 4 GIS Development, Structure, and Integration

The AGOL environment was established to consolidate disparate spatial datasets into a unified, well-organized platform. The system currently contains **over 60 GIS layers** encompassing physical, environmental, and administrative datasets, including:

◆ Land use and zoning

◆ Hydrology and soils

◆ Infrastructure networks (water, sewer, stormwater)

◆ Environmental monitoring and remediation sites

Each dataset contains embedded **metadata** documenting source, collection date, processing methodology, and coordinate system. This metadata ensures data integrity, traceability, and quality assurance.

Integration with authoritative external services further enhances system reliability. These include:

◆ **New Jersey Department of Environmental Protection (NJDEP)** Open Data and Feature Services

◆ **FEMA** National Flood Hazard Layer (NFHL)

◆ **USGS** base layers and elevation data

◆ **EPA National Hydrography Dataset (NHD)**

Project-specific geodatabases and shapefiles were uploaded to support TBLS's analytical and reporting needs. Metadata was standardized to conform to **FGDC** and **Esri ArcGIS metadata templates**, ensuring long-term compatibility and interoperability.

## 5 Metadata and Data Management

Metadata management follows a consistent, standards-based approach. Each GIS layer includes:

◆ Data source and acquisition method

◆ Creation or update date

◆ Coordinate system and projection

◆ Data accuracy, precision, and limitations

◆ Contact information for responsible staff or consultants

◆ Source material references maintained in TBLS's **Dropbox repository**

This structured metadata supports reproducibility and facilitates rapid updates or analytical extensions as new data become available.

## 6 Collaboration and Content Sharing

AGOL **Groups** were created to manage collaboration across internal TBLS project teams. Data-sharing permissions were carefully applied to ensure sensitive datasets remain restricted to authorized personnel. Standardized symbology, map templates, and labeling conventions promote visual consistency across projects and publications. This controlled sharing framework improves coordination between project teams, external partners, and regulatory stakeholders while maintaining data integrity and version control.

## 7 Map Production and Reporting

Professional-grade maps were developed using **ArcGIS Pro** and the **AGOL Map Viewer**. Each map includes appropriate cartographic elements (legend, scale bar, north arrow, and data sources). Final products were exported in **PDF** and **PNG** formats for inclusion in technical reports, presentations, and planning documents. These outputs ensure clear, consistent visualization of complex spatial data and support decision-making across multiple environmental disciplines.

## 8 Expanded GIS Project Applications

### Residential Well Mapping and Contaminant Monitoring

Over 500 residential wells were digitized and geo-referenced, with attribute data including well depth, sampling date, and laboratory results for **PFAS** and other groundwater contaminants. Spatial interpolation and plume mapping were used to analyze contaminant distribution trends over time. The resulting framework supports ongoing groundwater monitoring, regulatory reporting, and risk communication.

### Aerial Emissions Modeling and Watershed-Wide PFAS Assessment

GIS was central to modeling PFAS aerial emissions, dispersion, and watershed deposition. Integration of ten environmental media layers (soil, water, groundwater, sediment, biota, etc.) enabled visualization of PFAS transport and accumulation patterns. Results provided evidence of cross-media contamination, guiding regulatory strategy and watershed restoration planning.

### Hydrological Modeling and Flood Management

Hydrologic and flood modeling used FEMA floodplain data integrated with restoration project shapefiles and high-resolution land use data.

This workflow enabled:

◆ Validation of FEMA datasets

◆ Watershed-scale modeling of elevation and surface flow

◆ Identification of priority restoration areas for flood mitigation

The GIS framework supported restoration design, hydraulic model refinement, and environmental compliance documentation.

### Land Parcel Delineation and Appraisal Analysis

County assessor parcel data were integrated into the GIS to support Natural Resource Damage (NRD) restoration valuation studies. Combining spatial analysis with professional appraisal expertise provided an integrated dataset for evaluating ecosystem service valuation, restoration return on investment (ROI), and conservation funding prioritization.

This appraisal data project represents a key advancement in linking geospatial analysis with economic valuation. Parcel, lot, and tax appraisal data were systematically analyzed to discern the estimated per-acre costs of wetlands and other preserved lands, as well as the comparative valuation of nearby **Green Acres Program** parcels and commercially zoned properties. This approach enabled the Township to approximate the **monetized value of equivalent but alternative site habitats and resource areas**, providing a defensible basis for estimating restoration equivalency and environmental compensation. The integration of spatial, regulatory, and economic datasets allows for transparent and data-driven decision-making regarding land acquisition, conservation investments, and mitigation strategies.

### Solid Waste Management Unit (SWMU) and Brownfield Enterprise Zone

GIS analysis supported the mapping and delineation of **SWMUs** within the Town's **Brownfield Enterprise Zone** initiative. Digitized site boundaries, historical land use layers, and monitoring points were used to locate potential redevelopment parcels and contamination hotspots. These analyses contributed to successful brownfield designation and access to redevelopment incentives.

### Hydrologic Unit Code (HUC) Mapping and Watershed Delineation

A hierarchical HUC mapping system was developed to classify all project locations within their respective watershed boundaries. Overlaying HUCs with creek and floodplain data enabled precise alignment of water quality monitoring, restoration efforts, and contaminant flow modeling.

### Creek and Surface Water Delineation

Using high-resolution aerial imagery, Digital Elevation Models (DEM), **LiDAR**, and field-verified survey points, stream centerlines and catchment areas were digitized for hydrologic modeling. These layers support flood risk assessments, pollutant transport studies, and restoration planning.

## 9 Integrated Environmental Impact GIS

### Aerial Deposition of PFAS Mapping Initiative

This comprehensive GIS initiative visualizes the spatial extent of **environmental degradation** and **PFAS contamination** across the township and surrounding watershed.

The project integrates datasets spanning air, water, soil, and biological systems to illustrate cumulative contamination and ecosystem impacts.

### Multi-Layer Data Integration

Core layers include:

- Contaminated residential and monitoring wells
- Air emissions and atmospheric deposition models
- Soil contamination zones and cleanup areas
- Groundwater, drinking water, and public supply systems
- Wetlands, tidelands, and affected wildlife habitats
- Biota sampling locations (fish, bird, aquatic species)

**Environmental Connectivity and PFAS Transport**

Overlay analysis demonstrated:

- Atmospheric deposition linking industrial emissions to soil and water contamination.
- Groundwater-surface water interaction driving cross-media contaminant transport.
- Flooding redistributing contaminated sediments.
- Habitat bioaccumulation highlighting ecological exposure pathways.

The aerial deposition map serves both as a **technical analysis tool** and a **public engagement resource**, supporting grant applications, remediation prioritization, and long-term environmental strategy development.

## 10 Primary Data Sources

- NJDEP Open Data Portal – https://njogis-newjersey.opendata.arcgis.com/
- NJDEP Feature Services – https://mapsdep.nj.gov/arcgis/rest/services
- NJ Geographic Information Network (NJGIN) Imagery – https://njgin.nj.gov/njgin/edata/imagery/
- NJGIN Elevation Services – https://maps.nj.gov/arcgis/rest/services/Elevation
- NJ OIT Office of GIS Parcel Data – https://njgin.nj.gov/njgin/edata/parcels/index.html#!/
- FEMA National Flood Hazard Layer – https://hazards.fema.gov/gis/nfhl/rest/services/public/NFHL/MapServer
- USGS National Map – https://apps.nationalmap.gov/services/
- EPA National Hydrography Dataset (NHD) – https://www.epa.gov/waterdata/get-nhdplus-national-hydrography-dataset-plus-data
- CPNRD Project-Specific Layers (Treatment, Floating Wetlands, SWMUs, PFOA Concentrations, Well Data, AOCs, Drainage Project Areas)

## Appendix B        2024 Playbook and Report



25 South Road
Bloomingdale, NJ 07403
Phone: 973.291.4876 Cell: 425.802.1654
E-Mail: Jeffa@theTBLSgroup.com

Web: www.theTBLSgroup.com
**Draft Privileged and Confidential**

Albert Telsey Esq                                                                            August 12, 2024
Meyner & Landis LLP
One Gateway Center, 11-43 Raymond Plaza W Suite 2500
Newark, NJ 07102

**Subject:** Town of Carneys Point's Natural Resource Restoration Alternatives Plan for NJDEP v. DuPont, Chemours, 3M

TBLS was retained by the Town of Carneys Point in the Fall of 2022 to participate in a series of monthly municipal working group meetings that began in January of 2023 as an approach to identify potential alternative settlement approaches to various litigation cases that were being discussed between the Town and Chemours and DuPont. Initially, TBLS was retained to help educate the Town on how NRD works, as well as to support the visioning process they had for future redevelopment, and to help them understand that if a NRD settlement could be reached, how could the Town plan for future NRD restoration project alternatives, given that they were the municipality with "nexus to injury." This concept of nexus to injury was not far-fetched given that Carneys Point and its residents were specifically named in the original case complaint, the only Town to be so named, for an on, and offsite PFAS contaminant air emissions plume. The Town appointed a working task force that initially met monthly. This memo is an executive summary of the various aspects of this innovative approach.

Carneys Point Township is the nexus to injury community. That fact was not surprising given what the Town had been through over the past 19 years including an earlier settlement related to NRD circa 2005 for groundwater contamination for most of the other chemicals that have impacted groundwater at the Chambers Works site itself, i.e., the so-called CRACO settlement.

As part of the early planning activities, TBLS inquired of the study group and learned that little public participation between NJDEP, the Responsible Party, and the Public had been done for that earlier settlement.

Given that New Jersey had a State Constitutional Amendment for NRD that was promulgated by Public Referendum in 2017 that was essentially a rebuke of the way in which the State Trustee and Responsible Parties settling NRD cases had acted, meant that more transparency and public participation in NRD was the future, not the past.

Thus, it was their vision that the Town help create meaningful restoration projects that solve real problems. This meant not just creating pretty parks for an already low-lying relatively rural Town but also green jobs and projects that offer true economic impact. Being relatively low-lying with much of the surface water exiting, the former chemical manufacturing plant, has opportunity with its NRD

Recovery to address some of the flooding issues that the Chambers Works site has caused on the Town as well as meeting various redevelopment needs concurrently with preserving and enhancing the various creek and river systems.

For instance, instead of expanding the current wastewater treatment plant for future Town needs, when it does not treat PFAS, the onsite wastewater treatment plant has the capacity and the capability, such that one could eliminate two facilities. Carneys Point is an NJDEP designated Environmental Justice (EJ) Community. Given that the NJDEP is giving considerable State focus on EJ communities from Camden south and west along the Delaware River, including other large air emissions PFAS sites, such a combined visioning focus fits in with the NJDEP's Trustee mission.

Another issue the Township NRD restoration plan seeks to address is expansion of water resources as an alternative of lots of money being spent on individual residential treatment systems that were emplaced as an Immediate Environmental Concern ten years ago. Understanding the importance as a Ground Zero impacted community, to have NRD restoration Nexus to Injury, TBLS was retained to help the Town understand how they might be a potential beneficiary of such a NRD Recovery process including for an integrated restoration approach.

TBLS was chosen because of their long-term familiarity with the Chambers Works site, having been the lead environmental valuation expert for the Town's ISRA case since 2016 as well as their expertise in Natural Resource Damages injury and restoration. TBLS staff have participated in NRD cases in New Jersey since 2005 and have been consultants on a variety of injury and restoration cases, for plaintiffs & defendants alike, both here and around the US. For instance, Jeff Andrilenas, Project Leader, has been the co-chair of the NRD section of the Commerce & Industry Association of New Jersey's Environmental Business Council for over a decade along with McCarter English. He is a court-recognized expert in NRD injury and restoration who has taught NRD valuation courses at NJ Bar Association NJCLE conferences and as a guest lecturer at graduate environmental level including here in NJ. In addition, he was NRD Task Force member convened by the Senate Environmental Committee, Senator Robert Smith that evaluated the NJ State Constitutional Amendment passed in 2017. In addition, his NRD valuation approaches are widely used by Trustees and Responsible parties alike including here in New Jersey. In the landscape ecology restoration field, he is a pioneer in integrated project approaches including a project that was negotiated and received authorization from NJDEP in 2009 for a project that involved over one hundred separate locations in eight watersheds. He was also the first in the US to credential an agreement for a project involving over 50 projects along 5.5 miles of a river in Washington State with NOAA, US Fish & Wildlife, the US Department of Justice, 3 State Trustees, and 2 Tribal Trustees. The project settlement agreements were finalized and agreed to in 2009 and have settled out over 20 Responsible Parties for 3 Sediment Superfund sites, including recent settlements in 2024.

Our approach on behalf of Carneys Point, has been very much akin to a landscape ecology approach by creating a restoration book of alternative projects which are integrated to each other and to the overall PFAS NRD injury. As part of this approach, we began by creating an estimate of probable NRD injury based on the current level of natural resources damage assessment data and using the

accepted NRD injury calculation formulas and data, that are used by every Trustee in the US, including the NJDEP.

We did include some neglected additional chemicals that were not addressed in the previous "CRACO NRD settlement for the site which was accomplished in 2005 using a habitat equivalency method, or HEA approach. This also should be done for the PFAS contaminants, but insufficient data has been collected to date to justify that approach. Hence all of the injury that has been calculated at the site and offsite in Carneys Point Township has been under a Resource Equivalency Analysis or REA approach for groundwater and drinking water natural resource losses.

The main focus of the project, has not been to concentrate on the NRD injury, since that is easily in the multiple $billions of dollars based on the millions of equivalent acres of injury calculations caused alone by just atmospheric recharge across the PFAS study of the entire Town.

Instead, our approach has been to identify worthwhile potential restoration projects, in a single restoration book. The projects are all interconnected and have relevance either through **nexus to injury** or from probable value for removing PFAS from the watershed and solving climate change and flooding issues on the Environmental Justice Community caused by the chemical contamination to natural resources that are administered by the NJ State NRD Trustee.

The chemicals of concern have been defined in this case as a specific group of chemical contaminants known as PFAS. Some of the restoration projects are infrastructure related and address ills such as hydrological changes at the Chambers Works site, as well as flooding and climate change issues. Others are replacement resource projects for areas that have been affected by long-term PFAS impact. Other projects target offsite aquifer cleanup of drinking water utilization as well as replacement resources for affected drinking water resources. Finally, one project is a fish passage and obstruction related removal or re-engineering project that provides habitat benefits. The approach integrated restoration approach is designed to identify other projects that would provide enhancements to fringe wetlands or surface water within the Township.

The focus of our study is to present to the Trustee a public selection process of suitable restoration projects along with probable costs to help guide their deliberations. To that purpose, we carried out a 1.5-year public process involving Township personnel and their assessment of various problem issues that have nexus to probable injury for affected natural resources. These projects are located both on the Chambers Works site itself, and offsite in the Town of Carneys Point. All of the projects target long-term mitigation of various ills that have been incurred by the community due to PFAS contamination that was spread from chemical plant air emissions affecting every part of the community that utilizes the affected natural resources.

The draft report of projects and probable cost ranges has been appropriately sized to reflect probable injury and likely recovery range. The work done follows the general procedures commonly used in natural resource damage (NRD) recoveries.

The experts that have been assembled to carry out the current and future projects are some of the best possible choices in New Jersey. The primary restoration engineering design company is also a prime NJDEP consultant, and one of the largest engineering companies in the world. Professors from two well-known universities in NJ, Princeton & Montclair State have also submitted concepts and

proposals including passive watershed sequestration by various methods for the purpose of treatment and sequestering of free PFAS molecules. Two long-term environmental and engineering companies with intimate knowledge of the issues faced by the affected Township that have relevance to the NRD case have helped structure the various projects. Public input has been gathered throughout the process, beyond just a comment period for a collected group of projects which is how the State Trustee ordinarily does public participation in New Jersey.

The participating universities will provide peer review and ancillary economic impact and green job training for this disadvantaged environmental justice community that has long been burdened by not well understood emerging contaminants. TBLS group has assembled and provided background information for the various potential implementation groups as well as basic conceptual site models, estimate injury and restoration value (both qualitative and where sufficient data was possible, quantitative).

This approach follows Best Management practice as specified under current NJ Trustee NRD guidance i.e., public input to restoration project choices with nexus to injury for the specific contaminants that have specifically injured natural resources, and restoration projects that have real value for the NRD problem looking to be solved. This draft memo is an executive summary of the effort that has been done for and has been carried out within the confines of an agreed upon work effort scope and proposal.

<u>**Introduction**</u>

Natural Resource Damages (NRD) claims are governed by various statutes, regulations legislative acts that make up the Public Trust underpinnings for the New Jersey Department of Environmental Protection (NJDEP) and its Commissioner, i.e. the State NRD Trustee, and are specifically cited as part of this NRD case, where the various definitions of natural resources are included. One concept often overlooked is that most of these certain statutes governing NRD include the term, "***the cost of***" natural resource damages. There are two parts to determining cost. The first part of NRD is determining, by accepted scientific measurement and economic methods, the impact of chemical pollution to natural resources and the losses derived. The second part is to convert those scientific measurements and formula determinations of injury **into costs,** for the injury to the natural resource, as well as *the equivalent **costs*** of <u>restoration projects</u> that restore, replace, or enhance natural resources to compensate for the losses.

Specific to this NRD case which has been filed by the State Trustee against DuPont, Chemours Company, and 3M, excluding aqueous firefighting foam (AFFF), the State Trustee specifically identifies that **the Town of Carneys Point and its residents** have been affected some distal miles from the Chambers Works site by air emissions sourced PFAS. Thus, the Town is specifically named in the original complaint and specifically identified as having been injured by operations of the Chambers Works site from PFAS. Furthermore, the court has recognized that abatement of injury claims is legitimate, which can be the same as restoration in NRD terms.

The complaint has identified that the following ***natural resources*** in **Carneys Point** have been **injured** by the presence of **PFAS compounds** from the **air emissions** emanating from the **Chambers Works** site including:

- drinking water,
- groundwater,
- surface waters,
- sediments,
- soils,
- air,
- wetlands and other habitats
- biota including fish, plants, and other species.

Each of these natural resources are part of the State's definition of natural resources deriving from various environmental acts both Federal and State which are commonly cited in an NRD case. These various acts are germane to natural resource damages claims and include the authorities by which Trustees are allowed to bring suits on behalf of the Public Trust Doctrine as cited by NJDEP.

## Updating Environmental Records Information Process

As part of our project scope agreed with the Town of Carneys Point, and in accordance with the current NRD process specified by the State of New Jersey, TBLS first created a PFAS-related Conceptual Site Model in our 2020 opinion and updated that to create a NRD Conceptual Site Model in February-April 2024. This was done in part to comply with current procedural steps specified and taught by the NJDEP in the past two years in a series of classes and public forums for Natural Resource Damages claims under their voluntary or pre-litigation settlement program. This update was to be accomplished by reviewing pertinent site documents and newly obtained updates of documents produced at the Chambers Works site.

We already had an extensive repository of documents and was last updated early in 2021. We first queried our client for reports that the Town of Carneys Point had received in the preceding years since 2021. Next, an Open Public Records Act was filed by Meyner and Landis on behalf of the Town of Carneys Point in February

2024 to acquire more recent reports that would be included in NJDEP's files since this case was filed. That record search was targeted to the NJDEP since this is a State Trustee lead case. As we discovered, the OPRA step was a necessary beginning step since the Town of Carneys Point receives very limited reports of ongoing environmental activities at the Chambers Works site, despite it being the largest municipality with political and geographic jurisdiction on the facility. We note that from most of the reports we have subsequently received, few show that the Town has been copied in the distribution lists, even though multiple departments of other Towns have been copied in the distribution list.

Few documents were provided under the OPRA process, i.e., less than 70 documents total. Most of the documents that were received in this process were incomplete or redacted such that little usable data could be derived. In late July 2024 TBLS received over 1,700 environmental documents from the time period of 20182024, from the Town's LSRP. No document that we have subsequently received have any references to NRD.

## PFAS NRD Conceptual Site Model

An NRD Conceptual Site Model (CSM) is a useful tool for evaluating Natural Resource Damages,

especially given the various requirements of NRD including its historical and future temporal nature. It is a requirement currently under the new NRD Administrative Order issued in 2023 for pre-litigation sites and is a requirement for sites entering the NRD system after this. The approach of using an interactive CSM, follows the Best Management methods that are being taught by the NJDEP currently, as well as methodology that is followed throughout the US and as specified by the Office of Natural Resource in New Jersey today.

TBLS, by agreement with its client, created a NRD specific Conceptual Site Model. That CSM approach, mimics what DuPont/Chemours has done and involves creation of a searchable database of past reports produced by the Responsible Parties, and assembling that data in a temporal and spatial organization using a Geographical Information System (ARC-GIS.) This update includes previous fate and transport modeling that have been an extension of work that DuPont/Chemours consults have also done.

An NRD CSM often is substantially different from a remediation CSM that would be the auspices of a USEPA and NJDEP SRP directed effort. This is because NRD endpoints may be very different from investigation and remediation endpoints. The historical and future aspect of primary restoration from environmental contaminant releases that have degraded a variety of natural resources is not a major focus of remediation efforts which center on protecting human health. That, and the primary and compensatory temporal aspect of NRD, which may involve historical modeling that estimate conditions prior to the actual onset of environmental sampling requirements in the US circa the mid 1970's to early 1980's, and prospective modeling that predicts what is to occur sometimes more than 100 years in the future. NRD CSMs are done by most Trustees as part of NRD assessments in most locations in the US. TBLS has reviewed the various CSMs that have been done for remediation work at Chambers Works and caveated their adoption by matters germane to NRD.

TBLS has identified, based on our review of current documents in our possession at least six, known PFAS sources of releases, and myriads of source areas at Chambers Works and offsite in the Town of Carneys Point that have transported through various environmental media to impact State natural resources. In addition, we identified nine separate sources– pathway – natural resource receptors, all of which were qualified as having been completed. However, several of them have insufficient natural resource damage assessments completed to date, making it difficult to quantify the actual damages. Given the size though of the air emissions impacts on and offsite, this is probably not a critical deficiency.



The NJDEP NRD Complaint predominantly identifies PFAS air emissions as the main source of impact.

The TBLS identified PFAS sources include:

- the onsite landfills given that landfill monitoring wells have PFAS presence,
- a variety of solid and hazardous waste management units (SWMUs) with documented PFAS presence,
- potential past fire incidents at the Chambers Works site,
- the Wastewater Treatment Plant (surface water discharges and air emission source),
- documented and undocumented past, and unregulated process waste discharges to historic ditches, and other spills, releases to stormwater-groundwater-surface water onsite & offsite first documented in 2006, and
- industrial process air emissions PFAS impact first documented in 2003 both on the Chambers Works site and offsite in the surrounding Carneys Point Township.

Given that a number of these sources overlap each other temporally and spatially, and that little investigatory distinction has yet been required or been done to date to separate the various sources affecting various NRD applicable medias, we did not attempt to separate source areas from the various sources onsite. Based on our updated NRD-focused CSM, TBLS has concluded that the most

Chambers Works Site NRD Restoration Project and Cost Report – November 2025                    113

likely migration pathway for PFAS both onsite and offsite is as follows:

1. PFAS air emissions of PFAS-containing particulates to onsite Chambers Works soils with vertical migration to groundwater (at least 3 aquifers but up to 5 suspected).
2. PFAS air emissions (where air is a Trustee natural resource) to offsite soils (where soil is a Trustee natural resource) with vertical migration in atmospheric recharge to groundwater (where groundwater is a Trustee natural resource) and in certain areas to drinking water resources (which are likewise a Trustee natural resource.)
3. PFAS air emission to onsite surface water, stormwater systems, soils, and/or wetlands and other habitats, to sediments, to associated biota including for bioaccumulation for resident and migratory species based on predation.
4. PFAS air emissions to offsite surface water (creeks, rivers), stormwater systems that empty in creeks/rivers, soils, and/or wetlands and other habitats, to runoff to other surface water locations, sediments, and associated biota including for bioaccumulation for resident plants and fish/shellfish to migratory fish/bird species via predation.
5. PFAS air emissions to offsite soil, to groundwater, to drinking water resources.
6. PFAS process waste onsite to unlined historic ditches and other historic waste conveyances vertically migrating to soil to groundwater onsite.
7. PFAS process waste to stormwater conveyances and/or historic ditches and other historic waste conveyances to surface water to associated biota including for bioaccumulation for resident plants and fish/shellfish to migratory fish/bird species via predation.
8. Landfills leakage to soils to groundwater
9. Wastewater treatment plant discharge to surface water to sediments to biota

Natural resource assessments for a variety of NRD injury capable media which are also pathways for PFAS compounds as well as receptors, also to collect data for which injury formulas can be run to create scientific amount of injury. There are not enough standard formulas and methods as of yet developed for all the various applicable natural resources. Some methods are readily available and usable. Others, such as air, or soil, for instance, have not yet been well developed. Likewise economic studies could also be developed and/or used such as resource preference studies or loss of use studies. For the purpose of estimating injury for this study, we settled on a few practical sources, pathway, and resource injury orientations.

Since the identified natural resources in the complaint are also environmental media pathways, we have identified that most if not all, natural resources have qualitatively been impacted or the pathway is determined to be complete from source to receptor. Given the sparsity of samples and data, most of the natural resources believed to have been impacted, cannot be adequately and accurately quantified and determined for injury calculations. Thus, we only have determined NRD injury for groundwater, drinking water, and for other contaminants in surface water, sediments, and wetlands which apparently were not included in the 2005 CRACO settlement.

The only onsite source that we eliminated from evaluation was the permitted source of the NJPDES-permitted discharges from the Chambers Works onsite wastewater treatment plant, since that source discharges to the Delaware River, which is in Delaware.

Although, DuPont and Chemours have continually maintained that offsite PFAS contaminants in groundwater aquifers are hydrogeologically migrating towards the Chambers Works site, it is not definitive that this is the case. We updated our 2020 CSM for an apparent offsite groundwater divide,

and tilting bedrock units that tilt away from the Chambers Works in a westerly direction according to USGS models, such that it is not apparent that treatment of groundwater at the Chambers Works site will have any positive effect on groundwater contamination in much of Carneys Point. To compensate for this issue, two restoration projects were added that address alternative groundwater cleanup and alternative water resource supplies.

Based on the site history contained in relevant reports, some of the <u>term</u> of natural resource impact, which is a temporal factor germane to NRD matters, might be predicted for each year of impact due to chemical contamination in the past and in the future, up to a 344-year term on natural resources impact could be envisioned where NRD compensatory injury based on previous calculations of duration. While this is possible based on past work we completed, instead, we chose a more reasonable PFAS chemical impact temporal scenario beginning sometime in the early 1950's through 2020, or ~70 years of past impact to natural resources, and 90 years of future PFAS removal in the future, or approximately 160 years for groundwater injury seems an appropriate term.

**Estimated NRD Injury**

Carneys Point HEA for Soil and Sediment for Contaminants not included in CRACO and not including PFAS.

TBLS conducted a Habitat Equivalency Analysis (HEA) using soil and sediment data collected from the Salem Canal and the Carneys Point AOC. Sediment data from the Salem Canal were collected in response to a seep first observed during drought conditions in 2002. The primary chemical of concern (COC) evaluated for the Salem Canal HEA was chlorobenzene. Sediment samples were collected during multiple events from 2004 to 2020 to evaluate the degree to which natural recovery was occurring.

Soil and sediment data were also collected throughout the Carneys Point AOC, staring in 1990. Collection efforts focused on specific SWMUs and on habitat areas that Dupont later evaluated as part of an ecological risk assessment. The soil and sediment samples from the Carneys Point AOC were analyzed for many types of chemicals, but the focus of the HEA for the Carneys Point AOC was on metals, primarily lead and copper. HEAs were conducted only for those areas with sufficiently high data density, including SWMUs 45 and 52, and Boutton and Henby Creeks and ponds associated with these creeks. These areas, totaling approximately 120 acres, are only a small fraction of the entire Carneys Point AOC, which is over 700 acres. Soil and sediment concentrations have not been well characterized in the areas not included in the HEA. In addition, none of the samples used for the Carneys Point AOC HEA were analyzed for PFAS. Thus, the ecological injury that TBLS calculated for the Carneys Point AOC HEA is likely underestimated.

The results for the various HEAs, expressed as discounted Service-Acre-Years (dSAYs), are summarized in the table below.

| Location | Medium | COC | Area (ac) | dSAYs |
|---|---|---|---|---|
| Salem Canal | Sediment | Chlorobenzene | 1.87 | 7.77 |
| SWMU 52 | Sediment, Soil | Lead | 1.89 | 160.32 |
| SWMU 45 | Soil | Arsenic, lead | 7.32 | 1750.41 |
| Ponds | Sediment | Metals | 4.69 | 21.91 |
| Henby Creek | Sediment | Metals | 29.83 | 104.14 |
| Boutton Creek | Sediment | Metals | 76.50 | 329.52 |
| Total | | | 122.10 | 2374.07 |

The total number of dSAYs (2374.07) were converted into acres using an assumed equivalency of 10 dSAYs per acre. The actual equivalency that can be achieved by restoration is dependent on the characteristics of the specific projects to be constructed, but this figure is representative of projects involving wetland restoration. Using that conversion ratio, the equivalent number of acres that would need to be restored to offset the estimated ecology injury for Salem Canal and the Carneys Point AOC of the Chambers Works site is 237 acres.

## Carneys Point REA Calculations

Background

TBLS performed this initial Resource Equivalency Analysis (REA) of the Natural Resource Damage (NRD) attributable to past activities conducted at the DuPont Chemours Chamber Works Site in Deep Water, New Jersey. The purpose of this REA is to provide a preliminary analysis of the potential injury to groundwater resulting from the air deposition of PFOA related chemical constituents discharged from the Site. These constituents were discharged to the atmosphere and transported to the ground surface via precipitation then subsequently transported through the unsaturated soils to groundwater. The total area over which these chemical constituents were discharged was assumed to be the area of Carneys Point Township, which is approximately 11,335 acres immediately east of the DuPont Chambers Works facility.

The geologic beneath the Site is composed of sands, gravels, and clays of the Coastal Plain Aquifer System composed of multiple sand aquifers separated by confining units consisting of silty and clayey sands. The Coastal Plain Aquifer System units dip to the south-east towards the coast which is the dominate direction of regional groundwater flow. Localized groundwater flow to the west occurs at the Chambers Works Site as a result of groundwater extraction as part of the site groundwater remediation system as well as discharge of shallow groundwater to the Delaware River.

The geologic units of the Coastal Plain Aquifer System consist of the Middle and Upper Potomac-RaritanMagothy aquifer system (Potomac) overlain by the Merchantville-Woodbury confining unit (Merchantville) and the Englishtown aquifer system (Englishtown). These units' outcrop within the study area and are recharged directly by precipitation. The Lower Potomac-Raritan-Magothy aquifer system does not outcrop in New Jersey.

For the purposes of this initial preliminary analysis, the total injury to the aquifer system was assumed to result primarily from PFOA impacted rainfall. Other sources of groundwater to the aquifers underlying the Site such as recharge from the Delaware river resulting from induced pumpage from the groundwater system, infiltration for surface water bodies, or vertical flow between aquifer units

could also contribute to injury, however, quantification of these fluxes is beyond the scope of this initial analysis.

Semi-annual sampling conducted by Chemours included sampling of multiple nested monitoring wells screened in the shallow, middle and deep aquifer systems (Chemours, April 2023) with some wells drilled to depths from 120 to 200 feet deep. A number of these monitoring wells, located within Carneys Point, have shown PFOA concentrations above the NJDEP criteria including monitoring wells screened in the shallow, medium, and deep aquifer systems with some PFOA concentrations exceeding 18 to 50 times the NJDEP criteria.

## Injury Calculation

The primary source of recharge to the Coastal Plain Aquifer system in the area of Carneys Point is due to precipitation. Groundwater modeling conducted in Salem County calculated recharge to be on the order of 1.25 ft/yr. Based on an area of Carneys Point of 11,335 acres, the total annual recharge to the aquifer is approximately 14,170 acre-ft/yr.

Air discharge of PFOA from the Chambers Works site, and subsequent precipitation of PFOA impacted rainwater across Carneys Point, was assumed to begin in 1950 and continue until 2020 or 70 years allowing sufficient time for PFOA and PFOA related chemical to infiltrate into the subsurface aquifer systems. Monitoring conducted by Chemours (Chemours, April 2023) indicates that the highest levels of PFOA are in the shallow system in the central and western portions of Carneys Point. PFOA concentrations were also detected at depths of 100 to

120 feet in the deeper aquifer system above the E aquifer, however, these levels were slightly above the NJDEP standards. Initial groundwater flow modeling of the shallow aquifer system conducted by TBLS estimated that the shallow groundwater would require 90 years to flush sufficient pore volumes of groundwater to reduce PFOA concentrations to below the NJDEP groundwater standard for just the residential portions of Carney Point Township. As the PFOA concentrations were much lower in the deeper groundwater, it is reasonable to conclude based on the available information, that 90 years represents a sufficient period of time to restore groundwater in the deeper aquifer system.

Therefore, based on the available information, and an estimated recharge of 14,170 acre-ft/yr. over 160 years, the total injury is approximately 2.3 million acre-ft. Conversion of this volume, based on a recharge rate of 1.25 ft/yr. is 1.8 million acres. Assuming that the average acre that could be preserved was in the $90,000 range, this represents a very large recovery matter.

## NRD Restoration Approach to Determining Appropriate Costs to Abate or Cure

In New Jersey and elsewhere throughout the US, NRD monetization of injury can also be done by determining the **restoration equivalency** of the lost resource, in terms of the costs of new restoration projects, enhanced existing resources, or the cost of replacement resources as needed. This approach is being used in multiple settlements currently ongoing in New Jersey. Thus, it is a legitimate exercise to determine what might be a suitable restoration palette of projects for the identified and injured natural resources and to also determine the best restoration project alternatives. This involves a process for determining what kind of restoration projects heal a specific site injury caused by chemical contamination.

Both injury calculations due to chemical contamination effects on natural resources and restoration valuations of ecological or resource services provided by a restoration project are commonly done by equivalency methods, including habitat equivalency analysis (HEA) method or resource equivalency analysis (REA) method. However new ways of thinking could expand the restorative nature of an appropriately targeted restoration project to the specific ills caused by emerging contaminants.

In New Jersey, since the onset of NRD brought cases by the NJDEP, a restoration-based cost equivalency method, has often been involved for determining a replacement "Green Acre" type ecological or resource projects that could be valued like an equivalent Green Acre, but cost wise would be much more practical in terms of the ecological or restoration services it might supply. Such an infrastructure approach has always been acceptable to the NJDEP.

Another way that is consistent with NRD practice both here in New Jersey and elsewhere in the US is for determining the cost of NRD is to cost a project or projects that targets a cure and restores, enhances, or replaces in compensation for the lost Natural Resources. This is often termed restoration-based costing of NRD. The first NRD project that Andrilenas was involved with where a Federal Court asked that a Trustee provide the restoration on projects necessary to abate the natural resource damages was in the early 2000's at the Hylebos Waterway, in Tacoma Washington, which is an Operable Unit of the Commence Bay Superfund site. In that case, the Federal Court instructed the lead Federal Trustee, NOAA, to propose restoration-based cost, consisting of a series of restoration projects and provided costs for what it would cost NOAA to construct and maintain those projects. Recently in New Jersey, on the Lower Passaic Waterway in the early settlement for in June 2023, similarly the federal government Trustees did a similar process (USDOJ 2022).

**A. Introduction to the Town of Carneys Point NRD Restoration Recovery Visioning Project**

The Carneys Point Township Visioning Committee created a process for identifying issues that clearly meet NRD criteria and that address PFAS impacts on the community. They used that opportunity to examine the use of advanced treatment and sequestering PFAS technologies which is cutting edge for PFAS affected communities by inviting New Jersey research institutions and other experts,

**B.      Public Visioning Process Chronology**

    a.  First project conceptualized and valued in 2020 & determined to be NRD by NJDEP & OAG Counsels in May 2021
    b.  Other climate change, replacement resources, project Visioning Process began November 2021
    c.  January 2022 – June 2022 Natural Resource project scoping
    d.  June 2022 – July 2023 Establish Township and Consultant task force. Monthly meetings to select possible infrastructure projects.
    e.  First township projects selected and initial Cost Estimate July 2023
    f.  First Site Walk Through September - October 2023
    g.  Set up Tools to help future participants to easily understand conditions – February 2024,
    h.  Assemble all additional reports by expanding searchable database repository from litigation focused to central public repository online focused library February 2024
    i.  Setup of an online ESRI GIS and migration of GIS-Q files from previous Studies
    j.  Update CSM and create ballpark NRD Injury Calculations that can help target future sampling needs or restoration needs.

k. Flood Control, Water Resources, Wastewater treatment, and Dam Diversion projects – Town projects.
l. PFAS Air Emissions Loading Reduction in Watershed conceptualization process began in April 2024. An integrated approach with Town projects
    i. Executed NDA with Dr. Peter Jaffe at Princeton University, the leading PFAS treatment wetland authority who also has looked at mitigating other chemical at Chambers Works
    ii. July 2024 Sent back a proposal for treatment wetlands benchtop and pilot testing for PFAS treatment.
    iii. Executed NDA with Dr. Tuininga, Dr. Billings, and Dr. Goodey at Montclair State in June 2024. Conducted project scope and introductions to manage expectations and have a proposal to be delivered as part of the visioning document. Scope would include Passive Phytoremediation, floating wetlands, fringe wetland enhancements, creek and river mapping, setting up a watershed model, and exploring the use of biochar amendments for creek system enhancements.
    iv. Proposal from Montclair State submitted in July 2024
    v. Executed NDA w/ WSP for engineering design, watershed project permitting, and construction management in August 2024.
m. Discussions with Town LSRP and additional 1,700 missing reports acquisition in July 2024.
n. Submission of Preliminary Draft Restoration Concept Visioning Report for Court– August 2024.

## C. NRD Injury & Restoration Project Team Members

### TBLS Team Member Assignments

1. Jeff Andrilenas, RG, VP, NRD Restoration Book Project Team Leader
2. Tad Deshler, MS – NRD aquatic toxicology expert with more than 30 years' experience on more than 50 NRD projects/cases including in NJ. Court-recognized NRD injury/restoration HEA expert.
3. Frank Breen, PG – Expert hydrogeologist on second NJ NRD case, but current Carneys Point Expert Hydrogeologist, TBLS's NRD Groundwater REA expert
4. David Alford – Court-recognized Expert GIS, ESRI instructor, with multiple NRD cases support including for some of the largest NRD cases in US history.
5. Frances Schlosstein, MBA, President, Project Coordinator

### TBLS Subconsultants (under MNDA w/ TBLS) needed for Restoration Book and who have provided input for costing the Restoration Book as Described

1. Peter Jaffe, PhD – Professor, Department of Civil and Environmental Engineering, Princeton University

### WSP Water Resource Engineering

2. Mathew Holthaus AUS, PE, CFM, ENV.SP, CERP - Senior Technical Principal, Assistant Vice President, Water Resource Engineer
3. Peg McBrien, PE, PWS, Technical Fellow, Vice President, Water Resource Engineering, Professional Wetlands Scientist, Certified Ecologist
4. Edward Samanns, PWS, CE, CERP, Senior Technical Manager, Professional Wetlands Scientist

**Montclair State University**

5. Amy Tuininga, PhD - Director of the PSEG Institute for Sustainability Studies and Professor of Earth and Environmental Studies,
6. Lora Billings, PhD - Dean of the College of Science and Mathematics, Professor of Applied Mathematics, former National Science Foundation (NSF) Program Officer.
7. Nina Goodey, PhD - Professor of Chemistry and Biochemistry and Associate Director of the PSEG Institute for Sustainability Sciences at Montclair State University.

**Town's Other Participating Experts for NRD Restoration Book Public Development Project Process**

8. Sickels & Associates – Erik Bierman PE, Steve Casaboon EIT, Civil Engineering/Town of Carneys Point Engineer Department consultant
9. Excel Environmental Resources – Lawra Dodge – LSRPA Board Member – Carneys Point Township's LSRP/Industrial Commission
10. Town of Carneys Point city employees, members of Town Council, Town Industrial Commission, Solid Waste Commission

**Restoration Project Book:** The following NRD Restoration Project Book for the Township of Carneys Point details how the NRD recovery could best restore its natural resources as a community nexus to injury.

**Conditions and Limitations**

This Draft Opinion is provided solely for the benefit of The Township of Carneys Point and no part hereof may be incorporated, quoted or otherwise referred to in any other document of any kind except as may be required or appropriate in relation to the purposes of the Clients. Any disclosure in which a third party is proposed to rely on this Opinion (or its contents, inclusive of our observations, conclusions and findings in this Opinion) shall require the prior written consent of TBLS, which we may withhold in our sole and absolute discretion.

The analysis, observations and views of TBLS set forth in this Opinion are based substantially on the existing and historical information that was provided to us and that we reviewed. We have relied on the accuracy, completeness and authenticity of such information as it was provided to us. We did not independently verify such information, and we do not assume any responsibility with respect to such information. Once we reviewed such information, we undertook responsibility for: (a) evaluating such aspects of such information as we deemed relevant, (b) researching technical literature to the extent we deemed it necessary or appropriate and (c) formulating our Opinion set forth herein based on methods and analytical techniques that we have considered to be appropriate under the circumstances.

This Restoration Draft is preliminary in nature and is limited to the specific matters contained therein to the extent of the analyses we have performed. No statement, observation, view, opinion or recommendation is implied or is to be inferred beyond those expressly stated herein.

# Appendix C.    Glossary

| Term | Definition | Source |
|------|-----------|--------|
| Acre-feet per year (ac-ft/yr) | A rate describing the volume of water, in acre-feet, that moves through or is supplied by a system in one year. | USGS water-resources reporting conventions (https://www.usgs.gov/water-science-school/science/water-science-glossary#S) |
| Acre-foot (ac-ft) | A volume of water equal to the amount required to cover 1 acre of area to a depth of 1 foot (43,560 cubic feet). | USGS Water Science School – Water Science Glossary (https://www.usgs.gov/water-science-school/science/water-science-glossary#S) |
| Area-weighted runoff coefficient (CAW) | A composite runoff coefficient for a heterogeneous catchment calculated by weighting each land-use-specific coefficient by its corresponding area and summing the contributions. | US EPA (2009) SWMM Hydrology Reference Manual (https://www.epa.gov/water-research/storm-water-management-model-swmm) |
| Baseflow | The component of streamflow that is sustained between rainfall events, fed by delayed pathways such as groundwater discharge and slow drainage. | Freeze & Cherry (1979) 'Groundwater.' |
| Bioaccumulation | Process by which concentrations of a chemical contaminant increase in an organism over time | https://dep.nj.gov/wp-content/uploads/dsr/pfas-fish-baf-fact-sheet.pdf |
| Biota | Living organisms that occupy a particular region or ecosystem. | |
| Catchment | A land area that collects and drains precipitation and surface runoff to a common outlet point such as a stream, wetland, or river; also called a drainage basin or watershed. | USGS Water Science School – Water Science Glossary (https://www.usgs.gov/water-science-school/science/water-science-glossary#C) |
| Conductance (wetland bed conductance) | A lumped parameter describing the ease of water flow between a wetland and the underlying aquifer, equal to vertical hydraulic conductivity multiplied by wetted area and divided by sediment thickness. | Harbaugh et al. (2000) 'MODFLOW-2000, the U.S. Geological Survey Modular Ground-Water Model – User Guide to Modularization Concepts and the Ground-Water Flow Process' (https://pubs.usgs.gov/publication/ofr200092) |
| Discounted Acre-Feet per Year (dAFY) | A hydrologic-service metric that applies temporal discounting and, where appropriate, monetization to annual water fluxes so that future gains or losses are expressed as present-value equivalent volumes per year. | Adapted from NOAA NRDA discounting guidance (1999) applied to volumetric hydrologic services (https://repository.library.noaa.gov/view/noaa/32099) |

| Term | Definition | Source |
|------|------------|--------|
| Fringe Wetlands | Fringe wetlands are wetlands that exhibit predominantly bidirectional surface flow resulting from the movement of water into and out of the wetland system by wind and waves. | https://www.nj.gov/dep/landuse/download/mit_011.pdf |
| Groundwater discharge | The flow of water from an aquifer into surface water bodies such as streams, lakes, or wetlands, driven by differences in hydraulic head. | Freeze & Cherry (1979) 'Groundwater.' |
| Groundwater table | The upper surface of the saturated zone in an unconfined aquifer where pore water pressure is equal to atmospheric pressure. | Freeze & Cherry (1979) 'Groundwater.' |
| Habitat Equivalency Analysis (HEA) | An ecological-economic framework used to determine the scale of compensatory habitat restoration needed to offset past, present, and future habitat injuries, based on changes in habitat services over time. | NOAA (2000) 'Habitat Equivalency Analysis: An Overview.' (https://repository.library.noaa.gov/view/noaa/47184) |
| Hydraulic head | The potential energy per unit weight of water at a point, expressed as an elevation relative to a datum, combining pressure head and elevation head; differences in head drive groundwater flow. | Freeze & Cherry (1979) 'Groundwater.' |
| Hydrodynamic model | A numerical model that simulates water-level and flow variations in rivers, estuaries, or coastal systems based on conservation of mass and momentum under time-varying boundary conditions. | USACE (2002) 'HEC-RAS River Analysis System' and similar hydrodynamic modeling references (https://www.hec.usace.army.mil/confluence/rasdocs/ras1dtechref/latest) |
| Levee overtopping | The flow of water that passes over the crest of a levee when the water level on the river side exceeds the levee crown elevation. | US Army Corps of Engineers (USACE) (2000) 'Design and Construction of Levees' (EM 1110-2-1913). |
| Mean Lower Low Water (MLLW) | A tidal datum defined as the average height of the lowest daily low tide over a 19-year tidal epoch, commonly used as the zero reference for nautical charts and tide gauges. | NOAA National Ocean Service – Tidal Datums Glossary (https://tidesandcurrents.noaa.gov/datum_options.html) |

| Term | Definition | Source |
|------|-----------|--------|
| Mean Sea Level (MSL) | A vertical datum based on the average sea level over a long period, used as a reference elevation for coastal and inland topographic measurements. | NOAA National Geodetic Survey – Vertical Datums Glossary. |
| Modified Rational Method | A set of adaptations to the Rational Method that incorporate storm duration, temporal rainfall patterns, and simple routing to approximate hydrographs or event volumes, primarily for urban drainage design. | https://www.epa.gov/water-research/storm-water-management-model-swmm |
| NRD injury | A measurable adverse change, either long- or short-term, in the chemical or physical quality or the viability of a natural resource resulting either directly or indirectly from exposure to a discharge of oil or release of a hazardous substance, or exposure to a product of reactions resulting from the discharge of oil or release of hazardous substance. | 43 CFR Part 11 §11.14 |
| NRD Restoration | Actions undertaken to return an injured resource to its baseline condition, as measured in terms of the injured resource's physical, chemical, or biological properties or the services it previously provided. | 43 CFR Part 11 §11.14 |
| PFAS (per- and polyfluoroalkyl substances) | A large class of synthetic fluorinated organic chemicals characterized by multiple carbon–fluorine bonds, used in industrial and consumer products, that are highly persistent and mobile in the environment. | US EPA (2024) 'Our Current Understanding of the Human Health and Environmental Risks of PFAS' (https://www.epa.gov/pfas/our-current-understanding-human-health-and-environmental-risks-pfas) |
| Phytoremediation | Phytoremediation is the direct use of living plants for in situ remediation of contaminated soil, sludges, sediments, and ground water through contaminant removal, degradation, or containment. | https://www.epa.gov/sites/default/files/2015-04/documents/phytoresgude.pdf |
| Rational Method | An empirical hydrologic method for estimating peak runoff rate from small drainage areas using runoff coefficient, rainfall intensity, and drainage area. | https://www.txdot.gov/manuals/des/hyd/chapter-4--hydrology/section-12--rational-method.html |

| Term | Definition | Source |
|------|-----------|--------|
| Resource Equivalency Analysis (REA) | A method used in natural resource damage assessment to compare and balance ecological or service losses with restoration gains over time, typically by converting changes in services to a common equivalent metric. | NOAA (1999) 'Discounting and the Treatment of Uncertainty in Natural Resource Damage Assessment.' (https://repository.library.noaa.gov/view/noaa/32099) |
| Runoff coefficient (C) | A dimensionless parameter representing the fraction of precipitation that becomes direct surface runoff from a given land surface, reflecting land cover, soil type, slope, and drainage conditions. | US EPA (2009) SWMM Hydrology Reference Manual (https://www.epa.gov/water-research/storm-water-management-model-swmm) |
| Sequestration | Reducing contaminant mobility by binding contaminants into soil or plant roots. | https://frtr.gov/matrix/Phytoremediation/ |
| Storm surge | An abnormal rise of water generated by a storm, over and above the predicted astronomical tides, primarily caused by wind and pressure effects. | NOAA National Hurricane Center – Storm Surge Overview. |
| Subcatchment | A smaller drainage unit nested within a larger catchment, used to represent localized hydrologic or land-use variability within the overall watershed. | US EPA (2009) SWMM Hydrology Reference Manual (https://www.epa.gov/water-research/storm-water-management-model-swmm) |
| Surface runoff | The portion of precipitation that flows over the land surface toward streams or drainage systems after infiltration, interception, and storage processes have been satisfied. | https://www.usgs.gov/water-science-school/science/water-science-glossary#S |
| Treatment Wetlands | Treatment systems that use natural processes involving wetland vegetation, soils, and their associated microbial assemblages to improve water quality. | https://www.epa.gov/wetlands/constructed-wetlands |
| Vadose zone | The unsaturated zone between the land surface and the water table where pore spaces contain both air and water and through which infiltrating water and contaminants move before reaching groundwater. | Freeze & Cherry (1979) 'Groundwater.' |

| Term | Definition | Source |
|---|---|---|
| Vertical hydraulic conductivity (Kv) | A measure of a porous medium's ability to transmit water in the vertical direction under a hydraulic gradient, typically expressed as length per time. | Freeze & Cherry (1979) 'Groundwater.' |
| Water balance | An accounting framework that quantifies all water inflows, outflows, and changes in storage within a defined system over a specified time period. | https://en.wikipedia.org/wiki/Water_balance |
| Wetlands | Areas that are inundated or saturated by surface water or groundwater at a frequency and duration sufficient to support, and that under normal circumstances do support, a prevalence of vegetation typically adapted for life in saturated soil conditions. | N.J. Admin. Code § 7:7-9.27 - Wetlands |
| Acre-feet per year (ac-ft/yr) | A rate describing the volume of water, in acre-feet, that moves through or is supplied by a system in one year. | USGS water-resources reporting conventions (https://www.usgs.gov/water-science-school/science/water-science-glossary#S) |

Chambers Works Site NRD Restoration Projects and Cost Report – November 2025                    125

# Appendix D.    Vitaes



**JEFFREY ANDRILENAS**

jeffa@thetblsgroup.com

973.750.1500

www.TheTBLSGroup.com

### Education

- BSc, Geological Sciences, University of Washington, 1982
- Continuing Environmental Education & Graduate Level Studies

### Areas of Specialization

- Natural Resource Damages (NRD) Injury Assessment & Valuation (HEA/REA), Monetization & Strategy

- NRD Restoration Conceptualization, Design, & Valuation (HEA/REA) Monetization, & Strategy

- Environmental Liability Valuation

- Remediation (Upland & Sediment)

- Subject Matter Expert / Litigation support

### Certifications

- Professional Geologist, Oregon, 1988-Present, Arizona 1993-1997

- Licensed Geologist, Washington, 1992-Present

- Licensed Hydrogeologist, Washington, 1992-Present

- Licensed Engineering Geologist, 1992-Present

- Certified Environmental Liability Valuation Practitioner, ASTM, 2022

### Work History

- EVP, Shareholder/Partner, Environmental Lead/Professional Geologist, The TBLS Group, (NY/NJ) 2013-present

- EVP, East Coast US Manager/Founder, Bluefield Holdings Inc, 2005-2012

- Product Line/Environmental Consultant, Professional Geologist, AIG Consultants, Environmental Management Division, (WA, OR, ID, CA, MT, & AK) 1999-2005

- VP, Remediation Principal, ADaPT Engineering & Contract Remediation Specialist/Professional Geologist - BP America – West Coast Environmental Resource Management Division, (OR, WA, CA, AK) 1997-1999

- Remediation Principal – North America, Senior Environmental Manager, Professional Geologist, AGRA Earth & Environmental (now Wood/WSP), Phoenix/SW Regional Office (AZ, CO, TX, NM, UT, NV), Taipei ROC, Mexico City, Mexico, 1993-1997

- Remediation Profit Center Manager / Principal Geologist, AGRA Earth & Environmental (now Wood/WSP), Portland, Oregon office 1989-1993

- Staff, Senior, Principal Geologist, AGRA Earth & Environmental, (now Wood/WSP) Seattle/Portland/Anchorage 1983-1989

- Staff Geologist, Seattle/Hanford, WA, Golder Associates (now Golder/WSP), 1980-1983

### Summary of Experience

Mr. Andrilenas has been doing Natural Resource Damages and Restoration (NRDAR) work since the mid-1990's. He has calculated scientific injury to natural resources and monetized the result using equivalent ecological/resource services valuation & cost, equivalent restoration project cost, and equivalent "Green Acre" replacement cost. Mr. Andrilenas has been a pioneer for restoration valuation on over 100 resource or ecological restoration sites. NRD injury sites have ranged from large, sudden and accidental petroleum and chemical spills (OPA) to some of the oldest and largest chronic release RCRA, State-lead Cleanup, and/or Federal Sediment Superfund sites. They have involved a variety of chemical sources, chemical types (including PFAS) in marine & freshwater settings. Mr. Andrilenas is the author/inventor of one of the most commonly used NRD Resource Equivalency Analyses for groundwater injury (& restoration) valuation formulas, its use and origination dating back to 2007 (see below.)

*Jeff Andrilenas – Curriculum*

---

**Project Experience – Natural Resource Restoration**

***Public Engagement Process & Restoration Planning for PFAS Watershed Restoration, Carneys Point NJ -*** For one of the largest NRD injury in settlement currently in NJ history, Mr. Andrilenas leads a team of subject matter experts on behalf of a municipality/Environmental Justice community with nexus to NRDAR injury in New Jersey State court. One of the oldest and largest chemical manufacturing plants in the US, the DuPont Chambers Works PFAS injury site (which is the birthplace of Teflon in 1938) has documented impacts to five aquifers, surface water of two major rivers, numerous creeks, lakes and ponds, soil over 50-square miles, public and private drinking water supplies, sediments, wetlands and other habitats, and biota. The offsite PFAS study area is over 100 square miles involving several towns. This includes elevated PFAS in 750 residential drinking water wells most deployed with POET systems for over a decade. Mr. Andrilenas was originally retained as a remediation cost estimating expert to determine the cost of cleanup and required reserves needed to remediate the 136-year-old, 1500-acre chemical manufacturing site in 2016. Mr. Andrilenas established a fair market value of ~$1B environmental reserves requirement. In the current phase, Mr. Andrilenas/TBLS was retained in 2022, to determine the fair market monetized value of NRDAR and what would be a suitable suite of restoration projects scaled to the injuries.

In a positive manner, Mr. Andrilenas has led a two-year long project planning process following State NRDAR methods to empower the community to determine what type of NRD restoration projects they wanted to have built, with any Trustee-won settlement proceeds. The scope resulted in creating a cutting-edge/state-of-the-art watershed PFAS passive and active bioremediation treatment wetland, with phytoremediation and floating wetlands to treat PFAS in multiple natural resources to lessen and eventually prevent PFAS bioaccumulation into biota as well as cleanup of a residential drinking water aquifer. The first of its kind, 5,000-acre restoration project involves 18 separate treatment, infrastructure/flood prevention impact to two major rivers, improved sewage treatment and drinking water replacement resources in an economically poor township that was declared a State Brownfield economic redevelopment area in 2025. The restoration project has been innovatively designed to be integrated into, and as an integral part, of the proposed brownfield redevelopment district, one of the first ever in the US. The restoration project involves several flood infrastructure improvement projects that use Bluefield metrics (see below) to address sea level rise and atmospheric precipitation flooding on the tidally influenced major river, and flooding caused by the RCRA 2020 chemical manufacturing plant's hydrological site manipulations over-time. The project also has projects that feature improved fish passage via dam removal on the tributary river to the Delaware River.

An innovative resource and habitat metrics-based valuation system was developed to value the, community-selected, restoration projects by restorative value and cost. The project is monetized by all three CERCLA/Trustee approved NRD valuation methodologies including by 1) restoration project construction cost method, 2) ecological value metrics calculations in <u>Habitat Equivalency Analyses (HEA)</u> derived <u>discounted Service Acre Years (dSAYs)</u>, and <u>Resource Equivalency Analyses (REA)</u> <u>derived discounted Acre Feet Years (dAFYs)</u> methods, and 3) by the equivalent resource replacement cost values method. Two leading universities have partnered with the Town to peer review and develop research supporting the innovative active/passive treatment designs. The Town has interceded into the Trustee case in 2024 for purposes of sharing the innovative restoration project for consideration of both the State NRD Trustee and the PRPs. Meyner & Landis LLP outside counsel to Carneys Point Township, 2016-Present.

***Bluefield's Rain Harvest Bank (NJDEP-approved Landscape Ecological Restoration Project)*** - Mr. Andrilenas led the first landscape ecology NRD restoration project in New Jersey from 2005-2012. The project

was conceived to examine the deleterious effects of climate change and the destruction by development of wetlands areas turned into warehouse-developed hardscape which has led to widespread urban flooding and diminishing groundwater/surface water recharge in 8 of the most densely populated NJ watersheds. The project began in 2005 in early engagement with the NJDEP Office Natural Resource Restoration (ONRR). A funded startup, Bluefield Holdings, the first NRD Banker in the US, with backing of a $20B private equity and pension fund, conceptualized the rain harvesting restoration project to be implemented on up 108 warehouse locations in Northern New Jersey, 4000 acres equivalent services in 8 urban watersheds. Based on the weight of evidence approach, the NJDEP granted the project a restoration credentialing and banking agreement in 2010, which was the second NRD Bank in the US, and first that dealt with credits to settle Groundwater NRD. The first of their kind NRD credits called "Effective Recharge Acres" were valued in discounted Acre Feet Years (dAFYs) created and sold in 2011 to settle three groundwater NRD injury cases. Original work was carried out by Mr. Andrilenas related to monetization for equivalent recharge replacement Green Acre purchase cost pricing studies, using the appraisal group at Cushman Wakefield to monetize credit values. These equivalency real estate value guides are still in use by the State NRD Trustee as are the REA formulas and algorithms.

This simple yet innovative Groundwater "Resource Equivalency Analysis" methodology today is the basis of groundwater REA NRDAR valuation including in New Jersey, Massachusetts, Rhode Island, New Hampshire, New York, and many other States. The origination of the formulas and algorithms developed by Mr. Andrilenas are documented in a 2007 Patent Application called "Valuing Environmental Credits." The resource equivalency analyses formulas that involve an area in "acres" and recharge due to atmospheric precipitation as limited to infiltration by soil porosity. As part of the creation of these formulas, Bluefield funded a climate change study at Rutgers by then NJ State Climatologist, Dr David Robinson that proved that rainfall in New Jersey had been increasing since 1970. The metrics behind this innovative NRD restoration approach was first explained in a Report to the NJDEP called "The Analytical Basis of Rainwater Harvesting as Natural Resource Damage Restoration." Mr. Andrilenas was the team leader for the project that included many different NJ NRD experts including former NJDEP Commissioner Bradley Campbell who was Bluefield's counsel at the time, Princeton Hydro's John Miller who was the head of the NJ Watershed Association, and the father of Habitat Equivalency Analyses (HEA) Robert Unsworth of Industrial Economics, among more than a dozen experts. This limited distribution report (due its IP protections) was submitted for peer review to the NJDEP Science Advisory Board, who accepted its validity in 2010. Some of the other innovative factors that were part of the metrics included Environmental Justice, Water Quality, flood avoidance, and rate of recharge.

By mutual agreement, NJDEP and Bluefield ended the NRD Banking Agreement in 2014 after the NJDEP lost a case, called NJDEP v. Essex Chemical which effectively ended NRD for a while until 2017 when NJDEP settled an existing case with Exxon Mobil. At the cessation of the agreement, Bluefield due to its guarantees made every customer whole by returning the amount paid for its ERA credits. Bluefield abandoned its patent application in 2014. Wolff & Sampson/CSG Law, McCarter English, Bluefield Holdings Inc./NJDEP. 2005-2012

***Lower Duwamish Habitat Corridor / Bluefield Holdings Site 1 -*** Mr. Andrilenas was the first project manager/team leader for the first NRD Bank in the US and was the EVP of Bluefield. Originally conceptualized and negotiated in 2000, while he was at AIG Environmental Insurance Company, the project envisioned creating 52 small habitats along with 12 larger habitats along 5.5 miles of an industrial river that comprises three current Sediment Superfund sites, (i.e. Lower Duwamish Sediment Superfund site, Harbor Island

3

Sediment Superfund site, and Elliot Bay) in Seattle, Washington. Coupled with the "string" of rip rap bank softening habitat design projects reestablishing over 150 acres of river emergent marsh, under a "string of pearls" restoration design. The project was envisioned to provide adequate habitat to restore migration pathways for seven migrating salmon species without impacting the economic health/tax base. The project was a public private partnership between the Port of Seattle, City of Seattle, King County, 3 Washington State Trustees, two Native American Tribal Trustees (Suquamish & Muckleshoot Nations), NOAA, US Fish & Wildlife/Department of Interior, and the Department of Justice. Independent studies and a team of subject matter experts including many of the best waterfront, NRD, and aquatic engineering companies as well as NOAA DARP & Restoration staff were retained for the project studies. In addition, as agreed with the Trustees, professors from 3 Universities (University of Washington, Western Washington University, and Oregon State University) were retained to advise the Trustees as an independent peer review body. The successor project carried out by Bluefield Holdings was the first NRD Bank to receive an NRD Banking Agreement and the first to settle the NRD liability of a responsible party (City of Seattle) in the US in 2009 and is still settling out PRPs in 2024. Squire Patton Boggs, Stoel Rives, NOAA DARRP, NOAA Restoration Center, Port of Seattle, AIG & Bluefield Holdings Inc. 2000-2024

**Project Experience – Natural Resource Damages Injury Assessments, NRD Injury Assessment Peer Reviews**

Mr. Andrilenas has worked on NRD injury on over 150 NRDAR sites since 1997. He is an on-call NRD litigation support consultant as part of a consulting team for a three-year NRD contract with the State of New Mexico that was awarded in 2025.

***Petroleum Terminal/Manufactured Gas Plant Sediment & Groundwater Cleanup site -*** *r*etained by outside counsel for PRP in 2024 as a non-testifying subject matter defense expert and team leader for a multi-expert panel assembled to examine State plaintiff's proof of culpability for multiparty State Upland and Sediment cleanup site. Duties include examining soil, groundwater, fate & transport evidence, sewers and canals transport pathways to determine allocation of responsibility among multiple defendant companies. Team duties include determining sufficiency of NJ State NRD Trustee injury calculations for alleged PAHs and petroleum spills over 120 years to multiple affected natural resources for a confidential $100M+ NRD case. Confidential client under a court confidentiality order. Two environmental insurance companies are paying claims for the litigation. 2024-Present, Bressler Avery & Ross PC

***Public Engagement Process, Injury & Restoration Analyses – Save Barnegat Bay, Toms River Township, Ciba Geigy -*** TBLS was retained outside counsel for an environmental NGO and a New Jersey Township who were opposed to an administrative settlement of NRDAR for one of the most infamous CERCLA NPL sites in the US, the Ciba Geigy site in NJ. Their opposition related to the paucity of NRD injury studies and that they believed much more restoration was needed. TBLS analyzed the groundwater REA approach used by the State Trustee as part of their agreement to settle the case and realized they had used a 2-D model to explain a 3-D problem. TBLS then set up a 3-D GIS database & groundwater/surface water fate and transport model for the DNAPL plume from data collected from over 2,000 site documents spanning more than 70 years obtained by counsel through OPRA from publicly available document repositories for this USEPA-lead CERCLA NPL site. Using advanced hydrogeologic modeling analyses, TBLS created a new type of revised groundwater REA method by determining the 3-D dimensions and age ranges for soil, groundwater, and surface water impacts from the former plant site including also historical evidence that impact included 20 miles downriver and out to the Atlantic Ocean. Most of the REA calculations up until that time by the NJDEP ONRR Trustee followed Bluefield's approach of a surface area represented by a 2-D plume map including at this site. TBLS then

created an innovative NRD Injury Conceptual Site Model to substantiate the veracity of its approach that detailed the source – pathways – receptors by chemical contaminant types for each affected natural resource. Using Trustee provided methods and inputs done in their 2-D analysis, TBLS then ran HEA & new, updated REA to determine the likely NRD losses. TBLS determined that the State had underestimated the amount of NRD service loss injuries by as much as 90% and therefore had underestimated the injury by nearly $1 B. A State Appellate court decision recently has agreed with the town & NGO's position an allowed the appealing parties to amend the record of the Court. Meyner & Landis on behalf of Save Barnegat Bay and Town of Toms River. Included discussions with NRD/tribal affairs counsel in regard to the Lenape Tribe in NJ. Mr. Andrilenas was declared an NRD expert by public proclamation by the Town of Toms River. 2023-2024

***NRD injury, Clean Water Act Damages & Monetization Claim for Sudden & Accidental Major Oil spill from Petroleum Refinery Site, Calcasieu, River, Lake Charles, Louisiana – 2006-2021 -*** Mr. Andrilenas was the lead NRD Settlement Consultant for one of the 10 largest oil spills to freshwater, estuarine, and marine environments in US history for CITGO's Lake Charles Refinery located on the Calcasieu River in Louisiana. Duties included third-party peer review of extensive case file over a decade old, for a sudden and accidental release of slop oil from the refinery's secondary containment system during a severe storm that occurred in 2006. TBLS was retained in 2016 and remained under retained status until the case settled in 2021. Project involved review of the cooperative assessment done (Mr. Andrilenas was a founding member of NOAA's Cooperative Assessment Project Task Force**.** NRD modeling/NRD injury and monetization embodied in the Trustee's SIMAP and defendant's COSIM oil spill models were done including the underlying assumptions analyses of each model. Peer review of multiple alternative habitat equivalency analyses (HEA) and resource equivalency analyses (REA) scenarios. Included discussions of Trustee model with Federal/State NRD Trustees in a non-binding cooperative consultation. TBLS reviewed Trustees cooperative and spill response assessment cost claims review, sudden and accidental insurance carrier settlement, prospective restoration project cost alternatives review, creating a cost database of restoration projects with nexus to injury as part of monetization studies. Case was brought by 6 Louisiana Trustees, NOAA, UFW, and DOJ. This monetized analysis formulated the defense strategy for NRD claims by the defendant. The Trustees filed their NRD claim concurrently with the Consent Decree Settlement in 2021. The settlement amount was approximately the same optimistic and optimized monetized value that was predicted in TBLS's 2016 Opinion which was for only the Trustee's response costs. Pillsbury Winthrop Shaw Pittman LLP, Washington DC, and local counsel, Liskow & Lewis APLC, New Orleans, LA. A Link to Case Settlement document. ***https://www.gc.noaa.gov/gc-cd/Signed-and-Entered-Citgo-NRD-CD.pdf***

***Shipyard Sediment NRD Injury Assessment -*** Mr. Andrilenas was the technical claims manager for investigation, remedial design, contractor bid selection and dredge remediation and capping construction activities and NRD injury and restoration monetization calculations on behalf of the carrier for two shipyard sediment cleanup sites that are part of the Lower Duwamish/ Harbor Island Sediment Superfund sites, including the Todd Shipyards (now Vigor Shipyards) an $80M claim and the Lockheed Shipyard (now Port of Seattle) a $50M claim from 2000-2005 both located on the West Waterway of Harbor Island, Seattle, Washington. As part of these duties over 5 years, for AIG Technical Services, Mr. Andrilenas managed approval of claims expenditures and documented activities for AIG for a 250,000 cubic yard dredge and cap sediment remediation project at the Todd Shipyards and for the 100,000 cubic yard sediment dredge and cap project at the Lockheed Shipyards cleanup.

The Todd Shipyards project also included a 200,000-gallon subsurface petroleum upland cleanup due to a

former Exxon Mobil terminal located on the property which was also cleaned up during Mr. Andrilenas tenure. Mr. Andrilenas duties included handling claim billings, on-call inspections to approve change orders, reporting to the AIG Technical Claims team in New York and briefings of the outside coverage counsel in Seattle. His duties included evaluation of potential NRD restoration projects to forecast the potential NRD costs of a settlement for future claims reserve setting. Habitat Equivalency Analysis (HEA) methodology was used to predict potential dSAY damages. Restoration acreage and cost by injured habitat type was used to monetize potential settlement amounts. Monte Carlo via ASTM E2137 methods was used to develop a range of risk profile of future costs. Cost of project approach for NRD restoration was consistent with judicial rulings from Commencement Bay in Washington State. HEA inputs were derived from Trustee calculations for Lower Duwamish/Harbor Island for PCBs, heavy metals, and organo-metals impacts. Included discussions with the Muckleshoot Tribal Trustees. Mr. Andrilenas also worked with future TBLS cohort member on NRD, Mr. Tad Deshler of Windward Environmental on the case.

At the end of my part of the project, Todd Shipyards presented me with an award at a special luncheon held in my honor. In 2005, USEPA Region 10 named the Todd Shipyards Dredge and Cap Sediment and Upland Cleanup as one of the best Sediment projects to date.  Cozen & O'Connor for AIG

***Expert NRD Injury Opinions, PRP Multi-party Allocation, and Sufficiency of NRD Settlement Reserves -*** TBLS was retained by outside counsel on behalf of a major oil company to do a peer review of sediment, upland, and NRD alleged impacts and work done by their defense consultants for a multiparty NRD case for the purposes of setting likely NRD reserves.  Work involved evaluating sediment sample results for an AOC of the Portland Harbor Sediment Superfund site, checking and running HEA and REA model projections, reviewing the confidential allocation agreement and likely percentage risk ranges for credit risks, reviewing the confidential Trustees chemical-based injury model and scaling factors, and examining the plaintiff Trustee injury and USEPA Sediment Superfund allocation documentation, the defense case documents, and providing a pessimistic and most likely cost range estimates of NRD liability as well as Monte Carlo and Cost Over Time scenarios.  As part of the analyses, TBLS was also retained to evaluate costs and pricing for purchasing third-party DSAY credits from authorized NRD Credit Banks including evaluation of terms and conditions as a means of reserving and/or settling future NRD liabilities.  TBLS prepared presentations, exhibits, created a liability range of risk model, cost over time model including estimates for litigation defense costs, and held a number of in-house and virtual conferences with the client, their Superfund project manager group, and in-house/outside legal team over the peer-review process. 2018-2019. By contract, TBLS remains under retention on this case. Norton Rose Fulbright LLP, Los Angeles

***Portland Harbor Sediment Superfund Site/Bluefield Sites -*** Staff at TBLS have previously met with the five tribes of the Portland Harbor Tribal Trustee Council as part of their work at Bluefield Holdings circa 2007 - 2008. These include the Confederated Tribes of the Grand Ronde Community of Oregon, Confederated Tribes of Siletz Indians, Confederated Tribes of the Umatilla Indian Reservation, Confederated Tribes of the Warm Springs Reservation of Oregon, Nez Perce Tribe. Bluefield received venture capital funding to evaluate two possible NRD Banking sites in Portland Harbor. The first project was a bankrupt State Superfund shipyard site that TBLS wanted to cleanup and create a Tribal Fishing Center as part of a cultural restoration approach on behalf of the Tribal Trustees who had not fished the Willamette River in more than 50 years. The second site, currently is an official Trustee approved NRD Bank in Portland Harbor called the Linnton Mill site, which is owned and managed by ex-Bluefield employees who work for Bluefield's successor, Restorcap.

***Litigation Support Services for Defunct Industrial Site -*** Hired in first phase to be expert in the defense of a

6

*Jeff Andrilenas – Curriculum*

Metal Fabrication company being sued in one of the largest sediments cost-recovery actions in the US. Reviewed Company files, worked with company's attorney to mount a defense of a historical company and its CGL insurance carriers being sued in relation to the Passaic River OU 2 including providing strategy to the defense team.  Included in-person and Zoom Civil Procedure Rule 30(b)(6) deposition(s) in US District Court for the District of New Jersey.  First phase settled in 2023 at pennies on the dollar discount to original ask. TBLS remains under retention for an ongoing Federal Trustee NRD Assessment although no claims have yet been filed, and also for the potential of the appeal of the English, Bluefield original cost recovery case which apparently has recently been appealed. Occidental Company v. 21st Century Fox America, Inc. et al Defendants & Third-Party Plaintiffs.  2023- Present, Gordon Rees Scully Mansukhani, LLP, NJ

***Bellingham Bay Sediment Superfund and Upland Cleanup Sites*** - Performed environmental and financial risk profile analyses as part of environmental cost-cap underwriting of the Port of Bellingham/Georgia Pacific liability buyout and remediation cost cap placement, including 16 Operable Units (OUs) on behalf of AON Environmental. NRD was initially evaluated during due diligence but was excluded from coverage based on the preliminary status of the NRD assessment.  Assisted national account AIG underwriters in their review of technical review of agreements and regulatory reports, interviews with key internal environmental staff and their outside environmental consultants, regulators including Washington Department of Ecology, assisted underwriters with their negotiations with Georgia Pacific and their consultants and outside counsel, O'Melveny & Meyers LLP as well as with the Port of Bellingham and their environmental consultants, Retec, and counsels, Stoel Rives. Included conversations with Lummi Tribal Trustees as well as NOAA and USF&W/DOI Trustees.

***Fox River/Appleton Paper OU Sediment Superfund Site, WI*** - Conducted peer review of environmental and financial risk profile analyses performed as part of environmental cost-cap underwriting of the Appleton Paper settlement, including evaluation of future NRD risk using HEA.  Mr. Andrilenas acted in his role as lead AIG Consultants, Environmental Management Division's NRD and Sediment and ISO QA/QC reviewer for policy placement technical methodology which followed ASTM E2137 methods and guidance and which involved reviewing the file and the future cost including cost over time, multiple cost scenarios, and Monte Carlo projections of future costs following AIG underwriting protocols and NPV models.  Included interaction with the Oneida Tribe of Wisconsin who Mr. Andrilenas previously served on NOAA's Cooperative Assessment task force.

***Commencement Bay Sediment Superfund Sites, Tacoma, Washington*** - Conducted and managed environmental and financial risk profile analyses using @RISK as part of environmental cost-cap underwriting of six CERCLA OUs at the Commencement Bay Sediment Superfund Site, including the Thea Foss OU; Head of Thea Foss OU; ASARCO OU; Hylebos OU; Head of Hylebos OU; and the Middle Waterway OU for AIG who were conducting underwriting of various insured prospects, past insureds, and/or future policy holders. As part of these evaluations, Mr. Andrilenas in his role as the NRD lead for AIG, assessed NRD risk using Habitat Equivalency Analyses for AIG underwriting purposes for the ASARCO OU, Middle Waterway OU and Head of Thea Foss OU. These included evaluation of NRD risks for the prospective insurance placements. Mr. Andrilenas also negotiated an innovative NRD settlement on behalf of a PRP with the Trustees which allowed a minor PRP to settle their NRD claims by funding parts of the NRD Restoration plan. Included interaction with NRD Trustees, NOAA and the Puyallup Tribe of Indians.

**Project Experience – Representative Mining, Mill Sites, and CERCLA NRD Sites**

***Martin Marietta Aluminum Smelters/CERCLA (Goldendale, Washington and The Dalles, Oregon)* -** Mr. Andrilenas conducted environmental/financial risk profile analyses, Superfund Cleanup cost analysis and NRD injury monetization studies for these two CERCLA aluminum smelter sites on the Columbia River in Washington and Oregon. AIG Environmental 2001

***Bunker Hill Mining/CERCLA Site, Idaho* -** Mr. Andrilenas conducted environmental/financial risk profile analyses, Superfund Cleanup cost analysis and NRD injury monetization studies for this infamous mining, mill, & smelter site which was part of Hecla Silver Mining District in Coeur d'Alene. Included discussions with the Coeur d'Alene Tribe and their outside counsel.

***Environmental Liability Costing Expert for Superfund Remediation Trust Fund Manager and AON Risk Solutions* -** TBLS was retained in 2013 by a Hedge Fund and AON, who were setting up a 468B Trust for the settlement of a 30-year-old Superfund case in Hartford, Illinois. The settlement of the case involved six oil companies, the State of Illinois and USEPA, Region 5. The surrounding oil infrastructure of several refineries, terminals and pipelines affected a village, and is believed to be the origin of USEPA's Vapor Intrusion Standards since petroleum vapors inundated the villages buildings at various river stages of the adjacent Mississippi River. Over 100 homes and businesses were affected by shallow LNAPL in soils and groundwater. TBLS's scope of work included:

- Extensive file and regulatory review, including interviews with State and USEPA regulators.
- Evaluation of a $66 million contractor's bid estimate for a 30-year clean-up and Workplan.
- Review of the settlement Remedial Action Plan.
- Cost-Over-Time (COT) analyses and potential cost variance modelling.
- RACER® modelling as a check of contractor bid-items and work scope for remediation capital construction costs and long-term Operations, Monitoring, & Maintenance (OM&M) costs.
- Technical support for development of contractual language in support of Reinsurance Company's trust fund guarantee, and for Reinsurance Company's attorneys.

The Bermuda-based Hedge fund/Reinsurer was to guarantee the difference between the low bidders $66M bid by WSP and the USEPA contractor's $150 M remediation estimate. As part of Mr. Andrilenas's analyses, several forgotten items by the bidder identified in Mr. Andrilenas due diligence of the remediation and bidding practice and subsequent expert opinion on behalf of the Trust manager, required increasing the pledged reserves as agreed to by the parties. The agreed upon amount of funds, which were then added to the Trust funding amount, increasing the total by tens of $millions i.e. to about $120M. Additional duties included multiple interrogatories among various parties and an Expert Opinion in support of the prospective Trust Fund Trustee (Hedge Fund), their outside Counsel, and in support of an insurance policy placement. 2013. Eversheds Sutherland LLP.

***Anaconda Superfund Site: Milltown Dam OU, Clark Fork Arsenic OU, Silver Bow OU, & Butte Priority Soils OU, Montana* -** Mr. Andrilenas conducted environmental/financial risk profile analyses, CERCLA Cleanup cost analysis and NRD injury monetization studies for AIG as part of their underwriting of the site. The environmental liability valuation involved the largest sediment remediation in the United States at that time, which was the Milltown Dam Operable Unit of the Anaconda Superfund Site (over 1.7 million cubic yards to be removed). Included discussions with the Montana State Trustee as well as DOI. 2003-2006. The project was done on behalf of ARCO Minerals, a division of BP. Mr. Andrilenas won a meritorious service award for his support of the underwriting and subsequent claims work on behalf of AIG and the insured remediation

contractor, Envirocon. AIG Environmental

***St. Marie's CERCLA Creosote Site, Idaho*** – Mr. Andrilenas did environmental liability valuation studies as part of a cost cap policy underwriting for the upland and sediment remediation of the St. Marie's Creosote CERCLA site on the St Joe's River in Idaho while at AIG.  As part of his duties, Mr. Andrilenas assisted in evaluating future NRD risk using HEA methods due to sediment and habitat chemical impacts and monetizing likely NRD settlement costs by replacement value method that could be part of any future insurance policy coverages. Included a discussion with environmental people from the Coeur d'Alene Tribe regarding potential NRD action risks. AIG Environmental

***Idaho Pole CERCLA site, MT*** – Mr. Andrilenas was part of the cleanup cost cap and PLL insurance placement underwriting team for this site. These included evaluation of NRD risks using HEA methods due to sediment and habitat chemical impacts and monetizing likely NRD settlement costs by replacement value method that could be part of any future insurance policy coverages. AIG Environmental.

***Pasco Landfill Superfund Site, Pasco, Washington*** - Performed environmental risk profile, built 120- node decision tree modeling and conducted financial analyses for in-situ DNAPL cleanup at the Pasco Landfill CERCLA site as part of environmental cost-cap and environmental pollution legal liability policy underwriting.  Included onsite inspection of facilities as part of policy due diligence, file reviews, and discussions with the prospective insured legal and management team, discussions with regulators, etc. These included evaluation of NRD risks for the insurance placement. AIG Environmental

***Private Equity Acquisition of Fortune 1000 Computer Printer Manufacturing Plant*** - Technical review, environmental liability valuation and environmental liability risk transfer support services for ITT, Sharp Printer Plant for a site impacted with PCBs, heavy metals, and chlorinated solvents, including multi-block offsite chlorinated contaminant plume in groundwater being treated by enhanced bioremediation methods, was the subject site for multi-party toxic tort litigation risk, and had potential future NRD liabilities due to groundwater discharges to the nearby Los Angeles River. Work was done on behalf of a Confidential Private Equity Buyer

***Private Equity M&A of Medical Device Manufacturing Company SPE*** - Environmental technical review, environmental liability valuations and reserve calculations including NPV for environmental liability transfer of several DNAPL-impacted manufacturing site cleanups including those designated as CERCLA sites (CA, UT, MO, MA, ON) from a Varian Medical as part of their sale to Agilent. Work was done on behalf of a division confidential multi-billion-dollar private equity group as part of an insured liability transfer by AON Environmental. Project included evaluation of held environmental reserves quality including NPV to be transferred as part of the risk transfer deal and assisting buyer in reserve adequacy negotiations.  One site included one of the largest DNAPL cleanup sites in the US for which the company was one of two primary companies in a PRP group i.e. the Hewlett Packard groundwater plume in Palo Alto. Sufficiency of assets to carry out the remaining CERCLA remediation operation, maintenance, and monitoring was a major deal-point negotiation for which TBLS's remediation costing financial model was a crucial aspect on the go/no go decision. Since 2006 Mr. Andrilenas has participated as an environmental financial risk expert as part of the due diligence team on over 60 similar heavy and light industry, mining, pharmaceutical, petrochemical M&A projects, for various insurance brokerage companies on behalf of their clients, various private equity firms and various investment banking clients.

***Private Equity Due Diligence Global cross-border Valuation*** - Bankruptcy environmental liability valuation studies and environmental transactional due diligence for a multi-million-dollar acquisition by a confidential private equity group. Environmental liabilities (collectively) exceeded $800 million future projected costs by buyer which was being negotiated into a regulatory trust fund by seller with the various respective State and Federal regulatory authorities.  Asset sale was managed by a leading US business consulting company on behalf of the creditors group with whom TBLS interacted on behalf of the potential buyer. TBLS responsibilities for private equity buyer team included environmental cost over time projections for various buyer hypothesized post M&A business outcomes including assessing the adequacy of held reserves and environmental compliance permitting cost obligations, site cleanup obligations, cost implications for past contractual obligations for environmental liabilities of seller real estate holdings and future ARO responsibilities for multiple RCRA and State hazardous waste generator sites. All of the US sites were either State or Federal Superfund sites.  Served in direct negotiations on behalf of client with corporate management, investment bankers, accounting firms, and their respective outside counsel and consultants. Project locations spanned 15 states as well as overseas locations in four countries in Europe and in India**.**

***M&A Environmental Liability Valuation for Environmental Liability Buy-out Company -*** Mr. Andrilenas led the environmental due diligence team for a Merger & Acquisions in 2021 including review of a well-known holding company's environmental operations and financials and also to evaluate a held Brownfield Portfolio of corporate distressed assets under environmental remediation for a Buyer, a Connecticut-based private equity/real estate developer JV.  TBLS role as environmental due diligence financial consultant was to qualify and quantify where possible future environmental costs and risks on an individual property and portfolio level. First tranche of sites was located in NJ, DE, MA, CA, OR, many of which are State and/or Federal Superfund sites that consisted of tens to hundreds of acres industrial plant to industrial district size parcels with multiple former heavy industry plants. Assignment included  developing an environmental transaction screen tool to catalogue and create inventory of environmental files for multiple properties and deliver a multi-stage process and reporting tool that identified expected duration of remaining remedial actions and range of  expected costs; Site-specific contingencies and associated range of probable and reasonably estimable expected costs; potential environmental liabilities that may remain (e.g., regulatory reopeners, natural resource damages claims and emerging contaminants); value of reserves; assessment of financial assurance mechanisms that exist or may be required (e.g., bonds for post-closure care, insurance policy endorsements and/or old policies assets); remaining data gaps; and contractual indemnification provisions matched to current assets that were provided by the seller to previous owners of the sites.  TBLS is still under retainer/confidentiality agreement with the PE and negotiations continue. Tobin, Carberry, O'Malley, Riley & Selinger Attorneys

***$6.9 billion Valero/Premcor Refineries M&A Environmental Liability Valuation -*** Mr. Andrilenas was retained as an environmental liability valuation expert and managed and conducted environmental liability valuations for the sale of twelve refineries in ten states. Environmental due diligence including site inspections and Phase I records review was carried out by Premier (now WSP.) Financial analyses using ASTM 2137 and RACER and Monte Carlo documented in a risk profile report of the environmental liability valuation were prepared for the deal investment bank underwriter, Goldman Sachs. At the time, the ASTM 2137-2003 methodology was the first such environmental risk profiling that Goldman Sachs had seen. The M&A deal closed circa 2006.

***$3 billion Valero/Kaneb Logistics Pipeline M&A Environmental Liability Valuation*** - Mr. Andrilenas was

retained as an environmental liability valuation expert and managed and conducted environmental liability valuations for Valero who purchased 20 pipeline terminals and associated pipelines in nine states. Financial analyses and reports of the environmental liability valuation were prepared for the deal investment bank underwriter, Goldman Sachs. At the time, the ASTM 2137-2003 methodology was the first such environmental risk profiling that Goldman Sachs had seen.  The M&A deal closed circa 2005.

*Contract Employee for BP America* – Mr. Andrilenas was a contract employee for BP America in their West Coast Environmental Risk Management Department who managed the environmental matters for 2 refineries, 800 service stations, 51 Terminals, aircraft fueling facilities at major airports under Air BP, truck fueling at Truckstops of America, and many petroleum pipelines. While at BP America where he was a remediation specialist in 1997-1999 f, Mr. Andrilenas worked on three Trustee (NOAA-lead) managed NRD projects, and several sites which later became NRD injury cases sites, including a pipeline release in Washington State, a remote coastal site in Oregon, and an oil terminal site in the Commencement Bay Superfund site. While at BP, Mr. Andrilenas was part of the internal expert consultant team for the West Coast ERM office of BP America. This involved working with the internal BP Counsels and reviewing various litigation case histories for environmental matters, prepping their outside defense counsel, and potentially to appear in court as company material witness. For the cases that I was to potentially appear in court on, all settled prior to me being called in court proceedings.

*NRDAR Groundwater NRD Banking Settlements* – Mr. Andrilenas did NRD valuation related to restoration credits equivalencies to Trustee NRD injury for two innovative NRDAR settlements of Groundwater Natural Resource Damages in New Jersey. Collaborated extensively with Bluefield in-house counsel, the New Jersey Attorney General (Division of Law-Environmental Enforcement Division) and the NJDEP (as plaintiffs), and their inside NJDEP counsels, the NJDEP Office of Natural Resource & Restoration Trustee, respective outside counsels and outside experts, as well as outside counsel for the defendants. Tasks included valuation of NRD liabilities and in-kind services replacement, including the establishment of insurance indemnification for the in-kind services remedy. Worked with several insurance carriers and AON Environmental to establish a first-of-kind indemnity agreement for NRDA settlements. Law Firms: Patton Boggs, Newark, NJ outside counsel for Stepan Chemical; McCarter English, Newark, NJ outside counsel for Bluefield Holdings, & In-house Counsel for Hoffman-Roche

*NRDA & Trade Secrets/Intellectual Property* – Mr. Andrilenas supported a non-disclosure stance taken by his then employer, Bluefield Holdings Inc. drawn into a lawsuit between the State of New Jersey NRD Trustee (as plaintiff) and a NRD defendant company under a Natural Resource Damages case. Bluefield had previously hired the State of New Jersey's expert witness NRD Economist consulting firm on an unrelated matter and possessed a variety of intellectual property and understanding of Trustee methods and practices in the Natural Resource Damages space. The defendant sought through naming Bluefield Holdings as a material witness to discredit the State of New Jersey's expert in their case by exposing this proprietary information. A limited amount of information was shared in testimony by Mr. Andrilenas, in closed session of the court case who was the IP Officer of Bluefield Holdings Inc. under a court protection order. Law Firm: Connell Foley, Roseland, NJ for Bluefield Holdings

*Reservation of Rights Dispute* – While at AIG, Mr. Andrilenas provided expert litigation support for a reservation of rights case involving potential fraud from disclosure dispute as to cleanup costs and purported Natural Resource Damages claims for an upland and sediment cleanup Superfund site. Mr. Andrilenas also served as part of AIG Environmental internal expert litigation consultants' team, because he was a

*Jeff Andrilenas – Curriculum*

professional geologist and because of his long previous record as an expert witness prior to working at AIG. Mostly this involved helping AIG Technical Services, the Claims arm of AIG Environmental in helping them to prepare various coverage counsels on various claims matters. Insurance Carrier: AIG Environmental/AIG Technical Services. Insurance Carrier's Law Firm: Schulte Roth & Zabel LLP NY, NY. Defendant's Law Firm: Perkins Coie, Seattle, WA

## Project Experience – Representative Native American Corporations & Tribal Environmental Consulting Experience

*Navaho Nation, Tuba City, AZ* – Mr. Andrilenas worked on a UST investigation and remediation when he was at SHB-AGRA (nee AGRA Earth & Environmental now Wood/WSP) at the Navaho Public Works/Maintenance facility in Tuba City, AZ, circa 1993-1996.

*Navaho Nation, Tuba City AZ* – Mr. Andrilenas briefly worked and had environmental oversight on the UMPTRCA project circa 1994 when he was the regional environmental manager/Principal for SHB AGRA in Phoenix AZ.  SHB-AGRA's (now Wood/WSP) work was related to geotechnical capping and stabilization design and associated field work. Mr. Andrilenas reviewed health & safety plans and environmental aspects of work scopes as part of his duties.

*Aleut Corporation, Adak Island Naval Base BRAC site* – Mr. Andrilenas led a 27-person due diligence team and carried out the monetization of the environmental cleanup on behalf of the Aleut Corporation, an Alaska Native Corporation, as part of insurance placement. This included management of more than 20 consulting companies who were retained to help create a remediation cost estimate of 65 Superfund sites, 39 landfills, 7 sediment cleanup sites, 450 other petroleum and hazardous waste sites, asbestos and Pb-paint evaluations for multiple Base housing buildings, and over 500 Unexploded Ordnance (UXO) sites. Worked with the native corporation, their outside counsels and the Tribal Council to develop a cost estimate that was used by the Aleut Corporation as the basis for detailed enviro/financial negotiations with the U.S. Navy ($250 million), and the Alaska DEC where the US Government/Navy was the PRP, which also included U.S. Congressional review. Bingham McCutcheon San Francisco, AIG Environmental.

*Jicarilla Apache Oil Wellhead/Oil Field Restoration Studies* – Mr. Andrilenas was retained in 1995 by the American Petroleum Institute (API) & the 4 Corners Independent Oil & Gas Producers Association attorneys to teach insitu remediation technologies including soil vapor extraction, bioventing, air sparging, bioremediation and monitored natural attenuations for prospective use in oil field site well head reclamation. This was an extension of research work that Mr. Andrilenas had been conducting for API at various facilities in New Mexico beginning in 1993. This included a presentation of potential technology application of insitu technologies as a demonstration project to be paid for by API who was seeking permission of the Tribal Elders in Chama, New Mexico.

*Alaska Native Corporations* – Mr. Andrilenas conducted numerous environmental due diligence / application file reviews, phone surveys to full onsite facility audits for AIG Environmental for insurance policy placements and renewals in over 80 Alaska towns and cities between 1999 and 2005. These included many environmental insurance policies for Native Corporation including Arctic Slope, Aleut Corporation, Chugach, Bristol Bay, Sealaska owned facilities, among others ranging from refineries and oil terminals, landfills, wastewater and water facilities, marine shipping facilities, rail facilities, fishing fleet fueling and seafood canning facilities, mines and mining facilities, utility cooperatives, and timber and paper mill facilities.  Mr. Andrilenas conducted the first environmental audit for AIG Environmental as part of a new

12

policy placement for the Alaska Village Electric Cooperative that supplies power to 59 remote Alaska Native villages.

***North Slope Borough*** – Mr. Andrilenas lived and worked in an Inupiat village called Atqasuk on the North Slope of Alaska for 6 months in 1984 (winter-spring-summer months.) This was part of a contract held by RZA (now Wood/WSP) for the entire North Slope Borough. His duties included conducting subsurface investigations with a Nodwell mounted core drilling exploration drill rig (and associated drilling crew) for doing borrow studies of shallow crushable rock and gravel deposits as an engineering geologist. These deposits were needed for the planned buildout of civil works infrastructure including for winter and summer airfields, village medical clinic, maintenance facilities, utility corridors, schools, housing and other structures built on permafrost. Mr. Andrilenas also worked part of that time doing foundation investigations and ad-freeze pile inspections in another Inupiat town called Wainwright, Alaska as part of the same Borough building infrastructure expansions.

## Project Experience – Representative SW US, Arizona, New Mexico and Mexico Environmental Consulting Experience

***Truck Stops of America, Las Cruces New Mexico*** – While Mr. Andrilenas was the North American Principal for Remediation for AGRA Earth & Environmental (now Wood/WSP) in 1993-1997, he was in responsible charge of an innovative insitu biosparging and monitored natural attenuation research site, one of 13 in the US being conducted under the auspices of the American Petroleum Institute as part of their Risk Based Corrective Action studies. This is one of two sites in New Mexico listed below on papers. As part of this National API research project, Mr. Andrilenas was also a senior reviewer of another API research site, i.e. for the design and construction of a VOC bioventing system at Eielson AFB in Fairbanks, AK for Army Corp of Engineers.

***Santa Fe Pipeline Terminal*** – Mr. Andrilenas was in responsible charge of the investigation of a Santa Fe Pipeline Terminal in Arizona as well as other pipeline pumping stations subsurface investigations along the east west pipeline for petroleum and mercury releases impact.

***Sky Harbor Airport, Phoenix, AZ*** – Mr. Andrilenas was in responsible charge of the emergency response of a Jet-A spill at the main fueling area at Sky Harbor Airport for the City of Phoenix, including subsequent subsurface investigation following the spill response.

***Tosco (now Conoco Philips)*** – Mr. Andrilenas was in responsible charge of a large due diligence M&A project including Phase I type due diligence, company file reviews, and subsurface soil and groundwater investigations for 44 Exxon stations in Arizona as part of an acquisition by Tosco. Investigations were carried out using sonic drilling technique, one of the first uses of that drilling technology in Arizona.

***Goodyear Tire & Rubber*** – Mr. Andrilenas was the client manager for 64 Goodyear facilities Phase II site investigations in 5 States including in Arizona while at AGRA Earth & Environmental (now Wood/WSP.)

***Continental Homes*** - Assisted corporate risk managers to develop practical health-based BMPs for Continental Homes (Pulte) in regard to residual pesticide presence on former agrarian parcels.  Conducted several pesticides impacted soil remediation projects in Arizona including source removal, chemical fixation, QA/QC testing programs, and soil mixing.

***FMN Terminal*** - Forensic analysis of product recovery system failure for FMN (the National Mexican

Railroad) at Guadalajara train depot and negotiation of damages settlement between SHB AGRA Mexico and FMN in 1994 for a remediation system failure and replacement with a new remediation system. Other major projects in Mexico included SI, RI/FS investigations of a nylon manufacturing plant for Univex/Hoechst Celanese in Salamanca Mexico, a divestiture RFI equivalent of a phenol plant for Reichhold Chemical, and RI/FS for a GM brake lining plant in Mexico.

## Project Experience – Public Commissions, Industry Associations, & Task Force Participation

Mr. Andrilenas has been an invited guest lecturer for graduate level classes in environmental liability valuation, and environmental remediation at various times including at NJIT, Catholic University, Oregon Graduate Institute, Taiwan Research Institute (ITRI) and Oregon State University.

*Commerce & Industry Association of New Jersey (CIANJ) Environmental Business Council Steering Committee* – Mr. Andrilenas has participated on the Environmental Business Council of New Jersey Steering Committee since 2016 and has been the co-chair, of their Natural Resource Damages (NRD) Section w/ Mr. Lanny Kurzweil, Esq. Partner, Environmental Chair of McCarter English. As part of their duties, Mr. Andrilenas and Mr. Kurzweil provide a lively commentary, on a bi-monthly basis, of updates, new and pending cases, settlements, and practice tips on all things NRD within the Tri-State area for 50-100 attorneys, industry reps, and environmental consultants at the CIANJ Environmental Round Table. Mr. Andrilenas won CIANJ's Environmental Leader Award in April 2024 for his NRD work.

*New Jersey Senate Panel Member on Natural Resource Damages (NRD) Task Force* – Mr. Andrilenas was an invited NJ NRD Task Force Panel member representing the CIANJ's NJ Environmental Business Council tasked with creating new, New Jersey regulations for consideration by the NJ Senate and the NJ Trustee from the NJDEP, the Office of Natural Resource & Restoration (ONRR.) The effort was done following public referendum and subsequent voter passage of a State Constitutional Amendment regarding NRD in 2017. The NRD Task Force was done under the auspices of the NJ State Senate Environmental Committee chair, Senator Robert Smith. Mr. Andrilenas worked on a new rules draft regarding NRD Valuation (for both injury & restoration) with other industry, NJDEP, and NGO panel members as well as on the Legal panel (representing the Environmental Business Counsel in regards to litigation support services.) Prepared industry association memos regarding status/progress of Task Force for membership distribution and updated progress reports for CIANJ leadership submitted to CIANJ's outside counsel, McCarter & English, LLP. The regulatory project was done pro bono and lasted approximately 6 months in 2019.

*NJCLE Programs* – Mr. Andrilenas has been a frequent (five times) invited panelist at the NJ Environmental Bar Association Conferences on NRDAR valuation most recently in June 2024 as well as twice at the NJ Inns of Court. Mr. Andrilenas has been an invited speaker at other NJCLE programs including for the Environmental Bankers Association for Merger & Acquisition Due Diligence and Environmental Liability Valuation, on the financial consequences of PFAS for the Commerce & Industry Association of New Jersey, and for NRD and PFAS for the Environmental & Emerging Contaminants Claims Management Association in 2022. In 2019, he was an invited speaker at USEPA National Brownfield Conference and again in 2023 also at the Brownfield Coalition of New England Sustainable Communities Conference on PFAS.

*Cooperative Natural Resource Damage Assessment (NRDA) Program (CAP)* – Mr. Andrilenas represented AIG and the Insurance Industry from 2001 to 2005 on the National Cooperative Assessment Project (CAP) sponsored by NOAA, which involved a variety of major industry stakeholders (Chevron, GM, DuPont, Shell, Alcoa, AIG, etc.) and several NRD Trustee agencies including six State Trustees (including Mr. John Sacco of the ONRR NJDEP/NJ), NOAA, U.S. Fish & Wildlife, U.S. Department of Agriculture (U.S. Forestry Service), U.S. Department of Defense, U.S. Department of the Treasury (U.S. Coast Guard), and the USEPA (which attended but was not a Trustee), as well as numerous Tribal Trustees from around the U.S. The "CAP" group was the stakeholder group that formulated guidelines and Best Management Practices for what is now

*Jeff Andrilenas – Curriculum*

known as Cooperative Natural Resource Damages Assessment (NRDA) in NRD assessments of injury. https://www.researchgate.net/publication/242551027_CAP_Stakeholder_Work_Group_Members

*Washington State Governor's Panel for Area-wide Lead & Arsenic in Soil* – Mr. Andrilenas, while at AIG, represented the insurance industry from 2001-2003 on the Washington State Governor's Stakeholder Panel for Area-wide Lead & Arsenic in Soil. The panel was convened by three State Agencies (Department of Economic Development, Department of Agriculture, Department of Ecology) as a public, state and industry body to examine the long-term effects and consequences of smelter air emissions and orchard pesticides use on Washington State soils, surface water, and groundwater resources.

*Taiwan Research Institute (ITRI)* – Mr. Andrilenas was hired under a part-time, two-year duration World Bank contract while he was employed full-time by AGRA Earth & Environmental (now WSP) circa 1993-1996, to teach US environmental methods for investigation and remediation to the Geological Unit of the Taiwan Research Institute ((ITRI.) ITRI, at the time was the environmental advisors to the Republic of China's EPA.  The contract required Mr. Andrilenas to teach classes on Environmental Remediation and Environmental Investigations in Taiwan at ITRI for two weeks out of every eight weeks over a two-year period. During that two-year time period, Mr. Andrilenas was one of two Principals attached to the AGRA Taipei office and did other projects as well including similarly teaching environmental methods to the Chinese Petroleum Company (CPC.) As part of this work, Mr. Andrilenas assisted ITRI in their designing and building the first insitu bioremediation project in the Republic of China at the CPC Kaohsiung Refinery.

*Association of American Standards & Testing Methods (ASTM)* – Mr. Andrilenas has participated on 4 ASTM Committees and is a voting member for 8 years (since 2016) for environmental standards that promulgate testing standards, guides, and methods for the ASTM E50-04 Committee on Environmental Assessment & Remediation, and the ASTM E50-05 Environmental Corporate Risk Management Committee both of which promulgate guides and standards related to NRD. Mr Andrilenas has served on three of six ASTM's PFAS Standing Committees including for the Sampling & Analytical Methods (E50-04-P02) the PFAS Committee for PFAS Conceptual Site Models (E50-04-P03), and the newly formed 2025 Remedial Investigations & Remediation (E50-04-P06) since their inception as standing committees circa 2018.

*Other Professional Associations* – Mr. Andrilenas is a member of the Mid-Atlantic/New Jersey Chapter for the Society of Ecological Restoration (SER), Association of Environmental & Engineering Geologists (AEG), National Groundwater Association (NGWA), Geological Society of America (GSA), Society of Environmental Toxicology & Chemistry (SETAC), American Chemistry Association (ACA), an Associate Member of the Licensed Site Remediation Practitioner Association, and an Associate Member of the Chemistry Council of New Jersey (CCNJ.) In that latter organization, Mr. Andrilenas won an award for his NRD practice as the 2011 Associate Member of the Year while he was associated with Bluefield Holdings.

## ELECTED INVITED PANEL AND SPEAKING ENGAGEMENTS

- **Restoration Playbook for two major East Coast River Watersheds Impacted by PFAS,** East Coast NOAA Restoration Group and NOAA DAARP Leadership, NOAA Headquarters Briefing, February 28, 2025

- **Aerial Deposition of PFAS Conceptual Site Model from Chemical Manufacturing Plants**, Association of Environmental & Engineering Geologists (AEG) New York/Philadelphia Chapter, February 2024

- **Emerging Environmental Issues for Companies: Valuation of Environmental Risk & the "E" in ESG,** Environmental Liability Panel Member, Lowenstein Sandler LLP, CLE Master Class, November 2023

- **How to Quantify, Manage, and Remediate Contaminants of Emerging Concern (CECs) on a Brownfield Site**, Panel Speaker, Brownfield Coalition of the Northeast (BCONE), Northeast Sustainable Communities Workshop, September 2023

- **State of Current Practice for NRD Injury & Restoration Valuation**, NJCLE/NJ Bar Association Environmental Law Forum, June 2023

- **The Impact of PFAS Regulation on Business**, Remediation & Laboratory Panel, Commerce & Industry Association of NJ (CIANJ), June 2023

- **The Tip of the PFAS Iceberg:  What's to Come & Who's Going to Pay?**", Water Asset Management Association, May 2022

- "**PFAS:  Who's Going to Pay**" Panel Member, EECMA Spring Conference, April 2022.

- "**PFAS:  The Tip of the Iceberg – What's to Come and Who's Going to Pay**", The Water Asset Management Association, May 2021.

- **New ASTM Standards for the Disclosure of Environmental Liabilities in M&A Transactions**", Environmental Bankers Association National Conference, June 2019

- "**Natural Resource Damages Valuation and Financial Liability Monetization**", New Jersey Bar Association, NJCLE/NJ – Insurance Section, March 2019.

- **Natural Resource Damages Valuation,** The Stewart G. Pollock Environmental American Inn of Court, New Jersey, February 2019

- **New ASTM Standards for Valuations and Disclosure of Environmental Liabilities**: National Association of Regulatory Utility Commissioners (NARUC), Philadelphia, PA, October 2018

- "**Game Changer - How Accounting Changes to Environmental Reporting Will Impact Your Bottom Line!",** Panel member, Commerce & Industry Association of New Jersey Financial Roundtable, April 2018.

- "**Environmental Liability Valuation and Disclosure - The Convergence of ASTM and GAAP**" – Invited panelist, Gibbons Environmental Partners Annual Meeting, November 2017.

- "**Environmental Liability Valuation**", Guest Lecturer for Graduate Environmental Engineering Class on Environmental Problem Solving, New Jersey Institute of Technology, Spring 2017

- "**Environmental Liability Valuation**", Guest Lecturer for Graduate Environmental Engineering Class, Catholic University, Washington DC, Spring 2016

- "**Private Equity Investment in Brownfield Real Estate Development**", USEPA National Brownfields Association Annual Conference, Chicago, Illinois, 2016.

- **Transaction Solutions: Tools to Help Close a Deal: Decision Making & Valuation in Insurance Transactions" for** AON Risk Solutions at O'Melveny & Myers LLP Mergers & Acquisions Annual Partner Meeting, New York, New York, May 2014.

- "**NRD Banking**", Annual NRD Symposium, Ad-Hoc Industry Natural Resource Management Group, Fairfax, VA, 2011.

- "**NRD Banking – Rain Harvest Bank**", NJ Bar Association, Environmental Section Meeting, 2008

- "**NRD Asset Banking**", United States Air Force – Air Combat Command Headquarters, Environmental Managers, 2006.

- "**Financial Implications of NRD Settlements"**, NOAA DARP Regional Managers, NOAA Headquarters, Silver Springs, Maryland, Fall 2005.

*Jeff Andrilenas – Curriculum*

- **"Contaminated Sediments: An Overview for Technical and Financial Managers"**, AIGTS & AIG Environmental, New York, New York, Spring 2005.

## AWARDS AND RECOGNITION

- 2024 – Environmental Leader, Commerce & Industry Association of New Jersey (CIANJ)
- 2011-2012 – Chemistry Council of New Jersey (CCNJ), Associate Member of the Year
- 2004 – AIG Consultants Environmental Management Division Innovative Projects Award for Lower Duwamish Habitat Corridor Project
- 2004 – AIG Environmental Service Award for Sediment Brown Bag Lunch Lecture Series
- 2003 – AIG Environmental Service Award for Milltown Reservoir CCC/PLL Finite Insurance Program
- 2002 – AIG Environmental Service Award for Fox Avenue Property CCC/PLL Finite Insurance Program
- 2002 – Distinguished Service Award, AIG Consultants (Worldwide recognition)

*Jeff Andrilenas – Curriculum*

---

<span style="color:green">Reports & Publications</span>

Mr. Andrilenas has written, published and presented 8 papers on NRDAR strategy, metrics and monetization, including 3 in 2024, that all deal with PFAS. In addition, two of Mr. Andrilenas's remediation papers were for innovative environmental remediation at sites in New Mexico. Four of Mr. Andrilenas's 22 publications have dealt with groundwater NRD, the earliest of which dates back over 17 years ago. Mr. Andrilenas is sought after presenter at conferences having presented on NRD subjects at 6 legal conferences in the past decade, as well as over a dozen conferences on PFAS to a wide variety of governmental, legal, professional and business stakeholders. In 2024, due to his work in NRDAR, Mr. Andrilenas was a winner of the "Environmental Leader" award from the Environmental Business Council of New Jersey.

1. Andrilenas, J (TBLS), Breen, F (TBLS)., Deshler, T. (TBLS), and Holthaus M (WSP).: "**Restoration for Resiliency, Habitat, Replacement Resources and Restoration Project Valuation for PFAS Air Emissions Impacted Watershed**    Battelle's Pacific Northwest National Laboratory, RemPlex 2025 Global Summit on Environmental Remediation, PFAS Progress: Evolving Science, Policy, and Solutions Section, November 2025.

2. Andrilenas, J., Breen, F., Deshler, T. and F. Schlosstein: "**Evaluating and Enhancing a Groundwater Resource Equivalency Analysis (REA) Methodology for Groundwater Natural Resource Damages**", National Groundwater Association: Groundwater Week Conference, Las Vegas, Nevada, December 10, 2024.

3. Andrilenas, J., Breen, F., Deshler, T. and F. Schlosstein: "**Landscape NRD Restoration Approach for A Primary Chemical Plant Air Emissions Site & area-wide PFAS-affected Watershed**", Society for Ecological Restoration: Society for Ecological Restoration North American Conference 2024, Vancouver, British Columbia, October 31, 2024.

4. Andrilenas, J., Breen, F., and Speyer, S. "**Developing Multimedia Conceptual Site Models Resulting from PFAS Air Emissions as Part of Natural Resource Damages Injury Assessment and Restoration**", National Groundwater Association: Groundwater in the PFAS Era: Stressors, Protection, and Compliance Conference, Tucson Arizona, April 2024.

5. Andrilenas, J., Breen, F, and Albert Telsey, "**Use of a Calibrated Cost Model in the Remediation of a PFAS Impacted Residential Aquifer**", Peer-reviewed & published in National Groundwater Association: From Groundwater to Tap Water Conference, Westerville Ohio, 2022.

6. Andrilenas, J., Drossos, C., Schlosstein, F., and Furry, K., "**Reserve Reporting in 10-Ks in the Utility, Energy and Industrial Sectors: The Evolution of Environmental Liability Reporting**", Sept 24 edition of the Mazars Ledger magazine, 2019.

7. Andrilenas, J, and Devilliers, J, "**The Game-Changing Impacts of Revised and New ASTM Standards for Environmental Liability Valuation, Recognition and Disclosure**", The Business Advisor/Gibbons Law, Summer 2018.

18

8. Andrilenas, J. and Schlosstein, F., **"Pitfalls & Knowledge that can make or break a Deal"**, March 3 edition of the ACG Middle Market Growth Magazine on Energy, 2014.

9. Andrilenas, J. and Severn, S, "**Systems & Methods of Hardscape Water Collection**", US Patent Application, 2010.

10. Andrilenas, J., Severn, S., and Lockert, S., "**Valuing Environmental Credits**", US Patent Application, 2009.

11. Frank Impagliazzo, John A. Miller, Anthony J. Rana, David A. Richardson, Joseph A. Ricker, Vincent Uhl, James M. Doesburg, Sandy Wiggins, Jeff Andrilenas, Bradley Campbell, and Thomas J. Campbell. "**Feasibility Study for Rain Harvesting Systems**", 2008. Report for NJDEP Trustee on behalf of Bluefield Holdings Inc. Peer-reviewed by NJDEP Science Advisory Board.

12. Campbell, Bradley, et. al. edited by J. Andrilenas, "**Analytical Basis for the Evaluation of Rainwater Harvesting as a Form of Natural Resource Restoration**", 2007. Report for NJDEP Trustee on behalf of Bluefield Holdings. Peer-reviewed by NJDEP Science Advisory Board.

13. Andrilenas, J., and Lockert, S., "**Restoration-based NRD Settlements: The Need for Resource Banking**", published in State Bar of Georgia Environmental Law Section, Spring 2005.

14. McPherson, J., J.S. Andrilenas, KV Lew, F. Schelby, "**Bioattenuation of a BTEX Plume**", Published in: Proceedings of the 2nd International Environmental Geotechnics Symposium, Osaka, Japan, 1996. (*New Mexico site*.)

15. Esler, C.E., RS Miller, J.S. Andrilenas, **"A Case Study of Horizontal Wells Remediating a Mixed Solvent and Gasoline Plume"**, in Proceedings of American Engineering Geologists National Convention, Portland, Oregon, 1995.

16. DeSantis, P., Esler, C.E., Miller, S., Lew, KV, and J.S. Andrilenas, "**Soil Vapor Extraction/Groundwater High-Vacuum Pump & Treat Using Nested, Horizontal Wells**", Peer-reviewed & published in Proceedings of National ASCE Hazardous Waste Conference, 1995.

17. Saberiyan, A., J.S. Andrilenas, R. Moore, A. Pruess, "**Development of a Bench Scale Biotreatability Study Protocol to Evaluate the Practicality of Bioremediation of Impacted Soil**", in Proceedings of Battelle's Third International Symposium on Bioremediation, 1995. Peer-reviewed & published in/Reprinted in Battelle Press edition of Monitoring and Verification of Bioremediation, pp. 185-191, 1995 (Hinchee et al., Ed.).

18. Saberiyan, A., RS Miller, C. Vine, P. DeSantis, J.S. Andrilenas, C.E. Esler, "**Removal of Gasoline Volatile Organic Compounds via Air Biofiltration: A cost-effective Technique for Treating Secondary Emissions (full-scale unit)**", Peer-reviewed & published in Proceedings of Battelle's Third International Symposium on Bioremediation, 1995. Reprinted in Battelle Press edition of Biological Unit Processes for Hazardous Waste Treatment, pp. 265-270, 1995 (Hinchee, et al., Ed.).

19. Andrilenas, J.S., J. McPherson, F. Schelby, 1994, "**The Use of Attenuation Modeling in Corrective Action Planning**", in Proc. of 1994 Southwest & Rocky Mountain States Air-Waste Conference. (*New Mexico Site*.)

20. Saberiyan, A.G., Wilson, M.A., Roe, E.O., Andrilenas, J.S., et al, 1993, "**Removal of VOCs via air-Biofiltration: A technique for treating secondary air emissions from vapor extraction and air- stripping systems**", Peer-reviewed & published in Proceedings of Battelle's Second International Symposium on

19

Bioremediation. Reprinted in Lewis Publishers edition of Hydrocarbon Bioremediation, 1994 (Hinchee et al., Ed.).

21. Wilson, M.A., Saberiyan, A.G., Andrilenas, J.S., et al., 1993, **"Bioremediation of waste-oil contaminated gravels via slurry reactor technology"**, Peer-reviewed & published in Proceedings of Battelle's Second International Symposium on Bioremediation. Reprinted in Lewis Publishers edition of Hydrocarbon Bioremediation, 1994 (Hinchee et al., Ed.).

22. Kuiper, J., J.S. Andrilenas, S. Hooton, 1993, **"In-Situ biosparging in clayey silts and sands as a method of removing volatile organic compounds"**, Peer-reviewed & published in Proceedings of NWWA Seventh Annual Outdoor Action Conference, Las Vegas, NV.

23. Ware, C., Andrilenas, J.S., et al., 1993, **"Structurally controlled plume migration determination utilizing seismic refraction"**, Peer-reviewed & published in Proceedings of NWWA Seventh Annual Outdoor Action Conference, Las Vegas, NV.



*Frank Breen, P.G. Curriculum Vitae*

# FRANK BREEN, P.G.

FBREEN@THETBLSGROUP.COM

973.750.1500

WWW.THETBLSGROUP.COM

## Education

- MSc, Contaminant Hydrogeology, University of Waterloo, Ontario, Canada, 1992
- BSc, Geology, Lake Superior State University, 1986

## Areas of Specialization

- Conceptual Site Development – Contaminant Fate and Transport
- Multi-media Fate and Transport Modeling and Risk Evaluations
- Site Remediation & Redevelopment
- Litigation Support / Subject Matter Expert
- Contaminated site assessment
- Site Remediation & Redevelopment
- 3D GIS Modeling and Visualization
- Environmental Permitting and Compliance
- Permitting / Product Management

## Certifications

- Registered Prof. Geologist, Indiana #1988
- Registered Prof. Geologist, Texas #10786
- Registered Prof. Geologist, Louisiana #1378
- Iowa Groundwater Professional #1875
- Professional Geologist, Association of State Board of Geologists

## Work History

- Contaminant Hydrogeology Specialist, The TBLS Group, 2015 - present
- Hydrogeologist / Owner Breen GeoScience, Inc. 1998 - present
- Adjunct Professor, Lake Superior State University , 2004 - 2016
- Hydrogeologist / Geochemist Environmental Resources Management, Inc. 1996 - 1998
- Hydrogeology / Operations Manager, Terracon Environmental, 1995 - 1996
- Hydrogeologist, Woodward Clyde Consultants, Inc. 1992 - 1995
- Consulting Hydrogeologist, Waterloo Geoscience Consultants, Inc., 1989 - 1992
- Research Assistant, Waterloo Centre for Groundwater Research, University of Waterloo, 1989 - 1992
- Consulting Hydrogeologist, Fishbeck, Thompson, Car & Huber 1988 - 1989
- Geologist, Keck Consulting Services, Inc. 1986 - 1988



*Frank Breen, P.G. Curriculum Vitae*

## SUMMARY OF EXPERIENCE

Mr. Breen is a contaminant hydrogeologist with over 35 years of professional experience, 25 years in private practice with Breen GeoScience, Inc, and 7 years as the lead hydrogeologist and contaminant specialist with the TBLS Environmental Advisory Team.

Mr. Breen recently completed a three-dimensional (3D) conceptual site model for a confidential township adjacent to a former chemical plant evaluating the multi-media fate and transport of per- and polyfluoroalkyl substances (PFAS). The former plant is a major PFAS manufacturing facility with a 50-square mile air emission plume which has impacted both regional soil, surface waters, and groundwater. The conceptual model took into account the migration of PFAS related chemicals in the air, soils, and shallow and deep groundwater systems. Mr. Breen also developed a groundwater flow model to evaluate the remediation of the shallow groundwater system which indicated the potential for significant chemical injury to groundwater, surface water, and soils potentially in excess of 350 years. This model will be used to develop and cost suitable NRD restoration plans.

Mr. Breen also co-authored two, peer-reviewed, technical conference papers with Mr. Andrilenas of the TBLS group for the National Groundwater Association National PFAS Conference entitled *"Use of a Calibrated Cost Model in the Remediation of a PFAS Impacted Residential Aquifer" in 2022* and another entitled *Developing Multimedia Conceptual Site Models Resulting from PFAS Air Emissions as part of the Natural Resource Damages Injury and Restoration (2024).*

Mr. Breen has a wide range of experience in the energy, chemical industry, mining, and manufacturing industries within RCRA, CERCLA, State Voluntary Action and Canadian Provincial Brownfield Programs. Mr. Breen is a licensed professional geoscientist in Indiana, Texas, Louisiana, and is a Certified Groundwater Professional in Iowa. Mr. Breen has conducted a number of federal and state investigation and remediation projects under State Regulatory Programs in Wisconsin, Indiana, Michigan, Texas, Kansas, Illinois, Ohio, and Pennsylvania, New Jersey, Iowa, North Carolina, and California as well as CERCLA and RCRA sites in Regions 2, 3, 4, 5, 6, and 7. Since beginning private practice in 1998, Mr. Breen has conducted hydrogeologic assessments, remedial designs, and groundwater flow and transport models for remediation, water supply, and risk assessments for a number of clients including: BP Oil, Chevron, Exxon Mobile, Koch Industries, Flint Hills Resources, Koch Nitrogen, CNH America, Organics LaGrange, and Fermilab National Accelerator Laboratory.

While in private practice, Mr. Breen developed a groundwater bioremediation remedy for a former pharmaceutical plant incorporating source removal coupled with risk-based groundwater transport modeling. Source remediation was effective in reducing 1, 2-DCA concentration from 400 ug/L to less than the regulatory levels within 4 months with a $500K reduction in overall remediation costs.

Mr. Breen has also been involved with natural resource litigations and insurance claim cases for AIG and Zurich America related to upstream oil and gas production in the US southeastern gulf region as well as



*Frank Breen, P.G. Curriculum Vitae*

additional cases related pipeline releases for a major pipeline company. Mr. Breen has also conducted natural resource damage assessment for Zurich America in the north central US related to a large refining complex as well as for a 500-acre refining complex in western Texas for Chevron. As a remediation and risk expert, Mr. Breen has become accomplished in allocations, evaluating and quantifying environmental risk and evaluating potential environmental liabilities and post closure reserves.

As a subject matter expert, Mr. Breen has conducted third party reviews of environmental remediation systems and liabilities and has assisted clients in developing adequate reserves for addressing future environmental risks.

- Collaborated with TBLS NRD experts, to develop a novel Resource Equivalency Analysis (REA) Methodology for soil, groundwater and drinking water injured resources using 3-D GIS database and Modflow modeling approach for use in Groundwater NRD litigation cases.

- Developed, with other TBLS expert, an innovative 3-D GIS database and groundwater modeling approach for predicting contaminant flow and PFAS contaminant remediation, peer reviewed and presented at National Groundwater Association PFAS conference. (June 2022).

- Developed groundwater flow, chemical transport, geochemical equilibrium, and risked based numerical and analytical models for federal and state regulated sites in both the US and Canada.

- Developing multi-media fate and transport models for organic and inorganic constituents including PFAS related chemicals in air, soils, and groundwater.

- Provided litigation support for upstream and midstream oil and gas facilities, reducing settlement costs by over 50%

- Developed innovative groundwater remediation systems utilizing bioremediation and phytoremediation resulting in a reduced remediation cost of over $100M further resulting in redevelopment of the site to industrial use.

- Developed a remedial approach for a superfund site in Texas which reduced remediation costs by $150M and allowed site redevelopment.

- Developed a remedial approach for sequestration of radium in low pH groundwater.

- Assessed the capture zone and radionuclide production for a deep tunnel at a national laboratory.



*Frank Breen, P.G. Curriculum Vitae*

- Constructed subsurface visualizations of geology, groundwater flow, and chemical transport video presentations for litigation support and remedial strategy development.

- Developed project management solutions for small to mid-sized consulting firms, and developed a web-based project management system for managing projects with technically and geographically diverse project teams.

- Adjunct professor teaching university level courses in environmental science, geology, hydrogeology, and geochemistry.

- Developed and taught a university level course in project management in the Department of Business, Economics, and Legal Studies.

## PROFESSIONAL EXPERIENCE

| | |
|---|---|
| March 2015 – Present | Hydrogeologist and Contaminant Specialist, The TBLS Group |
| April 1998 - Present | Principal / Hydrogeologist, Breen GeoScience Management, Inc. |
| Jan. 2004 – June 2016 | Adjunct Professor, Lake Superior State University |
| May 1997 | Hydrogeologist / Geochemist / Project Manager, Environmental Resources Management, North-Central, Inc., Vernon Hills, Illinois |
| March 1996 | Hydrogeologist / Operations Manager / Project Manager, Terracon Environmental, Inc., Naperville, Illinois |
| June 1994 | Hydrogeologist / Project Manager, Woodward Clyde Consultants, Inc., Niagara Falls, New York |
| June 1992 | Hydrogeologist, Woodward Clyde Consultants, Inc. Chicago, Illinois |
| Sept. 1989 | Consulting Hydrogeologist, Waterloo Geoscience Consultants, Inc., Waterloo, Ontario, Canada |
| Sept. 1989 | Research Assistant, Waterloo Center for Groundwater Research, University of Waterloo, Waterloo, Ontario, Canada |
| Sept. 1988 | Consulting Hydrogeologist / Project Manager, Fishbeck, Thompson, Car, & Huber, Ada, Michigan |
| June 1986 | Geologist / Drilling Services Manager, Keck Consulting Services, Inc., Williamston, Michigan. |



*Frank Breen, P.G. Curriculum Vitae*

## Current Positions

*The TBLS Group, LLC*

**2015 – Present – Mr. Breen, Lead Hydrogeologist for TBLS Environmental Advisory Services**, has a wide range of experience in the energy, chemical, mining, and manufacturing industries within RCRA, CERCLA, State Voluntary Action and Canadian Provincial Brownfield Programs.

As the lead hydrogeologist with TBLS, Mr. Breen has developed complex 3D GIS and geostatistical models in order to construct effective multi-media conceptual and numerical chemical fate and transport models for understanding and quantifying human health and ecological risk and remedy costs for chemical pollution impacts. Mr. Breen is also working to develop a regional groundwater / watershed model as part of an NRD case to develop suitable and effective restoration plans to remove chemical constituents of concern from the watershed, soils, surface water, and groundwater and to aid in conducting risk assessments.

*Breen GeoScience, Inc.*

**April 1998 – Present, Hydrogeologist / Owner Breen GeoScience, Inc.,** Mr. Breen assists clients in developing effective technical and project management solutions to dealing with sites involving remediation, risk, fate and transport modeling, and water supply. Mr. Breen also works in a peer review capacity for a number of large industrial clients provided recommendation and review of consultants work at their facilities. Mr. Breen also provided litigation support and opinions for environmental cases.

## Adjunct Professor

*Department of Geology and Environmental Science*

As an Adjunct Professor in the geology and environmental chemistry, Mr. Breen has taught introductory and lab courses in environmental chemistry. Mr. Breen also taught an introductory course in geology as well as an advanced course in hydrogeology and hydrogeologic modeling, geo-environmental systems, geochemistry, and geomorphology.

*Department of Business, Economics, and Legal Studies*

Mr. Breen developed a course entitled "Introduction to Project Management" aimed at introducing students at the undergraduate level to the fundamental concepts of project management. The course also helps students to develop proficiency with the application of MS Project to developing project costs and schedules as well as developing effective project plans and evaluating project risk.



*Frank Breen, P.G. Curriculum Vitae*

## Contaminant Hydrogeologist Past Positions

**Environmental Resources Management, Inc. 1997 – April 1999**

Mr. Breen was responsible for technical review and consulting as well as client development and project management.

Mr. Breen also conducted a number of federal and state investigation and remediation projects under State Regulatory Programs in Wisconsin, Indiana, Michigan, Texas, Kansas, Illinois, Ohio, and Pennsylvania, as well as CERCLA and RCRA sites in Region 5 and Region 3.

**Terracon January 1996 – January 1997**

Mr. Breen was responsible for operation management for the environmental branch of Terracon in the Chicago area. He was also responsible for technical oversight and review of all environmental projects within the operation as well as technical and project management oversight.

**Woodward Clyde Consultants June 1992 – January 1996**

Mr. Breen acted as a regional technical resource for projects conducted in the central and eastern United States including numerous Superfund and RCRA sites. He provided technical expertise in groundwater flow and chemical fate and transport modeling in support of remediation and risk assessments.

**Waterloo GeoScience December 1989 – June 1992**

Mr. Breen worked as a consultant with Waterloo GeoScience while completing his graduate work. His responsibilities including oversight of field work including sampling and aquifer testing for regional watershed studies, geologic mapping, geostatistical analysis, groundwater flow and chemical transport modeling, and task management.

**Waterloo Centre for Groundwater Research September 1989 – June 1992**

Mr. Breen was a research assistant during his tenure at the University of Waterloo. His primary responsibility involved conducting research on the mobility and persistence of the herbicides Diclofop-methyl, Mecoprop, and Atrazine in aerobic groundwater. Mr. Breen conducted natural gradient injection tests at Canadian Airforces Base Borden as part of his research of his master's degree in Hydrogeology at Waterloo and developed analytical methods for analyzing groundwater samples for selected herbicides using high pressure liquid chromatography (HPLC).

**Keck Consulting Services, Inc. June 1986 – September 1989**

Project geologist responsible for managing drilling investigations, aquifer testing, sampling, and project management.



*Frank Breen, P.G. Curriculum Vitae*

## PROJECT EXPERIENCE
### Litigation Support

*Legacy Oil Field Litigation, Louisiana*

Since 2005, Mr. Breen has been involved in multiple litigations working with defendants on cases involving alleged impacts to soils and groundwater from legacy oil field activities as well as impacts to regional water supplies from commercial, refining, terminals, and oil field operations. These projects have involved assessment of dissolved volatile gasoline constituents, free phase hydrocarbons, and brines in Louisiana. A number of these litigations are currently ongoing.

- Evelyn L. Abshire, et al. v. BP Corporation North America, et al; Parish of Acadia, LA
- James Dale Ancelet, et al. v. Great Southern Oil & Gas Inc., et al; Parish of Acadia, LA
- Fernen Louis Andrepont, et al. v. Chevron U.S.A. Inc., et al.; Parish of Acadia, LA
- Michael J. Broussard, et al. v. Texaco Exploration and Production, Inc., et al.; Parish of Vermillion, LA
- Vincent Charles Bundrick, et al. v. Anadarko Petroleum Corp., et al.; Parish of St. Martin, LA
- Jack Anthony Devillier, et al. v. BP America Production Co., et al.; Parish of St. Landry, LA
- Joseph DuPont, et al. v. Mobil Oil E&P Southeast Inc., et al.; Parish of Iberville
- Barbara Houssiere, et al. v. Great Southern Oil and Gas Co., Inc. et al.; Parish of New Iberia, LA
- Anna M. Proctor, et al. v. BP America Production Company et al.; Parish of St. Martin, LA
- Clyde Reese, et al. v. Carl Oil and Gas Co. et al.; Parish of Acadia, LA
- John A. Rogers, et al. v. Great Southern Oil and Gas Co., et al.; Parish of Vermillion, LA

*Municipal Well Impact, Orange County, CA*

Mr. Breen provided litigation support for Project Navigator, Ltd. for an industrial client in Orange County, CA in a case involving alleged impacts of chlorinated solvents to a municipal supply well. Mr. Breen's primary role was to provide technical review of the hydrogeology in the area of the well, evaluate the impact of well construction on the well in question as well as surrounding water supply wells, assess the potential for cross contamination between multiple aquifers, and provide support for preparing 3D visualization exhibits.

*MtBE Regional Impacts, Rockland County, NY*

Methyl-Tertiay Butyl Ether (MtBE) Products Liability Litigation, United Water New York, Rockland County NY



*Frank Breen, P.G. Curriculum Vitae*

Mr. Breen provided expert support for a multi-district litigation dealing with the alleged impacts of MtBE on regional groundwater supplies from multiple gas stations. The plaintiff attempted to model the municipal supply well capture zones under steady state pumping conditions resulting the potential capture area. With this methodology, the plaintiff's expert concluded that multiple alleged sources of MtBE from the defendants' locations will cause an unacceptable risk to the water supply in Rockland County, NY.

Mr. Breen had a short period of time to evaluate the plaintiff experts modelling and analysis and developed a more realistic assessment of regional groundwater flow and the formation of capture zones from multiple municipal wells in the county. Mr. Breen's analysis and conclusions resulted in a favorable ruling for the defendants.

### Expert Analysis and Report Preparation Rialto-Colton Basin, CA

Mr. Breen was retained to prepare an expert opinion regarding the potential for the migration of perchlorate and trichloroethylene through the thick vadose zone in the Rialto-Colton Basin, Rialto, CA.

Mr. Breen determined that the regional perchlorate plume was formed from two separate release events which did not occur as a result of current operations. Processes and water usage were evaluated for the site of interest as well as surrounding sites to determine if water usage on the defendant's property could have resulted or contributed to the current perchlorate plume configuration. Water balance analysis coupled with vadose zone and groundwater migration calculations indicated that water usage on the defendant's property was insufficient to cause impacts to the deep aquifer system. Analysis of water usage at nearby properties did indicate a higher potential for plume formation. The final report was used in negotiating a settlement for remediation.

### Angelina Farms,  Louisiana

Technical support in litigation involved:

- addressing oil field activity impacts to agricultural production wells

- geochemical evaluation of chloride, iodide, and bromide ratios for finger-printing brine sources

- regional aquifer analysis and evaluation of high-capacity agricultural production wells

- support to oil company for litigation regarding impacts to agricultural rice farms of oil field brines

Mr. Breen provided technical support for litigation against oil companies for alleged impacts of oil field brine to high-capacity agricultural wells at a rice plantation in Louisiana. Mr. Breen critiqued plaintiff claims of oil field brine impact based on bromide/iodide and chloride/iodide geochemical ratios of groundwater samples. Mr. Breen also conducted an evaluation of the regional impacts of induced vertical migration resulting from high-capacity groundwater production wells.



*Frank Breen, P.G. Curriculum Vitae*

**Project Experience – Superfund Site RI, Risk Assessment, and Remedy Development**

*TexTin Superfund Site, Texas City, Texas (USEPA Region 6)*

The Tex Tin Site was a former 140-acre tin and copper smelter which was placed on the National Priorities List of contaminated sites in 1998. Technical information obtained following the signing of the Record of Decision (ROD) for the site supported the selection of a new site wide remedy. Mr. Breen developed a regional groundwater flow model to evaluate an alternative remedy for Operable Unit No. 1. The groundwater flow model was developed to evaluate the potential off-site migration of low pH groundwater containing elevated levels of lead, arsenic, and cyanide. In addition, a vertical dilution model was developed to identify areas of potential leaching, which exceeded the Remedial Action Cleanup Levels (RACLs). Mr. Breen was responsible for the evaluation of new and historic information, model development, evaluation of potential remedial options, and presentations to USEPA and the Texas Natural Resource Conservation Commission (TNRCC); now the Texas Commission on Environmental Quality (TCEQ), and played an active role in negotiating the final revised remedy with USEPA and TCEQ. As part of this project, Mr. Breen conducted over 12 hours of technical presentations to the PRP group as well as USEPA and TCEQ. Mr. Breen's modeling work resulted in a reduction in the amount of soil requiring stabilization (i.e., 800,000 cubic yards to 1,200 cubic yards), which realized a reduction in remediation costs of approximately 30 million.

Working as part of a multi-disciplinary project team and in conjunction with stakeholders, the Tex Tin Superfund Site was awarded EPA's First Excellence in Site Reuse award recognizing the successful redevelopment of the Tex Tin Site in ways that are beneficial to the community and compatible with the cleanup. Site redevelopment began in 2015.

Mr. Breen also developed an insitu approach for sequestering radium (Ra$^{226}$ and Ra$^{228}$) in low pH groundwater using carbonate and iron sulfate minerals. This approach proved to be effective in laboratory batch and column testing and is currently considered as a viable option for pilot testing. In addition, Mr. Breen is working as part of the Tex Tin project team to evaluate the natural attenuation of radium and other radionuclides using USEPA's guidance on "Monitored Natural Attenuation of Inorganic Contaminants in Groundwater – Assessment for Radionuclided". This work is currently ongoing.

*Malone Superfund Site, Texas City, TX (USEPA Region 6)*

Mr. Breen worked with Project Navigator Ltd. developed a groundwater model on behalf of the Malone Cooperating Parties for the Malone Service Company Superfund Site in Texas City Texas. Mr. Breen developed a groundwater model in order to optimize the dewatering of a former sludge lagoon as part of the Remedial Action involving the design of 30-acre RCRA Landfill containing approximately 200,000 cubic yards of solidified hydrocarbon impacted soils and 285,000 cubic yards of solidified hydrocarbon-based sludge.



*Frank Breen, P.G. Curriculum Vitae*

### Streamlined Risk Evaluation (USEPA Region 5)

The Stickney / Tyler and Dura Landfill Superfund Sites are industrial landfills in Toledo Ohio operated by the City of Toledo and are currently inactive. These landfills are located along the Ottawa River which flows between the sites and empties into Lake Erie. Operation of the landfills resulted in significant degradation of the Ottawa River and represented a significant risk to human health and the environment.

Mr. Breen worked as part of a multi-disciplinary team to conduct a Streamline Risk Evaluation (SRE) in order to achieve a qualitative evaluation of the risks. The SRE involved:

- development of a site conceptual model (SCM)

- evaluating supporting sampling data

- establishing chemicals of concern (COCs)

- screening exposure pathways

As part of his evaluation, Mr. Breen develop three-dimensional groundwater flow models for each Site in order to calculate the loading of COC's present in landfill leachate to the river as part of the pathway analysis for the quantitative risk assessment. In addition, Mr. Breen used the groundwater models to assist in the design of a landfill cap to address future leachate discharge to the river. The results of his analysis indicated that capping of the landfills was an effective remedial measure that would result in the reduction of leachate within 5 years of cap completion and was protective of human health and the environment.

### Muskegon Chemical Superfund Site, Whitehall, Michigan. (USEPA Region 5)

Mr. Breen worked with Koch Industries (Koch) to develop a closure strategy for the Muskegon Chemical Superfund Site in Whitehall, Michigan. Historically, a pump and treat remedial option has been utilized at the site for the removal of dissolved phase chlorinated solvents. Concurrently, the City of Whitehall is in the process of developing additional groundwater resources for municipal supply, which include the utilization of a municipal supply well near the Site. Mr. Breen has been retained by Koch to evaluate the well head protection plan (WHPP) developed by the city's consultant and to develop a more detailed three-dimensional geologic model and groundwater flow model to look at alternative municipal pumping scenarios which will not affect groundwater gradients at the site.

### Union Carbide Lime Pile Superfund Site, Sault Ste. Marie, Michigan. (USEPA Region 5)

Mr. Breen conducted a water balance analysis and geochemical model to determine the cause for releases of high pH groundwater surrounding the Union Carbide Lime Pile (pH > 11). Mr. Breen was responsible for characterizing the seasonal hydrodynamics of the pile and evaluating the alkaline neutralization capacity of the surrounding soils. The results of this analysis were used to develop a remedial design for the final cap.



### National Zinc, Cherryvale, KS (USEPA Region 7)

Mr. Breen is currently working with Project Navigator, Ltd. to determine the causes of surface seeps from a 130-acre repository in southeast Kansas containing 100,000 cubic yards of metal impacted slag and soil from a former zinc smelting operation. Mr. Breen has been retained to develop a conceptual model of water flow through the repository, determine data gaps and a plan to collect additional information, and to develop a three-dimensional groundwater flow model to calculate the rate of discharge from the seeps and potential remedial options, including the construction of a wetlands to attenuate discharging waters containing chemicals of concern.

### Chemtura Superfund Site, Bay Minette, AL (USEPA Region 4)

The Chemtura USA Corporation (Chemtura) Superfund Site is a 76-acre located near Bay Minette, AL. The consists of a complex aquifer system impacted with 2-sec-Butyl-4,6-dinitrophenol (DINOSEB) present in shallow and deep groundwater aquifer systems addressed by groundwater extraction.

Mr. Breen worked with Environmental Resources Management (ERM), to develop a Corrective Measures Implementation Plan Addendum which eliminated the current Pump and Treat (P&T) System with a more effective remedy involving Insitu Chemical Oxidation (ISCO) in the source areas coupled with Monitored Natural Attenuation (MNA) to deal with DNBP present in the shallow and deeper aquifer system.

A geochemical analysis indicated that the chemical of concern degradation with a half-life of approximately 5 years. Groundwater flow and transport model analysis further indicated that with source remediation, groundwater standards could be achieved in 7-10 years with no impacts resulting from groundwater discharging to a nearby surface water. Mr. Breen developed a groundwater flow and chemical transport model was used to develop the alternative remedy. In addition, Mr. Breen utilized state of the art subsurface visualization modeling to develop an internally consistent site conceptual site model incorporating geologic, hydrogeologic, and geochemical data from multiple remedial investigations. Based on this analysis, Mr. Breen was able to successfully work with the project team to negotiate a more cost-effective alternative remedy with the Alabama Department of Environmental Management.

### Crystal Chemical Superfund Site, Houston, Texas (USEPA Region 6)

Apatite (calcium phosphate) mineral ore was proposed as the reactive material in a passive permeable reactive barrier wall to remediate elevated concentrations of arsenic (>2,000 mg/L) in a shallow groundwater system. Mr. Breen was retained to assess the feasibility of this technology by determining the geochemical reactions between apatite and arsenic and to evaluate the hydraulics of the proposed funnel and gate system. The results of laboratory bench scale testing indicated that apatite does have some ability to remove arsenic from groundwater. However, a detailed evaluation of the geochemistry



*Frank Breen, P.G. Curriculum Vitae*

and geochemical equilibrium modeling conducted by Mr. Breen indicated that the reactions between the apatite mineral and arsenic were limited to the mineral surface. Mass balance modeling indicated that while the hydraulics of the reactive barrier would be effective in remediating the arsenic plume, the amount of apatite in the reactive wall was not sufficient to remediate the entire mass of arsenic in the groundwater plume. Therefore, the apatite in the wall would need to be replaced multiple times over the projected life of the remediation. This analysis indicated that the apatite technology proved to be cost prohibitive and an alternative hydraulic containment technology was employed to remediate arsenic at the site.

### DuPont Niagara Plant & Olin Chemicals, Niagara Falls, NY (RCRA, RFI, USEPA Region 3)

Mr. Breen designed a groundwater remediation system to ensure hydraulic containment of chlorinated solvents and DNAPL in a fractured bedrock aquifer system near Love Canal. The site included two adjoining chemical plants (DuPont and Olin Chemical) with a history of chlorinated solvent releases. This work was conducted as part of an ongoing RCRA facility investigation.

The primary objective of this investigation and hydrogeologic analysis was to evaluate the extent of DNAPL chemicals and dissolved-phase chlorinated solvents in the groundwater and to determine the proportion of chemical constituents from each plant. The results of the analysis calculated the proportion of DNAPL-related chemicals from the DuPont plant and determined the optimal design of a hydraulic containment system, which could prevent future off-site chemical migration without exceeding the current wastewater treatment system capacity of the plant.

### Batavia Landfill Superfund Site, Batavia, NY (USEPA Region 3)

Mr. Breen was retained by NL Industries, Inc., to develop a cost allocation model, which was used to assign costs for the proposed landfill remediation for the City of Batavia Landfill Superfund Site, in Batavia, NY. The cost allocation model used a linear matrix methodology to assign cost for each PRP based on the volume of waste and the mobility and toxicity of constituents present in the waste stream from each PRP. The model used a numerical weighting factor for each criterion and calculated the resulting cost for each PRP based on a percentage of the total estimated cost for implementation of the final remedy. The model was prepared for binding arbitration as a rationale for a reduced remediation cost to NL Industries (NL Industries was considered to be the primary PRP and initially assigned 90% of the overall remediation costs). Mr. Breen's analysis provided the technical rationale for the arbitrators to reduce the allocation to NL Industries from 90 to 50%, which represented a cost reduction of approximately $4 million.

### Bridgestone Firestone Superfund Site Albany, Georgia (USEPA Region 4)



The Firestone Tire & Rubber Co. Superfund Site is a 329-acre Site located new Albany, Georgia. A Record of Decision (ROD) was issued for the site in 1993 which included excavation and disposal of soils and designing a groundwater pump-and-treat system to address groundwater contamination. Mr. Breen developed a groundwater flow and chemical transport model in order to optimize the groundwater extraction system, address groundwater ingestion risks, evaluate institutional controls, and develop a performance-based groundwater monitoring system.

### McGraw-Edison Superfund Site Centerville, Iowa (USEPA Region 7)

The McGraw-Edison Site was a 14-acre Superfund Site located in Appanoose County approximately one mile southeast of Centerville, Iowa. Site groundwater was impacted by chlorinated solvents, primarily trichloroethylene (TCE) and its degradation product 1,2-dichloroethylene (1,2-DCE) which also impacted some of the surrounding drinking water wells. Mr. Breen was the lead hydrogeologist on this Site and develop a groundwater flow model to remediate TCE impacted groundwater. In addition, Mr. Breen conducted vapor phase modeling in order to develop an SVE system to address DNAPL phase chemicals in the unsaturated zone.

### Conrail Superfund Site, Elkhart, IN (USEPA Region 5)

Remediation well plugging due to biofouling occurred in groundwater extraction wells at the Conrail Superfund Site in Elkhart, IN. Groundwater extraction rates in the wells were reduced from 85 to 72 gallons per minute (gpm) over a three (3) month period. This loss in extraction well performance seriously compromised the groundwater remediation system.

Mr. Breen conducted an evaluation of the aqueous geochemistry of the groundwater and determined an approach to addressing biofouling. Based on his recommendations, a quarterly well rehabilitation schedule was put in place which improved groundwater extraction rate to pre-fouling levels.

### Project Experience – Contaminated Site Assessment

**Subject Matter Expert / Contaminant Hydrogeologist** with a multi-expert team assembled on behalf of a confidential NGO and a confidential town to determine NRD injury and NRD restoration using a watershed GIS for 93-years of damages as computed by use of habitat equivalency/resource equivalency (HEA/REA) NRD models. Site is a chemical company NPL Superfund site. Project also involves assisting on the technical evaluation of an existing NRD case and various litigation support services. Project includes evaluation of PFAS as one of the site contaminants. Meyner & Landis LLP

**Subject Matter Expert / Contaminant Hydrogeologist** with a multi-expert team assembled on behalf of a confidential township regarding an NRD case and to assist the town in understanding likely injury using Conceptual Site Model and watershed GIS/costing models for chemical pollution impact. Over 350 years of NRD chemical injury to groundwater, surface water, soils, and air is possible based on past and future modeling of duration and damages and the Conceptual Site Model for the contaminants fate and



*Frank Breen, P.G. Curriculum Vitae*

transport. HEA/REA models for NRD and creating a suitable NRD restoration plan using municipal chosen restoration projects that are being designed to remove contaminants from a watershed, and to heal impact to targeted endangered species. Project also include climate-change impacts including flooding along a major US river under tidal influence, and associated lakes, ponds, and creek/river tributaries. Source of the contamination is from a chemical company RCRA 2020 site. Site is a major PFAS manufacturing facility with a 50-square mile air emissions plume. Meyner & Landis LLP.

### Former Pharmaceutical Site, Michigan

Mr. Breen was the hydrogeologist and project manager for a former pharmaceutical site in Michigan impacted by 1,2-dichloroethane, chloroform, and methylene chloride in a complex multi-aquifer system. Mr. Breen developed an enhanced biodegradation remediation system utilizing substrate injections to address residual chemical concentrations in groundwater. This enhanced remediation system has effectively reduced chemical concentrations of 1,2-DCA from 200 ug/L to less than 10 ug/L within 18 months. Concurrence from the Michigan DEQ that the source of chemicals has been remediated was recently accomplished allowing the former process building to be returned to economic use.

### Pipeline Release, Oklahoma

Mr. Breen completed an evaluation of a thermal remediation program to address the release of diesel fuel from an active petroleum pipeline release. The project involved characterizing the geology of the underlying complex shale unit, evaluating the post closure hydrologic performance of the excavation, and determining the potential migration of residual hydrocarbons within the fractured shale unit as well as the potential for surface water impacts. Mr. Breen was responsible for characterizing the fractured shales and conducting a cost risk analysis of the potential for LNAPL phase hydrocarbons to migrate following post closure. Mr. Breen was also responsible for providing technical input regarding the areas of highest migration potential as part of the negotiations with the insurance company on final remediation costs, and evaluating potential options for final closure of the excavation. In addition, Mr. Breen assisted with negotiations with the Oklahoma Corporation Commission regarding the final regulatory closure of the site.

### Refinery Complex, El Paso, Texas

Mr. Breen developed a groundwater flow, chemical transport, and separate phase hydrocarbon model for a 500-acre refinery complex in western Texas. His responsibilities included review and interpretation of all available site-specific and regional geologic and hydrogeologic information, conceptual model development, and all aspects of the numerical modeling activities. The groundwater flow model represented a hydrogeologic analysis incorporating both a complex geologic environment located adjacent to the Rio Grande River as well as the influence of 100 years of active municipal pumpage from the Hueco Bolson aquifer system from both the United States and Mexico. The primary purpose of this model was to:



*Frank Breen, P.G. Curriculum Vitae*

1. Evaluate both the historic and future migration patterns of a subsurface dissolved phase hydrocarbon plume consisting of BTEX, predominately benzene and MtBE,

2. Predict free phase hydrocarbon migration and recovery,

3. Determine the extent and potential risks associated with the distribution of BTEX vapors, and,

4. To predict any potential risk from the migration of the groundwater hydrocarbon plume associated with possible future pumping scenarios for municipal supply in the Hueco Bolson aquifer system.

### *Flint Hills Resources Refinery Complex, Corpus Christi, Texas*

Mr. Breen conducted evaluations of the distribution of dissolved-phase hydrocarbons and free product for the Flint Hills East Refinery, West Refinery, and Mid Terminals area. Mr. Breen was responsible for evaluating the performance of the current fluid recovery systems at the refinery, preparation of technical maps of free product levels, dissolved-phase hydrocarbon concentrations, and groundwater levels and review and preparation of monitoring reports. In addition, Mr. Breen conducted optimization analysis of the fluid recovery system in order to minimize the total required pumpage while maximizing fluid containment in order to address significant biofouling which has occurred in a number of the recovery wells.

### *Fermilab National Accelerator Laboratory, Batavia, Illinois*

Mr. Breen has provided technical consulting to Fermilab since 1992. Initially, Mr. Breen developed a groundwater transport model as part of a vulnerability analysis to evaluate the migration of tritium from the Main Injector ring through the unsaturated glacial tills and bedrock groundwater systems. This model is still the current model used by Fermilab to evaluate radionuclide migration across the Site. In addition, Mr. Breen has provided technical oversight of the influence of the laboratory's Neutrino Main Injector (NuMI) tunnel on the regional bedrock aquifer and developed a groundwater flow model to calculate the capture zone of the proposed tunnel. The results of these model simulations were used to determine specific construction and shielding criteria for the NuMI tunnel.

### *Case New Holland Plant, Burlington, IA*

Mr. Breen successfully addressed IDNR concerns regarding chlorinated solvent hydrocarbons present in the shallow groundwater at the CNH Facility in Burlington IA. Focused geoprobe investigations as well as transient groundwater modelling concluded that chlorinated solvents present in monitoring wells on the CNH property were due to the migration of chemical from a neighboring RCRA facility. Migration was due to a large extent on water level fluctuations in the Mississippi river as well as periodic seasonal flood events.



*Frank Breen, P.G. Curriculum Vitae*

Mr. Breen has also closed out two areas of concern at the facility under the Iowa RBCA process. Currently Mr. Breen is working to achieve closure on the final legacy UST at the facility.

### Koch North Terminal, Wilmington, NC

Mr. Breen was retained by Koch Industries, Inc. to evaluate the results of a Rapid Optical Screening Technology (ROST) investigation to evaluate presence of light non-aqueous phase liquid (LNAPL) hydrocarbons, primarily para-xylene in the shallow groundwater, and the effectiveness of the current groundwater recovery system.

Mr. Breen conducted a quantitative groundwater model analysis of the shallow aquifer system in order to optimize the pumping rates of the current groundwater extraction system for the removal of LNAPL. Groundwater optimization modeling was utilized in order to determine the minimum flow rates which could effectively capture LNAPL.

The groundwater model analysis concluded that effective capture of the LNAPL could be achieved with a 25 percent reduction in overall groundwater pumping rates.   These results were later confirmed following aquifer testing and monitoring of the extraction system.

### Nitrogen Plant, Dodge City, KS

Groundwater remediation via a multi-well groundwater extraction system was evaluated in order to determine the optimum remediation well placement and groundwater extraction rates as part of a revised corrective action plan to address elevated nitrates in the shallow groundwater system.  Mr. Breen developed a groundwater flow and transport model using MODFLOW coupled with an optimization scheme in order to determine if the current system was effectively controlling nitrate migration and if modification could be made to the remediation system to minimize overall groundwater pumping rates and the resulting wastewater treatment volumes.

The groundwater modeling analysis conducted by Mr. Breen indicated that a 15 percent reduction in overall pumping rates could be realized over a five (5) year period by increasing pumping rates in extraction wells in areas of elevated nitrate levels.

### Detroit Edison, Sibley Quarry, Trenton MI

Mr. Breen conducted a hydrogeologic and geochemical evaluation of the impacts of ash filling in the former Sibley Quarry near Trenton, MI. The objective of this analysis was to:

- evaluate the potential impact of coal ash chemical constituents following cessation of quarry dewatering once groundwater encountered the ash,

- conduct fracture mapping of the quarry faces coupled with discrete fracture modelling to determine if an equivalent porous media approach could be taken to evaluate the hydrogeology and chemical transport in the area around the quarry,



- evaluate the potential concentrations of coal ash constituents, primarily arsenic and selenium, which could leach from the ash,

- conduct chemical transport risk modelling to determine the rate of migration of chemical constituents and the attenuation capacity of the bedrock sandstones and limestones, and

- provide recommendations as part of the permitting for the landfill.

Detailed fracture mapping and discrete fracture transport modelling were used to validate an equivalent porous media approach for the groundwater flow and transport analysis.

Mr. Breen mapped the orientation and frequency of fractures along the quarry walls to determine if an equivalent porous media approach could be taken. Addition discrete fracture modeling compared with finite difference groundwater flow model supported the conclusion that within the permitted distance around the quarry an equivalent porous media approach represented a valid modeling approach.

MODFLOW simulations were also conducted to estimate the potential lake levels in Sibley Lake once dewatering was discontinued and to determine the potential hydraulic gradients and groundwater flow velocities in the surrounding bedrock. Additional modeling using MODFLOW and MT3D transport simulations, supported by MINTEQ geochemical modeling simulations, incorporating non-linear isotherms, indicated that selenium and arsenic will be attenuated within the regulated distance from the quarry wall. The work by Mr. Breen was used as part of the successful permitting process with the Michigan Department of Environmental Quality.

### *RECAP Evaluation, Chemical Plant, Baton Rouge, LA*

Risk Management Option 3A (MO-3A) under the Louisiana Department of Environmental Quality (LDEQ) Risk Evaluation/Corrective Action Program (RECAP) concluded an exceedance in the baseline risk to groundwater under both current and future conditions at the Baton Rouge Facility.

Development of a Site Conceptual Model addressing the presence of 4-methylstyrene, benzene, ethylbenzene, styrene, divinylbenzene, 4-methylstyrene, and vinyltoluene from the former pits located on the site was required. Groundwater flow and transport modeling was also required coupled with optimization of the current monitoring network to address concerns of offsite chemical migration in the shallow and deep groundwater systems by LDEQ. The hydrogeologic influence of the site aeration basin and the barge canal were significant influences on site wide groundwater gradients.

Mr. Breen constructed a groundwater flow and transport model to address the hydraulic influences of the basin and barge canal and developed an optimized groundwater remediation system consistent with MO-3A requirements to address chemicals of concern in both shallow and deep groundwater systems.



*Frank Breen, P.G. Curriculum Vitae*

### Manufacturing Facility, Goshen, IN

The presence of trichloroethylene (TCE) in the high yield aquifer in the St. Joseph River Basin resulted in impacts to local municipal wells withing the deep aquifer system. Mr. Breen was retained to develop a groundwater remediation system to address both shallow and deep groundwater impacts as well as to address problems related to biofouling in existing groundwater extraction wells. Mr. Breen developed a three-dimensional groundwater flow model using advance geostatistical visualization techniques in order to address current and future TCE migration and remediation well performance. The resulting groundwater remediation system was effective in controlling offsite migration of TCE in the deep aquifer system and was also protective of the existing municipal groundwater supply well. Risk assessment conducted using the groundwater transport model indicated that the remediation was protective of human health via the groundwater ingestion pathway, but also protective of surface waters adjacent to the site. This project was conducted under the Indiana State Voluntary Remediation Program.

### Invista Plant, Victoria, TX

Mr. Breen was retained by Koch Industries, to address the current groundwater extraction system for the Invista Plant in Victoria Texas as part of an acquisition. The current system utilized a series of groundwater extraction wells along the Houston Ship Channel. Under the current remedial design, an excessive about of canal water was induced to flow into the shallow aquifer resulting in excess treatment costs and biofouling in the extraction wells. Mr. Breen developed a groundwater flow model using a non-linear optimization scheme in order to identify a more effective extraction well design and pumping rates. The resulting groundwater remediation system proved to be more effective in controlling offsite migration and discharge to the shipping canal while limiting overall wastewater treatment volumes and pumping rates.

### Chemical Plant, Bridesburg, Philadelphia, PA

Mr. Breen constructed a groundwater flow and transport model to evaluate a plume of benzene from a former chemical plant adjacent to a residential area in Philadelphia. The purpose of the modeling effort was to develop a remedial approach which was protective of both groundwater ingestion as well as potential vapor intrusion into homes in the residential area. A secondary objective of the model was to determine if MNA could be a viable component of the overall remedy and if nutrient addition or oxygen addition were feasible. The groundwater fate and transport model was used to design the final site groundwater remedy.

### Former R&K Creosote Site, Natalbany, LA

Mr. Breen was retained by Environmental Resources Management, Inc (ERM) to conduct risk modeling under the Louisiana Department of Environmental Quality (LDEQ) Risk Evaluation/Corrective Action Program (RECAP) guidance. Mr. Breen conduced a risked based groundwater modeling analysis using



*Frank Breen, P.G. Curriculum Vitae*

the Domenico risk model under the MO-3A RECAP guidance.  The resulting model simulation were presented in an animated visualization routine in order to demonstrate to LDEQ that site constituents would attenuate before reaching the site boundary.  This work concluded that no further remediation was required at the site.

### Jostens Inc. Princeton, Illinois

Mr. Breen conducted groundwater flow and transport modeling at a manufacturing site in Princeton, IL in order to develop a risked based remedial solution under the Illinois Environmental Protection Agency (IEPA) Tiered Approach to Corrective Action Objectives (TACO).  Groundwater modeling was conducted in support of both a risk-based corrective action and remedial design to address chlorinated solvents in groundwater which were migrating beneath a downgradient nursing home.  Mr. Breen conducted the risk modeling in conjunction with evaluating the effectiveness of a remedy using Insite Chemical Oxidation (ISCO) to address elevated levels of chlorinated solvents and free phase DNAPL in the shallow groundwater system.

### Universal Foods Corporation, Milwaukee WI

Leakage of storm water from the municipal sewerage districted resulted in the potential impact to a manufacturing water supply well.  Mr. Breen conducted an evaluation of the available reports on the stormwater system to determine where potential leaks in the stormwater system were occurring and recommended remedial steps to protect future water supplies.

### WEPCO, Oak Creek Landfill, Wisconsin

Mr. Breen was retained to evaluate the migration of selenium in the shallow groundwater at an ash landfill facility in Oak Creek Wisconsin.   Mr. Breen evaluated flow and geochemical analysis of groundwater from multiple ash landfills in order to determine the fate and transport of ash constituents, namely selenium, and conducted a risk evaluation to groundwater receptors in the area.   The results of his analysis were used in the final cap design and permitting of additional landfill areas.

### Site Redevelopment, Aurora Iron and Metal, Joliet, IL

Mr. Breen was the project manager for the redevelopment of a former iron and metal reclamation facility in Joliet, Illinois.  His responsibilities included oversite of soil excavation, determination of excavation area, cost control and oversite, and regulatory compliance for the site remediation.

### Field Geologist / Investigations / Drilling Oversight

Mr. Breen conducted subsurface investigations across the mid-west using numerous drilling methodologies and applications including rotosonic, mud / air rotary,  cable tool, and screen auger.  He oversaw drilling and well installation activities for site monitoring wells as well as municipal supply wells.  Investigation sites included Dow Chemical, Midland MI; Saginaw Streering Gear, Saginaw MI;



*Frank Breen, P.G. Curriculum Vitae*

Dayco Corporation, Three Rivers MI; Eaton Corporation Facility, Battle Creek MI; Landfill Facilities throughout Michigan, Wisconsin, Ohio, and Indiana.  Mr. Breen also conducted oversight and testing for multiple high-capacity water wells for tertiary oil production in Michigan and well as municipal supply wells in Michigan and Indiana.

## Project Experience – Regional Groundwater Studies

*Source Water Protection Planning, Sault Ste. Marie Region Conservation Authority, Sault Ste. Marie, Ontario, Canada*

**Peer reviewer and technical adviser, SSMRCA Source Water Project Planning.**

In July 2007, the Ontario Clean Water Act came into force as a legislative effort to protect the drinking water at the source as part of an overall commitment to human health and the environment. The focus of the legislation was the production of locally-developed, science-based drinking water assessment reports and a protection plan.

Mr. Breen was a technical representative on the Sault Ste. Marie Drinking Water Source Protection Committee (SSM DWSPC). The committee includes members from the municipality, the regional conservation authority, water users, land owners, and provincial government.

Mr. Breen provided technical support including:

- independent regional groundwater modelling analysis,

- development of a 3D geology and hydrogeologic conceptual model,

- evaluation of the influence of sieching and ship traffic on surface waters discharging to the St. Marys River system,

- calculation of intrinsic vulnerability of aquifers to contamination,

- identification and mapping of highly vulnerable aquifers and well head protection areas as well as significant groundwater recharge areas,

- consideration of transport pathways to potentially vulnerable aquifer system,

- evaluation of the potential impact of septic system and residential development on groundwater and surface water systems, and

- assessment of modelling uncertainty and confidence.

The technical components of the Assessment Report prepared by Mr. Breen included:

Watershed Characterization          Municipal Long Term Water Supply Strategy



*Frank Breen, P.G. Curriculum Vitae*

| Groundwater Vulnerability Analysis | Surface Water Vulnerability Analysis |
|---|---|
| Issues Evaluation and Threats Inventory | Water Quality Risk Assessment |
| Water Budget Risk Assessment | Water Quantity Risk Assessment |

The Assessment Report was used to develop the Source Water Protection Plan and to establish measures to protect both the quality and quantity of sources of drinking water within the Sault Ste. Marie area watershed.

*Guelph Regional Watershed Study, Guelph, Ontario, Canada*

While working on his master's degree at the University of Waterloo, Mr. Breen was retained as a hydrogeologist to conduct aquifer testing and hydrogeologic evaluations for a regional water shed study conducted for the Guelph, Ontario area. His responsibilities included compiling geologic logs, characterized regional geology, identified potential risks to municipal water supply, and developed database for input to hydrogeologic / surface water modeling.

*Acton Quarry, Acton Ontario, Canada*

During his tenure at the University of Waterloo, Mr. Breen was retained by Waterloo GeoScience, Inc. to conduct a hydrogeologic assessment of the quarry for extension and use as a landfill.

*Milton Outlier, Milton Ontario, Canada*

While completing his master's degree at the University of Waterloo, Mr. Breen was retained to conduct a regional groundwater modeling analysis to determine if seasonal variation in agricultural pond levels across the outlier was the result of variations in precipitation or quarrying activities at the southern extent of the outlier. Work including field characterization and well installation, survey of surface water elevations, water balance and groundwater flow modeling, expert testimony to public interest groups, and providing management recommendations and quarry operation design to minimize impacts to location water resources.

*Aquifer Testing and Evaluation*

During his time at the University of Waterloo, Mr. Breen conducted numerous pumping tests and aquifer evaluations for permitting of water supply wells in residential and commercial facilities. This included community wells, water supply wells at golf courses, and other commercial facilities.



*Frank Breen, P.G. Curriculum Vitae*

### *Community Well, St. Joseph Island, Ontario, Canada*

Mr. Breen was retained to conducted aquifer testing and well head protection analysis for a community residential supply well on St. Joseph Island in Ontario Canada. Mr. Breen conducted aquifer testing and analysis and determined that the proposed well did not impact the surrounding residential or commercial wells.

### *Cadillac Area Wide Groundwater Investigation, Cadillac MI*

Mr. Breen was the lead geologist and site manager for the investigation of chlorinated solvents in and around the municipal well field in Cadillac Michigan. Mr. Breen's responsibilities included managing field and drilling operation using screen-auger drilling techniques, groundwater sampling and field analysis, aquifer testing and evaluation of municipal well performance, and develop of geologic and hydrogeologic conceptual models.

## Publications / Presentations

Andrilenas, J., Breen, F., and Speyer, S, "Developing Multimedia Conceptual Site Models Resulting from PFAS Air Emissions as Part of Natural Resource Damages Injury Assessment and Restoration", Peer-reviewed & published in National Groundwater Association: Groundwater in the PFAS Era Conference: Stressors, Protection, & Compliance, Tucson AZ 2024.

Andrilenas, J., Breen, F, and Albert Telsey, "Use of a Calibrated Cost Model in the Remediation of a PFAS Impacted Residential Aquifer", Peer-reviewed & published in National Groundwater Association: From Groundwater to Tap Water Conference, Westerville Ohio, 2022.

Author & Reviewer, Chapter 16 "Containment Technologies at Hazardous Waste Sites" in the text "Hazardous Waste Management, 2nd edition, edited by Jeffery C. Evans.

"Three-Dimensional Hydraulics of Funnel and Gate Systems," presented at the Joint Illinois/ Wisconsin Ground Water Association Conference, November 1997.

"Mobility and Persistence of Herbicides in Aerobic Groundwater," presented at the Illinois Ground Water Association Conference, September 1995.



*Tad Deshler Curriculum Vitae*

# TAD DESHLER

TDESHLER@THETBLSGROUP.COM

973.750.1500

WWW.THETBLSGROUP.COM

## Education

- MS, Animal Science, University of California at Davis, 1986
- BA, Aquatic Biology, University of California at Santa Barbara, 1984

## Areas of Specialization

- Environmental compliance
- Contaminated site assessment
- Litigation support
- Environmental impact assessment
- Human health and ecological risk assessment
- Sediment quality assessment and management
- Permitting
- Construction management

## Work History

- Consultant, The TBLS Group, 2016-present
- Owner, Coho Environmental, 2013-present
- Partner, Windward Environmental, 2000-2012
- Senior Environmental Scientist, Environmental Solutions, Inc., 1998-1999
- Senior Environmental Scientist, EVS Environment Consultants, 1997-1998
- Senior Environmental Scientist, Tetra Tech, 1990-1997
- Fisheries Scientist, Frank Orth and Associates, 1985-1990

## Certifications

- HAZWOPER 40-Hour Certification and 8-Hour Supervisor Certification

## Summary of Experience

Mr. Deshler is an environmental scientist with 28 years of experience in a variety of environmental disciplines. Most of his project work has been at in-water sites, or at the interface between in-water sites and the adjacent upland environments, where understanding the transport mechanisms that connect upland and in-water environments is paramount. His extensive experience in industrialized river systems, particularly related to sources, effects, and fate of chemical contaminants, gives him unique insights into the allocation of liability. He also has specialized expertise at assessing environmental impacts at both the project and programmatic scales. His work at sediment sites includes data gap analysis, study design, data interpretation and risk analysis, cleanup level development, and residual risk analyses for feasibility studies. Mr. Deshler's extensive experience allows him to be effective at the strategy and policy levels, and the highly technical levels associated with quantitative environmental science.

**Project Experience – Contaminated site assessment**

*Lower Duwamish Waterway Superfund Site Remedial Investigation*

Mr. Deshler managed the construction and maintenance of an extensive relational database that housed both historical chemistry data collected by others and data collected specifically for the remedial investigation. He oversaw the implementation of rigorous QA/QC procedures to ensure the high quality of the database. Mr. Deshler also prepared sections of the remedial investigation report related to data use, data quality, and the human health risk assessment.

*Calcasieu Estuary Superfund Remedial Investigation*

Mr. Deshler prepared a statement of work (SOW) for the remedial investigation/feasibility study (RI/FS) for the Calcasieu Estuary in Lake Charles, Louisiana. The SOW was prepared on an extremely tight schedule to meet the EPA deadlines established for the RI/FS, which was being led by the Calcasieu Estuary Environmental Action Group (CEEAG). Ultimately, CEEAG was not able to successfully negotiate the SOW with EPA, so EPA took over the RI/FS.

*Technical Support for Liability Allocation, Lower Duwamish Waterway Superfund Site*

Mr. Deshler is currently providing consulting expert and/or testifying expert services to several clients adjacent to the Lower Duwamish Waterway related to ongoing liability allocation. His work centers around the development of conceptual site models to explain current and historical chemical contamination patterns, using analyses of chemical use, media-specific transport pathways, and environmental fate. These analyses are combined in weight-of-evidence approaches using hypothesis testing and forensic analysis to reach conclusions about the likely sources of chemical contamination.

*Rock Creek Mine Environmental Impact Statement*

Mr. Deshler conducted an aquatic/fisheries analysis for an environmental impact statement (EIS) for a proposed hard rock mine in northwest Montana. The major emphasis was on addressing potential environmental impacts on threatened bull trout and Westslope cutthroat trout from construction-related sediment loading. As part of this effort, Mr. Deshler also prepared a biological assessment for bull trout.

Project Experience – Natural Resource Damages Injury Assessments

*Preliminary NRDAR Site Reviews for NOAA for CERCLA NPL Sites*

Mr. Deshler assisted the Coastal Resource Protection Branch of the National Oceanic and Atmospheric Administration (NOAA) by preparing hazardous waste site reviews for selected sites on EPA's National Priorities List (NPL). Each review was equivalent to an abbreviated ecological risk assessment. The reviews were used by NOAA to prioritize agency resources in fulfilling their natural resource trustee obligations.

*Todd Pacific Shipyards (Now Vigor) Sediment Superfund OU NRDAR & Superfund Cleanup*

Mr. Deshler assisted Todd Pacific Shipyards and its prime sediment consultant (Floyd Snider) in incorporating habitat restoration elements into the sediment cleanup plan for the Todd Pacific Shipyards facility located on the West Waterway of Harbor Island in Seattle, Washington. This site was designated as an operable unit of the Waterway Sediments Operable Unit of the Harbor Island Superfund site. The habitat restoration elements were intended to offset perceived natural resource damage liability. Mr. Deshler prepared a biological assessment (BA) for the cleanup action, concluding that the dredging action was likely to adversely affect some number of juvenile chinook salmon. As a result of this conclusion, additional BMPs were incorporated into the sediment cleanup plan to minimize such impacts. The service agencies (US Fish and Wildlife Service [USFWS] and the National Oceanic and Atmospheric Administration [NOAA]

Fisheries) concurred with the conclusion in the BA in their biological opinions for the project.

*Portland Harbor Sediment Superfund Site Natural Resource Damage Assessment*

On behalf of confidential clients, Mr. Deshler reviewed existing assessments of NRD liability for the Portland Harbor Sediment Superfund Site (Oregon) prepared by the natural resource trustees and a consultant working for the potential responsible parties. He reviewed the underlying data and models and conducted an independent assessment of NRD liability through use of a Habitat Equivalency Analysis (HEA) model.

*Calcasieu Estuary Superfund Site Natural Resource Damage Assessment*

On behalf of a confidential client, Mr. Deshler reviewed existing assessments of NRD liability for the Calcasieu Estuary (Louisiana) prepared by the natural resource trustees and a consultant working for the potential responsible parties. He reviewed the underlying data and models. He also conducted an independent assessment of NRD liability through use of a Habitat Equivalency Analysis (HEA) model.

*Newtown Creek Superfund Site Natural Resource Damage Assessment*

On behalf of a confidential client, Mr. Deshler evaluated baseline conditions at Newtown Creek, in Brooklyn, New York, in anticipation of NRD litigation. As part of this effort, he reviewed available chemistry data for water and sediment in Newtown Creek and calculated injury using a Habitat Equivalency Analysis (HEA) model.

*Grand Calumet River Superfund Site Natural Resource Damage Assessment*

Mr. Deshler collected and evaluated aquatic habitat and fish community data from the Grand Calumet River (Indiana) to quantify relative impacts from physical and chemical stressors for a confidential client. He oversaw multivariate statistical analyses of variables that accounted for the observed fish community within the assessment area. Mr. Deshler also developed a habitat equivalency analysis (HEA) model for estimating the appropriate level of compensatory restoration for a site with injured natural resources. The model was applied to riparian and wetland areas within the assessment area.

*Holden Mine Superfund Site Natural Resource Damage Assessment*

Mr. Deshler evaluated aquatic habitat and biotic community data for a confidential client to determine the degree to which biological resources within the riparian zone of a mountain stream in Washington State had been injured by historical mining operations.

## Project Experience – Litigation support

*Retrospective Analysis of Cancer Risks from Consumption of Columbia River Fish Contaminated by Columbia River Nuclear Reactors*

On behalf of plaintiffs seeking compensation from the federal government for injuries suffered from radionuclide releases from Columbia River reactors, Mr. Deshler prepared an expert report documenting the radionuclide releases likely received by specific fish consumers during the operation of Columbia River nuclear reactors. The retrospective analysis was based on extensive modeling conducted previously as part of the dose reconstruction project and a large database of radionuclide concentrations in Columbia River sportfish.

## Project Experience – NRD Restoration Valuation

*EI DuPont Chambers Works RCRA 2020 site & State Trustee NRDAR / Carneys Point Township NJ Restoration*

TBLS and Mr. Deshler are developing innovative Habitat Equivalency Analyses (HEA) models to calculate NRD restoration values for a 100-year restoration term involving treatment wetlands, passive sequestration to limit bioaccumulation for PFAS affecting the Delaware River and Salem River, 5, creek tributaries to the two rivers including

degraded fringe wetlands restoration, lake/pond floating wetlands, and dam removal/fish passage projects. The 2,000-acre habitat restoration project is in the conceptual design stage during the ongoing NRDAR litigation between the State of NJ and DuPont, Chemours, & 3M. The NJDEP and the USEPA are co-managers of the ongoing RCRA cleanup efforts.

*Titlow Lagoon Restoration of Fish Passage, Commencement Bay Sediment Superfund Site*

The Titlow estuary restoration project is intended to improve connectivity and fish passage between Titlow Lagoon, in Tacoma, Washington, and Puget Sound. Mr. Deshler designed a study, prepared a Quality Assurance Project Plan, and collected sediment and soil samples to provide additional data for the design of the project. Samples were analyzed for metals to assess the potential impact from the former ASARCO smelter plume. Results were below state standards, indicating that metal concentrations in project soils and sediment did not pose a constraint on the constructability of the habitat restoration project.

### Project Experience – Risk assessment

*Lower Duwamish Waterway Human Health Risk Assessment*

Mr. Deshler managed a HHRA for the Lower Duwamish Waterway (LDW) remedial investigation (RI). Exposure scenarios quantified included seafood consumption, commercial net fishing, beach play, and shellfish harvesting. The seafood consumption scenario was evaluated using the market-basket approach to realistically portray consumption behavior and site-specific variability in chemical concentrations between species. Given the absence of EPA guidance, Mr. Deshler developed innovative approaches for quantifying direct exposures to sediment. He then presented the results to public agencies and stakeholders in a variety of venues, including technical meetings, public forums, and workshops.

*Lower Passaic River Sediment Superfund Site Remedial Investigation*

Mr. Deshler has provided senior oversight, review, and strategy for the HHRA for the Lower Passaic River (LPR) RI project. Critical issues for the HHRA have involved methods used to estimate risks from PCBs, how to account for pathogen risks not clearly covered under Superfund regulations, fish and shellfish consumption rates, and the development of direct contact scenarios that clearly reflect current and reasonably anticipated future uses. As quality assurance project plan (QAPP) coordinator, Mr. Deshler has ensured that each QAPP follows a consistent format specified in the Uniform Federal Policy, a multi-agency (i.e., US Department of Defense, US Department of Energy, and EPA) effort designed to achieve a standardized approach to documenting data quality for federal programs.

*Portland Harbor Human Health Risk Assessment*

Mr. Deshler served as the technical advisor to the risk assessment team for the HHRA of the Lower Willamette River RI. His primary focus was on fish and shellfish consumption and the applicability of the market basket approach in developing site-specific consumption rates. Mr. Deshler has also provided senior review for the team conducting bioaccumulation modeling to establish linkages between chemical concentrations in sediment and tissue.

*Triumph Mine Tailings Pile Project Risk Assessment Services*

Mr. Deshler served as the task manager for a baseline risk assessment of an Idaho mine tailings site. The human health component focused on the exposure of residents who were living between two large tailings piles to weathered mine tailings and contaminated groundwater. The ecological component combined a food chain model for terrestrial receptors with a weight-of-evidence approach that used bioassessment data for aquatic receptors. Mr. Deshler presented the study design and technical results to residents at several public meetings.

*Tad Deshler – Curriculum Vitae*

## Publications

1. Andrilenas, J., Breen, F., Deshler, T. and F. Schlosstein: "**Evaluating and Enhancing a Groundwater Resource Equivalency Analysis (REA) Methodology for Groundwater Natural Resource Damages**", National Groundwater Association: Groundwater Week Conference, Las Vegas, Nevada, December 10, 2024.

2. Andrilenas, J., Breen, F., Deshler, T. and F. Schlosstein: **"Landscape NRD Restoration Approach for A Primary Chemical Plant Air Emissions Site & area-wide PFAS-affected Watershed,"** Society for Ecological Restoration: Society for Ecological Restoration North American Conference 2024, Vancouver, British Columbia, October 31, 2024.

3. Deshler TM, Shelly AA, Godtfredsen KL. 2001. **A multivariate statistical approach to characterizing impacts from combined sewer overflows using regional chemistry data.** Proceedings of the Puget Sound Research 2001 conference, Bellevue, WA.

4. Ellis SG, **Deshler ST**, Miller R. 1997. **Characterizing fish assemblages in the Willamette River, Oregon, using three different bioassessment techniques. pp. 347-364 In: River Quality: Dynamics and Restoration.** A Laenan and DA Dunnette, Eds. CRC Press, Inc., Boca Raton, FL.

# David Alford, GISP

**<u>Education</u>**

- Louisiana State University – B.S., Environmental Management Systems, 2001

**<u>Registrations/Certifications</u>**

- Certified Geographic Information Systems Professional (GISP)

**<u>Experience Summary</u>**

- 2022- Present: Independent Geospatial Consulting; Owner/GIS Manager
- 2012-2022:  Environmental Science Services, Inc.; GIS Manager
- 2007-2011:  Providence Engineering and Environmental Group, LLC; GIS Manager
- 2007:  CSRS, Inc.; GIS Manager
- 2002-2007:  Gulf South Research Corp.; GIS Specialist
- 2001-2002:  Coastal Environments; GIS Analyst

- Mr. Alford has over 20 years' experience participating in Geographic Information Systems (GIS). Mr. Alford has extensive experience in GIS development, implementation and analysis through civil, military, and private projects. Projects include environmental resource management, endangered species management plans, utilities/infrastructure systems management, digital cartography and custom programming of cloud-based ArcGIS Server web and mobile applications. He has experience using ESRI's ArcGIS for over 500 environmental projects relating to wetland delineations, Environmental Assessments (EAs), Environmental Impact Statements (EISs), and Biological Assessments (BAs), Phase I Environmental Site Assessments (ESA), and Habitat Evaluation Procedures (HEP).

- Mr. Alford's experience includes acquiring, processing, and analyzing geographic data and using GIS software to display and analyze environmental data along with managing stand-alone GIS projects. He also has experience with relational database design; geo-reference map creation and spatial coordinate system conversion; data capturing; system configuration and development; raster or vector-based GIS spatial analysis for planning; and data collection, compilation and validation.

**<u>Registrations/Certifications</u>**

- URISA Certified Geographic Information Systems Professional (GISP)
  : Credential ID 62786)
- 38 hour USACE Wetland Delineation: Credential ID 6448
- IAAO Course 101 - Fundamentals of Real Property Appraisal
- IAAO Course 102 - Income Approach to Valuation
- IAAO Course 600 - Principles and Techniques of Cadastral Mapping
- IAAO Course 601 - Cadastral Mapping - Methods and Applications

- OSHA 40-Hour & Annual 8-Hour

**GIS Educational Summary**

- Esri ArcGIS I & II
- Esri Geodatabases I & II
- Esri ArcGIS Enterprise: Configuring a Base Deployment
- Esri ArcGIS Enterprise: Administration Workflows
- Esri Migration from ArcMap to ArcGIS Pro (Instructor)
- Esri Automating Workflows Using ArcGIS Pro Tasks
- Esri Building Geoprocessing Models Using ArcGIS Pro
- Esri Configuring Branch Versioning in ArcGIS
- Esri MOOC Cartography
- Esri MOOC Do-It-Yourself Geo Apps
- Esri MOOC Going Places with Spatial Analysis
- Esri Managing Parcels with ArcGIS Pro
- Esri Python Scripting for Geoprocessing Workflows
- Esri Working with Parcel Data in ArcGIS Pro

**Relevant Project Experience**

- <u>Expert Legal GIS Services - Baker Donelson</u>

  GIS Specialist which provided GIS consulting expertise in a lawsuit for inshore oil and gas exploration company in claims relating to allision between commercial vessel (tug and barges) and oil pipeline in Louisiana state waters, including aspects of spill/pollution response, lost/deferred production, navigational charting and navigational equipment/electronic chart issues, historic permitting concerns, vessel owners/operators' claims for limitation of liability, etc. Case was settled before trial based on accurate GIS information.

- <u>Expert Legal GIS Services - Baker Donelson</u>

  GIS Specialist which provided GIS consulting expertise in a lawsuit for a boating accident involving recreational fishing boat and commercial vessel. GIS was used to verify gps information from both vessels to verify impact location. Case was settled before trial based on accurate GIS information.

- <u>Department of Homeland Security (DHS), Customs and Border Protection, Office of Border Patrol Environmental Planning and Infrastructure.</u>– GIS Manager/Specialist for all mapping and analysis for over 500 environmental projects to all Southern Border Patrol Sectors along the U.S. /Mexico Border. These included Programmatic Environmental Impact Statements (PEA), Environmental Impact Statements (EIS), Environmental Assessments (EA), HEP and Biological Assessments (BA), Environmental Site Assessments (ESA), and Wetland Delineations. Constructed and managed an ArcIMS web-based mapping project to support all Border Patrol Sector PPT meetings. Also assisted in collection and mapping of all data associated with endangered and threatened species studies.

- <u>GIS Web-based Flexviewer and Mobile Applications and GIS Support; San Ramon, California. Client: Chevron Shipping Company</u> - GIS Specialist that developed cloud-based GIS web and mobile applications for Chevron Shipping Company for their West Coast operations to manage data for all shipping activities with emphasis on oil spill management. All environmental and oil spill related data was created on Chevron's cloud-based ArcGIS Server along with other sensitive data. A web-based ArcGIS Viewer for Flex GIS application was developed to assist both emergency responders and environmental resource managers, but also helped Chevron Shipping Company deal with incidents that may adversely impact the environment. This Flex application integrates various real-time and static datasets into a single interactive map, thus provides fast visualization of the situation and improves communication and coordination among responders and environmental stakeholders. Mobile access to the data is also provided by ArcGIS smartphone apps for iOS and Android via their ArcGIS Online (AGOL) account.

- <u>GIS Consulting Services; New Orleans, Louisiana. Client Port of New Orleans</u> - GIS Specialist which provided GIS consulting expertise in developing a strategic plan for implementation of an Enterprise GIS system, departmental, desktop GIS solutions, and focused web and mobile solutions. Installed and configured Esri ArcGIS for Server Enterprise, Enterprise Relational Database Management System, concurrent-use licenses of ArcGIS for Desktop Standard, and ArcGIS Online for Organizations. Other services included migration of existing data to enterprise databases, general GIS Consulting and Technical Support, GIS Desktop Support, Training, and Troubleshooting, assistance with Outside Agencies, Management of PORTNOLA User Group Meetings, and Assistance with License Management.

- <u>GIS Consulting Services; Chalmette, Louisiana. Client Port of Plaquemines</u> - GIS Specialist which provided GIS consulting expertise in developing a strategic plan for implementation of an Enterprise GIS system, departmental, desktop GIS solutions, and focused web and mobile solutions. Installed and configured Esri ArcGIS for Server Enterprise, Enterprise Relational Database Management System, concurrent-use licenses of ArcGIS for Desktop Standard, and ArcGIS Online for Organizations. Assisted in Geoevent server application that tracked vessel traffic when it entered a geofence. This tracking enabled the Port to track the date/time a vessel entered and departed and area for accurate tariff charges.Other services included migration of existing data to enterprise databases, general GIS Consulting and Technical Support, GIS Desktop Support, Training, and Troubleshooting, assistance with Outside Agencies, and Assistance with License Management.

- <u>Local Government GIS Consulting Services; Louisiana. West Feliciana Parish, City of Natchitoches, City of Walker, City of Denham Springs, Bossier Parish, Natchitoches Parish, Natchitoches 911, East Feliciana Parish, Town of Livingston, Town of Brusly, Town of Addis, City of Port Allen, Natchitoches Parish Assessor, DeSoto Parish, Quachita Parish, Evangeline Parish</u>- GIS Specialist which provided

GIS consulting expertise, field data collection, and GIS analysis. Services included migration of existing data to enterprise databases, general GIS Consulting and Technical Support, GIS Desktop Support, Training, and Troubleshooting, assistance with Outside Agencies, Management of Local Government User Group Meetings, and Assistance with License Management.

- <u>GIS Consulting Services and Field Services for LOOP; Port Fourchon, Louisiana. Client Louisiana Department of Transportation (LaDOTD)</u> - GIS Specialist which provided GIS consulting expertise, field data collection, and GIS analysis for their on-shore pipeline. Completed yearly elevation topo survey, beach vegetation survey, drone elevation with Photogrammetry processing, marsh habitat survey and GIS analysis including imagery classification and marsh loss/gain.

- <u>Hazard Mitigation Plan, Audubon Park Commission and Institute</u> - The Audubon Commission Hazard Mitigation Plan is a concerted effort on the part of the Audubon Nature Institute (ANI) facilities to develop an all hazards, facility-wide approach to disaster damage reduction. In order to focus on a process needed to attain a sustainable future for the community, the Audubon Commission utilized a FEMA approved process to identify and assess all potential hazards that may affect the ANI facilities and develop an action plan to address those hazards. A GIS database was developed, which mapped the Audubon Commission's evacuation routes, flood zones, and critical facilities. Used GIS software called Hazards U.S. Multi-Hazard (HAZUS-MH) along with ESRI ArcGIS and Spatial Analysis to estimate losses of ANI facilities based on the total number and value of the facilities that can be damaged by a hazard event. Based on the impacts from Hurricane Katrina, the primary hazards of concern to the Audubon Commission are hurricanes, tropical storms and floods. HAZUS was used to estimate the potential dollar losses to vulnerable structures. Inputs for the HAZUS models consisted of data from the asset inventory and site visit.

- <u>St. Charles CZM PEA, St. Bernard Parish, LA. Plan. Client: LDNR</u> – GIS Manager/Specialist for all GIS mapping and analysis for the development of the Coastal Zone Management Plan for St. Bernard Parish. This project consisted of analyzing and quantifying land loss, vegetation analysis and verification, marsh loss/changes, economic, MRGO impacts, flooding analysis, emergency response and evacuation routes, endangered and sensitive species studies and habitat type health, transportation, and all other environmental factors.

- <u>GIS Consulting Services; Port Allen, Louisiana. Client West Baton Rouge Parish Government</u> - GIS Specialist which provided GIS consulting expertise in developing a strategic plan to migrate the government's GIS system from a fragmented, departmental, desktop GIS solution to a more coordinated, centralized enterprise solution cloud-based solution which included, Esri ArcGIS for Server Standard Enterprise, Enterprise Relational Database Management System, concurrent-use licenses of ArcGIS for Desktop Standard, and ArcGIS Online for Organizations. Other services included migration of existing data to enterprise databases, general GIS Consulting and Technical Support, GIS Desktop Support, Training, and Troubleshooting, assistance with Outside Agencies, Management of

WBR Parish Government User Group Meetings, and Assistance with License Management.

- <u>GIS Web-based AGOL Applications and Mobile Applications and GIS Support; Livingston Parish, LA. Client: City of Denham Springs</u> – GIS Specialist that provided GIS WebAppBuilder application development, Mobile data collection application, and project management, along with preliminary design of the GIS. Activities included assisting purchase of all software and hardware, GIS system design, installation of GIS Server, and conversion of all Public Works CAD data into GIS for implementation on GIS Server for internal access for the Department of Public Works.

- <u>GIS Web and Mobile Applications and GIS Training; Livingston Parish, LA. Client: City of Walker</u> – GIS Specialist provided the City of Walker with GPS/GIS training and assisted in GPS data collection of the Department of Public Works infrastructure. This will provide City Personnel as well as their contractors the training and expertise to continue GIS data collection for the rest of the City's infrastructure. GIS Specialist that provided GIS web application development, Mobile data collection application, and project management, along with preliminary design of the GIS. Activities included assisting purchase of all software and hardware, GIS system design, installation of GIS Server, and conversion of all Public Works CAD data into GIS for implementation on GIS Server for internal access for the Department of Public Works.

- <u>GIS Support Services; Boston 30 Oil Spill, New Jersey. Client: Gallagher Marine Services</u> – GIS Specialist that served on the GIS Team for the spill response activities resulting from a 112,000 #6 crude oil spill in the KillVan Kull near Staten Island, New York. Mr. Alford was responsible for maintaining the SCAT database and GIS data as well as the assistance with final report deliverables to the client.

- <u>GIS Support Services; Yellowstone River, Montana. Client: Exxon</u> – GIS Specialist that served on the GIS Team for the spill response activities resulting from a 1,000 barrel crude oil pipeline spill in the Yellowstone River near Billings, Montana. Mr. Alford was responsible for maintaining the SCAT database and GIS data as well as the assistance with final report deliverables to the client.

- <u>GIS Web-based Interactive Mapping Systems (IMS) and GIS Project Management and Support Services; Evangeline Parish, LA. Client: Evangeline Parish Police Jury</u> - GIS Specialist providing GIS mapping and analysis application development and project management, along with preliminary design of the GIS System and implementation of the Web-based Interactive Mapping System. Activities included assisting purchase of all software and hardware, GIS system design, installation of GIS Server, and conversion of all Assessor tax parcel CAD data into GIS for implementation on GIS Server for public access.

- Defining Boundaries of Environmentally Sensitive Areas, Ruston, LA. Client: Energy Transfer Company – Provided GIS analysis and mapping for the impacts for locations and boundaries for portions of the 176-mile proposed right-of-way for the Tiger Pipeline project across eastern Texas and northern Louisiana. Utilized Trimble GPS unit shape files associated with the right-of-way, centerline, northern work boundary, southern work boundary, areas defined as expanded workspaces, previously delineated wetlands, and creeks inside the permitted work areas, to map the locations of the environmentally sensitive areas to cause minimal disturbances during the clearing and construction operations.

- Cheniers and Natural Ridges Study. Cameron and St. Tammany Parishes, LA. Client: LDNR – On behalf of the LDNR, conducted the Chenier and Natural Ridges Study for sites in southwest Louisiana and the north shore of Lake Pontchartrain. Provided biologists with GIS support in assessing historical and current wildlife usage of chenier and ridge features by on-site field evaluations and review of the literature. A hydrological study is underway to determine the efficacy of cheniers and natural ridges in storm surge protection. Geological studies, which will examine how structural changes in these features may affect their integrity, are in progress. Interpretation of historical and current aerial photography will be undertaken to quantify and qualify feature impact. Data collected from the above-described efforts will be assimilated and a report describing how changes, attributable to human activity, may have affected cheniers and natural ridge features.

- Threatened and Endangered Species Monitoring. Client: Harrison Law, LLC – Prepared mapping and analysis for a red-cockaded woodpecker survey and timber stand survey on 430 acres in St. Tammany Parish, Louisiana.

- Regulatory Compliance Assistance. Louisiana Statewide Bridge Replacement Projects Louisiana. Client: LA DOTD – GIS Manager/Specialist for all GIS project management and assistance to LDOTD for wetlands and ecological compliance involving thirty individual bridge projects throughout Louisiana. Tasks include wetland delineations and the following environmental permitting: Section 10/404, Coastal Use, Scenic Rivers, and U.S. Coast Guard.

- Stage 0 Feasibility Study and EI, I-49 Inner Connector Project, Caddo Parish, LA. Client: Northwest Louisiana Council of Governments (NLCOG). – Provided GIS analysis, mapping, and a web-based map for the public website for the impacts of a connector as part of the I-49 Corridor, and was designed to intersect Shreveport, Louisiana through the urban area adjacent to the center of downtown with an approximately 3.6 mile long highway segment connecting the existing I-49/I-20 interchange to the proposed I-49/I-220 interchange.

- Constructed Wetlands/Wetlands Restoration (Demonstration Project); Ouachita Parish, LA. Client: Graphic Packaging International, Inc. (GPI). – Provided GIS for the restoration of a ±200 acre cypress/tupelo swamp at GPI's West Monroe facility. Project is being implemented to assess the feasibility of using secondary sludge as

a suitable substrate for wetland plant growth and re-establishment as a result of hydrologic modifications associated with the site.

**<u>Publications</u>**

Mobile GIS and Real-Time Data Display in a Common Operating PictureMobile GIS and Real-Time Data Display in a Common Operating Picture
International Oil Spill Conference Proceedings (2014) 2014 (1): 1607–1620 Journal · May 1, 2014 International Oil Spill Conference Proceedings (2014) 2014 (1): 1607–1620 Journal · May 1, 2014

Publication Link:
https://meridian.allenpress.com/iosc/article/2014/1/1607/197865/Mobile-GIS-and-Real-Time-Data-Display-in-a-Common

**CURRICULUM VITAE**

**PETER R. JAFFE**
William L. Knapp '47 Professor of Civil Engineering
Professor of Civil and Environmental Engineering
Princeton University

Department of Civil and Environmental Engineering
Princeton University
Princeton, N.J. 08544

Phone:  (609) 258 4653
Fax:    (609) 258 2799
e-mail:  jaffe@princeton.edu

**Education:**
Vanderbilt University, Nashville, TN.
    in Environmental and Water Resources Engineering, December 1981.
    M.S. in Environmental and Water Resources Engineering, May 1980.
Universidad Simón Bolívar, Caracas, Venezuela.
    B.S. in Chemical Engineering, December 1977.

**Languages:**  Fluent in English, Spanish, and German.

**Professional Interests:**
    Chemical, Physical, and Biological Fate of Conventional and Toxic Pollutants in Water Systems and Soils;
Water Quality Modeling; Water Pollution Control; Remediation of Contaminated Groundwater and Soils.

**Employment Record:**
* Acting Chair, Department of Civil and Environmental Engineering, Sept. 2020 – Jan. 2021.
* Associate Director for Research, Andlinger Center for Energy and the Environment, 2013 – 2019.
* Director of Graduate Studies, Department of Civil and Environmental Engineering, September 2009 – 2012, 2013 – 2014.
* Chair, Department of Civil and Environmental Engineering, July 1999 to June 2005.
* Professor, Department of Civil and Environmental Engineering, Princeton University, Princeton, N.J., since July 1996.  Associate Professor, July 1991 to June 1996.  Assistant Professor, February 1985 to June 1991.
* Director, Environmental Engineering and Water Resources Program, Princeton University, Princeton, N.J., July 1993 to July 1997.
* Profesor Agregado, Departamento de Procesos y Systemas, Universidad Simón Bolívar, Caracas, Venezuela, September 1983 to January 1985.
* Research Associate, Department of Civil Engineering, Princeton University, Princeton, N.J., January 1982 to July 1983.

**Selected Professional Experiences and Services:**
* National Academies of Sciences, Engineering, and Medicine, Committee on "Alternatives for the Demilitarization of Conventional Munitions," August 2017 - 2018.
* Vanderbilt University, Department of Civil and Environmental Engineering Advisory Council, 2014 to present.
* Member, NSF ReNUWIt (Stanford University's ERC on Water Technology) review panel, 2014-present.
* Imagine H2O Scientific Advisory Council Member, 2013 – present.
* New Jersey Water Resources Research Institute Advisory Council, 2001-2014.
* Advisory Board, Intl. Conf. Beneficial Use of Waste and Waste By-products, Albi, France, 2004; Patras Greece, 2008; Beijing, China, 2010; Porto, Portugal 2014; Rio, Brazil, 2014; Albi France 2016.
* Rutgers University, Chair, Bioresource Engineering Advisory Board, 2001 to 2015.
* University of Delaware, Department of Civil and Environmental Engineering Advisory Council, 2007 to 2012.
* New Jersey Water Resources Research Institute Advisory Council, 2001 to 2013.
* Member of the standing Technical Expert Panel of The Environment and Water Industry Development Council, Singapore, 2006-2008.
* Duke University, NIH Superfund Center Advisory Committee, 2000 to 2008.
* NYU, NIH Superfund Center Advisory Committee, 2002 to 2004.
* US Department of Energy, Environmental Management Advisory Committee, 1999 to 2001.
* Faculty Search Committee, CEE, Lehigh University, 2000.
* NJ Future, Sustainable State Advisory Committee, 1999.
* AEESP, Latin America International Committee, 1996-1999.
* NIH Superfund Committee, 1994.

* International Soil Science Society, Committee for the Symposium on Management of Contaminated Soils, 1994.
* AGU Groundwater Committee, 1992-1994.
* NRC, Committee on Pyrethroids and Ecological Risk Assessment, 1989-1990.
* ASCE – Board of Directors, NJ Section – Central Branch, 1989–1990.
* NJ Department of Environmental Protection, Member "Oil and Grease Task Force Meetings," 1982.
* Associate Editor / Editorial Board Member:  Physics and Chemistry of the Earth, Parts A/B/C, 2024 to present; Waste and Biomass Valorization, 2009 to present; Journal of Environmental Engineering, 2006 to 2012; Ingeniería Hidráulica en Mexico, 1996 - ; Water Resources Research, 1993 to 1997.

Selected Consultantships:
American Petroleum Institute 1986; U.S. Department of Justice; Environ Corporation, 1990; N.Y. State, Department of Law, 1989 to 1991; Schlumberger Technology Corporation, 1992; US Navy 1986-1987; McKin Superfund Site Trustees, 1993 to 1999; PPG Industries, 2005; Tyson, 2008; International Paper, 2008; Bechtel Corporation, 2009; ExxonMobile, 2012; HKF Technology 2015 – 2019.

**Honors and Appointements :**

* Winner of the 2023 Dean for Research Award for Distinguished Innovation. The award recognizes a technology or innovation led by a Princeton faculty member whose scholarly activity and creative thinking provides solutions to societal challenges.
* Member of the NIEHS Center for Environmental Health Sciences at the Environmental and Occupational Health Sciences Institute, 2023-present.
* Winner of the 2021 Schowalter Award. Award given to senior research-active faculty based on Princeton's School of Engineering and Applied Sciences wide contributions to research, teaching, and service.
* Testified at the joint hearing titled "*Forever Chemicals: Research and Development for Addressing the PFAS Problem,*" of the House Subcommittee on Environment and the House Subcommittee on Research and Technology, of the House Committee on Science, Space, and Technology, December 7th, 2021.
* Member at Large, Sigma Xi.
* Excellent International Cooperation Project Award, "Application of Feammox Process in Wastewater Treatment," awarded by the Guangzhou Association of Industrial Environmental Protection, 2017.
* Elected Fellow of the American Geophysical Union, 2012. *For fundamental, quantitative work on biogeochemical reaction and transport phenomena in soils and sediments.*
* Appointed as Board Certified Environmental Engineering Member (BCEEM) of the American Academy of Environmental Engineers (AAEE) by Eminence, November 2008.
* Visiting Researcher Ecole Nationale Supérieure des Techniques Industrielles et des Mines d'Albi-Carmaux, France, May/June 2006.
* University of Auckland Foundation visitor, July 2000.
* Excellence in Teaching Award, Princeton University Undergraduate Engineering Council, 1998.
* Senior Research Scholar (Part-time Associate), International Institute for Applied Systems Analysis, Vienna, Austria, June 1 to August 31, 1994 - 1996.
* AT&T Industrial Ecology Fellow, 1993-1995.
* Fellowship from the American Academy of Arts and Sciences to visit the International Institute for Applied Systems Analysis, Vienna, Austria, November 1991.

**University Responsibilities (Princeton University):**
Other University Affiliations:
Associated Faculty, Department of Geology and Geophysical Sciences.
Associated Faculty, High Meadows Environmental Institute (HMEI).
Associated Faculty, Andlinger Center for Energy and the Environment (ACEE).
Associated Faculty, Princeton Materials Institute (PMI).
Associated Faculty, Bioengineering Initiative.

University Committees (partial list):
Faculty Committee on Examinations and Standing, 2021-2023.
Committee on Conference and Faculty Appeal (CCFA), 2015-2018.
Elected Member of the Faculty Advisory Committee on Appointments and Advancements, 2012-2013, 2023-2024.

July 2024

Geological Engineering Committee, 1985 to -.
Engineering Biology Committee, 1993 to present.
Environmental Engineering and Water Resources Program Committee, 1985 to present.
Faculty Committee on the Graduate School, Policy Subcommittee, AY 2009/2010
Faculty Committee on the Graduate School, 2009 to 2011.
Architecture and Engineering Committee, 2000 to 2005.
Radiation Safety Committee, 1990 to 1999.
Princeton Materials Institute Curriculum Committee, 1994 to 1996.
Princeton Environmental Institute Executive Committee, 1994 to 1996.
Princeton Environmental Institute Search Committee, 1995 to 1997.
Princeton Environmental Institute Curriculum Committee, 1995 to 1997.
Elected Member of the Committee on Course of Study, 1988 to 1990.

Other Responsibilities:
Faculty Advisor, Engineers Without Borders, 2008 to 2020.
Director of Graduate Studies, 2009 to 2011.
Freshmen Advisor, 1987 to 1995, 2006 to 2010, 2019/2020, 2023-present.
Department Right to Know Coordinator, ~1990 to 2001.
Department Chemical Safety Officer, 1990 to 2001.
Acting Director Water Resources Program, 1989/90.

Courses Taught:
CEE 303, Environmental Studies; Spring semesters 1987 to 1993.
CEE 308, Environmental Engineering Laboratory; Spring semesters since 1997.
CEE 471, Introduction to Water Pollution Technology; Fall semesters since 1985.
CEE 472, Fundamentals of Water Quality Analysis; Spring 1985, 1986.
CEE 584, Environmental Chemistry; alternate Spring semesters since 1988.
CEE 590, Water Quality Modeling and Analysis; Fall 1985, alternate Spring semesters since 1987.

Dissertations Supervised:
* Patrick J. Witkowski, "Modeling Sorptive Interactions During Transport of a Persistent Organic Contaminant: Aroclor 1242," 1990.
* Stewart W. Taylor, "Transport of Substrate and Biomass in Porous Media with Application to In-situ Bioremediation of Organic Contaminants in Groundwater," 1990.
* Paul T. Imhoff, "Dissolution of a Non-Aqueous Phase Liquid in Saturated Porous Media," 1992.
* James A. Smith, "Sorption of Nonionic Organic Compounds to Organoclays from Water," 1992.
* H. Jean Cho, "The Volatilization of Organic Compounds in Unsaturated porous Media during Infiltration," 1992.
* David M. Tuck, "Immiscible Displacement of Residual Tetrachloroethylene from Saturated and Unsaturated Porous Media," 1992.
* Jae Woo Park, "Engineering Applications of Organo-Oxides for Decontamination of Water and Soil," 1994.
* Naresh Singhal, "Anaerobic Dehalogenation of TCE in Continuous Flow Systems," 1995.
* Cecilia L. MacLeod, "Mercury in the New Jersey Coastal Plain," 1995.
* Saumyen Guha, "Surfactant Enhanced Bioremediation: Bioavailability of Hydrophobic Organic Compounds Partitioned into the Micellar Phase of Nonionic Surfactants," 1995.
* Jonathan C. Johnson, "Mass Transfer in Porous Media: The Effect of Surfactants on the Mass Transfer Rate Coefficient," 1998.
* Sherwood L. Smith, "Modeling the Transport of Trace Metals in Water-Saturated Soils and Sediments as Affected by the Biodegradation of Organic Substrates via Various Terminal Electron Acceptors," 1998.
* Pete L. Kallin, "Modeling the Fate and Transport of Trace Metal Contaminants in Natural and Constructed Surface-Flow Wetlands," 1999.
* Joseph R. Stencel, "Trace Metals in Water from crude Oil: Surfactant and Humic Acid Enhanced Partitioning," 1999.
* Derick G. Brown, "Effects of Nonionic Surfactants on Bacterial Transport Through Porous Media," 2000.
* Hyun-su Kim, "Dynamics of Aerobic and Denitrifying Bacterial Strains During the Biodegradation of Toluene in a Porous Medium: Experimental Quantification and Mathematical Simulation," 2004.

* Jung-Hyun Choi, "The Effect of Plants on the Dynamics of Sulfur Species and Zinc in Wetland Sediments," 2004.
* Shangping Xu, "An Investigation on the Effects of Herbaceous Plants on the Biogeochemistry of Wetland Sediments," 2005.
* Junu Shrestha, "Effects of Anthropogenic Disturbances on the Iron and Nitrogen Cycles in Riparian Wetland Soils," 2007.
* Luke H. MacDonald, "Microbiological and Plant-Driven Redox Systems in Groundwater and Links Between Water, Health, and Policy," 2010.
* Bernice R. Rosenzweig, "Stormwater Detention Ponds and the Nitrogen Cycle in Urban Watersheds," 2010.
* Jeffrey S. Paull, "Influence of Hydrophytic Vegetation on Biogeochemical Processes Within Contaminated Wetland Systems," 2012.
* Matthew C. Reid, "Physical-Chemical Dynamics of Trace Gases in Wetland Soils: Implications for the Water Quality and Carbon Sequestration Functions of Wetlands," 2014.
* Hagar ElBishlawi, "Immobilization of Inorganic Species by Reactive Porous Media: Control of Trace Metals in a Constructed Urban Marsh and Fluoride Removal Via Novel Calcite-hydroxyapatite," 2014.
* Minjin Lee, "Interactions Between Nitrogen and Hydrological Cycles: Implications for River Nitrogen Responses to Climate and Land Use with the Model LM3-TAN," 2015.
* David S. Pal, "Simultaneous Measurement of Hydrogen and Methane: Investigating the Inhibition of Methanogenesis in Wetland Sediments," 2016.
* Zheyun Zhang, "Effects of Nutrients and Redox Transitions on Arsenic Dynamics in Wetlands, and Microbially Mediated Pyrrhotite Formation," 2016.
* Melany P. Ruiz-Urigüen, "Anaerobic Ammonium Removal by Feammox Bacteria in Electrode Based Systems and Microbial Performance in a Nitric Oxide Denitrification Bioreactor," 2019.
* Arianna Sherman, "Biogeochemical Impacts of Typhoon Disturbance in Polluted Aquatic Ecosystems and the Role of the Feammox Process in Contaminated Riparian Zones," 2020.
* Weitao Shuai, "Harnessing the Novel Acidimicrobiaceae sp. Strain A6: Optimal Environmental and Operational Conditions in Constructed Wetland Mesocosms and Microbial Electrochemical System," 2021.

**Professional Affiliations:**

American Geophysical Union, American Geochemical Society, American Chemical Society, American Society for Microbiology, American Academy of Environmental Engineers and Scientists, American Society of Civil Engineers, Water Environment Federation, Federal Water Quality Association.

**Patents/Provisional Applications:**
* "Feammox Activity in Bioelectrochemical Reactors" Patent No. U.S. 11,807,563 B2, Nov. 7, 2023.
* "Enhancing Feammox/PFAS Defluorination via PAA-coated Ferric Iron Phase," U.S. Provisional Application No. 63/431,370, Dec. 2022 (with B. Koel).
* "Methods and Compositions for Nitrogen Removal Using Feammox Microorganisms," Patent No. US 10,479,712 B2, Nov. 19, 2019 (with S. Huang).
* "Biodegradation of Fluorochemicals," U.S. Provisional Application No. 62/792,971, January 16, 2019, (with S. Huang).
* "Biodegradation of Fluorochemicals," U.S. Provisional Application No. 62/737,255, Sept. 27, 2018, (with S. Huang).
* "Methods and Compositions for Nitrogen Removal Using Feammox Microorganisms," Patent No. US 2018/0029909 A1, Feb. 1, 2018 (with S. Huang).
* "Oxidant Enhanced Feammox Activity," International Application No.: PCT/US2018/052710, September 25, 2018 (with S. Huang).
* "Use of Elemental Sulfur to Stimulate Feammox Activity," U.S. Provisional Patent Application 62565480, 2017 (with S. Huang).
* "Methods and Compositions for Nitrogen Removal Using Feammox Microorganisms," Patent No. US 9,815,732 B2, Nov. 14, 2017 (with S. Huang).
* "Methods and Compositions for Nitrogen Removal Using Feammox Microorganisms," Patent No. US 9,815,723, Nov. 14, 2017 (with S. Huang).
* "Nanoparticulate apatite-coated-calcite/limestone filter materials for removing contaminants from contaminated water," U.S. Patent Application 14/695,220, 2015 (with S. Myneni).
* "Metal Reduction and Degradation of Organic Contaminants via Feammox," U.S. Provisional Patent Application 62058453, 2014 (with S. Huang and E. Gilson).

* "A Newly Identified Microorganism Affecting Nitrogen Cycle: Ammonium Oxidation Under Iron Reducing Conditions," U.S. Provisional Patent Application #61/821,488, 2013 (with S. Huang).
* "Semi-permanent Dialysis Samplers for Long Term Sediment Environmental Monitoring," U.S. Provisional Patent Application No. 61/483,347, 2011 (with J. Vocaturo, L. McDonald, J. Paull).
* "Extraction of Non-Ionic Organic Pollutants," U.S. Patent # 5458437, 1995 (with J. Park).

## I. Refereed Publications

### i. Journals:

Huang, S., C. Smorada, and P.R. Jaffé, "Stimulating *Acidimicrobium* sp. Strain A6 in iron-rich, acidic sediments from AFFF-impacted sites for PFAS defluorination," in review.

Smorada, C.M., M.W. Sima, and P.R. Jaffé, "Bacterial Degradation of Perfluoroalkyl Acids," *Current Opinions in Biotechnology*, in press.

Jaffé, P.R. and S. Huang, "Rebuttal to Correspondence on Defluorination of Perfluorooctanoic Acid (PFOA) and Perfluorooctane Sulfonate (PFOS) by Acidimicrobium sp. Strain A6," *Environmental Science and Technology*, 2023, 57, 48, 20443–20447, https://pubs.acs.org/doi/full/10.1021/acs.est.3c07853.

Huff Chester, A.L., N. Gallagher, S. Huang, P. Jaffé, P. Novak, "Stormwater applications of zeolite-coated biofilm carriers for ammonium removal with possible applications to PFAS biotransformation," *Environmental Science: Water Research & Technology*, 2023, Vol. 9, pp. 3227 – 3242, https://pubs.rsc.org/en/content/articlehtml/2023/ew/d3ew00101f.

Park, J., S. Huang, B.E. Koel, and P.R. Jaffé, "Effects of polyacrylic acid (PAA)-coated ferrihydrite as an electron acceptor for perfluorooctanoic acid (PFOA) degradation by *Acidimicrobium* sp. Strain A6," *J. of Hazardous Materials*, 2023, Vol. 459, No. 5, https://doi.org/10.1016/j.jhazmat.2023.132039.

Sherman, A., S. Huang, and P.R. Jaffé, "Impacts of Storm Disturbance and the Role of the Feammox Process in High Nutrient Riparian Sediments," *Biogeochemistry*, 2023, https://doi.org/10.1007/s10533-023-01062-7.

Sima, M.W., S. Huang, and P.R. Jaffé, "Modeling the Kinetics of Perfluorooctanoic and Perfluorooctane Sulfonic Acid Biodegradation by *Acidimicrobium* sp. Strain A6 during the Feammox Process," *J. of Hazardous Materials*, 2023, Vol. 448, https://doi.org/10.1016/j.jhazmat.2023.130903.

Ruiz-Urigüen, M., W. Shuai, S. Huang, and P.R. Jaffé, "Biodegradation of PFOA in Microbial Electrolysis Cells by *Acidimicrobiaceae* sp. Strain A6," *Chemosphere*, 2022, Vol. 292, p. 133506, https://doi.org/10.1016/j.chemosphere.2021.133506.

Huang, S., M. Sima, Y. Long, C. Messenger, and P.R. Jaffé, "Degradation of Perfluorooctanoic Acid (PFOA) in Biosolids by *Acidimicrobium* sp. Strain A6," *J. of Hazardous Materials*, 2022, Vol. 424, Part D, p. 127699, https://doi.org/10.1016/j.jhazmat.2021.127699.

Huang, S., A. Sherman, C. Chen, and P.R. Jaffé, "Tropical cyclone effects on water and sediment chemistry and the microbial community in estuarine ecosystems," *Environmental Pollution*, 2021, Vol. 286, https://doi.org/10.1016/j.envpol.2021.117228.

Sima, M., and P.R. Jaffé, "A Critical Review of Modeling Poly- and Perfluoroalkyl Substances (PFAS) in the Soil-Water Environment," *Science of the Total Environment*, 2021, Vol. 757, 143793, https://doi.org/10.1016/j.scitotenv.2020.143793.

Zazo, J., P. García-Muñoz, G. Pliego, J. Silveira, P. Jaffe, and J. Casas, "Selective reduction of nitrate to $N_2$ using ilmenite as a low-cost photo-catalyst," *Applied Catalysis B: Environmental*, 2020, Vol. 273, 15, 118930, https://doi.org/10.1016/j.apcatb.2020.118930.

Wagner, R. O., S. Hsu, J.N. Kick, S. Bisogno, C. Heubner, S. Iyer, S. Overbey, and P. Jaffe, "An Interdisciplinary Approach to the Sustainability of a Gravity-Fed Water System in the Peruvian Andes," *International Journal for Service Learning in Engineering*, 2019, Vol. 14, No.3, https://doi.org/10.24908/ijsle.v14i3.13182.

Huang, S., Z. Zheng, Q. Wei, I. Han, and P.R. Jaffé, "Performance of sulfur-based autotrophic denitrification and denitrifiers for wastewater treatment under acidic conditions," *Bioresource Technology*, 2019, Vol. 295 https://doi.org/10.1016/j.biortech.2019.122176.

Huang, S., and P.R. Jaffé, "Defluorination of perfluorooctanoic acid (PFOA) and perfluorooctane sulfonate (PFOS) by *Acidimicrobium* sp. strain A6," *Environmental Science and Technology*, 2019, Vol. 53, No 19, pp 11410-11419, http://dx.doi.org/10.1021/acs.est.9b04047.

Ruiz, M., D. Steingart, and P.R. Jaffé, "Oxidation of Ammonium by Feammox *Acidimicrobiaceae sp. A6* in Microbial Electrolysis Cells," *Environmental Science: Water Research & Technology*, 2019, Vol. **5**, pp. 1582 – 1592, https://doi.org/10.1039/c9ew00366e.

July 2024

Razaviarani, V., J.A. Zazo, J.A. Casas, P.R. Jaffé, "Coupled Fenton-denitrification process for the removal of organic matter and total nitrogen from coking plant wastewater," *Chemosphere*, 2019, Vol. 224, pp. 653-675, https://doi.org/10.1016/j.chemosphere.2019.02.178.

Ge, J., S. Huang, I. Han, and P.R. Jaffé, "Degradation of Tetra- and Trichloethylene under Iron Reducing Conditions by Feammox *Acidimicrobiaceae sp. A6*," *Environmental Pollution*, 2019, Vol. 247, pp. 248-255, https://doi.org/10.1016/j.envpol.2019.01.066.

Shuai, W., and P.R. Jaffé, "Anaerobic Ammonium Oxidation Coupled to Iron Reduction in Constructed Wetland Mesocosms," *Science of the Total Environment*, 2019, Vol. 648, pp. 984-992, https://doi.org/10.1016/j.scitotenv.2018.08.189.

Razaviarani, V., M. Ruiz-Urigüen, P.R. Jaffé, "Denitrification of Nitric Oxide using Hollow Fiber Membrane Bioreactor; Effect of Nitrate and Nitric Oxide Loadings on the Reactor Performance and Microbiology," *Waste and Biomass Valorization*, 2019, Vol. 10, pp. 1989–2000. https://doi.org/10.1007/s12649-018-0223-z.

Bilgin, A., and P.R. Jaffé, "Precipitation of Copper(II) in a Two-Stage Continuous Treatment System Using Sulfate Reducing Bacteria," *Waste and Biomass Valorization*, 2019, Vol. 19, pp. 2907-2914, http://link.springer.com/article/10.1007/s12649-018-0329-3.

Ruiz, M., W. Shuai, and P.R. Jaffé, "Electrode Colonization by the Feammox Bacterium *Acidimicrobiaceae* sp. Strain A6," *Applied and Environmental Microbiology*, 2018, Volume 84, Issue 24 e02029-18, doi: 10.1128/AEM.02029-18.

Lee, M., C. Jung, E. Shevliakova, S. Malyshev, P.C.D. Milly, H. Han, S. Kim, K. Kim, and P.R. Jaffé, "Control of Nitrogen Exports from River Basins to the Coastal Ocean: Evaluation of Basin Management Strategies for Reducing Coastal Hypoxia," *Journal of Geophysical Research: Biogeosciences*, 2018, https:doi.org/10.1029/2018JG004436.

Huang, S., C. Chen, and P.R. Jaffé, "Seasonal Distribution of Nitrifiers and Denitrifiers in Urban River Sediments Affected by Agricultural Activities," *Science of the Total Environment*, Vol. 642, 2018, pp. 1282–1291, https://doi.org/10.1016/j.scitotenv.2018.06.116.

Huang, S., and P.R. Jaffé, "Isolation and Characterization of an Ammonium-Oxidizing Iron Reducer: *Acidimicrobiaceae sp. A6*," *PLOS ONE*, Vol. 13, No. 4, 2018, e0194007, https://doi.org/10.1371/journal.pone.0194007.

Pal, D.S., R. Tripathee, M.C. Reid, K.V.R. Schäfer, and P.R. Jaffé, "Simultaneous Measurements of Dissolved $CH_4$ and $H_2$ in Wetland Soils," *Environmental Monitoring and Assessment*, 2018, 190: 176. https://doi.org/10.1007/s10661-018-6552-3.

Zhang, Z., H.S. Moon, S. Myneni, and P.R. Jaffé, "Phosphate Enhanced Abiotic and Biotic Arsenic Mobilization in the Wetland Rhizosphere," *Chemosphere*, Vol. 187, 2017, pp. 130-139, https://doi.org/10.1016/j.chemosphere.2017.08.096.

Kaplan, D.I., S.W. Buettner, D. Li, S. Huang, P.G. Koster van Groos, P.R. Jaffé, and J.C. Seaman, "*In situ* Porewater Uranium Concentrations in a Contaminated Wetland: Effect of Season and Sediment Depth," *Applied Geochemistry*, Vol. 85, Part B, 2017, pp. 128-136, http://dx.doi.org/10.1016/j.apgeochem.2016.11.017.

Zhang, Z., H.S. Moon, S.B. Myneni, and P.R. Jaffé, "Effect of Dissimilatory Iron and Sulfate Reduction on Arsenic Dynamics in the Wetland Rhizosphere and its Bioaccumulation in Plants," *Journal of Hazardous Materials*, 2017, Vol. 321, pp. 382-389, doi: 10.1016/j.jhazmat.2016.06.022.

Koster van Groos, P.G., D.I. Kaplan, H. Chang, J.C. Seaman, D. Li, A.D. Peacock, K.G. Scheckel, and P.R. Jaffé, "Uranium Fate in Wetland Mesocosms: Effects of Plants at two Iron Loadings with Different pH Values," *Chemosphere*, 2016, Vol. 163, pp. 116-124, doi: 10.1016/j.chemosphere.2016.08.012.

Lee, M., E. Shevliakova, S. Malyshev, P. C. D. Milly, and P.R. Jaffé, "Climate Variability and Extremes Interacting with Nitrogen Storage Amplify Eutrophication Risk," *Geophysical Research Letters*, 2016, Vol. 43, Issue 14, pp. 7520–7528, doi: 10.1002/2016GL069254/full.

Kaplan, D.I., R. Kukkadapu, J. Seaman, B. Arey, A. Dohnalkova, S. Buttner, D. Li, T. Varga, K.G. Scheckel, P.R. Jaffe, "Iron Mineralogy and Uranium-Binding Environment in the Rhizosphere of a Wetland Soil," *Science of the Total Environment*, 2016, Vol. 569–570, pp. 53–64, doi: 10.1016/j.scitotenv.2016.06.120.

Pennino, M., R. McDonald, and P.R. Jaffe, "Watershed-Scale Impacts of Stormwater Green Infrastructure on Hydrology, Nutrient Fluxes, and Combined Sewer Overflows in the Mid-Atlantic Region," *Science of the Total Environment*, 2016, Vol. 565, pp. 1044-1053, doi: 10.1016/j.scitotenv.2016.05.101.

Huang, S., C. Chen, X. Peng, and P.R. Jaffé, "Environmental Factors Affecting the Presence of *Acidimicrobiaceae* and Ammonium Removal under Iron-reducing Conditions in Soil Environments," *Soil Biology and Biochemistry*, 2016, Vol. 98, pp. 148-158, doi: 10.1016/j.soilbio.2016.04.021.

Kaplan, D.I., C. Xu, S. Huang, Y. Lin, N. Tolić, K.M. Roscioli-Johnson, P.H. Santschi, and P.R. Jaffé, "Unique Organic Matter and Microbial Properties in the Rhizosphere of a Wetland Soil," *Environmental Science and*

*Technology*, 2016, 50, 4169−4177, doi: 10.1021/acs.est.5b05165.

Pal, D., P.R. Jaffé, "Modeling the Inhibition of Dissolved $H_2$ on Propionate Fermentation and Methanogenesis in Wetland Sediments," *Ecological Modelling*, Vol. 322, 2016, pp. 115–123, doi: 10.1016/j.ecolmodel.2015.11.005.

Gilson, E.R., S. Huang, and P.R. Jaffé, "Biological Reduction of Uranium by *Acidimicrobiaceae* bacterium A6," *Biodegradation*, 2015, Volume 26, Issue 6, pp. 475-482, doi: 10.1007/s10532-015-9749-y.

Gilson, E., S. Huang, P. Koster van Groos, K. Scheckel, O. Qafoku, A. Peacock, D. Kaplan, P. Jaffe, "Uranium Redistribution due to Water Table Fluctuations in Sandy Wetland Mesocosms," *Environmental Science and Technology*, 2015, 49 (20), pp. 12214–12222, doi: 10.1021/acs.est.5b02957.

Reid, M.C., D.S. Pal, and P.R. Jaffé, "Dissolved Gas Dynamics in Wetland Soils: In situ Measurements and Modeling of Root-Mediated Gas Exchange and Transport to the Surface," *Water Resources Research*, 2015, Vol. 51, No. 9, pp. 7343–7357, doi: 10.1002/2014WR016803.

Li, D., D. Kaplan, H. Chang, J. Seaman, P. Jaffe, P. Koster van Groos, K. Scheckel, C. Segre, N. Chen, D.T. Jiang, M. Newville, A. Lanzirotti, "Spectroscopic Evidence of Uranium Immobilization in Acidic Wetlands by Natural Organic Matter and Plant Roots," *Environmental Science and Technology*, 2015, *49* (5), pp. 2823–2832, doi: 10.1021/es505369g.

ElBishlawi, H., and P.R. Jaffé, "Characterization of Dissolved Organic Matter from a Restored Urban Marsh and its Role in the Mobilization of Trace Metals," *Chemosphere*, 2015, 127, pp. 144–151. doi: 10.1016/j.chemosphere.2014.12.080.

Huang, S. and P.R. Jaffé, "Characterization of Incubation Experiments and Development of an Enrichment Culture Capable of Ammonium Oxidation under Iron-Reducing Conditions," *Biogeosciences*, 2015, 12, 769-779, doi: 10.5194/bg-12-769-2015.

Chang, H., S. Buettner, J. Seaman, P.R. Jaffé, P. Koster van Groos, D. Li, A. Peacock, K., Scheckel, D. Kaplan, "Uranium Immobilization in an Iron-rich Rhizosphere of a Native Wetland Plant from the Savannah River Site under Reducing Conditions," *Environmental Science and Technology*, 2014, 48 (16), pp. 9270–9278. doi: 10.1021/es5015136.

Pal, D.S., M.C. Reid, and P.R. Jaffé, "Impact of Hurricane Sandy on $CH_4$ Released from Vegetated and Unvegetated Wetland Microsites," *Environmental Science and Technology Letters*, 1, 2014, pp. 372-375, doi: 10.1021/ez5002215.

Huang, S., and P.R. Jaffé, "Identification of an *Actinobacteria* Species Capable to Oxidize Ammonium under Iron Reducing Conditions," *Biogeosciences Discussions,* 11, 12295-12321, doi: 10.5194/bgd-11-12295-2014, 2014.

Lee, M., S. Malyshev, E. Shevliakova, P. C. D. Milly, and P.R. Jaffé, "Capturing Interactions between Nitrogen and Hydrological Cycles under Historical Climate and Land Use: Susquehanna Watershed Analysis with the GFDL Land Model LM3-TAN," *Biogeosciences*, 11, 2014, 5809-5826, doi: 10.5194/bg-11-5809-2014 (also *Biogeosciences Discussions*, 11, 5669-5710, doi:10.5194/bgd-11-5669-2014, 2014).

Xiang, A., S. Zhou, B.E. Koel, P.R. Jaffé, "Transport of Poly(Acrylic Acid) Coated 2-Line Ferrihydrite Nanoparticles in Saturated Aquifer Sediments for Environmental Remediation," *Journal of Nanoparticle Research*, Vol .16, 2014, 2294, doi: 10.1007/s11051-014-2294-5.

Abbassi, R., A.K. Yadav, S. Huang, and P.R. Jaffé, "Laboratory Study of Nitrification, Denitrification and Anammox Processes in Membrane Bioreactors Considering Periodic Aeration*," Journal of Environmental Management*, Vol. 142, 2014, pp. 53-59, doi: 10.1016/j.jenvman.2014.03.013.

Li, D., H.S. Chang, J.C. Seaman, P.R. Jaffe, P. Koster van Groos, D.T. Jiang, N. Chen, K.G. Scheckel and D.I. Kaplan, "Retention and Chemical Speciation of Uranium in a Wetland on the Savannah River Site," Journal of Environmental Radioactivity, 131 (2014) pp. 40-46, doi: 10.1016/j.jenvrad.2013.10.017.

Reid, M.C., R. Tripathee, K.V.R. Schäfer, and P. R. Jaffé, "Tidal Marsh Methane Dynamics: Difference in Seasonal Lags in Emissions Driven by Storage in Vegetated vs. Unvegetated Sediments," *Journal of Geophysical Research – Biogeoscience*, Vol. 118, No. 4, Dec. 2013, pp. 1802-1813, doi: 10.1002/2013JG002438.

Abbassi, R., A.K. Yadav, N. Kumar, S. Huang, P.R. Jaffé, "Modeling and Optimization of Dye Removal using "Green" Clay Supported Iron Nanoparticles," *Ecological Engineering*, Vol. 61(A), December 2013, pp. 366-370, doi: 10.1016/j.ecoleng.2013.09.040.

ElBishlawi, H., J.Y. Shin, and P.R. Jaffe, "Trace Metal Immobilization in Sediments of a Newly Constructed and an Established Tidal Brackish Marsh," *Ecological Engineering*, Vol. 58, Sep. 2013, pp. 133–141 doi: 10.1016/j.ecoleng.2013.06.018.

Xiang, A., W. Yan, B.E. Koel, P.R Jaffé, "Poly(Acrylic Acid) Coating Induced 2-Line Ferrihydrite Nanoparticle Transport in Saturated Porous Media," *Journal of Nanoparticle Research*, 2013, 5:1705, doi: 10.1007/s11051-013-1705-3.

Dar, S., H. Tan, A. Peacock, P. Jaffe, L. N'Guessan, K. Williams, and S. Strycharz-Glaven, "Spatial Distribution of *Geobacteraceae* and Sulfate Reducing Bacteria During In Situ Bioremediation of Uranium Contaminated Groundwater," *Remediation Journal*, 2013, Vol. 23, No. 2, 31- 49, doi: 10.1002/rem.

Reid, M.C. and P.R. Jaffé, "A Push-Pull Test to Measure Root Uptake and Volatilization of Chemicals from Wetland Soils," *Environmental Science and Technology*, Vol. 47, No. 7, 2013, pp. 3190–3198, doi: 10.1021/es304748r.

MacDonald, L.H., J.S. Paull, and P.R. Jaffé, "Enhanced Semi-permanent Dialysis Samplers for Long Term Environmental Monitoring in Saturated Sediments," *Environmental Monitoring and Assessment*, Vol. 185, No. 5, 2013, pp. 3613-3624, doi: 10.1007/s10661-012-2813-8.

Wood, E.F., J.K. Roundy, T.J. Troy, R. van Beek, M. Bierkens, E. Blyth, A. de Roo, P. Döll, M. Ek, J. Famiglietti, D. Gochis, N. van de Giesen, P. Houser, P. Jaffé, S. Kollet, B. Lehner, Dennis P. Lettenmaier, C. Peters-Lidard, M. Sivapalan, J. Sheffield, A. Wade, P. Whitehead. Reply to comment by Keith J. Beven and Hannah L. Cloke on "Hyperresolution global land surface modeling: Meeting a grand challenge for monitoring Earth's terrestrial water," *Water Resources Research*, Vol. 48, W01802, 3 PP., 2012, doi: 10.1029/2011WR011202.

Reid, M.C. and P.R. Jaffé, "Gas-phase and Transpiration-driven Mechanisms for Volatilization through Wetland Macrophytes," *Environmental Science and Technology*, 2012, 46 (10), pp. 5344–5352, doi: 10.1021/es203297a.

Barlett, M., H.S. Moon, A.D. Peacock, D.B. Hedrick, K.H. Williams, P.E. Long, D. Lovley, and P.R. Jaffé, "Uranium Reduction and Microbial Community Development in Response to Stimulation with Different Electron Donors" *Biodegradation*, Vol. 23, No 4, 2012, pp. 535-546, doi: 10.1007/s10532-011-9531-8.

MacDonald, L.H., G. Pathak, B. Singer, P.R. Jaffé, "An Integrated Approach to Address Endemic Fluorosis in Jharkhand, India," *Journal of Water Resource and Protection*, Vol. 03, No. 07, 2011, pp. 457-472, doi: 10.4236/jwarp.2011.37056.

Wood, E.F., J.K. Roundy, T.J.Troy, R. van Beek, M. Bierkens, E. Blyth, A. de Roo, P. Döll, M. Ek, J. Famiglietti, D. Gochis, N. van de Giesen, P. Houser, P. Jaffé, S. Kollet, B. Lehner, Dennis P. Lettenmaier, C. Peters-Lidard, M. Sivapalan, J. Sheffield, A. Wade, P. Whitehead, "Hyper-Resolution Global Land Surface Modeling: Meeting a Grand Challenge for Monitoring Earth's Terrestrial Water," *Water Resources Research*, Vol. 47, W05301, 2011, doi: 10.1029/2010WR010090.

Shrestha, J., Clement, J.C., Ehrenfeld, J.G., Jaffé, P.R., "Effects of Vegetation Removal and Urea Application on Iron and Nitrogen Redox Chemistry in Riparian Forested Soils," *Water, Air, & Soil Pollution,* Vol. 220, 2011, pp. 213–223, doi: 10.1007/s11270-011-0748-2.

Rosenzweig, B.R., J.A. Smith, M.L. Baeck, and P.R. Jaffé, "Monitoring Nitrogen Loading and Retention in an Urban Stormwater Detention Pond," *Journal of Environmental Quality*, 2011, Vol. 40, pp. 598-609, doi: 10.2134/jeq2010.0300.

MacDonald, L.H., H.S. Moon, and P.R. Jaffé, "The Role of Biomass, Aqueous Ferrous Iron, and Electron Shuttles in Microbially Mediated Ferrihydrite Reduction," *Water Research,* Vol. 45, No 3, 2011, pp. 1049-1062, doi: 10.1016/j.watres.2010.10.017.

N'Guessan, A.L., H.S. Moon, A.D. Peacock, H. Tan, M. Sinha, P.E. Long, and P.R. Jaffé, "Post-Biostimulation Microbial Community Structure Changes that Control the Chemical Reoxidation of Reduced Uranium," *FEMS Microbiology Ecology*, Vol. 74, 2010, pp. 184–195, doi: 10.1111/j.1574-6941.2010.00933.x.

Moon, H.S., L. McGuiness, R.K. Kukkadapu, A.D. Peacock, J. Komlos, L.J. Kerkhof, P.E. Long, P.R. Jaffé, "Microbial Reduction of Uranium under Iron- and Sulfate-reducing Conditions: Effect of Amended Goethite on Microbial Community Composition and Dynamics," *Water Research*, Vol. 44, 2010, pp. 4015-4028, doi: 10.1016/j.watres.2010.05.003.

Shrestha, J., J.R. Rich, J.G. Ehrenfeld, and P.R. Jaffé, "Oxidation of Ammonium to Nitrite under Iron Reducing Conditions in Wetland Soils; Laboratory, Field Demonstrations and Push Pull Rate Determination," *Soil Science*, Vol. 174, No. 3, 2009, pp. 156-164, doi: 10.1097/SS.0b013e3181988fbf.

Bassein, E. and P. R. Jaffé, "Measuring *In Situ* Reaction Rate Constants in Wetland Sediments," *Environmental Monitoring and Assessment*," Vol. 159, 2009, pp. 51-62,  doi: 10.1007/s10661-008-0612-z.

Song, B., E. Chyun, P.R. Jaffé, and B.B. Ward, "Molecular Methods to Detect and Monitor Dissimilatory Arsenate Respiring Bacteria (DARB) in Sediments," *FEMS Microbiology Ecology*, Vol. 68, 2009, pp. 108–117, doi: 10.1111/j.1574-6941.2009.00657.x.

Moon, H.S., Komlos, J., and P.R. Jaffé, "Biogenic U(IV) Oxidation by Dissolved Oxygen and Nitrate in Sediment after Prolonged U(VI)/Fe(III)/$SO_4^{2-}$ Reduction," *Journal of Contaminant Hydrology*, Vol. 105, 2009, pp. 18–27, doi: 10.1016/j.jconhyd.2008.10.014.

Komlos, J., H.S. Moon, and P.R. Jaffé, "Effect of Sulfate on the Simultaneous Bioreduction of Iron and Uranium," *Journal of Environmental Quality*, Vol. 37, 2008, pp. 2058-2062, doi: 10.2134/jeq2007.0665.

Komlos, J., A. Peacock, R.K. Kukkadapu, and P.R. Jaffé, "Long-Term Dynamics of Uranium Reduction/Reoxidation under Low Sulfate Conditions," *Geochim Cosmochim Acta*, 72, 2008, pp. 3603–3615, doi: 10.1016/j.gca.2008.05.040.

Rosenzweig, B.R., H.S. Moon, J.A. Smith, M.L. Baeck, and P.R. Jaffé, "Variation in the Instream Dissolved Inorganic Nitrogen Response between and within Rainstorm Events in an Urban Watershed," *Journal of Environmental Science and Health, Part A. Toxic/Hazardous Substances and Environmental Engineering*, Vol. 43, No. 11, 2008 , pp. 1223-1233, doi: 10.1080/10934520802225190.

Zazo, J.A., J.S. Paull, and P.R. Jaffé, "Influence of Plants on the Reduction of Hexavalent Chromium in Wetland Sediments," *Environmental Pollution*, March 2008, 156, 2008, pp. 29-35, doi: 10.1016/j.envpol.2008.01.006.

Komlos, J., B. Mishra, A. Lanzirotti, S.C.B. Myneni, and P.R. Jaffé, "Real Time Speciation of Uranium during Active Bioremediation and U(IV) Reoxidation," *J. of Environmental Engineering,* ASCE, Vol. 134, No. 2, 2008, pp. 78-86, doi: 10.1061/(ASCE)0733-9372(2008)134:2(78).

Kim, H.S. and P.R. Jaffé, "Degradation of Toluene by a Mixed Population of Archetypal Aerobes, Microaerophiles, and Denitrifiers: Laboratory Sand Column Experiment and Multispecies Biofilm Model Formulation," *Biotechnology and Bioengineering*, 2008, Vol. 99, No. 2, pp. 290-301, doi: 10.1002/bit.21574.

Singhal, N., P.R. Jaffé, W. Maier, and E.H. Jho, "The Opposing Effects of Bacterial Activity and Gas Production on Anaerobic TCE Degradation in One-dimensional Soil Columns," *Chemosphere*, Volume 69, No. 11, 2007, pp. 1790-179, doi: 10.1016/j.chemosphere.2007.05.049.

Moon, H.S., Komlos, J., and P.R. Jaffé, "Uranium Reoxidation in Previously Bioreduced Sediment by Dissolved Oxygen and Nitrate," *Environmental Science and Technology,* Vol. 41, No. 13, 2007, pp. 4587-4592, doi 10.1021/es063063b.

Komlos, J., R. Kukkadapu, J.M. Zachara, and P.R. Jaffé, "Biostimulation of Iron Reduction and Subsequent Oxidation of Sediment Containing Fe-silicates and Fe-oxides: Effect of Redox Cycling on Fe(III) Bioreduction," *Water Research*, Vol. 41, 2007, pp. 2996-3004, doi: 10.1016/j.watres.2007.03.019.

Xu, S., P.R. Jaffé, and D.L. Mauzerall, "A Process-Based Model for Methane Emission from Flooded Rice Paddy Systems," *Ecological Modelling*, Vol. 205, 2007, pp. 475-491, doi: 10.1016/j.ecolmodel.2007.03.014.

Yabusaki, S.B., Y. Fang, P.E. Long, C.T. Resch, A.D. Peacock, J. Komlos, P.R. Jaffé, S.J. Morrison, R.D. Dayvault, D.C. White, R.T. Anderson, "Uranium Removal from Groundwater via In Situ Biostimulation:  Field-Scale Modeling of Transport and Biological Processes," *Journal of Contaminant Hydrology*, Vol. 93, 2007, pp. 216-235, doi: 10.1016/j.jconhyd.2007.02.005.

Kim, H.S. and P.R. Jaffé, "Spatial Distribution and Physiological State of Bacteria in a Sand Column Experiment during the Biodegradation of Toluene," *Water Research*, Vol. 41, 2007, pp. 2089-2100, doi: 10.1016/j.watres.2007.02.018.

Choi, J.H., S.S. Park, and P.R. Jaffé, "Simulating the Dynamics of Sulfur Species and Zinc in Wetland Sediments,"*Ecological Modelling,* Vol 199, 2006, pp. 315-323, doi: 10.1016/j.ecolmodel.2006.05.009.

Brown, D.G., and P.R. Jaffé, "Effects of Nonionic Surfactants on the Cell Surface Hydrophobicity and Apparent Hamaker Constant of a *Sphingomonas* sp.," *Environmental Science and Technology*, Vol. 40, No. 1, 2006, pp. 195-201, doi: 10.1021/es051183y.

Xu, S. and P.R. Jaffé, "Effect of Plants on the Removal of Hexavalent Chromium in Wetland Sediments," *Journal of Environmental Quality*, Vol. 35, No.1, 2006, pp. 334-341, doi: 10.2134/jeq2005.0181.

Choi, J.H., S.S. Park, and P.R. Jaffé, "The Effect of Emerging Macrophytes on the Dynamics of Sulfur Species and Trace Metals in Wetland Sediments," *Environmental Pollution,* Vol. 140, No. 2, 2006, pp. 286-293, doi: 10.1016/j.envpol.2005.07.009.

Clément, J.C., J. Shrestha, J.G. Ehrenfeld, and P.R. Jaffé, "Ammonium Oxidation Coupled to Dissimilatory Iron Reduction under Anaerobic Conditions in Wetland Soils," *Soil Biology and Biochemistry*, Vol. 37, No. 12, 2005, pp. 2323-2328, doi: 10.1016/j.soilbio.2005.03.027.

Altevogt, A.S., and P.R. Jaffé, "Modeling the Effects of Gas-Phase $CO_2$ Intrusion on the Biogeochemistry of Variably Saturated Soils," *Water Resources Research,* Vol. 41, No. 9, 2005, doi: 10.1029 /2004WR003819.

Brown, D.G., J. Komlos, and P.R. Jaffé, "Simultaneous Utilization of Acetate and Hydrogen by *Geobacter sulfurreducens* and Implications for Use of Hydrogen as an Indicator of Redox Conditions," *Environmental Science and Technology*, Vol. 39, No. 9, 2005, pp. 3069-3076, doi: 10.1021/es048613p.

Xu, S., A.C. Leri, S.C.B. Myneni, and P.R. Jaffé, "Uptake of Bromide by two Wetland Plants (Typha latifolia L.and Phragmites australis(Cav.) Trin. ex Steud)," *Environmental Science and Technology*, Vol. 38, No. 21, 2004, pp. 5642-5648, doi: 10.1021/es049568o.

Komlos, J. and P.R. Jaffé, "Effect of Iron Bioavailability on Dissolved Hydrogen Concentrations during Microbial Iron Reduction," *Biodegradation*, Vol. 15, 2004, pp. 315-325, doi: 10.1023/B:BIOD.0000042187.31072.60.

Wang, S., and P.R. Jaffé, "Dissolution of Trace Metals in Potable Aquifers due to $CO_2$ Releases from Deep Formations," *Energy Conversion and Management*, Vol. 45, No. 18-19, 2004, pp. 2833-2848, doi: 10.1016/j.enconman.2004.01.002.

Kim, H.S., P.R. Jaffé and L.Y. Young, "Simulating Biodegradation of Toluene in Sand-Column Experiments at the Macorscopic and Pore-level Scale for Aerobic and Denitrifying Conditions," *Advances in Water Research*, Vol. 27, 2004, pp. 335-348, doi: 10.1016/j.advwatres.2004.02.012.

Wang, S., P.R. Jaffé, G. Li, S.W. Wang, and H.A. Rabitz, "Simulating Bioremediation of Uranium-Contaminated Aquifers; Uncertainty Assessments of Model Parameters," *J. of Contaminant Hydrology,* Vol. 64, No 3-4, 2003, pp. 283-307, doi: 10.1016/S0169-7722(02)00230-9.

Li, G., S.W. Wang, H. Rabitz, S. Wang, and P. Jaffé "Global Uncertainty Assessments by High Dimensional Model Representations (HDMR)," Chemical Engineering Science, Vol. 57, 2002, pp. 4445-4460, doi: 10.1016/S0009-2509(02)00417-7.

Brown, D.G., J.R. Stencel, and P.R. Jaffé, "Effects of Porous Media Preparation on Bacteria Transport Through Porous Media," *Water Research,* Vol. 36, 2002, pp. 105-114, doi: 10.1016/S0043-1354(01)00208-1.

Brown, D.G., and P.R. Jaffé, "Effects of Nonionic Surfactants on Bacterial Transport Through Porous Media," *Environmental Science and Technology*, Vol. 35, No. 19, 2001, pp. 3877-3883, doi: 10.1021/es010577w.

Brown, D.G., and P.R. Jaffé, "Effects of Nonionic Surfactants on the UV/Visible Absorption of Bacterial Cells," *Biotechnology and Bioengineering*, Vol. 74, No. 6, 2001, pp. 476-482, doi: 10.1002/bit.1138.

Brown, D.G., and P.R. Jaffé, "Spectrophotometric Assay of POE Nonionic Surfactants and its Application to Surfactant Sorption Isotherms," *Environmental Science and Technology*, Vol 35, No 10, 2001, pp. 2022-2025, doi: 10.1021/es001807u.

Marshall, J.D., B.W. Shimada, P.R. Jaffé, "Effect of Temporal Variability in Infiltration on Contaminant Transport in the Unsaturated Zone," *Journal of Contaminant Hydrology,* Vol. 46, 2000, pp. 151-161, doi: 10.1016/S0169-7722(00)00112-1.

Cantu, R., J.R. Stencel, R. Czernuszewicz, P.R. Jaffé, and T.D. Lash, "Surfactant Enhanced Partitioning of Nickel and Vanadium Dexophylloerythroporphyrins from Crude Oil into Water and Their Analysis Using Surface-Enhanced Resonance Raman Spectroscopy," *Environmental Science and Technology*, Vol. 34, No. 1, 2000, pp. 192-198, doi: 10.1021/es990213s.

Guha, S., C.A. Peters, and P.R. Jaffé, "Multi-Substrate Biodegradation Kinetics of Napthalene, Phenanthrene and Pyrene Mixtures," *Biotechnology and Bioengineering*, Vol. 65, No. 5, 1999, pp. 491-499, doi: 10.1002/(SICI)1097-0290(19991205)65:5<491::AID-BIT1>3.0.CO;2-H.

Brown, D.G., S. Guha, and P.R. Jaffé, "Surfactant-Enhanced Biodegradation of a PAH in Soil Slurry Reactors," *Bioremediation Journal,* Vol. 3, 1999, pp. 269-283, doi: 10.1080/10889869991219361.

Park, S.S., and P.R. Jaffé, "A Numerical Model to Estimate Sediment Oxygen Levels and Demand," *Journal of Environmental Quality*, Vol. 28, 1999, pp. 1219-1226, doi: 10.2134/jeq1999.00472425002800040024x.

Johnson, J.C., S.Sun, and P.R. Jaffé, "Surfactant Enhanced PCE Dissolution in Porous Media; The Effect on Mass Transfer Rate Coefficients," *Environmental Science and Technology*, Vol. 33, No. 8, 1999, pp. 1286-1292, doi: 10.1021/es980908d.

Smith, S.L., and P.R. Jaffé, "Modeling the Transport and Reaction of Trace Metals in Water-Saturated Soils and Sediments,"*Water Resources Research,* Vol. 34, No. 11, 1998, pp. 3135-3147, doi: 10.1029/98WR02227.

Guha, S., P.R. Jaffé, and C.A. Peters, "Bioavailability of Mixtures of PAHs Partitioned into the Micellar Phase of a Non-ionic Surfactant," *Environmental Science and Technology,* Vol. 32, No. 15, 1998, pp. 2317-2324, DOI: 10.1021/es971093w.

Tuck, D.M., B.R. Bierck, and P.R. Jaffé, "Synchrotron Radiation Measurement of Multiphase Fluid Saturation in Porous Media: Experimental Technique and Error Analysis," *J. of Contaminant Hydrology,* Vol. 31, No. 3-4, 1998, pp. 21-45, doi: 10.1016/S0169-7722(97)00064-8.

Guha, S., P.R. Jaffé, and C.A. Peters, "Solubilization of PAH Mixtures by a Non-Ionic Surfactant," *Environmental Science and Technology,* Vol. 32, No. 7, 1998, pp. 930-935, doi: 10.1021/es970695c.

Sun, S., and P.R. Jaffé, "Sorption of Phenanthrene from Water onto Alumina Coated with Dianionic Surfactants," *Environmental Science and Technology,* Vol. 30, No. 10, 1996, pp. 2906-2913, doi: 10.1021/es950768x.

Guha, S., and P.R. Jaffé, "Determination of Monod Kinetic Coefficients for Volatile Hydrophobic Organic Compounds," *Biotechnology and Bioengineering,* Vol. 50, No. 6, 1996, pp. 693-699, doi: 10.1002/(SICI)1097-0290(19960620)50:6<693::AID-BIT10>3.0.CO;2-G.

MacLeod, C.L., M.D. Borcsik, P.R. and Jaffé, "Effect of Infiltrating Solutions on the Desorption of Mercury from Aquifer Sediments," *Environmental Technology,* Vol 17, No. 5, 1996, pp. 465-475, doi: 10.1080/09593331708616408.

Park, S.S., and P.R. Jaffé, "Development of a Redox Potential Model for the Assessment of Postdepositional Heavy

Metal Mobility," *Ecological Modelling,* Vol.91, No. 1-3, 1996, pp. 169-181, doi: 10.1016/0304-3800(95)00188-3.

Guha, S., and P.R. Jaffé, "Bioavailability of Hydrophobic Compounds Partitioned into the Micellar Phase of Nonionic Surfactants," *Environmental Science and Technology,* Vol. 30, No. 4, 1996, pp. 1382-1391, doi: 10.1021/es950694p.

Guha, S., and P.R. Jaffé, "Biodegradation Kinetics of Phenanthrene Partitioned into the Micellar-Phase of Non-ionic Surfactants," *Environmental Science and Technology,* Vol. 30, No. 2, 1996, pp. 605-611, doi: 10.1021/es950385z.

Park, J.W., and P.R. Jaffé, "Phenanthrene Removal from Soil-Slurries with Surfactant-Treated Oxides," *J. of Environmental Engineering,* ASCE, Vol. 121, 1995, pp.430-437, doi: 10.1061/(ASCE)0733-9372(1995)121:6(430).

Imhoff, P.T., and P.R. Jaffé, "Effect of Liquid Distribution on Gas-Water Phase Mass Transfer in Unsaturated Sand During Infiltration," *Journal of Contaminant Hydrology,* Vol. 16, 1994, pp. 359-380, doi: 10.1016/0169-7722(94)90044-2.

Smith, J.A., and P.R. Jaffé, "Benzene Transport through Landfill Liners Containing Organophilic Bentonite," *J. of Environmental Engineering,* ASCE, Vol. 120, No. 6, November/December 1994, pp. 1559-1577, doi: 10.1061/(ASCE)0733-9372(1994)120:6(1559).

Imhoff, P.T., P.R. Jaffé, and G.F. Pinder, "An Experimental Study of Complete Dissolution of a Nonaqueous Phase Liquid in Saturated Porous Media." *Water Resources Research,* Vol. 30, No. 2, 1994, pp. 307-320, DOI: 10.1029/93WR02675.

Smith J.A., and P.R. Jaffé, "Adsorptive Selectivity of Organic-Cation-Modified Bentonite for Nonionic Organic Contaminants," *Water, Air, and Soil Pollution,* Vol. 72, 1994, pp. 205-211, doi: 10.1007/BF01257125.

Park, J.W., and P.R. Jaffé, "Partitioning of Three Non-ionic Organic Compounds Between Adsorbed Surfactants, Micelles, and Water," *Environmental Science and Technology,* Vol. 27, No.12, 1993, pp. 2559-2565, doi: 10.1021/es00048a038.

Stigliani, W.M., A. Anderberg, and P.R. Jaffé, "Industrial Metabolism and Long-Term Risk from Accumulated Chemicals in the Rhine Basin," *Industry and Environment,* UNEP, July-September 1993, link.

Cho, J.H., and P.R. Jaffé, "Simulating the Volatilization of Solvents in Unsaturated Soils during Laboratory and Field Infiltration Experiments," *Water Resources Research,* Vol. 29, No. 10, 1993, pp. 3329-3342, doi: 10.1029/93WR01414.

Stigliani, W.M., P.R. Jaffé, and S. Anderberg, "Heavy Metal Pollution in the Rhine Basin," *Environmental Science and Technology,* Vol. 27, No. 5, May 1993, pp. 786-792, doi: 10.1021/es00042a001.

Jaffé, P.R., and S.W. Taylor, "Reply on Biofilm Growth and the Related Changes in the Physical Properties of a Porous Medium: Experimental Investigation," *Water Resources Research,* Vol. 28, No.5, May 1992, pp. 1483-1484, doi: 10.1029/92WR00245.

Smith, J.A., H.J. Cho, P.R. Jaffé, C.L. MacLeod, and S.A. Koehnlein, "Sampling Unsaturated-Zone Water for Trichloroethylene at Picatinny Arsenal, New Jersey," *J. of Environmental Quality,* Vol. 21, April 1992, pp. 264-271, doi: 10.2134/jeq1992.00472425002100020018x.

Smith, J.A., and P.R Jaffé, "Comparison of Tetrachloromethane Sorption to an Alkylammonium-clay and an Alkyldiammonium-clay," *Environmental Science and Technology,* Vol. 25, No. 12, December 1991, pp. 2054-2058, doi: 10.1021/es00024a010.

Taylor, S.W., and P.R. Jaffé, "Enhanced In-Situ Biodegradation and Aquifer Permeability Reduction," *J. of Environmental Engineering,* ASCE, Vol. 117, No. 1, January 1991, pp. 25-46 doi: 10.1061/(ASCE)0733-9372(1991)117:1(25).

Baek, N.H., P.R. Jaffé, and N. Singhal, "Simulating the Degradation of TCE Under Methanogenesis," *J. of Environmental Science and Health. Part A, Environmental Science and Engineering,* Vol. 25, No. 8, December 1990, pp. 987-1005, doi: 10.1080/10934529009375612.

Cho, J.H., and P.R. Jaffé, "The Volatilization of Organic Compounds in Unsaturated Porous Media During Infiltration," *Journal of Contaminant Hydrology,* Vol. 6, No. 4, December 1990, pp. 387-410, doi: 10.1016/0169-7722(90)90036-G.

Taylor, S.W., and P.R. Jaffé, "Biofilm Growth and the Related Changes in Physical Properties of a Porous Media. 1.- Experimental Investigation," *Water Resources Research,* Vol. 26, No. 9, September 1990, pp. 2153-2159, doi: 10.1029/WR026i009p02153.

Taylor, S.W., P.C.D. Milly, and P.R. Jaffé, "Biofilm Growth and the Related Changes in Physical Properties of a Porous Media. 2.- Permeability," *Water Resources Research,* Vol. 26, No. 9, September 1990, pp. 2161-2169, doi: 10.1029/WR026i009p02161.

Taylor, S.W., and P.R. Jaffé, "Biofilm Growth and the Related Changes in Physical Properties of a Porous Media. 3.- Dispersivity," *Water Resources Research,* Vol. 26, No. 9, September 1990, pp. 2171-2180, doi: 10.1029/WR026i009p02171.

Taylor, S.W., and P.R. Jaffé, "Substrate and Biomass Transport in a Porous Medium," *Water Resources Research,* Vol. 26, No. 9, September 1990, pp. 2181-2194, doi: 10.1029/WR026i009p02181.

Smith, J.A., P.R Jaffé, and C.T. Chiou, "Effect of Ten Quaternary Ammonium Cations on Tetrachloromethane Sorption to Clay From Water," *Environmental Science and Technology,* Vol. 24, No 8., August 1990, pp. 1167-1179, doi: 10.1021/es00078a003.

Baek, N.H., and P.R. Jaffé, "The Degradation of Trichloroethylene in Mixed Methanogenic Cultures," *J. of Environmental Quality,* Vol. 18, October 1989, pp. 515-518, doi: 10.2134/jeq1989.00472425001800040022x.

Jaffé, P.R., C. Paniconi, and E.F. Wood, "Model Calibration Based on the Naturally Occurring Random Fluctuations of an Environmental System," *J. of Environmental Engineering,* ASCE, Vol. 144, No. 5, October 1988, pp. 1136-1145.

Witkowski, P.J., P.R. Jaffé, and R.A Ferrara, "Sorption and Desorption Dynamics of Aroclor 1242 to Natural Sediments," *J. of Contaminant Hydrology,* No. 2, 1988, pp. 249-269, doi: 10.1016/0169-7722(88)90025-3.

Jaffé, P.R., "Tropical Eutrophic Lake Modeling and Parameter Discrimination," *Water Resources Bulletin,* Vol. 24, No. 3, June 1988, pp. 585-592, doi: 10.1111/j.1752-1688.1988.tb00909.x.

Jaffé, P.R., "Modeling Sorbing Chemicals; Considering the Nonsingular Adsorption/Desorption Isotherm," *J. of Environmental Science and Health. Part A, Environmental Science and Engineering,* Vol. 21, No. 1, February 1986, pp. 55-69, doi: 10.1080/10934528609375275.

Jaffé, P.R., and R.A. Ferrara, "Modeling Sediment and Water-Column Interactions for Hydrophobic Pollutants; Parameter Discrimination and Model Response to Input Uncertainty," *Water Research,* Vol. 18, No. 9, September 1984, pp. 1169-1174, doi: 10.1016/0043-1354(84)90234-3.

Jaffé, P.R., and F.L. Parker, "Uncertainty Analysis of a First Order Decay Model," *J. of Environmental Engineering,* ASCE, Vol. 110, No. 1, February 1984, pp. 131-140, doi: 10.1061/(ASCE)0733-9372(1984)110:1(131).

Jaffé, P.R., and R.A. Ferrara, "Desorption Kinetics in Modeling Toxic Chemicals," *J. of Environmental Engineering,* ASCE, Vol. 109, No. 4, August 1983, pp. 859-867, doi: 10.1061/(ASCE)0733-9372(1983)109:4(859).

Eckenfelder, W.W., and P.R. Jaffé, "Effluent Quality Control in the Activated Sludge Process Using Oxygen Uptake Rate," *Environ. Technology Letters,* Vol. 3, 1982, pp. 441-448, doi: 10.1080/09593338209384148.

Jaffé, P.R., F.L. Parker, and D.J. Wilson, "Distribution of Toxic Substances in Rivers," *J. of the Environmental Engineering Division,* ASCE, Vol. 108, No. EE4, August 1982, pp. 639-649.

## ii.  Reports/Books

Jaffé, P.R., S. Huang, C. Smorada, M. Li, B. Su, C. Schaefer, "Biotransformation and Potential Mineralization of PFOS, PFHxS, and PFOA by Acidimicrobiaceae sp. A6 under Iron Reducing Conditions, Phase II" SERDP Project ER20-1219, 2023. In review.

Jaffé, P.R., S. Huang, M. Sima, I. Ross, J. Liu, "Biotransformation and Potential Mineralization of PFOS, PFHxS, and PFOA by Acidimicrobiaceae sp. A6 under Iron Reducing Conditions," SERDP Project ER20-1219, 2021, https://apps.dtic.mil/sti/pdfs/AD1159152.pdf.

Kimmel, T.A., D.M. Medville, J.A. Bradbury, G. Charnley, H.L., Clack, D.L. Grubbe, R.A. Haffenden, P.R. Jaffe, R.S. Magee, J.P. Pastorick, S.P. Tuler, W.J. Walsh, L.J. Washington, "Alternatives for the Demilitarization of Conventional Munitions," Report of the National Academies of Sciences, Engineering, and Medicine, The National Academies Press, Washington, DC, 2019. DOI: https://doi.org/10.17226/25140.

## iii. Conference Proceedings and Book Chapters:

Jaffé, P.R., S. Huang, J. Park, M. Ruiz-Urigüen, W. Shuai, M. Sima, "Defluorination of PFAS by *Acidimicrobium sp. A6* and Potential Applications for Remediation," in Methods in Enzymology, Vol. 696, Fluorine Metabolism, Transport and Enzymatic Chemistry, Randy Stockbridge, Editor, Elsevier, 2024, pp. 287-320, https://doi.org/10.1016/bs.mie.2024.01.013.

Huang, S., C. Chen, R. Abbassi, and P.R. Jaffe, "Laboratory study of nitrification, denitrification and anammox processes in non-granular and granular sludge bioreactors considering low dissolved oxygen conditions," IWA Biofilms: Granular Sludge Conference, Delft, March 18-21, 2018.

Choi, J.H., S.S. Park, and P.R. Jaffé, "Effect of Wetland Plants on the Dynamics of Sulfur Species and Trace Metals in the sediments," Proceedings of the 2004 Environmental Engineering Conference held Chonbuk University, Korea Nov. 4-6, pp. 400-405, 2004.

Altevogt A.S., and P.R. Jaffé "Modeling the Effects of Gas-Phase $CO_2$ Intrusion on the Biogeochemistry of Variably Saturated Soils," Computational Methods in Water Resources 2004 International Conference, Chapel Hill, North Carolina, June 13-17, 2004.

Jaffé, P.R., S. Wang, Potential Effect of $CO_2$ Releases from Deep Reservoirs on the Quality of Fresh-Water Aquifers," in Greenhouse Gas Control Technologies, Vol. II, J. Gale and Y. Kaya (eds.), Proceedings of the 6th International Conference on Greenhouse Gas Control Technologies, Pergamon, 2003, pp. 1657-1660.

Jaffé, P.R., S. Wang, P.L. Kallin, and S.L. Smith, "The Dynamics of Arsenic in Saturated Porous Media: Fate and Transport Modeling for Deep-Water Sediments, Wetland Sediments, and Groundwater Environments," Water Rock Interactions, Ore deposits, and Environmental Geochemistry: A Tribute to David Crerar. R Hellman and S.A. Wood.Eds. The Geochemical Society, Special Publication No 7, 2001, pp. 379-397.

Kim, H., and P.R. Jaffé, "Simulating the Biodegradation of Toluene at the Macroscopic and Pore-Level Scale for Aerobic and Nitrate Reducing Conditions," in Proceedings of the 220th National Meeting of the American Chemical Society Division of Environmental Chemistry, Vol. 40 No. 2, Aug. 2000, pp. 363-365.

Islam, J., N. Singhal, and P. Jaffé, "Modelling Biogeochemical Interactions in Soils under Leaking Landfills," in Contaminated Site Remediation: Challenges Posed by Urban and Industrial Contaminants," Proceedings of the 1999 Contaminated Site Remediation Conference, 21-25 March, Fremantle, Western Australia, Johnston, C.D. (ed.), 433-440.

Johnson, J.C., Jaffé, P.R. "Mass Transfer Rate Coefficients in Porous Media: Surfactant Enhanced Dissolution," in Proceedings of the 1998 symposium on environmental models and experiments envisioning tomorrow, Eds. C.V. Chrysikopoulos, T. Harmon, J. Bear, University of California-Irvine, 1998, 125-136.

Stencel, J.R. and P.R. Jaffé, "Trace Metal Analysis using Ion Chromatography in Water Partitioned from Crude-Oil Spills," First International Conference on Oil and Hydrocarbon Spills, Modelling, Analysis and Control, Southampton, UK, July 29-31, 1998, Computational Mechanics Publications, Editors, R.Garcia Martinez and C.A. Brebbia, pp. 223-230 (ISBN 183125261).

Jaffé, P.R. and S.W. Taylor, "An Assessment for the Potential of Plugging and its Mitigation During Insitu Bioremediation," Chapter 8, in Biological Treatment of Hazardous Waste, G. Lewandowski and L. DeFilippi (eds.), J. Wiley, 1998, pp. 215-235.

Singhal, N., P.R. Jaffé, and W. Maier, "Modelling the Anaerobic Degradation of Volatile Chemicals in Porous Media," in Proceedings of CHEMECA 97 - The 25th Australian and New Zealand Chemical Engineers' Conference and Exhibition, 29 September - 1 October 1997.

Brown, D.G., S. Guha, and P.R. Jaffé, "Modeling Biodegradation of phenanthrene in the presence of Non-ionic surfactant," Fourth International In Situ and On-Site Bioremediation Symposium, April 1997, New Orleans, 4(2), pp. 581-586.

Guha, S., P.R. Jaffé, and C.A. Peters, "Biodegradation of a PAH Mixture in the Presence of Triton X100," Fourth International In Situ and On-Site Bioremediation Symposium, April 1997, New Orleans, 4(2), p. 557.

Sun, S., S. Guha, D.G. Brown, and P.R. Jaffé, "The Effect of a Surfactant's Hydrophilic Chain Length on the Surfactant-Enhanced Mass Transfer Between an Organic and an Aqueous Phase," Extended Abstracts of the Conference on Emerging Technologies for Hazardous Waste Management VIII, ACS, Birmingham, September 1996, pp. 406-409.

Park, S.S., and P.R. Jaffé, "Simulation of the Early Diagenetic Processes for the Remobilization of Trace Pollutants in Benthic Sediments," Proc. of the 6th International Conference on the Conservation and Management of Lakes - Kasumigaura, Vol. 2, pp. 1064-1067, October 1995, University of Jukuba, Japan.

Singhal, N., P.R. Jaffé, and W.J. Maier, "Anaerobic Dehalogenation of TCE in Continuous Flow Systems," in Proc. of the Conference on Emerging Technologies for Hazardous Waste Management VII, ACS, Atlanta, September 1995, pp 1187-1190.

Bierck, B.R., D.M. Tuck, H. Sayed, P. Imhoff, and P.R. Jaffé, "Downward, Gravity Driven Mobilization of Tetrachloroethylene in a Porous Medium Treated with Surfactant Solution," Proc. of the Water Environmental Federation Conference on Innovative Solutions for Contaminated Site Management, Miami, FL., pp. 267-278, March 1994.

Cho, H.J., J.A. Smith, P.R. Jaffé, "Simulating Trichloroethylene Volatilization in the Vadose Zone during a Field Infiltration Experiment at Picatinny Arsenal, New Jersey," U.S. Geological Survey Toxic Substances Hydrology Program -- Proc. of the Technical Meeting, Colorado Springs, CO, September 1993, Morganwalp, D.W., and Aronson, D.A., eds., U.S.G.S. Water-Resources Investigation Report 94-4015, Tallahassee, FL, 1996, pp. 315-320.

Stigliani, W. M., P. R. Jaffé, and S. Anderberg, "Metals Loading of the Environment:  Cadmium in the Rhine Basin," in Industrial Ecology and Global Change, R. Socolow, C. Anderws, F. Berkhout, V. Thomas (Eds.), Cambridge University Press, 1994, pp 287-296.

Park, J.W., and P.R. Jaffé, "Removal of Nonionic Organic Pollutants from Water by Sorption to Organo-Oxides," in *Emerging Technologies for Hazardous Waste Management IV*, D.W. Tedder and F.G. Pohland (Eds.), ACS Symposium Series 554, 1994, pp. 171-183.

Stigliani, W. M., P. R. Jaffé, "Industrial Metabolism and River Basin Studies: A New Approach for the Analysis of Chemical Pollution," IIASA, Laxenburg, Austria, 1993, research report No. 93-6.

Jaffé, P.R. and S.W. Taylor, "Biomass Manipulation to Control Pore Clogging in Aquifers," in Manipulation of Groundwater Colloids for Environmental Restoration, Manteo, 1993, J.F. McCarthy and F.J. Wobber (Eds.), Lewis Publishers, pp. 111-114.

Smith, J.A., P.M. Franklin, and P.R. Jaffé, "Hydraulic Conductivity of Landfill Liners Containing Benzyltriethylammonium-Bentonite," Proc. of the 1992 ASCE National Conference on Environmental Engineering, Baltimore, July 1992, pp. 186-191.

Guarnaccia, J.F., P.T. Imhoff, B.C. Missildine, M. Oostrom, M.A. Celia, J.H. Dane, P.R. Jaffé, and G.F. Pinder, "Multiphase Chemical Transport in Porous Media," U.S. EPA Environmental Research Brief, EPA/600/S-92/002, March 1992.

Park, J.-W., and P.R. Jaffé, "Development of a Sorbent for Removal of Nonionic Pollutants from Water," Proc. of the 1991 ASCE National Conference on Environmental Engineering, Nevada, July 1991, P. Krenkel (Ed.), ASCE, N.Y., pp. 248-253.

Cho, H.J., P.R. Jaffé, and J.A. Smith, "The Design of a Field Experiment to Study the Dynamics of Trichloroethylene Vapors in the Unsaturated Zone during an Infiltration Event," U.S. Geological Survey Toxic Substances Hydrology Program, Proc. of the Technical Meeting, Monte Rey, CA, March 11-15, 1991, U.S.G.S. Water-Resources Investigation Report 91-4034, pp. 721-725.

Smith, J.A., H.J. Cho, P.R. Jaffé, C.R. McDonald, and S.A. Koehnlein, "Sampling and Analysis of Unsaturated-Zone Water for Trichloroethylene: A Comparison of Four Methods," U.S. Geological Survey Toxic Substances Hydrology Program -- Proc. of the Technical Meeting, Monte Rey, CA, March 11-15, 1991, U.S.G.S. Water-Resources Investigation Report 91-4034, pp. 708-712.

Smith, J.A., D.M. Tuck, P.R. Jaffé, and R.T. Mueller, "Effect of Surfactants on the Mobility of Nonpolar Organic Contaminants in Porous Media," in *Organic Substances and Sediments in Water*, R.A. Baker (Ed.), Lewis Publishers, Inc., 1991, pp. 201-230.

Cho, H.J., and P.R Jaffé, "Volatilization in Porous Media during Infiltration," Proc. of the the 1990 ASCE National Conference on Environmental Engineering, Washington, July 1990, C.R. O'Melia (Ed.), ASCE, N.Y., pp. 463-470.

Imhoff, P.T., P.R. Jaffé, and G.F. Pinder, "Dissolution of Organic Liquids in Groundwater," Proc. of the 1990 ASCE National Conference on Environmental Engineering, Washington, July 1990, C.R. O'Melia (Ed.), ASCE, N.Y., pp. 290-297.

Tuck, D.M., P.R. Jaffé, D.A. Crerar, and R.T. Mueller, "Enhancing Recovery of Immobile Residual Non-Wetting Hydrocarbons from the Unsaturated Zone Using Surfactant Solutions," Proc. of the Conference on Petroleum Hydrocarbons and Organic Chemicals in Ground Water, NWWA, Houston, TX, November 1988, pp. 457-478.

Cho, H.J., and P.R. Jaffé, "The Effect of Rainfall on Volatilization Rates in Soils," Proc. of the International Conference and Workshop on Validation of Flow and Transport Models for the Unsaturated Zone, P.J. Wierenga and D. Bachlet (Eds.), Ruidoso, New Mexico, May 1988, pp. 26-32.

Baek, N.H., and P.R. Jaffé, "Anaerobic Mineralization of Trichloroethylene," Proc. of the International Conference on Physiochemical and Biological Detoxification of Hazardous Wastes, Y.C. Wu (Ed.), Atlantic City, May 1988, pp.772-782.

Jaffé, P.R., and D.M. Tuck, "Theoretical Study of Partitioning of Organic Solutes in Soil," Proc. of the Ground Water Geochemistry Conference, Denver, February 1988, NWWA, pp. 429-444.

Witkowski, P.J., and P.R. Jaffé, "Kinetic and Equilibrium Formulations in Modeling Hydrophobic Organic Chemicals in Surface and Ground Waters," in *Systems Analysis in Water Quality Management*, M.B. Beck (Ed.), Pergamon Press, June 1987, pp. 333-338.

Jaffé, P.R., and R.A. Ferrara, "The Sediment-Water Interface in Modeling Pesticides in Sedimentation Ponds," Proc. of the Storm and Water Quality Model Users Group Meeting, January 27-28, 1983, T.O. Barnwell (Ed.), EPA 600/9-83-015, September 1983, pp. 53-64.

Parker, F.L., and P.R. Jaffé, "Hazardous Waste Monitoring in Surface Waters," Proc. of the National Conference on Risk and Decision Analysis for Hazardous Waste Disposal, Baltimore, August 1981, pp. 120-126.

Jaffé, P.R., F.L. Parker, and D.J. Wilson, "The Fate of Toxic Substances in Rivers," Proc. of the ASCE Environmental Engineering Conference, Atlanta, July 1981, pp. 181-188.

## II. Non-Refereed Publications

### i. Technical Reports, Book Chapters, Articles:

Leeson, A., P. Gschwend, D. Adamson, J. Guelfo, L. Alvarez-Cohen, P. Hatzinger, H. Anderson, D. Helbling, F. Barranco, H. Henry, C. Bellona, C. Higgins, J. Blotevogel, P. Jaffe, M. Brusseau, D. Knappe, M. Crimi, P. Koster van Groos, B. Crone L. Lee, R. Deeb, D. Di Toro, S. Mahendra, C. Divine, C. McDonough, J. Field, S. Mededovic, R. Ghosh, M. Mills, Summary Report: Strategic Workshop on Management of PFAS in the Environment, Nov. 2022, SERDP-ESTCP, November 2022, https://www.nist.gov/publications/summary-report-strategic-workshop-management-pfas-environment.

Jaffé, P.R., "On the Increasing Complexity in Experimental Contaminant Hydrology Research," AGU Hydrology Section Newsletter, pp.14-17, November 2012.

MacDonald, L. H., G. Pathak, B. Singer, and P.R. Jaffé, "Fluoride Removal from Drinking Water in Jharkhand, India, Community Networks to Sustain Removal in the Long-term, and Baseline Health Impact Measurements," Sustainable and Safe Drinking Water in Developing and Developed Countries: Where Science Meets Policy, Univ. of North Carolina, November 5-6, 2008.

MacDonald, L. H., B. Singer, M. Oppenheimer, and P.R. Jaffé, "Putting some Teeth in the International Health Regulations," Sustainable and Safe Drinking Water in Developing and Developed Countries: Where Science Meets Policy, Univ. of North Carolina, November 5-6, 2008.

Guha, S., C.A. Peters, and P.R. Jaffé, "Biodegradation Kinetics of Mixtures of Naphthalene, Phenanthrene and Pyrene," 1998, report WR-98-02, Princeton University.

Guha, S., K. Jahan, P.R. Jaffé, W. J. Maier, E. Tam, L. Thai, "Surfactant-Enhanced Insitu Biodegradation of Strongly Sorbing Organic Substrates in Soil Environments," December 1994, report # WR-94-01, Princeton University.

Bierck, B.R., P.R. Jaffé, and T.S. Steenhuis, "Dynamic Non-Destructive Evaluation of NAPL Behavior During In Situ Removal From Soil," Final Project Report NE HSRC, NJIT, March 1994.

Stigliani, W.M., and P. R. Jaffé "Industrial Metabolism and River Basin Studies: A New Approach for the Analysis of Chemical Pollution," 1993, IIASA Paper, RR-83-6.

Imhoff, P.T., P.R. Jaffé, and G.F. Pinder, "An Experimental Study of the Dissolution of Trichloroethylene in Saturated Porous Media," 1992, report # WR-92-1, Princeton University.

Stigliani, W.M., and P.R. Jaffé, "Industrial Metabolism: A New Approach for Analysis of Chemical Pollution and Its Potential Applications," 1992, IIASA Paper, WP-92-6.

Jaffé, P.R., D.M. Tuck, and J. Zou, "Solvent Recovery in Soils Using Surfactants; Part II," prepared for the N.J. Department of Environmental Protection, May 1991, report # 91-WR-1, Princeton University.

Jaffé, P.R., and S.W. Taylor, "Design of Aquifer Bioremediation," prepared for EPA Northeast Hazardous Substance Research Center, March 1990, report # 90-WR-1, Princeton University.

Jaffé, P.R., D.M. Tuck, J.D. Hohmann, D.A. Crerar, and M.P. Borcsik, "Investigation of Residual Solvent Recovery in Soils Using Surfactants," prepared for the N.J. Department of Environmental Protection, March 1989, report # 89-WR-1, Princeton University.

Jaffé, P.R., and H.J. Cho, "A Characterization of the Behavior of Toxic and Hazardous Substances in Unsaturated Soil Systems," prepared for the NSF/Industry/University Cooperative Center for Research in Hazardous and Toxic Substances, 1988, rep. # 88-WR-4, Princeton University.

Imhoff, P.T., G.F. Pinder, P.R. Jaffé, and J.F. Guarnaccia, "Well Location Strategies for Ground Water Contaminant Plume Delineation," prepared for the NSF/Industry/University Cooperative Center for Research in Hazardous and Toxic Substances, 1988, rep. # 88-WR-3, Princeton University.

Jaffé, P.R., S.W. Taylor, N.H. Baek, P.C.D. Milly, and A.C. Marinucci, "Biodegradation of Trichloroethylene and Biomanipulation of Aquifers," prepared for the U.S. Geological Survey, September 1988, report # 88-WR-2, Princeton University.

Jaffé, P.R., "Dinámica de Nutrientes en el Lago de Valencia; Desarollo de un Modelo Preliminar," Prepared for the Research Division of the Venezuelan Department of the Environment and Natural Resources, March 1985.

Jaffé, P.R., "The Fate of Toxic Substances in Rivers," Dissertation, Vanderbilt University, December 1981.

Jaffé, P.R., "Effluent Quality Control in the Activated Sludge Process Using Oxygen Uptake Rate," M.S. Thesis, Vanderbilt University, Department of Environmental and Water Resources Engineering, May 1980.

### ii. Conference Presentations with Abstracts:

Smorada, C., S. Huang, and P.R. Jaffé, "Assessing PFAS in Wetland Soils: A Study on Selective Pressure of PFAS on Nitrifying and Denitrifying Microbial Communities and Biodegradation Potential," AGU Fall Meeting, San Francisco, December 2023.

Sima, M., S. Huang and P.R. Jaffé, PFAS Biodegradation as Coupled with the Feammox Process: Kinetic Modeling of Mixed-PFAS Cultures in Both Column and Batch Incubations in the Presence of Acidimicrobium sp. Strain A6," AGU Fall Meeting, San Francisco, December 2023.

Jaffé, P.R., "Traditional Wastewater Treatment: Advantages/Disadvantages and Challenges" Rethinking Wastewater and Sludge Treatment for a Sustainable Carbon Neutral Economy, COP28, December 2023 (invited, without abstract).

Park, J., M. Sima, S. Huang, B.E. Koel, and P.R. Jaffé, "Dual effects of polyacrylic acid (PAA)-treated iron oxides on enhanced transport and A6-mediated PFAS degradation," 2023 SRP Annual Grant Recipient Meeting, NIEHS, Albuquerque, NM, December 4-6, 2023.

Jaffé, P.R., S. Huang, Li, M., Su, B., Schaefer, C., "Biotransformation and Potential Mineralization of PFOS, PFHxS, and PFOA by Acidimicrobiaceae sp. A6 under Iron Reducing Conditions," Department of Defense's (DoD) Energy and Environment Innovation Symposium, Arlington, VA, Nov. 28 – Dec. 1, 2023.

Jaffé, P.R., "Biotransformation and Potential Mineralization of PFOS, PFHxS, and PFOA by Acidimicrobiaceae sp. A6 under Iron Reducing Conditions," SERDP & ESTCP Project Meeting, July 31 – August 4, 2023, Portland OR.

Jaffé, P.R., M. Sima, J. Park, S. Huang, B.E. Koel, C.E. Shaefer, "Biostimulating Acidimicrobium sp. Strain A6 in PFAS impacted soils and soil-column experiments to achieve PFAS defluorination," to be presented at the ACS Fall Meeting, San Francisco, August 2023 (invited).

Nason, S., C. Stanley, R. Silliboy, M. Blumenthal, W. Zhang, Y. Liang, S. Thomas, N. Zuverza-Mena, J. White, C. Haynes, V. Vasiliou, S. Huang, P. Jaffe, B. Berger, "Hemp phytoremediation of PFAS and degradation of PFAS in harvested hemp: A comprehensive PFAS remediation trial at the former Loring Airforce Base," to be presented at the ACS Fall Meeting, San Francisco, August 2023.

Llerena-Olivera, C., J. Jiang, S. Huang, J.Z. Ren, P.R. Jaffé, "Batch microbial electrolysis cell reactors with carbon brush anodes for bioremediation applications with Acidimicrobium sp. Strain A6," to be presented at the ASM Microbe 2023 Meeting, Houston, TX, August 2023.

Park, J., S. Huang, B.E. Koel, and P.R. Jaffé, "Effects of Coating Iron Phases with Polyacrylic Acids on the Ammonium Oxidation/PFAS Defluorination by Acidimicrobium sp. A6," 2023 Bioremediation Symposium, Battelle, Austin, TX, May 8-11, 2023.

Smorada, C., S. Huang, and P.R. Jaffé "PFAS biodegradation in Neuse River sediments by Acidimicrobium Sp. strain A6," ACS Meeting Spring, Indianapolis, Mar 25, 2023 - Mar 29, 2023

Park, J., S. Huang, B.E. Koel, and P.R. Jaffé, "Effect of Polyacrylic acid (PAA) Coating of Ferrihydrite on the Particle Stability and Biodegradation of Perfluorooctanoic Acid (PFOA)," 2022 Superfund Research Program Annual Meeting, NIEHS, Raleigh, NC, December 2022.

Smorada, C., S. Huang, and P.R. Jaffe, "Biodegradation of Perfluoroalkyl Substances in Neuse and Cape Fear River Sediments by Acidimicrobium sp. strain A6," 2022 AGU Fall Meeting, Chicago, December 2022.

Sima, M., and P.R. Jaffe, "Transport and Transformation of Poly- and Perfluoroalkyl Substances (PFAS) in Constructed Wetland Mesocosms as Coupled to the Feammox Process," 2022 AGU Fall Meeting, Chicago

Sima, M., S. Huang, and P.R. Jaffe, "A Simple Kinetic Model Coupling the Feammox Process and PFAS Defluorination in Acidimicrobium sp. Strain A6," 2022 AGU Fall Meeting, Chicago, December 2022.

Huang, S., C. Chen, M. Ruiz-Urigüen, and P.R. Jaffé, "Feammox: Anaerobic Ammonium Oxidation Coupled to Iron Reduction, from its Discovery to Applications," 2022 AGU Fall Meeting, Chicago, December 2022.

Jaffé, P.R., S. Huang, M. Li, C. Schaefer, "Biotransformation and Potential Mineralization of PFOS, PFHxS, and PFOA by Acidimicrobiaceae sp. A6 under Iron Reducing Conditions," 2022 SERDP/ESTCP Symposium, Arlington, VA, Nov. 30 – Dec. 2, 2022.

Sima, M., S. Huang, and P.R. Jaffe, "Kinetics of Perfluorooctanoic Acid Biodegradation by Acidimicrobium sp. Strain A6 during the Feammox Process," American Society for Microbiology, (ASM) Microbe 2022, Washington, D.C., June 2022.

Park, J., and P.R. Jaffé, "Defluorination of Perfluorooctanoic Acid by Acidmicrobium sp. Strain A6 using polyacrylic acids-coated ferrihydrite as an electron acceptor," Middle Atlantic Regional Meeting (MARM) - American Chemical Society, June 2022.

Smorada, C., and P.R. Jaffé, "Biodegradation of environmental levels of perfluorooctanoic acid by Acidimicrobiacea sp. strain A6 in the Neuse River and Cape Fear River," Middle Atlantic Regional Meeting (MARM) - American Chemical Society, June 2022.

Llerena-Olivera, C., and P.R. Jaffé, "Continuous-flow microbial electrolysis cell reactor prototype with Acidmicrobium sp. strain A6," Middle Atlantic Regional Meeting (MARM) - American Chemical Society, June 2022.

Sima M., and P.R. Jaffé, "The kinetics of perfluorooctanoic acid degradation as coupled with the Feammox process by Acidimicrobium sp. strain A6," Middle Atlantic Regional Meeting (MARM) - American Chemical Society, June 2022.

Huang, S., P.R. Jaffé, and Trent Key, "Defluorination of Perfluorooctanoic acid (PFOA), Perfluorooctanesulfonic Acid (PFOS), and other Perfluoroalkyl Acids by Acidimicrobium sp. strain A6," May 2022, International Conference on Remediation of Chlorinated and Recalcitrant Compounds, in Palm Springs, CA.

Huang, S., and P.R. Jaffé, "Expression of Reductive Dehalogenase Genes in *Acidimicrobium sp.* A6 during the Defluorination of PFAS," invited talk, ACS 2022 Spring Meeting (virtual), March 20-24, 2022.

Ruiz-Urigüen, M., W. Shuai, S. Huang and P.R. Jaffé "Biodegradation of Perfluorooctanoic Acid by *Acidimicrobiaceae* sp. strain A6 in Anaerobic Microbial Electrolysis Cells," presented (virtual) at the 2021 AGU Fall Meeting, New Orleans, December 2021.

Jaffé, P.R. "Harnessing the Novel Feammox Bacterium, *Acidimicrobium* sp. Strain A6, for PFAS Defluorination: The Path from Discovery to Applications," plenary talk (virtual), joint ICCEFA'21 (International Conference on Civil Engineering Fundamentals and Applications) ICESA'21 (International Conference for Engineering. Sciences and Applications) conference, November 21 - 23, 2021.

Jaffé, P.R. "Defluorination of Perfluoro Alkyl Acids by *Acidimicrobium* sp. Strain A6: Identification of a Novel Dehalogenase and Applications for Remediation," plenary talk (virtual), IBBS18 (International Biodeterioration & Biodegradation Symposium), Sept. 7, 2021.

Jaffé, P.R., S. Huang, J. Ge, J.W. Strothers, "Simultaneous dichlorination of 1,2,3 TCP and difluorination of PFOA by Acidimicrobium sp. strain A6," ACS 2021 Fall Meeting, August 22 - 26, 2021.

Harper, E., V. Varaljay, M. Gross, A. Liptak, K. Taylor, H.B. Guo, S. Huang, G. Kedziora, R. Berry, P. Jaffe, N. Kelley-Loughnane, "Identification of per- and polyfluoroalkyl degrading enzymes via natural language processing models," ACS 2021 Fall Meeting, August 22 - 26, 2021.

Jaffé, P.R., "Biotransformation and Potential Mineralization of PFOS, PFHxS, and PFOA by Acidimicrobiaceae sp. A6 under Iron Reducing Conditions," SERDP & ESTCP Project Meeting: PFAS Ecotoxity, Analyses, Fate, Transport, Treatment, San Pedro, July 19-22, 2021.

Jaffé, P.R., S. Huang, and M. Sima, "Linking the expression of a novel reductive dehalogenase gene to the defluorination of PFAS by *Acidimicrobium* sp. Strain A6," ACS 2021 Spring Meeting (virtual), April 5-16, 2021.

Varaljay, V.A., E. Harper, K. Taylor, J.D. Harris, M. Gross, H.B. Guo, S. Huang, C. Hung, C. Williams, E.A. Almand, R. Berry[1], P. Jaffe, J. J. Steel, and N. Kelley-Loughnane, "A Combined Bioinformatics and Machine Learning Approach for Biological Degradation of PFASs," ACS 2021 Spring Meeting (virtual), April 5-16, 2021.

Jaffé, P.R., "Feammox: Oxidization of Ammonium under Iron Reducing Conditions by *Acidimicrobiaceae* sp. A6 and Potential Applications for Ammonium Removal and Cometabolic Degradation of Halogenated Organics," USNRL Chemistry Division Colloquium, January 21, 2021.

Jaffé, P.R. and S. Huang, "Biotransformation and Potential Mineralization of PFOS, PFHxS, and PFOA by *Acidimicrobium* sp. A6 under Iron Reducing Conditions," 2020 SERDP+ESTCP Symposium.

Berry, R., G. Kedziora, HB Guo, S. Huang, P. Jaffe, C. Hung, V. Varaljay, N. Kelley-Loughnane, "Multiscale Modeling of PFAS Biodegradation," 2020 SERDP+ESTCP Symposium.

Varaljay, V.A., J.D. Harris, K. Taylor, E. Harper, C. Williams, M. Gross, C. Hung, S. Huang, R. Berry, J.J. Steel, E.A. Almand, P. Jaffe, and N. Kelley-Loughnane, "A bioinformatics approach to the development of novel biological degradation of PFASs," 2020 SERDP+ESTCP Symposium.

Jaffé, P.R., "Defluorination of PFOA, PFOS, and Other Non-perfluorinated PFAS by Acidimicrobium sp. Strain A6 and the Identification of Novel Dehalogenases Responsible for this Process," Chemours Technology Meeting, May 20, 2020.

Sherman, A., and P.R. Jaffé, "The Effects of Hurricane Flooding on Ammonium Oxidation in Agricultural Riparian Zones," presented at the 2019 AGU Fall Meeting, San Francisco, December 2019.

Jaffé, P.R. and S. Huang, "Defluorination of PFAS via Ammonium Oxidation under Iron Reducing Conditions," plenary talk, 16th International Symposium on Persistent Toxic Substances (ISPTS), October 25 to 27, 2019.

Jaffé, P.R. and S. Huang, "Defluorination of PFAS by *Acidimicrobiaceae sp.* A6 during Feammox Incubations," invited talk, ACS National Meeting San Diego, August 2019.

Jaffé, P.R. and S. Huang, "Defluorination of PFAS and their Precursors via the Feammox Process," presented at the 2019 AEESP Research and Education Conference at ASU, May 14–16, 2019.

Jaffé, P.R. and S. Huang, "Defluorination of PFAS via Feammox," presented at the NJWEA/AAEES Workshop, Atlantic City, May 6, 2019.

Jaffé, P.R. and S. Huang, "Defluorination of PFAS via Ammonium Oxidation under Iron Reducing Conditions," platform talk, 2019 RemTEC Summit, Denver, CO, February 26-28, 2019.

Ruiz-Urigüen, M., W. Shuai, and P.R. Jaffe, "Electrode-colonizing Feammox Bacteria Acidimicrobiaceae sp. A6," Paper No. B23H-1890, presented at the 2018 Fall Meeting, AGU, Washington, D.C., 10-14 Dec.

Sherman, A., and P.R. Jaffé, "Ammonium Oxidation and Selenium Reduction via Feammox in Neuse River Riparian Sediments," Paper No. B53K-2325, presented at the `

Ge, J., S. Huang, P.R. Jaffé, "Biodegradation of selected aromatic organic compounds by the Feammox process," presented at the 2018 International Conference on the "Challenges in Environmental Science and Engineering" (CSE-2018), Thailand, Nov. 4-8, Bangkok, 2018.

Kaplan, D.I., D. Li, S. Huang, P.R. Jaffé, J.C. Seaman, C. Xu, P.H. Santschi, A.C. Dohnalkova, N. Tolic, Ravi Kukkadapu, "Impact of the Unique Mineralogy and Organic Matter Composition of the Rhizosphere on Uranium immobilization," presented at the Clay Mineral Society Annual Meeting, Urbana-Champaign, IL, 11-14 June, 2018.

Ruiz-Urigüen, D. Steingart, and P.R. Jaffé, "Electrodes as Terminal Electron Acceptors in Anaerobic Ammonium Oxidation," [Final paper number, B11A-1660] presented at 2017 Fall Meeting, AGU, New Orleans, LA, 11-15 Dec.

Sherman, A., and P.R. Jaffé, "Bioreduction of Selenium Oxyanions via the Feammox Process," [Final paper number, B23D-2104] presented at 2017 Fall Meeting, AGU, New Orleans, LA, 11-15 Dec.

Weitao Shuai, Peter R. Jaffé, "Enhancing the Process of Anaerobic Ammonium Oxidation Coupled to Iron Reduction in Constructed Wetland Mesocosms with Supplement of Ferric Iron Hydroxides [Final paper number," B23D-2087] presented at 2017 Fall Meeting, AGU, New Orleans, LA, 11-15 Dec.

Bilgin, A., and P.R. Jaffé, "Copper (II) Removal In Anaerobic Continuous Column Reactor System By Using Sulfate Reducing Bacteria. Hydroxides," [Final paper number, H54E-01] presented at 2017 Fall Meeting, AGU, New Orleans, LA, 11-15 Dec.

Jaffé, P.R., "Soil Remediation," Key Note, 10th World Congress of Chemical Engineering, Barcelona, Spain, October 1-5, 2017.

Jaffé, P., J. Ge, E. Gilson, S. Huang, M. Ruiz, A. Sherman, W. Shuai, "Bioremediation of Selected Organic and Inorganic Pollutants During Ammonium Oxidation Under Iron Reduction," 10th World Congress of Chemical Engineering, Barcelona, Spain, October 1-5, 2017.

Jaffé, P.R., J. Ge, E. Gilson, S. Huang, M. Ruiz, A. Sherman, W. Shuai, "Exploring Novel Bioremediation Applications Based on the Feammox Process," platform talk, RemTEC Summit, Denver, March 2017.

Lee, M., E. Shevliakova, S. Malyshev, P. C. D. Milly, P.R. Jaffé[4], and C.A. Stock, "Increased climate variability and extremes amplify risks of coastal hypoxia worldwide: Implications of enhanced basin memory effects on river dissolved nitrogen in the GFDL Earth system modeling framework," Extreme Climate Event Impacts on Aquatic Biogeochemical Cycles and Fluxes, AGU Chapman Conference, San Juan, Puerto Rico, January 2017.

Reid M.C., and P.R. Jaffé, "Characterizing Gas Transport in Wetland Soils with Dissolved Gas Tracer Techniques," 2016 Fall Meeting Program, San Francisco.

Zhang, Z., H.S. Moon, S. Myneni, and P.R Jaffe, "Effect of phosphate, iron and sulfate reduction on arsenic dynamics and bioaccumulation in constructed wetlands," 2016 Fall Meeting Program, San Francisco.

Michael Pennino, M., R. McDonald, and P. Jaffe, "Watershed Scale Impacts of Stormwater Green Infrastructure on Hydrology, Nitrogen Fluxes, and Combined Sewer Overflows in the Baltimore, MD and Washington, DC area," 2016 Fall Meeting Program, San Francisco.

Kaplan, D. I., J.C. Seaman, C. Xu, S. Huang, D. Li, R. Kukkadapu, P. Santschi, P., and P. Jaffe, "Organic and Mineralogical Properties of the Rhizosphere that Promote Uranium Binding in Wetland Soils," ASA, CSSA & SSSA International Annual Meeting, 2016, American Society of Agronomy, Phoenix, AZ.

Kaplan, D., Xu C, P. Santschi, D. Li, J. Seaman, P. Jaffe, "Seasonal Changes in Uranium Porewater Chemistry in a Contaminated Wetland," 26th Goldschmidt Conference, Yokohama, Japan, June 26-July 1, 2016.

Jaffé, P.R. and V. Razaviarani, "Denitrification of Nitric Oxide from Off-Gas Coking Plant Using Hollow Fiber Membrane," 6th International Conference on Engineering for Waste and Biomass Valorization -May 23–26, 2016 – Albi, France.

Lee, M., E. Shevliakova, S. Malyshev, P. C. D. Milly, P.R. Jaffé, and C.A. Stock, "Climatic Variability and Extremes, Interacting with Nitrogen Storage, Amplify Risks of Coastal Eutrophication," 2016 Ocean Sciences Meeting, New Orleans.

Pennino, M., P Jaffe, R. McDonald, "Watershed Scale Impacts of Stormwater Green Infrastructure on Hydrology and Nutrient Fluxes in the Mid-Atlantic Region," AGU 2015 Fall Meeting Program, San Francisco.

Ruiz Urigüen, M., P. Jaffe, Microbial Anaerobic Ammonium Oxidation Under Iron Reducing Conditions, Alternative Electron Acceptors," AGU 2015 Fall Meeting Program, San Francisco.

Schafer, K., P. Jaffe, T. Morin, G. Bohrer, "Greenhouse Gas Balance in a Restored and Natural Wetland," AGU 2015 Fall Meeting Program, San Francisco.

Zhang, Z., H.S. Moon, S. Myneni, P. Jaffe, "Effect of dissimilatory iron and sulfate reduction on arsenic dynamics in the wetland rhizosphere and its bioaccumulation in plants," AGU 2015 Fall Meeting Program, San Francisco.

Huang, S., and P.R. Jaffé, "Influence of Environmental Factors on Feammox Activity in Soil Environments," AGU 2015 Fall Meeting Program, San Francisco.

Gilson E., S. Huang, P.G Koster van Groos, K. Scheckel, A.D. Peacock, D.I. Kaplan and P.R. Jaffé, "Fate of Uranium in Wetlands: Impact of Drought followed by Re-flooding," 2015 Environmental System Science (ESS) Principal Investigators (PI) Meeting.

Pal, D.S. and P.R. Jaffé, "Modeling the Interaction of $H_2$ on Root Exudate Degradation and Methanogenesis in Wetlands," EGU General Assembly, 2015, Vienna, Austria.

Huang, S., M. Ruiz-Urigüen, and P.R. Jaffé, "Ammonium Oxidation Under Iron Reducing Conditions: Environmental Factors Characterization and Process Optimization," EGU General Assembly, 2015, Vienna, Austria.

Zhang, Z., H.S. Moon, S. Myneni, P.R. Jaffé, "Effect of Dissimilatory Iron and Sulfate Reduction on Arsenic Dynamics in the Wetland Rhizosphere and its Bioaccumulation in Plants," EGU General Assembly, 2015, Vienna, Austria.

Schäfer, KVR, H.J. Renninger, D.S. Pal, and P.R. Jaffé, "Scaling greenhouse gas fluxes in a natural and restored wetland from microsites to ecosystem level," EGU General Assembly, 2015, Vienna, Austria.

Huang, S., M. Ruiz-Urigüen, P.R. Jaffe, "Environmental Factors Affecting Ammonium Oxidation Under Iron Reducing Conditions," AGU 2014 Fall Meeting Program, San Francisco.

Gilson, E., S. Huang, P. Kostervan Groos, K. Scheckel, A Peacock, D. Kaplan, P Jaffe, "Fate of Uranium in Wetlands: Impact of Drought Followed by Re-flooding," AGU 2014 Fall Meeting Program, San Francisco.

Pal, D., and P Jaffe, "Modeling the Interaction of $H_2$ on root Exudate Degradation and Methanogenesis in Wetland Sediments," AGU 2014 Fall Meeting Program, San Francisco.

Schaefer, K., P. Jaffe, G. Bohrer, "Greenhouse Gas Fluxes in a Natural and Restored Wetland Before and After Hurricane Sandy," AGU 2014 Fall Meeting Program, San Francisco.

Jaffé, P.R., "Iron as an Electron Acceptor for Biogeochemical Transformations of Pollutants in Groundwater, Soils, and Engineered Systems," Plenary Lecture on Environmental Engineering, 13th Mediterranean Congress of Chemical Engineering, Barcelona, Spain, 30 September to 3 October 2014.

Chang, H., S.W. Buettner, J.C. Seaman, P.R. Jaffe, P.G. Koster van Groos, D. Li, A.D. Peacock, K. Scheckel, and D.I. Kaplan, "Critical Role of a Wetland Plant on Uranium Biogeochemistry in an Iron-Rich Reducing Condition," 24th V.M. Goldschmidt Conference, Sacramento, CA, June 2014.

ElBishlawi, H., Z. Xu, S. Myneni, P.R. Jaffé, "Fluoride Adsorption Using Novel Hydroxyapatite-coated Calcite: Synthesis, Modeling, and Simulation Studies", NJ Water Environment Association Annual Conference, Atlantic City, NJ, May 2014.

Pal, D. and P Jaffe, "Measuring Subsurface $H_2$ Concentrations with Peepers to Predict $H_2/CH_4$ Dependency in Tidal Wetland Sediments," NJ Water Environment Association Annual Conference, Atlantic City, NJ, May 2014.

Jaffé, P.R., P.G. Koster van Groos, D. Li, H.S. Chang, J.C. Seaman, D.I. Kaplan, A.D. Peacock, and K. Scheckel, "Uranium Immobilization in Wetland Soils," EGU General Assembly, 2014, Vienna, Austria.

Huang, S., M. Ruiz-Urigüen, P.R. Jaffé, "Studies on a Novel *Actinobacteria* Species Capable of Oxidizing Ammonium under Iron Reduction Conditions," EGU General Assembly, 2014, Vienna, Austria.

Lee, M., S. Malyshev, E. Shevliakova, P.R. Jaffe, "Perturbations to the River Nitrogen Cycling from the Historical Land Use and Climate Changes: the Susquehanna River Case Study with GFDL Land Model LM3-N," AGU 2013 Fall Meeting Program, San Francisco.

Chang, H., S.W. Buettner, J. C. Seaman, P.R. Jaffe, P.G. Koster van Groos, D. Li, A.D. Peacock, K. Scheckel, and D.I. Kaplan, "Uranium biogeochemistry in an iron-rich rhizosphere of a native wetland plant under reducing conditions," ASA, CSSA, & SSSA International Annual Meetings. Tampa, FL Nov 3 – 6, 2013.

Reid, M.C., D.S. Pal, and P.R. Jaffe, "Gas Exchange in the Wetland Rhizosphere: Quantifying Spatial and Temporal Variability at Field Scales with Dissolved Gas Tracer Experiments," AGU Chapman Conference on Soil-mediated Drivers of Coupled Biogeochemical and Hydrological Processes Across Scales, Tucson, Arizona, October 2013.

Pal, D.S., R. Tripathee, K.V.R. Schäfer, and P.R. Jaffé. "Determining relationships between dissolved Hydrogen and

Methane porewater concentrations and static chamber flux measurements in vegetated wetland soils," AGU Chapman Conference on Soil-mediated Drivers of Coupled Biogeochemical and Hydrological Processes Across Scales, Tucson, Arizona, October 2013.

Abbassi, R., A. Kumar Yadav, S. Huang, P. Jaffe, H. Littleton, Y. Liu, "Energy and Chemical Efficient Nitrogen Removal with Mixed of Anammox and Low DO Sludge from MBR Plant using Membrane Bio-reactors," WEFTEC, October 2013, Chicago Il.

Huang, S., and P.R. Jaffe, "A newly identified microorganism affecting the N cycle: Ammonium oxidation in iron reducing soils," 23nd V.M. Goldschmidt Conference, August 2013, Florence, Italy. *Mineralogical Magazine*, 77(5) 1339.

Jaffé, P.R., "Iron as an electron acceptor for biogeochemical transformations of pollutants in groundwater and at the groundwater-surface water interface," International Symposium on Ecohydrology and Groundwater Sustainability: Integrative approaches to mass exchange in groundwater-surface water interfaces, July 22-26, 2013, Seoul, Korea.

Koster van Groos, P.G., D.I. Kaplan, H.S. Chang, A.D. Peacock, J.C. Seaman, and P.R. Jaffe, "Investigating uranium attenuation through wetland mesocosms," International Conference on the Biogeochemistry of Trace Metals, June 16 – 20, 2013, Athens, GA.

Li, D., D. I. Kaplan, J. C. Seaman, H. S. Chang, P. Koster van Groos, and P. Jaffe. 2013, "Sorption and chemical speciation of uranium onto SRS wetland sediments," International Conference on the Biogeochemistry of Trace Metals, June 16– 20, 2013, Athens, GA.

Jaffe, P.R., P.G. Koster van Groos, D.I. Kaplan, H.S. Chang, A.D. Peacock, J.C. Seaman, and K.G. Scheckel, "Uranium Transport across Ground Water Surface Water Interfaces: Effect of Wetland Plants on the Sediment Biogeochemistry," Joint DOE-TES/DOE-SBR PI Meeting, May 14-15, 2013.

Jaffe, P.R., H. Tan, A. Peacock, K. Williams, Y. Wu, and P. Long, "Evolution of Methanogenesis during Biostimulation of Alluvial Sediments," Joint DOE-TES/DOE-SBR PI Meeting, May 14-15, 2013.

Reid, M.C., and P.R. Jaffe, "In-situ Measurements of Dissolved Gas Dynamics and Root Uptake in the Wetland Rhizosphere," Geophysical Research Abstracts Vol. 15, EGU 2013-2449, 2013 EGU General Assembly Vienna, Austria, 07 – 12 April, 2013.

Reid, M.C., R. Tripathee, D. Pal, K.V. Schafer, P.R. Jaffe, "Tidal Influences on Belowground Methane Dynamics in a Mesohaline Coastal Marsh," AGU 2012 Fall Meeting Program, San Francisco.

Tripathee, R., M.C. Reid, P.R. Jaffe, K.V. Schafer, "Methane Emission from a Restored Wetland at New Jersey Meadowlands, North East USA," AGU 2012 Fall Meeting Program, San Francisco.

Jaffe, P.R., A. Xiang, B.E. Koel, "Transport in Porous Media of Poly(Acrylic Acid) Coated Ferrihydrite Nanoparticles," AGU 2012 Fall Meeting Program, San Francisco.

ElBishlawi, H., P. Jaffe, J.Y. Shin, "Trace metal immobilization in tidal brackish marshes: Comparing newly constructed and naturally established sediments," 4th International Ecosummit, Ecological Sustainability, Restoring the planets Ecosystem Services, Columbus, OH, Sept 30 – Oct.5, 2012.

Reid, M.C., P.R. Jaffe, "Pathways for volatilization from the wetland rhizosphere," 4th International Ecosummit, Ecological Sustainability, Restoring the planets Ecosystem Services, Columbus, OH, Sept 30 – Oct.5, 2012.

Schafer, K.V.R., G. Bohrer, M. Reid, R. Tripathee, P. Jaffe, "Temporal and spatial dynamics of methane fluxes in a temperate urban wetland," 4th International Ecosummit, Ecological Sustainability, Restoring the planets Ecosystem Services, Columbus, OH, Sept 30 – Oct.5, 2012.

Reid, M.C., K.V.R. Schafer, R. Tripathee, P.R. Jaffe, "Linking porewater dynamics and atmospheric fluxes of methane in a tidal estuarine marsh," 4th International Ecosummit, Ecological Sustainability, Restoring the planets Ecosystem Services, Columbus, OH, Sept 30 – Oct.5, 2012.

Xiang, A., B.E. Koel, P.R. Jaffe "Polymer Coating for Improved Delivery of Iron Oxide Nanoparticles in Ground Water," American Chemical Society National Meeting, Philadelphia, PA, August 2012.

Tribout, C., P. Jaffe, A. Nzihou, B. Husson, "Assessment of Heavy Metals Release from Secondary Road Materials Using Percolation Test," 4th international Conference on Engineering for Waste and Biomas Valorisation, Sept. 10-13, 2012, Porto, Portugal.

Jaffe, P.R., M. Barlett, L. Kerkhoff, P.E. Long, D. Lovley, L., McGuinness, H.S S. Moon., H. Tan, K.H. Williams, "Electron Donor Utilization During the Bioreduction of Uranium," 22nd V.M. Goldschmidt Conference, June 2012, Mont Real, Canada.

Schäfer, K.V.R., R. Tripathee, W. Alcivar, G. Bohrer, P. Jaffe, M. Reid, "Methane Fluxes in Temperate Urban Wetlands," NSF CBET Grantees Conference, June 6 - 8, 2012, Baltimore, MD.

Lee, M., S. Malyshev, E. Shevliakova, P. Jaffe, "Adapting a Dynamic Land Model, LM3V, to Simulate Nitrogen Exports and Transformations in the Susquehanna River," Chesapeake Modeling Symposium 2012, May 21, 22, Annapolis MD.

Jaffe, P.R., P. Koster van Groos, D.I. Kaplan, A.D. Peacock, K. Scheckel, H.S. Chang, "Fate of Uranium During Transport Across the Groundwater–Surface Water Interface," DOE Subsurface Biogeochemical Research Meeting. Washington, D.C. April 2012.

Long P., K. Williams, J. Banfield, K. Wrighton, K. Handley, J. Bargar, D. Lovley, M. Lipton, Mike Wilkins, S. Yabusaki, C. Murray, R. Hettich, N. VerBerkmoes, J. Davis, P. Fox, B. Luef, L. Comolli, S. Fakra, P. Jaffe, "Manipulating Uranium Desorption and Redox Status in an Alluvial Aquifer: Overview of *In Situ* Electron Donor and Bicarbonate Amendment," Experiments at the Rifle, Colorado IFRC," DOE Subsurface Biogeochemical Research Meeting. Washington, D.C. April 2012.

Jaffe, P., H. Tan, L. Kerkhof, L. McGuinness, A. Peacock, K. Williams, P. Long, "Impact of Biostimulation on Permeability and C-13 Stable Isotope Probing of Biostimulation Experiments to Identify Acetate Utilizers," DOE Subsurface Biogeochemical Research Meeting. Washington, D.C. April 2012.

Jaffe, P.R., H. Tan, H.S. Moon, L.J. Kerkhof, L.R. McGuinness, A.D. Peacock, R. Kukkadapu, M. Barlett, P. E. Long, "The effect of iron, sulfate, and electron donors on the activity of *Geobacter sp.* during the bioreduction of U(VI)," Uranium biogeochemistry: transformations and applications, International Workshop, March 11-16, 2012, Monte Verita, Ascona Switzerland.

Lee, M., P.R. Jaffé, E. Shevliakova, S. Malyshev, "Simulation and Evaluation of the Nitrogen Cycle in the Dynamic Land Model LM3V: The Nitrogen budget of the Susquehanna River Watershed," AGU 2011 Fall Meeting Program.

Reid, M.C., P.R. Jaffé, "A Push-Pull Test to Measure Volatilization Fluxes of Organic Pollutants without Flux Chambers," AGU 2011 Fall Meeting Program.

Long, P.E., K.H. Williams, J. A. Davis; J.F. Banfield, J. Bargar, D.R. Lovley, K. Hatfield; M. J. Wilkins; S. Yabusaki, C.J. Murray, P.R. Jaffé, *"Rifle IFRC Science Team*Progress Toward Understanding of Coupled Microbiology, Biogeochemistry, and Hydrogeology Controls on Subsurface Mobility of Uranium" *(Invited),* AGU 2011 Fall Meeting Program.

Jaffé, P.R., H. Tan, L. Kerkhof, L. McGuinness, A. Peacock, P. E. Long, "C-13 Stable Isotope Probing of Biostimulation Experiments to Identify Acetate Utilizers," AGU 2011 Fall Meeting Program.

Jaffé, P.R., H. Tan, L.J. Kerkhof, L.R. McGuinness, A.D. Peacock, L. N'Guessan, M. Sinha, R. Kukkadapu, Philip E. Long, "Tracking the activity of *Geobacter sp.* during biostimulation to reduce U(VI) and the post biostimulation biogeochemical dynamics that affect U(IV) stability," International Society for Environmental Biogeochemistry, Istanbul Technical University, Turkey, September 27 to 30, 2011.

Rosenzweig, BR, Nolfo, C, Smith, JA, Baeck, ML and Jaffé PR, "Variation in nitrogen loading and retention in two urban stormwater detention ponds," Philadelphia Low Impact Development Symposium. 5th National Low Impact Development Conference, Philadelphia, PA, Sept. 26-28, 2011.

Nolfo, C., Rosenzweig, B., and P. Jaffé, "A Study of Denitrification Hot Spots in a Stormwater Detention Pond," Philadelphia Low Impact Development Symposium. 5th National Low Impact Development Conference, Philadelphia, PA, Sept. 26-28, 2011.

Reid, M.C. and Jaffé, P.R., "Measurement and Modeling of Volatilization through Wetland Macrophytes," Joint Meeting of the Society of Wetland Scientists," Wetland Biogeochemistry Symposium, and Wetpol. Prague, Czech Republic, July 2011.

O'Donoghue, B. and P.R. Jaffé, "A New Method of Synthesizing Hydroxyapatite for Cost-Effective Removal of Fluoride From Drinking Water in Developing Countries," AWWA 2011 Annual Conference & Exposition, Washington, D.C., June 2011.

Jaffé, P., H. Tan, L. Kerkhof, L. McGuinness, A. Peacock, K. Williams, M. Sinha, P. Long, "Post-Biostimulation Field Experiment and C-13 Stable Isotope Probing of Column Experiments to Identify Acetate Utilizers," DOE Subsurface Biogeochemical Research Meeting. Washington, D.C. April 2011.

Long, P.E., J. Banfield, J. Bargar, R. Bush, D. Chandler, J. Davis, *LBNL*; R. Dayvault, P. Fox, *LBNL*; K. Handley, K. Hatfield, R. Hettich, *ORNL*; S.S. Hubbard, *LBNL*; P. Jaffé, L. Kerkhof, R. Kukkadapu, M. Lipton, D. Lovley, C. Murray, A. Peacock, F. Spane, N. VeBerkmoes, M. Wilkins, K.H. Williams, K. Wrighton, S. Yabusaki "Biogeochemical Dynamics Controlling Uranium Mobility and Bioremediation in Contaminated Aquifers: Overview of Results from the Integrated Field-Scale Subsurface Research Challenge Site at Rifle, CO," DOE Subsurface Biogeochemical Research Meeting. Washington, D.C. April 2011.

Nolfo C., Rosenzweig B.R., Jaffé P.R., "A study of denitrification hot spots in an urban stormwater detention pond," Engineering Sustainability 2011: Innovation and the Triple Bottom Line; 2011 April 12; Pittsburgh, PA.

Rosenzweig B.R., Nolfo C., Jaffé P.R., "Variation in nitrogen loading and retention in two urban stormwater detention ponds," Engineering Sustainability 2011: Innovation and the Triple Bottom Line; 2011 April 11; Pittsburgh, PA.

Nolfo C., Rosenzweig B.R., Jaffé P.R., "A study of denitrification hot spots in an urban stormwater detention pond," International Sympsosium on Sustainability Science: The Emerging Paradigm and the Urban Environment; 2010 Oct 26; Montclair, NJ.

Rosenzweig B.R., Nolfo C., Smith J.A., Baeck M.L., Jaffé P.R., "Variation in nitrogen loading and retention in two urban stormwater detention ponds," International Sympsosium on Sustainability Science: The Emerging Paradigm and the Urban Environment; 2010 Oct 26; Montclair, NJ.

Reid, M.C., D.T. Ho, P.R. Jaffé, "Diurnal Cycles of Trace Gas Transfer through Wetland Vegetation," AGU 2010 Fall Meeting Program.

Jaffé, P.R., H. Tan, H.S. Moon, A.L. N'Guessan, A.D. Peacock, M. Sinha, K.H. Williams, P.E. Long, "Post-Biostimulation Biogenic U(IV) Stability and Microbial Community Structure that Affects its Dynamics," AGU 2010 Fall Meeting Program.

Jaffé, P.R., H.S. Moon, A.L. N'Guessan, and A.D. Peacock, "Post-Biostimulation Biogenic U(IV) Reoxidation and Microbial Community Structure That Affects Its Stability," Remediation of Chlorinated and Recalcitrant Compounds Seventh International Conference, Monterey, California, May 24–27, 2010.

Kukkadapu R.K., J.P. McKinley, N.P. Qafoku, H.S. Moon, P. Jaffé, K.H. Williams, P.E. Long, "Reductive Biotransformation of Fe in Rifle Alluvial Sediments: Implications of In Situ Bioremediation and Long-Term Behavior of Uranium(VI)," DOE Subsurface Biogeochemical Research Meeting.  Washington, D.C. March 2010.

Jaffé, P.R., L.J. Kerkhof, R. Kukkadapu, P.E. Long, L. McGuiness, H.S. Moon, A.L. N'Guessan, A.D. Peacock, M. Sinha, "Factors Controlling Microbial Dynamics During Biostimulation and Post-Biostimulation and Their Effect on U(IV) Stability," DOE Subsurface Biogeochemical Research Meeting.  Washington, D.C. March 2010.

Long P., J. Banfield, D. Chandler, J. Davis, R. Dayvault, P. Fox, R. Hettich, S. Hubbard, P. Jaffé, L. Kerkhof, R. Kukkadapu, M. Lipton, D. Lovley, A. Peacock, F. Spance, N. VerBerkmoes, M. Wilkins, K.H. Williams, S. Yabusaki, "Uranium Redox Status in an Alluvial Aquifer During Biostimulated and Non-Biostimulated Reducing Conditions: Results from the Integrated Field-Scale Subsurface Research Challenge Site at Rifle, Colorado," DOE Subsurface Biogeochemical Research Workshop.  Washington, D.C. March 2010.

Rosenzweig, B., P. R. Jaffé, "Continuous Monitoring of Nitrogen Retention in an Urban Stormwater Detention Pond," AGU 2009 Fall Meeting, Abstract No. B11A-0468, Eos Trans., AGU, 90(52).

Moon, H.; McGuiness, L.; Kukkadapu, R. K.; Peacock, A.; Komlos, J.; Kerkhof, L.; Long, P. E.; Jaffé, P. R. "Effect of 57Fe-goethite Amendment on Microbial Community Composition and Dynamics During the Transition from Iron to Sulfate Reduction," AGU 2009 Fall Meeting, Abstract No. H31B-0787, Eos Trans., AGU, 90(52).

Jaffé, P.R., L.H. MacDonald, J. Paull, "Monitoring and Evaluation of Plant and Hydrological Controls on Arsenic Transport Across the Water Sediment Interface," AGU 2009 Fall Meeting, Abstract No. H23H-02, Eos Trans. AGU, 90(52).

Jaffé, P.R., "Recent Developments in Aquifer Biostimulation: Interactions Between Microbiology and Geochemistry," Workshop of Cleaning Technologies for Sustainable Use of Water in Industry, September 24-25, 2009, Universidad Autónoma de Madrid, Madrid, Spain.

McGuinness, L., H.S. Moon, P. Jaffé, P. Long, L. Kerkhof, "Profiling Microbial Populations in Sediment Column Experiments during Iron, Uranium, and Sulfate Reduction," American Society for Microbiology 109th General Meeting, Philadelphia, May 2009.

Long, P., K. Williams, J. Banfield, R. Bush, K. Campbell, D. Chandler, J. Davis, R. Dayvault, A. Englert, Y. Fang, P. Fox, R. Hettich, D. Holmes, S. Hubbard, P. Jaffé, L. Kerkhoff, R. Kukkadapu, L. Li, M. Lipton, D. Lovley, S. Morris, S. Morrison, D. Newcomer, L. N'Guessan, A. Peacock, S. Hyun, N. Quafoku, C. Resch, F. Spane, C. Stefel, N. VerBerkmoes, M. Wilkens, S. Yabusaki, P. Yelton, "In Situ Bioreduction of Uranium in an Alluvial Aquifer: Overview of Results from the Integrated Field-Scale Subsurface Research Challenge Site (IFC) at Rifle, Colorado," AGU 2008 Fall Meeting, Abstract No. H53E-1116.

Jaffé, P.R., L. Kerkhoff, J. Komlos, R.K. Kukkadapu, P.E. Long, L. McGuinness, and H.S. Moon, "The Effect of Iron and Sulfate Levels on the Transition from Iron to Sulfate Reduction during Biostimulation," AGU 2008 Fall Meeting, Abstract No.  B13E-05

MacDonald, L.H., L.R. Durrant, and P.R. Jaffé, "Influence of Iron Reducing Bacteria on Phosphate and Arsenate Release and Sequestration Onto Iron Oxides," AGU 2008 Fall Meeting, Abstract No. B11B-0350.

MacDonald, L.H., H.S. Moon, and P.R. Jaffé, "Surface Saturation Effects in Solid Phase Bacterial Iron Reducing Kinetics," ACS National Meeting, Philadelphia, PA, August 2008.

Jaffé, P., H. ElBishlawi, L. Kerkhoff, R. Kukkadapu, P. Long, L. McGuinness, H.S. Moon, A. Peacock, M. Wilkins, and K. Williams "Microbial, Geochemical, and Physical Responses to Biostimulation for U(VI) Reduction in Soil Columns," 2008 Goldschmidt Conference Vancouver, Canada, July 2008, Goldschmidt Conference Abstracts p. A421.

Kukkadapu, R.K., H. ElBishlawi, P.R. Jaffé, J. Komlos, P.E. Long, H.S. Moon, and K.H. Williams. "Geochemical dynamics in a column biostimulation experiment during the transition from iron to sulfate reduction," Spring 2008 ACS National Meeting & Exposition 2008.4.6-4.10 New Orleans, LA USA (abstract paper in CD:GEOC 064).

MacDonald, L.H., H.S. Moon, and P.R. Jaffé, "Kinetics of Microbially Mediated Iron Reduction: The Role of Biomass, Ferrous Inhibition, and Electron Shuttles," AGU 2007 Fall Meeting, Abstract No. B33A-085.

Shrestha, J., and P.R. Jaffé, "Nitrite Production from Ammonium in Riparian Wetland Soils and Determination of Rates of Consumption of Nitrite and Ammonium in-situ," AGU 2007 Fall Meeting, Abstract No. B31A-0073.

Zazo J. A., J. S. Paull, and P. R. Jaffé, "Effect of Wetland Plants on the Reduction of Hexavalent Chromium in Sediments," AGU 2007 Fall Meeting, Abstract No. B12A-08.

Jaffé, P.R., H. ElBishlawi, R. Hettich, L. Kerkhof, J. Komlos, R.K Kukkadapu, M.S. Lipton, P.E Long, L. McGuinness, H.S. Moon, A.D. Peacock, N. VerBerkmoes, K.H. Williams, "Evolution of the Microbial Community Structure and Iron Reduction Rate in a Column Biostimulation Experiment During the Transition From Iron to Sulfate Reduction," AGU 2007 Fall Meeting, Abstract No. B33A-0855.

Long, P. E., J. Banfield, R. Bush, K. Campbell, D.P. Chandler, J.A. Davis, R. Dayvault, J. Druhan, H. Elifantz, A. Englert, R.L. Hettich, D. Holmes, S. Hubbard, J. Icenhower, P.R. Jaffé, L.J. Kerkhof, R.K. Kukkadapu, E. Lesher, M. Lipton, D. Lovley, S. Morris, S. Morrison, P. Mouser, D. Newcomer, L. N'Guessan, A. Peacock, N. Qafoku, C.T. Resch, F. Spane, B. Spaulding, C. Steefel, N. Verberkmoes, M. Wilkins, K H Williams, S. B. Yabusaki, "The Integrated Field-Scale Subsurface Research Challenge Site (IFC) at Rifle, Colorado: Preliminary Results on Microbiological, Geochemical and Hydrologic Processes Controlling Iron Reduction and Uranium Mobility," AGU 2007 Fall Meeting, Abstract  No. B24D-04.

Rosenzweig B.R., P.R. Jaffé, "Nitrogen Cycling in Stormwater Detention Ponds," presented at the 4th International Nitrogen Conference, Costa do Sauipe - Bahia -Brazil, October 1-5, 2007.

Komlos, J., R.K. Kukkadapu, J.M. Zachara, and P.R. Jaffé, "Re-oxidation of uranium precipitated during long-term iron/uranium reducing conditions," In Preprints of Extended Abstracts, The 232nd ACS National Meeting, San Francisco, CA, September 10-14, 2006, pp. 730-734.

MacDonald, L.H., and P.R. Jaffé, "Kinetics of iron oxide reduction by Geobacter sulfurreducens," In Preprints of Extended Abstracts, The 232nd ACS National Meeting, San Francisco, CA, September 10-14, 2006.

Song B, Jaffé PR, Ward BB, "Molecular detection and quantification of arsenate reducers in estuarine sediments," Abstarcts of Papers of the American Chemical Society 231: - 405-ANYL March 26, 2006.

Komlos, J., P.R. Jaffé, K.R. Kukkadapu, and J.M. Zachara, "Quantification of Iron Reduction in Microbially Reduced Sediments," American Geophysical Union Fall Meeting, San Francisco, December 2005, abstract No. B23B-1052.

Jaffé, P.R., J. Choi, and S. Xu, "Biogeochemical Gradients in Wetland Sediments and their Effect on the Fate Trace Metals," American Geophysical Union Fall Meeting, San Francisco, December 2005, abstract No. B24B-08.

Shresta, J., J.R. Rich, and P.R. Jaffé, "Ammonium Oxidation by Ferric Compounds in Continuous-Flow Microcosms and Verification Using Batch Experiments with 15N-NH$_4$ Tracer," American Geophysical Union Fall Meeting, San Francisco, December 2005, abstract No. B51A-0189.

Rosenzweig, B.R., and P.R. Jaffé, "The Role of Stormwater Detention Ponds in Nitrogen Cycling in Urban Watersheds," American Geophysical Union Fall Meeting, San Francisco, December 2005, abstract No. B43C-0294.

Jaffé, P.R., and J.H. Choi, "The effect of plants on the dynamics of sulfur species and trace metals in wetland sediments," Book of Abstracts, 1st International Conference on Engineering for Waste Treatment, Benefitial Use of Waste and by-Products, May 17-19, 2005, Ecole des Mines d'Albi-Carmaux, Albi, France, p. 117.

Mackle, B., and P. R. Jaffé, "Natural attenuation of chlorinated aliphatic hydrocarbons in tidal discharge wetland sediments," pp. 1031-1036, In Preprints of Extended Abstracts, 228th ACS National Meeting, Philadelphia, PA, August 22-26, 2004.

Jaffé, P.R., "The Effect of Plants on the Dynamics of Heavy Metals in Wetland Sediments," invited paper for the workshop on Biogeochemical Controls on the Mobility and Bioavailability of Metals in Soils and Groundwater, Monte Verita, Switzerland, March 2003.

8Jaffé, P.R. and H.S. Kim, "Simulating the biodegradation of toluene in sediments for aerobic and denitrifying conditions," SETAC 23st Annual Meeting November 12-16, 2002, Salt Lake City, Utah.

Xu, S. and P.R. Jaffé, "The effect of plants on the dynamics of heavy metals in wetland sediment," 18th Annual International Conference on Contaminated Soils, Sediments and Water, October 21-24, University of Massachusetts, Amherst, MA.

Jaffé, P.R., and S. Wang, "Potential effect of $CO_2$ releases from deep reservoirs on the quality of fresh-water aquifers," 6th International Conference on Greenhouse Gas Technologies, Kyoto. Japan, October 2002.

Xu, S. and P.R. Jaffé, "Dynamics of heavy metals in wetland sediments: effects of plants," 34th Mid-Atlantic Industrial and Hazardous Waste Conference, Rutgers University, New Brunswick, NJ September 20-21, 2002.

Komlos J., P.R. Jaffé, and D. Brown, "Hydrogen as an Indicator to Assess Biological Activity During Bioremediation Under Dual Electron Donor Conditions," Proceedings of the 34th Mid-Atlantic Industrial and Hazardous Waste Conference, Sept. 20-21. 2002, Rutgers University, New Brunswick, NJ, p 134.

Tucker, RK, G.S. Hawkins, P.R. Jaffé, K.K. Pflugh, B.B. Johnson, "Integrating Models of Citizens Perceptions, Metal Contaminants, and Wetlands Restoration in an Urbanizing Watershed," presented at the American Water Resources Association Annual Conference, Nov. 4, 2002, Philadelphia, PA.

Mackle, B. and P.R. Jaffé, "Biodegradation of chlorinated aliphatic hydrocarbons in tidal discharge wetlands sediments," Proceedings of the 34th Mid-Atlantic Industrial and Hazardous Waste Conference, Rutgers University, New Brunswick, NJ September 20-21, 2002.

Kim, H.S. and P.R. Jaffé, "Simulating the biodegradation of toluene under aerobic and denitrifying conditions," Proceedings of the 34th Mid-Atlantic Industrial and Hazardous Waste Conference, Rutgers University, New Brunswick, NJ September 20-21, 2002.

Jaffé, P.R., and S. Xu, "Trace-metal dynamics in wetland sediments; Laboratory measurements and numerical simulations," Abstracts of the 12th Annual V.M. Goldschmidt Conference, Davos, Switzerland, Geochimica et Cosmochimica Acta, Vol. 66, No. 15A p. A361.

Jaffé, P.R., J. Komlos, J., D.G. Brown, and D.R. Lovley, "Hydrogen as an Indicator to Assess Biological Activity During Trace-Metal Bioremediation," American Geophysical Union Spring Meeting, Washington DC, May 2002.

Y.M. Na, S.  S. Park, J.H. Choi, and P. R. Jaffé, "Sediment Remediation Using a Pellet of Ocher with Calcium Nitrate," 9th International Symposium on the Interactions between Sediments and Water, Banff, Canada, May 5-10, 2002.

Brown, D.G., and P.R. Jaffé, "Effects of Nonionic Surfactants on Bacterial Transport Through Porous Media," American Geophysical Union Fall Meeting, San Francisco, December 2001.

Jaffé P.R., S. Xu, H.J. Choi, "Biogeochemical Dynamics of Trace Metals in Wetland Sediments; Field, Laboratory and Numerical Simulation Studies," 17th Annual Conference on Contaminated Soils, Sediments and Water, Amherst, MA, October 22-24, 2001.

Jaffé P.R., H.J. Choi, and S. Xu, "Biogeochemical Dynamics of Trace Metals in Wetland Sediments; Simulations and Measurements," Seventh Symposium of Biogeochemistry of Wetlands, Durham, NC, June 17-20, 2001.

Wang S., P.R. Jaffé, M.A. Celia, S.C. Myneni, C.A. Peters, and J.H. Prevost, "Effect of $CO_2$ Releases from Deep Reservoirs on the Quality of Fresh-Water Aquifers," AAPG Annual Convention, Denver, CO, June 3-6, 2001.

Brown, D.G., and P.R. Jaffé, "Hydrogen as an Indicator to Assess Biological Activity During Trace-Metal Bioremediation," American Geophysical Union Spring Meeting, Boston, MA., May 29 June 2, 2001.

Tucker R.K., Hawkins G.S., Altomari C., Jaffé P.R., Pflugh K.K., Johnson B, "Indicators of Wetland Function," New Jersey Center for Environmental Indicators Annual Meeting, New Brunswick, NJ, May 17, 2001.

Jaffé, P.R., H.J. Choi, S. Xu, and P.L. Kallin, "Simulating and monitoring the biogeochemical dynamics of trace-metal in wetland Sediments," SETAC 21st Annual Meeting November 12-16, 2000 Nashville, Tennessee.

Jaffé, P.R., and S. Wang, "Simulating Bioremediation of Uranium Contaminated Aquifers," American Geophysical Union Spring Meeting, Washington, DC, EOS, Transactions, AGU, Vol. 81, No.19, P. 243, 2000

Wang, S., and P.R. Jaffé, "Modeling the Bioremediation of Trace Metals/Radionuclides by using Hydrogen as a Master Variable," American Geophysical Union Fall Meeting, San Francisco, December 1999. EOS, Transactions, AGU Vol. 80, No. 46, p. F89, 1999.

Park, S.S., and P.R. Jaffé, "A Numerical Model to Estimate Sediment Oxygen Levels and Demand," Annual Meeting of Korean Association of Environmental Engineer, Kwangju, Korea, 5-6 November 1999.

Park, S.S., and P.R. Jaffé, "A Numerical Model of Sediment Oxygen Level and Demand Based on Vertical Profiles of Oxic and Suboxic Diagenesis," 8th International Symposium on the Interactions between Sediments and Water, September 13-17, 1999, Beijing, China

Jaffé, P.R., S. Wang, and H.A. Rabitz, "Simulating Bioremediation of Uranium Contaminated Aquifers; an Evaluation of Model Robustness," International Symposium on Subsurface Microbiology, Vail, August 1999.

Brown, D.G., J.R. Stencel, and P.R. Jaffé, "Operational Regimes for Surfactant-Enhanced PAH Biodegradation" International Symposium on Subsurface Microbiology, Vail, August 1999.

Brown, D.G., J.R. Stencel, and P.R. Jaffé, "Bacterial Transport in Sand Column Experiments: Effects of Media Preparation," International Symposium on Subsurface Microbiology, Vail, August,1999.

Jaffé, P.R., "The Effect of Surfactants on Mass-Transfer Processes During the Dissolution and Biodegradation of Hydrocarbons in Groundwater Systems" American Geophysical Union Fall Meeting, San Francisco, December 1998.

Brown, D.G. and P.R. Jaffé, "Effects of surfactants on bacterial transport through a porous media." Presented to the 5th International In Situ and On-Site Bioremediation Symposium, San Diego, April 19-22, 1999.

Jaffé, P.R., P.L. Kallin, and S.L. Smith, "Modeling Trace Metal Dynamics in Wetland Sediments: The Effect of the Rhizosphere on the Sediment Redox Profile," Goldschmidt Conference 1998, Mineralogical Magazine, Vol. 62A, pp. 699-700.

Kallin, P. L., S.L. Smith, P.R. Jaffé, "Modeling Trace-Metal Dynamics in Wetland Sediments," Presented at the 5th Intl. Symposium on the Biogeochemistry of Wetlands, London September 1997.

Guha, S., C.A. Peters, and P.R. Jaffé, "Bioavailability of a PAH Mixture Solubilized in the Triton X100 Micelles," ACS Symposium on Emerging Technologies in Hazardous Waste Management IX, D.W. Tedder, Ed., September 1997.

Johnson, J.C., S. Sun, and P.R. Jaffé, "Effect of Surfactants on the Mass Transfer Rate Coefficient in Porous Media," ACS Symposium on Emerging Technologies in Hazardous Waste Management IX, D.W. Tedder, Ed., September 1997, p. 238.

Shimada, B.W., and P.R. Jaffé, "Scaling Behavior of Soil and Crop Cadmium Concentrations in Agricultural Soils of Central Europe," American Geophysical Union Spring Meeting, Baltimore, June 1997.

Tuck, D.M., G. Flach, P.R. Jaffé, S. Sun, J. Johnson, "Gravity Mobilization of DNAPLs in Response to Interfacial Tension Reduction," CHESS User's Meeting, June 1996, Cornell University.

Sun, S., S. Guha, D.G. Brown, and P.R. Jaffé, "The Effect of a Surfactant's Hydrophilic Chain Length on the Surfactant-Enhanced Mass Transfer Between an Organic and an Aqueous Phase," presented at the ACS, I&EC Division Symposium, September 1996, Birmingham, AL.

Smith, L.S., and P.R. Jaffé, 1996, "Modeling the Transport of Contaminant Metals in Sediments in the Presence of Biodegradation of Organic Compounds by Bacteria Utilizing Various Terminal Electron Acceptors," 1996 American Geophysical Union Spring Meeting, Baltimore, May 1996, EOS, Vol. 77, No. 17, p. 135.

Marshall, J.D., B.W. Shimada, and P.R. Jaffé, "Effect of Temporal Variability in Infiltration on Contaminant Transport in the Unsaturated Zone," American Geophysical Union Spring Meeting, Baltimore, May 1996, EOS, Vol. 77, No. 17, p. 134.

Shimada, B.W., and P.R. Jaffé, "Heavy Metals in Agricultural Soils of Central Europe: Comparison of Model Output and Field Measurements," American Geophysical Union Spring Meeting, Baltimore, May 1996, EOS, Vol. 77, No. 17, p. 96.

Park, S.S., B.K. Park, M.E. Borsuk and P.R. Jaffé, "Simulation of Vertical Eh Profiles for the Bioavailability of Heavy Metals in Freshwater Sediments," Annual Conference, Korean Society of Environmental Engineers, May 1995, Inchon, South Korea.

Park, S.S., and P.R. Jaffé, "Numerical Modeling of Redox Potential for the Postdepositional Fates of Toxic Trace Pollutants in Benthic Sediments," Annual Conference, Korean Society of Environmental Engineers, May 1995, Inchon, South Korea.

Shimada, B.W., J. Singh, P.R. Jaffé, "Distribution of Heavy Metals in Agricultural Soils and Products of the Black Triangle," 1995 American Geophysical Union Spring Meeting, Baltimore, May 1995, EOS, Vol. 76, No. 17, p. 145.

Jaffé, P.R., S. Guha, and D. Brown, "Enhancing the Bioavailability of Low-Solubility Hydrocarbons Using Surfactants Above Their Critical Micelle Concentration," Abstract book of Tri-Service Workshop on Bioavailability of Organic Contaminants in Soils and Sediments, April 1995, Monterey, CA., p. 30.

Jaffé, P.R., B.W. Shimada, "Accumulation of Heavy Metals in Soils of the Black Triangle," AAAS Meeting, February 1995, Atlanta.

Jaffé, P.R., B.W. Shimada, and W.M. Stigliani, "Deposition and Fate of Heavy Metals in Agricultural Soils in the Black Triangle: Sampling Plan," 1994 American Geophysical Union Fall Meeting, San Francisco, December 1994, EOS, Vol. 75, No. 44, p. 233.

Jaffé, P.R., and W.M. Stigliany, "Perspective on Cadmium Contamination in the Rhine Basin and the Black Triangle," Proc. of the International Society of Soil Science/UTEC Meeting, October 1994, Vienna, S. Bretschneider and K. Mühleder (Eds.), pp. 80-81.

Jaffé, P.R., and S. Guha, "Biodegradation of Phenanthrene in the Presence of a Micellar Phase," ACS, Industrial and Engineering Chemistry Division Special Symposium: Emerging Technologies for Hazardous Waste Management, Atlanta, September 1994, D.W. Tedder (Ed.), Vol. 1, p. 459.

Park, J.W., and P.R. Jaffé, "Development of a Soil-Slurry Washing Technology Using Adsorbed Surfactant Aggregates," 1994 American Chemical Society Meeting, March 1994, San Diego.

Guha, S., and P.R. Jaffé, "Biodegradation of Phenanthrene in the Presence of Nonionic Surfactants," 1994 American Chemical Society Meeting, March 1994, San Diego.

Tuck, D.M., and P.R. Jaffé, "Enhanced Displacement of Tetrachloroethylene from Unsaturated Sediments by Surfactant Solutiuons," 1994 American Chemical Society Meeting, March 1994, San Diego.

Cho, H.J., P.R. Jaffé, and J.A. Smith, "Trichloroethylene Transport in Unsaturated Porous Media During Infiltration," 1992 American Geophysical Union Fall Meeting, San Francisco, December 1992, EOS, Vol. 73, No. 43, p.233.

Park, J.W., and P.R. Jaffé, "Removal of Nonionic Organic Pollutants from Water by Sorption to Organo-Oxides," ACS, Industrial and Engineering Chemistry Division Special Symposium: Emerging Technologies for Hazardous Waste Management, D.W. Tedder (Ed.), Atlanta, September 1992, pp. 620-623.

Smith, J.A. and P.R. Jaffé, "Benzene Transport Through Compacted Porous Media Containing Wyoming Bentonite and Two Types of Organophilic Bentonite," 1992 American Geophysical Union Spring Meeting, Montreal, May 1992, EOS, Vol. 73, No. 14, p. 115.

Smith, J.A. and P.R. Jaffé, "Contaminant Transport Through Landfill Liners Containing Organophylic Bentonite," 1992 American Chemical Soc. Meeting, San Francisco, April 1992, Preprinted Extended Abstract, pp 936-937.

Tuck, D.M., J. Zou, and P.R. Jaffé, "Effects of Grain Size Distribution on Immiscible Vertical Displacement of a Residual NAPL in Unsaturated Porous Media," 1991 GSA Meeting, San Diego.

Jaffé, P.R. and H.J. Cho, "Mass-Transfer Limitations during Volatilization of Organic Solvents from Soils," 1991 American Geophysical Union Spring Meeting, Baltimore, May 1991, EOS, Vol. 72, No. 17, p. 119.

Imhoff, P.T., P.R. Jaffé, and G.F. Pinder, "Dissolution of Trichloroethylene at Residual Saturation in Groundwater," 1991 American Geophysical Union Spring Meeting, Baltimore, May 1991, EOS, Vol. 72, No. 17, p. 119.

Jaffé, P.R. and S.W. Taylor, "Biomass Manipulation to Control Pore Clogging in Aquifers," presented at the Manteo Meeting on Concepts in Manipulation of Groundwater Colloids for Environmental Restoration, Manteo, October 1990.

Cho, H.J., and P.R. Jaffé, "The Volatilization Rate Constant for Organic Compounds in Unsaturated Porous Media during Infiltration," presented at the Second International Symposium on Gas Transfer at Water Surfaces, Minneapolis, September 1990, Dept. of the Army, Misc. Paper EL-90-13, pp. 151-153.

Jaffé, P.R., J.A. Smith, and J.W. Park, "Interaction Between Organic Pollutants, Sediments, and Synthetic Sorbents; An Application Towards Remediation," presented at the 5th International Symposium on The Interactions Between Sediment and Water, Uppsala, Sweden, August 1990, abstract published with program.

Singhal, N., P.R. Jaffé, and W. Maier, "Effect of Carbon Source on the Biodegradation of Trichloroethylene by Mixed Cultures of Methanogens and Fermenters," Proc. of the 1990 ASCE National Conference on Environmental Engineering, Washington, July 1990, C.R. O'Melia (Ed.), ASCE, N.Y., pp. 915-916.

Cho, H.J., and P.R Jaffé, "The Volatilization of Organic Compounds in Unsaturated Porous Media during Infiltration," presented at the 1990 ASCE National Conference on Environmental Engineering, Washington, July 1990.

Imhoff, P.T., P.R. Jaffé, and G.F. Pinder, "Dissolution of Separate Phase Chlorinated Hydrocarbons at Residual Saturation in Groundwater," presented at the 1990 ASCE National Conference on Environmental Engineering, Washington, July 1990.

Jaffé, P.R., and S.W. Taylor, "Transport of Biomass and Growth Substrate in a Porous Medium," 1990 at the American Geophysical Union Spring Meeting, Baltimore, May 1990, EOS, Vol. 71, No. 17, p. 502.

Cho, H.J., and P.R. Jaffé, "A Column Study of Volatilization in Unsaturated Porous Media during Infiltration," 1990 American Geophysical Union Spring Meeting, Baltimore, May 1990, EOS, Vol. 71, No. 17, p. 500.

Imhoff, P.T., P.R. Jaffé, and G.F. Pinder, "Dissolution of Trichloroethylene at Residual Saturation in Groundwater," 1990 American Geophysical Union Spring Meeting, Baltimore, May 1990, EOS, Vol. 71, No. 17, p. 498.

Tuck, D.M., P.R. Jaffé, D.A. Crerar, and R.T. Mueller, "Mobilizing Residual Saturations of Separate Phase Organic Liquids in Unsaturated Sediments with Surfactant Solutions," presented at the Division of Environmental Chemistry, ACS, Boston, April 1990, abstract published with program.

Smith, J.A., P.R Jaffé, C.T. Chiou, and W.R. Go, "Effect of Quaternary Ammonium Cations on Contaminant Sorption to Clay," presented at the Division of Environmental Chemistry, ACS, Boston, April 1990, abstract published with program.

Jaffé, P.R., S.W. Taylor and N. Singhal, "The Anaerobic Bioremediation of TCE Contaminated Aquifers; A Feasibility Study," presented at the National Symposium on Water Quality, Orlando, November 1989, USGS Open-File Report 89-409, p. 42.

Smith, J.A., P.R. Jaffé, and C.T. Chiou, "Effect of Surface-Active Agents on the Sorption of Carbon Tetrachloride to Soil and Clay from Water," presented at the 1989 Annual Meeting of the Association of Engineering Geologists, Vail, October 1989, abstract published with program.

Cho, H.J., and P.R Jaffé, "An Examination of Modeling Strategies for Gas-Aqueous Phase Partitioning of Trichloroethylene in Unsaturated Soils during Infiltration," presented at the International Symposium on Processes Governing the Movement and Fate of Contaminants in the Subsurface Environment, Stanford, July 1989, abstract published with program.

Imhoff, P.T., P.R. Jaffé, and G.F. Pinder, "Experimental Investigation of the Dissolution Dynamics of Chlorinated Hydrocarbons in Porous Media," presented at the International Symposium on Processes Governing the Movement and Fate of Contaminants in the Subsurface Environment, Stanford, July 1989, abstract published with program.

Jaffé, P.R., and N.H. Baek, "Estimating Concentrations of Trichloroethylene and its Intermediates in Methanogenic Aquifers," presented at the International Symposium on Processes Governing the Movement and Fate of Contaminants in the Subsurface Environment, Stanford, July 1989, abstract published with program.

Tuck, D.M., P.R. Jaffé, and C.A. Crerar, "Immiscible Fluid Flow in Saturated and Unsaturated Porous Media: A Conceptual Approach Based on Thermodynamics," 1988 American Geophysical Union Fall Meeting, San Francisco, December 1988, EOS, Vol. 69, No. 44, p. 1205.

Taylor, S.W., and P.R. Jaffé, "Constitutive Equations for Biofilm Affected Ground Water Flow and Solute Transport Parameters," 1988 American Geophysical Union Fall Meeting, San Francisco, December 1988, EOS, Vol. 69, No. 44, p. 1200.

Jaffé, P.R., and N.H. Baek, "Predicting the Rate of Anaerobic TCE Degradation and Formation of Daughter Products Based on the Methane Production," 1988 American Geophysical Union Fall Meeting, San Francisco, December 1988, EOS, Vol. 69, No. 44, p. 1200.

Cho, H.J., and P.R. Jaffé, "An Examination of Gas-Water Partitioning of Trichloroethylene in Unsaturated Soils During Rain Infiltration," 1988 American Geophysical Union Fall Meeting, San Francisco, December 1988, EOS, Vol. 69, No. 44, p. 1222.

Jaffé, P.R., and H.J. Cho, "Volatilization of Trichloroethylene from Soils as a Function of the Infiltration Rate; Laboratory and Numerical Simulation," Groundwater Contamination Symposium of the Hudson Delaware Chapter of the Society of Environmental Toxicology and Chemistry, New Brunswick, May 1988, abstract published with program.

Imhoff, P., J.F. Guarnaccia, P.R. Jaffé, and G.F. Pinder, "Selection of Optimal Sample Well Locations to Define the Boundary of a Contaminant Plume," 1987 American Geophysical Union Spring Meeting, Baltimore, May 1987, EOS, Vol. 68, No. 16, p. 312.

Milly, P.C.D., S.W. Taylor, and P.R. Jaffé, "Reduction of Permeability by a Biofilm", Chapman Conference on Microbial Processes in the Transport, Fate, and In-Situ Treatment of Subsurface Contaminants, Snowbird, Utah, October 1986, abstract published with program.

Jaffé, P.R., "Uncertainty Analysis on a Dynamic Lake Model Calibrated on a Limited Data Record," 1985 American Geophysical Union Fall Meeting, San Francisco, December 1985, EOS, Vol. 66, No. 46, p. 908.

Jaffé, P.R., A. Lopez, and J. Tannous, "Histéresis en la Adsorción de Pesticidas en Sedimentos: Efectos Sobre el Tiempo de Vída Media en Lagos," ASOVAC Annual Convention, Cumaná, Venezuela, November 1984, abstract published with program.

Jaffé, P.R., "Modelaje de Nutrientes en Lagos Tropicales; Calibración de Modelo Mediante la Generación de la Matriz de Covarianzas," ASOVAC Annual Convention, Cumaná, Venezuela, November 1984, abstract published with program.

Jaffé, P.R., and R.A. Ferrara, "Sensitivity Analysis for Pesticide Modeling in Sedimentation Ponds Using a Latin Hypercube Sample," 1983 American Geophysical Union Spring Meeting, Baltimore, June 1983, EOS, Vol. 64, No. 18, p. 220.

Ferrara, R.A., and P.R. Jaffé, "Adsorption/Desorption of Organic Chemicals; Implications for Persistence in Natural Water Systems," ASCE 1983 Spring Convention, Philadelphia, May 1983, abstract published with program.

Jaffé, P.R., F.L. Parker, and D.J. Wilson, "Sampling of Hazardous Wastes at the Hollywood Dump Site," Tennessee Academy of Science Meeting, Clarksville, November 1981, abstract published with program.

### iii. Book Reviews:

* *"River Water Quality Monitoring,"* by Larry W. Canter, Advances in Water Resources, Vol. 10, June 1987.
* *"An Introduction to Water Quality Modelling,"* by A. James, Advances in Water Resources, Vol. 9, June 1986.
* *"Water Quality and its Control,"* by James C. Lamb, Advances in Water Resources, Vol. 9, June 1986.
* *"Biotechnology and Wastewater Treatment,"* by C.F. Forster, Advances in Water Resources, Vol. 9, June 1986.

**iv. Other**

Consultant on a series of children books on water: Making Water Clean; Saving Water; Sources of Water; The Water Cycle; Water and the Weather; What is Water, by Rebecca Olen, Capstone Press, 2004.

"Novel Slurry Washing for Hydrophobic Organics," EPA bulletin *Tech Trends*, EPA-642-N-96-004, No. 24, September 1996.

"A Solution to Bioremediation's Soil Plugging," EPA Ground Water Currents, EPA-542-N-95-006, September 1995, Issue No. 13.

# Amy R. Tuininga
## Curriculum Vitae

linkedin.com/in/amy-tuininga
973-655-3667 | tuiningaa@montclair.edu

## Professional Appointments:

| | |
|---|---|
| 2015 – present | **Director**, PSEG Institute for Sustainability Studies, Montclair State University 12-month, administrative appointment |
| 2023 – present | **Professor**, Earth and Environmental Studies Department, Montclair State University |
| 2020 – present | **Doctoral Faculty**, Office of the Provost, Montclair State University |
| 2019 – present | **Associate Professor with Tenure**, Department of Earth and Environmental Studies, Montclair State University (Director position did not originally come as a faculty hire) |
| 2015 | **Interim Chief Research Officer**, Office of the Provost, Fordham University |
| 2015 | **Interim Associate Vice President for Academic Affairs**, Office of the Provost, Fordham University |
| 2012 – 2015 | **Co-Director, Bronx Science Consortium**, Office of the Provost, Fordham University |
| 2010 – 2015 | **Associate Professor with Tenure**, Department of Biology, Fordham University |
| 2014 | **Acting Chief Research Officer**, Office of the Provost, Fordham University |
| 2010 – 2014 | **Associate Dean for Strategic Initiatives, Partnerships and Assessment**, Graduate School of Arts and Sciences, Fordham University |
| 2008 – 2010 | **Associate Chair of Graduate Studies**, Department of Biological Sciences, Fordham University |
| 2001 – 2010 | **Assistant Professor**, Department of Biological Sciences, Fordham University |
| 2000 – 2001 | **Assistant Professor**, Department of Biological Sciences, Rowan University |

## Honors and Awards:

New Jersey Governor's Excellence Award in Environmental Education: Green Teams Program. New Jersey Department of Environmental Protection, 2021

Reimagine Education Award in Sustainability: Green Teams Program. QS-Wharton, 2021

Environmental Award: The 2019 Montclair State University Facilities Green Team Water Use Reduction. Commerce and Industry Association of New Jersey (CIANJ), 2021

Higher Education Student Award Winning Teams: The 2018 PSEG Institute for Sustainability Studies Green Teams at Montclair State University: Team Hackensack Meridian Health, Team NJM, Team PGIM Real Estate. United States Green Building Council - New Jersey Chapter (USGBC-NJ), 2019

Lead NJ Fellow, 2018

Leaders in Higher Education. NJ Biz Vanguard Series, 2018

Rutgers 250 Fellow Distinguished Alumna, Rutgers University, 2016

Outstanding Service Award: Recognition of Dedication, Commitment, and Service to Students, Collegiate Science Technology Entry Program (CSTEP), Fordham University, 2015

Building Bridges and Spanning Boundaries: Innovations in Research and Research Education, American Association of Medical Colleges, 2014

Undergraduate Teaching Award in the Natural and Life Sciences, Fordham University, 2009

Rutgers University Graduate School Travel Grant, Rutgers University, 1998 & 1999

Mycological Society of America Graduate Student Fellowship, 1997

College of Agricultural Sciences Registry of Distinguished Students, Oregon State University, 1995

Mycological Society of America Best Poster Award, 1995

National Network for Environmental Management Studies Fellowship, US EPA, 1995

Mycological Society of America Travel Grant, 1994 & 1997

EPA Training Grant, US EPA, Western Environmental Division, 1993

Botanical Society of America Young Botanist Award, 1991

Howard Hughes Undergraduate Internship Recipient, 1990

Tuininga CV – updated July 2024

## Education:

| | | | |
|---|---|---|---|
| Rutgers University (New Brunswick, NJ) | Ecology and Evolution | PhD | 1996-2000 |
| Oregon State University (Corvallis, OR) | Botany and Plant Pathology | MS | 1993-1995 |
| University of Washington (Seattle, WA) | Botany | BS | 1986-1991 |

## Projects and Positions:

*Program Leadership*

2015 - present    Director, PSEG Institute for Sustainability Studies – developed new and unique transdisciplinary, multi-institutional program engaging dozens of corporations, not-for-profits, academic institutions, and governmental agencies; developed curriculum; trained 370 students; secured funding; built outreach and internal/external support network; continue piloting new aspects such as communications certificates from the American Society for Biochemistry and Molecular Biology, and psycho-educational training as part of the internship experience; shared model program widely and other programs are using aspects of this model to develop their own internship opportunities; supported underrepresented groups; built community engagement; developed over 290 projects with sustainability analyses and solutions for organizations hosting Green Teams; developing other programs to support first generation college students and to aid municipalities.

2014 - 2015    Chief, Office of Research - created and implemented strategic plan to build incentives and programs to support research initiatives; stimulated student and faculty awareness of grant opportunities, motivated grant-seeking, and improved student and faculty competitiveness in external grant applications; managed personnel, budgets, and training programs; led all internal and external research funding efforts

2014 - 2015    Liaison and Collaborator, Office of Research – represented Office of Research to all internal and external constituents, including Government Relations, Student Affairs, Marketing, Development, Faculty, Students, Deans, Chairs, Finance; proposed and presented initiatives to University Research Council and Faculty Senate

2012 - 2015    New Program and Strategic Initiative Developer – liaised and collaborated with Bronx Science Consortium (BSC) institutions (Albert Einstein College of Medicine, Montefiore Hospital, The New York Botanical Garden, and The Wildlife Conservation Society / Bronx Zoo); developed seven new programs, one is a joint master's degree registered with the NYSED; submitted six grant proposals, two were funded; mapped inter-institutional interactions and outcomes; hosted four BSC symposia

2013 - 2014    Liaison, University Marketing and Communications - developed and implemented marketing plans, worked to increase enrollments for Graduate School of Arts and Sciences

2012    Chair, Calder Center Planning Committee – examined and created plans for every aspect of the functioning and growth of the University's Biological Research Station, involved all appropriate university units and external parties, produced report and recommendations

2012    Member, Calder Center Business Plan Task Force – worked with a group of stakeholders to develop a business plan for the University's Biological Research Station

2011    Rapporteur and Member, University Task Force on Research Competitiveness

2011    Graduate School of Arts and Sciences Coordinator, Middle States Periodic Review Report

2011    Chair, Graduate School of Arts and Sciences Assessment Committee – in 4 months, moved assessment efforts from near 0 to 97.5% of programs providing annual assessment reports

2

Tuininga CV – updated July 2024

*Program Development*

2015 – present  <u>Green Teams</u> – created novel internship program partnering 74 transdisciplinary teams of 5 undergraduates (370 total students coming from 90 universities throughout the country and over 135 degree programs) with 47 different corporations and organizations to address sustainability challenges; over 290 projects to improve sustainability have been completed; won 5 state- to international-level awards for this program

2016 – present  <u>Work to Succeed</u> – developed academic year internships targeted to first generation college students to conduct research in an hourly paid position instead of a job not related to intended career pathways; this includes a small award to fund travel, test preparation for graduate school exams, or other career related needs such as software and computers

2021 – 2022  <u>Sustainable Public Service</u> – developed program in partnership with Sustainable Jersey exclusive to Montclair State University in which Montclair State capstone and internship students partner with municipalities to complete action items with analyses and recommendations that support the Sustainable Jersey certification of the municipality

2014 – 2015  <u>Project TRUE (Teens Researching Urban Ecology) – Summer Program</u> – led Fordham efforts to develop and offer tiered-mentor summer internships program together with the Wildlife Conservation Society to economically and educationally disadvantaged New York City high school students to increase their interest and engagement in STEM, secured grant funding to support four graduate students, 18 undergraduates and 50 teens each year for four years through NSF AISL grants, and this program continues to be led by others today

2012 – 2015  <u>Project TRUE – Academic Year Program</u> – worked with zoo educators to develop a semester-long experiential-based internship for New York City high school students (all are underrepresented minorities and most have English as a second language), identified graduate and undergraduate student mentors, secured grant funding, gave presentation to inaugural cohorts, worked to evaluate and improve the program and increase visibility

2010 – 2015  <u>Clare Boothe Luce Programs</u> – direct program to support females in STEM; aided female science students applying for awards, administered application and award process according to Luce Foundation regulations, developed Luce Lunch series for female science faculty and graduate students to network, brought in high profile external speakers, offered professional development opportunities

2014 - 2015  <u>The Business of Life Sciences</u> – developed workshops, seminar series, short courses and certificate courses together with Fordham's Schools of Business and Albert Einstein College of Medicine, offered workshop programs to graduate students and post-doctoral scientists in bio-medical fields, won American Association of Medical Colleges award

2014 - 2015  <u>The Communication of Life Sciences</u> – developed workshops, seminar series, short courses and certificate courses together with the New York Botanical Garden, Wildlife Conservation Society, and Albert Einstein College of Medicine, offered workshops to graduate students in life sciences

2010 - 2014  <u>Einstein-Fordham M.S. in Biomedical Sciences</u> - developed a joint master's program to serve disadvantaged undergraduates hoping to pursue professional or academic careers in medicine and needing additional post-baccalaureate instruction to reinforce content, build confidence, and become leaders; approved by NY State Department of Education

*Conference and Symposium Development*

2023  <u>Lead Partner and Visionary</u>, "Breathing Fire: How a Warming Planet Impacts Air Quality and Human Health – developed keynote and two panels for inclusive conversational event together with the Trust for Public Land and the Center for Cooperative Media. 10/09/2023.

2021  <u>Planning Consultant</u>, "Environmental Justice: The Intersection of Diversity, Equity & Sustainability" - American Conference on Diversity: 2021 Higher Education Conference 11/12/2021.

Tuininga CV – updated July 2024

| 2020 | <u>Developer and Facilitator</u>, "Swift and Intentional Progress – SIP Talk Series" – hosted virtual talks throughout the month of April by academic and industry professionals on a variety of Sustainability topics to acknowledge the 50th anniversary of Earth Day. |
| 2018 | <u>Supervisor</u>, "Innovations in Food Sustainability" – Student-led event with keynote, speaker panel, and multiple presentations at booths. |
| 2017 - 2018 | <u>Consultant</u>, "World Water Day" – Student-led event with multiple booths. |
| 2015 | <u>Primary Contributor</u>, "Celebrating Scholarship and Creativity" – new interdisciplinary workshop series for faculty to present research to and interact with cross-school audiences |
| 2013 - 2014 | <u>Lead</u>, "Bronx Science Consortium Poster Symposium" - a forum for graduate and undergraduate students to present scientific work at the Bronx Zoo to a lay audience |
| 2011 | <u>Lead</u>, "Einstein/Fordham Symposium: Exploring Research Opportunities" |
| 2011 | <u>Lead</u>, "Conservation Conversations" – a conference for New York Botanical Garden, Wildlife Conservation Society, and American Museum of Natural History scientists |
| 2003 | <u>Organizer</u>, "Biology Career Day" – an event for invited speakers to discuss biology careers with students in the Biology Department |

*Personnel Supervision*

| 2015 - present | <u>PSEG Institute for Sustainability Studies</u> – 16 staff members (100% grant funded); trained in diversity and inclusion, leadership, and sensitivity; built new programs and new systems; offered professional development with grants writing, data analysis, GIS, XR, robotics, publication and other new areas for staff |
| 2014 - 2015 | <u>Office of Research</u> – five direct reports; staff of 10; oversight of |
| | - Office of Sponsored Programs |
| | - Institutional Review Board |
| | - Institutional Animal Care and Use Committee |
| | - University Research Council |
| | - Faculty Fellowship Advisory Committee |
| 2010 - 2014 | <u>Graduate School of Arts and Sciences</u> – six direct reports over five years, generally two at one time; improved training and self-confidence of employees through improved understanding of the goals and responsibilities for their positions; improved workflow and quality of outcomes as well as morale |

*Service*

| 2020 - present | Environmental Advisory Council, Northern New Jersey Community Foundation |
| 2019 - present | Steering Committee, New Jersey Higher Education Partnership for Sustainability |
| 2018 - present | Environmental Justice Advisory Council, NJ Department of Environmental Protection |
| 2018 - present | Advisory Council, Urban Coast Institute, Monmouth University |
| 2024 | Director for Sustainability Search Committee, Montclair State University |
| 2023 | Technical Advisory Group Evaluation of "The Economic Impacts of the Regional Greenhouse Gas Initiative on Ten Northeast and Mid-Atlantic States Review of RGGI's Fourth Three-Year Compliance Period (2018-2020) and Options for RGGI States to Monitor and Address Key Equity Issues". 4/2023. Analysis Group: P. Hibbard and D. Stuart. |
| 2019 - 2023 | Science Task Force, Brewster Central School District, Brewster, NY |
| 2020 - 2021 | Director for Center on Human Trafficking Search Committee, Montclair State University |
| 2018 | Education Committee, New Jersey Higher Education Partnership for Sustainability |
| 2018 | Vice President for Corporate and Foundation Relations Search Committee, Montclair State University |
| 2018 | Director of Corporate and Foundation Relations Search Committee, Montclair State University |
| 2018 | Montclair Design Week Juror, AC$^2$ Awards, Montclair, NJ |
| 2017 | Executive Director of Global Education Search Committee, Montclair State University |

Tuininga CV – updated July 2024

| | |
|---|---|
| 2017 | CSAM Honor's Program Committee, Montclair State University |
| 2013 - 2015 | New York Botanical Garden Teacher Advisory Council |
| 2013 - 2015 | Middle States Commission on Higher Education Self-Study Steering Committee, Fordham University Office of the Provost |
| 2013 - 2014 | Associate Dean for Science Education and Pre-Health Program, Search Committee, Fordham College Rose Hill, Fordham University |
| 2012 - 2014 | International Political and Economic Development Council, Office of the Provost, Fordham University |
| 2012 - 2014 | Steering Committee, Center for Community-Engaged Research (CCER), Office of Research, Fordham University |
| 2012 | CCER Search Committee, Office of Research, Fordham University |
| 2012 | Committee on Academic Internationalization, Office of the Provost, Fordham University |
| 2007 - 2009 | Chair, Distinguished Fellowships Committee, Graduate School of Arts and Sciences, Fordham University |
| 2004 - 2007 | Distinguished Fellowships Committee, Graduate School of Arts and Sciences, Fordham University |
| 2003 | Manhattanville Annual Science Competition Judge, Manhattanville College |
| 2002 | Intel- International Science and Engineering Fair Judge, 2nd Annual Westchester Science and Engineering Fair, Pleasantville, NY |
| 1999 | Khula Project - Taught biological computer applications teachers in South Africa |
| 1996 | Project Tomorrow - Taught Ecology to in-service teachers at Rutgers Pinelands Field Station, New Lisbon, NJ |

*Professional Development*

| | |
|---|---|
| 2020 | Safe Space Training, Office of Social Justice and Diversity, Montclair, NJ |
| 2017 – 2018 | Lead NJ Fellow Training, various locations each month throughout NJ |
| 2014 | Annual Meeting of the Council of Graduate Schools, Washington, DC |
| 2014 | Clare Boothe Luce Designated Colleges and Universities meeting, Manhattan, NY |
| 2014 | SENCER Summer Institute 2014, Asheville, NC |
| 2013 | New Deans Institute and Summer Workshop, Council of Graduate Schools, Boston, MA |
| 2012 | Graduate Deans Meeting, Association of Jesuit Colleges and Universities, Chicago, IL |
| 2012 | Assessment Institute, Indianapolis, IN |
| 2011 | Clare Boothe Luce Designated Colleges and Universities meeting, Manhattan, NY |
| 2011 | New Deans Institute and Summer Workshop, Council of Graduate Schools, Monterey, CA |
| 2011 | SUNY Stony Brook Center for Communicating Science Summer Institute, Stony Brook, NY |
| 2010 | Annual Meeting of the Council of Graduate Schools, Washington, DC |

## Research Grants and Other Funding Secured:

- o **$16m** total throughout career
- o **$11.8m** for PSEG ISS in last 9 years
- o **$2.1m** for PSEG ISS on average per year over the last 3 years

*Pending ($5,000,000)*

**National Science Foundation – Racial Equity,** [A.R. Tuininga (Co-PI), N.M. Goodey (PI), M. Hannon (Co-PI), T. Thomas (Co-PI), G. Hinson (Co-PI), I. Cumberbatch (Co-PI)], "*Antiracism in STEM: Investigating Environmental Justice Internship Projects and Psychoeducational Group Counseling as Pathways to Racial Equity*", Submitted Request for $5,000,000 on 12/05/2023.

Tuininga CV – updated July 2024

*Funded: Green Teams – Novel Experiential Learning through Transdisciplinary Team Based Undergraduate Summer Internships ($11,823,000)*

**National Science Foundation – Hispanic Serving Institutions (HSI) IUSE,** DUE #2345303 [A.R. Tuininga (Co-PI), N.M. Goodey (PI), M. Hannon (Co-PI), L. Billings (Co-PI)], "*HSI Institutional Transformation Project: The Effectiveness of Psychoeducational Counseling in STEM Internship and Research Experiences*", Awarded $3,000,000 on 6/11/2024.

**United States Department of Agriculture – Forest Service – Federal Financial Assistance – Inflation Reduction Act Urban and Community Forestry,** Grant # 24-DG-11094200-057 [A.R. Tuininga (Site PI), L. Johnson (PI)], "*Inflation Reduction Act Initiative for Equitable Urban Tree Access and Climate Resilience*", Awarded $1,000,000 with sub-contract to Montclair State University for $300,000 on 1/1/2024.

**NASA MUREP MCA** Grant #80NSSC23M0197, [A.R. Tuininga (Site Co-PI), J. Galster (Site PI), C. Alo (Site Co-PI), A. Saleh (PI)], "*PCCC Urban Climate Change Initiative*", Awarded $1,189,417 with sub-contract to Montclair State University for $300,000 on 6/1/2024.

**dsm-firmenich, [**A.R. Tuininga (PI)], "*Green Teams: Green Labs*", Awarded $10,000 on 4/23/2024.

**New Jersey Resources,** [A.R. Tuininga (PI)], "*Green Teams: Ecosystem Services and Carbon Sequestration in Coastal Estuaries*", Awarded $60,000 on 4/22/2024.

**Constellation Energy, E$^2$ Energy to Educate**, [A.R. Tuininga (PI)], "*Green Teams*", Awarded $25,000 on 11/2/2023.

**PSEG Foundation**, [A.R. Tuininga (PI)], "*Green Teams: Inclusive Experiential STEM Education Program and Wrap Around Services*", Awarded $450,000 on 9/22/2023.

**NJ TRANSIT**, [A.R. Tuininga (PI)], "*Green Teams: Waste reduction in public transit systems*", Awarded $20,000 on 5/12/2023.

**Stryker**, [A.R. Tuininga (PI)], "*Green Teams: Energy efficiency and emissions reductions incentivization*", Awarded $30,000 on 4/26/2023.

**Montclair State University Facilities**, [A.R. Tuininga (PI)], "*Green Teams: Waste Reduction Education and Practices*", Awarded $60,000 on 4/21/2023.

**New Jersey Resources**, [A.R. Tuininga (PI)], "*Green Teams: Food waste to energy planning, strategy and policy analysis*", Awarded $60,000 on 4/12/2023.

**United States Department of Agriculture – National Institute of Food and Agriculture – Agriculture and Food Research Initiative – Research and Extension Experiences for Undergraduates**, Grant #2023-69018-40326 [A.R. Tuininga (PI), N.M. Goodey (Co-PI), A. Jumpponen (Co-PI), J. Cowan (Co-PI)], "*Green Ag Teams: Urban-Rural Data and Technology Agricultural Training Exchange (URDaTA)*", Awarded $750,000 on 6/1/2023.

**Constellation Energy**, [A.R. Tuininga (PI)], "*Green Teams Program*", Awarded $35,000 on 11/30/2022.

**Northern NJ Community Foundation**, [A.R. Tuininga (PI)], "*Green Teams: Flooding Resilience in Northern New Jersey*", Awarded $5000 on 7/18/2022.

**Cooperman Barnabas RWJ Health System**, [A.R. Tuininga (PI)], "*Green Teams: Healthcare Emissions*", Awarded $55,000 on 7/11/2022.

**PSEG Foundation**, [A.R. Tuininga (PI)], "*Building Transformative Pathways to Sustainability: Broadening Access to STEM and Clean Energy Education*", Awarded $475,000 on 3/31/2022.

**New Jersey Resources**, [A.R. Tuininga (PI)], "*Green Teams: Renewable Energy Analyses*", Awarded - $55,000 on 3/30/2022.

**New Jersey Natural Gas**, [A.R. Tuininga (PI)], "*Green Teams: Community Energy Efficiency*", Awarded - $55,000 on 3/23/2022.

**NJ TRANSIT**, [A.R. Tuininga (PI)], "*Green Teams: NJ TRANSIT Sustainability Plan*", Awarded - $20,000 3/10/2022.

**Avalon Bay Communities**, [A.R. Tuininga (PI)], "*Green Teams: Sustainable Communities*", Awarded - $10,000 on 2/15/2022.

**Weeks Marine, LLC**, [A.R. Tuininga (PI)], "*Green Teams: Emissions Analyses and Reduction Strategies*", Awarded - $55,000 on 2/9/2022.

**Exelon/Constellation Energy**, [A.R. Tuininga (PI)], "*Green Teams Program*", Awarded - $35,000 – 11/11/2021.

**Steven Winter Associates**, [A.R. Tuininga (PI)], "*Green Teams: NYC LL97 Options for Compliance via Rooftop Solar*", Awarded - $25,000 – 4/23/2021.

**New Jersey Resources**, [A.R. Tuininga (PI)], "*Green Teams Program Support*", Awarded - $10,000 – 4/7/2021.

**Solar Landscape**, [A.R. Tuininga (PI)], "*Green Teams Program: Community Solar Education*", Awarded - $25,000 – 3/23/2021.

**Anonymous**, [A.R. Tuininga (PI)], "*Green Teams Program Support*", Awarded - $5000 – 7/8/2021.

**Anonymous**, [A.R. Tuininga (PI)], "*Green Teams: Sustainable Urban Agriculture*", Awarded - $7000 – 6/29/2021.

**NJ TRANSIT,** [A.R. Tuininga (PI)], "*Green Teams: Electric Bus Feasibility and Recommendations*", Awarded $10,000 – 3/2/2021.

**PSEG Foundation**, [A.R. Tuininga (PI)], "*2050 Climate and Energy Initiatives*", Awarded $325,000 – 3/24/2021.

**NASA MUREP INCLUDES**, [A.R. Tuininga (Co-PI), Steven Stochaj (PI), David Morris (Co-PI)] - "*Coalition for Growing a Diverse Workforce to Develop and Commercialize the Next Generation of Space-Based Technologies*", Awarded $50,000 with sub-contract of $7500 to Montclair State University on 8/24/2020.

**National Science Foundation - Hispanic-Serving Institutions Improving Undergraduate STEM Education**, HRD # 1953631 [A.R. Tuininga (PI), N.M. Goodey (Co-PI), Y. Besen-Cassino (Co-PI), L. Billings (Co-PI)] – "*Partnered Internships: Including Families, Faculty, and Industry in STEM Education to Improve Success in STEM Career Pathways*", Awarded $2,000,000 on 4/30/2020.

**National Science Foundation - Improving Undergraduate STEM Education** DUE # 2013495 [A.R. Tuininga (Co-PI), N.M. Goodey (PI), E. Emery (Co-PI)] – "*Developing STEM Literacy and Career Paths through Inclusive Team Internships*", Awarded $600,000 on 4/23/2020.

**New Jersey Resources** [A.R. Tuininga (PI)], "*Green Teams: Community Energy Efficiency*", Awarded $50,000 on 4/1/2020.

**New Jersey Natural Gas,** [A.R. Tuininga (PI)], "*Green Teams: Voice Assistance for Sustainability*", Awarded $50,000 on 4/1/2019.

**New Jersey Resources,** [A.R. Tuininga (PI)], "*Green Teams: Renewable Natural Gas*", Awarded $50,000 on 4/1/2019.

**Academic Institutions Support: Fairleigh Dickinson University, Montclair State University, Princeton University, Ramapo College, Rowan University, Rutgers University** [A.R. Tuininga (PI)], "*Green Teams Support*", Awarded $156,000, 8/2017-5/2019.

**New Jersey American Water** [A.R. Tuininga (PI)], "*Green Teams: Watershed Management*", Awarded $5000 on 8/7/2018.

**VentureWell** #17363-18 [A.R. Tuininga (PI), Y. Deng (Co-PI), I. Kerr (Co-PI)], "*Green Teams: Creating a Process for Sustainable Technology Product Development*", Awarded $31,000 on 7/1/2018.

**Anonymous** [A.R. Tuininga (PI)], "*Green Teams: Sustainability Programs*", Awarded $1500 - 5/4/2018.

**PSEG Foundation** [A.R. Tuininga (PI), P. Lal (Co-PI)], "*STEM Education and Clean Energy Research*", Awarded $1,300,000 ($643,520 for Green Teams) on 3/19/2018.

Tuininga CV – updated July 2024

**National Science Foundation – NSF INCLUDES** (Inclusion across the Nation of Communities of Learners of Underrepresented Discoverers in Engineering and Science) INCLUDES/DBI #1744460 [A.R. Tuininga (PI), P. Lal (Co-PI), A. Vasishth (Co-PI)] – *"Sustainability Teams Empower and Amplify Membership in STEM (S-TEAMS)"*, Awarded $300,000 on 9/8/2017.

**PSEG Foundation** [A. R. Tuininga (PI)], *"Advancing Sustainability Science and Resilient Communities"*, Awarded $1,000,000 on 6/5/2014, transferred from R. Prezant to A.R. Tuininga to serve as PI.

*Funded: Work to Succeed – Academic Year Internships ($57,000)*

**New Jersey Manufacturers Insurance** [A.R. Tuininga (PI)], *"Work to Succeed"*, Awarded $6000 on 6/5/2023.

**New Jersey Manufacturers Insurance** [A.R. Tuininga (PI)], *"Work to Succeed"*, Awarded $6000 on 10/6/2022.

**NJ TRANSIT**, [A.R. Tuininga (PI)], *"Work to Succeed"*, Awarded - $5000 – 8/18/2021.

**New Jersey Manufacturers Insurance** [A.R. Tuininga (PI)], *"Work to Succeed"*, Awarded $5000 on 5/13/2021.

**Steven Winter Associates**, [A.R. Tuininga (PI)], *"Work to Succeed"*, Awarded - $10,000 on 8/6/2021.

**New Jersey Manufacturers Insurance** [A.R. Tuininga (PI)], *"Work to Succeed"*, Awarded $5000 on 1/30/2020.

**Stryker** [A.R. Tuininga (PI)], *"Work to Succeed"*, Awarded $5000 on 5/1/2019.

**New Jersey Manufacturers Insurance** [A.R. Tuininga (PI)], *"Work to Succeed"*, Awarded $5000 on 1/22/2019.

**New Jersey Manufacturers Insurance** [A.R. Tuininga (PI)], *"Work to Succeed"*, Awarded $5000 on 3/22/2018.

**New Jersey Manufacturers Insurance** [A.R. Tuininga (PI)], *"Work to Succeed"*, Awarded $5000 on 4/26/2017.

*Funded: Other Programs and Projects ($3,902,308)*

**Dig In! City Green and Passaic County Community Garden and Neighborhood Farming Program,** [A.R. Tuininga (PI)], Awarded $800 n 1/19/2024.

**Anonymous Foundation**, [A.R. Tuininga (PI)], *"The Montclair State University Community Garden: Fostering Community through Urban Agriculture Education and Hands-on Experience"*. Awarded $5000 on 8/21/2023.

**Anonymous Foundation**, [A.R. Tuininga (PI)], *"Expanding a Campus Garden into an Educational Garden Network"*, Awarded - $10,000 on 5/31/2022.

**PSEG Foundation** [A.R. Tuininga (PI), P. Lal (Co-PI)], *"STEM Education and Clean Energy Research"*, Awarded $1,300,000 ($656,480 to create a new Clean Energy and Sustainability Analytics Center) on 3/19/2018.

**Goya** [A.R. Tuininga (PI)], *"Innovations in Food Sustainability"*, Awarded $1500 on 2/8/2018.

**Gabel and Associates** [A.R. Tuininga (PI)], *"Energy Analysis Internship"*, Awarded $575 on 2/14/2017.

**Food and Water Watch** [A.R. Tuininga (PI)], *"Water Bottle Filling Station Challenge"*, Awarded $1500 on 12/6/2016.

**New Jersey American Water** [A.R. Tuininga (PI)], *"Water Bottle Filling Station Challenge Match"* Awarded $3000 on 9/23/2016.

**Clare Boothe Luce Program at the Henry Luce Foundation** [A.R. Tuininga (PI)] – *"Clare Boothe Luce Program - 25th Anniversary Professors Conference"*, Awarded $225,000 on 12/1/2014.

8

**National Science Foundation** AISL #s1421019, 1421017 [K. Tingley (Lead PI), A.R. Tuininga (PI), J.D. Lewis (Co-PI), J.A. Clark (Co-PI), J. Munshi-South (Co-PI), D. Lisowy (Co-PI), B. Johnson (Co-PI), J. Aloisio (Co-PI)] – *"Collaborative Research: Project TRUE (Teens Researching Urban Ecology"*, Awarded $1,218,730 + $1,413,826 on 9/1/2014, transferred from A.R. Tuininga to J.D. Lewis to serve as PI on 9/1/2015.

**National Center for Science and Civic Engagement** [K. Tingley (PI), A.R. Tuininga (PI)] – *"Project TRUE (Teens Researching Urban Ecology)"*, Awarded $50,000 on 8/9/2013.

**Wildlife Conservation Society** [A.R. Tuininga (PI)] – *"Teens Researching Urban Ecology – Graduate Assistantship Support"*, Awarded $23,200 on 7/1/2014; $36,000 on 7/1/2013; $36,000 on 7/1/2012; $18,000 on 1/1/2012.

**National Science Foundation – Field Stations and Marine Laboratories** FSML #0434799 [A.R. Tuininga (Co-PI), J. Wehr (PI), J.D. Lewis (Co-PI)] – *"Graduate student housing at the Louis Calder Center – Biological Field Station"*, Awarded $202,697 on 5/17/2005.

*Funded: Research ($1,436,930)*

**National Science Foundation – Major Research Instrumentation** #2117308, [A.R. Tuininga (Co-PI), W. Wang (PI), M. Zhu (Co-PI)] $289,737 "*MRI: Acquisition of a Multimodal Collaborative Robot System (MCROS) to Support Cross-Disciplinary Human-Centered Research and Education at Montclair State University*" Awarded $289,737 for the project period 10/1/2021 - 9/30/2024.NSF; supplements $82,000.

**Sustainable Jersey – The Gardiner Fund** [to Jersey City with subcontract to Montclair State University - A.R. Tuininga (PI)], "*Jersey City Greenhouse Gas Inventory*", Awarded $30,000 with a subcontract to Montclair State of $26,736 on 5/10/2018.

**National Institutes of Health** #1R21AI075238-01 [A.R. Tuininga (Co-PI), T. Daniels (PI), R. Falco (Co-PI)] – *"Regulating I. scapularis and the role of entomopathogenic fungi"*, Awarded $387,918 on 9/30/2007.

**Fordham Faculty Research Grant** [A.R. Tuininga (PI)] – *"Ecology of fungi pathogenic to ticks"*. Awarded $13,100 on 4/28/2006.

**Fordham Faculty Research Grant** [A.R. Tuininga (PI)] – *"The effect of urbanization on invasiveness of plant species and associated soil conditions along an urban-to-rural gradient"*. Awarded $4000 on 4/1/2005; I declined this grant because of change in lab resources.

**New Jersey Department of Environmental Protection** [A.R. Tuininga (Co-PI), J. Dighton (PI), D.M. Gray (Co-PI)] – *"Changes in forest health and nutrient cycling resulting from atmospheric deposition of nitrogen"*. Awarded $85,000 in 10/2003.

**United States Department of Agriculture National Research Initiative - Soils and Soil Biology** # 0196496 [A.R. Tuininga (Co-PI), J.D. Lewis (PI), J. Johnson (Co-PI)] – *"Effects of host defoliation and distribution on spatial patterns in ectomycorrhizal fungi"*. Awarded $310,000 on 6/18/2003.

**National Science Foundation** [A.R. Tuininga (subcontractee), P.M. Groffman (PI), T.J. Fahey (Co-PI), P.J. Bohlen (Co-PI)] – *"Invasion of north temperate forest soils by exotic earthworms"* #9726869; $847,517 – Subcontract $17,655 awarded to Tuininga on 4/01/2003.

**New Jersey Department of Environmental Protection** [A.R. Tuininga (Co-PI), J. Dighton (PI), D.M. Gray (Co-PI), L. Jonsson (Co-PI)] – *"Assessing impacts of atmospheric deposition on NJ forests 2003-2004"*. Awarded $85,000 in 4/2003.

**United States Department of the Interior, Fish and Wildlife Service** [A.R. Tuininga (PI), J. Dighton (Co-PI)] – *"Effects of fire on the ericaceous understory and edaphic factors and their role in P cycling in the pine barrens ecosystem at Upton Ecological and Research Reserve: Implications and management"*. Awarded $24,983 on 4/14/2003.

**New Jersey Department of Environmental Protection** [A.R. Tuininga (Co-PI), J. Dighton (PI), D.M. Gray (Co-PI), L. Jonsson (Co-PI)] – "*Refining methods of biotic indicators of atmospheric nitrogen deposition*". Awarded $106,801 in 7/2002.

**Fordham Faculty Research Grant** [A.R. Tuininga (PI)] – "*Preliminary characterization of microbial populations and their functions in response to pulse and press perturbations in the Florida scrub ecosystems*". Awarded $4000 on 4/16/2002.

## Teaching and Mentoring:

*Curriculum Development*

Designed Content and Professional Development Training for Green Teams (Summer 2016-2022)
Piloted, evaluated, revised, and added new topics such as Renewable Energy, Sustainable Supply Chains, Quantitative Analysis, Systems Thinking, Carbon Sequestration, Social Justice, Networking, and other components each year, including American Society for Biochemistry and Molecular Biology (ASBMB) Communications Certificate, Leadership Certificate, CITI Responsible Conduct of Research (RCR) Certificate, and Psychoeducational Group Counseling sessions, important especially for underrepresented groups and first generation college / first generation STEM students.

Developed Sustainable Public Service Initiative (Spring 2021 – 2022)
Piloted a new program with 2 faculty members and 13 municipalities in partnership with Sustainable Jersey to allow students to collect data, conduct analyses, develop models and reports, and suggest solutions that address Sustainable Jersey actions for municipal submission of points toward their Sustainable Jersey Certification. Supported faculty development in sustainability topics to the mentor students in line with Sustainable Jersey actions that fall under the faculty members' course topics. Provided novel partnership model to expand faculty engagement with outside organizations and make opportunities available to students to learn about Public Service through Sustainability.

Co-designed Tiered-Mentorship Internship Training (Summer 2012-2014)
Separate training materials were created for high school, undergraduate, and graduate students participating in Urban Ecology program.

*Undergraduate Courses Taught*

Sustainability Science Seminar, EAES 402 (Spring 2020, Summer 2021, Summer 2022), Montclair State University

Special Topics in Earth and Environmental Studies, EAES 499 (Summer 2021), Montclair State University

Senior Seminar in Earth and Environmental Science, EAES 498 (Summer 2021), Montclair State University

Internship, EAES 491 (Summer 2019, Summer 2021), Montclair State University

Special Topics in Physics, PHYS 399 (Spring 2018), Montclair State University

Microbiology Laboratory, BIRU 3653 (Spring 2004, 2006, 2007), Fordham University

Microbiology, BIRU 3643 (Spring 2004, 2006, 2007, 2008, 2009), Fordham University

Ecology Lab, BIRU 2571 (Spring 2002), Fordham University

Ecology, BIRU 2561 (Spring 2002), Fordham University

Essentials of Biology, BIOL01.105 (for students pursuing a degree in education), Rowan University (Spring 2001)

Environmental Sciences, BIOL20.321, Rowan University (Spring 2001)

General Biology - Environmental Focus, BIOL01.112, Rowan University (Fall 2000)

Tuininga CV – updated July 2024

*Graduate Courses Taught*

> Applied Research or Internship Project in Sustainability Science, EAES 696 (Spring 2018, Spring 2020, Summer 2021), Montclair State University
>
> Ecosystem Ecology, BISC 6533 (Fall 2009, 2010; same as BIGA 6533 but with course attribute changed), Fordham University
>
> Ecosystem Ecology, BIGA 6533 (Fall 2001, 2002, 2003, 2004, 2005, 2006, 2007, 2008), Fordham University
>
> Ecology of Microorganisms, BIGA 7573 (Spring 2007), Fordham University
>
> Ecological Methods, BIGA 6535 (Fall 2005, 2007, 2008), Fordham University

*Mentoring Faculty*

2012 – present  <u>Center Development</u> – support for developing applications for organizations to become formally recognized by universities as centers; guiding development of by-laws and creation of advisory bodies; strategy for setting up and planning budgets and for fundraising; recommendations for diverse pathways to build personnel; supported 7 groups developing centers across 2 universities.

2014 – present  <u>Grant Proposal Submission</u> - Included junior faculty and broadened efforts to include faculty from disciplines that do not typically submit grant submissions to federal STEM granting organizations.

2010 – present  <u>Partnership Development</u> – built partnerships with off-campus organizations to provide opportunities for faculty to teach and faculty and students to conduct research with over 50 different organizations.

2010 – 2015  <u>Clare Boothe Luce</u> – developed inclusive events, talks, and trainings to engage faculty, expose them to current statistics regarding female representation in STEM and best practices to develop a more inclusive atmosphere for female students and faculty in STEM.

*Mentored Research*

2016 - present  <u>Team Project Mentorship</u> – mentored and trained 370 students in Green Teams summer projects and subsequent academic year projects

2018 - 2022  <u>Mentored Undergraduate Capstone, Master's Projects, and PhD Student Research</u> – mentored 2 PhD students in dissertation research, 4 Master's students' projects, and 3 undergraduate students in Sustainability capstone projects covering, LEED, green infrastructure, energy conservation for public and private organizations, and sense of belonging in STEM; 4 Louis Stokes Alliances for Minority Participation (LSAMP) undergraduates in environmental and public health research projects

2021  <u>Mentor</u>, Nelson Mandela Scholars Program, US Department of State and Rutgers University, 1 Washington Fellow

2016 - 2017  <u>eMentor</u> – served as eMentor under the National Center for Science and Civic Engagement to guide Towson University and the National Aquarium in developing their teaching training and curriculum development partnership

2001 - 2014  <u>Mentored Research</u> - offered strong support for undergraduate and graduate students, particularly students of color and from groups traditionally underrepresented in science

> 25 independent undergraduate research projects, 20 of these through the Calder Summer Undergraduate Research – NSF-funded REU program (10 underrepresented minorities and 18 females)
>
> 6 peer reviewed publications include undergraduate co-authors (3 underrepresented minorities and 8 females)

11

Tuininga CV – updated July 2024

      20 contributed and 4 invited presentations include undergraduate co-authors
         (9 underrepresented minorities and 14 females)
         Two students won 1st place prizes for their posters at local and regional meetings.
      4 Master's theses and projects (3 females)
      1 PhD dissertation
      1 post-doc (female)
      17 graduate student committees (1 underrepresented minority and 9 females)

## Graduate Advisors:

      Jeffrey Stone, Oregon State University (MS advisor)
      John Dighton, Rutgers University (PhD advisor)

## Publications*:

                            *(undergraduate and high school students are underlined)

Murray, M., H. Spinks, Y. Besen-Cassino, E. Emery, B. Johnson, E. Nunez Perez, Y. Wang, D. Lopatto, N.M. Goodey, **A.R. Tuininga**. In press. Breaking barriers: female and Hispanic undergraduate students experience gains in self-confidence and tolerance for obstacles during a sustainability-centered internship program in the USA. Journal of Environmental Studies and Sciences. DOI:10.1007/s13412-024-00966-6.

Nguyen T., J. Parron, O. Obidat, **A.R. Tuininga**, W. Wang. 2023. Ready or Not? A Robot-Assisted Crop Harvest Solution in Smart Agriculture Contexts. IEEE International Conference on Smart Computing (SMARTCOMP). DOI: 10.1109/SMARTCOMP58114.2023.00088

O'Hara, A.A., A.C. Miller, H. Spinks, A. Seifert, T. Mills, **A.R. Tuininga.** 2022. The Sustainable Prescription: Benefits of Green Roof Implementation for Urban Hospitals. Frontiers in Sustainable Cities 4: 1-23. https://doi.org/10.3389/frsc.2022.798012 https://www.frontiersin.org/articles/10.3389/frsc.2022.798012/full

Wieczerak, T., D. Rynerson, A. Prasad, B. Wolde, P. Lal, A. Vasishth, N.M. Goodey, **A.R. Tuininga.** 2022. Measuring the effect of sustainability programs on interest in STEM disciplines: a pre-post survey study of the student green team internship program. SN Social Sciences 2:14. https://doi.org/10.1007/s43545-022-00314-x

Dyer, A.; A.C. Miller, B. Chandra, J.G. Maza, C. Tran, J. Bates, V. Olivier, **A.R. Tuininga.** 2021. The Feasibility of Renewable Natural Gas in New Jersey. Sustainability 2021, 13, 1618. https://doi.org/10.3390/su13041618

Aloisio, J.M., M.I. Palmer, **A.R. Tuininga**, J.D. Lewis. 2020. Introduced and native plant species composition of vacant unmanaged green roofs in New York City. Urban Ecosystems. https://doi.org/10.1007/s11252-020-00992-6

Aloisio, J.M., M.I. Palmer, **A.R. Tuininga,** J.D. Lewis. 2019. Plant colonization of green roofs is affected by composition of established native plant communities. Frontiers in Ecology and Evolution, section Urban Ecology 6:1-12. https://doi.org/10.3389/fevo.2018.00238

Kay, M.J., S.A. Kay, **A.R. Tuininga**. 2018. Green Teams: A collaborative training model. Journal of Cleaner Production 176:909-919. https://doi.org/10.1016/j.jclepro.2017.12.032

Aloisio, J.M., M.I. Palmer, M.A. Giampieri, **A.R. Tuininga**, J.D. Lewis. 2017. Spatially-dependent biotic and abiotic factors drive survivorship and physical structure of green roof vegetation. Ecological Applications 27:297-308. https://doi.org/10.1002/eap.1444

Aloisio, J.M., **A.R. Tuininga**, J.D. Lewis. 2016. Crop species selection effects on stormwater runoff and edible biomass in an agricultural green roof microcosm. J Ecological Engineering 88:20-27. https://doi.org/10.1016/j.ecoleng.2015.12.022

Rubino, L., S. Charles, A. Sirulnik, **A.R. Tuininga**, J.D. Lewis. 2015. Invasive insect effects on nitrogen cycling and host physiology are not tightly linked. Tree Physiology 35:124-133. doi: 10.1093/treephys/tpv004.

Ewing, H. A., **A.R. Tuininga**, P.M. Groffman, K.C. Weathers, T.J. Fahey, M.C. Fisk, P.J. Bolen, E. Suarez. 2014. Earthworms reduce biotic 15-nitrogen retention in northern hardwood forests. Ecosystems 18:328-342. https://doi.org/10.1007/s10021-014-9831-z

Greengarten, P.J., **A.R. Tuininga**, S.U. Morath, R.C. Falco, H. Norelus, T.J. Daniels. 2011. Occurrence of soil- and tick-borne fungi and related virulence tests for pathogenicity to *Ixodes scapularis* (Acari: Ixodidae). Journal of Medical Entomology 48:337-344. https://doi.org/10.1603/me09116

Comas, L.H., **A.R. Tuininga**, H.S. Callahan. 2010. Advancing our current understanding of plant-fungal symbioses: bridging scales from local to global. New Phytologist 185:871-873. https://doi.org/10.1111/j.1469-8137.2010.03188.x

Parent, J.L., K.G. Peay, A.E. Arnold, L.H. Comas, P. Avis, **A.R. Tuininga**. 2010. Moving from pattern to process in fungal symbioses: linking functional traits, community ecology, and phylogenetics. New Phytologist 185:882-886. https://doi.org/10.1111/j.1469-8137.2010.03190.x

Avolio, M.L., **A.R. Tuininga**, J.D. Lewis, M. Marchese. 2009. Ectomycorrhizal responses to organic and inorganic nitrogen sources when associating with two host species. Mycological Research 113:897-907. https://doi.org/10.1016/j.mycres.2009.05.001

**Tuininga, A.R.**, J.L. Miller, S.U. Morath, T.J. Daniels, R.C. Falco, M.M. Marchese, S. Sahabi, D. Rosa, K. C. Stafford, III. 2009. Isolation of entomopathogenic fungi from soils and *Ixodes scapularis* (Acari: Ixodidae) ticks: prevalence and methods. Journal of Medical Entomology 46:557-565. https://doi.org/10.1603/033.046.0321

Lewis, J.D., J. Licitra, **A.R. Tuininga**, A. Sirulnik, G. Turner, J. Johnson. 2008. Oak seedling growth and ectomycorrhizal colonization are less in eastern hemlock stands infested with hemlock woolly adelgid than in adjacent oak stands. Tree Physiology 28:629-636. https://doi.org/10.1093/treephys/28.4.629

**Tuininga, A.R.** 2005. Interspecific interaction terminology: From Mycology to GeneralEcology. Chpt. 13 in: The Fungal Community, 3rd ed. Dighton, J., P. Oudemans, J. White (eds.) CRC Press, New York. https://doi.org/10.1201/9781420027891-20

**Tuininga, A.R.**, and J. Dighton. 2004. Changes in ectomychorrhizal communities and nutrient availability following prescribed burns in two upland pine-oak forests in the New Jersey pine barrens. Canadian Journal of Forest Research 34:1755-1765. https://doi.org/10.1139/x04-037

Dighton, J., **A.R. Tuininga**, D.M. Gray, R.E. Huskins, T. Belton. 2004. Impacts of atmospheric deposition on New Jersey pine barrens forest soils and communities of ectomycorrhizae. Forest Ecology and Management 201:131-144. https://doi.org/10.1016/j.foreco.2004.07.038

**Tuininga, A.R.**, J. Dighton, D.M. Gray. 2002. Burning, watering, litter quality and time effects on N, P, and K uptake by pitch pine (*Pinus rigida*) seedlings in a greenhouse study. Soil Biology and Biochemistry 34:865-873. https://doi.org/10.1016/s0038-0717(02)00020-2

Rygiewicz, P.T., K.J. Martin, **A.R. Tuininga**. 2000. Morphotype community structure of ectomycorrhizas on Douglas-fir (*Pseudotsuga menziesii* Mirb. Franco) seedlings grown under elevated atmospheric $CO_2$ and temperature. Oecologia 124:299-308. https://doi.org/10.1007/s004420000385

Rygiewicz, P.T., K.J. Martin, **A.R. Tuininga**. 1997. Global climate change and diversity of mycorrhizae. In: Progress in Microbial Ecology. Martins, M.T., M.I.Z. Sato, J.M. Tiedje, L.C.N. Hagler, J. Dobereiner, and P.S. Sanchez (eds.). International Committee on Microbial Ecology/Brazilian Society for Microbiology. Soc. Brasileira de Microbiologia. Cidade Universitaria – USP. Sao Paulo – SP Brazil. pp. 91-98. https://doi.org/10.1007/s004420000385

Tuininga CV – updated July 2024

Kerwin, J.L., **A.R. Tuininga**, A.M. Weins, <u>J.C. Wang</u>, <u>J.J. Torvik</u>, <u>M.L. Conrath</u>, <u>J.K. MacKichan</u>. 1995. Isoprenoid-mediated changes in the glycerophospholipid molecular species of the sterol auxotrophic fungus *Lagenidium giganteum*. Microbiology 141:399-410. https://doi.org/10.1099/13500872-141-2-399

Kerwin, J. L., **A. R. Tuininga**, L. Ericson. 1994. Identification of molecular species of phospholipids using electrospray mass spectrometry. Journal of Lipid Research 35:1102-1114. https://doi.org/10.1016/s0022-2275(20)40106-3

<u>MacKichan, J.L.</u>, **A.R. Tuininga**, J.L. Kerwin. 1994. Preliminary characterization of phospholipase A$_2$ in *Lagenidium giganteum*. Experimental Mycology 18:180-192. https://doi.org/10.1006/emyc.1994.1019

Kerwin, J. L., L.M. Johnson, H.C. Whisler, **A.R. Tuininga**. 1992. Infection and morphogenesis of *Pythium marinum* in species of *Porphyra* and other red algae. Canadian Journal of Botany 70: 1017-1024. https://doi.org/10.1139/b92-126

## Invited Presentations*:

**Tuininga, A.R.** 4/19/2024. Invited Keynote. Sharing the Green Teams' Work with Industry. Commerce and Industry Association Environmental Awards Event. Franklin Lakes, NJ.

**Tuininga, A.R.** 3/1/2024. Invited Webinar Panel: "Improving Undergrad Student Success", NSF HSI STEM Hub https://www.youtube.com/watch?v=lOZfXo69tJE.

Goodey, N.M., E. Emery, and Y. Besen-Cassino, B. Johnson, M. Murray, H. Spinks, E. Nunez Perez, and **A.R. Tuininga**. 3/22/2024. Invited Poster. Breaking Barriers: Assessing Learning Gains of Female and Hispanic Participants in a Sustainability-Centered Internship Program. American Society for Biochemistry and Molecular Biology Annual Meeting.

**Tuininga, A.R.** 11/30/2023. Invited Talk. Green Buildings and Sustainability at Montclair State University. US Green Building Council (USGBC) NJ 2023 Leadership Awards Event. Montclair, NJ.

**Tuininga, A.R.** 10/18/2023. Invited Panel Presentation. Team-based Internships as Pathways to Build Inclusion in STEM Education. 2023 Resilience Summit Presented by US Green Building Council Mid Atlantic and New England Region (USGBC MANE) and the Society for American Military Engineers (SAME). New York, NY.

Emery, E., M. Murray, Y. Besen-Cassino, C. Snyder, B. Johnson, R. Olacio, E. Nunez Perez, H. Spinks, Y. Wang, N. M. Goodey, **A.R. Tuininga**. 7/2023. Invited Poster. Inclusive Team Internships in Transdisciplinary Sustainability Research Develop Pathways for URG Students to Advance in STEM Careers. NSF Eddie Bernice Johnson INCLUDES Aspire Alliance Summit hosted by UCLA. Los Angeles, CA

Murray, M., H. Spinks, Y. Besen-Cassino, E. Emery, B. Johnson, E. Nunez Perez, Y. Wang, N.M. Goodey, **A.R. Tuininga**. 5/25/2023. Invited Poster. Female and Hispanic Students Report Higher STEM Learning Gains after Internship Participation. NSF HSI Conference. San Antonio, Texas.

Emery, E., M. Murray, Y. Besen-Cassino, C. Snyder, B. Johnson, R. Olacio, E. Nunez Perez, H. Spinks, Y. Wang, N.M. Goodey, **A.R. Tuininga**. 7/19-20/2023. Invited Poster. Inclusive Team Internships in Transdisciplinary Sustainability Research Develop Pathways for URG Students to Advance in STEM Careers. Poster Presentation for the NSF Eddie Bernice Johnson INCLUDES Aspire Alliance Summit hosted by UCLA in Los Angeles, CA.

Lavin, E., A. O'Hara, R. Olacio, **A.R. Tuininga**. 9/22/2022. Invited Presentation. The Sustainable Prescription: Benefits of Green Roof Implementation for Urban Hospitals. The State of Green Roofs 2022 Conference. New York, NY.

Buchanan, S., **A.R. Tuininga**. 12/1/2022. Invited Presentation. Essex-Hudson Greenway Community Demographics Project with the Green Teams Program. Passaic County Community College.

Tuininga CV – updated July 2024

**Tuininga, A.R.**, R. Olacio, C. Snyder, A.C. Miller. 2/12/2022. Invited Presentation. Community-based Sustainability. Northeast Earth Coalition.

Contreras, S., **A.R. Tuininga**. 10/27/2021. Invited Presentation. Carbon sequestration modeling for urban street trees. New Jersey Department of Environmental Protection: Urban Forestry.

Contreras, S., J. Guzman, J. Latimore, D. Lisboa, M. Muniz, **A.R. Tuininga.** 9/14/2021. Invited Presentation. 2021 Green Team serving Jersey City temperature data collection and the urban heat island effects. Jersey City Environmental Council.

**Tuininga, A.R.** 6/24/2022. Invited Presentation. Working Across Generations to Advance Sustainability in Your Community. Sustainable Jersey Summit.

**Tuininga, A.R.** 10/28/2021. Invited Presentation. The Green Teams Program Training to Develop Innovative, Inclusive, Thoughtful Leaders Needed to Address Society's Greatest Challenges. Green Wave Conference.

**Tuininga, A.R.** 7/29/2021. Invited presentation. Earth Month 2021: Climate Action, Environmental Justice, and Green Teams Support for Ecos/Earth Friendly Products on Their Inclusive Sustainability Journey. ECOS / Earth Friendly Products.

Garcia, C. (Host and Moderator), **A.R. Tuininga** (Co-host), L. Estrada-Martinez. (Speaker). 2/11/2021. Invited presentation. PSEG Institute for Sustainability Studies and Latinos in Sustainability Present Developing Latinx Opportunities: The Intersection of Climate and Social Justice: A History of Racial Inequities.

**Tuininga, A.R.** (Host and Moderator), M. Rua (Co-host and Moderator), C. Garcia (Co-host), M. Rojas (Moderator). 1/15/2021. Invited to host presentation. PSEG Institute for Sustainability Studies and Latinos in Sustainability Presents Developing Latinx Opportunities: Carving Out New Spaces.

Aguirre, H. (Host), **A.R. Tuininga** (Co-host and Moderator), C. Garcia (Co-host), M. Rojas (Moderator), M. Rua (Moderator), C. Alo (Panelist), A. Medlar (Panelist), M. Perdomo Caba (Panelist), L. Kreminska (Panelist), K. Boyle (Panelist), S. King (Panelist). 12/11/2020. Invited to co-host and moderate panel presentation. PSEG Institute for Sustainability Studies and Latinos in Sustainability Presents Developing Latinx Opportunities: Graduate Opportunities in a Post-Pandemic Economy.

Rua, M. (Host), **A.R. Tuininga** (Co-host), M. Rojas (Moderator), R. Genao (Panelist), C. Silva (Panelist), J. Viader (Panelist), M. Gentile (Panelist). 11/13/2020. Invited to co-host panel presentation. PSEG Institute for Sustainability Studies and Latinos in Sustainability Presents Developing Latinx Opportunities: An Introduction to Sustainable Investing.

**Tuininga, A.R.** (Panelist), C. Garcia (Panelist), M. Rojas (Panelist), J. Martinez (Panelist). 9/25/2020. Invited panel presentation. PSEG Institute for Sustainability Studies and Latinos in Sustainability Presents: Community Solar - A Discussion on Sustainability Related Impacts in Low-Income Communities. Virtual Webinar.

Weilerstein, P. (Moderator), C. Gilbert (Panelist), **A.R. Tuininga** (Panelist), V. Sick (Panelist), S. Shrake (Panelist). 6/12/2020. Invited Panel Presentation. Transforming Campuses to Foster Sustainability-focused Learning and Institutional Change. 9th Annual Deshpande Symposium, Virtual Event.

**Tuininga, A.R.** 2/11/2020. Invited Talk. Academic-corporate-community partnerships to advance Sustainability in New Jersey, USA, and beyond. Stakeholders roundtable on universities: Governance and partnerships for enhanced urban sustainability. World Urban Forum, United Nations – Habitat. Abu Dhabi, United Arab Emirates.

Russell, G., L. Landon, T. Glick, **A.R. Tuininga.** 1/25/2020. Invited Panel Presentation. Green Solutions for Our Communities. 5th Annual Acting Local for a More Sustainable World Conference, Northeast Earth Coalition, Montclair, NJ.

15

Siekerka, M.N. (Keynote), L. Brust-Moss (Moderator), N. Agosto-Filion (Panelist), C. Cullen-Woods (Panelist), G. Lalla (Panelist), J. Spector (Panelist), **A.R. Tuininga** (Panelist)**.** 6/19/2019. Invited Panel Presentation. Career as a Female Scientist Leading to the Development Programs to Support Inclusive Experiential STEM Education. Women in Green. United States Green Building Council of New Jersey. Montclair, NJ.

**Tuininga, A.R.** 4/26/2019. Invited Keynote Address. Addressing Environmental Challenges in New Jersey. Commerce and Industry Association of New Jersey, Glen Ridge, NJ.

**Tuininga, A.R.**, N.M. Goodey, I. Chahal. 4/4/2019. Invited Talk.  S-TEAMs Improve Sense of Inclusion for Underrepresented Groups. NSF ERC-INCLUDES, Seattle, WA.

Goodey, N.M. and **A.R. Tuininga.** 3/31/2019. Flash Talk. Green Teams: Creating a Process for Sustainable Technology Product Development. VentureWell OPEN. Washington, D.C.

**Tuininga, A.R.** 11/30/2018. Invited Presentation. Green Teams Program. New Jersey Higher Education Partnership for Sustainability (NJHEPS) Executive Committee Meeting, Kean University, Union, NJ.

**Tuininga, A.R.** 11/28/2018. Invited Presentation. Green Teams Program. New Jersey Resources, Wall, NJ.

**Tuininga, A.R.**, K. Tafuri, R. Lawton, M. Furgason and S. Jeffrey. 11/2/2018. Distinguished Panel. Sustainable Business and the SDGs: Corporate, Non-profit, International and Educational Approaches to Achieving the Goals. Fourth Principles for Responsible Management Education (PRME) Conference. Sustainable Development Goals: Pedagogy, Practice and Policy. Rowan University, Glassboro, NJ.

**Tuininga, A.R.**, A. Ortiz, M. Kay, M. Coleman, F. Deng, P. Biyibioku, H. Garcia, S. Demas. 11/2/2018. Invited Panel. Green Teams Internship Program Fourth Principles for Responsible Management Education (PRME) Conference. Sustainable Development Goals: Pedagogy, Practice and Policy. Rowan University, Glassboro, NJ.

Goodey, N.M. and **A.R. Tuininga**. 8/8/2018. Invited Talk. Green Teams: Creating a Process for Sustainable Technology Product Development. August 2018. VentureWell Sustainable Design Planning Workshop. Hadley, MA.

Goodey, N.M. and **A.R. Tuininga.** 8/8/2018. Invited Talk. Green Teams: New Curriculum Elements. August 2018. VentureWell Sustainable Design Planning Workshop. Hadley, MA.

**Tuininga, A.R.** 7/18/2018. Invited Panel Presentation. Sustainability Supports Paradigm Shifts in Higher Education. High Level Political Forum (HPLF), Higher Education Sustainability Initiative (HESI), United Nations, New York, NY.

**Tuininga, A.R.**  3/5/2018. Invited Panel Presentation. Sustainability in Business: How Environmental Sustainability Contributes. Monmouth University, West Long Branch, NJ.

**Tuininga, A.R.**, Lal P., Vasishth, A., Kyse, E., Chahal, I. 1/12/2018. Invited Flash Talk. NSF INCLUDES S-TEAMS: Sustainability Teams Empower and Amplify Membership in STEM. NSF INLCLUDES, National Science Foundation, Alexandria, VA.

**Tuininga, A.R.**, Lal, P., Vasishth, A., Kyse, E., Chahal, I. 1/11/2018. Invited Poster. NSF INCLUDES S-TEAMS: Sustainability Teams Empower and Amplify Membership in STEM. NSF INLCLUDES, National Science Foundation, Alexandria, VA.

**Tuininga, A.R.** 12/2/2016. Invited Presentation. Collective Training Models: Inclusion of Multiple Academic Institutions in the Green Teams Program. New Jersey Higher Education Partnership for Sustainability (NJHEPS) Education Committee, Kean University, Union, NJ.

**Tuininga, A.R.** 11/10/2016. Invited Talk. A Revolution of Inclusion: Building Partnerships to Achieve Sustainability in Ecosystem Health, Public Health, and Corporate Triple Bottom Line. Rutgers Day of Revolutionary Thinking – Celebrating 250 Years with Talks by Rutgers Alumni, Rutgers University, New Brunswick, NJ.

Tuininga CV – updated July 2024

**Tuininga, A.R.** 5/1/2016.  Invited Talk. Global disturbance to local community resilience: Healthy ecosystems around the globe and in Montclair, New Jersey. Montclair Future Forum, Montclair, NJ.

**Tuininga, A.R.** 4/14/2016. Invited Seminar Talk. The littlest, scariest monsters and how we can keep them out from under the bed and off our skin: Biocontrol of *Ixodes scapularis.* Dominican College, Orangeburg, NY.

Aloisio, J. M., M.I. Palmer, **A.R. Tuininga**, J.D. Lewis. 8/9/2015-8/12/2015. Invited talk. Plant community dynamics of native plant assemblages on geographically isolated green roofs in NYC, Organized Oral Session at 100st Annual Meeting of the Ecological Society of America, Baltimore, MD, USA.

Pinto, J., J. Harrington, **A.R. Tuininga**. 12/7/2012. Invited talk. Supporting What Faculty Do Best: Teachers, Scholars, Researchers, and Critics Take on Assessment. Middle States Commission on Higher Education, Philadelphia, PA.

**Tuininga, A. R.** 3/9/2012. Invited talk. Building an Assessment Culture: Challenges and Opportunities.  Association of Jesuit Colleges and Universities, Graduate Deans Meeting, Chicago, IL.

**Tuininga, A. R.** 7/29/2009. Concluding talk to symposium I was invited to co-organize. Conclusions: Phylogenetic and functional patterns of host plants and their associated fungi: implications for symbiotic co-evolution, community interactions, and ecosystem processes. Joint meeting of the Botanical Society of America and Mycological Society of America. Snowbird, UT.

Kerin, T.E., **A.R. Tuininga**, J.D. Lewis. 6/22/2009. Invited talk. Eastern hemlock (*Tsuga canadensis*) density in a hardwood landscape influences soil biotic and abiotic characteristics. Black Rock Forest Consortium Research Symposium, Cornwall, NY.

Lewis, J.D.**,** L. Rubino, S. Charles, A Sirulnik and **A. Tuininga**. 6/22/2009. Invited talk. Scale-dependent effects of an invasive insect on nitrogen cycling and host physiology. Black Rock Forest Consortium Research Symposium, Cornwall, NY.

Sirulnik, A., J.D. Lewis, **A.R. Tuininga**, J. Johnson. 6/22/2009. Invited poster. Infestations of hemlock woolly adelgid are associated with changes in eastern hemlock ectomycorrhizal fungal communities and soil conditions. Black Rock Forest Consortium Research Symposium, Cornwall, NY.

**Tuininga, A.R.** 1/18/2009. Invited talk. Two tales about the function of fungi: mycorrhizal partners that increase plant health and soil pathogens that kill deer ticks. New Jersey Mycological Association, Morristown, NJ.

**Tuininga, A. R.** 10/20/2008. Invited Talk. What happens belowground when humans trigger changes in natural systems? Lehman College, Bronx, NY.

**Tuininga, A.R.,** R.E. Huskins, J. Dighton, D.M. Gray, T. Belton. 3/30/2008. Invited talk. Nitrogen deposition effects on mycorrhizae: A belowground view of mycology at Greenbrook Sanctuary. New York Mycological Society, New York, NY.

**Tuininga, A.R.,** J.D. Lewis. 6/10/2007. Invited talk. Invasive species effects on temperate forests. Black Rock Forest Consortium, Cornwall, NY.

**Tuininga, A.R.,** AG. Sirulnik, J.D. Lewis, J. Johnson, L. Ward. 8/19/2006. Invited talk. Effects of hemlock woolly adelgid on soils. Palisades Nature Association, Tenafly, NJ.

**Tuininga, A.R.**, A.G. Sirulnik, J.D. Lewis, J. Johnson. 7/26/2006. Invited talk. The exotic, invasive hemlock woolly adelgid (*Adelges tsugae*) affects ectomycorrhizal fungal communities and soil conditions in eastern U.S. forests. 5th International Conference on Mycorrhizae, Granada, Spain.

**Tuininga, A.R.** 3/25/2006. Invited lecture. From the obscure to the cure: Microbes in our environment and applications in biotechnology. Johns Hopkins University Center for Talented Youth Odyssey Series, Fordham University, Bronx, NY.

Tuininga CV – updated July 2024

**Tuininga, A.R.**, J. Archibald, M. Van Horn, R.E. Huskins, J. Dighton, T. Belton, K. Kovach. 8/1/2004. Invited talk. Elevated nitrogen effects on oak mycorrhizae. Ecological Society of America, Portland, OR.

**Tuininga, A.R.** 07/22/2003. Invited talk. Mycorrhizae: What are they good for? Calder Summer Seminar Series, Armonk, NY.

**Tuininga, A.R.** J. Dighton, D.M. Gray. 10/03/2003. Invited talk. Recovery pattern of ectomycorrhizal diversity and function following fire. Brookhaven National Laboratory, Pine Barrens Research Forum, Upton, NY.

**Tuininga, A.R.** 01/24/2003. Invited seminar talk. Mycorrhizal response to perturbation. Institute of Ecosystem Studies, Millbrook, NY.

**Tuininga, A.R.**, J. Dighton. 8/6/2002. Invited talk. Temporal relationships between ectomycorrhizal diversity and functional responses to disturbance by fire. Ecological Society of America, Tucson, AZ.

Dighton, J., **A.R. Tuininga**, L. Jonsson. 8/1999. Invited talk. Ectomycorrhizal taxonomic methods and their role in the understanding of mycorrhizal function. Ecological Society of America, Spokane, WA.

**Tuininga, A.R.**, J. Dighton, D.M. Gray. 7/1998. Invited talk and co-chaired session. Short-term effects of prescribed burning on ectomycorrhizal community structure, nutrient uptake and soil water chemistry in the New Jersey pine barrens. 2nd International Conference on Mycorrhizae. Uppsala, Sweden.

## Contributed Presentations*:

Rivas, M., A. Leyton, R. Gimenez, **A.R. Tuininga**. 10/28/2019. Contributed Poster: Revolutionizing Sustainability Connections: Corporations, Communities, and Higher Education. Association for the Advancement of Sustainability in Higher Education (AASHE). Spokane, WA.

Araya, N., E. Cohen, S. Loverich, R. Olacio, **A.R. Tuininga**. 9/12/2018. Contributed Poster: Jersey City Greenhouse Gas Inventory & Climate Action Planning. Garden State - Louis Stokes Association for Minority Program (GS-LSAMP) 10th Annual Research Conference. New Brunswick, NJ.

Leyton, A., P. Lal, D. Truitt, A. Vasishth and **A.R. Tuininga**. 10/4/2018. Contributed Poster. PSEG Institute for Sustainability Studies Green Team Internship Program. Association for the Advancement of Sustainability in Higher Education (AASHE), Pittsburgh, PA.

Herrera, P., Dorta, B., Padhye, R., **Tuininga, A.,** Truitt, D., Vanderklein, D., Wu, M., Diaz, A., Hurst, D., Kinn-Gurzo, S. 10/27/2018. Poster. 2018. PSEG ISS Green Teams: SUEZ North America Green Resolutions. American Association of Geographers Annual Meeting, Montclair State University, Montclair, NJ.

Loverich, S., Estrella, K., Sztan, M., Mehta, R., Weiss, H., Leyton, A., Coleman, M., Truitt, D., Vasishth, A., Lal, P., **Tuininga, A.** Poster. 10/26/2018. Jersey City Green Team, American Association of Geographers Annual Meeting, Montclair State University, Montclair, NJ.

Herrera, P., Dorta, B., Padhye, R., **Tuininga, A.,** Truitt, D., Vanderklein, D., Wu, M., Diaz, A., Hurst, D., Kinn-Gurzo, S. 10/12/2018. Poster. PSEG ISS Green Teams: SUEZ North America Green Resolutions.10th Annual Garden State- Louis Stokes Alliance for Minority Participation (GS-LSAMP) Research Conference, Rutgers New Brunswick, NJ.

Leyton, A., Lal, P., Truitt, D., Vasishth, A., **Tuininga, A.,** 10/3/2018. Poster. PSEG Institute for Sustainability Studies Green Team Internship Program. Association for the Advancement of Sustainability in Higher Education, Pittsburgh, PA.

**Tuininga, A.,** Padhye, R., Vasishth, A. Lipoti, J., John-Alder, H., 1/24/2018. Poster. PSEG ISS – NJHEPS Green Teams Program: a corporate-academic-community partnership model to address sustainability issues, National Council for Science and the Environment / National Energy Education Summit, Washington, D.C.

Jay-Rayon, L. and **A.R. Tuininga**. 4/21/2017. Talk. Sustainability is a Conversation. Symposium on Language and the Sustainable Development Goals. United Nations, New York, NY.

Aloisio, J. M., J.D. Lewis, J. Alan Clark, J. Munshi-South, **A.R. Tuininga**, B. Johnson, K. Tingley. 8/7/16 – 8/12/16. Talk. Project TRUE (Teens Researching Urban Ecology) – Creating a pipeline to train the next generation of ecologists. 101st Annual Meeting of the Ecological Society of America, Fort Lauderdale, FL, USA.

Zhang, X., P.M. Groffman, **A.R. Tuininga**, J.D. Lewis. 8/10/2016. Talk. Urbanization influenced C and N cycles of riparian zones of low-order watersheds in response to hydrological extremes. 101st Annual Meeting of the Ecological Society of America, Fort Lauderdale, FL, USA.

Aloisio, J. M., M.I. Palmer, **A.R. Tuininga**, J.D. Lewis. 8/9/2015 – 8/14/2015. Talk. Plant community dynamics of native plant assemblages on geographically isolated green roofs in NYC. 100th Annual Meeting of the Ecological Society of America, Baltimore, MD, USA.

Aloisio, J. M., **A.R. Tuininga**. 7/31/2014 – 8/4/2014. Poster. Project TRUE, Teens Research Urban Ecology in New York City, NYC. Science Education for the New Civic Engagements and Responsibilities Summer Institute, Ashville, NC, USA.

Aloisio, J. M., M.I. Palmer, **A.R. Tuininga**, J.D. Lewis. 4/20/2014. Plant colonist assemblages on green roofs established with native plant communities in NYC. Poster, The Ecology of New York City: Organisms, Environment and History, Manhattan, NY, USA.

Becker, R., **A.R. Tuininga**, B. Rubin, J.D. Lewis. 8/6/2013. Talk. Spatial partitioning of soil fungi along an urban to rural gradient. 98th Annual Meeting of the Ecological Society of America, Minneapolis, MN.

Aloisio, J. M., K. Tingley, J.D. Lewis, **A.R. Tuininga**. 8/4/2013 - 8/9/2013. Talk. Project TRUE – Teens Research Urban Ecology: Invertebrate biodiversity of the Prospect Park Zoo, NYC. 98th Annual Meeting of the Ecological Society of America, Minneapolis, MN, USA.

Kerin, T., **A.R. Tuininga**, J.D. Lewis. 8/2012. Evidence of mycorrhizal host generality for HWA-infested *Tsuga canadensis* trees growing in a *Quercus*-dominated landscape. Poster. 97th Annual Meeting of the Ecological Society of America.

Caruso, A., J.D. Lewis, A.R. Tuininga. 8/8/2012. Physiological and morphological responses of the invasive grass, *Microstegium vimineum*, to varying resource availabilities. 97th Annual Meeting of the Ecological Society of America.

Cucco, A., J.D. Lewis, **A.R. Tuininga**. 8/2012. Soil microbial enzyme activity and nutrient cycling along a New York City urban-to-rural gradient. Poster. 97th Annual Meeting of the Ecological Society of America.

Cucco, A., J.D. Lewis, **A.R. Tuininga**. 3/2012. Urbanization effects on nitrogen cycling and plant growth. Poster. 7th Annual Meeting of the Mid Atlantic Chapter of the Society for Ecological Restoration.

Cucco, A., J.D. Lewis, **A.R. Tuininga**. 11/2011- 1/2012. Urbanization effects on nitrogen cycling and plant growth. Poster on exhibit at the New York Botanical Garden's Thain Family Forest Dedication, New York Botanical Garden, Bronx, NY.

Aloisio, J. M., K. Matteson, M.I. Palmer, **A.R. Tuininga**, J.D. Lewis. 8/1/2011 – 8/6/2011. Talk. Biomass and plant diversity of naturally colonized green roof substrate in New York City. 96th Annual Meeting of the Ecological Society of America meeting, Pittsburgh, PA, USA.

Aloisio, J. M., K. Matteson, M.I. Palmer, **A.R. Tuininga**, J.D Lewis. 4/9/2011 – 4/10/2011. Talk. Productivity and plant diversity of naturally colonized green roofs in New York City. Annual Meeting of the Mid-Atlantic Ecological Society of America.

Cucco, A., J.D. Lewis, **A.R. Tuininga**. 8/2011. Urbanization effects on nitrogen cycling and plant growth. Poster. 96th Annual Meeting of the Ecological Society of America. August 2011.

Cucco, A., J.D. Lewis, **A.R. Tuininga**. 6/2011. Urbanization effects on nitrogen cycling and plant growth. Talk. 7th Annual Black Rock Forest Consortium Research Symposium, Cornwall, NY.

Cucco, A., J.D. Lewis, **A.R. Tuininga**. 4/2010. Urbanization effects on nitrogen cycling and plant productivity. Talk. 3rd Annual Fordham College at Rose Hill Undergraduate Research Symposium, Fordham University, Bronx, NY.

Cucco, A., J.D. Lewis, **A.R. Tuininga**. 8/2009. Urbanization effects on nitrogen cycling and plant productivity. Talk. Calder Summer Undergraduate Research Program Symposium, Fordham University, Bronx, NY.

**Tuininga, A.R.**, S. Morath, P. Greengarten, T. Daniels, H. Norelus, R. Falco. 7/25/2009-7/29/2009. Timing of tick pathogen presence in the environment. Poster. Joint meeting of the Botanical Society of America and Mycological Society of America. Snowbird, UT.

Norelus, H., S.U. Morath, P.J. Greengarten, **A.R. Tuininga**, T.J. Daniels, R.C. Falco. 4/22/2009. Hitting them hard and where they hide: how to increase efficacy of entomopathogenic fungi against *Ixodes scapularis*. Second Annual Undergraduate Research Symposium, Fordham University, Bronx, NY.

Daniels, T. J., **Tuininga, A.R.**, Pool, J., Rosa, D.C., Norelus, H., Greengarten, P., Morath, S.U., Falco, R.C. 10/19/2008 - 10/22/2008. Do entomopathogenic fungi regulate blacklegged ticks in nature? Contributed talk, 11th International Conference on Lyme Borreliosis and other Tick-Borne Diseases, Irvine, CA.

**Tuininga, A.R.**, J. Pool, D. Rosa, T. Daniels, R. Falco, S. Morath. 8/3/2008-8/7/2008. Environmental regulation of tick pathogens: A synthesis of undergraduate research projects leading to understanding of the ecology of potential fungal biocontrol agents. Poster, Ecological Society of America, Milwaukee, WI.

Greengarten, P.J., **Tuininga, A.R.**, Daniels, T.J., Falco R., Morath, S. 8/3/2008-8/7/2008. Identification of potential biological control agents for *Ixodes Scapularis* from soil and tick-isolated fungi. Poster, Ecological Society of America, Milwaukee, WI.

Pool, J., **A.R. Tuininga**, T. Daniels, R. Falco, S.U. Morath, C.M. Fairchild. 4/16/2008. Environmental effects on virulence of single or combined species of entomopathogenic fungi to blacklegged ticks. Poster, First Annual Undergraduate Research Symposium, Fordham University, Bronx, NY. ***1st Place Winner***.

Rosa, D.C., **A.R. Tuininga**, T. Daniels, C. Bolnet. 10/13/2006-10/14/2006. Role of environmental factors in the eradication of the Lyme disease causing agent: *Ixodes Scapularis.* Poster, A Gathering of Science Scholars National Conference at Stony Brook University, Stony Brook, NY. ***1st Place Winner***.

Fairchild, C.M., T.J. Daniels, J. Pool, **A.R. Tuininga**. 8/7/2007. Field efficacy of the entomopathogenic fungus *Beauveria bassiana* in biocontrol of the black-legged tick (*Ixodes scapularis*). Poster, Ecological Society of America, San Jose, CA.

Sirulnik, AG., J.D. Lewis, **A.R. Tuininga**, J. Johnson. 10/12/2006. Indirect effects of the hemlock woolly adelgid on oak seedling growth through effects on mycorrhizal richness and abundance. Poster, International Union of Forest Research Organizations - Regional Forest Responses to Environmental Change, Black Rock, NY.

Rubino, L., S. Charles, A.G. Sirulnik, **A.R. Tuininga**, J.D. Lewis. 10/12/2006. Hemlock woolly adelgid density affects net photosynthetic rates and needle biochemistry but not respiration rates in eastern hemlock. Poster, International Union of Forest Research Organizations - Regional Forest Responses to Environmental Change, Black Rock, NY.

Lewis, J.D., J. Licitra, **A.R. Tuininga**, A.G. Sirulnik, J. Johnson. 10/12/2006. Infestations of hemlock woolly adelgid are associated with changes in eastern hemlock ectomycorrhizal fungal communities and soil conditions. Poster, International Union of Forest Research Organizations - Regional Forest Responses to Environmental Change, Black Rock, NY.

Johnson, J, A.G. Sirulnik, **A.R. Tuininga,** J.D. Lewis. 7/29-8/2/2006. Molecular and morphological analyses of ectomycorrhizal fungal community composition across hemlock dominance and defoliation gradients. Talk, Mycological Society of America, Quebec, Canada.

Tuininga CV – updated July 2024

Sirulnik, A.G., J.D. Lewis, **A.R. Tuininga**, J. Johnson. 5/23/2005. Ectomycorrhizal communities and ecosystem function in woolly adelgid (*Adelges tsugae*) infested eastern hemlock (*Tsuga canadensis*) stands. Talk, Soil Ecological Society of America, Argonne, IL.

Avolio, M.L., **A.R. Tuininga**, J.D. Lewis. 8/7/2005. Nitrogen form affects ectomycorrhizal fungal colonization and growth. Talk, Ecological Society of America, Montreal, Canada.

Ewing, H.A., **A.R. Tuininga**, P.M. Groffman. 8/7/2005. Do earthworms influence nitrogen losses from northern hardwood forests? Talk, Ecological Society of America, Montreal, Canada.

Sirulnik, A.G., J.D. Lewis, **A.R. Tuininga**, and J. Johnson. 8/7/2005. Soil conditions, host community, and infestations of the hemlock woolly adelgid (*Adelges tsugae*) affect ectomycorrhizal diversity in eastern temperate forests. Talk, Ecological Society of America, Montreal, Canada.

Dighton, J., **A.R. Tuininga**, D.M. Gray, R.E. Huskins, T. Belton. 9/13/2004. Impacts of atmospheric N deposition on communities of ectomycorrhizae in oligotrophic New Jersey pine barrens forest soils. Poster, British Mycological Society, Nottingham, UK.

Mullin, B.C., **A.R. Tuininga**, J. Dighton, M. Van Horn, R.E. Huskins, A.-M. Vargas. 8/1/2004. Ericaceous control of phosphorus availability following fire: interactions between ectomycorrhizal pitch pine (*Pinus rigida*) and ericoid mycorrhizal blueberry plants (*Vaccinium angustifolium*). Poster, Ecological Society of America, Portland, OR.

Dighton, J., **A.R. Tuininga**, D.M. Gray, RE. Huskins, T. Belton. 8/1/2004. Impacts of atmospheric deposition on New Jersey pine barrens forest soils and ectomycorrhizal communities. Talk, Ecological Society of America, Portland, OR.

Huskins, R.E., **A.R. Tuininga**, J. Dighton, D.M. Gray, T. Belton. 8/1/2004. Nitrogen deposition effects on ectomycorrhizal communities: A comparison between two soil types. Ecological Society of America, Portland, OR.

Miller, J.L., A-M. Vargas, **A.R. Tuininga**, T.J. Daniels, K.C. Stafford III, R.C. Falco. 7/15/2004. Entomopathogenic fungal infections of *Ixodes scapularis* (Acari: Ixodidae). Poster, Mycological Society of America, Asheville, NC.

**Tuininga, A.R.**, R.E. Huskins, J. Dighton, D.M. Gray, T. Belton. 7/15/2004. Nitrogen deposition effects on pine ectomycorrhizal fungal communities in New Jersey: Identifying potential indicator species. Poster, Mycological Society of America, Asheville, NC.

Belton, T., J. Dighton, **A.R. Tuininga**. 4/5/2003. Atmospheric pollution effects New Jersey pine barren forest. Poster, NJ DEP GIS Symposium, Trenton, NJ.

**Tuininga, A.R.**, J. Dighton, R.E. Huskins, T. Belton. 8/11/2003. Nitrogen deposition effects on mycorrhizal communities in the New Jersey pine barrens. Poster, 3rd International Conference on Mycorrhiza, Montreal, Canada.

Huskins, R.E., **A.R. Tuininga**, J. Dighton, P. Mosto. 4/26/2002. Ectomycorrhizal community structure of *Pinus rigida* as a potential atmospheric N deposition indicator in the New Jersey pine barrens. Poster, Science, Technology, Engineering and Math Symposium, Glassboro, NJ.

Huskins, R.E., **A.R. Tuininga, J. Dighton.** 4/6/2002. Ectomycorrhizal community structure of *Pinus rigida* as a potential indicator of N deposition in the New Jersey pine barrens: Seasonal and site differences. Poster, New Jersey Academy of Sciences, Union, NJ.

Martin, K.J., P.T. Rygiewicz, **A.R. Tuininga.** 11/2000. Assessing abundance distributions in natural communities of ectomycorrhizas along an environmental gradient. American Society of Agronomy, Minneapolis, MN.

**Tuininga, A.R.**, D.M. Gray, J. Dighton. 8/1999. Effect of fire intensity and time since burn on below-ground nutrient dynamics in the New Jersey pine barrens. Talk, Ecological Society of America, Spokane, WA.

Gray, D.M., **A.R. Tuininga**, J. Dighton. 8/1999. Short-term and long-term effects of fire frequency on below-ground nutrient dynamics in the New Jersey pine barrens. Talk, Ecological Society of America, Spokane, WA.

Tuininga CV – updated July 2024

**Tuininga, A.R.**, J. Dighton. 8/5/1997. Effects of control burn on nutrient uptake and mycorrhizal diversity in upland pine-oak forests of the New Jersey pine barrens. Poster, Mycological Society of America, Montreal, Canada.

**Tuininga, A.R.**, J.K. Stone, P.T. Rygiewicz, M.E. Harmon. 8/7/1996-8/9/1996. Interactions between mycorrhizal and saprotrophic fungi grown on agar and rotten wood. Poster, 1st International Conference on Mycorrhizae, San Francisco, CA.

**Tuininga, A.R.**, P.T. Rygiewicz, K.J. Martin. 8/8/1995. Poster, Global climate change effects on ectomycorrhizae. Mycological Society of America, San Diego, CA

Rygiewicz, P.T., K.J. Martin, **A.R. Tuininga**, E. Ingham. 8/1995. Global climate change and diversity of mycorrhizae. Talk, International Symposium on Microbial Ecology, Santos, Brazil.

**Tuininga, A.R.**, K.J. Martin, P.T. Rygiewicz. 3/1995. Diversity of Douglas fir mycorrhizae: elevated $CO_2$ and temperature effects. Poster, Soil Ecological Society of America, Fort Collins, CO.

**Tuininga, A.R.**, E. Ingham. 8/17/1994. Mycorrhizal competition with saprophytes on logs. Poster, 5th International Mycological Conference, Van Couver, Canada.

**Tuininga, A.R.**, J. Kerwin. 8/9/1992. Isolation and lipid composition of nuclei from *Lagenidium giganteum*. Talk, Mycological Society of America, Portland, OR.

## Selected and Recent Press Mentions:

*Sustainability Challenges Facing The Garden State | Think Tank with Steve Adubato on NJ PBS | 2/17/2024; 2/18/2024; 2/20/2024; 2/21/2024; 3/23/2024; 3/24/2024*
    *https://steveadubato.org/sustainability-challenges-facing-the-garden-state.html*

*Green Teams Alumna Yvette Viasus '20 is Mapping a Brighter Future | Montclair State University News| 2/13/2024*
    *https://www.montclair.edu/giving/2024/02/13/green-teams-alumna-yvette-viasus-20-is-mapping-a-brighter-future/*

*PCCC Receives over $1.1 Million Grant from NASA | Passaic County Community College & Montclair State University | 1/31/2024 https://pccc.edu/pccc-receives-over-1-1-million-grant-from-nasa/*

*USGBC New Jersey Celebrates 20th Anniversary | Montclair State University News | 1/5/2024*
    *https://www.usgbc.org/articles/usgbc-new-jersey-celebrates-20th-anniversary*

*Breathing Fire Symposium: How A Warming Planet Impacts Air Quality and Human Health | co-hosted with Trust for Public Land and Center for Cooperative Media | 10/09/2023*
    *https://www.tpl.org/media-room/breathing-fire-how-a-warming-planet-impacts-air-quality-and-human-health*

*Rooted in Community: The Connection and Growth of the Community Garden | The Montclarion | 8/2023*
    *https://themontclarion.org/feature/rooted-in-community-the-connection-and-growth-of-the-community-garden/*

*Greening It Forward: 2023 PSEG ISS Green Teams benefits students, organizations and medical facilities | 8/22/2023*
    https://www.montclair.edu/newscenter/2023/08/22/greening-it-forward/

*An 'Urban Garden' Takes Root on Campus | 8/28/2023*
    https://www.montclair.edu/newscenter/2023/08/28/an-urban-garden-takes-root-on-campus/

*Creating Sustainable Solutions: Students Learn from Environmental Activists Fighting for Justice in Newark's Ironbound | 4/27/2023 https://www.montclair.edu/newscenter/2023/04/27/creating-sustainable-solutions-students-learn-from-environmental-activists-fighting-for-justice-in-newarks-ironbound/*

*Two engineering students strive to create more sustainable communities | The College of New Jersey News | 10/10/2022 https://news.tcnj.edu/2022/10/10/building-up-the-green/*

Tuininga CV – updated July 2024

*The Northern New Jersey Community Foundation Green Team | News 12 New Jersey |9/11/2022*
  https://www.facebook.com/watch/?v=772978617262099

*Mapping a Greener Future | Montclair State University News |8/22/2022*
  https://www.montclair.edu/newscenter/2022/08/22/mapping-a-greener-future/

*"Green Team" Interns Advance Sustainability | Montclair State University News | 8/18/2022*
  https://www.montclair.edu/pseg-sustainability-institute/2022/08/18/green-team-interns-advance-sustainability/

*2022 PSEG ISS Green Teams Final Presentations | 8/3/2022*
  https://www.youtube.com/watch?v=w7GLVBtlc_Q

*Ramapo College Engineering Physics Student Chosen for Competitive Sustainability Studies Program | Ramapo College of New Jersey Press Release | 6/23/2022*
  https://www.ramapo.edu/news/press-releases/ramapo-college-engineering-physics-student-chosen-for-competitive-sustainability-studies-program/

*The Future is Green | Montclair State University News | 6/22/2022*
  https://www.montclair.edu/newscenter/2022/06/22/the-future-is-green/

*2022 PSEG ISS Green Teams Launch | 6/2/2022*
  https://youtu.be/KpRRn70fOj8

*A call to community action against climate change, for sustainability | 2/16/2022*
  https://www.montclairlocal.news/2022/02/16/a-call-to-community-action-against-climate-change-for-sustainability/

*Meet the leading innovators in sustainability: The Green Teams Program | 1/27/2022*
  https://www.qs.com/meet-the-leading-innovators-in-sustainability-the-green-teams-program/?utm_source=LinkedIn&amp;utm_medium=Social

*PSEG Institute Earns State Recognition Institute's sustainability initiatives earn 2021 Governor's Environmental Excellence Award | 12/21/2021* https://www.montclair.edu/newscenter/2021/12/21/pseg-institute-earns-state-recognition/

*5 Green jobs for Gen-Z Grads | 10/12/2021*
  https://malaysia.news.yahoo.com/five-green-jobs-gen-z-164718487.html?guccounter=1

*Red Hawk Robot- National Science Foundation grant helps build robot system connecting research throughout campus | 9/30/2021*
  https://www.montclair.edu/pseg-sustainability-institute/2021/09/30/red-hawk-robot/

*PSEG and Montclair State Partnership Accelerates Sustainability Solutions
Partnership helps move New Jersey toward its ambitious energy goals | 9/9/2021*
  https://www.montclair.edu/newscenter/2021/09/09/pseg-and-montclair-state-partnership-accelerates-education-and-clean-energy-solutions/

*Impatient for Change- Green Teams bring sense of urgency to final presentations aimed at addressing climate change | 8/12/2021*
  https://www.montclair.edu/newscenter/2021/08/12/impatient-for-change/

*PSEG 'Green Teams' program wraps up at Montclair State | 8/4/2021*
  https://njbiz.com/pseg-green-teams-program-wraps-montclair-state/

23

Tuininga CV – updated July 2024

*They've Got the (Green) Power- PSEG Institute for Sustainability Studies' Green Teams step up response to meet accelerating global crises | 7/8/2021*
*https://www.montclair.edu/newscenter/2021/07/08/theyve-got-the-green-power/*

*Montclair State University: University Sees Record-Breaking Year in Grant Funding - Across disciplines, faculty have received more than $22M in grants to further programs and research | 7/7/2020*
*https://www.montclair.edu/newscenter/2020/10/07/university-sees-record-breaking-year-in-grant-funding/*

*WBGO 88.3 FM: MSU PSEG ISS Green Teams Making an Environmental Difference in Newark | 8/14/2020*
*https://www.wbgo.org/post/msu-pseg-iss-green-teams-making-environmental-difference-newark#stream/0*

*Montclair State University: Green Teams Receive Congressional Recognition - U.S. Representative Mikie Sherrill (NJ-11) congratulates PSEG Institute for Sustainability Studies Green Teams interns for their summer success | 8/6/2020*
*https://www.montclair.edu/newscenter/2020/08/06/green-teams-receive-congressional-recognition/*

*News 12 New Jersey: Spotlight NJ - Northern New Jersey Community Foundation & MSU | 8/6/2020*
*https://www.facebook.com/dellacrews/videos/3218985221527801/*

*VentureWell: Advancing Sustainability, Equity, and Entrepreneurial Success: Q&A with Amy Tuininga of Montclair State University | 8/4/2020 https://venturewell.org/entrepreneurial-success/*

*Choose New Jersey: Montclair State University's Internship Program Addresses Global Sustainability | 7/30/2020*
*https://www.choosenj.com/blog/montclair-state-universitys-internship-program-addresses-global-sustainability/*

*Northern New Jersey Community Foundation: Green Team Visits Greens Do Good Vertical Farm | 7/23/2020*
*https://www.nnjcf.org/green-team-visits-greens-do-good-vertical-farm/*

*Montclair State University: Green Teams Launch for Summer 2020 - PSEG CEO Ralph Izzo highlights '5 Things to Tackle Climate Change' | 6/10/2020 https://www.montclair.edu/newscenter/2020/06/10/green-teams-launch-for-summer-2020/*

*Montclair State University: Drawing the Bigger Picture - the Campus Community Garden will be growing produce for donation through a partnership with our on-campus food pantry, the Red Hawk Pantry. | 5/18/2020*
*https://www.montclair.edu/pseg-sustainability-institute/2020/05/18/drawing-the-bigger-picture/*

*Montclair State University: Winning Teams - Green Teams receive $2.6M in NSF grants to improve STEM literacy and success in STEM career paths for non-STEM majors and Hispanic students | 5/12/2020*
*https://www.montclair.edu/newscenter/2020/05/12/winning-teams/*

*WMSC 90.3 FM: The Morning Buzz Live - Earth Day Edition Featuring Dr. Amy Tuininga from the PSEG Institute for Sustainability Studies (\*appears at the 16:30 marker) | 4/22/2020*
*https://www.facebook.com/561991883869374/videos/845784892587079/?__so__=watchlist&__rv__=video_home_www_playlist_video_list*

*Montclair State University: Virtual Earth Month - Montclair State celebrates the 50th Earth Day with events all month long | 4/21/2020 https://www.montclair.edu/newscenter/2020/04/21/virtual-earth-day/*

*Montclair State University: Institute Director Participates in United Nations Gatherings - Dr. Amy Tuininga presented at the UN Habitat's Universities Network Initiative and Universities Roundtable | 2/12/2020*
*https://www.montclair.edu/pseg-sustainability-institute/2020/02/12/united-nations-featuring-director/*

*Vanguard Series Leaders in Higher Education | 8/6/2018*
*https://njbiz.com/vanguard-series-leaders-in-higher-education-2018/*

Tuininga CV – updated July 2024

<u>The Refresh</u>
The Re-Fresh aired on Thursdays at 3:00 PM ET and Mondays at 11:00 AM ET on 90.3 WMSC FM
(http://www.wmscradio.com/) from 4/2022 – 9/2023. Episodes can be found on demand on SoundCloud
(https://soundcloud.com/wmsc/sets/the-re-fresh), and on Spotify
(https://open.spotify.com/show/4F4X0guAip7sBkUQKdOOPt?si=GMUOAgrlTleOLAfJk_OFTw).

- Introduction to the Re-Fresh | 4/5/2022 |
  *https://open.spotify.com/episode/3N7ZVMQfijQnrJPMlHeYoO?si=dffb9028f6f54cf0&nd=1*

- The 2016 New Jersey Manufacturers Insurance Group Green Team | 4/22/2022 |
  *https://open.spotify.com/episode/7eygjynlRKnSLUid0HeYMe?si=92daf53b5d394d77&nd=1*

- The 2018 Hackensack Meridian Health Green team | 4/22/2022 |
  *https://open.spotify.com/episode/5UnQjc6aDH0Y5bJD8kNVp2?si=6ad05aa9cb99421f&nd=1*

- Newark Community Leaders | 4/22/2022 |
  *https://open.spotify.com/episode/7xsEkH5roEZ3xDKn9U6guM?si=77c7558888c84e3b&nd=1*

- Environmental Planning with Yasmine Pessar | 4/22/2022 |
  *https://open.spotify.com/episode/1QsAfkjrtiLK5oQEZ5kJDq?si=5098f04769fc405d&nd=1*

- Sustainability and People with Peter Yacobellis | 4/22/2022 |
  *https://open.spotify.com/episode/6mjzxqdiLX9kTBvkB2WndU?si=05f65bde68704457&nd=1*

- Sustainability and Social Justice with Ebony Jackson | 4/22/2022 |
  *https://open.spotify.com/episode/3APuwxex9RFO3K36THptu0?si=c483e56cf1764016&nd=1*

- Sustainable Transportation with Zenobia Fields | 4/22/2022 |
  *https://open.spotify.com/episode/1RkINSIoHE1bFET79DhYqq?si=c4b158455c1241da&nd=1*

- Climate Policies with Shawn LaTourette and Olivia Glenn | 4/22/2022 |
  *https://open.spotify.com/episode/4rFOod3OmqaNAjbEnzucrg?si=b2eb3ed72e924e70&nd=1*

- Building a Resilient Economy with Richard Lawton | 6/8/2022 |
  *https://open.spotify.com/episode/7K95EaqMEXY8G9BtWN7ABj?si=d20d6e110c2d4657&nd=1*

- Latinxs in Sustainability with Cristina Garcia and Abraham Baca | 6/23/2022 |
  *https://open.spotify.com/episode/4ke2zZa7GLHeTRGqQUmoUG?si=5afea97cefa04246&nd=1*

- Climate-Resilient Communities with Scott Dvorak and Brendan Shane | 6/30/2022 |
  *https://open.spotify.com/episode/3mDgZyLHTyvGPNffGULGtT?si=44538c4e788241c5&nd=1*

- Community Level Sustainability & Resiliency with Gray Russell | 8/11/2022 |
  *https://open.spotify.com/episode/64A1C4ZFsIfcNRNhunu5vj?si=6a70395346624463&nd=1*

- 2021 Greens Do Good Green Team | 8/18/2022 |
  *https://open.spotify.com/episode/6ruVvxtXGb10uUECsGXdGa?si=f279805cba1d4497&nd=1*

- Carbon Research with Shih-Chieh Chen | 8/25/2022 |
  *https://open.spotify.com/episode/66jn4H9f2NMWBPYBVFxffF?si=11486797dbd74662&nd=1*

- The 2019 PGIM Green Teams | 9/1/2022 |
  *https://open.spotify.com/episode/5PUcaFditz5vNjwHwzASQf?si=ae0038f2abc14add&nd=1*

Tuininga CV – updated July 2024

- Sustainable Housing with Marc Rowell | 11/17/2022 |
  *https://open.spotify.com/episode/39QbDvWxFWKeTcNekL9Wny?si=4ea834966b46400a&nd=1*

- Sustainability in State Government with Matt Rivas | 11/17/2022 |
  *https://open.spotify.com/episode/1WJSgzXBEFBy6m2rjI4LfF?si=49176a8af8b047e5&nd=1*

- Electric Vehicles with George Koutsouradis | 11/17/2022 |
  *https://open.spotify.com/episode/4CdZfdgjcuHvdZeuJ6EdWn?si=1300d30074ff44f6&nd=1*

- Meet The Re-Fresh Team! | 11/17/2022 |
  *https://open.spotify.com/episode/2wsFaDxS4ctD0pSH9MrnEB?si=ecaabd1f39ad4dbb&nd=1*

- The 2022 Green Teams Project Managers and Assistant Project Managers | 11/17/2022 |
  *https://open.spotify.com/episode/3WWkEciCyS5MFto1tUZscj?si=c506ccc85d7f4b27&nd=1*

- The Paleocene-Eocene Thermal Maximum Event with Dr. Ying Cui & Samantha Benjamin | 11/17/2022 |
  *https://open.spotify.com/episode/2TFBBTVKwvlPH4H5Q149d9*

- The 2019 NJNG Renewable Natural Gas Green Team | 11/17/2022 |
  *https://open.spotify.com/episode/1T032gaPVyJoDOGQaPLMar?si=501a5fc338f245d4&nd=1*

- *The Power of Confidence and Networking with Harrison Weiss | The Re-Fresh podcast | 3/27/2023*
  https://open.spotify.com/episode/28KXRzGjIKqQQ9pokTaJoY?si=3b20df18e3c94b31

- *Sustainable Start-Ups and Podcasts with William Cheshier| The Re-Fresh podcast | 3/27/2023*
  https://open.spotify.com/episode/3TXF5sD2TFvXWEGsfkRjgF?si=99322c5d8bea4c1a

- *Transferable Skills and Non-linear Paths with Dina Jones | The Re-Fresh podcast | 3/27/2023*
  https://open.spotify.com/episode/0cwLtLbgSJ2Bq7gRRqpKgO?si=86d94d05302d45f5

- *Sustainable Fashion & Second Hand Wedding Gowns with Caitlin Macri | The Re-Fresh podcast | 3/27/2023*
  https://open.spotify.com/episode/2dlJFNQ9HhbJJQ0477W4NV?si=ec820ae32dde474b

- *Community, Mindset, and Career Building in Sustainability with 2022 Alumni | The Re-Fresh podcast | 3/27/2023*
  https://open.spotify.com/episode/54fzBpwLsG39059sQPY5c7?si=9e287fb688d042be

- *Supporting the Environment and Ourselves with Jenn Grimm | The Re-Fresh podcast | 3/27/2023*
  https://open.spotify.com/episode/7HdUmKguPPgllPUOcNmmhT?si=23c588d2e7ef4cef

- *Art in Sustainability with Melanie Schlosser | The Re-Fresh podcast | 3/27/2023*
  https://open.spotify.com/episode/5SBBZC5EzUFwYi9cKl1IOD?si=0ae8970fa4a14a03

- *Zero-Waste Wood Recycling with Ben Patton | The Re-Fresh podcast | 3/27/2023*
  https://open.spotify.com/episode/73fadRAVPLU39J72gQ1DGt?si=0f9b053bb5e142fd

- *Solar Energy & Environmental Justice with Yvette Viasus| The Re-Fresh podcast | 3/27/2023*
  https://open.spotify.com/episode/4AoEcJ7lFjDYnC43D3TTJI?si=6d8ba294f665456a