MEYNER AND LANDIS LLP
Albert Telsey, Esq.
One Gateway Center, Suite 2500
Newark, New Jersey 07102
Telephone: (973) 602-3439
Facsimile: (973) 624-0356
atelsey@meyner.com
*Attorneys for Intervenor, Carneys Point Township*

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| NEW JERSEY DEPARTMENT OF ENVIRONMENTAL PROTECTION; et al., *Plaintiffs*, v. E.I. DU PONT DE NEMOURS AND COMPANY; et al. *Defendants*. | Case No.: 1:19-cv-14758-RMB-JBC (Pompton Lakes) 1:19-cv-14765-RMB-JBC (Repauno) 1:19-cv-14766-RMB-JBC (Chambers Works) 1:19-cv-14767-RMB-JBC (Parlin/Sayreville) Hon. Renée Marie Bumb, Chief U.S.D.J. James B. Clark, III, U.S.M.J. |

### ORDER FOR INTERVENTION
### Carneys Point Township
### Writ of Mandamus

**THIS MATTER** having been opened to the Court by Meyner and Landis LLP, attorneys for proposed Intervenor, Carneys Point Township, for an order authorizing Carneys Point Township to intervene in this matter pursuant to Fed R. Civ. P. 24(a) and (b); and counsel for all parties having received notice of this Motion; and the Court having considered the pleadings (Writ of Mandamus) and

1

motion papers filed herein; and having heard arguments of counsel; and for good cause being shown;

    IT IS on the ____ day of _____ 2025,

**ORDERED** that the Motion for Intervention is GRANTED; and it is

**FURTHER ORDERED**

1. Intervenor, Carneys Point, shall file its Writ of Mandamus within 5 days of the date of this Order, which shall be deemed service on the Settling Plaintiffs.

2. Case management regarding the Writ of Mandamus shall be addressed by separate order(s) of the court.

Date:

                                SO ORDERED:


                                _____

                                HON. RENÉE MARIE BUMB
                                Chief United States District Judge