# CARNEYS POINT TOWNSHIP

**MAYOR**
Dr. Joseph F. Racite

**DEPUTY MAYOR**
Wayne D. Pelura

**COMMITTEEMAN**
Kenneth H. Brown

**COMMITTEEMAN**
Kenneth R. Dennis

**COMMITTEEMAN**
Marcus E. Dowe, Jr.

**MUNICIPAL BUILDING**
**303 HARDING HIGHWAY**
**CARNEYS POINT, NJ 08069**
**(856) 299-0070**
FAX (856) 299-1983

**TOWNSHIP CLERK**
June Proffitt

**ADMINISTRATOR**
**CHIEF MUNICIPAL FINANCE OFFICER**
Marie Stout

**TAX COLLECTOR**
Marie Stout

**TAX ASSESSOR**
Kathleen S. Hill

**CONSTRUCTION CODE OFFICIAL**
Robert S. Berducci

March 2, 2017

Cert.Mail/Reg.
**Bob Martin**
Commissioner

Department of
Environmental Protection
Mail Code 401-07
PO Box 420
Trenton, NJ 08625-0420

Cert.Mail/Reg.
**Mark Pedersen**
Department of
Environmental Protection
SRP/Assistant
Commissioner
Mail Code 401-406
PO Box 420
Trenton, NJ 08625-0420

Cert.Mail/Reg.
**Riche S. Outlaw**
Department of
Environmental Protection
Office of Environmental
Justice
Mail Code 402
PO Box 420
Trenton, NJ 08625-0420

Cert.Mail/Reg.
**Karen Kloo**
Department of
Environmental Protection
SRP/Office of Community
Relations
Mail Code 401-0611
PO Box 420
Trenton, NJ 08625-0420

Re:    **Petition for Public Participation**
DuPont/Chemours - Chambers Works
Pennsville/Carneys Point Township, Salem County
PI#008221

Dear Commissioner Martin, Assist. Comm. Pedersen, Mr. Outlaw and Ms. Kloo,

For years the 1,455-acre Chambers Works site has discharged hazardous waste to soil and groundwater. DuPont's remediation documents indicate 100 million pounds of hazardous waste have been discharged over the years. A groundwater plume containing perfluorooctanoic acid (PFOA) and related hazardous substances has travelled as far away as two-miles from the site. This situation is negatively impacting the health, safety and welfare of thousands of local people.

In December 2016 Carneys Point Township sued DuPont for failing to post $1.1B as a remediation funding source ("RFS") as required by the Industrial Site Recovery Act ("ISRA") when it transferred the site to Chemours and entered into a merger agreement with Dow. The lawsuit demands that DuPont post the RFS and that DuPont and its environmental manager pay hundreds of millions of dollars in penalties for violating ISRA. Currently, DuPont has not complied with ISRA or posted the RFS and penalties continue to accrue.

The Township and its residents are concerned that this site may become an unfunded or underfunded derelict site that will damage our local communities for generations to come. It is time that the residents and leaders of Carneys Point Township and other impacted communities become involved in the cleanup work at the site in order to protect themselves.

Department regulations encourage local communities like ours to get involved by petition and to participate at sites such as this one. See N.J.A.C. 7:26C-1.7(o). This regulation requires at least 25 signatures for an affected community to demand a seat at the remediation table.

Attached is a Township Resolution and Petition signed by 1,078 residents living and working near the Chambers Works site. The Petition demands that they have their own Licensed Site Remediation Professional ("LSRP") participate at the remediation table with DEP, DuPont and Chemours so the LSRP and his peer review professionals can review and comment on the remediation work required to be done at and around the site and to communicate effectively with local citizens so they have a sense of participation in their own health, safety and welfare.

We demand that by May 1, 2017 our impacted communities begin participating in the investigation and remediation of the site and the surrounding areas as follows:

1.  DuPont/Chemours shall provide our LSRP with an up to date electronic copy of its comprehensive geographical information system ("GIS") based conceptual site model ("CSM") so we can have access to all the site information upon which reports to DEP and communications about the site have originated and will originate;

2.  DuPont/Chemours and DEP shall electronically copy our LSRP on all letters, emails, reports, data, documents and other communications about the remediation of the site and the surrounding areas as if he/she was a team member;

3.  Our LSRP shall be entitled to submit comments to DuPont/Chemours and DEP on any and all aspects of the information provided or to be provided, the work being proposed and the work being undertaken;

4.  DuPont/Chemours and DEP shall respond to our LSRPs comments and concerns in a timely manner; and

5.  Any disagreements that cannot be amicably resolved shall be resolved by three agreed upon LSRPs from the New Jersey LSRP Association acting as a dispute resolution body.

It is imperative that we get this participation plan up and running by May 1, 2017. I and others are available to discuss this matter with you in more detail or to meet with you in person. I look forward to hearing from you. Thank you.

Sincerely,

Dr. Joseph P. Racite, Mayor

Enclosure

Cc:     Senator Stephen M. Sweeney (w/encl.)
        Assemblyman John J. Burzichelli (w/encl.)
        Assemblyman Adam J. Taliaferro (w/encl.)
        Carneys Point Township Committee (w/encl.)
        Pennsville Mayor and Township Committee (w/encl.)
        Mannington Mayor and Township Committee (w/encl.)
        Penns Grove Mayor and Township Committee (w/encl.)
        Salem County Health Department (w/encl.)
        Linda Range, DEP Case Manager (w/encl.)

# CARNEYS POINT TOWNSHIP
## RESOLUTION 2016-36
### RESOLUTION APPROVING CHAMBERS WORKS PETITION

**WHEREAS**, Carneys Point Township ("Township") desires to participate in the decision-making process involving the investigation and remediation of the Chambers Works facility and the surrounding area being undertaken by E. I. duPont de Nemours and Company ("DuPont") and The Chemours Company FC, LLC ("Chemours") with oversight by the New Jersey Department of Environmental Protection ("DEP"); and

**WHEREAS**, DEP regulations at N.J.A.C. 7:26C-1.7(o) permit interested parties an opportunity to participate in the decision-making process based on the needs expressed by the community if the DEP determines that there is substantial public interest based on a petition containing the signatures of 25 or more people who live or work within 200 feet of the extent of contamination or the property boundary, whichever is greater; and

**WHEREAS**, the Township believes there is substantial public interest in this matter;

**NOW THEREFORE, BE IT RESOLVED** by the Township Committee of Carneys Point Township, County of Salem, State of New Jersey that:

1. The Petition attached hereto is approved for dissemination and execution by all those persons interested in disseminating and signing the Petition with the expectation that persons taking responsibility for the dissemination and execution of the Petition will copy the form of Petition and provide the Township Clerk with the signed Petitions.

2. Upon receipt of the signed Petitions the Township shall send them to DEP and work with DuPont, Chemours and DEP with the preparation of a Public Participation Plan that is satisfactory to the Township.

ATTEST:

June Proffitt, Township Clerk

CARNEYS POINT TOWNSHIP

Dr. Joseph F. Racite, Mayor

ADOPTED: January 18, 2017

| COMMITTEE | MOVED | SECONDED | Y | N | ABSTAIN | ABSENT |
|-----------|-------|----------|---|---|---------|--------|
| DOWE | | | | | | X |
| BROWN | | X | X | | | |
| DENNIS | | | X | | | |
| PELURA | X | | X | | | |
| RACITE | | | X | | | |

CERTIFIED TO BE A TRUE AND CORRECT COPY OF
A RESOLUTION ADOPTED BY TOWNSHIP COM-
MITTEE AT A MEETING HELD ON THE _18th_
DAY OF _January_ 20_17_

_____ TOWNSHIP CLERK



# PETITION
## To Make DuPont Cleanup Chambers Works
### N.J.A.C. 7:26C-1.7(o)

January 2017
Approved by the Carneys Point Township Committee
Resolution No. 2016-36

DuPont has dumped over 100 million pounds of hazardous waste at Chamber Works over the past 100 years making it one of the most polluted sites in America. It is bigger than Love Canal and the spill from the Exxon Valdez.

DuPont has not cleaned up the contamination, which has now migrated to soil, groundwater, the Delaware River, the Salem Canal and neighborhoods as far away as 2-miles from the site.

The cleanup has been calculated to cost over $1B and it will take hundreds of years to complete. DuPont was required by law to post cleanup funds for the benefit of local communities before transferring the site to Chemours but did not do so.

Chambers Works might be abandoned and left as a polluted hulk that will ruin the economy and quality of life of local residents for generations to come if it is not cleaned up. DuPont is merging with Dow and will soon disappear. Chemours is a new company that may or may not survive. Something has to be done now to clean up the site before the money disappears.

Local residents have never had a seat at the table when it comes to how and when the site will get cleaned up. The time is now that our voices be heard.

New Jersey regulations permit local communities to get involved with the cleanup of the site if at least 25 people sign a petition. Let's have as many people as possible sign this petition so we can be heard.

## DEMAND

I live or work within 200 feet of Chambers Work or within the 2-mile contamination zone around the plant. I demand that the New Jersey Department of Environmental Protection make DuPont prepare a meaningful Public Participation Plan that includes allowing a Licensed Site Remediation Professional or Professionals representing the interests of local communities participate in all aspects of the cleanup decision making process at and around the site.

| No. | Print Name | Address | Email |
|-----|-----------|---------|-------|
| 1 | Mona Lisa Ransome | 664 Regenell Apre CP | |
| 2 | Paula Jackson | 117 Field St. CP 08 | Paula 117@yahoo.com |
| 3 | Sam J. Jackson II | 1 Field Stree Harneys Point N.J. | jacksonskidd@gmail.com |
| 4 | Daryl B Ransome | 201 Regenel Drive CP | |

| No. | Print Name | Address | Email |
|---|---|---|---|
| 5 | James Ransome | Aliertus Cove Cheneys Pond NC | JkRansome.comcast.net |
| 6 | Thereth Ransom | 112 Dien Ave. | " " |

## PETITION
## To Make DuPont Cleanup Chambers Works
### N.J.A.C. 7:26C-1.7(o)

January 2017
Approved by the Carneys Point Township Committee
Resolution No. 2016-36

DuPont has dumped over 100 million pounds of hazardous waste at Chamber Works over the past 100 years making it one of the most polluted sites in America. It is bigger than Love Canal and the spill from the Exxon Valdez.

DuPont has not cleaned up the contamination, which has now migrated to soil, groundwater, the Delaware River, the Salem Canal and neighborhoods as far away as 2-miles from the site.

The cleanup has been calculated to cost over $1B and it will take hundreds of years to complete. DuPont was required by law to post cleanup funds for the benefit of local communities before transferring the site to Chemours but did not do so.

Chambers Works might be abandoned and left as a polluted hulk that will ruin the economy and quality of life of local residents for generations to come if it is not cleaned up. DuPont is merging with Dow and will soon disappear. Chemours is a new company that may or may not survive. Something has to be done now to clean up the site before the money disappears.

Local residents have never had a seat at the table when it comes to how and when the site will get cleaned up. The time is now that our voices be heard.

New Jersey regulations permit local communities to get involved with the cleanup of the site if at least 25 people sign a petition. Let's have as many people as possible sign this petition so we can be heard.

## DEMAND

I live or work within 200 feet of Chambers Work or within the 2-mile contamination zone around the plant. I demand that the New Jersey Department of Environmental Protection make DuPont prepare a meaningful Public Participation Plan that includes allowing a Licensed Site Remediation Professional or Professionals representing the interests of local communities participate in all aspects of the cleanup decision making process at and around the site.

| No. | Print Name | Address | Email |
|-----|-----------|---------|-------|
| 1 | Kaneka Hill | 204 Rt 1st + 73 Canney Point NJ | kanekahill.aigmail.cn |
| 2 | Dorothy Robinson | 441 S. Dupont Rd Apt 340 Carneys Point N | |
| 3 | James Fauntleroy | 2736 Oldman Creek Rd Swedesboro NJ 8085 | |
| 4 | Maya Miles | 12 Penniville Pedri Rd Pedricktown NJ | ynfleld2@comcast.net |

| No. | Print Name | Address | Email |
|---|---|---|---|
| 5 | Timothy Reed Sr. | 56 Penkintown Rd | |
| 6 | Timothy Reed Jr | " Pedrick N.J | |
| 7 | Jayne M Reed | " | |
| 8 | Shawanda Reed | " | |
| 9 | Milford L Ransom | 876 Howell Blvd | Second Baptist Church Pedricktown N.J |
| 10 | Renee C Ransom | " | Second Baptist Church Pedricktown N.J |
| 11 | Marcus Davis | 197 Manning Ave SP | Trustee Second Baptist Church Pedricktown N.J |
| 12 | Paul Ransome | 122 Reinville Rd SP Pedricktown NJ 08067 | Trustee Second Baptist Church Pedricktown N.J |
| 13 | Alicia Ransome | SAME ADDRESS | |
| 14 | Queen Presley | 51 Penkentown Rd 08067 | |
| 15 | Edward Dorn Sr | 28 Pennsville Pedricktown | Pedricktown N.J 08067 |
| 16 | Charlotte Dorn | 20 Pennsville Pedricktown | Pedricktown N.J 08067 |
| 17 | Edward Dorn Jr | 20 Pennsville Pedricktown Road | Pedricktown N.J 08067 |
| 18 | Wanda Dorn | 20 Pennsville Pedricktown Road | Pedricktown N.J 08067 |
| 19 | James P Minter | 17 Donna Drive | Pedricktown N.J 08067 |
| 20 | Lela Minter | 17 Donna Drive | Pedricktown N.J 08067 |
| 21 | Robert Minter | 17 Donna Drive | Pedricktown N.J 08067 |
| 22 | Delgeatta Minter | 17 Donna Drive | Pedricktown N.J 08067 |
| 23 | Antletious Santiago S Peterson | | 20 Donna Drive Pedricktown NJ 08067 |
| 24 | Carolyn Peterson | 51 Donna Drive Gloucester NJ | |
| 25 | Valerie Moore | 205 B Street Carneys Point | |
| 26 | Kevin Peterson | Pennsville Pedricktown Road PASTOR Second Baptist Church | Pedricktown N.J 08067 |
| 27 | Stephanie Peterson | Pennsville Pedricktown Road Pedricktown N.J 08069 | |

| No. | Print Name | Address | Email |
|-----|-----------|---------|-------|
| 1 | W. J. B. BOKENBAUGH SR. | 241 SOUTH GERWOOD Lane | TRUSTEE Second Bapt. Church Pedricktown |
| 2 | ROBERTA BOKEN-BAUGH | CAR NEYS Point N.J. 08069 | |
| 3 | Denise Giles | 93 Penns Grove Pedrick | Member Trustee Second Baptist Ch |
| 4 | Sandra Giles | Pedricktown N.J. | 1st Second Baptist Ch Pedricktown |
| 5 | B. Avery Ransome | 122 Annisville Pedricktown Rd | Pedrick town |



# PETITION
## To Make DuPont Cleanup Chambers Works
### N.J.A.C. 7:26C-1.7(o)

January 2017
Approved by the Carneys Point Township Committee
Resolution No. 2016-36

DuPont has dumped over 100 million pounds of hazardous waste at Chamber Works over the past 100 years making it one of the most polluted sites in America. It is bigger than Love Canal and the spill from the Exxon Valdez.

DuPont has not cleaned up the contamination, which has now migrated to soil, groundwater, the Delaware River, the Salem Canal and neighborhoods as far away as 2-miles from the site.

The cleanup has been calculated to cost over $1B and it will take hundreds of years to complete. DuPont was required by law to post cleanup funds for the benefit of local communities before transferring the site to Chemours but did not do so.

Chambers Works might be abandoned and left as a polluted hulk that will ruin the economy and quality of life of local residents for generations to come if it is not cleaned up. DuPont is merging with Dow and will soon disappear. Chemours is a new company that may or may not survive. Something has to be done now to clean up the site before the money disappears.

Local residents have never had a seat at the table when it comes to how and when the site will get cleaned up. The time is now that our voices be heard.

New Jersey regulations permit local communities to get involved with the cleanup of the site if at least 25 people sign a petition. Let's have as many people as possible sign this petition so we can be heard.

## DEMAND

I live or work within 200 feet of Chambers Work or within the 2-mile contamination zone around the plant. I demand that the New Jersey Department of Environmental Protection make DuPont prepare a meaningful Public Participation Plan that includes allowing a Licensed Site Remediation Professional or Professionals representing the interests of local communities participate in all aspects of the cleanup decision making process at and around the site.

| No. | Print Name | Address | Email |
|-----|-----------|---------|-------|
| 1 | Roxanne Alexis | 18 Fergreen Dr Penns Grove, NJ | roxanne.lewis@gmail.com |
| 2 | Nariah S Lewis | | |
| 3 | Samiyn M Lewis | | |
| 4 | Tunni Lee Sh | | |
| 5 | Tytiano Dee Sh | | |

| No. | Print Name | Address | Email |
|---|---|---|---|
| 6 | Reisha Lewis | 3 Westminster Ct | Reishalewis@gmail.com |
| 7 | Nimene Richmond | | |
| 8 | Sania Lewis | | |
| 9 | Alayah Lewis | | |
| 10 | Nelson Strickland | 175 P.G. Auburn Rd. Apt 902a C P N J 08069 | |



# PETITION
## To Make DuPont Cleanup Chambers Works
### N.J.A.C. 7:26C-1.7(o)

January 2017
Approved by the Carneys Point Township Committee
Resolution No. 2016-36

DuPont has dumped over 100 million pounds of hazardous waste at Chamber Works over the past 100 years making it one of the most polluted sites in America. It is bigger than Love Canal and the spill from the Exxon Valdez.

DuPont has not cleaned up the contamination, which has now migrated to soil, groundwater, the Delaware River, the Salem Canal and neighborhoods as far away as 2-miles from the site.

The cleanup has been calculated to cost over $1B and it will take hundreds of years to complete. DuPont was required by law to post cleanup funds for the benefit of local communities before transferring the site to Chemours but did not do so.

Chambers Works might be abandoned and left as a polluted hulk that will ruin the economy and quality of life of local residents for generations to come if it is not cleaned up. DuPont is merging with Dow and will soon disappear. Chemours is a new company that may or may not survive. Something has to be done now to clean up the site before the money disappears.

Local residents have never had a seat at the table when it comes to how and when the site will get cleaned up. The time is now that our voices be heard.

New Jersey regulations permit local communities to get involved with the cleanup of the site if at least 25 people sign a petition. Let's have as many people as possible sign this petition so we can be heard.

# DEMAND

I live or work within 200 feet of Chambers Work or within the 2-mile contamination zone around the plant. I demand that the New Jersey Department of Environmental Protection make DuPont prepare a meaningful Public Participation Plan that includes allowing a Licensed Site Remediation Professional or Professionals representing the interests of local communities participate in all aspects of the cleanup decision making process at and around the site.

| No. | Print Name | Address | Email |
|-----|------------|---------|-------|
| 1 | Fred Barbento Sr | 258 Dixie Str. Carneys Point N.J. | |
| 2 | Lillie Lewis | 105 Washington Ave Carneys Point N.J. 08069 | |
| 3 | Doris Murray | 130 Gillette Ave. Penns Grove N.J. | |
| 4 | Saleem Moore | Penns Grove N.J. | |

| No. | Print Name | Address | Email |
|-----|-----------|---------|-------|
| 5 | Patricia Oronkwo | 116 S.E. Ave - Penns Grove N.J. | |
| 6 | Kenneth Johnson | 114 N. Virginia Ave | |
| 7 | Doris W. James | 81 Maryland Ave | |
| 8 | Kimberly Jones | 81 Maryland Ave | |
| 9 | Tracey Harris | 114 C North Virginia Ave | |
| 10 | Anthony Jones | 114 C N. Virginia Ave | |
| 11 | Khalyk Gillian | 95 Turner avenue | |
| 12 | Sasha Gillian | 95 Turner avenue | |
| 13 | Khary Higgs | 95 Turner avenue | |
| 14 | Torrey Ransome | 17 Pearl Street | |
| 15 | James Roane | 30 Sixth avenue | |
| 16 | Stacey Ingram | 80 Sixth avenue | |
| 17 | Pamela Chatterton | 442 Middle St Pennsville | |
| 18 | Siry Ray | 130 S. 11 & 13. Ave P.G. N.J. 08069 | |
| 19 | Knowledge Allah | 81 Coleman Ave Penns Grove NJ | KnowledgeAllah26@gmail.com |
| 20 | Friel Lewis | | |
| 21 | Aimee Lewis | | |
| 22 | Knowledge Young | | |
| 23 | Messiah Allah | | |
| 24 | Saxon Allah | | |
| 25 | Prince Allah | | |
| 26 | Mikhail L. Lewis | 300 S. Sixth Ave Penns Grove NJ | mikhaelewis330@yahoo.com |
| 27 | Damiis Lewis | | |
| 28 | Tanika Lewis | | |



# PETITION
## To Make DuPont Cleanup Chambers Works
### N.J.A.C. 7:26C-1.7(o)

January 2017
Approved by the Carneys Point Township Committee
Resolution No. 2016-36

DuPont has dumped over 100 million pounds of hazardous waste at Chamber Works over the past 100 years making it one of the most polluted sites in America. It is bigger than Love Canal and the spill from the Exxon Valdez.

DuPont has not cleaned up the contamination, which has now migrated to soil, groundwater, the Delaware River, the Salem Canal and neighborhoods as far away as 2-miles from the site.

The cleanup has been calculated to cost over $1B and it will take hundreds of years to complete. DuPont was required by law to post cleanup funds for the benefit of local communities before transferring the site to Chemours but did not do so.

Chambers Works might be abandoned and left as a polluted hulk that will ruin the economy and quality of life of local residents for generations to come if it is not cleaned up. DuPont is merging with Dow and will soon disappear. Chemours is a new company that may or may not survive. Something has to be done now to clean up the site before the money disappears.

Local residents have never had a seat at the table when it comes to how and when the site will get cleaned up. The time is now that our voices be heard.

New Jersey regulations permit local communities to get involved with the cleanup of the site if at least 25 people sign a petition. Let's have as many people as possible sign this petition so we can be heard.

## DEMAND

I live or work within 200 feet of Chambers Work or within the 2-mile contamination zone around the plant. I demand that the New Jersey Department of Environmental Protection make DuPont prepare a meaningful Public Participation Plan that includes allowing a Licensed Site Remediation Professional or Professionals representing the interests of local communities participate in all aspects of the cleanup decision making process at and around the site.

| No. | Print Name | Address | Email |
|-----|------------|---------|-------|
| 1 | Carol Brewer | 175 PennsGrove. Auburn Rd. apt 1009 CP N.J 08069 | |
| 2 | Irene Brewer | 96 S. Broad St. Penns Grove N.J 08069 | |
| 3 | Richard Brewer | 96 S. Brood St Penns Grove N.J 08069 | |
| 4 | George Hill | 175 Penns Grove Aurburl Rd. apt 1003 C.P. N.J 08069 | |
| 5 | Jean Johnson | 504 Sandy Ridge Apt. Carney's Point N.J 08069 | |

| No. | Print Name | Address | Email |
|-----|-----------|---------|-------|
| 6 | Rose Hill | 110 S Boards ap/a Pennsgrove NJ 08068 | |
| 7 | Floyd Hill sr | 1751 NNS Grove Ave Ap 100S CPNJ 08068 | |
| 8 | GARY Hill | 658 Hill 118 | |
| 9 | Shywone Hill | Sto. Joh. Grand Jr | |
| 10 | | Pennsville NJ | |
| 11 | Nina Perkulovic | Pennsville N.J. 08011 | |
| 12 | Nicole Brennan | Penns Grove Ct | |
| 13 | Tina Inza Sawyer | 154 Main St Kunsgrove NJ 08069 | |
| 14 | Diana F. Burn | 33 Little Ave Kungrove 08069 | |
| 15 | Sonya Sawyer | 55 West Pitman Rd 08069 | MSamper@Pittsburg.nj.Gov |
| 16 | Linda Sawyer | 358 Rose Pitman d. Pg 08069 | |
| 17 | Dora Sawyer | 55 West Pitman st Pg 08069 | |
| 18 | Alma Sawyer | 94 Rose Pitman ave NJ 08069 | |
| 19 | Vanessa Holloway | | |
| 20 | Glenda Sawyer | | |
| 21 | Pauline Miller | | |
| 22 | Dyshon Holloway | | |
| 23 | Dwayne Miller | | |
| 24 | Ebony Sawyer | | |
| 25 | Gene Reed | 358 Single Ave Penns grove NJ 08069 | |
| 26 | Shavonda Perry | | |
| 27 | Brandon Lynard | | |
| 28 | Debbie Barker | 358 Rose Ave Carneys Pt NJ 08069 | |
| 29 | Sandy Wright | 1203 Barnsly Ridge Carney Pt NJ 08069 | (856) Barnsly Ridge apartment |



# PETITION
## To Make DuPont Cleanup Chambers Works
### N.J.A.C. 7:26C-1.7(o)

January 2017
Approved by the Carneys Point Township Committee
Resolution No. 2016-36

DuPont has dumped over 100 million pounds of hazardous waste at Chamber Works over the past 100 years making it one of the most polluted sites in America. It is bigger than Love Canal and the spill from the Exxon Valdez.

DuPont has not cleaned up the contamination, which has now migrated to soil, groundwater, the Delaware River, the Salem Canal and neighborhoods as far away as 2 miles from the site.

The cleanup has been calculated to cost over $1B and it will take hundreds of years to complete. DuPont was required by law to post cleanup funds for the benefit of local communities before transferring the site to Chemours but did not do so.

Chambers Works might be abandoned and left as a polluted hulk that will ruin the economy and quality of life of local residents for generations to come if it is not cleaned up. DuPont is merging with Dow and will soon disappear. Chemours is a new company that may or may not survive. Something has to be done now to clean up the site before the money disappears.

Local residents have never had a seat at the table when it comes to how and when the site will get cleaned up. The time is now that our voices be heard.

New Jersey regulations permit local communities to get involved with the cleanup of the site if at least 25 people sign a petition. Let's have as many people as possible sign this petition so we can be heard.

# DEMAND

I live or work within 200 feet of Chambers Work or within the 2-mile contamination zone around the plant. I demand that the New Jersey Department of Environmental Protection make DuPont prepare a meaningful Public Participation Plan that includes allowing a Licensed Site Remediation Professional or Professionals representing the interests of local communities participate in all aspects of the cleanup decision making process at and around the site.

| No. | Print Name | Address | Email |
|-----|------------|---------|-------|
| 1 | Andrea Staton | 175 Penns Grove Auburn Rd. Apt 90 Carneys Point N.J. 5804 | kstricklee@gmail.com |
| 2 | Shirley Richardson | Apt 401 Penns Grove Auburn rd. Carneys Point | |
| 3 | Nathaniel Richardson | 175 Penns Grove Auburn Rd Apt 401 C.P. N.J. 08069 | |
| 4 | Jennifer Harvin | 175 Penns Grove Auburn Rd Apt 306 Carneys Point 08069 | |

| No. | Print Name | Address | Email |
|---|---|---|---|
| 5 | | | |
| 6 | Gregory Dessa | Same as above | |
| 7 | Gregg Lewis | same as above | |
| 8 | Thomas Hymes | same as above | |
| 9 | RHONDA Broods | 412 Sandy Ridge | |
| 10 | DaWoN Broadduer | 412 Sandy Ridge | |
| 11 | Quine Jackson | 412 Sandy Ridge | |
| 12 | R. Smith | 406 Lanny's | |
| 13 | Sheba Sorrell | Pennsgrove, NJ | dj.kera@gmail.com |
| 14 | Diere P Sorrell | | Weresorrell@gmail.com |
| 15 | La Bastain Sorrell | Pennsgrove, NJ | dj.kera@gmail.com |
| 16 | | | |
| 17 | | | |
| 18 | | | |
| 19 | | | |
| 20 | | | |
| 21 | Eartha Reavelu | 222 Applewood Lane | |
| 22 | Leida Adams | 175 Pensgrove Auburn Rd Apt 868 | leidasplace@gmail.com |
| 23 | | | |
| 24 | Kendra Underwood | | |
| 25 | Frances Y. Harvey | | |
| 26 | L. Pheene Hill | 77 State St, Pennsgrove 08069 | |
| 27 | Mary Ann Stewart | 77 State St 1A Pennsgrove 08069 | |
| 28 | Rasheem Holmes | 1901 Sandy Ridge Harleys Point 08069 | |



## PETITION
## To Make DuPont Cleanup Chambers Works
N.J.A.C. 7:26C-1.7(o)

January 2017
Approved by the Carneys Point Township Committee
Resolution No. 2016-36

DuPont has dumped over 100 million pounds of hazardous waste at Chamber Works over the past 100 years making it one of the most polluted sites in America. It is bigger than Love Canal and the spill from the Exxon Valdez.

DuPont has not cleaned up the contamination, which has now migrated to soil, groundwater, the Delaware River, the Salem Canal and neighborhoods as far away as 2-miles from the site.

The cleanup has been calculated to cost over $1B and it will take hundreds of years to complete. DuPont was required by law to post cleanup funds for the benefit of local communities before transferring the site to Chemours but did not do so.

Chambers Works might be abandoned and left as a polluted hulk that will ruin the economy and quality of life of local residents for generations to come if it is not cleaned up. DuPont is merging with Dow and will soon disappear. Chemours is a new company that may or may not survive. Something has to be done now to clean up the site before the money disappears.

Local residents have never had a seat at the table when it comes to how and when the site will get cleaned up. The time is now that our voices be heard.

New Jersey regulations permit local communities to get involved with the cleanup of the site if at least 25 people sign a petition. Let's have as many people as possible sign this petition so we can be heard.

## DEMAND

I live or work within 200 feet of Chambers Work or within the 2-mile contamination zone around the plant. I demand that the New Jersey Department of Environmental Protection make DuPont prepare a meaningful Public Participation Plan that includes allowing a Licensed Site Remediation Professional or Professionals representing the interests of local communities participate in all aspects of the cleanup decision making process at and around the site.

| No. | Print Name | Address | Email |
|-----|------------|---------|-------|
| 1 | Marlie Lindsey | 14-A N. Virginia Ave | lindse_Martiae@aro.com |
| 2 | Ellouise Jones | HN 8 Dupont Rd. Apt 304 | |
| 3 | Atica Jones | 14 Maddle Place | |
| 4 | | | |

| No. | Print Name | Address | Email |
|-----|-----------|---------|-------|
| 5 | Loretta Broadus | 99 Regent Drive | |
| 6 | Monica Bazemore | 111 Pemrose Ave | |
| 7 | Jordan Bazemore | 111 Pemrose Ave | |
| 8 | Jacqueline Sharper | Quest Ministries Carneys Point NJ 08069 | |
| 9 | Shaqhonda Sharper | 58 West Main Street | |
| 10 | Shaqueda Sharper | 19 Helms Cove Lane NJ 08069 | |
| 11 | Sylvia Tindley | 259 Dixie Dr. Carneys Point | Syl Loves CP @ gmail.com |
| 12 | CK Farrington | 259 Dixie Dr | |
| 13 | Carla Shayes | 200 South Broadst | |
| 14 | Eric Bazemore | 58 West Main Street PG NJ 08069 | |
| 15 | Carla Sharper | 200 South Broad st | |
| 16 | Dynisha Sharper | Apt 200 Pinevillage NJ's | |
| 17 | Hope Sharper | 561 College Apts | |
| 18 | Marquesis Sharper | Apt 200 West Thompson St | |
| 19 | Sharon R. Crisse | 339 Marion Ave | |
| 20 | Julius C. Johnson | East Marion Ave. #9 | |
| 21 | Charles L Farrington Jr | 546 Deer Drive Carneys Point | |
| 22 | Debbie Broadus | Apt. 99 Regent Drive Apt. 99 | |
| 23 | Shronda Bain | 366 Juilett Ave. | |
| 24 | Tamara Broadus | Apt. 99 Regent Ave. | |
| 25 | Kian Blackson | Apt. 99 Regent Ave | |
| 26 | Tracey Baldwin | Apt. 99 Regent Ave | |
| 27 | Clifford Harvey | 15 Pennsgrove Auburn Road Apt. 902 Carneys Point N.J. 08069 | |
| 28 | Odette Wilson | 9512 Walnut St. Penns Grove N.J. 08069 | |
| 29 | Judy Baisuitu | 258 Dixie Dr. Carneys Point N.J. | (Bar Kentu) |
| 30 | Shawn Lee Brandy | 300 Culliett Ave. Penns Grove NJ | |

6



# PETITION
## To Make DuPont Cleanup Chambers Works
### N.J.A.C. 7:26C-1.7(o)

January 2017
Approved by the Carneys Point Township Committee
Resolution No. 2016-36

DuPont has dumped over 100 million pounds of hazardous waste at Chamber Works over the past 100 years making it one of the most polluted sites in America. It is bigger than Love Canal and the spill from the Exxon Valdez.

DuPont has not cleaned up the contamination, which has now migrated to soil, groundwater, the Delaware River, the Salem Canal and neighborhoods as far away as 2-miles from the site.

The cleanup has been calculated to cost over $1B and it will take hundreds of years to complete. DuPont was required by law to post cleanup funds for the benefit of local communities before transferring the site to Chemours but did not do so.

Chambers Works might be abandoned and left as a polluted hulk that will ruin the economy and quality of life of local residents for generations to come if it is not cleaned up. DuPont is merging with Dow and will soon disappear. Chemours is a new company that may or may not survive. Something has to be done now to clean up the site before the money disappears.

Local residents have never had a seat at the table when it comes to how and when the site will get cleaned up. The time is now that our voices be heard.

New Jersey regulations permit local communities to get involved with the cleanup of the site if at least 25 people sign a petition. Let's have as many people as possible sign this petition so we can be heard.

## DEMAND

I live or work within 200 feet of Chambers Work or within the 2-mile contamination zone around the plant. I demand that the New Jersey Department of Environmental Protection make DuPont prepare a meaningful Public Participation Plan that includes allowing a Licensed Site Remediation Professional or Professionals representing the interests of local communities participate in all aspects of the cleanup decision making process at and around the site.

| No. | Print Name | Address | Email |
|-----|-----------|---------|-------|
| 1 | Eleanor Wasdyke | 162 Saint George Ave | eleanorwasdy... |
| | Eleanor Dwolfpt | Grange Blvd N.J. 68069 | @ comcast.net |
| 2 | Trista Mincey | 175 Pennsgrove Auburn Rd Apr B01 Carneys Point NJ 08069 | |
| 3 | Sulinda Mincey | 429 Georgetown Rd Carneys Point 08069 | |
| 4 | Bernard Mincey | 175 Pennsgrove Auburn Rd Apt B01 C.P 08069 | |

| No. | Print Name | Address | Email |
|-----|-----------|---------|-------|
| | | | |
| 5 | Reyna Mincey | Apt 1301 Carneys Point | |
| 6 | BRENDA BRYANT | 299 Winterberry Lane, Carneys Point N.J 084 | |
| 7 | Hannah Bryant | 299 Winterberry Lane Carneys Point N.J 084 | |
| 8 | Harry Brown Jr | 558 Harding Hwy Carneys pt. N.J 0869 | |
| 9 | Talatha Brown | 558 Harding Hwy Carneys pt. N.J 0869 | |
| 10 | Tim Kilgham | 558 Harding Hwy Carneys pt. N.J 0869 | |
| 11 | Terry Robinson | 246 Dixie St Carneys Pt N.J 08069 | |
| 12 | Jerica Sabott | Carneys Point | |
| 13 | Ernestine Leslie | | |
| 14 | | | |
| 15 | Timothy Carroll | 134 6th Avenue Carneys Point | |
| 16 | Thomas Carroll | 134 6th Avenue Carneys Point | |
| 17 | Jamie Carney | 134 6th Avenue Carneys Point | |
| 18 | James Carney | 327 N.J Virginia Ave Carneys Point | |
| 19 | Diere Carney | 327 N.J Virginia Ave Carneys Point | |
| 20 | Terrence Dawkins | 46 East Dela Ave Carneys Point, N.J | |
| 21 | Stella Dawkins | 46 East Dela Ave Carneys Point N.J | |
| 22 | Zara Robinson | 46 East Dela Ave Carneys Point N.J | |
| 23 | Marsha Gresham | T-7 310 North Brond Carneys Point N.J | |
| 24 | Stephanie Martin | T-7 310 North Brond Carneys Point N.J | |
| 25 | Claire Martin | T-7 310 North Brond Carneys Point N.J | |
| 26 | Mayra Gregory | T-7 310 North Brond Carneys Point N.J | |
| 27 | Toy Martin | T-7 310 North Brond Carneys Point N.J | |
| 28 | Helen Green | 326 Highland Ave Carneys Point N.J | |



# PETITION
## To Make DuPont Cleanup Chambers Works
### N.J.A.C. 7:26C-1.7(o)

January 2017
Approved by the Carneys Point Township Committee
Resolution No. 2016-36

DuPont has dumped over 100 million pounds of hazardous waste at Chamber Works over the past 100 years making it one of the most polluted sites in America. It is bigger than Love Canal and the spill from the Exxon Valdez.

DuPont has not cleaned up the contamination, which has now migrated to soil, groundwater, the Delaware River, the Salem Canal and neighborhoods as far away as 2-miles from the site.

The cleanup has been calculated to cost over $1B and it will take hundreds of years to complete. DuPont was required by law to post cleanup funds for the benefit of local communities before transferring the site to Chemours but did not do so.

Chambers Works might be abandoned and left as a polluted hulk that will ruin the economy and quality of life of local residents for generations to come if it is not cleaned up. DuPont is merging with Dow and will soon disappear. Chemours is a new company that may or may not survive. Something has to be done now to clean up the site before the money disappears.

Local residents have never had a seat at the table when it comes to how and when the site will get cleaned up. The time is now that our voices be heard.

New Jersey regulations permit local communities to get involved with the cleanup of the site if at least 25 people sign a petition. Let's have as many people as possible sign this petition so we can be heard.

## DEMAND

I live or work within 200 feet of Chambers Work or within the 2-mile contamination zone around the plant. I demand that the New Jersey Department of Environmental Protection make DuPont prepare a meaningful Public Participation Plan that includes allowing a Licensed Site Remediation Professional or Professionals representing the interests of local communities participate in all aspects of the cleanup decision making process at and around the site.

| No. | Print Name | Address | Email |
|-----|-----------|---------|-------|
| 1 | Peggy Stone | 37 South Broad Street PG NJ | |
| 2 | Tan-elle Williams | South Smith Ave G2502 Pennsville Apt Penns Grove | |
| 3 | Brenda Nixon | 101 3rd Ave Penns Grove NJ 08069 | |

| No. | Print Name | Address | Email |
|---|---|---|---|
| 4 | *[illegible]* | *[illegible]* | |
| 5 | *[illegible] Bowdy* | *[illegible]* | |
| 6 | Elizabeth Valentin | 101 S Broad St Penns Grove NJ 08069 | |
| 7 | *[illegible]* | *[illegible]* | |
| 8 | *[illegible]* | | |
| 9 | *Prince Hassen* | 4A South Broad Penns Grove | |
| 10 | *Betty Karns* | P.o. box 179 | |
| 11 | *[illegible]* | | |
| 12 | *[illegible] Ropps* | *[illegible]* | |
| 13 | *[illegible] Smith* | 40 S Broad St Apt 808 Penns.prk NJ 08069 | |
| 14 | | | |
| 15 | *[illegible]* | *[illegible]* | |
| 16 | *[illegible]* | *[illegible]* | |
| 17 | *[illegible]* | *[illegible]* | |
| 18 | *[illegible]* | *[illegible]* | |
| 19 | *[illegible]* | *[illegible]* | |
| 20 | *[illegible]* | *[illegible]* | |
| 21 | *[illegible]* | *[illegible]* | |
| 22 | | *[illegible]* | |
| 23 | *[illegible]* | *[illegible]* | |
| 24 | *[illegible] Ann* | 94 *[illegible]* St | |
| 25 | *Brenda Stephen* | 374 *[illegible]* Broad st PG 609 - 316 - 2698 | |
| 26 | *Rachel Huff* | 8cc1 *[illegible]* Pl Penns Grove NJ | (856) 245-1995 |



# PETITION
## To Make DuPont Cleanup Chambers Works
### N.J.A.C. 7:26C-1.7(o)

January 2017
Approved by the Carneys Point Township Committee
Resolution No. 2016-36

DuPont has dumped over 100 million pounds of hazardous waste at Chamber Works over the past 100 years making it one of the most polluted sites in America. It is bigger than Love Canal and the spill from the Exxon Valdez.

DuPont has not cleaned up the contamination, which has now migrated to soil, groundwater, the Delaware River, the Salem Canal and neighborhoods as far away as 2-miles from the site.

The cleanup has been calculated to cost over $1B and it will take hundreds of years to complete. DuPont was required by law to post cleanup funds for the benefit of local communities before transferring the site to Chemours but did not do so.

Chambers Works might be abandoned and left as a polluted hulk that will ruin the economy and quality of life of local residents for generations to come if it is not cleaned up. DuPont is merging with Dow and will soon disappear. Chemours is a new company that may or may not survive. Something has to be done now to clean up the site before the money disappears.

Local residents have never had a seat at the table when it comes to how and when the site will get cleaned up. The time is now that our voices be heard.

New Jersey regulations permit local communities to get involved with the cleanup of the site if at least 25 people sign a petition. Let's have as many people as possible sign this petition so we can be heard.

# DEMAND

I live or work within 200 feet of Chambers Work or within the 2-mile contamination zone around the plant. I demand that the New Jersey Department of Environmental Protection make DuPont prepare a meaningful Public Participation Plan that includes allowing a Licensed Site Remediation Professional or Professionals representing the interests of local communities participate in all aspects of the cleanup decision making process at and around the site.

| No. | Print Name | Address | Email |
|---|---|---|---|
| 1 | Sonya C. Pough | 11 W Griffith St PennsGrove | Pughsonya@gmail.com |
| 2 | Rayshawa Leake | 19 R. Griffith St. Penngrove | Rayshawa Leake@yahoo.com |
| 3 | James Felix | 20 W Griffith St | Jamesfelix71@gmail.com |
| 4 | Tawanda Rodriguez | 9 Naylor Ave. P.G | |

| No. | Print Name | Address | Email |
|---|---|---|---|
| 5 | Sidney Daniel | Penn Village Apt D | |
| 6 | Destry Shields | 311 Gillette Ave 96 | |
| 7 | Trevon Daniel | 311 Gillette ave 96 | |
| 8 | Brent Daniel | 311 Gillette Ave | |
| 9 | Russell Daniel SR | 6 Franklin St | rdaniel1978@yahoo.com |
| 10 | Martha Brown | 108 Penville apt 9 | |
| 11 | Mary E Daniel | 19 Helms Cove Lane | Marthdaniel 00@gmail.com |
| 12 | Carmen Washington | 119 Mable Pl Penns Grove | Carmen Schulz@gmail.com |
| 13 | Camille Brown | 302 Gillette Ave Apt B.3 | |
| 14 | Helen Brown | Penns Grove NJ 08069 | |
| 15 | RAKeisha Daniel | 10 Wilkins St | |
| 16 | Andrea Daniel | 6B Franklin St | rdaniel1978@yahoo.com |
| 17 | Russell Daniel Jr | 6B Franklin St | |
| 18 | Roekwan Daniel | 6B Franklin St | |
| 19 | Alonzo Thomas | 49 Elm Ave | |
| 20 | Joanie Wilson | 49 Elm Ave | |
| 21 | Branisa Wilson | 49 Elm Ave | |
| 22 | Shirobi Howard | 372 Meadow Rd | |
| 23 | Kinsey Brown | 2005 S Smith Ave | |
| 24 | Dennis Brown | 2005 S Smith Ave Apt Dr 108 | |
| 25 | Henry Brown Jr | 2005 S Smith Ave Apt Dr 108 | |
| 26 | James Daniel | 311 Gillette Way | |
| 27 | Savon Daniel | 19 Helms Cove Lane | |
| 28 | B. Kevin Name | 123 Cumberland Pl | |
| 29 | Nathan Davis | 111 West Pitman | |
| 30 | Clean Barton | 10 Wilkins St | |



# PETITION
## To Make DuPont Cleanup Chambers Works
### N.J.A.C. 7:26C-1.7(o)

January 2017
Approved by the Carneys Point Township Committee
Resolution No. 2016-36

DuPont has dumped over 100 million pounds of hazardous waste at Chamber Works over the past 100 years making it one of the most polluted sites in America. It is bigger than Love Canal and the spill from the Exxon Valdez.

DuPont has not cleaned up the contamination, which has now migrated to soil, groundwater, the Delaware River, the Salem Canal and neighborhoods as far away as 2-miles from the site.

The cleanup has been calculated to cost over $1B and it will take hundreds of years to complete. DuPont was required by law to post cleanup funds for the benefit of local communities before transferring the site to Chemours but did not do so.

Chambers Works might be abandoned and left as a polluted hulk that will ruin the economy and quality of life of local residents for generations to come if it is not cleaned up. DuPont is merging with Dow and will soon disappear. Chemours is a new company that may or may not survive. Something has to be done now to clean up the site before the money disappears.

Local residents have never had a seat at the table when it comes to how and when the site will get cleaned up. The time is now that our voices be heard.

New Jersey regulations permit local communities to get involved with the cleanup of the site if at least 25 people sign a petition. Let's have as many people as possible sign this petition so we can be heard.

## DEMAND

I live or work within 200 feet of Chambers Work or within the 2-mile contamination zone around the plant. I demand that the New Jersey Department of Environmental Protection make DuPont prepare a meaningful Public Participation Plan that includes allowing a Licensed Site Remediation Professional or Professionals representing the interests of local communities participate in all aspects of the cleanup decision making process at and around the site.

| No. | Print Name | Address | Email |
|-----|-----------|---------|-------|
| 1 | Arnetta Washington | 26 Elmwood St | Carneys Point NJ 08069 |
| 2 | James Bently | 109 Penn Street | Penns Grove N.J. 08069 |
| 3 | Antoinette Bently | 109 Penn Steet | Penns Grove N.J. 08069 |
| 4 | Darlene Baldwin | 17 Summerill Ave | Penns Grove N.J. |
| 4 | Darlene Baldwin | 17 Summerill Avenue | Penns Gro 08069  08671# |

Public Interest Petition - DuPont/Chemours (01/2017)

| No. | Print Name | Address | Email |
|---|---|---|---|
| 5 | Teisha Johnson | 8 Sylvan Ave Penns Grove N.J. 08069 | |
| 6 | Maria Duncan | 891 Ave Penns Grove N.J. 08069 | |
| 7 | Barbara Johnson | 805 Swam Ave Penns Grove N.J. 08069 | |
| 8 | Niara Robinson | 4 West Park Ave Penns Grove N.J. 08069 | |
| 9 | Dennis Robinson Sr. | 4 West Park Ave Penns Grove N.J. 08069 | |
| 10 | Dennis Robinson | 4 West Park Ave Penns Grove N.J. 08069 | |
| 11 | Fae Ashton | 1064 Delaware Ave Penns Grove N.J. 08069 | |
| 12 | Juanita Ashton | 262 Regina Drive Carney's Point N.J. 08069 | |
| 13 | Alvia Ashton | 267 Regina Dr Carney's Point N.J. 08069 | |
| 14 | Chenya Georges | 30 Penn Street Penns Grove N.J. 08069 | |
| 15 | Christopher Georges | 30 Penn Street Penns Grove N.J. 08069 | |
| 16 | Mary Willett | 30 Church Street Penns Grove N.J. 08069 | |
| 17 | Belinda Hill | 70½ State Street Penns Grove N.J. 08069 | |
| 18 | Charles Hill JR | 70½ State Street Penns Grove N.J. | |
| 19 | Tina Willett | 30 Church Penns Grove N.J. 08069 | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |



# PETITION
## To Make DuPont Cleanup Chambers Works
### N.J.A.C. 7:26C-1.7(o)

January 2017
Approved by the Carneys Point Township Committee
Resolution No. 2016-36

DuPont has dumped over 100 million pounds of hazardous waste at Chamber Works over the past 100 years making it one of the most polluted sites in America. It is bigger than Love Canal and the spill from the Exxon Valdez.

DuPont has not cleaned up the contamination, which has now migrated to soil, groundwater, the Delaware River, the Salem Canal and neighborhoods as far away as 2-miles from the site.

The cleanup has been calculated to cost over $1B and it will take hundreds of years to complete. DuPont was required by law to post cleanup funds for the benefit of local communities before transferring the site to Chemours but did not do so.

Chambers Works might be abandoned and left as a polluted hulk that will ruin the economy and quality of life of local residents for generations to come if it is not cleaned up. DuPont is merging with Dow and will soon disappear. Chemours is a new company that may or may not survive. Something has to be done now to clean up the site before the money disappears.

Local residents have never had a seat at the table when it comes to how and when the site will get cleaned up. The time is now that our voices be heard.

New Jersey regulations permit local communities to get involved with the cleanup of the site if at least 25 people sign a petition. Let's have as many people as possible sign this petition so we can be heard.

# DEMAND

I live or work within 200 feet of Chambers Work or within the 2-mile contamination zone around the plant. I demand that the New Jersey Department of Environmental Protection make DuPont prepare a meaningful Public Participation Plan that includes allowing a Licensed Site Remediation Professional or Professionals representing the interests of local communities participate in all aspects of the cleanup decision making process at and around the site.

| No. | Print Name | Address | Email |
|---|---|---|---|
| 1 | VERONICA REED | 239 F St Carneys Point NJ 08069 | missjacksonscu@yahoo |
| 2 | SERENA REED | 302 Gillette Ave Penns Grove NJ 08069 | |
| 3 | Kevin Hill | 175 P G. Auburn Rd Apt. 8:2 P. N. J. 08069 | |
| 4 | Ebony Hill | 39 Emerson Ave B-2 Apt Carney's Point N.J | |

| No. | Print Name | Address | Email |
|---|---|---|---|
| 5 | Norma Jones | 100 S DuPont Ave Carneys Point NJ 08069 | |
| 6 | Barbara Coby | 41 N Dupont St Carneys Point NJ 08069 | |
| 7 | Dominique Media | 48 Penn St Penns Grove NJ 08069 | |
| 8 | Ashle Ledbetter | 1700 Pennsville Apt | |
| 9 | Atlas Ledbetter Jr | Apt 5 Riversbend | |
| 10 | Garrett Watson Sr | 563 S Twin Road Penns Grove NJ | |
| 11 | Wilma Trader | Brace St | |
| 12 | Garrett Watson Jr | Brace St | |
| 13 | Shannon West | Franklin St Penns Grove | |
| 14 | Denise Trader | Franklin St Penns Grove | |
| 15 | Michelle Johnson | St Penns Grove | |
| 16 | Marcus Lee | 84 Pennstreet | |

# PETITION
## To Make DuPont Cleanup Chambers Works
N.J.A.C. 7:26C-1.7(o)

January 2017
Approved by the Carneys Point Township Committee
Resolution No. 2016-36

DuPont has dumped over 100 million pounds of hazardous waste at Chamber Works over the past 100 years making it one of the most polluted sites in America. It is bigger than Love Canal and the spill from the Exxon Valdez.

DuPont has not cleaned up the contamination, which has now migrated to soil, groundwater, the Delaware River, the Salem Canal and neighborhoods as far away as 2-miles from the site.

The cleanup has been calculated to cost over $1B and it will take hundreds of years to complete. DuPont was required by law to post cleanup funds for the benefit of local communities before transferring the site to Chemours but did not do so.

Chambers Works might be abandoned and left as a polluted hulk that will ruin the economy and quality of life of local residents for generations to come if it is not cleaned up. DuPont is merging with Dow and will soon disappear. Chemours is a new company that may or may not survive. Something has to be done now to clean up the site before the money disappears.

Local residents have never had a seat at the table when it comes to how and when the site will get cleaned up. The time is now that our voices be heard.

New Jersey regulations permit local communities to get involved with the cleanup of the site if at least 25 people sign a petition. Let's have as many people as possible sign this petition so we can be heard.

# DEMAND

I live or work within 200 feet of Chambers Work or within the 2-mile contamination zone around the plant. I demand that the New Jersey Department of Environmental Protection make DuPont prepare a meaningful Public Participation Plan that includes allowing a Licensed Site Remediation Professional or Professionals representing the interests of local communities participate in all aspects of the cleanup decision making process at and around the site.

| No. | Print Name | Address | Email |
|-----|-----------|---------|-------|
| 1 | | 175 Po Farm | |
| 2 | Wayne | 3y 175 Po | |
| 3 | | 175 Po | |
| 4 | | 11 Dean Hoy NJ | |

(3) Corey Haley Mayo   175 PO Auburn Road   Apt 1211

| No. | Print Name | Address | Email |
|---|---|---|---|
| 4 | B. N. Maxey | 175 Penns Grove Auburn Rd Apt 1307 Carney's Point N.J 68069 | |
| 5 | Anne Mincey | 175 Penns Grove Auburn Rd Apt 1301 Carney's Point N.J. 08069 | |
| 6 | Esther Haywood | 71 Penny AUV | |
| 7 | Leah Wilson | 40 Alexander dr. Wilma Apt 15 | |
| 8 | Jean Johnson | 175 P. G. Auburn Rd. Apt. Carney's Point N.J. 68069 | |
| 9 | Brenda Stephens | Broad St. Penns Grove N.J. 08069 | |
| 10 | Constance Lynard | 175 P.G. Auburn Rd At 1600 Carneys Point | Connie Lynard14@gmail |
| 11 | Sakir Lynard | 175 Penngrove Auburn Apt 1608 Carney Point | @Connex |
| 12 | Samar Khalid | 175 penns grove Auburn Apt 1608 Carney Point NJ 08069 | |
| 13 | Takiya Williams | 80 Dice section sheltry Ave Apt. E1202. Avondale NJ 08069 | TakiyaB5@gmvzkim |
| 14 | Janis Williams | 11 Parker Ave. Pennsville NJ 08069 | |
| 15 | Eugene Moore | West maple Ave Pennsville NJ 08564 | |
| 16 | Angela Dawkins | 94½ E. Harmony St. pennsgrove, nJ 08069 | Angela Dawkins |



# PETITION
## To Make DuPont Cleanup Chambers Works
### N.J.A.C. 7:26C-1.7(o)

January 2017
Approved by the Carneys Point Township Committee
Resolution No. 2016-36

DuPont has dumped over 100 million pounds of hazardous waste at Chamber Works over the past 100 years making it one of the most polluted sites in America. It is bigger than Love Canal and the spill from the Exxon Valdez.

DuPont has not cleaned up the contamination, which has now migrated to soil, groundwater, the Delaware River, the Salem Canal and neighborhoods as far away as 2-miles from the site.

The cleanup has been calculated to cost over $1B and it will take hundreds of years to complete. DuPont was required by law to post cleanup funds for the benefit of local communities before transferring the site to Chemours but did not do so.

Chambers Works might be abandoned and left as a polluted hulk that will ruin the economy and quality of life of local residents for generations to come if it is not cleaned up. DuPont is merging with Dow and will soon disappear. Chemours is a new company that may or may not survive. Something has to be done now to clean up the site before the money disappears.

Local residents have never had a seat at the table when it comes to how and when the site will get cleaned up. The time is now that our voices be heard.

New Jersey regulations permit local communities to get involved with the cleanup of the site if at least 25 people sign a petition. Let's have as many people as possible sign this petition so we can be heard

# DEMAND

I live or work within 200 feet of Chambers Work or within the 2-mile contamination zone around the plant. I demand that the New Jersey Department of Environmental Protection make DuPont prepare a meaningful Public Participation Plan that includes allowing a Licensed Site Remediation Professional or Professionals representing the interests of local communities participate in all aspects of the cleanup decision making process at and around the site.

| No. | Print Name | Address | Email |
|-----|-----------|---------|-------|
| 1 | Nina Anderssen | 2 Norwood St Deepwater NJ | ninaia24@gmail.com |
| 2 | Dana Benford | 2 Norwood St Deepwater NJ | denahcowford19@hotmail.com |
| 3 | Suzanne Spano | Norwood St Deepwater NJ | suzannespano21@yahoo.com |

| No. | Print Name | Address | Email |
|-----|-----------|---------|-------|
| 5 | _illiam Bellinger_ | 8 Plant St | |
| 6 | _ _ _ _ | _ _ | |
| | | | |
| 8 | Rosemary Lansing | 12 Pine St. | |