## Albert I. Telsey

| | |
|---|---|
| **From:** | Albert I. Telsey |
| **Sent:** | Saturday, May 06, 2017 3:58 PM |
| **To:** | Seppi, Pat |
| **Cc:** | Joseph F. Racite (joe@racitefire.com); khbrown@verizon.net; waynepelura@comcast.net; David Avedissian; 'Marie Stout'; Keith Savel (Keith.Savel@nv5.com); 'Glenn Brukardt'; Catherine Pastrikos Kelly (ckelly@Meyner.com) |
| **Subject:** | RE: EPA/DEP Meeting on 5/12/17 |

Re:  DEP/EPA meeting with Carneys Point Township – Friday, May 12, 2017 10AM

Hello Pat –

Attendees for Carneys Point Township:
Mayor Joseph F. Racite
Councilman Kenneth Brown
David Avedissian, Esq., Township Solicitor
Albert I. Telsey, Esq., Township Special Counsel
Keith Savel, LSRP
Glenn Brukardt, environmental consultant


Background/Agenda

The purpose of this meeting is to have DEP post the Township's Public Participation Plan (described below) on the DEP website as required by DEP's public participation regulations (described below).

The Township's LSRP Petition was signed by over 1000 impacted residents pursuant to the DEP public participation regulations N.J.A.C. 7:26C-1.7(o).  This regulation provides that the person responsible for conducting the remediation "shall" conduct additional public outreach "based on the needs expressed by the community" if the Department determines that there is a substantial public interest based on a petition signed by 25 or more people who live or work within 200 feet of the contamination plume.  If such a petition is submitted to DEP, as in this matter, the Department shall notify the person responsible for conducting the remediation and post a summary of the Public Participation Plan for the site on the Department's website.

The Department's Direct Oversight Public Participation Plan Guidance Document provides that the Public Participation Plan should "meet the ongoing needs of the community in which the site is located" and "be as rigorous as necessary to reflect the level of public concern and severity of site conditions and be proactive in nature to allay concerns."

While we recognize that DEP and EPA are sharing government oversight responsibilities at the site, New Jersey environmental laws and regulations still apply to the site and have not been usurped or superseded by federal law or federal agencies. As such, Carneys Point Township is pursuing its public participation rights as provided by New Jersey laws and regulations.

Besides, EPA's RCRA public participation regulations (40 CFR 25) and 2017 Public Participation Manual encourage delegated state agencies, like DEP, to pursue its own public participation regulations.  DEP's public participation regulation complies with and compliments EPA's program and is not "inapposite" as Chemours claims.

1

As everybody is well aware, the Chambers Works site is unique in many respects. Among other things, it is a huge site – 1 mile x 4 miles; it has millions of pounds of hazardous waste discharged to soil and groundwater in need of remediation; the groundwater plume has migrated 2 miles or more from the site; four municipalities with 28,000 residents are impacted; PFOA is a primary contaminant with a cleanup standard that is about to be significantly reduced requiring many more POET systems for local residents; the interceptor well system is designed to bring all the hazardous waste from the Pennsville side of the site to the Carneys Point side of the site for treatment and disposal at the wastewater treatment plant and hazardous waste landfill located in Carneys Point Township; the wastewater treatment plant may take 1000 years to complete the remediation; and no funds have been posted in a remediation funding source or financial assurance for the remediation. Carneys Point has calculated the cleanup cost for the site at over $1B using the services of a qualified RACER® analyst who reviewed the DEP/EPA documents for the site.

Carneys Point Township is within its rights and motivated by a sense of duty and necessity to protect its community by becoming actively involved in the remediation of the Chambers Works site as a coequal member of government. The Township does not want to simply be told on a periodic basis what is happening with regard to the remediation of the site. To the contrary, given the significant impacts that the Chambers Works site is having on the health, safety and welfare of Carneys Point Township and surrounding communities the Township requires that the person responsible for remediation and the DEP listen to and respond to the needs and concerns of the community with regard to the remediation of the site as expressed by the Township's own LSRP. The Township submits to DEP that the Public Participation Plan as described below is the only way to allay community concerns in this matter.

Given that background the Township requires that DEP give notice to DuPont/Chemours and post on the DEP website the following notice:

### NOTICE
### DuPont/Chemours Chambers Works Public Participation Plan

The New Jersey Department of Environmental Protection (DEP) herewith gives notice that, pursuant to a petition filed by community members in Carneys Point Township, Salem County in accordance with N.J.A.C. 7:26C-1.7(o), the DEP and the person responsible for conducting remediation at the Chambers Works site in Pennsville and Carneys Point Townships, Salem County, shall do the following:

1. The person responsible for conducting remediation shall provide the Carneys Point LSRP and DEP with an up to date electronic copy of its comprehensive geographical information system ("GIS") based conceptual site model ("CSM") so the Township and DEP can have access to all the site information upon which reports to DEP and communications about the site have originated and will originate;
2. The person responsible for conducting remediation and DEP shall electronically copy the Carneys Point LSRP on all letters, emails, reports, data, documents and other communications about the remediation of the site and the surrounding areas as a coequal team member;
3. The Carneys Point LSRP shall be entitled to submit comments to the person responsible for conducting remediation and DEP on any and all aspects of the remediation of the site;
4. The person responsible for conducting remediation and DEP shall respond to the Carneys Point LSRP's comments and concerns in a timely manner;
5. Any disagreements that cannot be amicably resolved shall be resolved by three agreed upon LSRPs from the New Jersey LSRP Association acting as a dispute resolution body; and
6. This Public Participation Plan shall remain in place until the Site and surrounding impacted areas are remediated without conditions.

If anyone has any comments with regard to this notice you may contact _____ with the DEP. Phone _____ Email _____ or the Carneys Point LSRP, Keith Savel, phone: (973) 946-5720. Email: ksavel@rbagroup.com.

We look forward to speaking to you further at the meeting. Thank you.

2

Regards, Al Telsey

ALBERT I. TELSEY, ESQ. | MEYNER AND LANDIS LLP | ONE GATEWAY CENTER, SUITE 2500 | NEWARK, NEW JERSEY 07102
DIRECT 973.602.3439 | FAX 973.624.0356 | PROFILE | WEBSITE

 MEYNER AND LANDIS LLP
COUNSELLORS AT LAW

This message contains privileged and confidential attorney work product that is intended only for the use of the addressee. Reproduction or dissemination of this message by anyone other than the addressee is strictly prohibited. If you believe you have received this communication in error, please notify the sender immediately by telephone (973.602.3439) or e-mail and delete all copies of this message and any attachments. The dissemination of this email in no way creates any right or benefit, substantive or procedural, enforceable at law or in equity by any party against the law firm of Meyner and Landis LLP, its employees, agents, or any other person.

**From:** Seppi, Pat [mailto:Seppi.Pat@epa.gov]
**Sent:** Tuesday, May 02, 2017 4:46 PM
**To:** Albert I. Telsey
**Subject:** EPA/DEP Meeting on 5/12/17

Hi Al,

In an effort to make sure we are prepared for our upcoming meeting, EPA would like to request an agenda as well as the participants from the town of Carney's Point who will be in attendance. As of now, EPA expects to have Adolph Everett, Ben Conetta, Sameh Abdelattif and Pat Seppi in attendance.

Thanks and don't hesitate to let me know any concerns may have.
Pat