**From:** Rosenholtz, Ericca [DEP] <Ericca.Rosenholtz@dep.nj.gov>
**Sent:** Wednesday, June 18, 2025 2:59:22 PM
**To:** John Bibeau <jbibeau@tcpcontrol.com>; k.brown@carneyspointtwp.org <k.brown@carneyspointtwp.org>
**Cc:** Wienckoski, Ronald [DEP] <Ronald.Wienckoski@dep.nj.gov>; McLaughlin, Frank [DEP] <Frank.McLaughlin@dep.nj.gov>; ldodge@excelenv.com <ldodge@excelenv.com>
**Subject:** Carneys Pt. BDA MOU Documentation.

Dear Mayor Brown & Mr. Bibeau,

I'm writing to confirm that we have received your signed MOU in the mail—thank you for sending it over. We kindly request a PDF copy of the signed original MOU for our records.

Per guidance from upper management, the Chemours sites cannot be included in the BDA. Therefore, before the MOU can be formally executed, please provide the following:
- An updated site list (Attachment 2 of the MOU) with 600 Shell Rd., 284 Rt. 40, 310 Rt 40 and 513 Shell Rd. removed. I have attached attachment #2 for your convenance.
- Please also remove the bold red sentence located below the site list that references a potential extension of the sites. Any future site additions will be subject to a required documentation process, which we can revisit at a later time.

Please note that removing the Chemours sites does not preclude them from being added to the BDA at a later date.
Thank you for being so quick to take action and your attention to these updates—we truly appreciate your responsiveness and look forward to developing this working relationship.
For any future communications regarding this matter, please continue to reach out to either myself or Ron directly.

Ericca