MEYNER AND LANDIS LLP
Albert Telsey, Esq.
One Gateway Center, Suite 2500
Newark, New Jersey 07102
Telephone: (973) 602-3439
Facsimile: (973) 624-0356
atelsey@meyner.com
*Attorneys for Intervenor, Carneys Point Township*

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| NEW JERSEY DEPARTMENT OF ENVIRONMENTAL PROTECTION; et al., *Plaintiffs*, v. E.I. DU PONT DE NEMOURS AND COMPANY; et al. *Defendants*. | Case No.: 1:19-cv-14758-RMB-JBC (Pompton Lakes) 1:19-cv-14765-RMB-JBC (Repauno) 1:19-cv-14766-RMB-JBC (Chambers Works) 1:19-cv-14767-RMB-JBC (Parlin/Sayreville) Hon. Renée Marie Bumb, Chief U.S.D.J. James B. Clark, III, U.S.M.J. |

### NOTICE OF MOTION TO INTERVENE-3M
### Carneys Point Township
### Writ of Mandamus

**PLEASE TAKE NOTICE** that Intervenor, Carneys Point Township, a political subdivision of the State of New Jersey with offices at 303 Harding Highway, Carneys Point, Salem County, New Jersey ("Movant"), will move before the Hon. Renée Marie Bumb, Chief, U.S.D.J., or her designee, pursuant to Fed. R. Civ. P. 24(a) and (b), by and through its undersigned counsel, for entry of an Order

authorizing Carneys Point Township to intervene in the within action to file a Writ of Mandamus challenging the Judicial Consent Order ("JCO") in this matter as arbitrary, capricious, unreasonable, and unlawful unless modified as set forth in the Writ of Mandamus.

**PLEASE TAKE FURTHER NOTICE** that in support of this motion, the Movant will rely on the Brief is support of intervention, Certification of Albert I. Telsey, Esq. with exhibits. Certification of TBLS Group. Certification of Jerry English. A Writ of Mandamus with attached red lined JCO is also provided. A form of order is also provided.

**PLEASE TAKE FURTHER NOTICE** that the Movant requests oral argument.

**PLEASE TAKE FURTHER NOTICE** that a Certification attesting to the date and manner of service is also submitted herewith.

Dated: November 21, 2025         **MEYNER AND LANDIS LLP**

By: /s *Albert I. Telsey, Esq.*
Albert I. Telsey (ID # 016961985)
atelsey@meyner.com
One Gateway Center, Suite 2500
Newark, New Jersey 07102
P: 973.602.3439
F. 973.624-0356
*Attorneys for Intervenor,
Carneys Point Township*

## CERTIFICATION OF SERVICE

I, Albert I. Telsey, certify that on November 21, 2025, a copy of Movant's Motion to Intervene and accompanying papers were served on all counsel of record via CM/ECF and a courtesy copy of the motion package was mailed overnight mail to Hon. Renée Marie Bumb, Chief, U.S.D.J.

By: /s/ Albert I. Telsey
    Albert I. Telsey