# Meyner and Landis LLP

reply to:
Albert I. Telsey
Direct Dial: (973) 602-3439
ATelsey@Meyner.com

Attorneys At Law
One Gateway Center
Suite 2500
Newark, New Jersey 07102
www.meyner.com

New York Address:
100 Park Avenue
16th Floor
New York, New York  10017
(516) 683-0171

November 21, 2025

<u>Via CM/ECF/FedEx (courtesy copy)</u>
Magistrate Judge James B. Clark, III
United States District Court
District of New Jersey — Camden Vicinage
Mitchell H. Cohen U.S. Courthouse
4th & Cooper Streets
Camden, New Jersey 08101

    RE:    **Carneys Point Applications for Intervention DuPont/Chemours and 3M**
                  *NJDEP, et al., v. E.I. DuPont de Nemours and Company, et al.,*
                  Case No.: 1:19-CV-14766- RMB-JBC (D.N.J.)

Dear Magistrate Judge Clark,

       We represent Carneys Point Township ("Carneys Point" or "Township").  We filed an application for intervention to challenge the proposed  DuPont/Chemours Judicial Consent Order ("JCO"), which is scheduled for December 15, 2025, before your Honor.  We have also filed an application to intervene to challenge the 3M JCO.  Enclosed are the following materials:

<u>DuPont/Chemours Intervention</u>

1. Letter to Judge Bumb
2. Notice of Motion
3. Brief
4. Writ of Mandamus with redlined DuPont/Chemours JCO
5. Certification Telsey
6. Certification TBLS Group
7. Certification Jerry Fitzgerald English
8. Form of Order

<u>3M Intervention</u>

1. Notice of Motion
2. Brief
3. Writ of Mandamus with redlined 3M JCO

Magistrate Judge James B. Clark, III
November 21, 2025
Page 2

    4.   Certification Telsey
    5.   Form of Order

Thank you.

    Respectfully submitted,

    MEYNER AND LANDIS LLP

    */s/ Albert I. Telsey*

    Albert I. Telsey, Esq.

Enclosures (DuPont/Chemours and 3M Intervention packages)

Cc  All counsel of record (CM/ECF)