IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

NEW JERSEY DEPARTMENT OF ENVIRONMENTAL PROTECTION; et al.,
   *Plaintiffs*,
  v.
E.I. DU PONT DE NEMOURS AND COMPANY; et al.
   *Defendants,*

Case No.:
1:19-cv-14758-RMB-JBC (Pompton Lakes)
1:19-cv-14765-RMB-JBC (Repauno)
1:19-cv-14766-RMB-JBC (Chambers Works)
1:19-cv-14767-RMB-JBC (Parlin/Sayreville)

Hon. Renée Marie Bumb, Chief U.S.D.J.
James B. Clark, III, U.S.M.J.

**CERTIFICATION OF
ALBERT I. TELSEY, ESQ.**

**(In support of Carneys Point
Motion for Intervention-3M)**

I, ALBERT I. TELSEY, of full age, am counsel to Intervenor Carneys Point Township ("Carneys Point" or the "Township"). I am personally familiar with the facts set forth herein as follows:

The following are true copies:

1. Ex1. Proposed 3M JCO.

2. Ex2. Published notice of Proposed 3M JCO.

3. Ex3. Judge Bucca decision re: material element of settlement.

4. Ex4. ERA sponsor statement.

5. Ex5. *Seattle v Monsanto*, unpublished case.

1

I declare under penalty of perjury that the foregoing is true and correct.

*/s/ Albert I Telsey*
_____
Albert I. Telsey, Esq.

November 21, 2025