**MATTHEW J. PLATKIN**
**ATTORNEY GENERAL OF NEW JERSEY**
R.J. Hughes Justice Complex
25 Market Street, P.O. Box 093
Trenton, New Jersey 08625-0093
*Attorney for Plaintiffs (Additional Counsel Listed Below)*

By:   Gwen Farley
      Deputy Attorney General
      Attorney ID No. 000081999
      Ph. (609) 376-2740
      Gwen.Farley@law.njoag.gov

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| NEW JERSEY DEPARTMENT OF ENVIRONMENTAL PROTECTION; THE COMMISSIONER OF THE NEW JERSEY DEPARTMENT OF ENVIRONMENTAL PROTECTION; and THE ADMINISTRATOR OF THE NEW JERSEY SPILL COMPENSATION FUND, <br><br> Plaintiffs, <br> v. <br> E. I. DU PONT DE NEMOURS AND COMPANY; THE CHEMOURS COMPANY; THE CHEMOURS COMPANY FC, LLC; THE 3M COMPANY; DUPONT SPECIALTY PRODUCTS USA, LLC; CORTEVA, INC.; DUPONT DE NEMOURS, INC.; and "ABC CORPORATIONS" 1-10 (NAMES FICTITIOUS), <br><br> Defendants. | Case No.: 2:19-cv-14758-RMB-JBC <br> 1:19-cv-14765-RMB-JBC <br> 1:19-cv-14766-RMB-JBC <br> 3:19-cv-14767-RMB-JBC <br><br> **NOTICE OF MOTION TO APPROVE JUDICIAL CONSENT ORDERS WITH SETTLING DEFENDANTS** <br><br> **ORAL ARGUMENT REQUESTED** |

TO:   ALL COUNSEL OF RECORD

**PLEASE TAKE NOTICE** that, on January 7, 2026, at 9:00 a.m., Plaintiffs New Jersey Department of Environmental Protection ("Department"), its Commissioner, and the Administrator of the New Jersey Spill Compensation Fund

(collectively, "Plaintiffs") will move before the Honorable Renée Marie Bumb, U.S.D.J., at the Mitchell H. Cohen Building & United States Courthouse, 4th & Cooper Streets, Camden, NJ 08101, for entry of an Order approving Plaintiffs' proposed Judicial Consent Orders ("JCOs") with Defendants 3M Company, EIDP Inc., (f/k/a E. I. du Pont de Nemours and Company), Corteva, Inc., DuPont de Nemours Inc., DuPont Specialty Products USA, LLC, The Chemours Company, and The Chemours Company FC, LLC ("Settling Defendants").

**PLEASE TAKE FURTHER NOTICE** that Plaintiffs shall rely upon the accompanying memorandum of law and the Declaration of David M. Reap, Esq.

**PLEASE TAKE FURTHER NOTICE** that Plaintiffs request oral argument on their Motion.

**PLEASE TAKE FURTHER NOTICE** that a Proposed Order, along with the Proposed Judicial Consent Orders, is submitted herewith for entry and approval.

Dated: November 21, 2025                    Respectfully submitted,

**MATTHEW J. PLATKIN**
**ATTORNEY GENERAL**
 **OF NEW JERSEY**
*Attorney for Plaintiffs*

By: */s/ Gwen Farley*
Gwen Farley, Esq.
Deputy Attorney General
R.J. Hughes Justice Complex
25 Market Street, P.O. Box 093
Trenton, New Jersey 08625-0093
Tel.: (609) 376-2761
Gwen.Farley@law.njoag.gov

**KELLEY DRYE & WARREN LLP**
*Special Counsel to the Attorney General*

By: */s/ David M. Reap*
David M. Reap, Esq.
3 World Trade Center
175 Greenwich Street
New York, NY 10007
Tel.: (212) 808-7800
DReap@KelleyDrye.com

Geoffrey W. Castello, Esq.
One Jefferson Road
Parsippany, New Jersey 07054
Tel.: (973) 503-5900
GCastello@KelleyDrye.com

*William J. Jackson, Esq.
515 Post Oak Blvd. Suite 900
Houston, Texas 77027
Tel. (713) 355-5000
bjackson@kelleydrye.com

3

Erin Hodge, Esq.
Washington Harbour, Suite 400
3050 K Street, NW
Washington, D.C. 20007
Tel. (202) 342-8445
ehodge@kelleydrye.com

**LAW OFFICES OF JOHN K. DEMA, P.C.**
*Special Counsel to the Attorney General*

*John K. Dema, Esq.
*John T. Dema, Esq.
*Briana Dema, Esq.
1236 Strand Street, Suite 103
Christiansted, St. Croix
U.S. Virgin Islands, 00820-5034
Tel: (340) 773-6142
jdema@demalaw.com
jtdema@demalaw.com
bdema@demalaw.com

Scott E. Kauff, Esq.
11300 Rockville Pike, Suite 112
Rockville, Maryland 20852
Tel: (202) 309-0200
skauff@demalaw.com

**COHN LIFLAND PEARLMAN HERRMANN & KNOPF LLP**
*Special Counsel to the Attorney General*

Leonard Z. Kaufmann, Esq.
Park 80 West – Plaza One
250 Pehle Avenue, Suite 401
Saddle Brook, New Jersey 07663
Tel.: (201) 845-9600
lzk@njlawfirm.com

**TAFT STETTINIUS & HOLLISTER LLP**
*Special Counsel to the Attorney General*

*Robert A. Bilott, Esq.
425 Walnut Street – Suite 1800
Cincinnati, Ohio 45202
Tel.: (513) 381-2838
bilott@taftlaw.com

*Admitted Pro Hac Vice*