# EXHIBIT G

**DuPont Chambers Works Perfluorinated Compound Review Presentation to NJDEP**

July 17, 2006

DUPONT
The miracles of science

---

## Key Messages

Chambers Works is committed to...

- reducing emissions
- working with our communities
- investigating potential sources

Chambers Works emissions are small. We have aggressive programs in place to reduce emissions further.

Chambers Works has operated the site groundwater containment system for 35 years, with the exception of some small areas, site groundwater is contained.

We will work with local communities to assess potential presence and sources of PFOA. The levels of PFOA reported to the local water district are in parts per trillion.

DUPONT





015-0053-0002085

NJ-LEGACY-0010217