

**State of New Jersey**

DEPARTMENT OF LAW AND PUBLIC SAFETY
DIVISION OF LAW
25 MARKET STREET
PO BOX 093
TRENTON, NJ  08625-0093

PHILIP D. MURPHY
*Governor*

TAHESHA L. WAY
*Lt. Governor*

MATTHEW J. PLATKIN
*Attorney General*

MICHAEL C. WALTERS
*Director*

November 25, 2025

<u>VIA ECF</u>

The Honorable Renée M. Bumb, Chief U.S.D.J.
United States District Court for the District of New Jersey
Mitchell H. Cohen Building & U.S. Courthouse
4th & Cooper Streets
Camden, New Jersey 08101

  Re: *NJDEP, et al. v E. I. Du Pont Nemours and Company, et al.*; Civil Action No. 2:19-cv-14758-RMB-JBC-JS (Pompton Lakes Works)

    *NJDEP, et al. v E. I. Du Pont Nemours and Company, et al.*; Civil Action No. 1:19-cv-14765-RMB-JBC-JS (Repauno Works)

    *NJDEP, et al. v E. I. Du Pont Nemours and Company, et al.*; Civil Action No. 1:19-cv-14766-RMB-JBC-JS (Chambers Works)

    *NJDEP, et al. v E. I. Du Pont Nemours and Company, et al.*; Civil Action No. 3:19-cv-14767-RMB-JBC-JS (Parlin Site)

Dear Chief Judge Bumb:

  Plaintiffs New Jersey Department of Environmental Protection ("DEP"), the Commissioner of DEP, and the Administrator of the New Jersey Spill Compensation Fund (collectively, "Plaintiffs") write with respect to two motions to intervene filed by Carneys Point Township ("Carneys Point") on November 17, 2025, D.E. 742[1], and November 21, 2025, D.E. 745 ("Motions to Intervene").

  Counsel for Plaintiffs have conferred with counsel for Carneys Point and have agreed, subject to the Court's approval, to the following modified briefing schedule. Counsel for Settling Defendants[2] have further agreed to this schedule.

---

[1] All docket entry cites are to 1:19-cv-14766.
[2] Settling Defendants are 3M Company, EIDP, Inc. (f/k/a E. I. du Pont de Nemours and Company), Corteva, Inc., DuPont de Nemours, Inc., DuPont Specialty Products USA, LLC, The Chemours Company, and The Chemours Company FC, LLC.




- Plaintiffs and Settling Defendants shall file oppositions to the Motions to Intervene by December 8, 2025[3]; and

- Carneys Point shall file replies by December 15, 2025.

If this schedule meets with Your Honor's approval, we respectfully request that it be "so ordered." The parties understand the Court will be advising them at a later date as to the timing and manner in which the motions will be resolved.

We appreciate the Court's continued management of these matters.

Respectfully,

MATTHEW J. PLATKIN
ATTORNEY GENERAL OF NEW JERSEY


By: ____*Gwen Farley*_____

    Gwen Farley
    Deputy Attorney General


KELLEY DRYE & WARREN
SPECIAL COUNSEL TO THE ATTORNEY GENERAL


By: ____*David M. Reap*_____

    David M. Reap


cc:   All Counsel of record

---

[3] For purposes of efficiency, Plaintiffs may seek to file a consolidated opposition to Carneys Point's two motions to intervene, and would anticipate confirming their intent to do so, subject to the Court's permission, closer to the date of filing.