MEYNER AND LANDIS LLP
Albert Telsey, Esq.
One Gateway Center, Suite 2500
Newark, New Jersey 07102
Telephone: (973) 602-3439
Facsimile: (973) 624-0356
atelsey@meyner.com
*Attorneys for Intervenor, Borough of Sayreville*

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| NEW JERSEY DEPARTMENT OF ENVIRONMENTAL PROTECTION; et al., *Plaintiffs*, v. E.I. DU PONT DE NEMOURS AND COMPANY; et al. *Defendants*. | Case No.: 1:19-cv-14758-RMB-JBC (Pompton Lakes) 1:19-cv-14765-RMB-JBC (Repauno) 1:19-cv-14766-RMB-JBC (Chambers Works) 1:19-cv-14767-RMB-JBC (Parlin/Sayreville)  Hon. Renée Marie Bumb, Chief U.S.D.J. James B. Clark, III, U.S.M.J. |

### NOTICE OF APPEARANCE
### Borough of Sayreville - Intervenor

TO:   The Clerk of the Court and All Parties of Record

**PLEASE TAKE NOTICE** that I, Albert I. Telsey, a partner of Meyner and Landis LLP, am admitted and duly authorized to practice in this Court and hereby appear as counsel for Intervenor, Borough of Sayreville.

I hereby respectfully request that all notices given, papers served, and communications in this action be directed to the undersigned and served at the email address provided in the signature block below.

Dated: December 1, 2025

**MEYNER AND LANDIS LLP**

By: <u>/s *Albert I. Telsey, Esq.*</u>
Albert I. Telsey (ID # 016961985)
atelsey@meyner.com
One Gateway Center, Suite 2500
Newark, New Jersey 07102
P: 973.602.3439
F. 973.624-0356
*Attorneys for Intervenor,*
*Borough of Sayreville*