# Meyner and Landis LLP

reply to:
Albert I. Telsey
Direct Dial: (973) 602-3439
ATelsey@Meyner.com

Attorneys At Law
One Gateway Center
Suite 2500
Newark, New Jersey 07102
www.meyner.com

New York Address:
100 Park Avenue
16th Floor
New York, New York  10017
(516) 683-0171

December 1, 2025

<u>Via CM/ECF/FedEx (courtesy copy)</u>
The Honorable Renée Marie Bumb, Chief Judge
United States District Court
District of New Jersey — Camden Vicinage
Mitchell H. Cohen U.S. Courthouse
4th & Cooper Streets
Camden, New Jersey 08101

RE: **<u>Borough of Sayreville Application for Intervention</u>**
*NJDEP, et al., v. E.I. DuPont de Nemours and Company, et al.,*
Case No.: 1:19-cv-14766- RMB-JBC (Carneys Point)
Case No.: 1:19-cv-14767-RMB-JBC (Parlin/Sayreville)

Dear Judge Bumb,

We represent Borough of Sayreville ("Sayreville" or "Borough") and Carneys Point Township ("Carneys Point" or "Township").

Both municipalities are named as pollution-impacted municipalities in the captioned matters which have been consolidated for settlement by way of two Judicial Consent Orders ("JCOs"), one with DuPont/Chemours and the other with 3M.

Carneys Point already filed two intervention applications challenging the DuPont/Chemours and 3M proposed JCOs claiming (1) the governing Escrow Agreements were missing, (2) dedicated funds are not dedicated, (3) enabling legislation has not been enacted, (4) overinclusive definitions must be limited, (5) political subdivisions and private attorneys general cannot be disenfranchised, and (6) Carneys Point State Court Actions cannot be dismissed.

Enclosed is a copy of Sayreville's Notice of Motion to Intervene to challenge both JCOs and a form of order granting intervention by Sayreville.

Sayreville intends to rely on the same intervention packages that Carneys Point has already filed with the court on these two JCOs and sent to your honor.  Those packages include the following documents:

The Honorable Renée Marie Bumb
December 1, 2025
Page 2

<u>DuPont/Chemours Intervention Package</u>

1. Letter to Judge Bumb
2. Notice of Motion
3. Brief
4. Writ of Mandamus with redlined DuPont/Chemours JCO
5. Certification Telsey
6. Certification TBLS Group
7. Certification Jerry Fitzgerald English
8. Form of Order

<u>3M Intervention Package</u>

1. Notice of Motion
2. Brief
3. Writ of Mandamus with redlined 3M JCO
4. Certification Telsey
5. Form of Order

Thank you.

Sincerely,

MEYNER AND LANDIS LLP

*/s/ Albert I. Telsey*

Albert I. Telsey, Esq.

Enclosures (Intervention package)

Cc  All counsel of record (CM/ECF)