MEYNER AND LANDIS LLP
Albert Telsey, Esq.
One Gateway Center, Suite 2500
Newark, New Jersey 07102
Telephone: (973) 602-3439
Facsimile: (973) 624-0356
atelsey@meyner.com
*Attorneys for Intervenor, Borough of Sayreville*

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| NEW JERSEY DEPARTMENT OF ENVIRONMENTAL PROTECTION; et al., <br> *Plaintiffs*, <br> v. <br> E.I. DU PONT DE NEMOURS AND COMPANY; et al. <br> *Defendants*. | Case No.: <br> 1:19-cv-14758-RMB-JBC (Pompton Lakes) <br> 1:19-cv-14765-RMB-JBC (Repauno) <br> 1:19-cv-14766-RMB-JBC (Chambers Works) <br> 1:19-cv-14767-RMB-JBC (Parlin/Sayreville) <br><br> Hon. Renée Marie Bumb, Chief U.S.D.J. <br> James B. Clark, III, U.S.M.J. |

## NOTICE OF MOTION TO INTERVENE
### Borough of Sayreville

### Proposed DuPont/Chemours JCO and 3M JCO

**PLEASE TAKE NOTICE** that Intervenor, Borough of Sayreville, a political subdivision of the State of New Jersey with offices at 167 Main Street, Sayreville, NJ 08872 ("Movant"), will move before the Hon. Renée Marie Bumb, Chief, U.S.D.J., or her designee, pursuant to Fed. R. Civ. P. 24(a) and (b), by and through its undersigned counsel, for entry of an Order authorizing the Borough of

Sayreville to intervene in the within action to join with Carneys Point Township in filing Writs of Mandamus challenging the DuPont/Chemours and 3M Judicial Consent Orders ("JCOs") in this matter as arbitrary, capricious, unreasonable, and unlawful unless modified as set forth in the Writs of Mandamus.

**PLEASE TAKE FURTHER NOTICE** that in support of this motion, the Movant will rely on the Carneys Point Township Briefs is support of intervention regarding the two JCOs, Certifications of Albert I. Telsey, Esq. with exhibits, and Certification of Jerry Fitzgerald English. Writs of Mandamus with attached red lined JCO have already been filed with the court by Carneys Point Township. A form of order is also provided.

**PLEASE TAKE FURTHER NOTICE** that the Movant requests oral argument.

**PLEASE TAKE FURTHER NOTICE** that a Certification attesting to the date and manner of service is also submitted herewith.

Dated: December 1, 2025        **MEYNER AND LANDIS LLP**

By: /s *Albert I. Telsey, Esq.*
Albert I. Telsey (ID # 016961985)
atelsey@meyner.com
One Gateway Center, Suite 2500
Newark, New Jersey 07102
P: 973.602.3439
F. 973.624.0356
*Attorneys for Intervenor,*
*Carneys Point Township*

## **CERTIFICATION OF SERVICE**

I, Albert I. Telsey, certify that on December 1, 2025, a copy of Movant's Motion to Intervene and accompanying papers were served on all counsel of record via CM/ECF and a courtesy copy of the motion package was mailed overnight mail to Hon. Renée Marie Bumb, Chief, U.S.D.J.

By:   <i>/s/ Albert I. Telsey</i><br>
Albert I. Telsey