MEYNER AND LANDIS LLP
Albert Telsey, Esq.
One Gateway Center, Suite 2500
Newark, New Jersey 07102
Telephone: (973) 602-3439
Facsimile: (973) 624-0356
atelsey@meyner.com
*Attorneys for Intervenor, Borough of Sayreville*

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW JERSEY

|  |  |
|---|---|
| NEW JERSEY DEPARTMENT OF ENVIRONMENTAL PROTECTION; et al., *Plaintiffs*, v. E.I. DU PONT DE NEMOURS AND COMPANY; et al. *Defendants.* | Case No.: 1:19-cv-14758-RMB-JBC (Pompton Lakes) 1:19-cv-14765-RMB-JBC (Repauno) 1:19-cv-14766-RMB-JBC (Chambers Works) 1:19-cv-14767-RMB-JBC (Parlin/Sayreville) Hon. Renée Marie Bumb, Chief U.S.D.J. James B. Clark, III, U.S.M.J. |

## ORDER FOR INTERVENTION
### Borough of Sayreville
### Proposed DuPont/Chemours JCO and 3M JCO

**THIS MATTER** having been opened to the Court by Meyner and Landis LLP, attorneys for proposed Intervenor, Borough of Sayreville, for an order authorizing the Borough to intervene in this matter pursuant to Fed R. Civ. P. 24(a) and (b); and counsel for all parties having received notice of this Motion; and the Court having considered the pleadings (Writs of Mandamus) and motion papers

filed herein; and having heard arguments of counsel; and for good cause being shown;

IT IS on the _____ day of _____ 2025,

**ORDERED** that Sayreville's Motion for Intervention is GRANTED; and it is

**FURTHER ORDERED**

1. Intervenor, Sayreville, shall be entitled to rely on the Writs of Mandamus prepared and to be filed by Carneys Point Township.

2. Case management regarding the Writs of Mandamus shall be addressed by separate order(s) of the court.

Date:

SO ORDERED:

_____

HON. RENÉE MARIE BUMB
Chief United States District Judge