# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| NEW JERSEY DEPARTMENT OF ENVIRONMENTAL PROTECTION, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>E. I. DU PONT DE NEMOURS AND COMPANY, et al.,<br><br>Defendants. | Civil Action No. 1:19-cv-14758-RMB-JBC<br>Civil Action No. 1:19-cv-14765-RMB-JBC<br>Civil Action No. 1:19-cv-14766-RMB-JBC<br>Civil Action No. 3:19-cv-14767-RMB-JBC |

**STATEMENT IN LIEU OF BRIEF OF DEFENDANTS E. I. DUPONT DE NEMOURS AND COMPANY, THE CHEMOURS COMPANY, THE CHEMOURS COMPANY FC, LLC, DUPONT SPECIALTY PRODUCTS USA, LLC, CORTEVA, INC., AND DUPONT DE NEMOURS, INC. IN SUPPORT OF <u>PROPOSED JUDICIAL CONSENT ORDER</u>**

Defendants EIDP, Inc., The Chemours Company, The Chemours Company FC, LLC, DuPont de Nemours, Inc., DuPont Specialty Products USA, LLC, and Corteva, Inc. ("Settling Defendants") respectfully submit this Statement in Lieu of Brief in support of the proposed Judicial Consent Order between Settling Defendants and the New Jersey Department of Environmental Protection and the Commissioner of Environmental Protection, the Administrator of the New Jersey Spill Compensation Fund, the New Jersey Division of Consumer Affairs and its Director,

and the State of New Jersey ("Settling Plaintiffs").  A copy of the proposed Judicial Consent Order has been submitted by Settling Plaintiffs with their motion for approval as ECF No. 746-6.  Although Settling Defendants do not endorse or join in all of the statements and arguments in Settling Plaintiffs' motion, they agree that the Judicial Consent Order should be approved.  Settling Defendants have consented to the Judicial Consent Order in the form submitted and respectfully request that the Court enter it.

*Attorneys for Defendants, as indicated:*

By: */s/ Lanny S. Kurzweil*
Lanny S. Kurzweil, Esq.
Ryan A. Richman, Esq.
McCARTER & ENGLISH, LLP
Four Gateway Center
100 Mulberry St.
Newark, NJ 07102
(973) 639-2044
lkurzweil@mccarter.com
rrichman@mccarter.com
*Attorneys for Defendants EIDP, Inc., f/k/a E. I. du Pont de*
*Nemours and Company, The Chemours Company, and*
*The Chemours Company FC, LLC (as to all claims*
*except (i) the fraudulent transfer claims in all matters; and*
*(ii)the Third Count, ISRA claim, in* 1:19-cv-14766-RMB-JBC-JS)

- and –

By: */s/ Ann Marie Duffy*
Ann Marie Duffy, Esq. (*Admitted PHV*)
Eric G. Lasker, Esq. (*Admitted PHV*)
Matthew J. Malinowski, Esq. (*Admitted PHV*)
Marchello D. Gray, Esq. (*Admitted PHV*)
HOLLINGSWORTH LLP
1350 I Street, NW
Washington, DC 20005
(202) 898-5800
aduffy@hollingsworthllp.com
elasker@hollingsworthllp.com
mmalinowski@hollingsworthllp.com
mgray@hollingsworthllp.com
*Attorneys for Defendants EIDP, Inc., f/k/a E. I. du Pont de*
*Nemours and Company, The Chemours Company, and*
*The Chemours Company FC, LLC (as to all claims*
*except (i) the fraudulent transfer claims in all matters; and*
*(ii)the Third Count, ISRA claim, in* 1:19-cv-14766-RMB-JBC-JS)

- and –

By: */s/ David A. Haworth*
David A. Haworth, Esq.
BALLARD SPAHR LLP
700 East Gate Drive, Suite 330
Mount Laurel, NJ 08054
(856) 873-5525
haworthd@ballardspahr.com
- and -
Stephen Stigall, Esq.
Brittany M. Wilson, Esq.
Erin M. Carter, Esq. (*Admitted PHV*)
1735 Market Street, 51st Floor
Philadelphia, Pa 19103
(215) 665-8500
*Counsel to EIDP, Inc., f/k/a E. I. du Pont de Nemours and Company (as to the*
*ISRA Claim in 1:19-cv-14766-RMB-JBC), DuPont Specialty Products USA, LLC,*
*Corteva, Inc. (as to claims other than fraudulent transfer claims), and DuPont de*
*Nemours, Inc. (as to claims other than fraudulent transfer claims)*

3

- and –

By: */s/ Margaret Raymond Flood*
Margaret Raymond-Flood, Esq.
NORRIS McLAUGHLIN, P.A.
400 Crossing Boulevard, 8th Floor
Bridgewater, New Jersey 08807
(908) 722-0700
mraymondflood@norris-law.com
- and –
Kimbrilee Weber, Esq.
NORRIS McLAUGHLIN, P.A.
7 Times Square, 21st Floor
New York, New York 10036
(212) 808 0700
kmweber@norris-law.com
*Counsel to The Chemours Company and The Chemours Company FC (as to the fraudulent transfer claims)*

- and –

By: */s/ Michael K. Plumb*
Jeffrey S. Chiesa
A. Ross Pearlson
Michael K. Plumb
CHIESA SHAHINIAN & GIANTOMASI PC
105 Eisenhower Parkway
Roseland, NJ 07068
Telephone: (973) 325-1500
jchiesa@csglaw.com
rpearlson@csglaw.com
mplumb@csglaw.com
- and -
By: */s/ Katharine A. Roin*
Katharine A. Roin (*pro hac vice*)
Amy R. McCalib (*pro hac vice*)
BARTLIT BECK LLP
54 West Hubbard Street, Suite 300
Chicago, IL 60654
Telephone: (312) 494-4400

4

kate.roin@bartlitbeck.com
amy.mccalib@bartlitbeck.com
- and -
Katherine Hacker (*pro hac vice*)
Daniel R. Brody (*pro hac vice*)
Elena Musz (*pro hac vice*)
BARTLIT BECK LLP
1801 Wewatta Street, Suite 1200
Denver, CO 80202
Telephone: (303) 592-3100
kat.hacker@bartlitbeck.com
dan.brody@bartlitbeck.com
elena.musz@bartlitbeck.com
*Counsel for EIDP, Inc. (f/k/a E. I. du Pont de Nemours and Company), Corteva, Inc., and DuPont de Nemours, Inc. as to fraudulent transfer claims only*