**KELLEY DRYE & WARREN LLP**
3 World Trade Center
175 Greenwich Street
New York, NY 10007
*Attorney for Plaintiffs*

By:   David M. Reap, Esq.
        Attorney ID No. 025632012
        Ph. (212) 808-7636
        DReap@kelleydrye.com

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY**

| | |
|---|---|
| NEW JERSEY DEPARTMENT OF ENVIRONMENTAL PROTECTION; THE COMMISSIONER OF THE NEW JERSEY DEPARTMENT OF ENVIRONMENTAL PROTECTION; and THE ADMINISTRATOR OF THE NEW JERSEY SPILL COMPENSATION FUND,<br><br>              Plaintiffs,<br>   v.<br><br>E. I. DU PONT DE NEMOURS AND COMPANY; THE CHEMOURS COMPANY; THE CHEMOURS COMPANY FC, LLC; THE 3M COMPANY; DUPONT SPECIALTY PRODUCTS USA, LLC; CORTEVA, INC.; DUPONT DE NEMOURS, INC.; and "ABC CORPORATIONS" 1-10 (NAMES FICTITIOUS),<br><br>              Defendants. | Case No.: 2:19-cv-14758-RMB-JBC<br>1:19-cv-14765-RMB-JBC<br>1:19-cv-14766-RMB-JBC<br>3:19-cv-14767-RMB-JBC<br><br>**DECLARATION OF DAVID M. REAP, ESQ. IN SUPPORT OF PLAINTIFFS' OPPOSITION TO TOWNSHIP OF CARNEYS POINT'S MOTIONS TO INTERVENE** |

    I, **DAVID M. REAP**, an attorney admitted to practice law before this Court and the Courts of the State of New Jersey, and of full age, hereby declare under penalty of perjury pursuant to 28 U.S.C. § 1746, as follows:

    1.    I am Special Counsel at the law firm Kelley Drye & Warren LLP. My firm, along with the Law Offices of John K. Dema, P.C. ("Dema Law"), Cohn

Lifland Pearlman Herrmann & Knopf LLP ("Cohn Lifland"), and Taft Stettinius & Hollister, LLP ("Taft"), serve as Special Counsel to the New Jersey Attorney General and represent Plaintiffs the New Jersey Department of Environmental Protection ("the Department"), its Commissioner, and the Administrator of the New Jersey Spill Compensation Fund (collectively, "Plaintiffs" or the "State") in the above-captioned matters.

2. I submit this Declaration in support of Plaintiffs' Opposition to the Township of Carneys Point's motions to intervene, ECF 742 and 745.[1]

3. The public comment period for the State's Judicial Consent Order ("JCO") with the 3M Company ("3M") closed on September 19, 2025. Carneys Point did not submit its comment on the 3M JCO until September 20, 2025.

4. The public comment period for the State's JCO with the DuPont Defendants[2] closed on November 1, 2025, which is the same date Carneys Point submitted its comment on the JCO.

5. Attached as Exhibit A is a true and correct copy of the transcript of oral argument concerning Carneys Point's motion to intervene to stay entry of a JCO

---

[1] Plaintiffs' arguments in opposition to Carneys Point's motions to intervene also apply to the Borough of Sayreville's motion to intervene, ECF 749.

[2] DuPont Defendants are: EIDP, Inc. (f/k/a E. I. du Pont de Nemours and Company) ("EIDP"), Corteva, Inc. ("Corteva"), DuPont de Nemours Inc. ("New DuPont"), DuPont Specialty Products USA, LLC ("DuPont Specialty Products"), The Chemours Company ("Chemours") and The Chemours Company FC, LLC ("Chemours FC").

between the Department and Solvay Specialty Polymers USA, LLC in the action *New Jersey Dep't Env't Prot., et al. v. Solvay Specialty Polymers USA, LLC, et al.*, GLO-L-1239-20 (Law Div.).

6. The State and 3M agreed to use Deutsche Bank Trust Company Americas as the escrow agent for 3M's settlement payments, and the Department posted an escrow agreement among these parties on the Department's 3M settlement website on October 3, 2025.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Dated: December 8, 2025

                                                _____/s/ David M. Reap_____
                                                        David M. Reap, Esq.