# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| NEW JERSEY DEPARTMENT OF ENVIRONMENTAL PROTECTION; THE COMMISSIONER OF THE NEW JERSEY DEPARTMENT OF ENVIRONMENTAL PROTECTION; and THE ADMINISTRATOR OF THE NEW JERSEY SPILL COMPENSATION FUND,<br><br>                Plaintiffs,<br>v.<br><br>E. I. DU PONT DE NEMOURS AND COMPANY; THE CHEMOURS COMPANY; THE CHEMOURS COMPANY FC, LLC; THE 3M COMPANY; DUPONT SPECIALTY PRODUCTS USA, LLC; CORTEVA, INC.; DUPONT DE NEMOURS, INC.; and "ABC CORPORATIONS" 1-10 (NAMES FICTITIOUS),<br><br>                Defendants. | Case No.: 2:19-cv-14758-RMB-JBC<br>               1:19-cv-14765-RMB-JBC<br>               1:19-cv-14766-RMB-JBC<br>               3:19-cv-14767-RMB-JBC<br><br>**CERTIFICATE OF SERVICE** |

I, David M. Reap, certify that on December 8, 2025, a true copy of Plaintiffs' Opposition to the Township of Carneys Point's motions to intervene was served on all counsel of record via CM/ECF.

Dated: December 8, 2025

                                                          _____*/s/ David M. Reap*_____
                                                              David M. Reap, Esq.