Donald J. Camerson, II, Esq. (N.J. Bar No. 012921990)
James W. Crowder, IV, Esq. (N.J. Bar No. 282892019)
BRESSLER, AMERY & ROSS, P.C.
325 Columbia Turnpike
Florham Park, New Jersey 07932
Telephone: (973) 514-1200
djcamerson@bressler.com
jcrowder@bressler.com
*Attorneys for Defendant 3M Company*

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| NEW JERSEY DEPARTMENT OF ENVIRONMENTAL PROTECTION, et al., <br><br> Plaintiff, <br><br> v. <br><br> E. I. DU PONT DE NEMOURS AND COMPANY, et al., <br><br> Defendants. | No. 1:19-cv-14766-RMB-JMC <br><br> Hon. Renée M. Bumb, U.S.D.J. <br> Hon. James B. Clark, U.S.M.J. <br> Hon. Joel Schneider (Ret.), Special Master |

### DEFENDANT 3M COMPANY'S OPPOSITION TO CARNEYS POINT TOWNSHIP'S AND THE BOROUGH OF SAYREVILLE'S MOTIONS TO INTERVENE

For largely the same reasons set forth in Settling Plaintiffs' opposition brief (Docket No. 764), the Defendant 3M Company opposes Carneys Point Township's and the Borough of Sayreville's motions to intervene (Docket Nos. 745, 749).

The movants do not satisfy the requirements for intervention under Rule 24 of the Federal Rules for Civil Procedure, the core relief that the movants seek (writs of mandamus against state officials and agencies) falls outside this Court's jurisdiction, and the movants' substantive objections to the Proposed 3M Judicial Consent Order (JCO) lack merit for the reasons explained in

1

Settling Plaintiffs' opposition brief (Docket No. 764), Settling Plaintiffs' motion to approve the Proposed 3M JCO (Docket No. 746), and 3M's brief in support of Settling Plaintiffs' motion (Docket No. 751).

This is the third time that Carneys Point Township has attempted to intervene. The Township moved to intervene in October 2022 (Docket No. 231—with attachments, a filing of 1,189 pages) but then withdrew its motion in November 2022 (Docket No. 244). It moved again to intervene in June 2024 (Docket No. 313; *see also* Docket Nos. 315, 327, 342), but the Special Master correctly denied that motion (Docket No. 396), and the Township chose not to object or to otherwise appeal. And even then, the Township conceded that it had included 3M in its intervention request only to the extent that 3M "intended to object" to the Township's selection of natural-resource damages (NRD) restoration projects (Docket No. 327, at 25)—although it is the Commissioner of Environmental Protection, not the Township, who has authority to select NRD projects, *see* Docket No. 396, at 12 (Special Master's Opinion and Order holding that the Township has no "right to dictate the natural resource projects to be implemented").

Finally, 3M notes that Carneys Point Township and the Borough of Sayreville could have opposed Plaintiffs' motion to approve the JCOs by filing an amicus brief with the Parties' consent—but instead they opted to seek intervention. Settling Plaintiffs, the DuPont Defendants, and 3M all promptly gave their consent to any non-party that sought to file an amicus brief opposing Plaintiffs' motion by the Court-imposed deadline for seeking such consent—Wednesday, December 3. *See* Docket No. 741, at 2 (ordering that non-Parties may file oppositions to Plaintiffs' motion by Friday, December 12, and, absent leave of Court, may do so only by "obtain[ing] the Parties' consent" to file an amicus brief and also filing "a consent order to that effect … on the docket by Wednesday, December 3"); *e.g.*, Docket No. 758-1, at 2 (Dec. 3, 2025) (proposed amicus's

2

stipulation noting that all Parties had consented to the filing of an amicus brief opposing the JCOs); Docket No. 760 (Dec. 4, 2025) (Court order permitting amicus to file its brief opposing Plaintiffs' motion by Friday, December 12).  However, Carneys Point Township and the Borough of Sayreville rejected the preferred consent-based path and instead filed contested motions to intervene.

Accordingly, 3M Company respectfully asks the Court to deny Carneys Point Township's and the Borough of Sayreville's motions to intervene.

Dated:  December 8, 2025

Respectfully submitted,

By:   */s/Donald J. Camerson, II*

**BRESSLER, AMERY & ROSS, P.C.**
Donald J. Camerson, II
James W. Crowder, IV
325 Columbia Turnpike
Florham Park, NJ 07932
Telephone: (973) 514-1200
Fax: (973) 514-1660
djcamerson@bressler.com
jcrowder@bressler.com

**KING & SPALDING LLP**
Andrew J. Calica (*pro hac vice*)
King & Spalding LLP
1290 Avenue of the Americas, 14th Floor
New York, NY 10104
(212) 790-5390
acalica@kslaw.com

*Attorneys for Defendant 3M Company*

## CERTIFICATE OF SERVICE

I hereby certify that on December 8, 2025, a true and accurate copy of Defendant 3M Company's Opposition to Carneys Point Township's and the Borough of Sayreville's Motions to Intervene was served on all counsel of record via CM/ECF.

Dated:  December 8, 2025                    */s/Donald J. Camerson, II*
                                            Donald J. Camerson, II
                                            BRESSLER, AMERY & ROSS, P.C.
                                            325 Columbia Turnpike
                                            Florham Park, NJ 07932
                                            (973) 514-1200
                                            djcamerson@bressler.com

                                            *Attorneys for Defendant 3M Company*