**MURPHY ORLANDO LLC**
Jason F. Orlando, Esq. (#016482000)
Arthur R. Sypek, Jr., Esq. (#08341974)
Mallory B. Olwig, Esq. (#467232024)
494 Broad Street, 5th Floor
Newark, New Jersey 07102
(201) 451-5000
jorlando@murphyorlando.com
asypek@murphyorlando.com
*Attorneys for Intervenor, County of Mercer*

### IN THE UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| NEW JERSEY DEPARTMENT OF ENVIRONMENTAL PROTECTION, et al.,<br><br>*Plaintiffs*<br><br>v.<br><br>E.I. DU PONT DE NEMOURS AND COMPANY, et al.,<br><br>*Defendants*. | Civil Action Nos.:<br><br>1:19-cv-14758-RMB-JBC (Pompton Lakes)<br>1:19-cv-14765-RMB-JBC (Repauno)<br>1:19-cv-14766-RMB-JBC (Chambers Works)<br>1:19-cv-14767-RMB-JBC (Parlin/Sayreville<br><br>**NOTICE OF MOTION**<br><br>**[Oral Argument Requested]** |

TO:   Clerk of Court
       All Counsel of Record
       *Via CM/ECF*

**PLEASE TAKE NOTICE** that on Monday, January 5, 2025 at 9:00 a.m. in the forenoon, or as soon thereafter as counsel may be heard, proposed intervening third-party plaintiff the County of Mercer ("Mercer County") will move before the Honorable Renée Marie Bumb, U.S.D.J., at the Mitchell H. Cohen Building & United States Courthouse, 4th & Cooper Streets, Camden, NJ 08101, for an order pursuant to Federal Rule of Civil Procedure 24(a) and (b) to intervene in this action;

**PLEASE TAKE FURTHER NOTICE** that Mercer County shall rely upon the accompanying brief with exhibits, and all other papers filed in this action; and

**PLEASE TAKE FURTHER NOTICE** that Mercer County shall respectfully request oral argument in the event Defendants oppose this motion; and

**PLEASE TAKE FURTHER NOTICE** that a proposed form of Order is submitted herewith.

    MURPHY ORLANDO LLC
    494 Broad Street, 5th Floor
    Newark, New Jersey
    (201) 451-5000
    *Attorneys for Intervenor, County of Mercer*

    */s/ Mallory B. Olwig*
    Mallory B. Olwig, Esq.

Dated: December 12, 2025