**MURPHY ORLANDO LLC**
Jason F. Orlando, Esq. (#016482000)
Arthur R. Sypek, Jr., Esq. (#08341974)
Mallory B. Olwig, Esq. (#467232024)
494 Broad Street, 5th Floor
Newark, New Jersey 07102
(201) 451-5000
jorlando@murphyorlando.com
asypek@murphyorlando.com
*Attorneys for Intervenor, County of Mercer*

### IN THE UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| NEW JERSEY DEPARTMENT OF ENVIRONMENTAL PROTECTION, et al., *Plaintiffs* v. E.I. DU PONT DE NEMOURS AND COMPANY, et al., *Defendants*. | Civil Action Nos.: 1:19-cv-14758-RMB-JBC (Pompton Lakes) 1:19-cv-14765-RMB-JBC (Repauno) 1:19-cv-14766-RMB-JBC (Chambers Works) 1:19-cv-14767-RMB-JBC (Parlin/Sayreville **CERTIFICATE OF SERVICE** |

I am an attorney admitted and in good standing in this United States District Court and hereby certify that on this day I caused a true and correct copy of proposed intervening third-party Plaintiff County of Mercer's Motion to Intervene and supporting papers to be served by ECF upon all counsel of record via CM/ECF.

Dated: December 12, 2025

/s/ *Mallory B. Olwig*
Mallory B. Olwig, Esq.
**MURPHY ORLANDO LLC**