# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| NEW JERSEY DEPARTMENT OF ENVIRONMENTAL PROTECTION, et al., *Plaintiffs* v. E.I. DU PONT DE NEMOURS AND COMPANY, et al., *Defendants*. | Civil Action Nos.: 1:19-cv-14758-RMB-JBC (Pompton Lakes) 1:19-cv-14765-RMB-JBC (Repauno) 1:19-cv-14766-RMB-JBC (Chambers Works) 1:19-cv-14767-RMB-JBC (Parlin/Sayreville **[PROPOSED]** **ORDER GRANTING THE COUNTY OF MERCER'S MOTION TO INTERVENE** |

**THIS MATTER** having been opened to the Court by proposed intervening third-party plaintiff the County of Mercer ("Mercer County") through its motion pursuant to Federal Rule of Civil Procedure 24(a) and (b) to intervene in this action;

**IT IS** on this _____ day of _____, 2026,

**ORDERED** that Mercer County's Motion to Intervene and Writ of Mandamus to Modify and/or Delay Approval of the Judicial Consent Orders be and hereby is **GRANTED**.

_____
Hon. Renée Marie Bumb, U.S.D.J.