**State of New Jersey**
DEPARTMENT OF LAW AND PUBLIC SAFETY
DIVISION OF LAW
25 MARKET STREET
PO BOX 093
TRENTON, NJ  08625-0093

PHILIP D. MURPHY
*Governor*

TAHESHA L. WAY
*Lt. Governor*

MATTHEW J. PLATKIN
*Attorney General*

MICHAEL C. WALTERS
*Director*

December 18, 2025

<u>VIA ECF</u>

The Honorable Renée M. Bumb, Chief U.S.D.J.
United States District Court for the District of New Jersey
Mitchell H. Cohen Building & U.S. Courthouse
4th & Cooper Streets
Camden, New Jersey 08101

    Re:    *NJDEP, et al. v E. I. Du Pont Nemours and Company, et al.*; Civil Action No. 2:19-cv-14758-RMB-JBC-JS (Pompton Lakes Works)

           *NJDEP, et al. v E. I. Du Pont Nemours and Company, et al.*; Civil Action No. 1:19-cv-14765-RMB-JBC-JS (Repauno Works)

           *NJDEP, et al. v E. I. Du Pont Nemours and Company, et al.*; Civil Action No. 1:19-cv-14766-RMB-JBC-JS (Chambers Works)

           *NJDEP, et al. v E. I. Du Pont Nemours and Company, et al.*; Civil Action No. 3:19-cv-14767-RMB-JBC-JS (Parlin Site)

Dear Chief Judge Bumb:

    Plaintiffs New Jersey Department of Environmental Protection ("DEP"), the Commissioner of DEP, and the Administrator of the New Jersey Spill Compensation Fund (collectively, "Plaintiffs") write with respect to remaining briefing related to the State's motion to approve the settlements ("Motion").

    Pursuant to the Amended Scheduling Order, D.E. 741, Plaintiffs are to file their reply to oppositions on the Motion by December 22, 2025. As the Court knows, two *amicus* oppositions to the Motion were filed, one by the National Association of Clean Water Agencies ("NACWA") (D.E. 769) and another by the Association of Environmental Authorities of New Jersey ("AEA") and several of its members (D.E. 771).[1]  The State respectfully requests permission to file one consolidated brief of up to 40 pages in reply to those oppositions.

---

[1] Together, NACWA and AEA's briefs consist over 80 pages of argument (not including additional information provided through supporting declarations).




HUGHES JUSTICE COMPLEX · TELEPHONE: (609) 376-2991 FAX: (609) 341-5031
*New Jersey is an Equal Opportunity Employer · Printed on Recycled Paper and Recyclable*

Plaintiffs will also be separately responding to the motions of Monmouth County and Mercer County to intervene in this action. 1:19-cv-14758, D.E. 568; 1:19-14766, D.E. 770. Pursuant to default briefing deadlines, Plaintiffs' oppositions to these motions are also due on December 22, 2025. Plaintiffs request permission to consolidate their opposition to the intervention motions into one brief.[2]

If the above meets with Your Honor's approval, we respectfully request that it be "so ordered." We appreciate the Court's continued management of these matters.

Respectfully,

MATTHEW J. PLATKIN
ATTORNEY GENERAL OF NEW JERSEY


By: ___*Gwen Farley*___
    Gwen Farley
    Deputy Attorney General


KELLEY DRYE & WARREN
SPECIAL COUNSEL TO THE ATTORNEY GENERAL


By: ___*David M. Reap*___
    David M. Reap


cc:    All Counsel of record

---

[2] Plaintiffs do not request any additional pages than normally permitted to oppose such a motion.