# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| NEW JERSEY DEPARTMENT OF ENVIRONMENTAL PROTECTION, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>E. I. DU PONT DE NEMOURS AND COMPANY, et al.,<br><br>Defendants. | Civil Action No. 2:19-cv-14758-RMB-JBC<br>Civil Action No. 1:19-cv-14765-RMB-JBC<br>Civil Action No. 1:19-cv-14766-RMB-JBC<br>Civil Action No. 3:19-cv-14767-RMB-JBC<br><br>**REQUEST BY LOCAL COUNSEL FOR PRO HAC VICE ATTORNEY TO RECEIVE ELECTRONIC NOTIFICATION** |

Request is hereby made by local counsel, Daniel F. Mulvihill, for *pro hac vice* counsel, Jeffrey B. Kray, to receive electronic notifications in the within matter, and it is represented that:

1. An order of the Court granting a motion to appear *pro hac vice* in the within matter has been entered; and

2. As admission was granted after March 1, 2024, the Admission Fee, in the amount of $250, pursuant to L.Civ.R. 101.1(c)(3), has been paid to the Clerk of the Court.

Dated: December 19, 2025

                                                     Respectfully submitted,
                                                     **MARTEN LAW, LLP**

                                                     *s/ Daniel F. Mulvihill*
                                                     Daniel F. Mulvihill
                                                     Marten Law LLP
                                                     45 Rockefeller Plaza, Suite 2000
                                                     New York, NY 10111
                                                     Tel.: (347) 218-8148
                                                     dmulvihill@martenlaw.com

PRO HAC VICE ATTORNEY INFORMATION:

Jeffrey B. Kray
Marten Law LLP
920 Fifth Ave, Suite 2700
Seattle, WA 98104
Tel.: (206) 292-2608
jkray@martenlaw.com