**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| **NEW JERSEY DEPARTMENT OF ENVIRONMENTAL PROTECTION; THE COMMISSIONER OF THE NEW JERSEY DEPARTMENT OF ENVIRONMENTAL PROTECTION; and THE ADMINISTRATOR OF THE NEW JERSEY SPILL COMPENSATION FUND,** | Case No.: <br><br> 1:19-cv-14758-RMB-JBC (Pompton Lakes) <br> 1:19-cv-14765-RMB-JBC (Repauno) <br> 1:19-cv-14766-RMB-JBC (Chambers Works) <br> 1:19-cv-14767-RMB-JBC (Parlin/Sayreville) |
| Plaintiff, | |
| v. | |
| **E.I. DU PONT DE NEMOURS AND COMPANY; THE CHEMOURS COMPANY; THE CHEMOURS COMPANY FC, LLC; THE 3M COMPANY; DUPONT SPECIALTY PRODUCTS USA, LLC; CORTEVA, INC.; DUPONT DE NEMOURS, INC.; and "ABC CORPORATIONS" 1-10 (NAMES FICTITIOUS),** | **NOTICE OF INTERVENING THIRD-PARTY PLAINTIFFS' MOTION TO INTERVENE** |
| Defendants. | |
| **CAPE MAY COUNTY, CUMBERLAND COUNTY, SALEM COUNTY, SOMERSET COUNTY, THE COUNTY OF UNION, MIDDLESEX COUNTY, and MONMOUTH COUNTY,** | |
| Intervening Third-Party Plaintiffs | |
| v. | |
| **NEW JERSEY DEPARTMENT OF ENVIRONMENTAL PROTECTION; THE COMMISSIONER OF THE NEW JERSEY DEPARTMENT OF ENVIRONMENTAL PROTECTION; THE ADMINISTRATOR OF THE NEW JERSEY SPILL COMPENSATION FUND; and THE 3M COMPANY,** | |
| Third-Party Defendants. | |

**TO: ALL COUNSEL OF RECORD**

**PLEASE TAKE NOTICE** that on January 5, 2025, at 9:00 in the forenoon, or as soon thereafter as counsel may be heard, Intervening Third-Party Plaintiffs Cape May County, Cumberland County, Salem County, Somerset County, the County of Union, Middlesex County, and Monmouth County (collectively, the "Intervenors") will move before the Honorable Renée Marie Bumb, U.S.D.J., at the Mitchell H. Cohen Building & United States Courthouse, 4th & Cooper Streets, Camden, New Jersey 08101, for an order pursuant to Federal Rule of Civil Procedure 24(a) and (b) permitting them to intervene in this action for purposes of filing their Third-Party Complaint seeking declaratory, injunctive, and related equitable relief establishing that they are not bound by the proposed Judicial Consent Order.

**PLEASE TAKE FURTHER NOTICE** that Intervenors shall rely upon the accompanying Brief in Support of Motion to Intervene, the Third-Party Complaint, the Declaration of John E. Keefe, Jr., with exhibits, and all other papers filed in this action.

**PLEASE TAKE FURTHER NOTICE** that oral argument is requested.

**PLEASE TAKE FURTHER NOTICE** that a proposed form of Order is submitted herewith.

RESPECTFULLY SUBMITTED this 22nd day of December 2025.

> */s/ John E. Keefe, Jr.*
> **KEEFE LAW FIRM**
> John E. Keefe, Jr.
> Galleria
> Building 6, 2nd Floor, Suite 623
> Red Bank, New Jersey 07701
> *Attorneys for Intervening Third-Party Plaintiffs Cape May County, Cumberland County, Salem County, Somerset County, the County of Union, Middlesex County, and Monmouth County*