Keefe Law Firm, LLC
John E. Keefe, Jr.
2 Bridge Ave, Suite 623
Red Bank, NJ  07701
Tel.:  (732) 224-9400
Fax:  (732)-224-9494
jkeefe@keefe-lawfirm.com
*Attorneys for Intervening Third-Party Plaintiffs Cape May County, Cumberland County, Salem County, Somerset County, the County of Union, Middlesex County, and Monmouth County*

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| NEW JERSEY DEPARTMENT OF ENVIRONMENTAL PROTECTION; THE COMMISSIONER OF THE NEW JERSEY DEPARTMENT OF ENVIRONMENTAL PROTECTION; and THE ADMINISTRATOR OF THE NEW JERSEY SPILL COMPENSATION FUND,<br><br>**Plaintiff,**<br><br>v.<br><br>E.I. DU PONT DE NEMOURS AND COMPANY; THE CHEMOURS COMPANY; THE CHEMOURS COMPANY FC, LLC; THE 3M COMPANY; DUPONT SPECIALTY PRODUCTS USA, LLC; CORTEVA, INC.; DUPONT DE NEMOURS, INC.; and "ABC CORPORATIONS" 1-10 (NAMES FICTITIOUS),<br><br>**Defendants.**<br><br>CAPE MAY COUNTY, CUMBERLAND COUNTY, SALEM COUNTY, SOMERSET COUNTY, THE COUNTY OF UNION, MIDDLESEX COUNTY, and MONMOUTH COUNTY,<br><br>**Intervening Third-Party Plaintiffs** | Case No.:<br><br>1:19-cv-14758-RMB-JBC (Pompton Lakes)<br>1:19-cv-14765-RMB-JBC (Repauno)<br>1:19-cv-14766-RMB-JBC (Chambers Works)<br>1:19-cv-14767-RMB-JBC (Parlin/Sayreville)<br><br><br>**[PROPOSED] ORDER GRANTING THE MOTION OF CAPE MAY COUNTY, CUMBERLAND COUNTY, SALEM COUNTY, SOMERSET COUNTY, THE COUNTY OF UNION, MIDDLESEX COUNTY, AND MONMOUTH COUNTY TO INTERVENE** |

|  |  |
|---|---|
| **v.** | : |
|  | : |
| **NEW JERSEY DEPARTMENT OF** | : |
| **ENVIRONMENTAL PROTECTION;** | : |
| **THE COMMISSIONER OF THE NEW** | : |
| **JERSEY DEPARTMENT OF** | : |
| **ENVIRONMENTAL PROTECTION;** | : |
| **THE ADMINISTRATOR OF THE** | : |
| **NEW JERSEY SPILL COMPENSATION** | : |
| **FUND; and THE** | : |
| **3M COMPANY,** | : |
|  | : |
| **Third-Party Defendants.** | : |

**THIS MATTER** having been opened to the Court by proposed intervening third-party plaintiffs Cape May County, Cumberland County, Salem County, Somerset County, the County of Union, Middlesex County, and Monmouth County ("Intervenors") through its motion pursuant to Fed R. Civ. P. 24(a) and (b to intervene in this action for purposes of seeking a declaratory judgment that it is not bound by the proposed Judicial Consent Order;

    **IT IS** on the _____ day of _____ 2025,

    **ORDERED** that the Motion for Intervention is **BE AND IS HEREBY GRANTED**; and it is further

    **ORDERED** that the Counties proposed Third-Party Complaint for a declaratory judgment is deemed filed herewith.

Date:

                                                       HON. RENÉE MARIE BUMB Chief
                                                       United States District Judge