# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| **NEW JERSEY DEPARTMENT OF ENVIRONMENTAL PROTECTION; THE COMMISSIONER OF THE NEW JERSEY DEPARTMENT OF ENVIRONMENTAL PROTECTION; and THE ADMINISTRATOR OF THE NEW JERSEY SPILL COMPENSATION FUND,** | : : : : : : : : : : : : | Case No.: <br><br> 1:19-cv-14758-RMB-JBC (Pompton Lakes) <br> 1:19-cv-14765-RMB-JBC (Repauno) <br> 1:19-cv-14766-RMB-JBC (Chambers Works) <br> 1:19-cv-14767-RMB-JBC (Parlin/Sayreville) |
| **Plaintiff,** | : : | |
| v. | : : | **CERTIFICATE OF SERVICE** |
| **E.I. DU PONT DE NEMOURS AND COMPANY; THE CHEMOURS COMPANY; THE CHEMOURS COMPANY FC, LLC; THE 3M COMPANY; DUPONT SPECIALTY PRODUCTS USA, LLC; CORTEVA, INC.; DUPONT DE NEMOURS, INC.; and "ABC CORPORATIONS" 1-10 (NAMES FICTITIOUS),** | : : : : : : : : : : | |
| **Defendants.** | : | |
| **CAPE MAY COUNTY, CUMBERLAND COUNTY, SALEM COUNTY, SOMERSET COUNTY, THE COUNTY OF UNION, MIDDLESEX COUNTY, and MONMOUTH COUNTY,** | : : : : : : | |
| **Intervening Third-Party Plaintiffs** | : : | |
| v. | : : | |
| **NEW JERSEY DEPARTMENT OF ENVIRONMENTAL PROTECTION; THE COMMISSIONER OF THE NEW JERSEY DEPARTMENT OF ENVIRONMENTAL PROTECTION; THE ADMINISTRATOR OF THE NEW JERSEY SPILL COMPENSATION** | : : : : : : : : | |

|  |  |
|---|---|
| **FUND; and THE 3M COMPANY,** | : |
| | : |
| **Third-Party Defendants.** | : |

JOHN E. KEEFE, JR., hereby certifies as follows:

1. I am an attorney admitted and in good standing in this United States District Court and hereby certify that on this day I caused a true and correct copy of proposed intervening third-party Plaintiffs Cape May County, Cumberland County, Salem County, Somerset County, the County of Union, Middlesex County, and Monmouth County's Motion to Intervene and supporting papers to be served upon all counsel of record via CM/ECF.

December 22, 2025          */s/ John E. Keefe, Jr.*
JOHN E. KEEFE, JR., ESQ.
Keefe Law Firm, LLC
2 Bridge Ave, Suite 623
Red Bank, NJ 07724
Tel: (732) 224-9400
*Attorneys for Intervening Third-Party Plaintiffs Cape May County, Cumberland County, Salem County, Somerset County, the County of Union, Middlesex County, and Monmouth County*