# UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| NEW JERSEY DEPARTMENT OF ENVIRONMENTAL PROTECTION, et al., <br><br> Plaintiffs, <br><br> v. <br><br> E. I. DU PONT DE NEMOURS AND COMPANY, et al., <br><br> Defendants. | Case Nos. 1:19-cv-14758-RMB-JBC, <br> 1:19-cv-14765-RMB-JBC, <br> 1:19-cv-14766-RMB-JBC, <br> 3:19-cv-14767-RMB-JBC <br><br> **CERTIFICATE OF SERVICE** |

I, Geoffrey W. Castello, certify that on December 22, 2025, a true copy of Plaintiffs' Opposition to Monmouth and Mercer County's Motions to Intervene was served on all counsel of record via CM/ECF.

Dated: December 22, 2025

*/s/ Geoffrey W. Castello*
Geoffrey W. Castello