UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

NEW JERSEY DEPARTMENT OF
ENVIRONMENTAL PROTECTION, *et al.*,

        Plaintiffs,

   v.

E.I. DU PONT DE NEMOURS AND
COMPANY, *et al.*,

        Defendants.

Civil Action No. 1:19-cv-14766-RMB-JBC

**STATEMENT IN LIEU OF BRIEF OF DEFENDANTS E. I. DUPONT DE NEMOURS AND COMPANY, THE CHEMOURS COMPANY, THE CHEMOURS COMPANY FC, LLC, DUPONT SPECIALTY PRODUCTS USA, LLC, CORTEVA, INC., AND DUPONT DE NEMOURS, INC. IN <u>OPPOSITION TO MERCER COUNTY'S MOTION TO INTERVENE</u>**

Defendants EIDP, Inc. (f/k/a E. I. du Pont de Nemours and Company), The Chemours Company, The Chemours Company FC, LLC, DuPont Specialty Products USA, LLC, Corteva, Inc. and DuPont de Nemours, Inc. (collectively "Settling Defendants") respectfully submit this Statement in Lieu of Brief in opposition to the motion to intervene filed by the County of Mercer ("Mercer County") (ECF No. 770).   Although Settling Defendants do not endorse or join in all of the statements and arguments in Settling Plaintiffs' opposition to the motion, they agree that Mercer County has not satisfied the requirements for intervention under the Federal Rules of Civil Procedure and that its objections to the Proposed Judicial Consent Order are without merit. Moreover, to the extent Mercer County reiterates arguments advanced by Carneys Point Township in its previous motion to intervene, Settling Defendants respectfully refer the Court to their opposition to that motion, filed at ECF No. 766.

Respectfully submitted,

Date: December 22, 2025

| | |
|---|---|
| */s/ Lanny S. Kurzweil* | /s/ *David A. Haworth* |
| Lanny S. Kurzweil, Esq. | David A. Haworth, Esq. |
| Ryan A. Richman, Esq. | BALLARD SPAHR LLP |
| McCARTER & ENGLISH, LLP | 700 East Gate Drive, Suite 330 |
| Four Gateway Center | Mount Laurel, NJ 08054 |
| 100 Mulberry Street | (856) 761-3400 |
| Newark, NJ 07102 | haworthd@ballardspahr.com |
| (973) 639-2044 | |
| lkurzweil@mccarter.com | – and – |
| rrichman@mccarter.com | |

 – and –

Stephen Stigall, Esq.
Brittany M. Wilson, Esq.
Erin M. Carter, Esq. (*Admitted PHV*)
Ann Marie Duffy, Esq. (*Admitted PHV*)     BALLARD SPAHR LLP
Eric G. Lasker, Esq. (*Admitted PHV*)       1735 Market Street, 51st Floor
Matthew J. Malinowski, Esq. (*Admitted PHV*)  Philadelphia, PA 19103
Marchello D. Gray, Esq. (*Admitted PHV*)    (215) 665-8500
HOLLINGSWORTH LLP                            stigalls@ballardspahr.com
1350 I Street, NW                            wilsonbm@ballardspahr.com
Washington, DC 20005                         cartere@ballardspahr.com
(202) 898-5800
aduffy@hollingsworthllp.com
elasker@hollingsworthllp.com
mmalinowski@hollingsworthllp.com
mgray@hollingsworthllp.com

*Counsel to EIDP, Inc. (as to Third Count only, in Civil Action No. 1:19-cv-14766, the ISRA claims); DuPont Specialty Products USA, LLC; Corteva, Inc.; and DuPont de Nemours, Inc. (as to all claims except the fraudulent transfer claims)*

*Attorneys for Defendants EIDP, Inc., f/k/a E. I. du Pont de Nemours and Company, The Chemours Company, and The Chemours Company FC, LLC (as to all claims except (i) the fraudulent transfer claims in all matters; and (ii) the Third Count, ISRA claim, in 1:19-cv-14766-RMB-JBC)*