Donald J. Camerson, II, Esq.
James W. Crowder, IV, Esq.
BRESSLER, AMERY & ROSS, P.C.
325 Columbia Turnpike
Florham Park, NJ 07932
Tel: (973) 514-1200
Fax: (973) 514-1660
djcamerson@bressler.com
jcrowder@bressler.com
*Attorneys for Defendant 3M Company*

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY
CAMDEN VICINAGE**

| | |
|---|---|
| NEW JERSEY DEPARTMENT OF ENVIRONMENTAL PROTECTION, *et al.*,<br><br>Plaintiffs,<br><br>v.<br><br>E.I. DU PONT DE NEMOURS AND COMPANY, *et al.*,<br><br>Defendants. | Civil Action No.<br>1:19-cv-14766-RMB-JBC-JS<br><br><br>Hon. Renée M. Bumb, U.S.D.J.<br>Hon. James B. Clark, U.S.M.J.<br>Hon. Joel Schneider (Ret.), Special Master |

**CERTIFICATE OF SERVICE**

DONALD J. CAMERSON, II, of full age, hereby declares and certifies as follows:

1. I am a Principal with the law firm, Bressler, Amery & Ross, P.C., attorneys for Defendant 3M Company ("3M") in the above-captioned matter.

2. I hereby certify that on December 22, 2025, I caused a true and accurate copy of the following documents to be served upon all counsel of record via this Court's electronic case filing ("ECF") system:

1

    a. 3M Company's Response Opposing Monmouth County's and Mercer County's Motions to Intervene;

    b. Certification of Donald J. Camerson, II, Esq., in Support of 3M Company's Response Opposing Monmouth County's and Mercer County's Motions to Intervene; and

    c. This Certificate of Service.

3. 3M is also sending a courtesy copy of 3M's Memorandum to the Honorable Renée M. Bumb, U.S.D.J., pursuant to Her Honor's Individual Rules and Procedures.

Dated: December 22, 2025

*/s/Donald J. Camerson, II*
Donald J. Camerson, II
BRESSLER, AMERY & ROSS, P.C.
325 Columbia Turnpike, Suite 301
Florham Park, New Jersey 07932
(973) 512-1200
djcamerson@bressler.com

*Attorneys for Defendant 3M Company*