**MATTHEW J. PLATKIN**
**ATTORNEY GENERAL OF NEW JERSEY**
R.J. Hughes Justice Complex
25 Market Street P.O. Box 093
Trenton, New Jersey 08625-0093
*Attorney for Plaintiffs*

By:   Gwen Farley
       Deputy Attorney General
       Attorney ID No. 000081999
       Ph. (609) 376-2740
       Gwen.Farley@law.njoag.gov

**KELLEY DRYE & WARREN LLP**
Special Counsel to the Attorney General
By:   Geoffrey W. Castello, Esq.
       7 Giralda Farms, Suite 340
       Madison, New Jersey 07940
 Tel.: (973) 503-5900
       GCastello@KelleyDrye.com

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| NEW JERSEY DEPARTMENT OF ENVIRONMENTAL PROTECTION, et al.,<br><br>                Plaintiffs,<br>v.<br><br>E.I. DU PONT DE NEMOURS AND COMPANY, et al.,<br><br>                Defendants. | Case No.: 1:19-cv-14766-RMB-JBC, Civil Action<br><br>**DECLARATION OF GEOFFREY W. CASTELLO, ESQ. IN SUPPORT OF PLAINTIFFS' REPLY IN SUPPORT OF MOTION TO APPROVE AND RESPONSE TO *AMICI CURIAE*** |

GEOFFREY W. CASTELLO, declares under penalty of perjury pursuant to 28 U.S.C. § 1746 that:

      1.    I am an attorney-at-law and a member of the law firm of Kelley Drye & Warren LLP, Special Counsel for Plaintiffs in the above-captioned matter.

2. I make this Certification in connection with Plaintiffs' Reply in Support of the Motion to Approve Judicial Consent Orders with Settling Defendants and Response to Briefs of Amici Curiae.

3. Attached hereto as Exhibit A is a true and correct excerpt of the Transcript of the House Committee on Energy and Commerce/Environment Hearing held on December 18, 2025. The excerpt includes the statement of Representative Frank Pallone of New Jersey, which was read by Representative Robert Menendez of New Jersey. The full document is 73 pages and will be made available by request.

I declare under penalty of perjury that the foregoing is true and correct.

Dated: December 22, 2025                    By: */s/ Geoffrey W. Castello*
                                                GEOFFREY W. CASTELLO, ESQ.