## MARAZITI FALCON, LLP

ATTORNEYS AT LAW

JOSEPH J. MARAZITI, JR.
DIANE ALEXANDER[1]
BRAD CARNEY
ANDREW M. BREWER
JOANNE VOS
ALYSE LANDANO HUBBARD
SARA UZATMACIYAN
GABRIELLE HARTMAN
COREY KATZELNICK

OF COUNSEL
CHRISTOPHER H. FALCON

240 CEDAR KNOLLS ROAD
SUITE 301
CEDAR KNOLLS, NEW JERSEY 07927

PHONE: (973) 912-9008
FAX (973) 912-9007
www.mfhlaw.com

**Direct No**. (973) 912-6802
**E-mail:** jmaraziti@mfhenvlaw.com

[1] Also admitted in NY

December 23, 2025

**Via CM/ECF**

The Honorable Renée Marie Bumb, Chief U.S.D.J.
United States District Court for the District of New Jersey
Mitchell H. Cohen U.S. Courthouse
4th & Cooper Streets
Camden, New Jersey 08101

     **RE:**   **NJDEP, et al. v. E. I. Du Pont Nemours and Company, et al.;** Civil Action No. 2:19-cv-14758-RMB-JBC-JS (Pompton Lakes Works)

            **NJDEP, et al. v. E. I. Du Pont Nemours and Company, et al.**; Civil Action No. 1:19-cv-14765-RMB-JBC-JS (Repauno Works)

            **NJDEP, et al. v. E. I. Du Pont Nemours and Company, et al.**; Civil Action No. 1:19-cv-14766-RMB-JBC-JS (Chambers Works)

            **NJDEP, et al. v. E. I. Du Pont Nemours and Company, et al.**; Civil Action No. 3:19-cv-14767-RMB-JBC-JS (Parlin Site)

Dear Chief Judge Bumb:

     As Your Honor is aware, this firm represents the Association of Environmental Authorities, Morris County Municipal Utilities Authority, Rockaway Valley Regional Sewerage Authority, Somerset Raritan Valley Sewerage Authority, Hanover Sewerage Authority, Rahway Valley Sewerage Authority, Stony Brook Regional Sewerage Authority, and Musconetcong Sewerage Authority (collectively, the "Specified Non-Parties" or "*Amici Curiae*"), in connection with the review by Your Honor of the proposed Judicial Consent Orders ("JCOs") in the above referenced matters.

     Pursuant to the Consent Order and the Amended Scheduling Order, both entered on November 13, 2025, this letter and the enclosed proposed Order entitled ORDER REGARDING

REQUEST FOR LEAVE TO PRESENT ORAL ARGUMENT BY *AMICI CURIAE* are respectfully submitted.

The Consent Order, filed by this office and entered by the Court, provides that the Specified Non-Parties may submit a letter to the Court requesting leave to participate in oral argument following the conclusion of briefing on the motions but no later than Wednesday, December 31, 2025. This request is consistent with the Amended Scheduling Order, which states that "[a]ny non-Party that has filed an *amicus* brief and seeks to present oral argument at the hearing on the Motions and JCOs shall seek leave to do so by Wednesday, December 31, 2025."

The Specified Non-Parties filed their *amicus* Brief in Opposition to the JCOs on Friday, December 12, 2025 and the Parties have filed their reply briefs on Monday, December 22, 2025. Thus, the briefing on the motions has concluded. Accordingly, the Specified Non-Parties respectfully request that Your Honor grant leave for Brad Carney, Esq., of this office, to present oral argument on their behalf for a period not in excess of forty-five (45) minutes at the hearing scheduled for Wednesday, January 7, 2026 in Courtroom 3D of the Mitchell H. Cohen Building & U.S. Courthouse, 4th and Cooper Streets, Camden, New Jersey, 08101.

We thank the Court for its consideration in this matter.

Respectfully submitted,

*/s/ Brad Carney*
Brad Carney, Esq.
MARAZITI FALCON, LLP
Counsel for the: Association of
Environmental Authorities, Morris County
Municipal Utilities Authority,
Rockaway Valley Regional Sewerage
Authority, Somerset Raritan Valley
Sewerage Authority, Hanover Sewerage
Authority, Rahway Valley Sewerage
Authority, Stony Brook Regional Sewerage
Authority and the Musconetcong Sewerage
Authority

cc: Magistrate Judge Joel Schneider (Ret)
    Counsel of Record