IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| NEW JERSEY DEPARTMENT OF ENVIRONMENTAL PROTECTION; et. al., <br><br> Plaintiffs, <br><br> v. <br><br> E.I. DU PONT DE NEMOURS AND COMPANY, et.al., <br><br> Defendants. | Civil Action No.2:19-cv-14758-RMB-JBC <br> Civil Action No. 1:19-cv-14765-RMB-JBC <br> Civil Action No. 1:19-cv-14766-RMB-JBC <br> Civil Action No. 3:19-cv-14767-RMB-JBC |

## ORDER REGARDING REQUEST FOR LEAVE TO PRESENT ORAL ARGUMENT BY *AMICI CURIAE*

**WHEREAS**, The Association of Environmental Authorities, Morris County Municipal Utilities Authority, Rockaway Valley Regional Sewerage Authority, Somerset Raritan Valley Sewerage Authority, Hanover Sewerage Authority, Rahway Valley Sewerage Authority, Stony Brook Regional Sewerage Authority, and the Musconetcong Sewerage Authority (collectively, the "Specified Non-Parties") were granted *amici curiae* by this Court on November 13, 2025; and

**WHEREAS,** the Amended Scheduling Order, entered on November 13, 2025 states that, "Any non-Party that has filed an *amicus* brief and seeks to

present oral argument at the hearing on the Motions and JCOs shall seek leave to do so by Wednesday, December 31, 2025; and

**WHEREAS**, Maraziti Falcon, LLP, counsel for amici, has requested to leave to present oral argument on this matter.

**ACCORDINGLY, IT IS ORDERED** that:

1. Brent "Brad" Carney, Esq. counsel for the Specified Non-Parties, may be allowed oral argument in this matter on Wednesday, January 7, 2026, at 9:00 a.m., or as soon as counsel may be heard for a period not in excess of forty-five (45) minutes, in Courtroom 3D of the Mitchell H. Cohen Building & U.S. Courthouse, 4th and Cooper Streets, Camden, New Jersey, 08101.

Dated: December___, 2025

SO ORDERED:

_____
HON. RENÉE MARIE BUMB
Chief United States District Judge