# Meyner and Landis LLP

reply to:
Albert I. Telsey
Direct Dial: (973) 602-3439
ATelsey@Meyner.com

Attorneys At Law
One Gateway Center
Suite 2500
Newark, New Jersey 07102
www.meyner.com

New York Address:
100 Park Avenue
16th Floor
New York, New York 10017
(516) 683-0171

January 2, 2026

Via CM/ECF/FedEx (courtesy copy)
The Honorable Renée Marie Bumb, Chief Judge
United States District Court
District of New Jersey — Camden Vicinage
Mitchell H. Cohen U.S. Courthouse
4th & Cooper Streets
Camden, New Jersey 08101

    RE:    **Carneys Point Twp. – Response to Summary Chart – JCO ¶83**
*NJDEP, et al., v. E.I. DuPont de Nemours and Company, et al.,*
Case No.: 1:19-CV-14766- RMB-JBC (D.N.J.)

Dear Judge Bumb,

    We represent Carneys Point Township.

    The summary chart did not summarize our reasons why paragraph 83 of the DuPont JCO must be stricken. (ECF 799, p.14). As such, it does not comply with CMO 10. We submit this letter of clarification, which follows the letter by intervenors and amicus seeking an opportunity to file clarifications (ECF 790).

    Paragraph 83 of the DuPont JCO states that this court "*finds*" that the Release in the JCO will "resolve, release, and bar" Carneys Point Township's 2016 state court action, and that, "*based on this finding*" by this court, the Plaintiffs and Defendants shall be entitled to present the signed JCO to a state court judge as legal grounds for why the state court must dismiss the Township's state court action.

    The Township's state court action was removed to federal court and remanded back to state court in 2017 by Judge Noel L. Hillman, U.S.D.J. Therefore, pursuant to 28 U.S.C.A. §1447, this court does not retain jurisdiction to

The Honorable Renée Marie Bumb
January 2, 2026
Page 2

make any "findings" of fact or "findings" of law regarding the interplay of the Township's state court action with regard to this proposed JCO.

In addition, this interplay was addressed by the state court in 2024 when the state court found the Township retains jurisdiction to litigate the state court action despite this federal court matter. That decision went to the Appellate Division, which denied the appeal; then to the New Jersey Supreme Court, which remanded it back to the Appellate Division; which decided by opinion dated December 2, 2025, that this federal court matter has no impact on the Township's state court action. That opinion was submitted to this court (ECF 754).

The Plaintiffs and Defendants did not summarize these critical facts for the court as required by CMO 10. The Township finds these omissions to be unfair and objectionable and seeks to clarify the summary chart with this letter to explain why paragraph 83 of the DuPont JCO must be stricken.

Thank you.

Respectfully submitted,

MEYNER AND LANDIS LLP

*/s/ Albert I. Telsey*

Albert I. Telsey, Esq.


Cc  All counsel of record (CM/ECF)