UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY
MINUTES OF PROCEEDINGS

**CAMDEN OFFICE**

| | |
|---|---|
| **CHIEF JUDGE RENÉE MARIE BUMB** | **DATE OF PROCEEDINGS** |
| **COURT REPORTER: JOHN J. KURZ** | January 7, 2026 |
| | Docket No. 19-cv-14766(RMB/JBC) |
| | 19-cv-14758(RMB/JBC) |
| | 19-cv-14765(RMB/JBC) |
| | 19-cv-14767(RMB/JBC) |

**TITLE OF CASE:**

**NEW JERSEY DEPARTMENT OF ENVIROMENTAL PROTECTION, ET AL., VS. E.I. DU PONT DE NEMOURS AND COMPANY, ET AL.,**

**APPEARANCES:**

Gwen Farley, DAG, William J. Jackson, Esquire, Geoffrey W. Castello, Esquire, Sabrina Morelli, Esquire, David Reap, Esquire Briana Dema, Esquire, Scott E. Kauff, Esquire, Andrew Horner and Shawn LaTourette, Esquire for plaintiffs
Lanny Steven Kurzweil, Esquire, Ann Marie Duffy, Esquire, David Schifrin, Esquire, David W. Haworth, Esquire, Brittney Wilson, Esquire, Margaret Raymond Flood, Esquire and Kimbrilee Weber, Esquire for defendants EIDP and The Chemours Company
Andrew Calica, Esquire, Donald J. Camerson, Esquire and Samuel Hirsch Esquire for defendant The 3M Company
Albert I. Telsey, Esquire for intervenor defendant Carney's Point Township
Jason F. Orlando, Esquire   for intervenor plaintiff County of Mercer
John E. Keefe, Jr. Esquire for Cape May County intervening third party plaintiffs
Thomas M. Kenney, Esquire and Brian N. Nelson, Esquire for intervenor plaintiff County of Monmouth
Stephen Edelstein, Esquire for intervenor plaintiff County of Morris
Brad Carney, Esquire and Gabrielle S. Hartman, Esquire for *Amici Curiae Association of Environmental Authorities of New Jersey, and the Authorities*

**NATURE OF PROCEEDINGS: MOTION HEARING**

Hearing on [746] Motion to Approve Judicial Consent Orders with settling defendants by plaintiffs. Decision Reserved.
Hearing on [742] Motion to Intervene by Carney's Point Township.
Hearing on [745] Motion to Intervene 3M JCO by Carney's Point Township.
Hearing on [770] Motion to Intervene by County of Mercer.
Hearing on [783] Motion to Intervene by John E. Keefe, Jr.
Hearing on [568] Motion to Intervene by County of Monmouth. (Filed in 19-cv-14758)
Hearing on [586] Motion to Intervene by County of Morris. (Filed in 19-cv-14758)
Ordered motions to Intervene [742], [745], [770], [783], [568] and [586] are all granted in part for limited purposes only.

Time commenced: 9:00a.m.                  Time Adjourned: 4:00p.m.

                                             Total 6 Hours

                                             s/ *Arthur Roney*
                                             DEPUTY CLERK