UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| **NEW JERSEY DEPARTMENT OF ENVIRONMENTAL PROTECTION, et al.,**<br><br>*Plaintiffs,*<br><br>v.<br><br>**E.I. DU PONT DE NEMOURS AND COMPANY, et al.,**<br><br>*Defendants.* | Hon. Renée Marie Bumb, Chief U.S.D.J.<br><br>Case Nos.:<br><br>1:19-cv-14758-RMB-JBC (Pompton Lakes)<br>1:19-cv-14765-RMB-JBC (Repauno)<br>1:19-cv-14766-RMB-JBC (Chambers Works)<br>3:19-cv-14767-RMB-JBC (Parlin/Sayreville) |
| **CAPE MAY COUNTY, et al.,**<br><br>*Intervening Third-Party Plaintiffs,*<br><br>v.<br><br>**NEW JERSEY DEPARTMENT OF ENVIRONMENTAL PROTECTION, et al.,**<br><br>*Third-Party Defendants.* | **ORDER** |

**WHEREAS**, counsel for the Parties, Objectors, and Interested Parties, as those terms are defined in the Protective Order Governing Supplemental Information in Further Support of Motion to Approve Judicial Consent Orders (ECF 812) (the "Protective Order"), have conferred and consented to amend the Protective Order pursuant to Paragraph 19 thereof, and stipulated to a consent order providing the same; and

**WHEREAS**, Sussex County was not yet appearing in this matter as an Interested Party at the time the Protective Order was entered and thus was not included in the definition of "Interested Parties" therein, see Protective Order ¶ 1(d); and

**WHEREAS**, Sussex County entered an appearance as an Interested Party on February 12, 2026, and accordingly requested permission to obtain the materials covered by the Protective Order;

**WHEREAS**, the Parties have agreed to include Sussex County within the definition of "Interested Parties" in Paragraph 1(d) of the Protective Order; and

for good cause shown;

**IT IS** on this **18th** day of **February 2026**,

**ORDERED** that Paragraph 1(d) of the Protective Order is hereby amended to include Sussex County within the definition of "Interested Parties"; and it is further

**ORDERED** that Sussex County shall have the same rights and obligations as Interested Parties as defined by the Protective Order.

_____
**HON. RENÉE MARIE BUMB**
**CHIEF UNITED STATES DISTRICT JUDGE**