UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

NEW JERSEY DEPARTMENT OF ENVIRONMENTAL PROTECTION, et al.,

    Plaintiffs,

v.

E.I. DU PONT DE NEMOURS AND COMPANY, et al.,

    Defendants.

Case Nos. 1:19-cv-14758-RMB-JBC
1:19-cv-14765-RMB-JBC
1:19-cv-14766-RMB-JBC
3:19-cv-14767-RMB-JBC

**ORDER**

**RENÉE MARIE BUMB, Chief United States District Judge**

    **THIS MATTER** comes before the Court on its own motion. As ordered on the record at the hearing held on January 7, 2026, Plaintiffs were to supplement their Motion to Approve Judicial Consent Orders [Docket No. 746] and objections were to be filed thereafter. To ensure informed, expeditious resolution of this matter,

    **IT IS**, on this **19th** day **February 2026**, hereby:

1. **ORDERED** that Plaintiffs shall file their supplemental record to the Motion to Approve Judicial Consent Orders with Settling Defendants [Docket No. 746] no later than **Thursday, April 2, 2026**; and it is also

2. **ORDERED** that *Amici,* Interested Parties, and Objectors shall file their objections to Plaintiffs' supplemental record no later than **Monday, May 4, 2026**; and the Court also

3. **SCHEDULES** an in-person hearing on Plaintiffs' supplemental record and objections thereto for **Wednesday, June 24, 2026**, at 10:00 a.m. in Courtroom 1 of the United

States Post Office and Courthouse, located on the 3rd floor, 401 Market Street, Camden, New Jersey 08101.  The parties shall be prepared to have their witnesses available to present testimony; and it is finally

4. **ORDERED** that to provide the Court and the parties a sufficient opportunity to brief the issues and conduct, if necessary, further hearings, Plaintiffs' Motion to Approve Judicial Consent Orders [Docket No. 746] and Motion for Attorney's Fees [Docket No. 752] are **ADMINISTRATIVELY TERMINATED** pending conclusion of the briefing and hearing(s).

**s/Renée Marie Bumb**
RENÉE MARIE BUMB
Chief United States District Judge
