

**Geoffrey W. Castello**

Kelley Drye & Warren LLP
7 Giralda Farms
Suite 340
Madison, New Jersey  07940

Tel:  (973) 503-5922
GCastello@KelleyDrye.com

March 30, 2026

**Via ECF**

The Honorable Renée M. Bumb, Chief U.S.D.J.
United States District Court for the District of New Jersey
Mitchell H. Cohen Building & U.S. Courthouse
4th & Cooper Streets
Camden, New Jersey 08101

> Re:   ***NJDEP, et al. v E. I. Du Pont Nemours and Company, et al.***; Civil Action No. 2:19-cv-14758-RMB-JBC-JS (Pompton Lakes Works)
>
> ***NJDEP, et al. v E. I. Du Pont Nemours and Company, et al.***; Civil Action No. 1:19-cv-14765-RMB-JBC-JS (Repauno Works)
>
> ***NJDEP, et al. v E. I. Du Pont Nemours and Company, et al.***; Civil Action No. 1:19-cv-14766-RMB-JBC-JS (Chambers Works)
>
> ***NJDEP, et al. v E. I. Du Pont Nemours and Company, et al.***; Civil Action No. 3:19-cv-14767-RMB-JBC-JS (Parlin Site)

Your Honor:

On behalf of Plaintiffs the New Jersey Department of Environmental Protection, Commissioner of the Department, and Administrator of the New Jersey Spill Compensation Fund, we write with respect to the pending motion to approve the Judicial Consent Orders ("JCOs" or "Settlements") resolving claims against 3M Company ("3M") and the DuPont Defendants.

At the conclusion of the hearing held on January 7, 2026, the Court ordered Plaintiffs to submit a Supplementary Report, no later than April 2, 2026, in further support of the JCOs (the "Supplementary Report"). *Amici* the Association of Environmental Authorities ("AEA") of New Jersey, along with several of its members[1]; Carneys Point Township and the Borough of Sayreville; and several Counties, all of

---

[1]    The seven members are: Morris County Municipal Utilities Authority, Rockaway Valley Regional Sewerage Authority, Somerset Raritan Valley Sewerage Authority, Hanover Sewerage Authority, Rahway Valley Sewerage Authority, Stony Brook Regional Sewerage Authority, and the Musconetcong Sewerage Authority.

March 30, 2026

whom objected in one form or another to the approval of the JCOs (collectively the "Objectors"), were ordered to respond to the Supplementary Report no later than May 4, 2026.

Since the January 7, 2026 hearing, Plaintiffs and the Objectors have engaged in multiple, separate mediation sessions, under the supervision of Judge Schneider, in an attempt to address and resolve the Objectors' concerns. Plaintiffs and the Objectors are continuing to meet and have, subject to the Court's approval, agreed to the following modified schedule with respect to the Supplementary Report:

1.  Plaintiffs shall file the Supplementary Report on or before April 16, 2026; and

2.  The Objectors shall, if they choose, file responses to the Supplementary Report on or before May 11, 2026.

All other dates shall remain in place.

If this schedule meets with Your Honor's approval, we respectfully request that it be "so ordered." We appreciate the Court's continued management of these matters.

Respectfully submitted,

/s/ *Geoffrey W. Castello*

Geoffrey W. Castello

cc:    All Counsel of Record (via ECF)
       Hon. Joel Schneider (Ret.), Special Master (via ECF)

SO ORDERED THIS _____ day
of _____, 2026

_____
Hon. Renee M. Bumb, U.S.D.J.

2

KELLEY DRYE & WARREN LLP