

**Geoffrey W. Castello**

Kelley Drye & Warren LLP
7 Giralda Farms
Suite 340
Madison, New Jersey  07940

Tel:  (973) 503-5922
GCastello@KelleyDrye.com

April 30, 2026

**Via ECF**

The Honorable Renée M. Bumb, Chief U.S.D.J.
United States District Court for the District of New Jersey
Mitchell H. Cohen Building & U.S. Courthouse
4th & Cooper Streets
Camden, New Jersey 08101

> Re:  ***NJDEP, et al. v E. I. Du Pont Nemours and Company, et al.***; Civil Action No. 2:19-cv-14758-RMB-JBC-JS (Pompton Lakes Works)
>
> ***NJDEP, et al. v E. I. Du Pont Nemours and Company, et al.***; Civil Action No. 1:19-cv-14765-RMB-JBC-JS (Repauno Works)
>
> ***NJDEP, et al. v E. I. Du Pont Nemours and Company, et al.***; Civil Action No. 1:19-cv-14766-RMB-JBC-JS (Chambers Works)
>
> ***NJDEP, et al. v E. I. Du Pont Nemours and Company, et al.***; Civil Action No. 3:19-cv-14767-RMB-JBC-JS (Parlin Site)

Your Honor:

On behalf of Plaintiffs the New Jersey Department of Environmental Protection, Commissioner of the Department, and Administrator of the New Jersey Spill Compensation Fund, we write with respect to the pending motion to approve the Judicial Consent Orders ("JCOs" or "Settlements") resolving claims against 3M Company ("3M") and the DuPont Defendants.

Since the January 7, 2026 hearing and since our last letter of April 14, 2026, Plaintiffs and the Objectors[1] have continued to engage in multiple, separate mediation sessions, under the supervision of Judge Schneider, in an attempt to address and resolve the Objectors' concerns. Plaintiffs and the Objectors are continuing to meet and believe they are making progress. Subject to the Court's approval, Plaintiffs request the following modified schedule with respect to the Supplementary Report:

---

[1]  *Amici* the Association of Environmental Authorities ("AEA") of New Jersey, along with several of its members; several Counties; and Carneys Point Township and the Borough of Sayreville.

**NEW YORK    WASHINGTON, DC    CHICAGO    HOUSTON    LOS ANGELES    SAN DIEGO    NEW JERSEY    STAMFORD**

April 30, 2026

1.  Plaintiffs shall file the Supplementary Report on or before June 1, 2026; and

2.  The Objectors shall, if they choose, file responses to the Supplementary Report on or before June 10, 2026.

All other dates shall remain in place.

We note that Plaintiffs shared a draft of the Supplementary Report with counsel for Objectors on January 30, 2026. If this schedule meets with Your Honor's approval, we respectfully request that it be "so ordered." We appreciate the Court's continued management of these matters.

Respectfully submitted,

/s/ *Geoffrey W. Castello*

Geoffrey W. Castello

cc:    All Counsel of Record (via ECF)
       Hon. Joel Schneider (Ret.), Special Master (via ECF)

So ordered this **1st** day of **May 2026**

HON. RENÉE MARIE BUMB
CHIEF UNITED STATES DISTRICT JUDGE

2

**KELLEY DRYE & WARREN LLP**