# Meyner and Landis LLP

reply to:
Albert I. Telsey
Direct Dial: (973) 602-3439
ATelsey@Meyner.com

Attorneys At Law
One Gateway Center
Suite 2500
Newark, New Jersey 07102
www.meyner.com

New York Address:
100 Park Avenue
16th Floor
New York, New York  10017
(516) 683-0171

June 10, 2026

Via CM/ECF/FedEx (courtesy copy)
The Honorable Renée Marie Bumb, Chief Judge
United States District Court
District of New Jersey-Camden Vicinage
Mitchell H. Cohen U.S. Courthouse
4th & Cooper Streets
Camden, New Jersey 08101

    RE:    **<u>CARNEYS POINT RESPONSE TO SUPPLEMENTAL REPORT</u>**
*NJDEP, et al., v. E.I. DuPont de Nemours and Company, et al.,*
Case Nos.:  1:19-cv-14766-RMB-JBC, 2:19-cv-14758-RMB-JBC
                1:19-cv-14765-RMB-JBC, 3:19-cv-14767-RMB-JBC

Dear Judge Bumb,

We represent Carneys Point Township.  In anticipation of the June 24, 2026 hearing, enclosed is our Response to the Plaintiffs' Supplemental Report, Certification, and form of order.

Thank you.

Respectfully submitted,

Meyner and Landis LLP

*/s/ Albert I. Telsey, Esq.*

Albert I. Telsey, Esq.
Counsel Carneys Point

Cc:    All counsel of record (by e-court)