# UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

NEW JERSEY DEPARTMENT
OF ENVIRONMENTAL
PROTECTION; et al.,
            *Plaintiffs,*
    v.
E.I. DU PONT DE NEMOURS
AND COMPANY; et al.
            *Defendants.*

Case No.:
1:19-cv-14758-RMB-JBC (Pompton Lakes)
1:19-cv-14765-RMB-JBC (Repauno)
1:19-cv-14766-RMB-JBC (Chambers Works)
1:19-cv-14767-RMB-JBC (Parlin/Sayreville)

**ORDER**

**RENÉE MARIE BUMB, Chief United States District Judge**

**THIS MATTER** comes before the Court on application of intervenor, Carneys Point Township, after the hearing on June 24, 2026 to address an issue raised regarding paragraph 83 of the proposed Judicial Consent Order ("JCO") as it applies to the Plaintiffs' Chambers Works Litigation and litigation filed by Carneys Point Township in state court.

**IT IS ORDERED** on this __ day _____ 2026, that paragraph 83 is stricken and replaced with the following:

83.  The Releases in the JCO do not apply to claims and relief sought by plaintiff in *Carneys Point Twp. v. E.I. du Pont de Nemours et al.,* Salem County Superior Court Docket No. SLM-L-251-16, Appeal Docket No. A-002427-24, related to events that occurred prior to March 27, 2019, the date the state filed the Chambers Works Litigation, and for claims unrelated to the Chambers Works

Litigation, for the reasons set forth in the Law Division opinion dated November 5, 2024, and the Appellate Division opinion dated December 2, 2025.

_____

RENÉE MARIE BUMB
Chief United States District Judge