

**Geoffrey W. Castello**

Kelley Drye & Warren LLP
7 Giralda Farms
Suite 340
Madison, New Jersey 07940

Tel: (973) 503-5922
GCastello@KelleyDrye.com

June 11, 2026

**Via ECF**

The Honorable Renée M. Bumb, Chief U.S.D.J.
United States District Court for the District of New Jersey
Mitchell H. Cohen Building & U.S. Courthouse
4th & Cooper Streets
Camden, New Jersey 08101

> Re:  ***NJDEP, et al. v E. I. Du Pont Nemours and Company, et al.***; Civil Action No. 2:19-cv-14758-RMB-JBC-JS (Pompton Lakes Works)
>
> ***NJDEP, et al. v E. I. Du Pont Nemours and Company, et al.***; Civil Action No. 1:19-cv-14765-RMB-JBC-JS (Repauno Works)
>
> ***NJDEP, et al. v E. I. Du Pont Nemours and Company, et al.***; Civil Action No. 1:19-cv-14766-RMB-JBC-JS (Chambers Works)
>
> ***NJDEP, et al. v E. I. Du Pont Nemours and Company, et al.***; Civil Action No. 3:19-cv-14767-RMB-JBC-JS (Parlin Site)

Your Honor:

On behalf of Plaintiffs the New Jersey Department of Environmental Protection, Commissioner of the Department, and Administrator of the New Jersey Spill Compensation Fund, we write in connection with the Supplementary Report Plaintiffs filed on June 1, 2026 in further support of approval of the Judicial Consent Orders resolving claims against 3M Company ("3M") and the DuPont Defendants ("Settling Defendants"). ECF No. 827.

On June 10, 2026, Carneys Point Township filed a Response to the Supplementary Report, ECF No. 831, which was joined by Borough of Sayreville, ECF No. 832.

Plaintiffs request an opportunity to file a reply in advance of the June 24, 2026 hearing. Accordingly, Plaintiffs request the ability to file a reply, in accordance with Local Civ. R. 7.2(b), by June 19, 2026, with an opportunity to be joined by the Settling Defendants, the Participating Counties, and/or the Association of Environmental Authorities, as they may wish.

---

June 11, 2026

      If this request and schedule meets with Your Honor's approval, we respectfully request that it be "so ordered." We appreciate the Court's continued management of these matters.

Respectfully submitted,

/s/ *Geoffrey W. Castello*

Geoffrey W. Castello

cc:    All Counsel of Record (via ECF)
        Hon. Joel Schneider (Ret.), Special Master (via ECF)

SO ORDERED THIS _____ day
of _____, 2026

_____
Hon. Renee M. Bumb, U.S.D.J.

2

**KELLEY DRYE & WARREN LLP**