**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY**

|  |  |
|---|---|
| NEW JERSEY DEPARTMENT OF ENVIRONMENTAL PROTECTION; et al.,<br><br>               Plaintiffs,<br>   v.<br><br>E.I. DU PONT DE NEMOURS AND COMPANY, et al.,<br><br>               Defendants. | Civil Action No. 1:19-cv-14758-RMB-JBC<br>Civil Action No. 1:19-cv-14765-RMB-JBC<br>Civil Action No. 1:19-cv-14766-RMB-JBC<br>Civil Action No. 3:19-cv-14767-RMB-JBC |

**STATEMENT IN LIEU OF REPLY BRIEF OF DEFENDANTS E. I. DUPONT DE NEMOURS AND COMPANY, THE CHEMOURS COMPANY, THE CHEMOURS COMPANY FC, LLC, DUPONT SPECIALTY PRODUCTS USA, LLC, CORTEVA, INC., AND DUPONT DE NEMOURS, INC. IN SUPPORT OF PLAINTIFFS' SUPPLEMENTARY REPORT**

Defendants EIDP, Inc. (f/k/a E. I. du Pont de Nemours and Company), The Chemours Company, The Chemours Company FC, LLC, DuPont Specialty Products USA, LLC, Corteva, Inc. and DuPont de Nemours, Inc. (collectively "Settling Defendants") respectfully submit this Statement in Lieu of Reply Brief in support of Plaintiffs' Supplementary Report (ECF No. 827) and Plaintiffs' Reply in Support of Plaintiffs' Supplementary Report (ECF No. 839). Although Settling Defendants do not endorse or join in all of the statements and arguments in ECF Nos. 827 and 839, they agree that they provide further support for the approval of the Judicial Consent Order ("JCO").

The Settling Defendants further submit that the Court should overrule the two remaining objections to the JCO, from Carneys Point Township ("Carneys Point") and the Borough of Sayreville ("Sayreville"), and should reject the proposed amendment to Paragraph 83 of the JCO submitted by Carneys Point. In addition to the briefing submitted by Plaintiffs, the Settling Defendants respectfully refer the Court to their opposition to Carneys Point's previous Motion to

- 1 -

ME1\61502836.v3

- 2 -

Intervene, which addressed why Paragraph 83 of the JCO does not implicate the Anti-Injunction Act, 28 U.S.C. § 2283, nor does it improperly intrude upon the sovereignty of the state court, which will remain empowered to decide on any motions to dismiss Carneys Point's state-court action. *See* ECF No. 766 at 3-4.  Moreover, the Settling Defendants confirmed this interpretation, and counsel for Carneys Point indicated that he would accept a ruling that leaves Paragraph 83 in the JCO with a statement from the Court that incorporates this interpretation at pages 47-48 of the transcript of the January 7, 2026 hearing.

Settling Defendants accordingly respectfully request that the Court overrule the remaining objections and enter the JCO in the form submitted by the parties.

ME1\61502836.v3

Respectfully submitted,

Date: June 18, 2026

/s/ *Lanny S. Kurzweil*                       /s/ *David A. Haworth*
Lanny S. Kurzweil, Esq.                       David A. Haworth, Esq.
Ryan A. Richman, Esq.                         BALLARD SPAHR LLP
McCARTER & ENGLISH, LLP                       700 East Gate Drive, Suite 330
Four Gateway Center                           Mount Laurel, New Jersey 08054
100 Mulberry St.                              (856) 761-3400
Newark, NJ 07102                              (856) 761-1020 fax
(973) 639-2044                                haworthd@ballardspahr.com
lkurzweil@mccarter.com
rrichman@mccarter.com                         *Counsel to EIDP, Inc. (as to Third Count*
                                              *only, in Civil Action No. 1:19-cv-14766, the*
                                              *ISRA claims); DuPont Specialty Products*
Ann Marie Duffy, Esq. (Admitted PHV)          *USA, LLC; Corteva, Inc.; and DuPont de*
Eric G. Lasker, Esq. (Admitted PHV)           *Nemours, Inc. (as to all claims except the*
Matthew J. Malinowski, Esq. (Admitted PHV)    *fraudulent transfer claims)*
Marchello D. Gray, Esq. (Admitted PHV)
HOLLINGSWORTH LLP
1350 I Street, NW
Washington, DC 20005
(202) 898-5800
aduffy@hollingsworthllp.com
elasker@hollingsworthllp.com
mmalinowski@hollingsworthllp.com
mgray@hollingsworthllp.com

*Attorneys for Defendants EIDP, Inc., f/k/a E. I.*
*du Pont de Nemours and Company, The*
*Chemours Company, and The Chemours*
*Company FC, LLC (as to all claims*
*except (i) the fraudulent transfer claims in all*
*matters; and (ii) the Third Count, ISRA claim,*
*in 1:19-cv-14766-RMB-JBC)*

- 3 -

ME1\61502836.v3