Donald J. Camerson, II, Esq.
James W. Crowder, IV, Esq.
BRESSLER, AMERY & ROSS, P.C.
325 Columbia Turnpike
Florham Park, NJ 07932
Tel: (973) 514-1200
Fax: (973) 514-1660
djcamerson@bressler.com
jcrowder@bressler.com
*Attorneys for Defendant 3M Company*

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY
CAMDEN VICINAGE**

| | |
|---|---|
| NEW JERSEY DEPARTMENT OF ENVIRONMENTAL PROTECTION, *et al.*,<br><br>Plaintiffs,<br><br>v.<br><br>E.I. DU PONT DE NEMOURS AND COMPANY, *et al.*,<br><br>Defendants. | Civil Action No.<br>1:19-cv-14766-RMB-JBC-JS<br><br>Hon. Renée M. Bumb, U.S.D.J.<br>Hon. James B. Clark, U.S.M.J.<br>Hon. Joel Schneider (Ret.), Special Master<br><br>Hearing Date: Wednesday, June 24, 2026 |

**3M COMPANY'S BRIEF
REPLYING TO CARNEYS POINT TOWNSHIP'S
JUNE 10, 2026 RESPONSE TO
PLAINTIFFS' JUNE 1, 2026 SUPPLEMENTARY REPORT**

# TABLE OF CONTENTS

ARGUMENT ................................................................................................................................. 1

CONCLUSION................................................................................................................................ 2

Defendant 3M Company respectfully submits this Brief replying to Carneys Point Township's June 10, 2026 Response (Docket No. 831-1) to Plaintiffs' Supplementary Report (Docket Nos. 827, 828, 830).

## ARGUMENT

For largely the same reasons set forth in Plaintiffs' reply brief (Docket No. 839), 3M disagrees with the six legal arguments that Carneys Point Township presents in its Response (at pages 4 to 44) and with the Township's request (at pages 1, 44) that the Court modify or disapprove the proposed Judicial Consent Order as to Defendant 3M Company ("Proposed 3M JCO," Docket No. 746-7).

For the same reasons set forth in 3M's filings since December 2025 (Docket Nos. 751, 765, 787; *see also* Docket No. 751, at 1 n.1), 3M maintains that the Court should approve and enter the Proposed 3M JCO.

Finally, 3M wishes to acknowledge the effort that counsel for the Plaintiffs and counsel for former Objectors, both the Participating Counties and the Association of Environmental Authorities—assisted by the Court-appointed Special Master, the Honorable Joel Schneider, United States Magistrate Judge (Ret.)—have dedicated to ensuring that this case is resolved in a manner that not only is fair, reasonable, consistent with applicable law, and in the public interest, but also is supported by all interested parties (with the lone remaining exception being Carneys Point Township and Borough of Sayreville).

## CONCLUSION

Accordingly, 3M respectfully asks the Court to approve the proposed Judicial Consent Order as to Defendant 3M Company by signing it (on page 89 of Docket No. 746-7) and entering it as a final judgment.

Dated:  June 18, 2026                                          Respectfully submitted,


                                          /s/Donald J. Camerson, II

                                          BRESSLER, AMERY & ROSS, P.C.
                                          Donald J. Camerson, II, Esq.
                                          James W. Crowder, IV, Esq.
                                          325 Columbia Turnpike
                                          Florham Park, NJ 07932
                                          Tel: (973) 514-1200
                                          Fax: (973) 514-1660
                                          djcamerson@bressler.com
                                          jcrowder@bressler.com

                                          KING & SPALDING LLP
                                          Andrew J. Calica (admitted *pro hac vice*)
                                          1290 Avenue of the Americas
                                          New York, NY 10104
                                          Tel: (212) 790-5390
                                          acalica@kslaw.com

                                          *Attorneys for Defendant 3M Company*

2