**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| NEW JERSEY DEPARTMENT OF ENVIRONMENTAL PROTECTION, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>E.I. DU PONT DE NEMOURS AND COMPANY, et al.,<br><br>Defendants. | Case Nos.1:19-cv-14758-RMB-JBC<br>1:19-cv-14765-RMB-JBC<br>1:19-cv-14766-RMB-JBC<br>3:19-cv-14767-RMB-JBC<br><br>**ORDER** |

**RENÉE MARIE BUMB, Chief United States District Judge**:

**THIS MATTER** comes before the Court upon a Motion to Approve Judicial Consent Orders [Docket No. 746] and Motion to Approve Attorneys' Fees [Docket No. 752] filed by Plaintiffs New Jersey Department of Environmental Protection, its Commissioner, and the Administrator of the New Jersey Spill Compensation Fund (collectively, "Plaintiffs"). For the reasons expressed in the Opinion of today's date, and for good cause shown,

**IT IS**, on this **7th** day of **August 2026**, hereby:

1. **ORDERED** that Plaintiffs' Motion to Approve Judicial Consent Orders [Docket No. 746] is **GRANTED**; and it is also

2. **ORDERED** that the Judicial Consent Orders docketed at 746-6 and 746-7 are **APPROVED** and **FINAL**; and it is also

3. **ORDERED** that, pursuant to the terms of the Judicial Consent Orders, the Attorney General of New Jersey and the Director of the New Jersey Division of Consumer Affairs are added to this matter as named plaintiffs for purposes of the Judicial Consent Orders; and it is finally

4. **ORDERED** that Plaintiffs' Motion to Approve Attorneys' Fees [Docket No. 752] in the amount of $195,122,093 to be paid to Kelley Drye & Warren LLP, the Law Offices of John K. Dema, P.C., Cohn Lifland Pearlman Herrman & Knopf LLP, and Taft Stettinius & Hollister LLP is **APPROVED**.

**/s/ Renée Marie Bumb**
RENÉE MARIE BUMB
Chief United States District Judge